IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| COALITION FOR EQUITY AND EXCELLENCE IN MARYLAND HIGHER EDUCATION, et al. | * | |
| Plaintiffs | * | |
| vs. | * | CIVIL ACTION NO. MJG-06-2773 |
| ROBERT L. EHRLICH, JR., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

<u>ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE</u>

It appears that Plaintiffs have discharged counsel of record and have not decided whether to engage counsel and/or proceed with the litigation. There is a public interest in providing Plaintiffs with a reasonable time to decide upon their course of action. Moreover, no purpose would be served by keeping this case on the Court's active docket unless and until Plaintiffs decide to request reopening.

Accordingly:

1. This case is STAYED pending Plaintiffs' consideration of their course of action.

2. The Clerk of the Court shall ADMINISTRATIVELY CLOSE this case for possible reopening pursuant to further Order of this Court upon the application (by December 31, 2007) of any party hereto.

3. The administrative closing of this case shall not affect any rights of the parties in this, or any other, proceeding.



4.  If any party can show that the fact that this case is administratively closed rather than nominally open will have a genuine adverse effect on that party, the Court will consider formally reopening the case to prevent such adverse effect.


SO ORDERED this _30th_ day of January, 2007.

_____
Marvin J. Garbis
United States District Judge