UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

---

THE COALITION FOR EQUITY AND EXCELLENCE
IN MARYLAND HIGHER EDUCATION, INC., et al.

                Plaintiffs,                Civil No. MJG-06-2773

v.

MARYLAND HIGHER EDUCATION COMMISSION, et al.

                Defendants.

---

## ORDER FOR CLASS CERTIFICATION

1. Plaintiffs move this Court for an order under Rule 23(c)(1)(A) of the Federal Rules of Civil Procedure that this proceeding may be maintained as a class action on behalf of a class compromised of all named plaintiffs and all other persons similarly situated, namely all past, present and future students of the Maryland higher education system.

Having reviewed Plaintiffs motion to certify the present proceeding as a class action and Defendants submission in opposition thereto, the court hereby orders:

1. That this proceeding be hereby certified as a class action.

2. That Raymond D. Kohlman be appointed class counsel.

3. That notice be given to class members by publication in the following Maryland higher education Newspapers – The Spokesman, The Courier, and the Hawks' Message, Maryland higher education radio stations – WEAA, 88.9FM and

WESM, 91.3FM, and a website setup by Plaintiffs and accessible to all class members.

_____
Marvin J. Garbis, Judge
United States District Court for the District of Maryland