IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARLAND

| | | |
|---|---|---|
| THE COALITION FOR EQUITY AND EXCELLENCE IN MARYLAND HIGHER EDUCATION, et al., | * | Trial Date: June 27, 2011 |
| Plaintiffs, | * | |
| v. | * | Case No. CCB-06-CV-2773 |
| MARYLAND HIGHER EDUCATION COMMISSION, et al., | * | |
| Defendants. | * | |

* * * * * * * * *

**DEFENDANTS' MOTION TO EXCLUDE DR. HARVEY KAISER AS PLAINTIFFS' FACILITIES EXPERT**

Defendants Maryland Higher Education Commission, et al., ("MHEC"), by their undersigned counsel, respectfully request that the Court exclude, pursuant to Federal Rule of Evidence 702 and the *Daubert* line of cases in federal court, Dr. Harvey Kaiser as Plaintiffs' expert on facilities at Maryland's four-year public institutions of higher education. As discussed in MHEC's attached legal memorandum in support of this motion, Dr. Kaiser's report dated October 1, 2010, was untimely under the Court's pretrial schedule and unauthorized under the Court's September 2, 2010 Order.

More importantly, Dr. Kaiser's report and anticipated expert testimony should also be excluded because they do not satisfy the admissibility test for experts in federal court. Applied to both scientific and non-scientific expert testimony, the standard for admissibility "make[s] certain that an expert, whether basing testimony upon professional studies or personal

experience, employs in the courtroom the same level of intellectual rigor that characterizes the practice of an expert in the relevant field." *Kumho Tire Co., Ltd. v. Carmichael*, 526 U.S. 137, 152 (1999). Plaintiffs have not shown that Dr. Kaiser's testimony satisfies these requirements for admissibility by a preponderance of the evidence. *See Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 592 n. 10 (1993). Instead, MHEC will show that the meager analysis that Dr. Kaiser presents is devoid of a proper methodology necessary to support his anticipated testimony under Rule 702.

For the reasons stated in the accompanying memorandum, Defendants respectfully request that the Court enter an Order excluding Dr. Kaiser's testimony. A proposed Order accompanies this motion.

Dated: December 10, 2010

Respectfully submitted,

DOUGLAS F. GANSLER
Attorney General of Maryland

_________/S/_________________
STEVEN M. SULLIVAN
Assistant Attorney General
Federal Bar No. 24930
ANNE L. DONAHUE
Assistant Attorneys General
Federal Bar No. 07661
CAROLYN SKOLNIK
Assistant Attorney General
Federal Bar No. 23484

Office of the Attorney General
200 St. Paul Place, 17th Floor
Baltimore, Maryland 21202-2021
Tel: (410) 576-7644

__________/S/_______________
CATHERINE M. SHULTZ
Assistant Attorney General
Federal Bar No. 15635
DENISHA WATSON
Assistant Attorney General
Federal Bar No. 29214

Maryland Higher Education Commission
839 Bestgate Road, Suite 400
Annapolis, MD 21401-3013
Tel: (410) 260-4505

Counsel for Defendants