**INDEX OF EXHIBITS TO**

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION IN LIMINE**

**TO PRECLUDE UNDISCLOSED OR UNIDENTIFIED TESTIMONY AND EXHIBITS**


Tab

April 11, 2011 Defendants' Witness List ........................................1

November 9, 2010 Letter from Ann Donahue to Henry Thompson ........................................2

February 14, 2011 Order setting April 11 for final witness list and exhibit list ........................................3

November 12, 2010 Letter from Ann Donahue to Henry Thompson ........................................4

February 11, 2011 Email from Ann Donahue to Savaria Harris ........................................5

April 11, 2011 Defendants' Exhibit List ........................................6

March 26, 2010 Transcript of Deposition of James Lyons, p. 374 ........................................7

March 18, 2010 Transcript of Deposition of Sue Blanshan, pp. 11-13, 141, 166 ........................................8

March 2, 2011 Letter from Denisha Watson to Savaria Harris ........................................9

December 22, 2010 Letter from Ann Donahue to Savaria Harris ........................................10

March 11, 2011 Letter from Savaria Harris to Ann Donahue ........................................11

February 25, 2010 Letter from Savaria Harris to Cathy Schultz ........................................12

March 15, 2010 Letter from Cathy Schultz to Savaria Harris ........................................13

March 24, 2010 Letter from Savaria Harris to Cathy Schultz ........................................14

March 30, 2010 Letter from Savaria Harris to Cathy Schultz ........................................15

March 31, 2010 Email from Cathy Schultz to Savaria Harris ........................................16

November 10, 2010 Letter from Savaria Harris to Ann Donahue ........................................17

November 10, 2010 Email from Ann Donahue to Savaria Harris ........................................18

February 7, 2011 Letter from Ann Donahue to Savaria Harris ........................................19

March 11, 2011 Letter from Savaria Harris to Ann Donahue ........................................20

February 7, 2011 Email from Savaria Harris to Ann Donahue ........................................................21

March 2, 2011 Letter from Denisha Watson to Savaria Harris ........................................................22

June 15, 2010 Exhibit 5 to Third Expert Report of Clifton Conrad .................................................23

October 1, 2010 Exhibit 1 to Supplemental Expert Report of Clifton Conrad.................................24

March 24, 2010 Letter from Savaria Harris to Anne Donahue and Katherine Bainbridge ...............25