Index of Exhibits to Plaintiffs' Opposition to Defendants' *Motion in Limine* Regarding Plaintiffs' Old, Irrelevant Evidence Relating to the Era of *De Jure* Segregation

| | |
|---|---|
| Exhibit A | Plaintiffs' Exhibit 17, *Report of the Commission on Higher Education of Negroes to the Governor and Legislature of Maryland* (Jan. 15, 1937) |
| Exhibit B | Plaintiffs' Exhibit 18, American Council on Education, *Higher Education in Maryland: A Report of a Survey by the American Council on Education with Recommendations of the Maryland Commission on Higher Education* (1947) |
| Exhibit C | Plaintiffs' Exhibit 369, G. James Fleming, *Desegregation in Higher Education in Maryland*, The Journal of Negro Education, Vol. 27, No. 3, Desegregation and the Negro College (Summer, 1958), pp. 275-283 (May 11, 1958) |
| Exhibit D | Plaintiffs' Exhibit 3, Final Report to the Maryland Commission to Develop the Maryland Model for Funding Higher Education from the Panel on Comparability and Competitiveness of Historically Black Institutions in Maryland |
| Exhibit E | Plaintiffs' Exhibit 16, Anderson, James D., *The Education of Blacks In the South,* 1860-1935 (1988) |
| Exhibit F | Plaintiffs' Exhibit 21, Commission for the Expansion of Public Higher Education in Maryland, *Public Higher Education in Maryland 1961 - 1975* (June, 1962) |
| Exhibit G | Plaintiffs' Exhibit 266, Development of Morgan State University since the 1960s (Apr. 6, 2010) |
| Exhibit H | Plaintiffs' Exhibit 267, Historical Context (June 1, 2005) |
| Exhibit I | Plaintiffs' Exhibit 379, Governor's Commission to Study the Problem of Expansion of the University of Maryland, *A Plan for Expanding the University of Maryland* (1960) |
| Exhibit J | Plaintiffs' Exhibit 399, Maryland Commission on Higher Education, *Report to the Governor and the General Assembly* (January 1931) |
| Exhibit K | Plaintiffs' Exhibit 573, *The Relative Educational Attainment of the Negro Population in the United States*, Carroll L. Miller (1953) |