# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Savaria B. Harris
To Call Writer Directly:
(202) 879-5215
savaria.harris@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

January 29, 2012

The Honorable Catherine C. Blake
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Re: *Coalition for Equity & Excellence in Maryland Higher Education v. Maryland Higher Education Commission*, Case No. CCB-06-cv-2773

Dear Judge Blake:

Per your request, please find enclosed Dr. Clifton Conrad's update to his 2010 analysis of unnecessary program duplication in the Baltimore-College Park region ("Baltimore area analysis"). The update focuses on unnecessary program duplication at Morgan State University (MSU), Coppin State University (CSU), and Bowie State University (BSU) (collectively, "the Baltimore HBIs") *excluding* programs at the University of Maryland-College Park (UMCP) and the University of Maryland-University College (UMUC).

To conduct this update, Dr. Conrad engaged in a two-step process. ***First***, using Exhibit Six of his Third Expert Report, "Unnecessarily Duplicated Programs in Baltimore-College Park Comparison," he developed an updated inventory of programs. This update consisted of removing from the inventory all programs that he had previously identified as over-counted and added all programs he had previously identified as under-counted in his Supplemental Report. ***Second***, Dr. Conrad excluded from the inventory all programs at UMCP or UMUC that are unnecessarily duplicative of programs at one or more of the Baltimore HBIs.

Plaintiffs have enclosed Dr. Conrad's tables illustrating the updated unnecessary program duplication analysis described in this letter. **Table One** is the updated inventory of programs. **Table Two** is a list of those programs at UMCP that unnecessarily duplicate programs at one or more of the Baltimore HBIs. **Table Three** is a list of those programs at UMUC that unnecessarily duplicate programs at one or more of the Baltimore HBIs. **Table Four** identifies the number of remaining programs unnecessarily duplicated at the Baltimore HBIs when excluding programs at UMCP and UMUC. **Table Five** identifies the number of unique, non-

core, high-demand programs at the Baltimore HBIs excluding programs at UMCP and UMUC. The numbers indicated as stricken in the tables reflect the numbers in Dr. Conrad's Third and Supplemental Reports, which included UMCP and UMUC.

The results of Dr. Conrad's analysis were as follows:

- Excluding UMCP results in **seventeen** fewer instances of unnecessary program duplication.
- Excluding UMUC results in **one** fewer instance of unnecessary program duplication.

By way of context, there remain **thirty-three instances** of unnecessary program duplication in the Baltimore area when excluding programs at UMCP and UMUC. This amount of unnecessary program duplication means that **38%** of all non-core, academic programs at Baltimore's HBIs are unnecessary duplicated. The percentage of unnecessary program duplication at the bachelor's level is comparable to the percentage of unnecessary program duplication at the same level (**40%**) in Mississippi in 1994. *Ayers v. Fordice*, 111 F.3d 1183, 1218 (5th Cir. 1997). No less important, as shown in Table Five, is that there are relatively few unique, non-core, high-demand programs at the Baltimore HBIs even after programs at UMCP and UMUC are excluded.

Notwithstanding the above analysis, Plaintiffs urge the Court to instead apply Dr. Conrad's unnecessary program duplication analysis for the Baltimore area as reflected in his Third Expert Report. Because of the overlapping service areas of all the institutions in the Baltimore area, Dr. Conrad identified as unnecessarily duplicative those non-core programs at UMCP and UMUC that are broadly similar to programs offered at the Baltimore HBIs. (Conrad Report III at Exhibit 6, PTX 71 [admitted] (**Enclosure A**)). Dr. Conrad's analysis is supported by the University System of Maryland's 2011-2010 student enrollment data, which shows that these institutions do have overlapping service areas as they *all* draw their largest student enrollments from the *same four* Maryland counties -- Anne Arundel, Baltimore, Montgomery, and Prince George's County. The University System of Maryland Data Journal, Statewide Graduate/First Professional and Undergraduate Headcounts by Area of Origin for Fall 2010 (PTX 934) is included with this letter at **Enclosure B**. The statewide draw of UMUC and UMCP was corroborated by the testimony of Dr. Benjamin Passmore. (1/25/2012 Trial Tr. 67 (**Enclosure C**))

Further, Plaintiffs recommend that the Court include UMCP in the unnecessary program duplication analysis because, as the District Court in *Knight* concluded, the impact of unnecessary program duplication on student choice is heightened where there is "a difference in

the prestige or public image of the HWIs vis-a-vis the HBIs." *Ayers v. Fordice*, 879 F. Supp. 1419, 1486 (N.D. Miss. 1995), *aff'd in part*, 111 F.3d 1183 (5th Cir. 1997). Given UMCP's flagship status in the State, unnecessary program duplication between UMCP and the Baltimore area HBIs has an impact on student choice and a resulting segregative effect. This is evidenced by the 2010 IPEDS data for degree completions by race, which shows that programs unnecessarily duplicated between UMCP and the Baltimore HBIs are racially identifiable. (PTX 741 [admitted on disk]) For example:

- The Master's degree in Counselor Education & School Counseling (CIP 13.1101) at UMCP was completed by 35 white students and 11 black students; whereas, BSU's similar program was completed by 3 white students and 23 black students.

