IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| COALITION FOR EQUITY AND EXCELLENCE IN MARYLAND HIGHER EDUCATION, *et al.*,<br>　　　　Plaintiffs,<br>　　v.<br>MARYLAND HIGHER EDUCATION COMMISSION, *et al.*,<br>　　　　Defendants. | *<br><br>*<br><br>*<br><br>*<br><br>* | <br><br><br><br><br>Case No.: CCB-06-cv-2773 |

\* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon the motion of the defendants, Maryland Higher Education Commission, *et al.*, to certify an interlocutory appeal of the Court's October 7, 2013 Memorandum of findings of fact and conclusions of law (Doc. 382), and any opposition thereto, IT IS ORDERED

　　1.　　The motion is GRANTED;

　　2.　　The Court certifies that the October 7, 2013 Memorandum of findings of fact and conclusions of law involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal may materially advance the ultimate termination of the litigation; and

　　3.　　The October 7, 2013 Memorandum of findings of fact and conclusions of law is hereby amended to add the following two sentences to the end of the Memorandum: "The Court has determined that this order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal may

materially advance the ultimate termination of the litigation.  Therefore, the Court certifies the order for immediate appeal in accordance with 28 U.S.C. § 1292(b)."

_____                  _____
           Date                                                                  Catherine C. Blake
                                                                                              District Judge