**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **THE COALITION FOR EQUITY AND EXCELLENCE IN MARYLAND HIGHER EDUCATION, ET AL.,** <br> **Plaintiffs,** <br> **v.** <br> **MARYLAND HIGHER EDUCATION COMMISSION, ET AL.,** <br> **Defendants.** | ) | **CIVIL NO. 06-2773-CCB** |

**PLAINTIFFS' MOTION ORDER GRANTING PLAINTIFFS' REMEDIAL PROPOSAL**

Plaintiffs, Coalition for Equity and Excellence in Maryland Higher Education, Inc., et al, by counsel, move this court for an Order granting Plaintiffs' Remedial Proposal. In support of this request, Plaintiffs incorporate the attached memorandum of law.

Dated: May 5, 2015

Respectfully submitted,

/s/

Michael D. Jones, Esq. (Bar No. 08634)
Karen N. Walker (Bar No.14181)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
Email: michael.jones@kirkland.com

Jon Greenbaum (*pro hac vice*)
Brenda Shum (*pro hac vice*)
Genevieve Bonadies (*pro hac vice*)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1401 New York Avenue, N.W., Suite 400
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (877) 303-5039
Email: jgreenbaum@lawyerscommittee.org

John C. Brittain (*pro hac vice*)
ATTORNEY AT LAW
2513 Gadsby Place
Alexandria, VA 22311
Telephone: (832) 687-3007
Email: jbrittatty@comcast.net

ATTORNEYS FOR PLAINTIFFS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **THE COALITION FOR EQUITY AND EXCELLENCE IN MARYLAND HIGHER EDUCATION, ET AL.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**MARYLAND HIGHER EDUCATION COMMISSION, ET AL.,**<br><br>**Defendants.** | ) | **CIVIL NO. 06-2773-CCB** |

**ORDER**

Upon the motion of Plaintiffs, the Coalition for Equity and Excellence in Maryland Higher Education, Inc., et al, the Court has reviewed Plaintiffs' Memorandum in support of Plaintiffs' Remedial Proposal and GRANTS Plaintiffs request to implement Plaintiffs' Remedial Proposal.

SO ORDERED this __ day of_________, 2015.

______________________________
Catherine C. Blake
United States District Judge