**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| COALITION FOR EQUITY AND EXCELLENCE IN MARYLAND HIGHER EDUCATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARYLAND HIGHER EDUCATION COMMISSION, *et al.*<br><br>Defendants. | Civil Action No.: 1:06-cv-02773-CCB |

**EXHIBIT INDEX**

**DEFENDANTS' RESPONSE TO**
**PLAINTIFFS' MOTION FOR AN ORDER**
**GRANTING PLAINTIFFS' REMEDIAL PROPOSAL**

Exhibit A Declaration from the President of the University of Baltimore, Kurt Schmoke

Exhibit B Declaration from the President of University of Maryland Baltimore County, Dr. Freeman A. Hrabowski

Exhibit C Declaration from the President of University of Maryland University College, Javier Miyares

Exhibit D Lichtman Report

Exhibit E Manning Report

Exhibit F Davis Report