IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| COALITION FOR EQUITY AND EXCELLENCE IN MARYLAND HIGHER EDUCATION, *et al.*,<br>Plaintiffs | * | |
| v. | * | |
| MARYLAND HIGHER EDUCATION COMMISSION, *et al.*,<br>Defendants. | * | Case No.: CCB-06-cv-2773 |

* * * * * * * * * * *

**EXHIBIT INDEX**

**DEFENDANTS' FEDERAL RULE OF EVIDENCE 702 MOTION TO EXCLUDE OPINION TESTIMONY CONCERNING THE EFFECTS OF "PROGRAMMATIC NICHES," "HIGH-DEMAND" PROGRAMS AND "UNIQUE" PROGRAMS ON HBI ENROLLMENT BY OTHER-RACE STUDENTS**

**DESCRIPTION** **EX.**

**<u>Deposition Transcripts</u>:**

Deposition Transcript of Walter Allen, dated September 8, 2016 ..................................... 1

Deposition Transcript of Clifton Conrad, dated September 13, 2016................................. 2

**<u>Declarations</u>:**

Declaration of Allan Lichtman, dated September 29, 2016 ............................................... 3

Attachment to Lichtman Declaration (Second Expert Report, dated August 30, 2016)

Declaration of Michael N. Bastedo, dated September 27, 2016 ........................................ 4

Attachment to Bastedo Declaration (CV)

**<u>Reports and Publications</u>:**


Clifton F. Conrad, Report in *Knight v. Alabama*, dated November 8, 1994 ........................ 5

Clifton F. Conrad, Journal for a Just and Caring Education, "*Factors Contributing to the Matriculation of White Students in Public HBCUs*", dated January, 1997 ........................ 6

Clifton F. Conrad, *Study of Academic Programs in Alabama's Colleges and Universities: A report to the U.S. Department of Justice*, dated October 1, 1990 ........................ 7

Fordice 7/11/1994 PM Transcript Excerpt ........................ 8

Second Corrected Report of Conrad & Allen, dated July 6, 2016 ........................ 9


**<u>Other Publications</u>:**


Alan Agresti & Barbara Findlay, *Statistical Methods for the Social Sciences* (4th ed. 2009) ........................ 10

Henry E. Brady, David Collier & Jason Seawright, *Refocusing the Discussion of Methodology, Rethinking Social Inquiry: Diverse Tools, Shared Standards* (Henry E. Brady & David Collier eds. 2004) ........................ 11

David Collier, Jason Seawright & Gerardo L. Munck, *The Quest for Standards: King, Keohane, and Verba's Designing Social Inquiry* (Chapter in *Refocusing the Discussion*) (Henry E. Brady & David Collier eds. 2004) ........................ 12

David Collier & James Mahoney, *Insights and Pitfalls: Selection Bias in Qualitative Research*, World Politics, October1996. ........................ 13

David Collier, James Mahoney & Jason Seawright, *Claiming Too Much: Warnings About Selection Bias, Rethinking Social Inquiry: Diverse Tools, Shared Standards* (Chapter in *Refocusing the Discussion*) (Henry E. Brady & David Collier eds. 2004) ........................ 14

Juliet Corbin & Anselm Strauss, *Basics of Qualitative Research: Techniques and Procedures for Developing Grounded Theory* (4th ed. 2015) ..... 15

John W. Creswell, *Qualitative Methods, Research Design: Qualitative, Quantitative and Mixed Methods Approaches* (4th ed. 2014) ........................ 16

John W. Creswell & Dana L. Miller, *Determining Validity in Quantitative Inquiry*, Theory Into Practice, Summer 2000 ........ 17

Barbara Geddes, *Paradigms and Sand Castles*: *Theory Building and Research Design in Comparative Politics* (Univ. of Mich. Press 2010). ........ 18

John Gerring, *Social Science Methodology: A Unified Framework* (2d ed. 2012) ........ 19

Gary King, Robert O. Keohane & Sidney Verba, *Designing Social Inquiry*: *Scientific Inference in Qualitative Research* (Princeton Univ. Press 1994) ........ 20

Yvonna S. Lincoln & Egon G. Guba, *But Is It Rigorous? Trustworthiness and Authenticity in Naturalistic Evaluation*, New Directions for Program Evaluation, June 1986 ........ 21

James Mahoney & Gary Goertz, *A Tale of Two Cultures: Contrasting Quantitative and Qualitative Research*, Political Analysis, Summer 2006. ........ 22

Geoffrey Marczyk, David DeMatteo & David Festinger, *Essentials of Research Design and Methodology* (John Wiley & Sons 2005) ........ 23

Catherine Marshall & Gretchen B. Rossman, *Designing Qualitative Research* (6th ed. 2016) ........ 24

Joseph A. Maxwell, *Using Qualitative Methods for Causal Explanation*, Field Methods, August 2004. ........ 25

Raymond S. Nickerson, *Confirmation Bias: A Ubiquitous Phenomenon in Many Guises*, 2 Rev. of Gen. Psych. 175 (1998). ........ 26

Irving Seidman, *Interviewing as Qualitative Research*: *A Guide for Researchers in Education and the Social Sciences* (3d ed. 2006). ........ 27

William R. Shadish, Thomas D. Cook & William T. Campbell, *Experimental and Quasi-experimental Designs for Generalized Causal Inference* (Wadsworth Cengage Learning 2002). ........ 28

J. Douglas Toma, Approaching Rigor in Applied Qualitative Research, in *The SAGE Handbook for Research in Education*: Pursuing Ideas as the Keystone of Exemplary Inquiry, (Clifton F. Conrad and Ronald C. Serlin eds. 2d ed. 2011) ........ 29

Robert K. Yin, *Case Study Research Design and Methods* (5th ed. 2014) ........ 30