**EXH. 04**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| COALITION FOR EQUITY AND EXCELLENCE IN MARYLAND HIGHER EDUCATION, *et al.*, Plaintiffs | * * | |
| v. | * | |
| MARYLAND HIGHER EDUCATION COMMISSION, *et al.*, Defendants. | * * | Case No.: CCB-06-cv-2773 |

* * * * * * * * * * *

**DECLARATION OF MICHAEL N. BASTEDO**

Michael N. Bastedo submits the following unsworn declaration under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am a Professor of Education (with tenure) in the School of Education at the University of Michigan, and Director of the Center for the Study of Higher and Postsecondary Education at the University of Michigan, which functions both as an academic department and as a research center. It is currently the top-ranked graduate program in higher education research by *U.S. News & World Report*. I have been a Fulbright Scholar in the Netherlands, a Ford Foundation Global Policy Fellow at the Institute for Higher Education Policy, a policy fellow at the Bellagio Center in Italy, and a visiting scholar at Stanford and the Center de Sociologie des Organisations at the Institut d'Études Politiques (SciencesPo).

2. I am social scientist by training, whose work spans qualitative, quantitative, and experimental research methods. My scholarly interests are in the governance, politics, and organization of public higher education, with particular interests in stratification, college admissions, and rankings. My recent books are *American Higher Education in the 21st Century* and *The Organization of Higher Education: Managing Colleges for a New Era* (both Johns Hopkins University

Press). My work has been published in top journals in education, including the *American Educational Research Journal, Educational Evaluation and Policy Analysis, Research in Higher Education, The Review of Higher Education*, and *The Journal of Higher Education.* I am a member of the editorial boards of *Educational Evaluation and Policy Analysis, Research in Higher Education* and *The Journal of Higher Education,* and review for major grant competitions. My research has been reported by journalists at the *New York Times*, *Washington Post, The New Yorker, U.S. News & World Report*, *Nature*, *The Economist*, *The Times of London,* and *The Chronicle of Higher Education*, among many others.

3. In 2013, I was awarded the Early Career Award from the American Educational Research Association, for distinguished contribution to education research in the first decade after the Ph.D. I was the first scholar of higher education to win this award in its 30-year history. My research has been supported through research grants and fellowships provided by The Mellon Foundation, The Ford Foundation, The Spencer Foundation, The Lumina Foundation, The Kauffman Foundation, The Carnegie Corporation of New York, The Association of Governing Boards of Colleges and Universities, The Association for Institutional Research, The Council for the International Exchange of Scholars (CIES), The National Science Foundation, The National Center for Education Statistics, The European Commission, and The Organization for Economic Co-operation and Development (OECD).

4. I hold the A.B. with honors from Oberlin College, an M.A. with distinction from Boston College, and the A.M. in Sociology and Ph.D. in Administration and Policy Analysis from Stanford University.

5. In my role as a faculty member at the University of Michigan, I have taught qualitative research methods to doctoral students on numerous occasions, most recently in 2011.

6. A CV of my academic accomplishments is attached.

7. For this review, I have been compensated at a rate of $225/hour for work at my home office and $300/hour for work requiring travel. I am not being compensated to provide any particular opinion or point of view on this case.

**Reviewing Issues of Qualitative Methodology and Causal Inference**

8. I have been asked to conduct a review of the research submitted by the Plaintiffs. I provide this testimony as an expert in social science methodology, with a particular focus on higher education organizations and decision making. I do not claim specific expertise on Historically Black Colleges and Universities (HBCUs) or Minority Serving Institutions (MSIs). I also do not offer an opinion on the merits of the remedy proposal, and my review is limited to the methodology and implications of the research and reports presented to me.

9. I have been asked to review the article entitled, "Factors Contributing to the Matriculation of White Students in Public HBCUs," co-authored by Clifton Conrad, Ellen Brier, and John Braxton in a January 1997 special issue of *The Journal for a Just and Caring Education* (JJCE), pages 37-62. I was also asked to review a similar report authored by Clifton Conrad for the U.S. Department of Justice (DOJ) in November 1994 entitled, "Factors Contributing to the Matriculation of White Students in Public PBIs: A Foundation for Identifying Policies and Practices To Advance Desegregation in Predominantly Black Institutions." The DOJ report contains additional details that were crucial for understanding the methodology of the published JJCE article. I also reviewed an earlier report by Clifton Conrad, "Study of Academic Programs in Alabama's Colleges and Universities: A Report to the Department of Justice," dated October 1, 1990. Finally, I was asked to review the Reply Expert Report of Clifton Conrad and Walter Allen (Second Corrected, July 6, 2016)("Expert Report") with respect to this research, their individual depositions, and the program inventories submitted by the Plaintiffs.

10. As a foundation, it is important to understand that qualitative research, which is empirical research that may include interviewing, observations, document analysis, or other research techniques, is a broad methodology area that has many different flavors and variations in approach, techniques, and philosophical

foundations. Some work is more phenomenological, in that it seeks to provide voice to informants who may not be normally heard in the standard research traditions, or who have perspectives that have been traditionally ignored or marginalized. Other work makes claims that are more causal in orientation, meaning the author(s) are trying to build a theory for how and why one set of conditions may influence an outcome. Because work in these traditions would have very difficult goals, the standards for evaluating them must, by nature, be quite different.

11. In reading the JJCE article and the DOJ report, it became clear that the authors sought to draw causal inferences from this work rather than simply provide a voice to the informants or to explore varying perspectives on White students' college choice behavior. This is clear from the focus on identifying "factors" in college choice and enrollment, which by nature implies causation. They sought to use this work to establish a working theory for how White students choose to matriculate at HBCUs, and to make causal claims about the factors that influence this process. In addition, they sought to make predictions about the future; they made assertions that the factors they identified from the data would generalize to other similarly-situated cases. "Based on Dr. Conrad's research and review of data from a number of states, he has determined that high-demand programs are the single most important factor in terms of influencing student choice… Dr. Conrad's research shows that unique programs are also very important in terms of offering desegregative potential, and program uniqueness is particularly important when combined with high-demand" (Expert Report, p. 28). It was clear from the conclusions drawn from the research and the Expert Report itself that they sought to use these predictions to influence institutional policy and public policymaking in general.

12. Because the submitted research has these goals, it should be assessed using standards that apply to qualitative work that seeks to draw causal inferences. Many scholars of education would reject this idea out of hand, believing that causation should never be implied by qualitative research that cannot, by nature, establish broad-scale patterns of behavior (See, for example, National Research Council, *Scientific Research in Education*. Washington, DC: National Academy Press, 2002.) Other scholars, myself included, seek a middle ground that allows for causal statements in certain circumstances but with higher standards for claims-making assertions and a primary focus on process (e.g., the *how*) rather

than variables (e.g., the *why*). There are different standards for making claims about local causality, stating that one thing influenced another *within* a particular case, and general causality, where you claim that what you found will generalize to different but similarly-situated cases. It seems clear from both the research reports and the Expert Report that the authors sought to generalize to other cases. For two contrasting discussions of causality in qualitative research, see Joseph A. Maxwell, "Using Qualitative Methods for Causal Explanation," *Field Methods*, Vol. 16, August 2004, pp. 243-264 or Gary King, Robert O. Keohane, and Sidney Verba, *Designing Social Inquiry: Scientific Inference in Qualitative Research*. Princeton, NJ: Princeton University Press, 1994.

13. If one accepts that causal inference can be appropriate in qualitative research, there are specific strategies that can be used to develop and assess the explanations provided by researchers who make these claims. This section draws on the framework provided by Joseph Maxwell in "Using Qualitative Methods for Causal Explanation," but researchers have commonly used the strategies outlined here for decades (e.g., Glaser & Strauss, "Judging Credibility," in *The Discovery of Grounded Theory*, 1967).

14. One strategy is to seek *plausible rival explanations* for the phenomenon being explored. This would involve investigating multiple possibilities and seeking evidence to support or refute these alternative explanations. This strategy allows the researcher to provide evidence that the explanations being provided are the best of a series of possible explanations, rather than simply the one they prefer or happen to present. This is a very commonly used strategy. See, for example, Catherine Marshall and Gretchen B. Rossman, *Designing Qualitative Research*, Sage Publications, 2014; Matthew B. Miles and A. Michael Huberman, *Qualitative Data Analysis: An Expanded Sourcebook*, Sage Publications, 1994; Robert K. Yin, *Case Study Research: Design and Methods*, Sage Publications, 2013.

15. Another strategy would be to search *discrepant evidence* or disconfirming evidence or "negative cases" – meaning data from interviews or observations that does not support the primary explanations or theory that you are providing. This is a very common strategy for building validity in qualitative research. This allows the researcher to provide readers with evidence that would allow

them to come to alternative conclusions about the evidence. It also reflects that reality that although there may be themes and trends among informants' perspectives, most often those dominant themes are contested or unsupported by other informants. See, for example, Yvonna S. Lincoln and Egon G. Guba, *Naturalistic Inquiry*, Sage Publications, 1985; Janice M. Morse, "Critical Analysis of Strategies for Determining Rigor in Qualitative Inquiry," *Qualitative Health Research* 25.9 (2015): 1212-1222; J. Douglas Toma, "Approaching Rigor in Applied Qualitative Research," in Clifton F. Conrad and Ronald C. Serlin (Eds.), *The Sage Handbook for Research in Education* (2011): 405-423.

16. Another strategy is *triangulation*, or seeking to have informants from multiple perspectives on the same phenomenon. This requires recruiting informants from multiple positions (for example, students, faculty, and administrators, and from multiple perspectives. For example, Sandra Mathison identifies three kinds of triangulation: data triangulation (multiple sources of data), investigator triangulation (more than one researcher), and methodological triangulation (multiple methods of investigation). (Sandra Mathison, "Why Triangulate?" *Educational Researcher*, Vol. 17, No. 2, March 1988, pp. 13-17.)

17. Another strategy is *member checking*, whereby the researcher asks for feedback from the informants on the transcripts or interpretations being provided by the researcher. Although member checking has many limitations (Robert M. Emerson and Melvin Pollner. 1988. "On the Uses of Members' Responses to Researchers' Accounts." *Human Organization* 47: 189-198), it provides an opportunity to seek the insiders' point of view on the theory or explanations being provided to see if they resonate with those in the research context. See also Yvonna S. Lincoln and Egon G. Guba, *Naturalistic Inquiry*, Sage Publications, 1985; Janice M. Morse, "Critical Analysis of Strategies for Determining Rigor in Qualitative Inquiry," *Qualitative Health Research* 25.9 (2015): 1212-1222; J. Douglas Toma, "Approaching Rigor in Applied Qualitative Research," in Clifton F. Conrad and Ronald C. Serlin (Eds.), *The Sage Handbook for Research in Education* (2011): 405-423.

18. There are many other possibilities that have been offered by researchers, but these are the main strategies that have been consistently proffered by experts in

the validity of qualitative research. Although there is no widely-accepted prioritization of these strategies, I believe that considering rival explanations and providing discrepant (or negative) evidence are the most important, particularly if you seek to influence public policy or institutional decision making.

19. In examining the JJCE article and the DOJ report, I did not find much evidence of the use of these well-known strategies. There was some use of triangulation, by interviewing informants from multiple positions. (There are other issues with their use of informants, discussed below in paragraphs 25-28.) I thought there was some investigator triangulation, by involving new authors on the JJCE manuscript, who had presumably cross-checked the results. However, in his deposition, Dr. Conrad cannot recall what the co-authors did (Conrad deposition, p. 123), and later admits that most of his data were field notes, which could not be cross-checked by co-authors (p. 189).

20. I also see no evidence of member checking of any kind, and the authors did not provide any disconfirming or discrepant evidence that did not support their overarching themes and conclusions. Most importantly, the authors do not provide sufficient evidence to allow readers to consider rival theories or explanations for differences in White students' college choice other than the ones that they have presented.

