Civil Rights Division

EXH. 05

94 NOV 25 PM 3:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

DLP:CMC:CMC:cja
DJ 169-2-54

*Educational Opportunities Section*
*P.O. Box 65958*
*Washington, D.C. 20035-5958*

November 23, 1994

Mrs. Sharon Harris
Office of the Clerk, U.S. District Court
1140 Hugo Black U.S. Courthouse
1729 5th Avenue North
Birmingham. AL 35203

Re: Knight and United States v. The State of Alabama
<u>Civil Action No. CV83-M-1676-S</u>

Dear Mrs. Harris:

Enclosed please find for filing the original and two copies of three expert reports:

1) "Study of Program Duplication, etc." by Dr. Clifton Conrad
2) "Factors Contributing, etc." by Dr. Clifton Conrad
3) "A Report on Field Studies, etc." by Dr. Larry Leslie

I have also enclosed an extra copy of each and a self addressed envelope and would appreciate your returning a date-stamped copy of each to our office.

Sincerely,

Deval L. Patrick
Assistant Attorney General
Civil Rights Division

By:

Craig M. Crenshaw, Jr.
Attorney
Educational Opportunities
Litigation Section

Enclosure

cc: Hon. Harold Murphy
All Counsel

2027

FILED
91 NOV 25 PM 3: 13
U.S. DISTRICT COURT
N.D. OF ALABAMA

CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing three expert reports:

1)"Study of Program Duplication, etc." by Dr. Clifton Conrad

2)"Factors Contributing, etc." by Dr. Clifton Conrad

3)"A Report on Field Studies, etc." by Dr. Larry Leslie

to be mailed, postage prepaid, addressed to:

James U. Blacksher, Esq.
Attorney at Law
710 Title Building
300 21st North
Birmingham, AL 35203

Edward S. Allen, Esq.
Balch & Binghman
1710 Sixth Avenue North
P.O. Box 306
Birmingham, AL 35201

Richard N. Meadows, Esq.
General Counsel
Jim R. Ippolito, Jr.
State Department of Education
50 North Ripley Street
5105 Gordon Person Bldg.
Montgomery, AL 36103

Kenneth Dowdy, Esq.
Office of the Governor
Alabama State House
11 Union Street
Montgomery, AL 36130

John C. Falkenberry, Esq.
Sirote & Permutt, P.C.
2222 Arlington Avenue S.
P.O. Box 55727
Birmingham, AL 35255-5727

Armand Derfner, Esq.
McClain & Derfner
116 Church Street
P.O. Box 600
Charleston, SC 29402

C. Glenn Powell, Esq.
General Counsel
University of Alabama System
401 Queen City Avenue
Tuscaloosa, AL 35401

Thomas W. Thagard, Jr., Esq.
Balch & Binghman
2 Dexter Avenue
P.O. Box 78
Montgomery, AL 36101

Jeffrey A. Foshee, Esq.
900 South Perry Street
Montgomery, AL 36101

Eddie Leitman, Esq.
K. Phillip Luke
Leitman, Seigal, Payne
& Campbell, P.C.
The Land Title Building
600 North 20th Street
Suite 400
Birmingham, AL 35203

Joe R. Whatley, Jr., Esq.
Cooper, Mitch, Crawford,
Kuykendall & Whatley
1100 Financial Center
505 North 20th Street
Birmingham, AL 35203-2605

Solomon S. Seay, Jr., Esq.
524 S. Union Street
P.O. Box 6215
Montgomery, AL 36104

Ernest N. Blasingame, Jr. Esq.
218 West Alabama Street
Post Office Box 97
Florence, AL 35631

Carl Johnson, Jr. Esq.
Bishop, Colvin, Johnson & Kent
Post Office Box 370404
317 20th Street North
Birmingham, AL 35237

William F. Murray, Jr., Esq.
Burr & Forman
3000 South Trust Tower
420 North 20th Street
Birmingham, AL 35203

Maxey J. Roberts, Esq.
131 Administration Building
University of Alabama
Mobile, AL 36688

Mylan R. Engel, Esq.
Engel, Walsh & Zoghby
P.O. Box 1045
Mobile, AL 36633

Michael G. Kendrick, Esq
Gorham & Waldrep, P.C.
2101 6th Avenue, North
Suite 700
Birmingham, AL 35203

Carlos A Gonzalez, Esq.
3087 Belingham
P.O. Box 450888
Atlanta, GA 30345

Terry G. Davis, Esq.
4183 Carmichael Road
P.O. Box 230907
Montgomery, AL 36123-0907

Fred Gray
Gray, Langford, Sapp, McGowan,
Gray & Nathanson
108 Eastside Street
Tuskegee, AL 36083

R. M. Woodrow
Doster & Woodrow
303 SouthTrust Building
P.O. Box 2286
Anniston, AL 36202

Demetrius C. Newton
1820 7th Avenue North
Suite 207
P.O. Box 2525
Birmingham, AL 35202-2525

This 23rd day of November, 1994.

Attorney
United States Dept. of Justice
Civil Rights Division
Educational Opportunities
Litigation Section
P.O. Box 65958
Washington, D.C. 20035-5958
(202) 514-3821

FILED
94 NOV 25 PM 3:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# FACTORS CONTRIBUTING TO THE MATRICULATION OF WHITE STUDENTS IN PUBLIC PBIs: A FOUNDATION FOR IDENTIFYING POLICIES AND PRACTICES TO ADVANCE DESEGREGATION IN PREDOMINANTLY BLACK INSTITUTIONS

A Report to the U.S. Department of Justice

November 8, 1994

Clifton F. Conrad

University of Wisconsin-Madison

# TABLE OF CONTENTS

Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Part One: A Study of the Factors Contributing to the Matriculation of White Students in Public PBIs

Description of Pilot Study: Telephone Interviews with Administrators at Seven PBIs . . . . . . . . . . . . . . . . . . . . . . . . 3

Description of Multi-Case Study Design: On-Site Interviews with Administrators, Faculty, and Students at Five PBIs . . . . . . 5

Preliminary Findings from Pilot Study . . . . . . . . . . . . . . . 8

Five Case Study Institutions . . . . . . . . . . . . . . . . . . . 13

North Carolina A&T State University . . . . . . . . . . . . . 13

Winston-Salem State University . . . . . . . . . . . . . . . . 14

Southern University at New Orleans . . . . . . . . . . . . . . 14

Kentucky State University . . . . . . . . . . . . . . . . . . 15

Savannah State College . . . . . . . . . . . . . . . . . . . . 16

Major Factors Contributing to the Matriculation of White Students in PBIs: Findings from Five Case Studies . . . . . . . . . . . 18

Academic Program Offerings . . . . . . . . . . . . . . . . . . 20

Student Financial Support. . . . . . . . . . . . . . . . . . . 30

Institutional Characteristics . . . . . . . . . . . . . . . . 33

Part Two: Policies and Practices for Attracting White Students to Public PBIs

Statewide Policies and Practices . . . . . . . . . . . . . . . . . 47

Institutional Policies and Practices . . . . . . . . . . . . . . . 48

## Appendices

Appendix A: A Statistical Portrait of the Relative Success of States and Public PBIs in Attracting White Students

Appendix B: Protocol and Interview Questions for Site Visits

Appendix C: Interviewee Rating Instrument

# INTRODUCTION

Especially in the last few years, progress has been made in eliminating the vestiges of de jure segregation in higher education in the United States. Yet, some significant challenges to desegregation remain. Perhaps the most formidable challenge facing some states and public institutions is this: What can be done to encourage greater numbers of white students to attend those predominantly black institutions (PBIs) in which race continues to be the signature feature of the institution?

The purpose of this report is two-fold: 1) to communicate the results of a study I recently conducted that sought to identify the major factors that contribute to the matriculation of white students in PBIs and, in light of those factors, 2) to derive statewide and institutional policies and practices that can encourage greater numbers of white students to attend PBIs. Corresponding with these two aims, this report is divided into two parts.

In Part One I begin by describing the two phases of my research, which included a pilot study and a multi-case study made up of five case studies--each consisting of on-site interviews with administrators, faculty, and students at a predominantly black institution. After sketching the preliminary findings from the pilot study, I describe the five case study institutions. Finally, on the basis of my multi-case studies, I identify and elaborate on major factors contributing to the matriculation of white students at PBIs.

Anchored in the findings in Part One, in Part Two I propose a variety of statewide and institutional policies and practices for attracting whites to PBIs--policies and practices at once "educationally sound" and "practicable."

## Part One: A Study of the Factors Contributing to the Matriculation of White Students in Public PBIs

To identify the major factors that contribute to the matriculation of white students in PBIs, I grounded my study in successful efforts to attract white students to predominantly black institutions. I divided the research into two phases. In the first phase, a pilot study, telephone interviews were conducted with administrators at seven PBIs that--in varying degrees--have been relatively successful in attracting white students. The second phase was based on on-site interviews with administrators, faculty, and students at five PBIs that have experienced some successes in attracting white students.

In conducting my research, I used an open-ended study design in which the perspectives of diverse stakeholders--people with a perspective on the factors which influence white students to attend PBIs--provided the foundation for my analysis. Across the two phases of my research, a total of 88 people were interviewed: 40 administrators, 12 faculty, and 36 students.

Part One is made up of five sections. In the first I describe the design of the pilot study and in the second I describe my multi-case study design. In the third section I briefly present the preliminary findings from the pilot study and, in the fourth, I describe the five institutions included in the multi-case study design: Winston-Salem State University, North Carolina A&T State University, Southern University at New Orleans, Kentucky State University, and Savannah State College. In the fifth, culminating section in Part One, I identify and discuss 14 major factors contributing to the matriculation of white students at PBIs.