- The Bachelor's degree in Electrical, Electronics, and Communications Engineering (CIP 14.1001) at UMCP was completed by 50 white students and 6 black students, whereas MSU's similar program was completed by 0 white students and 36 black students.

- The Bachelor's degree in Finance (CIP 52.0801) at UMCP was completed by 155 white students and 12 black students; whereas, MSU's similar program was completed by 0 white students and 41 black students.

- The Master's degree in Architecture (CIP 4.0201) at UMCP was completed by 28 white students and 5 black students; whereas, MSU's program was completed by 9 white students and 21 black students.

Moreover, as reflected by MSU's response to the June 19, 2008 geographic proximity survey issued by Maryland's Assistant Secretary for Planning and Academic Affairs, Maryland's increased reliance on distance learning in various venues, such as online programs, has the effect of perpetuating the dual system, irrespective of whether the actual parent institution is not geographically proximate. (PTX 703 at 2 of 4, Jul. 21, 2008 Letter from T. Robinson to G. Reid (**Enclosure D**)). Indeed, even the State has recognized that programs at UMUC can duplicate programs at the Baltimore HBIs as shown by the recognition that the Community College Leadership Program duplicated the program at MSU. (PTX 259, Exhibit from Aldridge Testimony [admitted] (**Enclosure E**)).

Finally, in *U.S. v. Fordice*, the Supreme Court found that "continuing to maintain all eight universities in Mississippi is wasteful and irrational" and relied upon the District Court's "point[ing] especially to the facts that Delta State and Mississippi Valley State are only 35 miles apart and that only 20 miles separate Mississippi State and Mississippi University for Women."

*United States v. Fordice,* 505 U.S. 717, 741-42 (1992). USM has adopted this 35-mile radius to assess program uniqueness (non-duplication) at its HBIs. (PTX 677, Inventory of University System of Maryland Best Practices Prepared to Accompany the Maryland/OCR Partnership Agreement at 23 of 26 (**Enclosure F**)). UMUC and UMCP are only 37 miles apart from the Baltimore HBIs. Given the opportunities for inter-city transit in Maryland, the distances the between UMUC and UMCP and the Baltimore HBIs are comparable to those in *Fordice*. Accordingly, Plaintiffs urge this Court that UMUC and UMCP should remain within the unnecessary program duplication analysis for the Baltimore area.

Sincerely,

Savaria B. Harris

Enclosure

CC: Michael Jones, Esq.
Ken Thompson, Esq.
Jon Greenbaum, Esq.
John Brittain, Esq.

KIRKLAND & ELLIS LLP



TABLE 1
**UNNECESSARILY DUPLICATED PROGRAMS**
**IN BALTIMORE-COLLEGE PARK COMPARISON**

| CIP | NAME OF PROGRAM | TWIs | TBIs |
|---|---|---|---|
| 4.0201 | Architecture | UMCP (B,M) | MSU (B,M) |
| 9.0101<br>9.9999 | Communication | UMCP (M)<br>(9.0101) | BSU (M)<br>(9.9999) |
| 9.0701 | Radio and Television | UMCP (B) | MSU (B) |
| 10.0202 | Radio & Television Broadcasting Tech | TU (B) | BSU (B) |
| 11.0101 | Computer and Information Sciences | UMCP (M)<br>TU (M)<br>UB (M) | BSU (M) |
| 11.0701 | Computer Science | UMBC (B) | CSU (B) |
| 13.0301<br>13.1399 | Curriculum & Instruction | UMCP (M)<br>UMBC (M)<br>13.0301 | CSU (M)<br>13.1399 |
| 13.0401 | Educational Leadership and Admin | UMCP (M,D) | BSU (M)<br>MSU (D) |
| 13.1001 | Special Education and Teaching | UMCP (B,M,)<br>TU (B,M) | BSU (M)<br>CSU (B) |
| 13.1101 | Counselor Ed/School Counseling | UMCP (M) | BSU (M) |
| 13.1202 | Elementary Education and Teaching | TU (B,M)<br>UMCP (B) | BSU (B,M)<br>CSU (B)<br>MSU (B) |
| 13.1205 | Secondary Education and Teaching | UMUC (M)<br>TU (M) | MSU (M)<br>BSU (M) |
| 13.1209 | Kindergarten/Preschool Ed/ Teaching | UMCP (B) | BSU (B) |
| 13.121 | Early Childhood Education and Teaching | TU (B) | CSU (B) |
| 13.1307 | Health Teacher Education | UMCP (B) | MSU (B) |
| 13.1314 | Physical Ed Teaching and Coaching | UMCP (B)<br>TU (B) | MSU (B) |
| 13.1315 | Reading Teacher Education | TU (M) | BSU (M)<br>CSU (M) |
| 14.0101<br>14.0801 | Engineering, General | UMCP (M, D)<br>(M- 14.0101)<br>(D - 14.0801) | MSU (M, D)<br>(14.0101) |
| 14.0801 | Civil Engineering, General | UMCP (B) | MSU (B) |