21. Whether or not the authors are seeking to draw causal inferences, there are some widely-accepted simple strategies for establishing the validity of the research. The first is that, wherever possible, researchers should tape and transcribe the interviews that they conduct. This is done because it is very difficult, and often impossible, to accurately transcribe lengthy quotations from informants in real time. In addition, you are likely only to transcribe quotations that confirm ideas that you are already considering and support your emerging theory. In this case, the interviews were only transcribed "in some instances" (Conrad deposition, p. 187) and Dr. Conrad cannot recall what percentage of interviews was transcribed, or what criteria he used to decide which interviews to transcribe. This is not consistent with standards of rigor in qualitative research. See, for example, Catherine Marshall and Gretchen B. Rossman, *Designing Qualitative Research*, Sage Publications, 2014; Yvonna S.

Lincoln and Egon G. Guba, *Naturalistic Inquiry*, Sage Publications, 1985; and many others.

22. Ultimately, qualitative research is not well suited to the identification of "factors" that cause a particular outcome. The JJCE article and DOJ report draw upon interviews with an impressive number of informants (80) for qualitative research. But when it comes to the identification of "factors," this research boils down to 80 people responding to a survey; 80 people who were not randomly selected, or evenly distributed across the 5 institutions. This work has value, but it is fundamentally exploratory, not fact. This kind of exploratory work should not be the basis of institutional or public policy, but rather the beginning of a research agenda to investigate these mechanisms more systematically. As far as I can tell, no further work has occurred since the JJCE article was published nearly 20 years ago.

**Potential Biases in the JJCE Article and DOJ Report**

23. The JJCE article and DOJ report raise a number of other important methodological concerns. First, there is the acknowledged bias in case selection: Only institutions that were "successful" in recruiting White students to HBIs were selected for inclusion in the study. ("Southern University at New Orleans and Savannah State College were selected primarily because they have been under court order to desegregate and, secondarily, because of their successes in attracting White students. The other three HBCUs were selected because they are among the nation's most successful HBCUs in terms of attracting White students" (JJCE, p. 39).

24. The authors see this as a positive decision to explore how institutions successfully recruit White students. However, it has a serious drawback: How do you infer that the reasons you see for "successful" recruiting at these institutions are not also being done at unsuccessful institutions? (In quantitative terms, this is called "selecting on the dependent variable.") The authors cannot distinguish between activities that are successful and activities that are simply *happening* at "successful" institutions. This is a common problem in case

selection; see David Collier and James Mahoney, "Insights and Pitfalls: Selection Bias in Qualitative Research," *World Politics* 49.01 (1996): 56-91.

25. Similar decisions were made with the choice of informants for the study. Faculty were only interviewed if they worked in programs that were successful in recruiting White students. However, you could not know if similar strategies were used in less successful programs but did not get the same results. Following a similar strategy, only White students who matriculated were interviewed (DOJ report). However, you could not know if similar factors attracted Black students to the HBIs, or why White students who didn't matriculate chose other institutions. (This limitation is acknowledged in the JJCE article). Each of these decisions makes it impossible to determine whether the factors that have been identified have any causal validity.

26. Strangely, some of the institutions were not particularly successful at attracting White students, even compared to other HBIs. Although this was not disclosed in the published JJCE article, the largest number of interviews, 29, were conducted at Southern University at New Orleans, an institution that at the time had only 4% white enrollment, ranking #31 among HBIs (DOJ Report). Twenty-one interviews were conducted at Kentucky State, which had 49% white enrollment, and ranked #4. Yet the strategies used by Southern University were portrayed in the JJCE article and DOJ report as equivalent to strategies being used by institutions that were more successful in recruiting White students, such as Kentucky State. The differences among these institutions are impossible to determine from the written work, yet could be crucial in figuring out which strategies could be more or less successful. And despite a wide range of White enrollment across these institutions, the authors came to strangely consistent results.

27. There are many things about the informants that remain unclear. Although you want to maintain the confidentiality of informants, we could know far more about the positions of the informants and their distributions. We could know what positions the administrators held, and have some understanding of their expertise in making claims about enrolment and college choice. We could know more about the faculty members, what departments they came from, and how they were distributed among departments within institutions. We could

know more where the students came from, how they were distributed among departments, etc. This would allow us to better gauge the credibility of the informants quoted in the research, and whether we should trust the causal claims being made from their statements.

28. Informants may have been biased by the way the research was portrayed to them. It was explicit that the research was conducted to inform the U.S. Department of Justice with respect to ongoing litigation with respect to Alabama and Louisiana (DOJ report, Appendix B). Informants, particularly college administrators, could be aware that certain answers would serve those purposes better than others, and the largest number of informants came from Southern University in Louisiana. Dr. Conrad acknowledges this possibility (Conrad deposition, p. 195).

29. The theory that high-demand, unique academic programs were essential for desegregation may have been established in the authors' mind prior to conducting the study. For example, in the interviewee rating instrument, the first three items are: "High Demand Programs," "Unique (Unduplicated by Proximate PWI) Programs," and "Graduate Programs" (DOJ report, Appendix C). This raises concerns about the degree to which the interviewer unconsciously sought information that confirmed this initial theory. Unfortunately, all of Dr. Conrad's transcripts and field notes have been destroyed, which could be examined to see if informants were influenced during the interview toward the ideas that were ultimately published in JJCE. Confirmation biases, or the tendency to seek information that confirms our preconceived notions and discount information that does not, are well established in the social psychology literature (e.g., Raymond S. Nickerson, "Confirmation Bias: A Ubiquitous Phenomenon in Many Guises," *Review of General Psychology* 2.2 (1998)). Confirmation biases can be a plague in qualitative research that does not seek to mitigate them (see discussion of researcher bias in J. Douglas Toma, "Approaching Rigor in Applied Qualitative Research," in Clifton F. Conrad and Ronald C. Serlin (Eds.), *The Sage Handbook for Research in Education* (2011): 405-423).

30. This concern about possible confirmation bias is raised again by examining the 1990 report by Clifton Conrad, "Study of Academic Programs in Alabama's

Colleges and Universities: A Report to the Department of Justice," October 1, 1990, which was written prior to conducting the 1994 study for the Department of Justice (DOJ) and the 1997 publication (JJCE). Throughout the report, one of the main hypotheses centers on the creation of unique, high demand programs in Alabama HBIs. "Hypothesis 3: When predominantly black and predominantly white institutions are compared in a unitary curriculum structure, there are a significant number of unique (non-duplicated) non-core, high-demand programs (in such fields as education, business, and engineering) that meaningfully differentiate program offerings between both sets of institutions" (DOJ, 1990, p. 41). Thus, it was clear in Dr. Conrad's mind that unique, high-demand programs were essential prior to conducting the interviews and focus groups for the 1994 DOJ report.

31. This concern is also raised because the JJCE article and DOJ report underplay the more obvious response to low student enrollments: Well-established strategies for student recruitment, admissions, financial aid, and retention. There is extensive focus throughout the article and report on the importance of unique, high-demand programs, but comparative hand waving toward more established strategies that could have been quite effective in HBI contexts. Although college choice at HBCUs is an under-investigated topic, focus groups with White students in Mississippi suggests that White student recruitment to HBIs could be extremely challenging (Paul E. Sum, Steven Andrew Light, and Ronald F. King, "Race, Reform, and Desegregation in Mississippi Higher Education: Historically Black Institutions after *United States v. Fordice," Law and Social Inquiry,* 29, pp. 403-435, 2004).

## Additional Methodological Considerations

32. Although the article was published in a journal, it is important to note that it was unlikely to be blind peer reviewed in the traditional sense. As indicated on the Table of Contents, the article was published in a "Special Issue" on college desegregation co-edited by Donald Hossler and Edward P. St. John. Special Issues are more like edited books than traditional peer-reviewed journals. Generally, articles are invited by the editors, undergo relatively light editing by the editors themselves, and very few (if any) submissions are rejected. Indeed,

the acknowledgements thank the co-editors "for their helpful comments on this work" (JJCE, p. 58).

33. It is very unclear from either the article or the DOJ report how the data were analyzed. Normally, qualitative researchers use a process called "coding" to analyze the data, assigning concepts and labels to text to permit deeper analysis. As an educated guess, transcripts of 80 interviews would produce upwards of 1500 pages of text alone. It is standard practice in qualitative research to provide a systematic explanation for how the data were analyzed or coded. Indeed, entire textbooks exist to describe coding practices. See, for example, Johnny Saldaña, *The Coding Manual for Qualitative Researchers* (Sage Publications, 2015; Juliet Corbin and Anselm Strauss, *The Basics of Qualitative Research: Techniques and Procedures for Developing Grounded Theory* (Sage Publications, 2014). Although some researchers use software such as NVIVO or Atlas.ti to conduct data analysis (Conrad deposition, p. 61), software is not necessary to successfully code the data.

34. As footnote 12 in the DOJ report suggests, however, some analysis of the data was conducted before the transcriptions were even completed. "While I have completed my analysis of Savannah State College and the findings presented in the cross-case analysis reflect that analysis, I only infrequently refer to Savannah State in my discussion of findings because I have not completed the transcriptions of my tape-recorded interviews" (p. 17). It is unnerving to consider how it is that the analysis of case data could occur before the case data themselves had even been transcribed, and raises the fear that examples were cherry picked from the data rather than analyzed systematically.

35. The authors state in the JJCE article that the factors were included "if at least 60% of the students, and at least 40% of the administrators and faculty members indicated that the factor was important – either directly in the interview or indirectly on the rating instrument" (journal p. 42). These cut points are essentially arbitrary, as is the reasoning behind having different cut points for different informant groups. "Sometimes it's actually easier to get published if you put in a number" (Conrad deposition, p. 137).

36. The authors also provide no results from the rating instrument directly, making it impossible to assess the validity of their claims.

37. The authors make strong claims, particularly in the JJCE article, that are out of proportion to the evidence they have to support them. For example: "Whereas all of these factors are important individually, they are especially robust when combined. In particular, the combined influence of the first two factors – programs offerings in high-demand fields and unique (unduplicated in a geographically proximate PWI) program offerings – plays a very large role in encouraging Whites to attend HBCUs" (JJCE, p. 42). The authors are making an essentially quantitative claim ("a very large role") that their data could not possibly support, and there is little evidence provided in the qualitative data that even the informants themselves see this combination as particularly essential.

38. As a caveat, the authors state, "We emphasize that our findings – and the policies and practices we derive from them – are only a *first step* in enriching our understandings of why White students choose HBCUs" (my emphasis, JJCE p. 42). This does not preclude the authors from suggesting, in the conclusion, major state interventions that should be implemented based upon this research. These include closing PWIs that are proximate to HBCUs, merging PWIs with HBCUs, and program transfer from PWIs to HBCUs (JJCE, p. 57). This is notably similar to what has been suggested by the Plaintiffs as a remedy in this case, with no additional research that is consistent with the authors' own caveat to their work.

39. As their caveat suggests, social scientists should not draw such broad conclusions from individual research projects. "A… mistake authors make in their Discussion sections involves deriving sweeping conclusions that outstrip the data. In an effort to convince readers that their work has important and wide-ranging theoretical implications, authors may overreach" (Marta Geletkanycz and Bennett J. Tepper, "Publishing in AMJ–Part 6: Discussing the Implications," *Academy of Management Journal* 55.2 (2012): 256-260.)

**Conrad and Allen Expert Report**

40. As discussed, the JJCE authors make quantitative claims that are testable using quantitative data. Specifically, they are claiming that high-demand programs are more likely to attract White students, on a percentage basis, than non-high-demand programs. But they haven't used the right methodology to make these kinds of claims, and there are readily accessible sources of data to investigate them. To make these claims, the authors could have used state or national data to examine these propositions descriptively, which would be the usual beginning step in examine trends.