DESCRIPTION OF PILOT STUDY:

TELEPHONE INTERVIEWS WITH ADMINISTRATORS AT SEVEN PBIs

In the first phase of my research, telephone interviews were conducted with administrators at seven predominantly black institutions: Bluefield State College (WV), West Virginia State College (WV), Kentucky State University (KY), Fayetteville State University (NC), Tennessee State University (TN), Winston-Salem State University (NC), and Savannah State College (GA). The first six of these institutions were selected primarily on the grounds that they are among the 13 public PBIs in this country that, in recent years, have been the most successful in attracting white students.[1] Savannah State College was selected primarily on the grounds that it has been under court order to desegregate and, as such, could yield valuable perspective to the study.[2]

In this initial phase of the study, which took place during the spring of 1994, interviews were conducted with a total of eight administrators from the seven institutions. These eight administrators (two individuals were interviewed at one institution) were variously involved in enhancing the white student presence on the respective campuses.

During interviews that lasted approximately forty-five minutes to one hour, interviewees were asked to draw on their experiences in addressing the following question: Why has their institution been successful (including the

---

[1]Appendix A identifies those states and public PBIs that have been most and least successful in attracting white students to PBIs. Table 2 in Appendix A ranks the public PBIs in terms of their relative success in attracting white students.

[2]In 1992, Savannah State ranked twenty-second of the thirty-eight public PBIs in terms of white enrollment.

adoption of policies and practices) in attracting white students?[3]

[3]The original purpose of the pilot study was to generate a general understanding of the types and range of initiatives that contribute to increased white enrollment at PBIs. At the time the pilot study was conducted, this was a background study and the information gathered from interviewees was not intended to be part of a larger study; accordingly, I have neither identified nor quoted individuals that were interviewed in the pilot study.

## DESCRIPTION OF MULTI-CASE STUDY DESIGN: ON-SITE INTERVIEWS WITH ADMINISTRATORS, FACULTY, AND STUDENTS AT FIVE PBIs

In the second phase of the research I used an open-ended, multi-case study design that was anchored in the perspectives of diverse stakeholders representing five predominantly black institutions.[4] The five institutions, including three institutions (Winston-Salem State University, Kentucky State University, and Savannah State College) that participated in the pilot study, were: Winston-Salem State University (NC), North Carolina Agricultural and Technical State University (NC), Southern University at New Orleans (LA), Kentucky State University (KY), and Savannah State College (GA). Southern University at New Orleans and Savannah State College were selected primarily because they have been under court order to desegregate--and, as such, could provide case studies that yielded valuable insight--and, secondarily, because they have experienced some successes in attracting other-race students. The other three institutions were selected primarily on the grounds that they have been relatively successful in attracting white students.

All five of the case studies were conducted during the fall of 1994. Altogether, I made separate on-site visits, each coordinated with an institutional liaison and lasting from one to one and one-half days each, to all five institutions. Across the five PBIs, I interviewed a total of 80

---

[4]I have used this approach to research, which I refer to as a "positioned subject," most recently in a national study of master's degree programs. For elaboration, see Clifton F. Conrad, Jennifer Grant Haworth, and Susan Bolyard Millar, <u>A Silent Success: Master's Education in the United States</u> (Baltimore, Maryland: Johns Hopkins University Press, 1993).

individuals: 32 administrators, 12 faculty, and 36 students.[5] While the institutional liaison helped to select interviewees in all five PBIs, I was given wide latitude in selecting interviewees. In order to enhance representativeness in the sample of interviewees, I sought out and was able to interview people on all five campuses who were not identified by the institutional liaison.

Throughout my field visits, most interviews lasted from 45 minutes to an hour. About three-fifths of the interviews were conducted with individuals; the remainder were focus group interviews which usually included three or four people. Appendix B provides a summary of the protocol I used in my site visits, including my introduction to interviewees, my request to secure permission to tape-record the interview and to quote from the interviewee--while protecting her/his anonymity--in public documents and public settings, and my interview questions.[6] Without exception, interviews were very open-ended, with each interviewee invited to address one primary question: Based on your experiences, what are the major factors that lead white students to attend predominantly black institutions?

Following the first two field visits, to Winston-Salem State University and North Carolina A&T State University, I developed a rating instrument--

---

[5]One administrator was interviewed both in the pilot study and during my on-campus visit. It should be noted that about one-third of the administrators interviewed were department chairs or program heads who also had major teaching responsibilities as faculty members. Further, it should be pointed out that about one-half of the faculty and administrators interviewed indicated that they either had been employed in or were quite familiar with other PBIs--and that many of these interviewees drew on their experiences and backgrounds during interviews. Finally, it should be noted that the 36 students interviewed were all white students except for one non-Caucasian, other-race student.

[6]I emphasized to interviewees that I would make every effort to guarantee confidentiality and individual anonymity.

based on my emerging findings of the major factors contributing to the matriculation of white students in PBIs--that asked interviewees to rank various factors on a scale of one to ten in terms of their importance.[7] This instrument (Appendix C) was given to most interviewees at the last three institutions I visited--Southern University at New Orleans, Kentucky State University, and Savannah State College--near the conclusion of the interview. Following each campus visit, field notes were made for each interview and, in some instances, entire interviews were transcribed.

---

[7]If an interviewee rated a factor a 7 or above on my ten-point scale, I inferred that the interviewee found such a factor to be important.)

## PRELIMINARY FINDINGS FROM PILOT STUDY

On the basis of telephone interviews with administrators at seven PBIs who were asked to discuss why their institution has experienced some successes in attracting white students, I identified five major factors influencing whites to attend PBIs. Table 1 identifies these five factors and rank-orders them in terms of their relative importance. Since all of these factors were subsequently identified across the five case studies which followed this initial phase of the study, I provide here only a synopsis of the pilot study findings.

In broad strokes, I learned from administrators across the seven PBIs that the single most important factor influencing white student enrollment at their institution is the presence of program offerings in high-demand fields. Put simply, many white students choose to attend these institutions primarily because they offer undergraduate or graduate degree programs in which they plan to specialize. For the most part, these programs are in high-demand professional fields such as education, business, nursing, and engineering.

To illustrate, in the early 1980s Bluefield State College introduced new programs in nursing, the health sciences, and engineering technology; at roughly the same time, West Virginia State College introduced bachelor's and master's programs in education and business. The presence of these programs--along with other programs in high-demand fields at the other five institutions included in the pilot study--has, according to the administrators interviewed, been the single most important factor in attracting white students to their institution.

TABLE 1

FACTORS CONTRIBUTING TO THE MATRICULATION OF WHITE STUDENTS AT PBIs

| |
|---|
| Program Offerings in High-Demand Fields |
| Unique (Non-Duplicated in Proximate PWI) Programs |
| Programs Offered Through Alternative Delivery Systems (Evening, Weekend, Off-Campus) Serving Non-Traditional Students |
| Positive Institutional Reputation |
| Client-Based Programs and Services |

I learned from administrators that another important factor influencing white student enrollment at their institution is the presence of program offerings--especially in high-demand fields--that are not offered elsewhere within their geographical vicinity. In other words, their institution offers "unique" programs within the immediate geographical area. For example, Savannah State College offers a bachelor's program in marine biology--a program in which about one-half of the students are white--that is not duplicated at nearby predominantly white Armstrong State College. Other institutions offer many "unique" programs within their immediate geographic area because there is no nearby PWI. To wit, there is not a PWI located proximate to Fayetteville State University, and the closest PWI to Tennessee State University is Middle Tennessee State University--a distance of about 30 miles.

Across these seven institutions, a third factor is also important in attracting white students: programs offered at least in part through alternative delivery systems such as evening courses, weekend courses, and off-campus courses. In brief, alternative delivery systems are appealing to most non-traditional students--especially part-time, adult students who are attracted to an institution by the convenience of program offerings that enable them to pursue their education while fulfilling their work and personal responsibilities. At the present time, for example, roughly three-fourths of the white students enrolled at West Virginia State College are commuting students who are enrolled in evening and weekend programs. Kentucky State University, Winston-Salem State University, and Savannah State College draw most of their white students through evening programs. Meanwhile, Fayetteville State University and Tennessee State University draw many of

their white students through offering weekend as well as evening courses and programs.

Still another major factor attracting white students concerns the overall reputation of the PBI: PBIs with positive reputations are more likely to attract white students. More specifically, administrators variously indicated that the following were associated with a positive institutional reputation: good faculty; low faculty-student ratios; a safe environment; good facilities, libraries, and equipment; and an institutional commitment to diversity. For example, Bluefield State College, West Virginia State College, and Fayetteville State University have taken major steps to strengthen their quality and they have made highly-publicized efforts to communicate their institutional commitment to diversity.

Finally, I learned of one other overarching factor that attracts white students to PBIs: client-based programs and services such as active recruitment of white students, significant student financial support, and articulation agreements between PBIs and community colleges that facilitate the transfer of white students from two-year colleges to PBIs. To illustrate, Fayetteville State University, West Virginia State College, and Bluefield State College have employed a variety of "marketing" strategies to successfully attract white students. Fayetteville State University and Winston-Salem State University, through the University of North Carolina System, offer other-race [white] minority scholarships. And Winston-Salem State University has established transfer agreements with community colleges in North Carolina--agreements that have helped white students to more easily transfer courses and credits.

While these five factors cut across the interviews with administrators,

other factors--such as low-cost and state-supported fee waivers for state employees--were also mentioned by administrators. All of these factors--in addition to the the factors identified here--find expression in the case study findings which follow.

FIVE CASE STUDY INSTITUTIONS

In order to provide a context for the concluding section in Part One, which presents the case study findings of the major factors influencing white attendance at PBIs, this section describes each of the five case study institutions. For each institution, I describe the mission and level of program offerings, introduce student enrollment figures and other pertinent information, and indicate the number of individuals I interviewed at the site.

North Carolina A&T State University

As one of the state's two land-grant institutions, North Carolina Agricultural and Technical State University (A&T) focuses on the fields of agriculture, engineering, technology, business, education, and nursing. Most of its program offerings are at the baccalaureate level, but A&T offers master's degrees in selected fields such as engineering, education, and food and nutrition. A&T is not the only public institution in Greensboro; the University of North Carolina at Greensboro is a few miles from A&T, and there are a number of private institutions within the surrounding metropolitan area as well. At the present time, nearly 6,000 students are enrolled at A&T; over the last several years the percentage of whites students has ranged from 11 to 14 percent.[8] At the undergraduate level, there are substantial numbers of white students in the arts and sciences, engineering, nursing, and technology; at the graduate level, the largest concentrations of white students are in education and engineering. During my visit to A&T, I interviewed nine people.