KIRKLAND & ELLIS LLP



| | | | |
|---|---|---|---|
| 14.1001 | Electrical, Electronics and Comm Engr | UMCP (B) | MSU (B) |
| 19.0101<br>19.0707 | Family Sciences | UMCP (B)<br>(19.0707) | MSU (B)<br>(19.0101) |
| 19.0704<br>19.0706 | Family/Child Adolescent Services | TU(B)<br>19.0704 | BSU(B)<br>19.0706 |
| 23.0101 | English Language and Literature | UMCP (M) | MSU (M)<br>BSU (M) |
| 27.0101 | Mathematics | UMCP (M) | MSU (M) |
| 27.0301 | Applied Mathematics | UMBC (M)<br>UMCP (M)<br>TU (M) | BSU (M) |
| 30.1101<br>13.0403 | Gerontology | TU (M)<br>30.1101 | CSU (M)<br>13.0403 |
| 31.0504 | Sport and Fitness Admin/Management | TU (B) | CSU (B) |
| 42.0101<br>42.0601 | Counseling/School Psychology | TU (M)<br>42.0101 | CSU (M)<br>42.0601 |
| 43.0104 | Criminal Justice/Safety Studies | UMUC (B) | CSU (B) |
| 43.0107<br>43.0199 | Criminal Justice | UB (M)<br>43.0107 | CSU (M)<br>43.0199 |
| 44.0401 | Public Administration | UB (M) | BSU (M) |
| 44.0701 | Social Work | UMB (M)<br>UMBC (B) | BSU (B)<br>CSU (B)<br>MSU (B,M) |
| 45.1101 | Sociology | UMBC (M) | MSU (M) |
| 45.1201<br>04.0301 | City/Community Planning | UMCP (M)<br>45.1201 | MSU (M)<br>04.0301 |
| 50.0501 | Drama and Dramatics/Theatre Arts | UMCP (B)<br>TU (B)<br>UMBC (B) | BSU (B)<br>MSU (B) |
| 50.0901 | Music | UMCP (M) | MSU (M) |
| 51.1005 | Clinical Laboratory Science/Medical Tech | UMB (B) | MSU (B) |
| 51.1601 | Nursing/Registered Nurse | UMB (B)<br>TU (B,M) | BSU (B,M) |
| 51.1608<br>51.1611 | Nursing | UMB (M)<br>51.1608 | CSU (M)<br>51.1611 |
| 51.2201<br>51.1099 | Public Health | UMB (M)<br>51.2201 | MSU (M)<br>51.1099 |
| 52.0101 | Business/Commerce | UB (M)<br>UMCP (M,D) | BSU (M) |

KIRKLAND & ELLIS LLP



| | | | |
|---|---|---|---|
| 52.0201 | Business Admin and Management | UB (M)<br>UMUC (B,M)<br>UMCP (M)<br>TU (B) | BSU (B,M)<br>MSU (B,M,D) |
| 52.0301 | Accounting | UMUC (B)<br>UMCP (B)<br>TU (B) | MSU (B) |
| 52.0801 | Finance | UMCP (B) | MSU (B) |
| 52.1005 | Human Resources Development | TU (M) | BSU (M) |
| 52.1401 | Marketing/Marketing Management | UMUC (B)<br>UMCP (B) | MSU (B) |
| 54.0101 | History, General | UMBC (M)<br>UMCP (M,D) | MSU (M,D) |

***Source:*** *PTX 71 (Third Expert Report of Dr. Conrad, Ex. 6 at 81); PTX 72 (Supplemental Report of Dr. Conrad, Ex. 1 & 2 at 3-5)*