41. Plaintiffs' definitions of what constitute high-demand programs at various levels are essentially arbitrary (Conrad deposition, p. 309-313), but I used these definitions to provide comparable examples using the same definitions. For reasons that I do not understand, instead of simply looking at broad descriptive trends across Maryland HBIs, Dr. Conrad and Allen choose to look only at programs with 10 or more White students, which is a different benchmark than the rest of their analysis, and doesn't differentiate among types of degree programs (Expert Report, July 2016, p. 34). This is another case of "selecting on the dependent variable," where a narrow range of outcomes is chosen for analysis instead of the full range. In addition, the uniform use of 10 students does not adjust for major enrollments, creating a built-in correlation with high-demand programs. It is more methodologically appropriate simply to analyze enrollment data across all Maryland HBIs' programs.

42. I began by examining graduation numbers in unique, non-core, high demand programs at HBIs, as identified by the Plaintiffs (Excel spreadsheet, "MASTER Spreadsheet FINAL for Remedial Proposal"). Their theory, drawing upon the JJCE and DOJ work, is that these programs should have higher White enrollments, but I found many examples of programs with these characteristics that had very low White enrollments: At Morgan State, Multi-Platform Production (1 white of 188 total), Strategic Communication (1/122), Engineering PhD (4/63); At Bowie State: Child and Adolescent Studies (1/85), Counseling Psychology MA (5/146), Mental Health Counseling (5/65); Coppin State: Rehabilitation Counseling (0/99); At UMES: Applied Computer Science MA (1/19), Biochemistry (0/20), Criminal Justice (19/434). Coppin State's

Rehabilitation Counseling program is completely unduplicated even at the state level, yet has no White graduates in the Plaintiffs' data.

43. The flipside of the authors' argument is that HBIs need unique, high-demand programs in order to drive significant White enrollments. But I found programs that are not unique at Maryland HBIs that do have significant White enrollments. For example, the Landscape Architecture and Business Administration PhD programs at Morgan State; the Special Education, School Counseling, Early Childhood Education, Reading Education, and Nursing master's programs at Bowie State; and the Exercise Science program at UMES.

44. In the HBI data for this year, the most successful programs for desegregation seem to be duplicated graduate programs with very high demand, such as academic programs in education and management.

45. I should note that many programs may be miscoded as low demand because they have low graduation rates, but in fact have very high enrollments. (see "MASTER Spreadsheet FINAL for Remedial Proposal," submitted by Plaintiffs). It would be more useful to have data that span multiple years rather than simply one year of data, as there could be a lot of noise or unreliability in a given year's data.

46. In their Expert Report, Conrad and Allen state, "We reviewed white student enrollment at HBIs nationally in order to determine which were successful in attracting white enrollment and why… In particular, we analyzed white enrollment in the other states which have court ordered or court approved desegregation plans, Mississippi, Alabama, Louisiana and Tennessee. (Doc. 406-1)" (p. 17). When you examine these documents, however, there is no statistical examination of enrollments, but rather simply table upon table of examples of programs from selected states. The preferred approach would be to look systematically at all HBIs nationally to test their ideas about unique, high demand programs. From the data provided in Doc 406-1, it is impossible to determine a systematic pattern.

47. In order to make claims about what we know nationally about White student enrollment at HBIs, instead of drawing from anecdotal examples, it is more systematic to look at the existing national data on HBI enrollments. Using government data, it is possible to look at HBIs nationally, to see if White students are more likely to enroll in high-demand programs than in programs overall. These data are available from IPEDS (the Integrated Postsecondary Education Data System) from the U.S. Department of Education. When examining the most recent national data available (2012-13) for HBIs at the undergraduate level, and using the Plaintiffs' definition for high-demand bachelor's degree programs, by percentage there are *fewer* White graduates of high demand programs (10.8%) than White graduates of non-high-demand programs (11.1%).

48. When examining the most recent national data available (2012-13) for HBIs at the master's level, and using the Plaintiffs' definition for high-demand master's degree programs, there are only slightly more White graduates of high-demand MA programs (17.8%) than White graduates of non-high-demand MA programs (17.2%). This is certainly not the kind of difference that could drive desegregation efforts.

49. These results stand despite the fact that the data include all HBIs, including Bluefield State and West Virginia State, which are now predominantly White institutions. These two institutions are essentially outliers in the dataset with much higher White enrollment than the HBIs in Maryland or elsewhere in the country.

50. As acknowledged in the Expert Report, there is no qualitative evidence in either the JJCE article or the DOJ report, or quantitative data in the Expert Reports, to support the assertion that programmatic niches built around distinctive institutional identities will have particularly desegregating effects. "At the outset, it must be emphasized that scientific analysis cannot prove or disprove the desegregative potential of establishing institutional identity at the HBIs" (Expert Report, p. 33). I am unaware of any literature in higher education research, either qualitative or quantitative, that supports these assertions about programmatic niches.

51. In social science research, it is important not make claims that are unsupported by evidence. Yet these kinds of conclusions and claims are made repeatedly throughout the Expert Report, even after the authors acknowledge that there is no evidence to support them.

- "Institutional identity is essential to dismantling the dual system of education in Maryland" (p. 58)
- "All four of the HBIs need an institutional identity divorced from the stigma associated with race. All remedial measures must be guided by this fundamental principle" (p. 6)
- "First and foremost, the State must create distinctive institutional identities at the HBIs by establishing a meaningful number of programmatic niches at each of those institutions which rely upon a combination of unique, high-demand programs and exceptionally high-demand programs which will attract significant levels other-race students" (p. 8)
- "The overarching goal of a successful remedy must be to establish distinctive identities at Maryland's four HBIs" (p. 12)
- "These niches must be developed and enhanced by establishing new high-demand programs, new unique programs, and programs that are at once high-demand and unique" (p. 26)

As the authors have already acknowledged that there is no evidence to support these claims, they constitute essentially personal opinions, not social scientific judgments.

52. Although the authors claim these recommendations are supported by their "research and expertise" (p. 33) and many years working with HBIs, experts have a poor track record of predicting the future. This idea has been demonstrated extensively in multiple expert contexts. See, for example, the work of Philip E. Tetlock, as summarized in *Expert Political Judgment* (Princeton University Press, 2005).

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Ann Arbor, Michigan, on September 27, 2016.

Michael N. Bastedo

# EXHIBIT

## MICHAEL N. BASTEDO

610 E. University, 2117 SEB
Center for the Study of Higher and Postsecondary Education
University of Michigan at Ann Arbor
Ann Arbor, MI 48109
734.615.3349

909 Sunset Road
Ann Arbor, MI 48103
734.272.7619
bastedo@umich.edu
http://www.umich.edu/~bastedo

### EDUCATION

2003 **Ph.D. in Administration and Policy Analysis**, Stanford University

2001 **A.M. in Sociology**, Stanford University

1996 **M.A. (with Distinction) in Higher Education**, Boston College

1994 **A.B. (with Honors) in History**, Oberlin College

### RESEARCH AND PROFESSIONAL EXPERIENCE

2012-present **Director**
2015-present **Professor of Education**
**Center for the Study of Higher and Postsecondary Education (CSHPE)**
**University of Michigan at Ann Arbor**

2015-present **Professor (by affiliation) of Organizational Studies**
**School of Literature, Sciences, and the Arts, University of Michigan**

Courses Taught:
- ED 622: Proseminar in Higher Education (Fall)
- ED 695: Research and Educational Practice (Fall)
- ED 764: Public Policy in Postsecondary Education (Winter)
- ED 761: Postsecondary Institutions as Complex Organizations (Fall)
- ED 792: Qualitative Research Methods (Fall)
- ED 867: Seminar in Organization Theory (Winter)
- ED 891: Qualitative Methods Workshop (Fall/Winter)
- ED 899: Comprehensive Qualifying Examination (Fall/Winter)

2008-present **Faculty Affiliate, Weiser Center for Europe and Eurasia, Center for European Studies, European Union Center of Excellence, and the International Institute**
**School of Literature, Sciences, and the Arts, University of Michigan**

2009-2015 **Associate Professor of Education (and Organizational Studies, by affiliation)**
2004-2009 **Assistant Professor of Education**
**Center for the Study of Higher and Postsecondary Education (CSHPE)**

2004-2007 **Faculty Affiliate, Nonprofit and Public Management Center**
**Schools of Business, Public Policy, and Social Work, University of Michigan**

| | | |
|---|---|---|
| 2003-2004 | **Assistant Professor of Education**<br>**Department of Educational Organization and Leadership**<br>**University of Illinois at Urbana-Champaign**<br><br><u>Courses Taught</u>: EOL 479: Organization of Higher Education<br>EOL 490HPM: Public Policy in Higher Education<br>EOL 490CHE: Curriculum in Higher Education<br><br>**Assistant Professor (by affiliation)**<br>**Institute for Government and Public Affairs, University of Illinois** |
| 1998-2002 | **Research Assistant**<br>**National Center for Postsecondary Improvement (NCPI)**<br>**Stanford Institute for Higher Education Research (SIHER)** |
| 1996-1998 | **Policy Analyst**<br>**Massachusetts Board of Higher Education** |
| 1995-1996 | **Administrative Fellow**<br>**Office of the Academic Vice President, Boston College** |

## SELECTED AWARDS, HONORS, AND ACTIVITIES

| | |
|---|---|
| 2013 | Early Career Award, American Educational Research Association (for distinguished contribution to education research in the first decade after the Ph.D.) |
| 2013 | Citation for Outstanding Reviewing, *Educational Evaluation and Policy Analysis* |
| 2010-11 | Visiting Scholar, Stanford University |
| 2009 | Visiting Scholar, Centre de Sociologie des Organisations, Institut d'Études Politiques de Paris (Sciences Po Paris) |
| 2007-09 | Ford Foundation Global Policy Fellow, Institute for Higher Education Policy |
| 2008 (Aug.) | Bellagio Center Conferee, Rockefeller Foundation, Lake Como, Italy |
| 2008-09 | Rackham Faculty Research Award, Rackham School of Graduate Studies, UM |
| 2006-07 | Evan G. and Helen Geib Pattishall Award for Early Career Achievement, UM SOE |
| 2005-06 | Fulbright New Century Scholar, The Netherlands, U.S. Department of State |
| 2005-06 | Associate, National Center for Public Policy and Higher Education |
| 2005, 2007 | Citations for Outstanding Reviewing, *American Educational Research Journal* |
| 2003, 2004 | "Incomplete List of Teachers Ranked as Excellent," UIUC Center for Teaching Excellence |
| 2002 | Emerging Scholar, Kellogg Forum on Higher Education and the Public Good |
| 1996 | M.A. awarded with distinction, Boston College |
| 1995-96 | Administrative Fellow, Boston College |
| 1994 | B.A. awarded with honors, Oberlin College |

## BOOKS

Bastedo, Michael N., Philip G. Altbach, and Patricia J. Gumport (Eds.) 2016. *American Higher Education in the 21st Century: Social, Political, and Economic Challenges* (4th edition). Baltimore: Johns Hopkins University Press.

Bastedo, Michael N. (Ed.) 2012. *The Organization of Higher Education: Managing Colleges for a New Era*. Baltimore: Johns Hopkins University Press.

-----. 2016 (in press). Reprint in Mandarin by Academy Press, Beijing.
-----. 2016 (in press). Reprint in Turkish by Kure Yayinlari, Istanbul.

## JOURNAL ARTICLES (PEER-REVIEWED)

Bastedo, Michael N., Joseph E. Howard, and Allyson Flaster. 2016. "Holistic Admissions after Affirmative Action: Does "Maximizing" the High School Curriculum Matter?" *Educational Evaluation and Policy Analysis* 38: 389-409.