[8]An administrator told me matter-of-factly that the 1981 Consent Decree "really got things rolling in terms of desegregation."

three administrators, three faculty, and three students.

Winston-Salem State University

One of 16 constituent institutions of the University of North Carolina, Winston-Salem State University (WSSU) is a baccalaureate-level institution located next to an interstate highway and downtown Winston-Salem. The Twin City in which it is located is part of the Piedmont Triad, which encompasses the nearby cities of Greensboro and High Point. No graduate programs are currently offered by Winston-Salem State. However, the Winston-Salem State University Graduate Center is located on the campus. Appalachian State University offers evening and weekend courses at WSSU through this center--courses which attract large proportions of white students--as part of Appalachian State's off-campus master's programs in business and education. Nearly 3,000 students are currently enrolled at Winston-Salem State; about one-third of all students live on the campus and about 20 percent of the student population is made up of white students. The most popular programs for whites are nursing, medical technology, and physical therapy. During my visit, I interviewed nine people at Winston-Salem State University: five administrators and four students.

Southern University at New Orleans

A non-residential campus that is a part of the Southern University System, Southern University at New Orleans (SUNO) is located almost directly across the street from the predominantly white University of New Orleans. In addition to its undergraduate program offerings, it has a limited range of master's programs. Out of a total of approximately 4,500 students, about 200

are white. Although the latter figure represents less than 5 percent of the total student enrollment, several programs have attracted a significant number of white students: substance abuse, education, and criminal justice at the undergraduate level; education at the post-baccalaureate level; and social work at the master's level. I interviewed a total of 29 people at SUNO, including 11 administrators, 3 faculty, and 15 students.

## Kentucky State University

Situated high on a scenic hill overlooking the capital city of Frankfort, Kentucky State University's mission is "to serve as a residential institution with a range of traditional collegiate programs appropriate to its role as the unique, small, liberal studies institution with the lowest student-faculty ratio in the state system" (University Catalog, 1992-1994, p. 13).[9] The University of Kentucky, the flagship public institution in Kentucky, is located about 30 miles away in Lexington. Owing in part to a statewide program--the Kentucky State Employee Assistance Program--through which state employees who enroll at Kentucky State University (KSU) can have their tuition waived, substantial numbers of whites have chosen to attend Kentucky State over the the last quarter of a century. Today, slightly less than one-half of Kentucky State's approximately 2,500 students are white; relatively few whites are among the 700 students who live on campus. Many undergraduate programs at KSU--and the single graduate program, in public administration--have proven attractive to white nontraditional adult students

---

[9]While the only graduate program offered by Kentucky State is in public administration, there is an Interinstitutional Graduate Center on campus that is operated in cooperation with the University of Kentucky, the University of Louisville, and Eastern Kentucky University.

living in the Frankfort area. The undergraduate programs which have been most popular to white students include the Whitney M. Young, Jr. program in leadership studies, social work, criminal justice, and nursing.[10] Altogher, I interviewed 21 people at Kentucky State: 10 administrators, 1 faculty member, and 10 students.

## Savannah State College

The State Land-Grant Institution for Negroes until 1947, Savannah State College (SSC) is--as described in the college catalog (1993-1994, p.20)--a "senior, residential unit of the University System of Georgia whose historic mission, while of continuing importance, has broadened to embrace individuals regardless of race, ethnicity, culture, or age." Although Savannah State offered three master's programs until 1990--including a master's program in business in which over one-half of the students were white at the time the program was transferred--Savannah State no longer offers any graduate programs.[11] The only graduate programs on the campus are offered by Georgia Southern University, including the master's program in business that was

---

[10]As I learned from several interviewees, the Whitney M. Young, Jr. College of Leadership Studies was established over a decade ago as a carrier of the 1982 revised mission and as part of a statewide effort to advance desegregation.

[11]In 1979, as part of a desegregation plan mandated by the Department of Health, Education, and Welfare aimed in part at encouraging whites to attend Savannah State, faculty and students in business at nearby Armstrong State College were transferred to Savannah State College as part of an historic program "swap" or transfer. In addition to the only bachelor's and master's programs in business in the immediate Savannah vicinity, Savannah State also was given a new bachelor's program in marine biology as part of the desegregation plan--a program not offered at any other institution in the state. In 1990, Savannah State's three graduate-level programs--including the master's program in business--were transferred to predominantly white Georgia Southern University (which is located approximately 45 miles from Savannah).

transferred to Georgia Southern in 1990. At the present time, Savannah State enrolls fewer than 3,000 students, with most white students enrolled in the bachelor's programs in business and marine biology. I interviewed 12 individuals at Savannah State: three administrators, five faculty, and four students.[12]

---

[12]While I have completed my analysis of Savannah State College and the findings presented in the cross-case analysis reflect that analysis, I only infrequently refer to Savannah State in my discussion of findings because I have not completed the transcriptions of my tape-recorded interviews. Accordingly, I briefly indicate here my major findings from Savannah State: In broad strokes, most interviewees emphasized the importance of high-demand programs, particularly "unique" (non-duplicated in a proximate PWI) programs. Interviewees also emphasized the following factors: an image as a multi-racial institution open to all students advanced through good public relations and senior administrators who are willing to declare publicly their commitment to diversity; a positive campus climate; good relations between PBIs and the local community; and an attractive and "safe" campus. Not all interviewees opined that these factors were present at Savannah State, but many drew on their experiences at Savannah State as well as elsewhere throughout higher education.

# MAJOR FACTORS CONTRIBUTING TO THE MATRICULATION OF WHITE STUDENTS IN PBIs: FINDINGS FROM FIVE CASE STUDIES

In this, the culminating section in Part One of this report, I present my overall findings. Drawing solely on my cross-case analysis of the five case studies, I identify the major factors influencing white students to attend PBIs. In brief, these factors were selected on the basis of the following decision-rule: A factor was selected if at least 60 percent of the students, and at least 40 percent of the administrators and faculty, indicated that the factor was important--either directly in the interview or indirectly on the rating instrument (see Appendix C). On the basis of this criterion, I identified 14 major factors associated with white students choosing to attend a predominantly black institution. While all of these factors are individually important, they are especially robust when they are combined. In particular, the combined influence of the first two factors--program offerings in high-demand fields, and unique (unduplicated in a proximate PWI) program offerings--is enormous in terms of encouraging whites to attend PBIs.

Clustered into three categories--academic program offerings, student financial support, and institutional characteristics--the 14 major factors are identified in Table 2. The three categories are presented in rank-order in terms of their relative importance and, similarly, the factors are rank-ordered within each category in terms of their relative importance. (Both the three categories and the factors within them are rank-ordered on the basis of what I learned both in my interviews and through the rating instrument I administered.) Below, for each factor, I explain the factor (as appropriate), indicate why it is important and, on a selective basis, draw selectively from

TABLE 2

FACTORS CONTRIBUTING TO THE MATRICULATION OF WHITE STUDENTS AT PBIs

## Academic Program Offerings

Program Offerings in High-Demand Fields

Unique Program Offerings (Programs Unduplicated in Proximate PWI/ "Enrollment Caps" in Proximate PWI)

Alternative Program Delivery Arrangements: On- and/or Off-Campus

Graduate (Master's) Program Offerings in High-Demand Fields

Positive Reputation for Quality

## Student Financial Support

Student Scholarships

Low-Cost (Tuition and Fees)

## Institutional Characteristics

Positive Image as a Multi-Racial Institution

Supportive and Inclusive Campus Culture

White Student Recruitment

Articulation and Cooperative Agreements with PWIs

Positive External Relations with Community and Professional Constituencies

Safe Environment

Attractive Campus Appearance

the interview data to illustrate the factor as well as the supporting evidence.[13]

## Academic Program Offerings

Across the five cases in my study, there were five factors associated with academic program offerings that were accentuated across my interviews with all three stakeholder groups: administrators, faculty, and students. Each is discussed below.

### Program Offerings in High-Demand Fields

Program offerings in high-demand fields is the single most important factor--by a wide margin--in attracting whites to predominantly black institutions. More specifically, program offerings in high-demand professional fields such as business, education, engineering, nursing, and public administration are especially important. In drawing attention to high-demand programs, interviewees told me repeatedly that for the majority of white students--especially at the graduate level but often at the undergraduate level as well--availability of the program in which they desire to major is the overriding factor in their decision to attend a PBI. And the majority of contemporary students, at the undergraduate as well as graduate

---

[13]A number of interviewees told me that whites are attracted to PBIs where there is a conspicuous presence of same-race administrators and faculty who are variously viewed as role-models, mentors and supporters, or conduits from students to top administrators. While there was considerable weight given to this factor by individuals completing the rating instrument, I chose not to include it because it was not mentioned by the majority of interviewees. Nonetheless, based on what I learned through the rating instrument, I am persuaded that efforts aimed at attracting white students to PBIs should include measures aimed at attracting white administrators and faculty.

level, wish to major in high-demand professional fields.

Illustrations. By way of illustration, an administrator at North Carolina A&T said that white students in general--and adult students in particular--have become increasingly "focused" in terms of the programs they want. Echoing this point, an undergraduate student told me that he was drawn to A&T because of their program offerings in engineering--which was enough to make him, in his words, "overlook that A&T is a black school." And nearly everyone else I interviewed at A&T made the same point: Offering programs in high-demand, professional fields--such as education, engineering, and nursing at A&T--is the single most powerful factor in attracting whites to PBIs.

At Winston-Salem State, several administrators emphasized the attractiveness of programs in high-demand professional fields and pointed out that white students are attracted to two of the most popular degree programs on campus: currently about 95 percent of the students in the bachelor's program in physical therapy are white, and about 70 percent of the students in the bachelor's program in nursing are white. Another WSSU administrator told me that the key factor in attracting white students is to offer high-demand programs because: "White students are older, non-traditional students who want jobs. They have a serious purpose in going to college." As such, he went on, administrators and faculty need to address the following question if they are to attract substantial numbers of white students: "Do [we] have the academic programs that [white] students want for their major?"