KIRKLAND & ELLIS LLP

Catherine C. Blake
January 29, 2012
Page 8

**TABLE 2**
PROGRAMS UNNECESSARILY DUPLICATED AT UMCP ONLY

| CIP | NAME OF PROGRAM | TWIs | TBIs |
|---|---|---|---|
| 4.0201 | Architecture* | UMCP (B,M) | MSU (B,M) |
| 9.0101<br>9.9999 | Communication | UMCP (M)<br>(9.0101) | BSU (M)<br>(9.9999) |
| 09.0701 | Radio & Television* | UMCP (B) | MSU (B) |
| 13.0401 | Educational Leadership and Admin* | UMCP (M, D) | BSU (M)<br>MSU (D) |
| 13.1101 | Counselor Ed/School Counseling* | UMCP (M) | BSU (M) |
| 13.1209 | Kindergarten/Preschool Ed/ Teaching | UMCP (B) | BSU (B) |
| 13.1307 | Health Teacher Education* | UMCP (B) | MSU (B) |
| 14.0101<br>14.0801 | Engineering, General* | UMCP (M, D)<br>(M- 14.0101)<br>(D - 14.0801) | MSU (M, D)<br>(14.0101) |
| 14.0801 | Civil Engineering, General* | UMCP (B) | MSU (B) |
| 14.1001 | Electrical, Electronics and Comm Engr* | UMCP (B) | MSU (B) |
| 19.0101<br>19.0707 | Family Sciences* | UMCP (B)<br>(19.0707) | MSU (B)<br>(19.0101) |
| 23.0101 | English Language and Literature | UMCP (M) | MSU (M)<br>BSU (M) |
| 27.0101 | Mathematics | UMCP (M) | MSU (M) |
| 45.1201<br>04.0301 | City/Community Planning | UMCP (M)<br>45.1201 | MSU (M)<br>04.0301 |
| 50.0901 | Music* | UMCP (M) | MSU (M) |
| 52.0801 | Finance* | UMCP (B) | MSU (B) |
| 52.1401 | Marketing/Marketing Management* | UMUC (B)<br>UMCP (B) | MSU (B) |

****Asterisk indicates High-Demand (see PTX 70, Second Expert Report of Dr. Conrad, Ex. 5.2 at 74)***

KIRKLAND & ELLIS LLP



**TABLE 3**
PROGRAMS UNNECESSARILY DUPLICATED AT UMUC ONLY

| CIP | NAME OF PROGRAM | TWIs | TBIs |
|---|---|---|---|
| 43.0104 | Criminal Justice/Safety Studies* | UMUC (B) | CSU (B) |

**Asterisk indicates High-Demand (see PTX 70, Second Expert Report of Dr. Conrad, Ex. 5.2 at 74)*

**TABLE 4**
PRESENCE OF UNIQUE, NON-CORE, HIGH-DEMAND PROGRAMS AT THE BALTIMORE HBIS EXCLUDING UMCP & UMUC

| | **Traditionally White Institutions (~~UMCP~~, UMBC, TU, UMB, UB, ~~UMUC~~)** | | | | | | **Traditionally Black Institutions (MSU, BSU, CSU)** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | B | M | D | F | Tot. | | B | M | D | F | Tot. |
| No. of Unique Non-Core Programs | ~~84~~ 38 | ~~123~~ 68 | ~~96~~ 46 | ~~5~~ 4 | ~~308~~ 156 | | ~~*10*~~ 20 | ~~*18*~~ 27 | ~~*7*~~ 9 | *0* | ~~*35*~~ 56 |
| No. of Unique, High-Demand, Non-Core Programs | ~~26~~ 12 | ~~48~~ 27 | ~~47~~ 22 | ~~5~~ 4 | ~~126~~ 54 | | ~~*4*~~ 12 | ~~*4*~~ 8 | ~~*2*~~ 4 | *0* | ~~*10*~~ 24 |

KIRKLAND & ELLIS LLP



**TABLE 5**
RATES OF UNNECESSARY PROGRAM DUPLICATION AT THE BALTIMORE HBIS
EXCLUDING UMCP & UMUC

| | Traditionally Black Institutions (MSU, BSU, CSU) | | | | |
|---|---|---|---|---|---|
| | B | M | D | F | Total |
| Number of Non-Core Programs Unnecessary Duplicated | ~~23~~ **13** | ~~28~~ **19** | ~~3~~ **1** | *0* | ~~51~~ **33** |
| Number of Non-Core Programs | 35 | 42 | 9 | 0 | 86 |
| Percent Unnecessary Duplication | ~~71%~~ **37%** | ~~57%~~ **45%** | ~~22%~~ **11%** | 0% | ~~59%~~ **38%** |

*Source: PTX 71 (Third Expert Report of Dr. Conrad, Ex. 8 at 84)*