Kim, Jeongeun and Michael N. Bastedo. 2016 (in press). "Athletics, Clubs, or Music? The Influence of College Extracurricular Activities on Job Prestige and Satisfaction." *Journal of Education and Work*.

Bastedo, Michael N. and Allyson Flaster. 2014. "Conceptual and Methodological Problems in Research on College Undermatch." *Educational Researcher* 43: 93-99.

Bielby, Robert, Julie R. Posselt, Ozan Jaquette, and Michael N. Bastedo. 2014. "Why Are Women Underrepresented in Elite Colleges and Universities? A Non-Linear Decomposition Analysis." *Research in Higher Education* 55: 735-760.

Bastedo, Michael N., Elias M. Samuels, and Molly Kleinman. 2014. "Do Charismatic Presidents Influence College Applications and Alumni Donations? Organizational Identity and Performance in U.S. Higher Education." *Higher Education* 68: 397-415.

Kim, Jeongeun, Jiyun Kim, Ozan Jaquette, and Michael N. Bastedo. 2014. "Institutional Stratification and the Post-College Labor Market: Comparing Job Satisfaction and Prestige across Generations." *Journal of Higher Education* 85: 761-791.

Posselt, Julie R., Ozan Jaquette, Robert Bielby, and Michael N. Bastedo. 2012. "Access without Equity: Longitudinal Analyses of Institutional Stratification by Race and Ethnicity, 1972-2004." *American Educational Research Journal* 49: 1074-1111.

Bastedo, Michael N. and Ozan Jaquette. 2011. "Running in Place: Low-Income Students and the Dynamics of Higher Education Stratification." *Educational Evaluation and Policy Analysis* 33: 318-339.

Bastedo, Michael N. and Nicholas A. Bowman. 2011. "College Rankings as an Interorganizational Dependency: Establishing the Foundation for Strategic and Institutional Accounts." *Research in Higher Education* 52: 3-23.

Bowman, Nicholas A. and Michael N. Bastedo. 2011. "Anchoring Effects on World University Rankings: Exploring Biases in Reputation Scores." *Higher Education* 61: 431-44.

-----. 2011. Reprinted in part as "'Anchoring' the World University Rankings." *International Higher Education* 65: 2-3. Also reprinted in Russian and Mandarin.

-----. 2014. Reprinted in Daniel Araya and Peter Marber (Eds.), *Higher Education in the Global Age: Policy, Practice, and Promise in Emerging Societies* (pp. 271-287). New York: Routledge.

Bastedo, Michael N. and Nicholas A. Bowman. 2010. "The *U.S. News and World Report* College Rankings: Modeling Institutional Effects on Organizational Reputation." *American Journal of Education* 116: 163-184.

Bastedo, Michael N. 2009. "Conflicts, Commitments, and Cliques in the University: Moral Seduction as a Threat to Trustee Independence." *American Educational Research Journal* 46: 354-386.

Bastedo, Michael N. 2009. "Convergent Institutional Logics in Public Higher Education: State Policymaking and Governing Board Activism." *Review of Higher Education* 32: 209-234.

Bowman, Nicholas A. and Michael N. Bastedo. 2009. "Getting on the Front Page: Organizational Reputation, Status Signals, and the Impact of *U.S. News and World Report* Rankings on Student Decisions." *Research in Higher Education* 50: 415-436.

Bastedo, Michael N. 2008. "Rethinking Governance from the Ground Up: The Case of Muslim Students in Dutch Universities." *Prospects: The Quarterly Journal of Comparative Education* 37: 319-332. Reprinted in Arabic, French, Japanese, Mandarin, Portuguese, Russian, and Spanish.

-----. 2008. Reprinted in part as "Universities and Social Cohesion in the European Union." *International Higher Education* 52: 18-19. Reprinted in Mandarin in *Journal of International Higher Education* 1 (3), Shanghai: Jiao Tong University Press, 2009.

Bastedo, Michael N. 2007. "Bringing the State Back In: Promoting and Sustaining Innovation in Public Higher Education." *Higher Education Quarterly* 61: 155-170.

Bastedo, Michael N. 2006. "Tuition Cuts: The Political Dynamics of Higher Education Finance." *Journal of Student Financial Aid* 36: 33-48.

Bastedo, Michael N. 2005. "The Making of an Activist Governing Board." *Review of Higher Education* 28: 551-570.

Bastedo, Michael N. 2005. "Thwarted Ambition: The Role of Public Policy in University Development." *New England Journal of Public Policy* 20(2): 45-65.

Bastedo, Michael N. and Patricia J. Gumport. 2003. "Access to What? Mission Differentiation and Academic Stratification in U.S. Public Higher Education." *Higher Education* 46: 341-359.

---. 2010. Reprinted in Cheryl D. Lovell, Toni E. Larson, Diane R. Dean, and David L. Longanecker (Eds.), *Public Policy and Higher Education* (2nd edition, pp. 338-349). New York: Pearson.

Gumport, Patricia J. and Michael N. Bastedo. 2001. "Academic Stratification and Endemic Conflict: Remedial Education Policy at the City University of New York." *Review of Higher Education* 24: 333-349.

## MONOGRAPHS AND CHAPTERS IN BOOKS

Bastedo, Michael N. 2016. "Enrollment Management and the Low-Income Student: How Holistic Admissions and Market Competition Impede Equity." Pp. 121-134 in Andrew P. Kelly, Jessica S. Howell, and Carolyn Sattin-Bajaj (Eds.), *Matching Students to Opportunity: Expanding College Choice, Access, and Quality*. Cambridge: Harvard Education Press.

Bastedo, Michael N. 2016. "Curriculum in American Higher Education: The Organizational Dynamics of Academic Reform." Pp. 60-83 in Michael N. Bastedo, Philip G. Altbach, and Patricia J. Gumport (Eds.), *American Higher Education in the Twenty-First Century: Social, Political, and Economic Challenges* (4th edition). Baltimore: Johns Hopkins University Press.

-----. 2011 (3rd edition). Pp. 409-432 in Philip G. Altbach, Robert O. Berdahl, and Patricia J. Gumport (Eds.), *American Higher Education in the Twenty-First Century: Social, Political, and Economic Challenges* (3rd edition). Baltimore: Johns Hopkins University Press.

-----. Reprinted in Spanish as "El Plan de Estudios de la Educacíon Superior: Dinámica Organizacional y Reforma Académica." Pp. 589-621 in *La Educacíon Superior en Estados Unidos en el Siglo XXI: Desafios Sociales, Politicos, y Económicos*. Capital Federal, Argentina: Fundación Universidad de Palermo.

-----. 2005 (2nd edition). Reprinted in Mandarin by China Ocean University Press, 2006. Reprinted in Vietnamese by Nha Xuat Ban Giao Duc, 2007.

Bastedo, Michael N. 2012. "Organizing Higher Education: A Manifesto" and "Building Theories of Higher Education Organizations: Using Sticky Mechanisms to Understand and Improve Educational Work." Chapters 1 and 13 in *The Organization of Higher Education: Managing Colleges for a New Era*. Baltimore: Johns Hopkins University Press.

Harris, Nathan F. and Michael N. Bastedo. 2011. "Corruption at the Top: Ethical Dilemmas in College and University Governance." Pp. 115-132 in Tricia Bertram Gallant (Ed.), *Creating the Ethical Academy*. New York: Routledge.

Bastedo, Michael N. and Nathan F. Harris. 2009. "The State Role in Entrepreneurship and Economic Development: Governance, Oversight, and Public University Start-Up Innovation." *Advances in the Study of Entrepreneurship, Innovation, and Economic Growth* 19: 215-35.

Bastedo, Michael N., Batjargal Batkhuyag, Eufrasio E. Prates, and Yaroslav Prytula. 2009. "Educational Policies for Integrating College Competencies and Workforce Needs: Cases from Brazil, Mongolia, the Ukraine, and the United States." Washington, DC: Institute for Higher Education Policy (IHEP).

Bastedo, Michael N., Eric L. Dey, Nathan F. Harris, and Matthew A. Holsapple. 2008. "The Impact of Initial Education on Adult Competencies: Organizational and Individual Influences." Paris, France: Organization for Economic Cooperation and Development (OECD).

Bastedo, Michael N. 2007. "Sociological Frameworks for Higher Education Policy Research." Pp. 295-316 in Patricia J. Gumport (Ed.), *The Sociology of Higher Education: Contributions and Their Contexts*. Baltimore: Johns Hopkins University Press.

-----. 2008. Reprinted in Mandarin. Beijing: Peking University Press.

Heyneman, Stephen P., Richard Kraince, Nancy Lesko, and Michael N. Bastedo. 2007. "Higher Education and Social Cohesion: A Comparative Perspective." Pp. 55-78 in Philip G. Altbach and Patti McGill Peterson (Eds.), *Higher Education in the New Century: Global Challenges and Innovative Ideas*. Rotterdam: UNESCO and Sense Publishers.

-----. 2009. Reprinted in Mandarin. Qingdao: China Ocean University Press.
-----. 2008. Reprinted in Spanish. Mexico City: Asociación Nacional de Universidades e Instituciones de Educación Superior.

Bastedo, Michael N. 2006. "Activist Trustees in the Public University: Reconceptualizing the Public Interest." Pp. 127-141 in Peter D. Eckel (Ed.), *The Shifting Frontiers of Academic Decision Making*. Washington, DC: ACE/Praeger.

## MANUSCRIPTS SUBMITTED OR IN PREPARATION

*Deciding Admission: Entering the Hidden World of Holistic Review after Affirmative Action.* Book manuscript in progress. Agent/Representation: InkWell Management.

"Cognitive Repairs in the Admissions Office." Article in revise and resubmit at *Administrative Science Quarterly*.

"Improving Admission of Low-SES Students at Selective Colleges: A National Experiment" (with Nicholas A. Bowman). Article resubmitted to *Educational Researcher*.

"Holistic Admissions and Its Effects: A National Mixed-Methods Study" (with Nicholas A. Bowman, Kristen Glasener, and Jandi Kelly). Article in preparation for *Journal of Higher Education*.

"What Role Does Admissions Office Diversity Play in Equitable Decisions?" (with Nicholas A. Bowman). Article submitted to *Research in Higher Education*.

"Scores in Context: Grit, Strivers, and College Admissions" (with Nicholas A. Bowman and Kristen K. Glasener). Article in preparation for *Educational Evaluation and Policy Analysis*.

"Resolving the Two Paradoxes of College Admissions." Article in preparation for *Educational Researcher*.

## OTHER PUBLICATIONS

Bastedo, Michael. 2014, May 27. "Should the Government Grade Colleges?" (Room for Debate). *The New York Times*.

Bastedo, Michael. 2012, September 26. "College, by the Numbers" (Room for Debate). *The New York Times*.

Bastedo, Michael. 2012, June 27. "What's the Lesson at UVa?" *The Huffington Post*.

Bastedo, Michael and Molly Ott. 2011, December 8. "Let's Stop Celebrating College Dropouts." *The Huffington Post*.

Bastedo, Michael N. 2011, September 11. "How To Make College Rankings Less Self-Serving." *The Chronicle of Higher Education* (back page).

Bastedo, Michael. 2011, Summer. "Should We Care About College Rankings?" *Oberlin Alumni Magazine*.

Bastedo, Michael. 2011, August 8. "Higher Education More Like A Business? No, Business Is Becoming More Like Higher Education." *The Huffington Post*.

Bastedo, Michael and Nathan Harris. 2009, July 2. "Rethink College Role in Job Creation." *The Detroit News*.

Bastedo, Michael N. 2007. Review of *The Art and Politics of Academic Governance: Relations among Boards, Presidents, and Faculty* by Kenneth P. Mortimer and Colleen O'Brien Sathre. *Academe* 93(6): 74-76.