Similarly, all 10 students of the students I interviewed at Southern University at New Orleans said that offering attractive high-demand programs is the major factor in attracting whites to PBIs--as did most people I interviewed at Kentucky State University and Savannah State College. To

recapitulate, high-demand program offerings was consistently identified by interviewees as the single most important factor--by far--influencing whites to attend PBIs.

Unique Program Offerings (Programs Unduplicated in Proximate PWI/Enrollment Caps in Proximate PWI)

Especially when it is combined with the first factor, a second major factor influencing white student enrollment at PBIs is the presence of program offerings in PBIs that are not offered elsewhere within relatively easy commuting distance. Many students told me point-blank that they have chosen to attend a PBI in large part because only a PBI within their community offers the degree program in which they were interested--or a proximate PWI has placed "enrollment caps" in their desired program and they were not admitted.[14] In short, many white students are swayed by the convenience of commuting to a nearby PBI as opposed to driving a longer distance to attend a PWI if the PBI offers the degree program which they are seeking.

Illustrations. At North Carolina A&T, for example, many interviewees emphasized that there were a number of programs at A&T--including architecture, landscape architecture, and nursing--which are either not offered at the nearby University of North Carolina at Greensboro (UNC-Greensboro) or which have "enrollment caps." As a result, they told me, white

---

[14]Across the five cases in the sample, there are "unique" programs in the PBIs which are attracting substantial numbers of white students for one or more of the following reasons: there is not a nearby public PWI within relatively convenient driving distance (such as at Winston-Salem State); certain programs offered in the PBIs are not offered in proximate PWIs (such as at North Carolina A&T and Savannah State), and certain programs offered in the PBIs are also offered in nearby PWIs but the PWIs have placed "enrollment caps" in those programs such that white students desiring to major in these programs find it most convenient to matriculate to the PBI (North Carolina A&T).

students matriculate to A&T to enroll in these programs. To wit, when I interviewed individuals associated with nursing at A&T, I was informed that many white students enrolled in nursing are there because they have been unable to secure admittance to the nursing program at UNC-Greensboro--which has an "enrollment cap"--and A&T is the only remaining public institution in the Greensboro area offering nursing.

At Winston-Salem State University, an administrator stated matter-of-factly that "program duplication" between PBIs and PWIs is the major obstacle to white students attending PBIs. In his words: "If both institutions have a program, there will be automatic separation by race." His viewpoint was strongly endorsed by two nursing students I interviewed at WSSU. Both told me that they wanted to major in nursing--preferably at a PWI--but Winston-Salem State nursing program was the only program within 40 miles that admitted them. As one of these students put it: "This was the only program I could get into and it is a high-quality program." In the same vein, other interviewees told me that the fact that Winston-Salem State offers the only bachelor's program in physical therapy in the state has attracted many white students to WSSU. As one student put it, he was at Winston-Salem State because his program "was the only game in town." Using identical language, a faculty member at Kentucky State University said that many white students "come when the PBI is the only game in town." As a colleague of this administrator said to me: "Students don't like to commute. They would rather wait for a program than commute. People don't like to travel further than they absolutely have to."

Interviewees at Savannah State also emphasized that offering "unique" program offerings in high-demand fields is very important if PBIs are to increase substantially the number of white students on their campuses. In

support, many interviewees pointed out that roughly one-half of the students in the bachelor's program in marine biology are white. And many interviewees--administrators and faculty alike--pointed out that when the master's program in business was transfered to Georgia Southern in 1990, over one-half of the students in the program were white.[15]

Alternative Program Delivery Arrangements: On- and Off-Campus

Over the course of the study, a third factor related to academic program offerings emerged in importance: degree programs offered at least in part through on-campus and off-campus alternative delivery systems--including evening courses, weekend courses, and off-campus courses--are very effective in attracting white students. Many interviewees stressed that alternative delivery systems are especially appealing to non-traditional students--notably part-time, adult students who are attracted to institutions by the convenience of program offerings which enable them to advance their education while fulfilling work, family, and personal responsibilities.[16]

Illustrations. At North Carolina A&T, many interviewees said that alternative delivery systems were very important to drawing white students. Several mentioned that A&T had successfully recruited many white students by offering evening and weekend courses in such high-demand fields as engineering. In the same vein, I learned that both weekend and evening course

---

[15]Referring to the master's program in business at Savannah State, an administrator told me that the transfer of business from Armstrong State to Savannah State showed that "program swaps [transfers] work."

[16]Kentucky State University, Winston-Salem State University, and Savannah State College draw most of their white students through offering on-campus evening courses.

offerings are highly effective in attracting whites to Winston-Salem State University. In nursing, for example, weekend courses-as well as off-campus outreach courses taught in four surrounding counties--draw large numbers of white students.

Similarly, evening and weekend classes at Southern University at New Orleans attract relatively large numbers of white students, as do off-campus courses offered outside the New Orleans metropolitan area--for example, courses in the bachelor's program in substance abuse. At Kentucky State, most white students take their courses in the evening such that, as one student told me, "We have two different universities--we're one by day [black or African-American] and one by night [white].[17] And, at Savannah State, many interviewees said that offering evening courses--Savannah State does, for example, in the field of business at the bachelor's level--is an important factor in attracting white students at the undergraduate as well as the graduate level.

Graduate (Master's) Program Offerings in High-Demand Fields

Notwithstanding the fact that only two of the five institutions in the case study sample offer more than a single graduate program, I learned from interviewees across all five institutions that graduate programs in high-demand fields are a significant incentive for many whites to attend a PBI. In particular, interviewees drew my attention to the attractiveness of high-

---

[17]At Kentucky State, there is an Office of Community Programs that provides outreach courses for non-traditional students. They provide evening, weekend, off-campus, and telecourses. Over the last five years, one person told me, many students enrolled through this office have subsequently switched from non-degree to degree status--hence they are, in her words, "the first step for the non-traditional student."

demand professional fields at the master's level--such as business, education, engineering, health sciences, social work, and public administration. Why are graduate-level program offerings important in attracting white students? Simply put, many white graduate students are non-traditional students--adult, working, and part-time students--who are seeking to advance their careers through securing an advanced degree. As such, they are attracted by the possibility of entering a graduate degree program which is at once convenient and allows them to fulfill work and family responsibilities.

Illustrations. At North Carolina A&T, most interviewees told me that master's programs--in high-demand fields--are very effective in attracting white students. Several pointed out, for purposes of illustration, that white students represent about one-third of the graduate student population at A&T--as contrasted with less than 10 percent of the undergraduate population.

While Winston-Salem State offers no graduate programs, many interviewees observed that Appalachian State's graduate program offerings on the campus of WSSU enroll large numbers of white students. As such, they told me, establishing master's programs at WSSU in high-demand fields would greatly help attract white students. At Southern University in New Orleans, an administrator, after drawing attention to the substantial white enrollments in the graduate programs at his institution, said simply: "Graduate programs have the greatest draw for white students." This sentiment was echoed as well by many interviewees from Kentucky State and Savannah State. As an administrator from Savannah State put it: "Master's degrees are for whites."

## Positive Reputation for Quality

Still another major factor attracting white students to PBIs concerns

their overall reputation: PBIs with good reputations are much more likely to attract white students. While interviewees defined "quality" in myriad ways, some common elements cut across the definitions advanced: good faculty; small classes; and faculty invested in students' and their learning as reflected, for example, in one-on-one faculty-student support and faculty mentoring.

Illustrations. At North Carolina A&T two students I met with--one a graduate student, the other an undergraduate--told me that the positive academic reputation of A&T was a major factor in their decision to attend A&T. When he visited the campus before deciding to apply, one found the "faculty very impressive in knowledge and openness and their willingness to help students. They were friendly and helpful." And he added, "Whites feel that this is a quality education and they communicate it."

Still another student who graduated from North Carolina A&T told me that "teachers really opened their arms" to him and, as a result, he eventually decided to pursue his master's degree at A&T. He emphasized that it is this "attitude" of strong faculty support that has continued to attract white students to North Carolina A&T. Similarly, an administrator at A&T said that many white students were drawn to A&T after learning that A&T faculty were invested in "all students" and provided strong mentoring of students. Defining a faculty mentor as "someone who has something of value and is willing to share it," this administrator said further that "what attracts them [white students to PBIs such as A&T] is an individualized, caring approach. Because we have historically prepared people of color, it means that we work probably in a different way than others . . . [with strong] individualized attention and support and caring." As she elaborated:

I believe that there is a different culture in the white

> institution than the black institution. In the black institution a part of the culture is that the faculty is there to support a students progress through the program. And that is not always always the case in historically white universities. . . . I attended historically white universities and they have been some of the coldest institutions I have known.

This same administrator--as well as other administrators, faculty, and students I interviewed at A&T--also emphasized the importance of a "positive academic reputation" in attracting white students. Many referred to the program in nursing and, in particular, that white enrollment in nursing has significantly increased since the program secured national accreditation. One interviewee stressed that establishing high-quality programs breaks down "stereotypes" and, in turn, invites whites to choose PBIs. In her words:

> The nicest piece is that if you run a good program, if you run a good school, it's built-in that you will destroy stereotypes. Program quality is critical. On ten-point scale it is a ten. I don't see how you can sell something if you are not concerned about the quality.

Quality notwithstanding, this person pointed out, it is no less important to try to address any negative public perceptions about a PBI in order to help create a more positive image. To make her point, she shared an anecdote about a news story in the local newspaper in which the above-mentioned nursing program had drawn some criticism. In response to the article, an individual from the School of Nursing at A&T met with the reporter who wrote the story and told him that the article had not even mentioned that 100 percent of the nursing students had recently passed their board exams.

This administrator then told me: "I think that sometimes institutions and programs don't pay close attention to the press enough . . . . You are not going to get people to come to your school--whether they are black or white--when you have that kind [negative] public image."