Bastedo, Michael N. 2006. "Open Systems Theory." Pp. 711-12 in Fenwick W. English (Ed.), *The Encyclopedia of Educational Leadership and Administration*. Thousand Oaks: Sage.

Bastedo, Michael N. 2006. Review of *The Uses of Institutional Culture: Strengthening Identification and Building Brand Equity in Higher Education* by J. Douglas Toma, Greg Dubrow, and Matthew Hartley. *Review of Higher Education* 29: 240-241.

Bastedo, Michael N. 2002. "General Education." Pp. 273-76 in James J.F. Forest and Kevin Kinser (Eds.), *Higher Education in the United States: An Encyclopedia*. Santa Barbara: ABC-CLIO.

Bastedo, Michael N. 2002. "Great Books and the Curriculum." Pp. 293-95 in James J.F. Forest and Kevin Kinser (Eds.), *Higher Education in the United States: An Encyclopedia*. Santa Barbara: ABC-CLIO.

Bastedo, Michael N. 2000. "Student Outcomes and State Policy in Public Higher Education." *On the Horizon* 8(1): 10-12.

Bastedo, Michael N. 1993, December 19. "The Three Year B.A. -- Is Faster Necessarily Better?" *Los Angeles Times*, p. E1. Also quoted on this topic in the *New York Times*, *Newsweek*, and *Christian Science Monitor* during 1993-94.

## <u>MEDIA MENTIONS (SELECTED FEATURES)</u>

Rick Seltzer, "Redoing Application Reading," *Inside Higher Ed*, September 23, 2016

Beckie Supiano, "A Wider Lens on the Match Between Students and Colleges," *The Chronicle of Higher Education*, August 22, 2016.

Eric Hoover, "The Enrollment Manager as Bogeyman," *The Chronicle of Higher Education*, July 28, 2016.

Peter Schmidt, "In Admission Decisions, the Deciders' Own Backgrounds Play a Big Role," *The Chronicle of Higher Education*, April 12, 2016.

Jonathan Wai and Frank Worrell, "How Gifted, Low-Income Kids are Left Behind," *The National Review*, March 22, 2016.

Peter Schmidt, "Richer Data on College Applicants Help the Prospects of Low-Income Students," *The Chronicle of Higher Education*, November 7, 2015.

Ashley A. Smith, "Encouraging Low-Income Enrollment," *Inside Higher Ed*, October 29, 2015.

Peter Schmidt, "An Admissions Scandal Shows How Administrators' Ethics Fade," *The Chronicle of Higher Education*, April 18, 2015

Rachel Bernstein, "Elitism in the Academy," *Science*, February 12, 2015.

Eric Hoover, "What Keeps Women Out of Elite Colleges? Their SAT Scores," *The Chronicle of Higher Education*, October 2, 2014.

Vicki Madden, "Why Poor Students Struggle," *The New York Times*, September 21, 2014.

Max Kutner, "How to Game the College Rankings," *Boston Magazine*, September 2014.

Richard Perez-Peña, "A Generation Later, Poor Are Still Rare at Elite Colleges," *The New York Times*, August 26, 2014.

Beckie Supiano, "The $6 Solution," *The Chronicle of Higher Education*, June 16, 2014.

Matthew Yglesias, "Selective Schools Don't Have Any Poor Students," *Slate*, February 22, 2014.

Scott Jaschik, "Is Undermatching Overrated?" *Inside Higher Ed*, February 10, 2014.

Justin Pope, "A Look Behind College Rankings – And What They Mean to Michigan," *Michigan Alumnus*, Fall 2013.

Jay Mathews, "Poor Kids Still Lose Race Despite Better Scores," *The Washington Post*, October 12, 2011.

Allie Grasgreen, "Running in Place," *Inside Higher Ed*, August 11, 2011.

Malcolm Gladwell, "The Order of Things: What College Rankings Really Tell Us," *The New Yorker*, February 14, 2011.

Richard Kahlenberg, "South Africa's Affirmative Action Debate," *The Chronicle of Higher Education*, November 24, 2010.

Peter Schmidt, "Rising Standards Keep Top Colleges Out of Many Minority Students' Reach," *The Chronicle of Higher Education*, November 16, 2010.

"Ranking Effects: University Rankings Seem to Sway Academics' Opinions of Institutions, Says Study," *Nature*, May 12, 2010.

Peter Schmidt, "Academics, Too, Can Be Led Astray by College Rankings, Study Finds," *The Chronicle of Higher Education*, April 25, 2010.

Aisha Labi, "Rankled by Rankings," *The Chronicle of Higher Education*, January 31, 2010.

Phil Baty, "THE World University Rankings: Is It Valid To Use Reputation Measures in University Rankings?" *Times Higher Education (The Times of London)*, January 28, 2010.

Robert Morse, "Do The U.S. News Rankings Play A Key Role In Determining A School's Academic Reputation?" *U.S. News & World Report*, January 21, 2010.

Scott Jaschik, "Circular Rankings," *Inside Higher Ed*, January 13, 2010.

Derek Thompson, "Why Are Selective Colleges Getting So Selective?" *The Atlantic*, November 26, 2009.

Juliana Keeping, "U.S. News & World Report Rankings Boost College Applications, Study Says," *The Ann Arbor News*, September 8, 2009.

Catherine Rampell, "U.S. News College Rankings: Yes, They Matter," *The New York Times* (Economix), September 1, 2009.

Robert Morse, "Does Being At the Top of the Rankings Help Colleges?" *U.S. News and World Report*, July 16, 2009.

Peter Schmidt, "Students Increasingly Sorted Among Colleges Based on Achievement, Study Finds," *The Chronicle of Higher Education*, April 15, 2009.

Paul Fain, "Wanted: Crisis President," *The Chronicle of Higher Education*, May 4, 2007.

Joe Serwach, "Education Professor Named Fulbright Scholar," *The University Record*, October 12, 2005.

## GRANTS, CONTRACTS, AND CONSULTING

"Admission of Low-SES Students Using Scores in Context" (contract lead). The College Board, 2015-16, $48,000.

"Improving Decision Making and Equity in Engineering Admissions" (principal investigator). National Science Foundation, Research in Engineering Education, 2013-16, $278,678.

"Identifying Discrimination in the Hiring of New Higher Education Professionals" (principal investigator). Barger Leadership Institute, University of Michigan, 2013-14, $4,830.

"The Effect of College Presidents' Charismatic Displays on Organizational Behavior" (principal investigator). Barger Leadership Institute, University of Michigan, 2011-12, $10,000. Michael D. Cohen Faculty-Student Research Grant, Interdisciplinary Committee on Organizational Studies, University of Michigan, 2011-12, $2,627.

"Stratification by Race and Gender: Tracking Change across Four NCES Datasets" (principal investigator). Association for Institutional Research (funded by the National Science Foundation and the National Center for Education Statistics), 2010-11, $39,000; Rackham Spring/Summer Research Grant, Horace H. Rackham School of Graduate Studies, University of Michigan, 2011, $6,000.

"Cascading in Public Higher Education: Tracking Institutional Stratification" (principal investigator). American Educational Research Association Grants Program (funded by the National Science Foundation and the National Center for Education Statistics), 2009-11, $34,986.

"Toward a European Higher Education Area: Bologna Process and Beyond" (co-principal investigator with Janet H. Lawrence). European Union Center for Excellence, European Commission of the European Union, 2009-12, $21,347.

"University Governance, Economic Development, and Technology Transfer" (principal investigator). Rackham Faculty Research Grant, Horace H. Rackham School of Graduate Studies, University of Michigan, 2008-09, $17,225 (est.)

"Cascading in Public Higher Education: Investigating the Impact of Institutional Stratification on Educational Opportunity in America" (principal investigator). Center for Enrollment Research, Policy, and Practice, 2008-09, $10,000. Rackham Spring/Summer Research Grant, Horace H. Rackham School of Graduate Studies, University of Michigan, 2008, $4,000.

"Assessing the Organizational Characteristics of Initial Education and Their Impact on Adult Competencies" (co-principal investigator with Eric L. Dey). Organization for Economic Co-operation and Development, 2007-08, $5,125.

"Policy Formation and the Rationalization of European Higher Education: Metapolicies in Comparative Context" (principal investigator). Fulbright New Century Scholar Award. Council for International Exchange of Scholars, U.S. Department of State, 2005-06, $37,000. Faculty Fellowship Enhancement Award, Horace H. Rackham School of Graduate Studies, University of Michigan, $3,000.

"Institutes on Public University Governance" (research director & co-principal investigator with Stanley O. Ikenberry and Richard T. Ingram). Andrew W. Mellon Foundation, Carnegie Corporation of New York, and the Association of Governing Boards (Robert L. Gale Fund), 2003-2006, $300,000 (total).

"Implementing SEVIS: Policymaking and Organizational Control after 9/11" (PI). Michael D. Cohen Faculty-Student Research Grant, Interdisciplinary Committee on Organizational Studies, University of Michigan, 2006-08, $2,000.

"Academic Pathways to Access and Student Success" (consultant; Debra D. Bragg, PI), Lumina Foundation for Education, Summer 2004, $212,600.

"Metapolicy in Public Higher Education: Activist Governing Boards and Systemic Reform," Research Training Grant, Spencer Foundation, Winter 2002, $2,500; SEED Grant, Spencer Foundation, Summer 2001, $1,000.

<u>CONFERENCE PAPERS AND PRESENTATIONS (PEER REVIEWED)</u>

Bowman, Nicholas A., and Michael N. Bastedo. 2016. "What Role Does Admissions Office Diversity and Practices Play in Equitable Decisions?" Paper presented at the annual meeting of the American Educational Research Association, Washington, DC, April 8-12, 2016.

Bastedo, Michael N., and Nicholas A. Bowman. 2015. "Improving Admission for Low-SES Students: Results from a National Experiment." Paper presented at the annual meeting of the Association for the Study of Higher Education, Denver, CO, November 5-7, 2015.

Bastedo, Michael N., Kristen K. Glasener, and Jandi Kelly. 2015. "What Is Holistic Review? Exploring a New Typology of Decision Making in Selective College Admissions." Paper presented at the annual meeting of the Association for the Study of Higher Education, Denver, CO, November 5-7, 2015.

Bastedo, Michael N., and Nicholas A. Bowman. 2015. "An Experimental Intervention to Improve Admissions Decisions for Low-SES College Applicants." Paper presented at the Midwest Sociology of Education Research Symposium, Iowa City, IA, October 22-23, 2015.

Bastedo, Michael N. and Allyson Flaster. 2014. "Institutional Practices that Encourage Applications from Low-Income Students." Paper presented at the annual meeting of the Association for the Study of Higher Education, Washington, D.C., November 20-22, 2014.

Bastedo, Michael N. 2014. "The Effects of Institutional Stratification in U.S. Higher Education." Paper presented at the Consortium of Higher Education Researchers, Rome, Italy, September 8-10, 2014.

Kim, Jeongeun, and Michael N. Bastedo. 2013. "Athletics, Clubs, or Music? The Influence of College Extracurricular Activities on Job Prestige and Satisfaction." Paper presented at the annual meeting of the Association for the Study of Higher Education, St. Louis, MO, November 14-16, 2013.

Bastedo, Michael N., Elias Samuels, and Molly Kleinman. 2012. "Presidential Charisma and Organizational Performance: Differences between Secular and Religious Institutions." Paper presented at the annual meeting of the Association for the Study of Higher Education, Las Vegas, NV, November 15-17, 2012.

Bielby, Robert, Julie R. Posselt, Ozan Jaquette, and Michael N. Bastedo. 2012. "Bias or Credentials? Decomposing the Gender Gap in Enrollment at Elite Institutions." Paper presented at the annual meeting of the Association for the Study of Higher Education, Las Vegas, NV, November 15-17, 2012.