The importance of a positive academic reputation was emphasized again and again at the other PBIs I visited. At Winston-Salem State University, for example, an administrator said simply: "What attracts whites is the quality of the programs. . . good programs, and programs that are marketable." In the same vein, a student told me that it was the quality of the faculty that drew him to Winston-Salem State University. He said that the faculty are "knowledgeable in their subject and very responsive to students. . . . For a long time WSSU had a bad reputation [among whites]. But now they have some great professors and [unlike institutions like the University of North Carolina at Chapel Hill] professors actually teach classes here."

This perspective was also shared by many interviewees at Southern University in New Orleans, including an administrator who said that "viable and vital programs for adult students"--programs anchored in strong academic advising, faculty mentoring, and faculty support--are a powerful incentive to attract white students. As a graduate student at SUNO said to me: "I mean, professors are willing to work with you a great deal. It's not just during certain office hours. It's whenever you need help, you can get help. They even give you home phone numbers. And I went for my undergrad degree at UNO [University of New Orleans] and never got that kind of treatment. So I came here because of that." Similarly, another student told me that she came to SUNO because, "The nurturing was there. The competencies in the educators and instructors were there. . . . Most important for me was the fact that I

wanted to build beyond the rhetoric [of simply talking about high-quality learning experiences]. I did not want to be a part of a program and institution where we were going to talk the talk but we weren't going to walk the walk. And I think that's paramount in what Southern's appeal has been to me . . . to make it [the "talk"] a reality."

At Kentucky State and Savannah State, too, many interviewees stressed that developing a reputation as an institution committed to "quality" is critical to attracting whites. At Kentucky State, for example, one administrator told me that "developing [a positive] image took a long time. The image is changing for the better." At Savannah State, interviewees referred to Savannah State's undergraduate marine biology program and the master's program in business before it was transferred to Georgia Southern as examples of how "programs with quality reputations" draw white students.

## Student Financial Support

Over the duration of the case studies, I developed an increased appreciation of the role of student financial support in attracting white students to PBIs. Two factors related to student financial support are both important. One, student scholarships, provide direct student support; the other, low-cost, is a form of indirect student support.

### Student Scholarships

Student scholarships--especially at the undergraduate level--are very important in attracting whites to PBIs. As I learned from interviewees, scholarships are important whether they are other-race scholarships--scholarships specifically set aside for white students--or scholarships

available to students regardless of their race. The explanation for the importance of scholarships is straightforward: many white students need direct financial assistance and, as such, scholarship support can greatly influence where--or if--they attend college.

Illustrations. At North Carolina A&T, most interviewees emphasized that student aid in the form of scholarships is a major factor in attracting white students to PBIs. To buttress their point, they said that state-supported other-race scholarships have helped attract many white students over the past decade--and several indicated that no increases in the university's "Minority Presence Grant" funds over the last several years have made it more difficult to attract white students to PBIs in North Carolina.[18]

Given that Winston-Salem State University also receives "Minority Presence Grant" funds from the state of North Carolina, it was not altother surprising that interviewees at Winston-Salem State also emphasized the importance of scholarships to attract whites to PBIs. (About three-fourths of all students at WSSU receive some sort of student aid.) One interviewee said that some "minority [white] students receive up to $500 through this grant program and that, for many white students, even this relatively small amount of support provides the extra-incentive that draws them to Winston-Salem State. Another interviewee said simply: "White students are real interested in the finances."[19]

---

[18]Awards are given first to "minority" (white) students who are full-time and classified as first-time freshmen or transfer students. According to the North Carolina A&T University Minority Student Affairs 1993-94 Annual Report, 292 minority students--32% of all minority students--received financial assistance through the Minority Presence Grant.

[19]After indicating that student aid was important, an administrator at WSSU introduced this caveat: "Other-race [white] aid is not important unless you have the [high-demand] program." This same caveat was communicated to me

Many other people I interviewed also emphasized the importance of student financial support in attracting white students. At Kentucky State University, for example, I was told many times about the impact of a state-supported program started more than two decades ago through which state employees who enroll at Kentucky State receive "tuition assistance". Through this program, the Kentucky State Employee Assistance Program, large numbers of whites have chosen to attend Kentucky State over the years because their tuition has been waived. Further, many of the white students I interviewed told me that they chose Kentucky State primarily because they were awarded a scholarship.[20] In reflecting on the relationship between money and white student matriculation at Kentucky State, one administrator opined that "scholarships are absolutely crucial," and another administrator told me, "We have white students coming to this university because we give them more money [than other institutions]." A student on scholarship that I spoke with put it a bit more directly: "I am here for the money. There's no way I would be here but for the money I am getting."

Low-Cost (Tuition and Fees)

Low-cost, as reflected in tuition and fees, is still another major factor in white matriculation to PBIs. Indeed, many interviewees--especially students--told me that the "reasonableness" of tuition and fees at a PBI--especially in relation to PWIs against which they are compared--is an

---

by an administrator at Southern University at New Orleans as well: "Other-race [white] scholarships can be important . . . [but] students would come first for the high-demand and high-quality programs."

[20]Kentucky State does not offer other-race scholarships, but it does offer four major types of scholarship.

important factor in whites choosing to attend a PBI. Many told me that while low-cost was relatively more important at the undergraduate level, it was nonetheless important at the graduate level as well. Why the importance of low-cost? In a nutshell, "price" is clearly a major consideration influencing white students' decisions whether to attend a PBI--and a "discounted" price is especially appealing.

Illustrations. At North Carolina A&T, students stressed that the low-cost of tuition was a relatively important consideration in their deciding to attend A&T. One, for example, said the fact that tuition and fees at A&T are several hundred dollars less than at the University of North Carolina at Greensboro was an important reason in his decision to attend A&T.

Students at the other four institutions in the sample--as well as some administrators and faculty--also emphasized the importance of low-cost to attracting white students to PBIs. At Southern University at New Orleans, for example, many interviewees said that the relatively inexpensive tuition--a few hundred dollars less than at the nearby University of New Orleans--was a good incentive for white students to attend SUNO. Clearly, cost is a major--and perhaps widely underappreciated--consideration for many white students in choosing a predominantly black institution.

## Institutional Characteristics

Alongside academic program offerings and student financial support, there is a third cluster of factors that is, in the aggregate, somewhat less important than the other two but nonetheless still very important to attracting white students to PBIs. This wide-ranging cluster, labelled here as "institutional characteristics," includes factors ranging from positive

image as a multi-racial institution to attractive campus appearance.

Positive Image as a Multi-Racial Institution

Over the duration of the study, I developed a great appreciation of the importance of PBIs developing a positive image as multi-racial institutions if they are to attract significant numbers of whites. In a nutshell, students--undergraduate students especially, but graduate students as well--are attracted to PBIs that are viewed as welcoming, invitational, and openly hospitable to whites. This positive image, interviewees told me, can be cultivated especially through visible institutional leadership, good public relations and multi-racial advertising, and word-of-mouth communication between white students and alumni of PBIs and potential white matriculants.

Illustrations. At North Carolina A&T, a good number of interviewees emphasized that communicating to the public that a PBI is a multi-racial institution is critical to recruiting white students. As one administrator said to me, "imagery is very, very important." Several interviewees emphasized that the Chancellor of A&T frequently emphasizes A&T's commitment to "equality of opportunity" for everyone in public forums--and this message is communicated throughout the institution.

At Winston-Salem State, one administrator said that they deliberately advertise WSSU as a "regional university"--not as a predominantly black institution. He told me, for example, that all university publications are watched--for example, including whites in pictures displayed in university brochures--to ensure that Winston-Salem State is viewed first and foremost as a regional university. As he elaborated: "We don't deny our past and history as a predominantly black institution, but we emphasize that we serve students

and the region. . . . We sell the institution based on its size, on its academic programming, the fact that we are strictly an undergraduate institution . . . and that it's a very traditional campus in terms of the culture and the environment." Another interviewee told me that WSSU's "image has gone up" in the last few years and shared the observation that more and more white students are now transferring from various campuses of the University of North Carolina System to Winston-Salem State.

At Savannah State, several interviewees told me that while the institution has gradually become more open to white students, SSC could be more successful in attracting white students if the "image" of the institution was more multi-racial. A professor at Savannah State spoke for several of the people I interviewed when she said:

> I'm proud of the history [of Savannah State as a PBI], too. Actually, when you look at the college before Civil Rights, this place was a remarkable institution. It really was a remarkable institution. And the history is very rich for black and white people, because they took a lot of pride in what was accomplished here. [But we need to] stop stressing the history [so much] and concentrate on the ability of the college to deliver education for everyone in the community.

<u>Supportive and Inclusive Campus Culture</u>

In concert with a positive image, a supportive and inclusive campus culture--in short, a climate which is supportive of whites and of campus-wide inclusiveness in social and outside-of-class activities as well as in the classroom--is another major factor attracting white students to PBIs. This

applies especially to attracting white undergraduate residential students, but it also applies to undergraduate and graduate non-residential students as well. Many interviewees, especially students, emphasized to me the importance of faculty, administrators, staff, and students providing support for white students and for an inclusive campus culture through, for example, on-campus events and programs which reflect the multicultural heritages of students.[21]

Illustrations. At North Carolina A&T, an administrator stressed that an inclusive "culture of caring" can go a long way toward attracting white students to PBIs. To illustrate the point, this individual emphasized the strong loyalty that white faculty and staff and students have to A&T and the "Aggies." In so doing, she described what she called a "culture of caring" as it finds expression at North Carolina A&T:

> When you say we want the real Aggies to stand up, I [know many people at A&T] whose color of skin is white but when they stand up they are Aggies. And that's very powerful because "Aggie" means a lot around here. It's strongly associated with being a black person and so to see that and see that something is given of importance in addition to education--this whole "culture of caring and support"--and somehow that gets transmitted to [students] and I believe that is the life-changing piece. I think that education is good and gives you building blocks but the real changes that take place have to do with touching the human sensibility and when

---

[21]Somewhat to my surprise, several administrators across the case studies indicated to me that the extra-curriculum wasn't important to white students. As one put it: "White students don't care much about the extra-curriculum." To the contrary, I learned that many white students--residential as well commuter, undergraduate as well as graduate--did care about the extra-curriculum, and they saw an open and invitational extra-curriculum as an integral part of the larger culture of an institution.

that happens that is very powerful. And I think that happens at A&T more than at other places. . . . The model I have in my head is one of slavery. As you think about black women nurturing the white children of slavemasters, it . . . was that they [black women] were there and [the white children] needed something and it is that piece of the black culture--that says that you are in need and you are here--we look beyond the color, we look beyond age, that has been most of the most reviving parts of black culture during difficult times and I hope we never lose that. It is a very inclusive model.