Bielby, Robert, Julie R. Posselt, Ozan Jaquette, and Michael N. Bastedo. 2012. "Bias, Credentials or Opting Out? Explanations for Institutional Stratification by Gender, 1972-2004." Paper presented at the annual meeting of the Sociology of Education Association, Monterey, CA, February 13-17, 2012.

Bastedo, Michael N. 2011. "Judging the Organization Kid: Moral Distinctions in the Admissions Office." Paper presented at the annual meeting of the Association for the Study of Higher Education, Charlotte, NC, November 16-19, 2011.

Bastedo, Michael N., Robert Bielby, and Joseph Howard. 2011. "Maximizing the Curriculum: How Much Do Students Benefit?" Paper presented at the annual forum of the Association for the Study of Higher Education, Charlotte, NC, November 16-19, 2011.

Kim, Jeongeun, Jiyun Kim, Ozan Jaquette, and Michael N. Bastedo. 2011. "Institutional Stratification and Labor Market Outcomes: A Comparison across Generations." Paper presented at the annual forum of the Association for the Study of Higher Education, Charlotte, NC, November 16-19, 2011.

Bastedo, Michael N., and Nicholas A. Bowman. 2011. "How Do College Rankings Affect Your Institutions' Reputation Among Students, Faculty, and Funders?" Paper presented at the annual forum of the Association for Institutional Research, Toronto, Canada, May 21-26, 2011.

Harris, Nathan F. and Michael N. Bastedo. 2011. "Corruption at the Top: Ethical Dilemmas in College and University Governance." Paper presented at the annual meeting of the American Educational Research Association, New Orleans, LA, April 8-12, 2011.

Bastedo, Michael N. 2010. "College Rankings as a Privatization Mechanism." Paper presented at the annual meeting of the Association for the Study of Higher Education, Indianapolis, IN, November 17-20, 2010.

Posselt, Julie R., Ozan Jaquette, Robert Bielby, and Michael N. Bastedo. 2010. "Access without Equity: Longitudinal Analyses of Institutional Stratification by Race and Ethnicity, 1972-2004." Paper presented at the annual meeting of the Association for the Study of Higher Education, Indianapolis, IN, November 17-20, 2010.

Bastedo, Michael N. and Nicholas A. Bowman. 2010. "Anchoring Bias in World University Rankings." Paper presented at the annual meeting of the Consortium of Higher Education Researchers (CHER), Oslo, Norway, June 10-12, 2010.

Bowman, Nicholas A. and Michael N. Bastedo. 2010. "Exploring the Conditional Effects of Rankings on University Reputation." Paper presented at the annual meeting of the American Educational Research Association, Denver, CO, April 30-May 4, 2010.

Bastedo, Michael N. 2009. "Developing Theories of Higher Education Organizations." Paper presented at the annual meeting of the Association for the Study of Higher Education, Vancouver, BC, November 4-7, 2009.

Bastedo, Michael N. and Ozan Jaquette. 2009. "Institutional Stratification and the Matching Hypothesis: Longitudinal Shifts in Student Access." Paper presented at the annual meeting of the Association for the Study of Higher Education, Vancouver, BC, November 4-7, 2009.

Bastedo, Michael N. and Ozan Jaquette. 2009. "Cascading in U.S. Public Higher Education: Trends in Institutional Stratification." Paper presented at "Inequalities in Higher Education and Research," 2nd International Conference of Réseau d'Etude sur l'Enseignement Supérieur, Observatory for Science, Policy, and Society, University of Lausanne, June 18-20, 2009.

Bastedo, Michael N. and Ozan Jaquette. 2009. "Access to What? Tracking Longitudinal Shifts in Institutional Stratification." Paper presented at the annual meeting of the American Educational Research Association, San Diego, CA, April 13-17, 2009.

Bastedo, Michael N. and Nathan F. Harris. 2009. "The State Role in Entrepreneurship and Economic Development: Governance, Oversight, and Public University Start-Up Innovation." Paper presented at the annual meeting of the American Educational Research Association, San Diego, CA, April 13-17, 2009.

Bastedo, Michael N. and Nicholas A. Bowman. 2009. "Research Universities and Resource Providers: Who Responds to the *U.S. News* Rankings?" Paper presented at the annual meeting of the American Educational Research Association, San Diego, CA, April 13-17, 2009.

Bastedo, Michael N. and Nathan F. Harris. 2008. "Governing State-Funded Venture Capital for University-Sponsored Economic Development Initiatives." Paper presented at the annual meeting of the Association for Public Policy Analysis and Management, Los Angeles, CA, November 8-10, 2008.

Bastedo, Michael N., Danielle K. Molina, and Cassie K. Barnhardt. 2008. "The Big 'O' in Higher Education: An Empirical Analysis of Organizations Research in Field Journals, 1990-2006." Paper presented at the annual meeting of the Association for the Study of Higher Education, Jacksonville, FL, November 7-10, 2008.

Bastedo, Michael N. 2008. "Access and Equity Around the World: Cultural Diversity, Educational Opportunity, and Mechanisms to Fight Discrimination." Comments presented at the annual meeting of the American Educational Research Association, New York, NY, March 24-28, 2008.

Bowman, Nicholas A. and Michael N. Bastedo. 2007. "Getting on the Front Page: The Impact of *U.S. News and World Report* Rankings on Admissions Indicators." Paper presented at the annual meeting of the Association for the Study of Higher Education, Louisville, KY, November 8-10, 2007.

Kroth, Anna J. and Michael N. Bastedo. 2007. "Does the Bologna Process Lead to Comparable Learning Outcomes? Implementation of the European Qualifications Frameworks in Germany." Paper presented at the International Forum of the Association for the Study of Higher Education, Louisville, KY, November 7-8, 2007.

Bastedo, Michael N. 2007. "Governing the Research University: Identifying Presidential Management Strategies." Paper presented at the annual meeting of the Consortium of Higher Education Researchers, Dublin, Ireland, August 30-September 2, 2007.

Bastedo, Michael N. and Nicholas A. Bowman. 2007. "The *U.S. News and World Report* College Rankings: Modeling Institutional Effects on Organizational Reputation." Paper presented at the annual meeting of the American Sociological Association, New York, NY, August 11-14, 2007.

Bastedo, Michael N. 2007. "Trustee Independence and Conflicts of Interest: Results from a National Study." Paper presented at the annual meeting of the American Educational Research Association, Chicago, IL, April 9-13, 2007.

Bastedo, Michael N., Christopher Baldwin, and Elias Morrel-Samuels. 2007. "Portraying Tuition and College Costs: A Thematic Analysis of Newspaper Coverage." Presentation at the annual meeting of the American Educational Research Association, Chicago, IL, April 9-13, 2007.

Bastedo, Michael N. 2006. "Faculty Perspectives on Dutch Higher Education: Implications for Governance." Paper presented at the Closing Symposium of the ASHE International Forum, Anaheim, CA, November 1-2, 2006.

Bastedo, Michael N. 2006. "Compromised Political Loyalties and Conflicts of Interest among U.S. Public University Trustees." Paper presented at the annual meeting of the European Association for Institutional Research, Rome, Italy, August 30-September 1, 2006.

Bastedo, Michael N. and Danielle K. Molina. 2006. "Implementing SEVIS: Policymaking and Organizational Control after 9/11." Paper presented at the annual meeting of the American Educational Research Association, San Francisco, CA, April 7-11, 2006.

Bastedo, Michael N. 2005. "Governors, Legislators, and Cliques: Presidential Concerns about Trustee Independence." Paper presented at the annual meeting of the Association for the Study of Higher Education, Philadelphia, PA, November 17-19, 2005.

Bastedo, Michael N. 2005. "Controlling the University: Reflections on the Next Decade of Trustee Activism." Paper presented at the annual meeting of the Association for the Study of Higher Education, Philadelphia, PA, November 17-19, 2005.

Bastedo, Michael N. 2005. "Governance in Crisis? President-Board Relationships at Regional State Universities." Presentation at the annual meeting of the American Educational Research Association, Montreal, Canada, April 11-15, 2005.

Bastedo, Michael N. 2005. "Metapolicy: Institutional Change and the Rationalization of Public Higher Education." Paper presented at the annual meeting of the American Educational Research Association, Montreal, Canada, April 11-15, 2005.

Bastedo, Michael N. 2004. "Institutional Entrepreneurship: Exploring a New Conceptual Anchor for Understanding Higher Education Leadership." Paper presented at the annual meeting of the Association for the Study of Higher Education, Kansas City, MO, November 2-7, 2004.

Bastedo, Michael N. 2004. "Thwarted Ambition: Trying to Build a World-Class University in Massachusetts, 1960-1995." Paper presented at the annual meeting of the Association for the Study of Higher Education, Kansas City, MO, November 2-7, 2004.

Bastedo, Michael N. 2004. "Strategic Decoupling: Building Legitimacy in Educational Policy Environments." Paper presented at the annual meeting of the American Sociological Association, San Francisco, CA, August 14-17, 2004.

Bastedo, Michael N. 2003. "Cascading Minority Students in Higher Education: Assessing the Impact of Statewide Admissions Standards." Paper presented at the ASHE Forum on Public Policy in Higher Education, Association for the Study of Higher Education, Portland, OR, November 12-13, 2003.

Bastedo, Michael N. 2002. "Leadership and Strategic Action in an Institutionalized Context: Remedial Policy Reform in Massachusetts, 1995-2000." Paper presented at the annual meeting of the Association for the Study of Higher Education, Sacramento, CA, November 21-24, 2002.

Bastedo, Michael N. 2001. "Sustaining Innovation in Public Higher Education: An Institutional Approach." Paper presented at the annual meeting of the American Educational Research Association, Seattle, WA, April 10-14, 2001.

Bastedo, Michael N. and Patricia J. Gumport. 2000. "Mission Differentiation in Public University Systems: Examining Academic Policy Initiatives." Paper presented at the annual meeting of the Association for the Study of Higher Education, Sacramento, CA, November 16-19, 2000.

Gumport, Patricia J. and Michael N. Bastedo. 2000. "The Remedial Education Controversy at CUNY: Perspectives on System Design and Endemic Conflict." Paper presented at the annual meeting of the American Educational Research Association, New Orleans, LA, April 24-28, 2000.

INVITED LECTURES, PRESENTATIONS, AND SYMPOSIA (SELECTED)

"Making Sense of Holistic Admissions at Selective Colleges." Invited presentation at the Graduate School of Education, Rutgers University, New Brunswick, NJ, February 12, 2017.

"The Importance of Context in Admissions Decision Making." Invited keynote at the annual meeting of the Center for Enrollment Research, Policy, and Practice, University of Southern California, Marina del Rey, CA, January 23, 2017.

"Adversity, Diversity, and Context: What Matters in Admissions Decisions." Invited presentation at the College Board Forum, Chicago, IL, October 27, 2016.

"Matching Students to Opportunity: Expanding College Choice and Access." Invited presentation at the College Board Forum, Chicago, IL, October 27, 2016.

"Making Sense of Race-Conscious Admissions After the *Fisher* Decision." Invited presentation at the annual meeting of the National Association of College Admissions Counselors (NACAC), Columbus, Ohio, September 22-24, 2016.

"Challenging Your Lens: Training Admission Readers for a Changing Demographic." Invited presentation at the annual meeting of the National Association of College Admissions Counselors (NACAC), Columbus, Ohio, September 22-24, 2016.

"Holistic Review: Third Generation Issues." Invited panel at "Access & Diversity after *Fisher* II," Access and Diversity Collaborative, College Board and EducationCounsel LLC, Reston, VA, July 27-28, 2016.

"Cognitive Bias in the Admissions Office: New Strategies for Equity and Diversity in Enrollment Management." Invited keynote at the Institute for Enrollment Management, University of Chicago, Chicago, IL, June 24, 2016.

"Sensemaking in the College Presidency." Invited presentation to the American Council on Education Fellows (ACE Fellows), sponsored by the National Center for Institutional Diversity, October 26, 2015.