A faculty member at A&T said simply that "ours [A&T] is a warm, welcoming, environment, more oriented to the individual," and, as such, is attractive to white students. This perspective was echoed by the white students I interviewed at A&T. One, for example, said that the university "welcomes anybody." Another said that "the only time [he] felt discriminated against" was when he attended a national professional meeting of students from historically black colleges and was "disinvited" to a session because he was white.

The importance of a supportive and inclusive environment was emphasized by individuals across the other institutions I visited. For example, at Winston-Salem State University, an administrator told me that it is imperative that PBIs "build an environment that is conducive to all students." A student at the same institution emphasized the importance of such an environment through sharing a simple anecdote about a personal experience he recently had on the Winston-Salem State campus. It was, he said, "pouring down rain one day and two [African-American] students offered me their umbrella so I

wouldn't get wet." That kind of support, he said, is very attractive to white students who are considering a PBI.

In much the same vein, a number of interviewees at Southern University in New Orleans told me that there was an inclusive and supportive "climate" at SUNO--even though SUNO is a non-residential campus. Several indicated that faculty, administrators, and students frequently use the term "family" to describe the overall campus climate. As an administrator put it, we have created "a climate where students feel humanized because their problems are taken care of individually and they're dealt with individually." This interviewee went on to say that many of the students have "hardships" in common and SUNO, anchored in its Black heritage, "focuses on people." One student said that "there is an openness I have not encountered elsewhere" and "people took me in. And it was true of many others . . . they give. People want to give back to the community." Still another student told me that the openness of the campus environment at SUNO attracted her and, she believed, attracts other white students. As she described the campus culture:

> This place to me, this school--the people I've met, the people I've worked with, the students, any and everyone--I mean . . I'm not going to ever say no one said anything derogatory to me, but I've just felt an open-armed "come and share with us, and we'll share with you." And I'm 46 years old, and I've been ... I'm old, and I've through the motions . . . So, in other words--and I wasn't ever pampered in life ... and they didn't know me from Adam. They didn't know me from anybody, and they took me in, the people took me in, and they said "we'll share what we have with you." And I'm grateful.

White Student Recruitment

Another factor related to whites attending PBIs concerns their recruitment. As interviewees told me time and again, active recruitment of white students is, in their view, one of the most overlooked--but nonetheless important--factors in attracting whites to PBIs. Not least, recruiting of white students--not as "white" students specifically but as individuals actively being recruited regardless of their race--clearly breaks down stereotypes. In emphasizing this factor, interviewees suggested a number of ways in which white student recruitment can be enhanced, including not only more active faculty and student recruitment, visitations to high schools with substantial numbers of white students, targeted mailings at prospective white students, and on-campus visitations by white high school students.

Illustrations. At North Carolina A&T, several interviewees emphasized that the university has been very successful in recruiting white students through such strategies as visiting "white" high schools, contacting all enrolled white students on an annual basis to seek their help, sending out university brochures in which white students figure prominently along with black students, and inviting prospective white students to campus. As one administrator put it: "The key to [successful] recruiting is getting kids on campus." Another administrator elaborated on the same point in this way: "Once they [white students] set their foot on campus, a lot of the biases and steretypes get destroyed early on." Another interviewee told me that "[white] students are our best recruiters."

An administrator at North Carolina A&T said they had found that one of the most effective ways of attracting white students is when white students and graduates of A&T go out and tell other students about their experiences.

She referred to this as "word-of-mouth lived experiences." Referring to the rapid increase in white students in nursing over the last few years, she said that "this informal communication is very powerful and it has had a snowball effect for us." In addition, several interviewees at A&T emphasized that a number of faculty at A&T have been successful in recruiting white as well as black students through working with high school clubs, a summer institute for high school students, and university-wide recruitment.

At Winston-Salem State University, I learned that the admissions office is vigorously--and quite successfully--engaged in recruiting white students. One administrator told me that they previously recruited primarily in black churches, but "now we are everywhere, including [recruiting at] 350 public schools" and "neutral community-based centers or reception halls or hotels that don't necessarily promote a specific cultural or racial background. Another administrator told me that "[High school] counselors have a tendency to send you what they want. So we try to be visible [in the community]." And still another interviewee mentioned that the admissions office has a minority presence counselor whose responsibility includes recruiting white students and serving "as a campus-based liaison, for lack of a better word, for minority [white] students. [She's] kind of an ombudsman, she runs interference between financial aids, tuitions, and registration necessary for minority [white] students. And that's been a plus, too, having that presence on campus."

At Kentucky State, too, many faculty are engaged in recruiting students. In nursing, for example, faculty members speak to community groups, participate in health fairs, join mental health groups and, in so doing, take time to recruit students both white and black. Moreover, I learned that many white graduates of Kentucky State are effective recruiters. As one person

told me: "Now we get mothers and fathers and daughters and husbands and wives [of former students]. They are satisfied customers." Another administrator at Kentucky State said simply: "If we can get them [white] students on campus, we can change their minds."

Articulation and Cooperative Agreements with PWIs

Still another factor related to white student matriculation at PBIs concerns relationships between PBIs and PWIs--especially proximate PWIs. Articulation and cooperative agreements--both at the institutional level as well as on a program-by-program basis--can provide a unique opportunity for white students to take classes on a PBI or, in many instances, to facilitate their transfer from a PWI to a PBI.

Illustrations. At North Carolina A&T, many interviewees told me that they had been very successful in recruiting whites from two-year colleges because they has established transfer or articulation agreements with some 43 colleges in North Carolina. At Winston-Salem State University, one administrator told me that a number of white students in the bachelor's program in Applied Science are graduates of technical programs in community colleges, another that many white nursing students attend Winston-Salem because of cooperative arrangements between the School of Nursing and seven community colleges. As she told me, these agreements "are much more than articulation agreements. They transfer general education credits and honor nursing credits." As a student who had graduated from a two-year college and then transferred to Winston-Salem State put it: "You transfer the whole thing from the two-year to the four-year college [Winston-Salem State].

At Southern University in New Orleans, several interviewees mentioned

that cooperative agreements with PWIs could be very effective in attracting white students to the campus. In so doing, they referred to cooperative agreements that SUNO has with the University of New Orleans and Delgado Community College. Although they don't show up in enrollment figures, a large number of white students from these institutions cross-register at SUNO and are a highly-visible presence on campus.

Positive External Relations with Community and Professional Constituences

During the study, I developed a much greater appreciation for the importance of positive external relations. Positive relations with the local community at an institutional level and positive relations with local professional constituencies--both can provide an incentive for whites to attend PBIs. In the case of the former, good institutional-community relations enhance the image of an institution and build goodwill; in the case of the latter, relationships with professional communities not only build good relations but invite working professionals directly to attend a PBI.

Illustrations. Interviewees at all five institutions in the case study sample emphasized the importance of positive external relations. To illustrate, I learned that Winston-Salem State University was, as one interviewee told me, "very visible" in the community. As one interviewee explained this emphasis to me: "Sometimes black institutions isolate themselves or somehow become isolated from the community. . . . We [Winston-Salem State University] connect to the local community, the health care community--with hospitals, community colleges, and the like." This administrator, like many others I interviewed, indicated that such connections--both as an institution and through professional field connections

in such fields as nursing--go a long way toward attracting white students to predominantly black institutions. Similarly, students at Southern University at New Orleans told me that faculty and students in some of the degree programs at SUNO "connected with the community in ways that helped them to attract white students."

Safe Environment

In the last few years, student safety--on campuses throughout the country--has been of growing concern. Thus, it is not surprising that I was told often that a safe environment, both on campus in the surrounding area, was an important consideration to whites ho were considering the possibility of enrolling in a PBI.

Illustrations. At SUNO, a student gave me an anecdote to indicate the importance of safety to many students:

> For some reason this community has chosen SUNO's campus as a major car theft campus. For instance, in one 12-month period alone my mother's car was taken three times from this campus site--in a parking lot that requires a card to get into it. Like I say, I don't know that anything can be done about it because UNO's parking lot is just as public as this is. You know, and it may have to do with . . . public image. You know, that the newspapers and the newscasters are not being fair and square.

Across all five campuses I visited, safety was an important factor for many students. As an administrator as Savannah State put it, whites will come as long as "the programs are good and the campus is safe."

Attractive Campus Appearance

Although safety is clearly viewed as more important, the majority of interviewees also indicated that an attractive campus appearance was a factor in whites choosing to attend a PBI. Interviewees said simply that attractive buildings and grounds provided an "add-on" incentive for many white students and enhanced, albeit indirectly, an institution's reputation for quality.

Illustrations. Most interviewees did not devote much time to discussing the role of an attractive campus in attracting white students, but more than a few indicated that attractive buildings, grounds, and facilities were influential in white student choice. For example, an administrator at Winston-Salem State University told me that they are now engaged in capital improvement of their facilities: "We just completed a new residence hall, state of the art. I think . . . that's attractive to the traditional age minority [white] student." This administrator's perspective was well-supported throughout my interviews.

## Part Two: Policies and Practices for Attracting White Students to Public PBIs

Following directly from the findings of the study, including the policies and practicies identified by interviewees as well as my own reflections, I propose here a range of statewide and institutional policies and practices--policies and practices at once "educationally sound" and "practicable"--for attracting whites to PBIs.