"Enrollment Management and the Low-Income Student." Invited presentation at "The Supply and Demand Sides of College Match," sponsored by the American Enterprise Institute and the Gates Foundation, Washington, DC, August 4, 2015.

"Low-Income Students in U.S. Higher Education: Public Policy and Institutional Stratification." Invited presentation at the Faculty of Education, Cambridge University, Cambridge, UK, July 8, 2015.

"Cognitive Repairs in U.S. College Admissions." Invited presentation at the Saïd Business School, University of Oxford, Oxford, UK, July 2, 2015.

"How Do Admissions Offices Consider School and Family Context? Perspectives from Qualitative, Quantitative, and Experimental Research." Invited presentation at The College Board, Washington, D.C., May 9, 2014.

"Cognitive Repairs in the Admissions Office: New Strategies for Improving Equity and Excellence at Selective Colleges." Early Career Keynote presentation at the annual meeting of the American Educational Research Association, Philadelphia, PA, April 3-7, 2014.

"Book Panel: *Paying for the Party: How College Maintains Inequality*." Invited comments at the Institute for Research on Women and Gender, University of Michigan, February 17, 2014.

"Conceptual and Methodological Problems in College Undermatch." Invited vice presidential session at the annual meeting of the American Educational Research Association, San Francisco, CA, April 27-May 1, 2013.

"Cognitive Repairs in the Admissions Office." Invited presidential session at the annual meeting of the Association for the Study of Higher Education, Las Vegas, NV, November 15-17, 2012.

"Cognitive Repairs in the Admissions Office." Invited presentation at the Interdisciplinary Committee on Organizational Studies, Ross School of Business, University of Michigan, November 9, 2012.

"Revisiting Governing Board Activism in the Public University." Invited keynote presentation at "The Future of Public Higher Education," University of Wisconsin – Madison, March 29-30, 2012.

"Models and Trends in Contemporary Higher Education." Invited presenter/facilitator for the Iraq Scholar Rescue Fund, Institute for International Education (U.S. State Department), Erbil, Iraq, June 22-24, 2011.

"Institutional Stratification by Race and Gender: Have We Made Any Progress?" (with Julie R. Posselt, Ozan Jaquette, and Robert Bielby). Invited presentation at the annual meeting of the Association for Institutional Research, Toronto, Canada, May 21-26, 2011.

"Conducting Research on College Rankings." Invited discussion, University of Iowa, March 28, 2011.

"Reform and Innovation in the Changing Ecology of Higher Education." Invited meeting sponsored by the Bill & Melinda Gates Foundation, Stanford University, December 3-4, 2010.

"College Rankings as an Interorganizational Dependency." Invited presentation at the School of Education, Stanford University, Stanford, CA, October 28, 2010.

"U.S. Trends in Institutional Stratification by Race, Class, and Gender." Invited presentation at the National Graduate School in Educational Research (NATED), University of Oslo, Norway, June 9, 2010.

"American Higher Education Governance: Structures, Practices, and Recent Developments." Invited electronic presentation to the Estonia Ministry of Education and Research, Tartu, Estonia, May 14, 2010.

"The Impact of Rankings on College and University Reputations." Invited presentations at Shanghai Jiao Tong University, Shanghai, China, May 14, 2010; Beijing Normal University, Beijing, China, May 6, 2010.

"New Frontiers in Qualitative Research Methods." Invited discussion at Tsinghua University, Beijing, China, May 10, 2010.

"Michele Lamont's *How Professors Think*." Book discussion panel at the annual meeting of the American Educational Research Association, Denver, CO, May 1, 2010.

"Envisioning an Exemplary System of College Admissions in the United States." Invited meeting sponsored by the Education Conservancy and the Spencer Foundation at New York University, New York, NY, January 14-15, 2010.

"Higher Education Stratification: Testing the Matching Hypothesis" (with Ozan Jaquette). Invited presentation to the program in Labor Economics, Department of Economics, University of Michigan, December 10, 2009.

"The Economic Downturn and Its Global Impact." Presidential Session Chair at the annual meeting of the American Educational Research Association, San Diego, CA, April 13-17, 2009.

"Cascading in Higher Education: Emerging Evidence on Institutional Stratification." Invited presentation, Higher Education Collaborative, University of Illinois at Urbana-Champaign, February 13, 2009.

"Tentative: The Future of Organizational Studies." Invited comments, Interdisciplinary Committee on Organizational Studies, University of Michigan, September 5, 2008.

"Cascading in Public Higher Education: Institutional Stratification of Access in the U.S." (with Michelle Cooper and Jennifer Rippner). Invited presentation at The Bellagio Study and Conference Center, Rockefeller Foundation, Bellagio, Italy, August 19, 2008.

"The Organization of Higher Education: Emerging Theories and New Research." Invited paper discussant, Research Forum on College and University Organization, Institute of Higher Education, University of Georgia, May 28-30, 2008.

"Organizational Change in Higher Education: The State of the Field." Invited lecture, Marvin W. Peterson Retirement Symposium, University of Michigan, March 14, 2008.

"Governing State Action, Start-Up Entrepreneurship, and University-Driven Economic Development." Invited presentation at "Measuring the Social Value of Innovation: A Link in the University Technology Transfer and Entrepreneurship Equation," McGuire Center for Entrepreneurship, Eller College of Management, University of Arizona, Tucson, AZ, February 7-10, 2008.

"Transitioning from Higher Education to the Workforce: Comparative Research and Policy Analysis." Invited presentation for the Institute for Higher Education Policy at the University of the Western Cape, Cape Town, South Africa, January 24, 2008.

"Student Outcomes and Enrollment: Organizational Characteristics and Policies." Invited paper session discussant at the annual meeting of the Association for the Study of Higher Education, Louisville, KY, November 10, 2007.

"Federal and State Governance in U.S. Higher Education." Invited presentation to the Liaoning Executive Education Seminar [Chinese university administrators], UM, October 11, 2007.

"The Politics of University Governance: Trustee Dynamics and Presidential Responses." Invited presentation for the Educational Policy Symposium, Institute of Higher Education, University of Georgia, Athens, GA, October 5, 2007.

"Higher Education Access in the U.S.: Institutional Structures and Recent Developments." Invited presentation to the Global Policy Fellows, Institute for Higher Education Policy, Washington, DC, August 22-25, 2007.

"Craft of Reviewing Manuscripts for Journals: Building Skill and Learning through the Process." Invited comments by the *AERJ* Outstanding Reviewers at the annual meeting of the American Educational Research Association, Chicago, IL, April 9-13, 2007.

"International Contexts." Invited paper session discussant at the annual meeting of the American Educational Research Association, Chicago, IL, April 9-13, 2007.

"The Politics and Rhetoric of Economic Development." Invited comments at "Understanding and Strengthening Higher Education's Contributions to a Changing Society," CSHPE 50th Anniversary National Conference, Ann Arbor, MI, March 22-24, 2007.

"Conflicts, Commitments, and Cliques: The Political Dynamics of University Boards of Trustees." Pattishall Award Lecture, UM School of Education, January 18, 2007.

"Federal and State Governance in U.S. Higher Education." Invited presentation to the Liaoning Executive Education Seminar [Chinese university administrators], UM, November 7, 2006.

Invited participant, Fulbright-UNESCO Symposium on Global Higher Education, UNESCO Headquarters, Paris, France, October 24, 2006.

"Metapolicy Frameworks, Academic Stratification and Governance Reform." Invited presentation to the Center for Higher Education Policy Studies (CHEPS), Universiteit Twente, Enschede, The Netherlands, June 28, 2006.

"Government Relations in U.S. Higher Education" (with C. Cook & M. Peterson). Invited presentation to the Michigan-China University Leadership Forum [Chinese university presidents], UM, May 22, 2006.

"Conflicts, Commitments & Cliques: Presidential Strategies for Managing Trustee Independence." Invited presentation at the Stanford Institute for Higher Education Research (SIHER), Stanford University, May 8, 2006.

"P-16: Where Does It Fit on the Policy Agenda?" Invited moderator, Associates Meeting, National Center for Public Policy and Higher Education, Aptos, CA, May 6, 2006.

"Role of Higher Education in Supporting the Public Good" (with S. Heyneman, R. Kraince, & N. Lesko). Invited panel comments at "Higher Education in the 21st Century: Global Challenge and National Response," American University, Cairo, Egypt, March 20, 2006.

"Public Policy and Higher Education Performance: Propositions for Change." Invited comments, Associates Meeting, National Center for Public Policy and Higher Education, Santa Fe, NM, February 11, 2006.

"Governance Reform." Invited paper session discussant at the annual meeting of the Association for the Study of Higher Education, Philadelphia, PA, November 17-19, 2005.

"What State Capacity Is Needed for Higher Education Policy?" Invited comments, Associates Meeting, National Center for Public Policy and Higher Education, Warrenton, VA, September 17, 2005.

"Public Universities and Governing Boards: Is There A Crisis?" Invited presentation to the Higher Education Collaborative, University of Illinois at Urbana-Champaign, April 1, 2005.

"Metapolicy and the Rationalization of Public Higher Education." Invited presentations to the HALE program, Michigan State University, December 2003; Center for the Study of Higher and Postsecondary Education (CSHPE), University of Michigan, February 2004; Program in Higher Education and Organizational Change, Graduate School of Education and Information Studies, University of California, Los Angeles, March 2004.

"Tracing Academic Capitalism in Public Research Universities." Invited paper session discussant at the annual meeting of the Association for the Study of Higher Education, Kansas City, MO, November 2-7, 2004.

Invited participant, Intergenerational Research Symposium, National Forum for Higher Education and the Public Good, University of Michigan, Ann Arbor, MI, February 16-18, 2004.

"State Governance of Public Higher Education." Invited paper session discussant, Annual Meeting of the Association for the Study of Higher Education, Portland, OR, November 12-16, 2003.

"Strategic Decoupling in Educational Policy Organizations." Invited paper presentation to the Workshop on Institutions, Conflict, and Change (ICC4), Kellogg School of Management, Northwestern University, Evanston, IL, September 5-7, 2003.

"Activist Governing Boards: A New Metapolicy for Public Higher Education?" Invited paper presentation to the Research Forum on Governance, University of Southern California Center for Higher Education Policy Analysis, Santa Fe, NM, June 15-17, 2003.

Invited participant, Intergenerational Research Symposium, Kellogg Forum for Higher Education and the Public Good, University of California Los Angeles, Los Angeles, CA, November 18-20, 2002.

"The Remedial Education Controversy at CUNY" (with Patricia J. Gumport). Invited paper presentation to the Social Science Research Council Program on Higher Education, "Lessons from CUNY: A Forum on Clashing Visions of Higher Education," New York, NY, March 17-18, 2000.

"The Three Year B.A.: Past, Present, and Future." Invited presentation to the Lynch School of Education Graduate Forum, Boston College, Boston, MA, May 1996.

## <u>TEACHING</u>

### <u>Courses Developed</u>

*University of Michigan*

<u>Proseminar in Higher Education</u> (ED 622). Doctoral course that introduces students to academic research practices in higher education.

<u>Research and Educational Practice</u> (ED 695). Graduate course that provides an introduction to quantitative and qualitative research methods and writing literature reviews.

Postsecondary Institutions as Complex Organizations (ED 761). Graduate course that introduces students to the major theories of higher education organization, complemented with case studies of management practice.

Public Policy in Postsecondary Education (ED 764). Graduate course that introduces students to major issues in public policy for higher education, models of policy analysis, and the political environment for higher education.

Qualitative Research Methods in Education (ED 792). Doctoral course that trains students in the major skills required for qualitative data collection and analysis.

Seminar in Organization Theory (ED 867). Advanced doctoral seminar reviewing the major strands in organization theory, including resource dependence, strategy, organizational culture & socialization, institutional theory, networks and decision making.