As a point of entry, I begin by articulating four underlying principles--all informed by the results of this study--that I believe should guide efforts to advance desegregation in those situations where remnants of segregation continue to exist in predominantly black institutions. First, at the center of any desegregation effort there must be initiatives taken to ensure that there are a significant number of high-demand programs in PBIs, including "unique" (non-duplicated in proximate PWIs) programs. Second, to the extent that there is extensive program duplication between proximate PWIs and PBIs and a corresponding absence of a significant amount of program "uniquenes" in the PBIs, states must: 1) close the PWIs that are proximate to PBIs; 2) merge the PWIs with the proximate PBIs; or 3) reduce program duplication through program deletion in the PWIs, program transfer from the PWIs to the PBIs, and/or establishment of new programs in the PBIs such that a substantial number of unique (non-duplicated), high-demand programs are offered in PBIs. Third, states and institutions should consider all of the policies and practices advanced here, recognizing that the effectiveness of any given policy or practice will likely vary somewhat across settings. Fourth, there must be adequate state funding--for programs, for personnel, for facilities and equipment--provided to support any and all policies and

practices used by states and postsecondary institutions to advance desegregation by encouraging whites to matriculate in PBIs.

Below I present the statewide and institutional policies and practices that, based on the study, I believe will most contribute to attracting whites to PBIs. In so doing, I place these policies and practices in rank-order within each of the two categories (statewide and institutional)--with those at the top of each with the highest-ranking in terms of importance. Since these recommendations are taken directly from my study or are inferred from my study, I do not elaborate on these proposed policies and practices.[22]

---

[22]I make one exception, notably, to emphasize the importance of establishing master's-level programs in PBIs, especially master's programs in high-demand professional fields. Since the mid-1970s, master's education has become increasingly important within most colleges and universities. Nationally, each year nearly one person receives a master's degree for every three persons who receive a bachelor's degree, and nine people receive a master's degree for every doctoral degree awarded. No less relevant are the characteristics of master's students: nearly nine out of ten enrolls in a professional degree program and, significantly, a large proportion are white, part-time, working adults who do not reside on-campus. Because of their age, part-time status, and non-residential status, master's students--as indicated in my study--are the most likely to be choose institutions on the basis of the availability of desired academic programs. Moreover, master's programs in most professional fields are relatively low capitalization programs that can be moved or assigned at relatively low cost. The judicious assignment of master's programs to PBIs is fundamental to attracting white students to PBIs.

## Statewide Policies and Practices

--Selective Enhancement of the Missions of the PBIs--Especially in Graduate (Master's) Education--to Enhance the Program Offerings in the PBIs.

--Consonant with the Selective Enhancement of the Missions of the PBIs, Establishment of New Programs in High-Demand Fields--Across Degree Levels, But Especially at the Master's Level--in the PBIs.

--Sharpening of the Missions of the PWIs and PBIs Through Assigning Program Emphases and Program Exclusivity and, in so doing, Narrowing the Institutional Missions of the PWIs as a Predicate to Reducing Program Duplication Between PWIs and PWIs and Thereby Enhancing the "Uniqueness" of Program Offerings in the PBIs.

--Consonant with Sharpening the Missions of PWIs and PBIs, Reduction of Program Duplication Between PWIs and PBIs To Enhance Program "Uniqueness" in the PBIs Through:

a. Elimination of Selected Non-Essential, High-Demand Programs in PWIs that are also Offered in PBIs; and/or
b. Transfer of Selected Non-Essential, High-Demand Programs in the PWIs--Programs that are Not Currently Offered in the PBIs--to the PBIs; and/or
c. Placement of "Enrollment Caps" in High-Demand Programs in the PWIs

--Enhancement of Scholarships Awarded to White Students in PBIs.

--Provision of State-Supported Tuition Subsidies for Public Employees.

--Provision of Tuition and Fees at a Reduced Rate in PBIs Relative to Proximate PWIs.

--Consonant with Sharpening the Missions of the PWIs and PBIs, Review all Off-Campus Centers:

a. Eliminate Selected Non-Essential, High-Demand Programs in Off-Campus Centers of the PWIs that are also Offered in Proximate PBIs; and/or
b. Consider Transfer of Off-Campus Centers of PWIs to PBIs.

--Provision of Institutional Incentives, as Needed, to Desegregate Administration, Faculty, and Staff in PBIs.

## Institutional Policies and Practices in the PBIs

--Establishment of New High-Demand Programs, Especially at the Master's Level.

--Establishment of New "Unique" (Non-Duplicated in Proximate PWIs) Programs--Especially in High-Demand Fields.

--Modification of Existing Program Offerings, As Appropriate, to Include Alternative Delivery Systems to Serve Non-Traditional White Students [Non-Residential, Part-Time, Older, Working Adults]:

a. Evening and Weekend Courses/Programs
b. Off-Campus Course/Program Offerings
c. Distance Learning Course/Program Offerings

--Strengthening Scholarships Awarded to White Students.

--Enhancement Initiatives to Strengthen Institutional Quality and Reputation:

a. Secure Professional Accreditation in All Eligible Programs
b. Improve Campus Facilities and Physical Characteristics
c. Strengthen Faculty
d. Ensure a Safe Environment

--Strengthening Recruitment of White Students:

a. Outreach
b. Student Recruitment
c. Articulation and Cooperative Agreements Between PWIs and PBIs

--Provision of Tuition and Fees at a Reduced Rate Relative to Proximate PWIs.

--Enhancement of Positive Image and Reputation as a Multi-Racial Institution with a Supportive and Inclusive Campus Culture Through:

a. Effective Institutional Leadership
b. Good Public Relations
c. Multi-Racial Advertising
d. Educational, Cultural, and Social Programs and Activities that Reflect the Multicultural Heritages of Students
e. Orientation Programs for New Students that Address Issues of Racial, Ethnic, and Cultural Sensitivity
f. Campus Programs for Faculty, Administrators, Staff, and Students that Address Issues of Racial, Ethnic, and Cultural Sensitivity
g. Positive External Relations with Local Communities and Professional Constituences

--Recruitment of White Administrators, Faculty, and Staff.

# APPENDIX A: A STATISTICAL PORTRAIT OF THE RELATIVE SUCCESS OF STATES AND PUBLIC PBIs IN ATTRACTING WHITE STUDENTS

Table 1 shows national enrollment patterns of white and black students at public PBIs for 1980, 1986, and 1992. Table 2 identifies those states that have been most and least successful in attracting white students to public PBIs in 1992. Table 3 identifies public PBIs that were most and least successful in attracting white students in 1992.

In broad strokes, the data in Table 3 show that some public PBIs have been quite successful in attracting white institutions. Indeed, several public PBIs--Bluefield State College (WV), West Virginia State College (WV), and Lincoln University (MO) have attracted white students in such numbers that white students have become a majority of the student body. The data also show that a number of public PBIs have been much less successful in attracting white students.

TABLE 1

NATIONAL ENROLLMENTS IN PUBLIC HBUs, BY RACE (1980, 1986, 1992)

| Total Enrollment | | White Enrollment | | Black Enrollment | | Other Enrollment | |
|---|---|---|---|---|---|---|---|
| 1980 | 155,085 | 20,586 | 13% | 130,622 | 84% | 3,877 | 3% |
| 1986 | 147,631 | 24,548 | 16% | 118,950 | 81% | 4,133 | 3% |
| 1992 | 170,774 | 29,114 | 17% | 135,380 | 79% | 6,280 | 4% |

Source: "1992 Enrollment by Race at 3,300 Institutions of Higher Education."Chronicle of Higher Education, Feb. 23, 1994, pp. A31-A40.(U.S. Department of Education, National Center for Educational Statistics, Annual Survey of College Enrollment.)

TABLE 2

STATES MOST SUCCESSFUL IN ATTRACTING WHITE STUDENTS TO PUBLIC HBUs:

STATEWIDE ENROLLMENTS IN PUBLIC HBUs, BY RACE (1992)

| State | HBUs | Total Enroll-ment | White Enrollment | | Black Enrollment | |
|---|---|---|---|---|---|---|
| West Virginia | 2 | 7,724 | 6,824 | 87% | 900 | 12% |
| Missouri | 2 | 6,008 | 3,316 | 55% | 2,529 | 42% |
| Kentucky | 1 | 2,541 | 1,234 | 48% | 1,263 | 50% |
| Oklahoma | 1 | 3,315 | 1,488 | 45% | 1,700 | 51% |
| Delaware | 1 | 2,936 | 998 | 34% | 1,823 | 62% |
| Tennessee | 1 | 7,591 | 2,565 | 34% | 4,782 | 63% |
| North Carolina | 5 | 22,053 | 4,180 | 19% | 17,337 | 78% |
| Arkansas | 1 | 3,709 | 682 | 18% | 3,004 | 81% |
| Maryland | 4 | 15,585 | 1,967 | 13% | 12,611 | 81% |
| Virginia | 2 | 13,059 | 1,505 | 12% | 11,248 | 86% |
| Georgia | 3 | 8,515 | 834 | 10% | 7,555 | 88% |
| Florida | 1 | 9,487 | 768 | 8% | 8,386 | 88% |
| Alabama | 2 | 10,556 | 704 | 7% | 9,381 | 89% |
| Ohio | 1 | 3,236 | 207 | 6% | 2,854 | 88% |
| South Carolina | 1 | 5,071 | 284 | 6% | 4,746 | 93% |
| Pennsylvania | 2 | 3,024 | 123 | 4% | 2,813 | 93% |
| Louisiana | 3 | 22,527 | 933 | 4% | 21,192 | 94% |
| Texas | 2 | 16,437 | 625 | 4% | 13,839 | 84% |
| Mississippi | 3 | 11,335 | 363 | 3% | 10,778 | 95% |

Source: "1992 Enrollment by Race at 3,300 Institutions of Higher Education."Chronicle of Higher Education, Feb. 23, 1994, pp. A31-A40.(U.S. Department of Education, National Center for Educational Statistics, Annual Survey of College Enrollment.)