Qualitative Methods Workshop (ED 891). Advanced doctoral workshop in qualitative research design and methodology.

Comprehensive Qualifying Examination (ED 899). Course and examination required for doctoral students to reach candidacy.

*University of Illinois*

Organizational Control of Higher Education (EOL 479). Graduate survey course reviewing the organizational dynamics and governance of colleges and universities.

Curriculum in Higher Education (EOL 490CHE). Graduate course examining the history of the American university curriculum and major contemporary issues.

Higher Education Policy (EOL 490HPM; co-taught with Stanley O. Ikenberry). Graduate survey course of policy issues in higher education.

**Student Advising** (University of Michigan)

*Ph.D. students and candidates*
Peter Bacevice, Ph.D. (2010); Christopher Baldwin, Ph.D. (2013); Cassie Barnhardt, Ph.D. (2011); Robert Bielby, ABD; Fernando Furquim, Ph.D student; Jeffrey Grim, Ph.D. student; Jillian Gross, Ph.D. candidate; Nathan F. Harris, Ph.D. candidate; Jandi Kelly, Ph.D. student; Sooji Kim, Ph.D. student; Lara Kovacheff-Badke, Ph.D. candidate; Christian Martell, Ph.D. student; Johanna Massé, ABD; Jonathan McNaughtan, Ph.D. candidate; Danielle K. Molina, Ph.D. (2010); Julie R. Posselt, Ph.D. (2013); Kimberly Reyes, Ph.D. student; Elias Samuels, Ph.D. (2015); Ryan Smerek, Ph.D. (2009)

*M.A. students*
Justin Amann, M.A. student; Pilar Barreto, M.A. (2010); Robert Bielby, M.A. (2014); Noel Blanchet, M.A. (2008); Kate Bonk, M.A. (2013); Madeline Brooks, M.A./M.B.A. student; Erin Burke, M.A. student; Anna Chiang, M.A. (2013); Huai-Mei Chiang, M.A. (2007); Jeffrey Chun, M.A. (2007); Will Crawford, M.A. (2015); Erica D'Eramo, M.A. (2014); Ruben Urbieta Dominguez, M.A. student; Benjamin Ernst, M.A. (2010); Ethan Feuer, M.A. (2012); Margot Filstein, M.A. (2012); Susanne Garvey, M.A. (2007); Timothy Hickey-Leclair, M.A. (2014); Kelly Houle, M.A. (2013); Louise Jackson, M.A.

(2010); Noah Jenkins, M.A. student; Roberto Jimenez, M.A. (2013); Reuben Kapp, M.A. student; Jiyun Kim, M.A. (2007); Anna Kroth, M.A. (2008); Estefania Lopez, M.A. (2014); Ann Luke, M.A. student; James Manriquez, M.A. student; India McHale, M.A. (2006); Chiedozie Okafor, M.A./M.B.A. (2015); Natalie Oliner, M.A. (2013); S. Fisher Qua, M.A. (2012); Nicole Pappalardo, M.A. (2009); Tony Rice, M.A./M.B.A. (2015); Caitlin Rogers, M.A. (2008); Jumanah Saadeh, M.A. student; Stefan Turcic, M.A. (2014); Michael Varano, M.A. student; Devin Walker, M.A. student; Rhian Waterberg, M.A. (2009); Charles Webb, M.A. (2012)

## Dissertation Committees

*University of Michigan*

Chair
Peter Bacevice, Ph.D. (2010); Christopher Baldwin, Ph.D. (2013); *Cassie Barnhardt, Ph.D. (2012); Julie DeGraw, Ph.D. (2010); Joanna Frye, Ph.D. (2015); ^Jillian Gross, continuing; Nathan F. Harris, continuing; Esmeralda Hernandez-Hamed, continuing; *^Ozan Jaquette, Ph.D. (2011); *Jeongeun Kim, Ph.D. (2015); Lara Kovacheff-Badke, Ph.D. (2016); Jonathan McNaughtan, continuing; *Danielle K. Molina, Ph.D. (2010); *Rosemary Jane Perez, Ph.D. (2014); *^Julie R. Posselt, Ph.D. (2013); Elias Samuels, Ph.D. (2015); *Ryan Smerek, Ph.D. (2009)

* Winner, Stanley E. and Ruth B. Dimond Best Dissertation Award, School of Education (7)
^ Winner, Rackham Predoctoral Fellowship, University of Michigan (3)

Member
Britany Affolter-Caine, Ph.D. (2008); Sergio Celis Guzman, Ph.D. (2015); John (Jay) Cole, Ph.D. (2010); Brighid Dwyer, Ph.D. (2012); Allyson Flaster, continuing; Virginia Hamori-Ota, Ph.D. (2007); Emily House, continuing; Aurora Kamimura, continuing; Judith Lawson, continuing; Geisce Ly, Ph.D. (2008); Kaluke Mawila, Ph.D. (2009); Molly Ott, Ph.D. (2011); Daniel Parrish, Ph.D. (2015); Kimberly Reyes, continuing; Christopher Shults, Ph.D. (2008); Gilia C. Smith, Ph.D. (2010); Viticia Thames, Ph.D. (2014); Yinmei Wan, Ph.D. (2007)

*University of Illinois*

Member
Robert Frost, Ph.D. (2005); Scott Hamilton, Ed.D. (2006); Jo-Hyun Kim, Ph.D. (2005)

## Graduated Ph.D. Students and Co-Authors

Faculty
Cassie Barnhardt, Ph.D. (2012); Assistant Professor, University of Iowa
Nicholas Bowman, Ph.D. (2009); Associate Professor, University of Iowa
Nathan F. Harris, Ph.D. (2016, expected); Assistant Professor, University of Rochester
Ozan Jaquette, Ph.D. (2011); Assistant Professor, University of California at Los Angeles (UCLA)
Jeongeun Kim, Ph.D. (2015); Assistant Professor, Arizona State University
Jonathan McNaughtan, Ph.D. (2016); Assistant Professor, Texas Tech University
Danielle K. Molina, Ph.D. (2010); Assistant Professor, Mississippi State University
Rosemary Jane Perez, Ph.D. (2014); Assistant Professor, Iowa State University
Julie R. Posselt, Ph.D. (2013); Assistant Professor, University of Southern California (USC)
Ryan Smerek, Ph.D. (2009); Assistant Professor, Northwestern University

Administration, Research, and Consulting
Peter Bacevice, Ph.D. (2010); consultant, DEGW
Christopher Baldwin, Ph.D. (2013); Senior Director, Jobs for the Future
Julie DeGraw, Ph.D. (2010); Dean, Bluffton University
Joanna Frye, Ph.D. (2015); ADVANCE, University of Michigan
Elias Samuels, Ph.D. (2015); CEDER, School of Education

## INSTITUTIONAL SERVICE

University of Michigan

*Center for the Study of Higher and Postsecondary Education*
Admissions Committee (Ph.D.), 2006-10, 2012-16 (Chair: 2010-11, 2012-16)
Admissions Committee (M.A.), 2007-08 (Chair); 2013-16 (Chair)
Faculty Search in Access, Equity & Diversity (Chair), 2012-13, 2015-16
Faculty Search in Organizational Behavior & Management, 2007-2009
MBA/MA Dual-Degree Program Coordinator, 2009-present
50th Anniversary National Conference Committee, 2006-07
Dissertation of the Year Award, 2005-07 (Chair), 2009
John S. Brubacher Award, 2006-07 (Chair)

*School of Education*
Executive Committee (Ex Officio), 2012-present
Executive Committee (Elected Member), 2009-2010, 2011-12
Academic Leadership Group/Program Chairs, 2012-present
Curriculum Committee, 2012-13
Enrollment Management Committee, 2012-14
Qualitative Methods Workshop (Chair), 2012-13
Research Methods Task Force, 2011-2012 (Co-Chair)
Research Committee, 2010-2012
Graduate Affairs Committee, 2005-07, 2009-10

*University of Michigan*
U-M Institutional Learning Analytics (UMILA), Office of the Provost, 2015-2018
Advisory Board, Barger Leadership Institute, LS&A, 2016-present
Award Committee, Barger Leadership Institute, 2015
Executive Search Committee (Chair), Associate Vice President of Enrollment Management, 2014
Executive Committee, Interdisciplinary Committee on Organizational Studies, 2013-present
Advisory Board, U-M Center for Research on Learning and Teaching (CRLT), 2011-13
International Institute Fellowship Review, International Institute, 2012-14
Fulbright Campus Review Committee, International Institute, 2008-2009
Guest Curator, Interdisciplinary Committee on Organizational Studies (ICOS), Fall 2008
Faculty Senator, U-M Senate Assembly, 2006-07

University of Illinois
Faculty Coordinator for Graduate Admissions, Higher Education, 2003-04
Faculty Search Committee, Educational Administration, 2003-04
Faculty and Staff Awards Committee, College of Education, 2003-04

Stanford University

Coordinator, Stanford Higher Education Seminar Series, 2000-02
University Judicial Panel, 2001-02
Library Committee, School of Education, 2001-02
Undergraduate Advisor, 2000-01
Committee on Graduate Studies, 1999-2000
Ph.D. Student Representative, School of Education, 1998-99

## PROFESSIONAL SERVICE

American Educational Research Association (Division J)

Member, 1995-present
Proposal Reviewer, 1999-present
Session Chair, 2001, 2003, 2009
Session Discussant, 2007, 2008
Member, AERA Standing Committee on International Relations, 2008-09
Annual Meeting Program Section Co-Chair (Governance & Management), 2007-08
Annual Meeting Program Chair-Elect and Section Chair (Governance & Management), 2008-09
Annual Meeting Program Committee Chair, Division J, 2009-10
Awards Committee, Division J, 2012-present

Association for the Study of Higher Education

Member, 1995-present
Proposal Reviewer, 1999-present
Session Chair, 2005
Session Discussant, 2003, 2004, 2005, 2007
Annual Meeting Program Committee, 2004-05, 2014-15
Annual Meeting Section Chair (Policy, Finance, & Economics), 2004-05
Annual Meeting Section Co-Chair (Organization, Administration, & Leadership), 2014-15

Expert Advisory Boards

Data Use and Organizational Learning under Conditions of Accountability in Higher Education, Equity Scorecard, USC Center for Urban Education & Spencer Foundation, 2014-15

Project on Future Admissions Models, The College Board, Washington, D.C., 2015-present

## EDITORIAL SERVICE

Editorial Boards

*American Educational Research Journal* (2006-2008)
*Educational Evaluation and Policy Analysis* (2011-present)
*Higher Education: Handbook of Theory and Research* (Associate Editor, 2010-2013)
*Journal of Higher Education* (2010-present)
*Research in Higher Education* (Consulting Editor, 2009-present)

Ad-Hoc Reviewing (Journals)
*AERA Open, American Educational Research Journal, American Journal of Education, American Sociological Review, Educational Evaluation and Policy Analysis, Educational Policy, Educational Researcher, Higher Education, Higher Education: Handbook of Theory and Research, Higher Education Policy, Journal of Higher Education, Research in Higher Education, Review of Educational Research, Review of Higher Education, Sociological Inquiry, Sociology of Education*

Book Publishers
John Wiley & Sons, Johns Hopkins University Press, Jossey-Bass, Pearson, Routledge (US & UK), Sage Publications, Stylus Press, University of Pennsylvania Press

Grant Competitions
European Union-U.S. Atlantis Funding Competition, U.S. Department of Education
Fund for the Improvement of Postsecondary Education (FIPSE), U.S. Department of Education
Gaining Early Awareness & Readiness for Undergraduate Programs (GEAR UP), U.S. DOE
National Science Foundation (Sociology)
Ronald E. McNair Post-Baccalaureate Achievement Program, U.S. Department of Education

Revised: September 24, 2016