TABLE 3

PUBLIC HBUs MOST SUCCESSFUL IN ATTRACTING WHITE STUDENTS:

INSTITUTIONAL ENROLLMENTS, BY RACE (1992)

| | Institution | Total Enrol. | White Enrollment | | Black Enrollment | | Other Enrollment | |
|---|---|---|---|---|---|---|---|---|
| 1. | Bluefield State College, WV | 2,931 | 2,717 | 93% | 188 | 6% | 26 | 1% |
| 2. | West Virginia State College | 4,793 | 4,108 | 86% | 623 | 13% | 67 | 1% |
| 3. | Lincoln U., MO | 4,030 | 2,857 | 71% | 1,040 | 26% | 133 | 3% |
| 4. | Kentucky State | 2,541 | 1,234 | 49% | 1,263 | 50% | 44 | 2% |
| 5. | Langston State, OK | 3,315 | 1,488 | 45% | 1,700 | 51% | 127 | 4% |
| 6. | Delaware State | 2,936 | 998 | 34% | 1,823 | 62% | 114 | 4% |
| 7. | Fayetteville State, NC | 3,902 | 1,272 | 33% | 2,442 | 63% | 188 | 5% |
| 8. | Tennessee State | 7,591 | 2,565 | 34% | 4,782 | 63% | 244 | 3% |
| 9. | Elizabeth City State, NC | 2,019 | 494 | 24% | 1,488 | 74% | 37 | 2% |
| 10. | Bowie State, MD | 4,809 | 1,086 | 23% | 3,231 | 67% | 492 | 10% |
| 11. | U. of Maryland-Eastern Shore | 2,430 | 554 | 23% | 1,674 | 69% | 202 | 8% |
| 12. | Harris-Stowe, MO | 1,978 | 459 | 23% | 1,489 | 75% | 30 | 2% |
| 13. | Winston-Salem State U., NC | 2,728 | 600 | 21% | 2,125 | 78% | 3 | 1% |
| 14. | U. of Arkansas-Pine Bluff | 3,709 | 682 | 18% | 3,004 | 81% | 23 | 1% |
| 15. | Albany State, GA | 3,106 | 453 | 15% | 2,630 | 85% | 23 | 1% |
| 16. | North Carolina Central State U. | 5,681 | 818 | 14% | 4,749 | 84% | 114 | 2% |
| 17. | Norfolk State U., VA | 8,624 | 1,146 | 13% | 7,235 | 84% | 243 | 3% |
| 18. | Alabama A&M State U. | 5,068 | 638 | 13% | 4,003 | 79% | 427 | 8% |
| 19. | North Carolina A&T U. | 7,723 | 996 | 13% | 6,533 | 85% | 194 | 2% |
| 20. | Florida A&M U. | 9,487 | 768 | 8% | 8,386 | 88% | 333 | 4% |

| | Institution | Total Enrol. | White Enrollment | | Black Enrollment | | Other Enrollment | |
|---|---|---|---|---|---|---|---|---|
| 22. | Savannah State College, GA | 2,872 | 221 | 8% | 2,576 | 90% | 75 | 3% |
| 23. | Prairie View A&M U., TX | 5,660 | 396 | 7% | 4,895 | 87% | 369 | 7% |
| 24. | Central State U., OH | 3,236 | 207 | 6% | 2,854 | 88% | 175 | 5% |
| 25. | Fort Valley State College, GA | 2,537 | 160 | 6% | 2,349 | 93% | 28 | 1% |
| 26. | South Carolina State U. | 5,071 | 284 | 6% | 4,746 | 94% | 41 | 1% |
| 27. | Alcorn State U., MS | 2,919 | 154 | 5% | 2,749 | 94% | 16 | 1% |
| 28. | Coppin State U., MD | 2,944 | 144 | 5% | 2,693 | 92% | 107 | 4% |
| 29. | Lincoln U., PA | 1,476 | 72 | 5% | 1,358 | 92% | 46 | 3% |
| 30. | Grambling State U., LA | 7,533 | 338 | 5% | 7,118 | 95% | 77 | 1% |
| 31. | Southern U. A&M, LA | 10,403 | 416 | 4% | 9,768 | 94% | 219 | 2% |
| 32. | Southern U.-New Orleans, LA | 4,591 | 179 | 4% | 4,306 | 94% | 106 | 2% |
| 33. | Cheyney State College, PA | 1,548 | 51 | 3% | 1,455 | 94% | 42 | 3% |
| 34. | Morgan State U., MD | 5,402 | 183 | 3% | 5,013 | 93% | 206 | 4% |
| 35. | Jackson State U., MS | 6,203 | 198 | 3% | 5,830 | 94% | 175 | 3% |
| 36. | Texas Southern | 10,777 | 269 | 3% | 8,945 | 83% | 1,563 | 15% |
| 37. | Alabama State U. | 5,488 | 66 | 1% | 5,378 | 98% | 44 | 1% |
| 38. | Mississippi Valley State | 2,213 | 11 | 1% | 2,199 | 99% | 3 | 0% |

Source: "1992 Enrollment by Race at 3,300 Institutions of Higher Education."Chronicle of Higher Education, Feb. 23, 1994, pp. A31-A40.(U.S. Department of Education, National Center for Educational Statistics, Annual Survey of College Enrollment.)

APPENDIX B: PROTOCOL AND INTERVIEW QUESTIONS FOR SITE VISITS

Interviewees:
1. Administrators/Staff:
   a. Director of Admissions (Student Recruitment).
   b. Finance Officer.
   c. Department Chair/Program Chair in any program(s) designed specifically to attract white students.
   d. President/Vice President/Dean of Student Services involved in efforts to attract other-race students.
2. Faculty/Staff: Faculty/staff involved with a specific program or initiatives to attract white students.
3. Students: White students who matriculated.

Introduction to Individual Interviews:
1. Purpose(s):
   a. My primary purpose is to identify and learn about those factors--including statewide and institutional policies and practices--that are most successful in attracting white students to predominantly black institutions. I do so in order to help inform efforts to desegregate higher education in those states currently involved in litigation, such as Alabama and Louisiana. I serve as an expert witnesses for the U.S. Department of Justice.
   b. My secondary purpose, with the approval of the participating institutions and all interviewees as well as the Justice Department (per my contract with the Department of Justice), is to prepare a publication presenting the findings. Should I eventually prepare a document for publication I will, at that juncture, will seek approval as indicated. (Note: I asked each individual I interviewed for permission to quote them should I seek publication.)

2. Anonymity: I will make every effort to guarantee confidentiality to all individuals I interview. However, I will identify institutions.

3. Secure permission to tape-record and to quote (anonymously) in public documents/settings. If individuals are uncomfortable with being tape-recorded, I will only take fieldnotes.

Information Request from Institution:
1. Brochures, Information on Programs Established to Attract Other-Race Students
2. College Catalog
3. Any Studies of Other-Race Recruitment and Retention
4. Institutional Data on Programs Whites are Heavily Enrolled In

Interview Questions:

1. Can you provide me with some history and context of developments to attract white students at your institution? Why has your institution been successful in attracting white students?

2. From your perspective, what are the major factors influencing white students to attend predominantly black institutions?

3. Probe Questions

a. What do you think is the most important thing that can be done that can contribute to attracting white students?

b. What statewide policies and practices contribute to your success? For example, are you familiar with any statewide efforts such as other-race scholarships been used successfully to enhance the presence of white students on your campus or any other campus with which you are familiar?

c. What policies and practices at your institution have contributed to the matriculation of other-race students in your institution or other institutions with which you are familiar? For example, modifying existing programs in ways that help to attract white students?

d. What policies and practices in particular programs (program level) are you familiar with that contribute to the matriculation of other-race students?

e. Are there any specific characteristics of your institution or institutional setting--or any other institution with which you are familiar--that have helped to attract white students?

f. From your perspective, what actions aimed at attracting white students have been taken at your institution that do not seem to contribute to attracting white students? In other words, what have you tried that hasn't seemed to work?

g. From your perspective, what actions aimed at attracting other-race students haven't been tried at your institutions that you think might be successful? In other words, what haven't you tried that you think might work?

Note: These questions were adapted to individual interviewees.

APPENDIX C: INTERVIEWEE RATING INSTRUMENT

FACTORS CONTRIBUTING TO THE MATRICULATION OF WHITE STUDENTS IN PBIs

Score (1-10)

I. Academic Program Offerings
A. High-Demand Programs:
B. Unique (Unduplicated by Proximate PWI) Programs and/or
   Caps on Program Enrollments in Proximate PWIs:
C. Graduate Programs:
   Overall:

II. Attributes of Academic Programs
A. Reputation for Quality:
B. On-Campus Alternative Delivery Arrangements (Evening/
   Weekend Courses) to Serve Non-Traditional Commuter
   Students (Adult, Working, Part-Time):
C. Off-Campus Course/Program Offerings to Serve Non-Traditional
   Commuter Students (Adult, Working, Part-Time):
D. Presence of White Faculty/Administrators/Staff
E. Connections with Professional Community/Constituencies
   (Nursing)
F. Academic/Student Support (Labs, Tutorials)
   Overall:

III. Funding: Student Aid and Institutional Funding
A. Other-Race Student Aid
B. Low Cost (Tuition)
C. Adequate Funding to Support Programs and Faculty
   (Basic Operations, Faculty Salaries/Travel, Programs)
D. General Student Aid
   Overall:

IV. Attributes of Institution
A. Only Public Institution in Geographic Area (No Nearby PWIs)
B. Convenient Location
C. Safe Environment (On-Campus and Surrounding Area)
D. Positive Public Image Fostered Through
   Good Public Relations
E. Attractive Overall Campus Appearance
F. Inclusive and Supportive Campus Climate
   1. Invitational to Other-Race Students
   2. One-on-One Faculty-Student Interaction/
      Faculty Mentoring
G. Adequate Facilities and Equipment
H. Promote Institution Publicly as "Regional University" Serving
   Region and All Students--Not HBI

I. Creation of New Administrative Offices for O-Race Students
Overall:

<u>V. Other-Race Recruitment</u>

A. Word-of-Mouth Student Recruitment
B. Student Recruitment Targeted at White Students (Visitations to Other-Race High Schools and Mailings to Prospective White Students)
C. Academic Outreach Programs (Advanced Placement, On-Campus Enrichment Programs for Other-Race Students, Collaborative Programs with Junior and Senior High Schools
Overall

<u>VI. Cooperative Arrangements with Nearby Institutions</u>

A. Articulation Agreements with Community Colleges/PWIs
B. Cooperative Programs with PWIs
Overall: