EXH. 06

January 1997 Volume 3, Number 1

# *Journal for a* Just and Caring Education

Special Issue

RETHINKING COLLEGE DESEGREGATION

Guest Editors

Don Hossler and Edward P. St. John

CORWIN PRESS, INC.
A Sage Publications Company

**Editors:** Joan L. Curcio, *Virginia Tech University*, and Patricia F. First, *University of Dayton*

**Managing Editor:** Julie K. Biddle

**Debates Editor:** Charles J. Russo

**Book Review Editor:** Linda L. Lenk

**Editorial Assistants:** Louis Millhouse and Ginger J. Patten

EDITORIAL ADVISORY BOARD

Roland S. Barth
*Tavernier, Florida*
David L. Clark
*University of North Carolina, Chapel Hill*
Luvern L. Cunningham
*Ohio State University*
Elliot W. Eisner
*Stanford University*
David M. Fetterman
*Stanford University*
Patrick B. Forsyth
*University Council for Educational Administration*
James Garbarino
*Cornell Family Life Development Center*
John T. Goodlad
*University of Washington*
Elizabeth L. Hale
*The Institute for Educational Leadership, Inc.*
Clifford P. Hooker
*University of Minnesota*
Paul Houston
*American Association of School Administrators*
Ann Lieberman
*Columbia University*
Nel Noddings
*Stanford University*
Jane Roland Martin
*University of Massachusetts, Boston*
Martha M. McCarthy
*Indiana University*
Joseph Murphy
*Vanderbilt University*
Thomas J. Sergiovanni
*Trinity University*
Dorothy E. Smith
*Ontario Institute for Studies in Education*
Daniel L. Stufflebeam
*Western Michigan University*
Herbert J. Walberg
*University of Illinois, Chicago Circle*
Margaret C. Wang
*Temple University*
Carolyn Warner
*Carolyn Warner and Associates, Phoenix*
Perry A. Zirkel
*Lehigh University*

EDITORIAL REVIEW BOARD

M. David Alexander
*Virginia Tech*
Lynn G. Beck
*University of California, Los Angeles*
Paul Bredeson
*University of Wisconsin, Madison*
Colleen Bell
*Hamline University*
Sandra Bowman D'Amico
*Emory University*
Jo Ann Desmond
*North Shore School District #12, Illinois*
Pamela J. Farris
*Northern Illinois University*
Steven S. Goldberg
*Beaver College*
Edward Greene
*University Lab School Louisiana State University*
Alison I. Griffith
*York University*
Gene Hall
*University of Northern Colorado*
Barbara L. Jackson
*Fordham University*
Joan P. Kowal
*Volusia County Public Schools, Florida*
Susan Laird
*University of Oklahoma*
Hal A. Lawson
*Miami University of Ohio*
Jane Clark Lindle
*University of Kentucky*
Kofi Lomotey
*Louisiana State University*
Edna M. Manning
*Oklahoma School for Science and Math*
Maureen McClure
*University of Pittsburgh*
Mike M. Milstein
*University of New Mexico*
Jeffrey E. Mirel
*Northern Illnois University*
Louis F. Miron
*University of California, Irvine*
Sally P. Pancrazio
*Illnois State University*
Martha C. Rader
*University of North Florida*
Pedro Reyes
*University of Texas, Austin*
Charles J. Russo
*University of Kentucky*
Charol Shakeshaft
*Hofstra University*
Robert Sherman
*University of Florida*
Robert J. Shoop
*Kansas State University*
Gail P. Sorenson
*University of North Carolina, Charlotte*
Karen Sealander
*University of Wyoming*
Edward P. St. John
*University of New Orleans*
James H. Stronge
*College of William & Mary*
Patricia A. Wasley
*Bank Street College*
Rodman Webb
*University of Florida*

For Corwin Press: Catherine Chilton, Eric Law, and Ana-Maria V. Mello

# Journal for a Just and Caring Education

*January 1997* *Volume 3, Number 1*


## Contents

***Special Issue*: Rethinking College Desegregation**
***Issue Editors:* Don Hossler and Edward P. St. John**

LIBRARY OF CONGRESS
JAN 2 2 1997
COPY
COPYRIGHT OFFICE


**Editors' Comments**
*Joan L. Curcio and Patricia F. First* 1

Introduction to the Special Issue
*Don Hossler and Edward P. St. John* 4

***Focus:* Student Choice and Black Colleges**

Black Students, Black Colleges:
An African American College Choice Model
*Patricia M. McDonough, Anthony Lising Antonio, and James W. Trent* 9

Factors Contributing to the Matriculation of White Students in Public HBCUs
*Clifton F. Conrad, Ellen M. Brier, and John M. Braxton* 37

***Focus:* Reframing the Policy Discourse**

Systemwide Desegregation of Public Higher Education:
A Research Agenda
*John B. Williams* 63

Deconstructing Bias: Reframing the Teacher Preparation Curriculum
*Joseph P. Cadray* 76

Public Historically Black Colleges at the Crossroads:
*United States v. Fordice* and Higher Education Desegregation
*M. Christopher Brown II and Robert M. Hendrickson* 95

**Critical Reflections**

Historically Black Public Colleges and Universities:
Scholarly Inquiry and Personal Reflections
*Don Hossler* 114

Desegregation at a Crossroads:
Critical Reflections on Possible New Directions
*Edward P. St. John* 127


CORWIN PRESS, INC.
A Sage Publications Company
Thousand Oaks, California

**JOURNAL FOR A JUST AND CARING EDUCATION** is dedicated to publishing accounts of, and reflections on, research and practice related to creating just and caring educational communities within the context of a changing society. Focusing on what schools can do to ensure that all children are valued, have a safe and secure environment in which to learn, and have opportunities to experience kindness and cooperation, the journal examines schools as reflections of the broader society and looks at ways to counteract negative influences and events. ***JJCE***'s mission is to develop the idea of schools as sanctuaries in a tumultuous world and to promote the right of all children to a just and caring education.

Manuscripts should be submitted on 8½" × 11" paper, entirely double-spaced, with all authors' names, current addresses, phone numbers, fax numbers, and e-mail addresses on a separate cover sheet. Papers should be 15-20 double-spaced pages in length, but shorter reflective pieces and longer essays will also be considered. All works cited in the text must be included in a reference list using the style of the *Publication Manual of the American Psychological Association*, 4th edition. Please submit five hard copies and a copy of your paper on an IBM-compatible disk to Joan Curcio, Editor, *Journal for a Just and Caring Education*, Virginia Tech University, 2990 Telestar Court, Falls Church, VA 22042-1287. Submission of a manuscript implies commitment to publish in the journal. ***JJCE*** expects that submissions received have not been previously published and are not under simultaneous consideration elsewhere.

---

**JOURNAL FOR A JUST AND CARING EDUCATION** (ISSN 1076-285X) is published four times annually—in January, April, July, and October—by Corwin Press, Inc., A Sage Publications Company, 2455 Teller Road, Thousand Oaks, CA 91320. Telephone: (805) 499-9734; fax/order line: (805) 499-0871.
Copyright © 1997 by Corwin Press, Inc. All rights reserved. No portion of the contents may be reproduced in any form without written permission of Corwin Press, Inc.

**Subscriptions/Inquiries:** Regular institutional rate $95.00 per year; single issue, $40.00. Individuals may subscribe at a one-year rate of $40.00; single issue, $20.00. Add $8.00 for surface mail, $16.00 for airmail for subscriptions outside the United States. Canadian subscribers add 7% GST. Noninstitutional orders must be paid by personal check, VISA, or MasterCard.

Address all correspondence and permissions requests to CORWIN PRESS, INC., A Sage Publications Company, 2455 Teller Road, Thousand Oaks, CA 91320. All subscription inquiries, orders, and renewals with ship-to addresses in North America, South America, and Canada must be addressed to SAGE Publications, Inc., 2455 Teller Road, Thousand Oaks, CA 91320, U.S.A., telephone (805) 499-0721, fax (805) 499-0871. All subscription inquiries, orders, and renewals with ship-to addresses in the U.K., Europe, the Middle East, and Africa must be addressed to SAGE Publications, Ltd, 6 Bonhill Street, London EC2A 4PU, England, telephone +44 171 374-0645, fax +44 171 374-8741. All subscription inquiries, orders, and renewals with ship-to addresses in India and South Asia must be addressed to SAGE Publications Private Ltd, P.O. Box 4215, New Delhi 110 048, India, telephone (91-11) 641-9884, fax (91-11) 647-2426. Address all permissions requests to the Thousand Oaks office.

Application to mail at periodical postage rates is pending at Thousand Oaks, California.

This journal is abstracted in the **Cumulative Index to Nursing and Allied Health Literature** (**CINAHL**), **IBR—International Bibliography of Book Reviews of Scholarly Literature, IBZ—International Bibliography of Periodical Literature, IBZ (on CD-ROM), Linguistics and Language Behavior Abstracts, Social Planning/Policy & Development Abstracts (SOPDA), Sociological Abstracts,** and **Sociology of Education Abstracts,** and is available on microfilm from University Microfilms, Ann Arbor, Michigan.

**Back Issues:** Information about availability and prices of back issues may be obtained from the publisher's order department (address below). Single-issue orders for five or more copies will receive a special adoption discount. Contact the order department for details. Write to the London office for sterling prices.

Authorization to photocopy items for internal or personal use, or the internal or personal use of specific clients, is granted by Corwin Press, for libraries and other users registered with the Copyright Clearance Center (CCC) Transactional Reporting Service, providing that the base fee of 50¢ per copy, plus 10¢ per copy page, is paid directly to CCC, 21 Congress St., Salem, MA 01970. 1063-7877/97 $.50 + .10.

**Advertising:** Current rates and specifications may be obtained by writing to the Advertising Manager at the Thousand Oaks office (address above).

**Claims:** Claims for undelivered copies must be made no later than twelve months following the month of publication. The publisher will supply missing copies when losses have been sustained in transit and when the reserve stock will permit.

**Change of Address:** Six weeks' advance notice must be given when notifying of change of address. Please send old address label along with the new address to ensure proper identification. Please specify name of journal. POSTMASTER: Send address changes to *Journal for a Just and Caring Education*, c/o 2455 Teller Road, Thousand Oaks, CA 91320.

---

Printed on acid-free paper.

# FACTORS CONTRIBUTING TO THE MATRICULATION OF WHITE STUDENTS IN PUBLIC HBCUs

CLIFTON F. CONRAD
*University of Wisconsin—Madison*
ELLEN M. BRIER
*Tennessee State University*
JOHN M. BRAXTON
*Vanderbilt University*

*"There is a different culture in the White institution than the Black institution. In the Black institution, a part of the culture is that the faculty is there to support a student's progress through the program. And that is not always the case in historically White universities . . . I attended historically White universities and they have been some of the coldest institutions I have known."*

*Clifton F. Conrad is a professor of educational administration at the University of Wisconsin—Madison. His research interests include curriculum, student choice, and desegregation.*

*Ellen M. Brier is an assistant professor of educational administration at Tennessee State University.*

*John M. Braxton is an associate professor of educational leadership at Peabody College, Vanderbilt University.*

*Journal for a Just and Caring Education*, Vol. 3 No. 1 January, 1997 37-62
© 1997 Corwin Press, Inc.

*Because the legacy of segregation in higher education continues in all but a handful of the nation's historically Black colleges and universities (HBCUs), a challenge facing policymakers in many states is, What can be done to encourage greater numbers of White students to attend HBCUs? This article reports the results of a study that identified 14 major factors that influence the matriculation of White students in HBCUs. Drawing upon their findings, the authors also derive statewide and institutional policies and practices to advance desegregation.*

Since the U.S. Supreme Court's landmark *Brown v. Board of Education* decision in 1954, progress has been made in eliminating the vestiges of de jure segregation in higher education (Conrad & Shrode, 1990). Many formerly segregated Black and White colleges and universities have increased the campus presence of other-race faculty and staff members and administrators. Many historically White and some historically Black institutions have attracted significant numbers of other-race students. Still, progress toward desegregation has been uneven and, in 1992, the Supreme Court ruled in *United States v. Fordice* that states must eliminate any remnants of segregation in their public colleges and universities. Today, public colleges and universities in 12 mostly southern states continue to be burdened by the legacy of segregation (Southern Education Foundation, 1995). This legacy is especially striking in the nation's historically Black colleges and universities (HBCUs): 30 of the 38 public HBCUs have less than one fourth of their total enrollment made up of White students (National Center for Education Statistics [NCES], 1994). In terms of desegregation, one of the most formidable policy challenges facing public institutions is clearly this: What can be done to encourage greater numbers of White students to attend HBCUs in which race continues to be a signature feature of the institution? Although research on the college choice process has examined the influence of ethnicity on the shaping of aspirations for college (Hossler, 1984; Litten, 1982; Manski & Wise, 1983; Tuttle, 1981) and on the choice of colleges and universities arrayed according to admissions selectivity (Hearn, 1984), scholars have not examined the choice of HBCUs by White students.

To be sure, many studies have asked students to rate the most important factors they considered in applying and enrolling in colleges and universities (Bowers & Pugh, 1973; R. C. Chapman & Jackson, 1987; Dahl, 1982; Douglas et al., 1983; Keller & McKewon, 1984; Konnert & Giese, 1987; Lay & Maguire, 1980; Litten et. al, 1983; Stewart et. al, 1987). The most frequently cited factors are special academic programs, tuition costs, financial aid availability, general academic reputation, location (distance from home), size, and social atmosphere. Although the predominant racial composition of institutions is notably absent from this list, no major study has focused on identifying the factors influencing the choice of HBCUs by White students.

Given the urgency of this issue and the compelling need for original research to inform public policy on "problems about which something can and ought to be done" (Wildavsky, 1979, p. 3), the purpose of this article is to report the results of a study—conducted by the first and senior author of this article in preparation for testimony as an expert witness for the U.S. Department of Justice—centered around identifying the major factors that contribute to the matriculation of White students in HBCUs.[1] In addition, the article has two secondary purposes: (a) to examine the correspondence between the findings and the major determinants of college student choice as identified in studies of mostly White student selection of predominantly White institutions (PWIs); and (b) to derive statewide and institutional policies and practices that advance desegregation by encouraging White students to attend HBCUs.

Consonant with these purposes, the first two sections of the article report on the study: The first elaborates on the multicase study design, and the second presents the findings. The third section advances our conclusions and compares our results with the college student choice literature. In the fourth and final section, we derive statewide and institutional policies and practices aimed at helping to advance desegregation in HBCUs.

## METHOD

To identify the major factors contributing to the matriculation of White students in HBCUs, we used an open-ended, multicase study design that was anchored in the perspectives of diverse stakeholders—administrators, faculty members, and students—representing five HBCUs.[2] The five institutions were North Carolina Agricultural and Technical State University, Winston-Salem State University, Southern University at New Orleans, Kentucky State University, and Savannah State College. Southern University at New Orleans and Savannah State College were selected primarily because they have been under court order to desegregate and, secondarily, because of their successes in attracting White students. The other three HBCUs were selected because they are among the nation's most successful HBCUs in terms of attracting White students.

During the fall of 1994, on-site visits, each lasting 1 to 2 days and coordinated by an institutional liaison, were made to all five institutions. Across the five HBCUs, 80 individuals were interviewed: 32 administrators, 12 faculty members, and 36 students.[3] Although the institutional liaison helped select interviewees in all five institutions, we enjoyed wide latitude in selecting interviewees. To enhance representativeness, on all five campuses we sought out and interviewed people whom the institutional liaison had not selected.

Interviews generally lasted from 45 min to 1 hr. About three fifths were conducted with individuals; the remainder were mostly three- or four-member focus group interviews. Each interviewee gave permission for us to tape-record the interview and to quote them in any publications. Interviews were open-ended, with each interviewee invited to elaborate in response to this touchstone question: From your perspective, what are the major factors that lead White students to attend HBCUs?

Following the first two field visits, to Winston-Salem State University and North Carolina A&T State University, we developed a rating instrument based on our emerging findings. It asked interviewees to use a 1 to 10 scale to rank various factors on their importance in attracting White students to HBCUs. If an interviewee rated a factor a 7 or above, we considered the factor important. This rating instrument was given to interviewees at the other three institutions at the end of interviews.

To provide context for the presentation of findings, we provide below an overview of the five-case study institutions. For each, we describe the mission, level of program offerings, and student enrollment.

## NORTH CAROLINA A&T STATE UNIVERSITY

North Carolina Agricultural and Technical State University (A&T), as one of the state's two land grant institutions, places major emphasis on such fields as agriculture, engineering, and nursing. Most of its program offerings are at the baccalaureate level, but A&T offers master's degrees in a few fields, such as engineering. North Carolina A&T is not the only public institution in Greensboro; the University of North Carolina at Greensboro is within a few miles from A&T as are several private institutions. About 6,000 students are enrolled at A&T, with the percentage of White students ranging from 10% to 14% over the past several years. At the undergraduate level, a substantial number of White students are majoring in the arts and sciences, engineering, nursing, and technology; at the graduate level, the largest concentrations of White students are in education and engineering.

## WINSTON-SALEM STATE UNIVERSITY

One of 16 constituent institutions of the University of North Carolina, Winston-Salem State University (WSSU) is a baccalaureate-level institution located in Winston-Salem. The city of Winston-Salem is part of the Piedmont Triad, which also encompasses the nearby cities of Greensboro and High Point. Although WSSU offers no graduate programs, Appalachian State University offers evening and weekend master's programs in business and education on

the WSSU campus that attract significant numbers of White students. Of the nearly 3,000 students currently enrolled at WSSU, roughly 20% are White students enrolled mostly in nursing, medical technology, and physical therapy.

## SOUTHERN UNIVERSITY AT NEW ORLEANS

A nonresidential campus that is a part of the Southern University System, Southern University at New Orleans (SUNO) is located almost directly across the street from the predominantly White University of New Orleans. In addition to its undergraduate program offerings, SUNO offers some master's programs. About 200 of its 4,500 students are White. Sizable numbers of White students enroll in undergraduate programs in substance abuse, education, and criminal justice; in postbaccalaureate work in education; and in social work at the master's level.

## KENTUCKY STATE UNIVERSITY

Overlooking the capital city of Frankfort, Kentucky State University's mission is "to serve as a residential institution with a range of traditional collegiate programs appropriate to its role as the unique, small, liberal studies institution with the lowest student-faculty ratio in the state system" (Kentucky State University Catalog, 1992-1994, p. 13). The University of Kentucky, the state's flagship institution, is located about 30 miles away in Lexington. Owing in part to a statewide program through which state employees who enroll at Kentucky State University (KSU) can have their tuition waived, over the last quarter of a century substantial numbers of Whites have chosen to attend KSU. Today, slightly less than one half of KSU's approximately 2,500 students are White, though relatively few Whites are among the 700 residential students. Many undergraduate programs at KSU—and the single graduate program, in public administration—have attracted White adult students from the Frankfort area. The undergraduate programs most popular among White students include the Whitney M. Young, Jr., program in leadership studies, social work, criminal justice, and nursing.

## SAVANNAH STATE COLLEGE

The State Land-Grant Institution for Negroes until 1947, Savannah State College (SSC) is—as described in the college catalog (1993-1994, p. 20)—a "senior, residential unit of the University System of Georgia whose historic mission, while of continuing importance, has broadened to embrace individuals regardless of race, ethnicity, culture, or age." Although SSC offered three

Case 1:06-cv-02773-CCB Document 495-7 Filed 09/30/16 Page 10 of 30



master's programs until 1990—including a master's program in business in which over one half of the students were White at the time the program was transferred—it no longer offers any graduate programs on its own.[5] The only graduate programs on the campus are offered by Georgia Southern University, including the master's program in business that was transferred to Georgia Southern from SSC in 1990. SSC enrolls fewer than 3,000 students, with the bachelor's programs in business or marine biology attracting the most White students.

Before turning to the findings, two caveats are appropriate. First, in conducting our research we did not have the opportunity to interview Whites who chose not to attend HBCUs. Such interviews may have yielded additional insights, and we encourage other researchers to interview high school seniors and others who are invested in choosing a college or university. Second, and closely related, we emphasize that our findings—and the policies and practices we derive from them—are only a first step in enriching our understandings of why White students choose HBCUs. We invite others to join with us in research-based inquiry and conversation that is not constrained by the limits of courtroom discourse.

## FINDINGS

In our cross-case analysis of the major factors influencing White students to attend HBCUs, we identified factors on the basis of the following decision rule: A factor was selected if at least 60% of the students, and at least 40% of the administrators and faculty members, indicated that the factor was important—either directly in the interview or indirectly on the rating instrument. On the basis of this criterion, we identified 14 major factors associated with White students' choosing to attend an HBCU. Whereas all of these factors are important individually, they are especially robust when combined. In particular, the combined influence of the first two factors—program offerings in high-demand fields and unique (unduplicated in a geographically proximate PWI) program offerings—plays a very large role in encouraging Whites to attend HBCUs.

Clustered into three categories—academic program offerings, student financial support, and institutional characteristics—the 14 major factors are rank ordered in terms of their relative importance in Table 1.[6] Below, we discuss each factor, indicate why it is important, and selectively draw from the interview data both to illustrate the factor and to provide supporting evidence.

Case 1:06-cv-02773-CCB Document 495-7 Filed 09/30/16 Page 11 of 30



**TABLE 1: Factors Contributing to the Matriculation of White Students at HBCUs**

| | |
|---|---|
| Academic program offerings | |
| | Program offerings in high-demand fields |
| | Unique program offerings (programs unduplicated in proximate PWI/"enrollment caps" in proximate PWI) |
| | Alternative program delivery systems: on- and/or off-campus |
| | Graduate (master's) program offerings in high-demand fields |
| | Positive reputation for quality |
| Student financial support | |
| | Student scholarships |
| | Low cost (tuition and fees) |
| Institutional characteristics | |
| | Positive image as a multiracial institution |
| | Supportive and inclusive campus culture |
| | White student recruitment |
| | Articulation and cooperative agreements with PWIs |
| | Positive external relations with community and professional constituencies |
| | Safe environment |
| | Attractive campus appearance |

## ACADEMIC PROGRAM OFFERINGS

Across the five cases in the study, five factors associated with academic program offerings were accentuated in interviews with all three stakeholder groups: administrators, faculty members, and students.

*Program offerings in high-demand fields.* Offering programs in high-demand fields is the single most important factor, by a wide margin, in attracting Whites to HBCUs. Programs in high-demand professional fields, such as business, education, engineering, nursing, and public administration are especially important. In drawing attention to high-demand programs, many interviewees told us that for the majority of White students—especially at the graduate level but at the undergraduate level as well—availability of the program major is the overriding factor in selecting an HBCU. The majority of today's undergraduate and graduate students choose majors in high-demand professional fields.

By way of illustration, an administrator at North Carolina A&T said that White students in general—and adult students in particular—have become increasingly focused in terms of the programs they want. Echoing this point, an undergraduate student said that he was drawn to A&T because of its program offerings in engineering—which was enough to make him, in his words, "overlook that A&T is a Black school." Nearly everyone else we interviewed at A&T made the same point: Offering programs in high-demand, professional

fields—such as education, engineering, and nursing at A&T—is the single most powerful factor in attracting Whites to HBCUs. At WSSU, administrators emphasized the attractiveness of programs in high-demand professional fields and, to illustrate, pointed to two of the most popular degree programs on campus: the bachelor's program in physical therapy, in which about 95% of the students are White, and the bachelor's program in nursing, in which about 70% of the students are White. One WSSU administrator said that offering high-demand programs is the key to attracting White students because "White students are older, nontraditional students who want jobs. They have a serious purpose in going to college." As such, he went on, administrators and faculty members need to address the following question if they are to attract substantial numbers of White students: "Do [we] have the academic programs that [White] students want for their major?"

Similarly, all of the students interviewed at SUNO said that offering attractive high-demand programs is the major factor in attracting Whites to HBCUs. Most people interviewed at KSU and SSC concurred. In short, interviewees consistently identified high-demand program offerings as the single most important factor—by far—influencing Whites to attend HBCUs.

*Unique program offerings (programs unduplicated in proximate PWI or enrollment caps in proximate PWI).* Especially when it is combined with the first factor, a second major factor influencing White students' choosing HBCUs is HBCU program offerings not available at other public institutions within easy commuting distance. Many students told us point-blank that they have chosen to attend an HBCU mostly because within their community only the HBCU offers the degree program that they want. Or, a proximate PWI placed enrollment caps on their desired program and they were not admitted.[7] In short, when the HBCU offers the desired program, many White students elect the convenience of commuting to the nearby HBCU rather than driving a considerable distance to attend a PWI.

At North Carolina A&T, for example, many interviewees emphasized that many programs at A&T—including architecture, landscape architecture, and nursing—are either not offered at the nearby University of North Carolina at Greensboro (UNC—Greensboro) or have enrollment caps. As a result, White students matriculate to A&T because of these programs. For example, in interviewing individuals associated with nursing at A&T, we were informed that many White students enrolled in nursing because they were not admitted to UNC—Greensboro's nursing program—which has an enrollment cap—and A&T is the only other public institution in the Greensboro area offering nursing.

At WSSU, an administrator stated matter-of-factly that "program duplication" between HBCUs and PWIs obstructs White students' attending HBCUs.

In his words: "If both institutions have a program, there will be automatic separation by race." This viewpoint was endorsed strongly by two WSSU nursing students we interviewed. Both said that they wanted to major in nursing—preferably at a PWI—but WSSU's nursing program was the only such program within 40 miles that admitted them. As one of these students put it: "This was the only program I could get into and it is a high-quality program." In the same vein, other interviewees told us that the fact that WSSU offers the state's only baccalaureate degree in physical therapy has attracted many White students to WSSU. As one student put it, he was at WSSU because his program "was the only game in town." Using identical language, a faculty member at KSU said that many White students "come when the HBCU is the only game in town." An administrator stated, "Students don't like to commute. They would rather wait for a program than commute. People don't like to travel further than they absolutely have to."

Interviewees at SSC also emphasized that offering unique programs in high-demand fields is very important if HBCUs are to increase substantially the number of White students on their campuses. In support, many interviewees pointed out that roughly one half of the students in the bachelor's program in marine biology are White. Many administrators and faculty members interviewed pointed out that when the master's program in business was transferred in 1990 to Georgia Southern, over one half of the students in the program were White. Referring to the master's program in business at SSC, an administrator told us that the transfer of business from nearby Armstrong State to SSC showed that "program swaps [transfers] work."

*Alternative program delivery systems: On and off campus.* Over the course of the study, a third factor related to academic program offerings emerged: Degree programs offered at least in part through on-campus and off-campus alternative delivery systems, including evening courses, weekend courses, and off-campus courses, are highly effective in attracting White students. Many interviewees stressed that alternative delivery systems especially appeal to nontraditional students, such as part-time, adult students attracted to institutions by the convenience of program offerings enabling them to advance their educations while fulfilling work, family, and personal responsibilities. Indeed, KSU, WSSU, and SSC draw most of their White students by offering on-campus evening courses.

Many North Carolina A&T interviewees also emphasized that alternative delivery systems were important to drawing White students. Several mentioned that A&T had successfully recruited many White students by offering evening and weekend courses in high-demand fields, such as engineering. In the same vein, we learned that both weekend and evening course offerings attract Whites to WSSU. In nursing, for example, weekend courses as well as

off-campus outreach courses taught in four surrounding counties draw large numbers of White students.

Similarly, evening and weekend classes at SUNO attract relatively large numbers of White students, as do off-campus courses (such as courses in the bachelor's program in substance abuse) offered outside the New Orleans metropolitan area. At KSU, most White students take evening courses. As one student put it: "We have two different universities—we're one by day [Black or African American] and one by night [White]." Moreover, at SSC, many interviewees said that offering evening courses in business is an important factor in attracting White students.

*Graduate (master's) program offerings in high-demand fields.* Only two of the five institutions in the case study sample offer more than a single graduate program. Still, interviewees across all five institutions indicated that graduate programs in high-demand fields provide a significant incentive for many Whites to attend an HBCU. In particular, interviewees drew attention to the attractiveness of high-demand professional fields at the master's level. They identified business, education, engineering, health sciences, social work, and public administration. Why are graduate-level program offerings so important in attracting White students? Simply put, many White graduate students are nontraditional students (adult, working, and part-time students) who seek to advance their careers through securing an advanced degree. Therefore, they are attracted by convenient and flexible graduate degree programs that accommodate work and family responsibilities.

At North Carolina A&T, most interviewees said that master's programs in high-demand fields effectively attract White students. For purposes of illustration, several pointed out that White students represent about one third of A&T's graduate student population—but less than 10% of the undergraduate population.

Although WSSU offers no graduate programs, Appalachian State's graduate program offerings on the WSSU campus enroll large numbers of White students. Many interviewees said that establishing master's programs in high-demand fields at WSSU would attract White students. At Southern University in New Orleans, an administrator pointed to the White enrollment in SUNO's graduate programs and said, "Graduate programs have the greatest draw for White students." Many interviewees from KSU and SSC echoed this observation. An administrator from SSC put it this way: "Master's degrees are for Whites."

*Positive reputation for quality.* Another major factor attracting White students concerns the HBCU's reputation: HBCUs with good reputations are much more likely to attract White students. Whereas interviewees defined

quality in myriad ways, some common elements included a good faculty, small classes, and faculty members invested in students and their learning as reflected, for example, in one-on-one faculty-student support and faculty mentoring.

At North Carolina A&T, two students we met—one a graduate student, the other an undergraduate—said that the positive academic reputation of A&T was a major factor in their decision to attend A&T. In a preapplication campus visit, one found the "faculty very impressive in knowledge and openness and their willingness to help students. They were friendly and helpful." He added, "Whites feel that this is a quality education and they communicate it."

Still another student who graduated from North Carolina A&T said that "teachers really opened their arms" to him, resulting in his eventually pursuing his master's degree at A&T. He emphasized that it is this "attitude" of strong faculty support that has continued to attract White students to North Carolina A&T. Similarly, an A&T administrator said that many White students were drawn to A&T after learning that A&T's faculty invests in all students and provides strong mentoring of students. Defining a faculty mentor as "someone who has something of value and is willing to share it," this individual said further that "what attracts them [White students to HBCUs such as A&T] is an individualized, caring approach. Because we have historically prepared people of color, it means that we work probably in a different way than others . . . [with strong] individualized attention and support and caring." She elaborated:

> I believe that there is a different culture in the White institution than the Black institution. In the Black institution, a part of the culture is that the faculty is there to support a student's progress through the program. And that is not always the case in historically White universities . . . . I attended historically White universities and they have been some of the coldest institutions I have known.

This administrator, along with other A&T administrators, faculty members, and students we interviewed also emphasized the importance of a "positive academic reputation" in attracting White students. Many referred to the program in nursing and, in particular, the sharp increase in White enrollment since the program secured national accreditation. One interviewee stressed that establishing high-quality programs breaks down "stereotypes" and, in turn, invites Whites to choose HBCUs. In her words:

> The nicest piece is that if you run a good program, if you run a good school, it's built in that you will destroy stereotypes. Program quality is critical. On a 10-point scale it is a 10. I don't see how you can sell something if you are not concerned about the quality.

Quality notwithstanding, this person pointed out, it is no less important to address any negative public perceptions of an HBCU to create a more positive image. To make her point, she told of a news story in the local newspaper that was critical of the nursing program. In response to the article, an individual from the A&T School of Nursing met with the reporter to inform him that 100% of the nursing students had recently passed their board exams—a point the article omitted. This administrator then said, "I think that sometimes institutions and programs don't pay close attention to the press enough . . . . You are not going to get people to come to your school—whether they are Black or White—when you have that kind [of negative] public image."

The importance of a positive academic reputation was emphasized repeatedly at the other HBCUs we visited. At WSSU, for example, an administrator said simply, "What attracts Whites is the quality of the programs . . . good programs, and programs that are marketable." In the same vein, a student said that it was the quality of the faculty that drew him to WSSU. He said that the faculty members are "knowledgeable in their subject and very responsive to students . . . . For a long time, WSSU had a bad reputation [among Whites]. But now they have some great professors and [unlike many other institutions] professors actually teach classes here."

Many interviewees at Southern University in New Orleans shared this perspective. One administrator said that "viable and vital programs for adult students"—programs anchored in strong academic advising, faculty mentoring, and faculty support—are a powerful incentive to attract White students. As a graduate student at SUNO put it: "I mean, professors are willing to work with you a great deal. It's not just during certain office hours. It's whenever you need help, you can get help. They even give you home phone numbers. And I went for my undergrad degree at UNO [University of New Orleans] and never got that kind of treatment. So I came here because of that." Similarly, another student said that she came to SUNO because "the nurturing was there. The competencies in the educators and instructors were there . . . . Most important for me was the fact that I wanted to build beyond the rhetoric [of simply talking about high-quality learning experiences]. I did not want to be a part of a program and institution where we were going to talk the talk but we weren't going to walk the walk. And I think that's paramount in what Southern's appeal has been to me . . . to make it [the talk] a reality." At KSU and SSC, too, many interviewees stressed that developing a reputation as an institution committed to quality is critical to attracting Whites. At KSU, for example, one administrator told us that "developing [a positive] image took a long time. The image is changing for the better." At SSC, interviewees referred to SSC's undergraduate marine biology program and the master's program in business before it was transferred to Georgia Southern as examples of how "programs with quality reputations" draw White students.

## STUDENT FINANCIAL SUPPORT

Over the duration of the case studies, we developed a great appreciation of the role of student financial support in attracting White students to HBCUs. Two factors related to student financial support emerged as important: student scholarships that provide direct student support, and low cost—a form of indirect student support.

*Student scholarships*. Student scholarships—especially for undergraduates—are very important in attracting Whites to HBCUs. Interviewees identified scholarships as important whether they are other-race scholarships (scholarships specifically set aside for White students) or scholarships available to students regardless of their race. Scholarships are important because many White students need direct financial assistance: Scholarship support can greatly influence where—and if—they attend college. At North Carolina A&T, most interviewees emphasized that student aid in the form of scholarships is a major factor in attracting White students to HBCUs. To buttress their point, they said that over the past decade, state-supported other-race scholarships have helped attract many White students.

Several indicated that no increases in the university's Minority Presence Grant funds over the last several years have made it more difficult to attract White students to HBCUs in North Carolina.[8]

WSSU also receives state Minority Presence Grant funds, which, according to interviewees at WSSU, helped to attract Whites to HBCUs. (About three fourths of all students at WSSU receive some sort of student aid.) One interviewee said that some "minority [White] students receive up to $500 through this grant program and that, for many White students, even this relatively small amount of support provides the extra incentive that draws them to WSSU." Another interviewee said simply, "White students are real interested in the finances."[9]

Many others we interviewed also emphasized the importance of student financial support in attracting White students. For example, interviewees stressed the positive outcome of KSU's tuition assistance program for state employees enrolling at KSU. Due to the tuition waiver of the Kentucky State Employee Assistance Program, many Whites have chosen to attend KSU. Further, many White students choose KSU primarily because of their scholarship awards. Reflecting on the relationship between money and White student matriculation, one KSU administrator opined that "scholarships are absolutely crucial." Another administrator echoed, "We have White students coming to this university because we give them more money [than other institutions]." A scholarship student stated directly, "I am here for the money. There's no way I would be here but for the money I am getting."

*Low cost (tuition and fees).* Low cost, as reflected in tuition and fees, also influences White matriculation to HBCUs. Indeed, many interviewees, especially students, said that the reasonableness of tuition and fees at an HBCU—especially when compared with PWIs—influences Whites' choosing an HBCU. Many indicated that low cost was important at the graduate level but relatively more important at the undergraduate level. The importance of low cost rests with pricing: Price influences White students' decisions whether to attend an HBCU. A discounted price, needless to say, holds great appeal.

At North Carolina A&T, students stressed that they considered the low cost of tuition in deciding to attend A&T. One, for example, said the fact that A&T's tuition and fees are several hundred dollars less than at the University of North Carolina at Greensboro influenced his decision to attend A&T.

Students at the other four institutions in the sample—as well as some administrators and faculty members—also emphasized the importance of low cost for attracting White students to HBCUs. At SUNO, for example, many interviewees said that the relatively inexpensive tuition—a few hundred dollars less than at the nearby University of New Orleans—was a good incentive for White students to attend SUNO. Clearly, cost is a major consideration for many White students in choosing an HBCU.

## INSTITUTIONAL CHARACTERISTICS

A third cluster of factors is somewhat less important than student financial support but nonetheless still important to attracting White students to HBCUs. This wide-ranging cluster, labeled here as institutional characteristics, includes factors ranging from positive image as a multiracial institution to attractive campus appearance.

*Positive image as a multiracial institution.* Over the duration of the study, the importance of HBCUs' developing a positive image as multiracial institutions for attracting Whites became evident. Students, particularly undergraduates but also graduate students, select HBCUs that are viewed as welcoming, invitational, and openly hospitable to Whites. Interviewees emphasized that this positive image can be cultivated through visible institutional leadership, effective public relations and multiracial advertising, and word-of-mouth communication between White students and alumni of HBCUs and potential White matriculants.

At North Carolina A&T, interviewees emphasized that the HBCU's communicating to the public that it is a multiracial institution is critical to recruiting White students. As one administrator said, "Imagery is very, very important." The chancellor of A&T frequently stressed in public forums A&T's commit-

ment to "equality of opportunity" for everyone as well as throughout the institution.

At WSSU, one administrator said that WSSU deliberately advertises itself as a regional university rather than as an HBCU. All university publications are examined for inclusiveness, such as including Whites in pictures—a practice that ensures that WSSU is viewed first and foremost as a regional university. As this administrator elaborated: "We don't deny our past and history as a predominantly Black institution, but we emphasize that we serve students and the region . . . . We sell the institution based on its size, on its academic programming, the fact that we are strictly an undergraduate institution . . . . and that it's a very traditional campus in terms of the culture and the environment." Another interviewee said that WSSU's "image has gone up" in the last few years and that more and more White students are transferring from various University of North Carolina campuses to WSSU.

At SSC, a handful of interviewees said that the institution has gradually become more open to White students, the institution could be more successful in attracting White students if its image was more multiracial. A professor at SSC spoke for several others as well when she said:

> I'm proud of the history [of SSC as an HBCU]. Actually, when you look at the college before Civil Rights, this place was a remarkable institution. It really was a remarkable institution. And the history is very rich for Black and White people, because they took a lot of pride in what was accomplished here. [But we need to] stop stressing the history [so much] and concentrate on the ability of the college to deliver education for everyone in the community.

*Supportive and inclusive campus culture*. A campus climate supportive of Whites and of campuswide social and academic inclusiveness also encourages White students to select HBCUs. Supportiveness and inclusiveness influence White undergraduate residential students particularly, but also undergraduate and graduate nonresidential students. Many interviewees, especially students, emphasized the important role of faculty and staff members, administrators, and students in providing support for White students and for creating an inclusive campus culture "reflecting the multicultural heritages of students."[10]

At North Carolina A&T, an administrator stressed that a culture of caring can go a long way toward attracting White students to HBCUs. Emphasizing the strong loyalty that White faculty and staff members, as well as students, have to A&T and the Aggies, she elaborated as follows:

> When you say we want the real Aggies to stand up, I [know many people at A&T] whose color of skin is White but when they stand up they are Aggies. And

> that's very powerful because *Aggie* means a lot around here. It's strongly associated with being a Black person and so to see that and see that something is given of importance in addition to education—this whole "culture of caring and support"—and somehow that gets transmitted to [students] and I believe that is the life-changing piece. I think that . . . the real changes that take place have to do with touching the human sensibility and when that happens that is very powerful. And I think that happens at A&T more than at other places . . . . The model I have in my head is one of slavery. As you think about Black women nurturing the White children of slave-masters, it . . . was that they [Black women] were there and [the White children] needed something and it is that piece of the Black culture—that says that you are in need and you are here—we look beyond the color, we look beyond age, that has been most of the most reviving parts of Black culture during difficult times and I hope we never lose that. It is a very inclusive model.

An A&T faculty member said simply that "ours [A&T] is a warm, welcoming environment, oriented to the individual" and, therefore, attracts White students. This perspective was echoed by the White students interviewed at A&T. One said that the university "welcomes anybody." Another said that "the only time [he] felt discriminated against" was when he attended a national professional meeting of students from historically Black colleges and was "disinvited" to a session because he was White.

The importance of a supportive and inclusive environment was also emphasized across the other institutions in the study. At WSSU, an administrator said that it is imperative that HBCUs "build an environment that is conducive to all students." A WSSU student emphasized the importance of such an environment in recounting a simple anecdote about a personal experience he had on the campus. "It was," he said, "pouring down rain one day and two [African American] students offered me their umbrella so I wouldn't get wet." That kind of support, he emphasized, is very attractive to White students who are considering an HBCU.

Similarly, many Southern University in New Orleans interviewees said that SUNO's "climate" was inclusive and supportive even though SUNO is a nonresidential campus. Several indicated that faculty members, administrators, and students frequently use the term *family* to describe the overall campus climate. As an administrator put it, we have created "a climate where students feel humanized because their problems are taken care of individually and they're dealt with individually." This interviewee went on to say that many of the students have "hardships" in common and SUNO, anchored in its Black heritage, "focuses on people." One student said that "there is an openness I have not encountered elsewhere" and "people took me in. And it was true of many others . . . they give. People want to give back to the community." Still another student said that the openness of the campus environment at SUNO

attracted her and also attracts other White students. As she described the campus culture:

> This place to me, this school—the people I've met, the people I've worked with, the students, any and everyone—I mean . . . I'm not going to ever say no one said anything derogatory to me, but I've just felt an open-armed "come and share with us, and we'll share with you." And I'm 46 years old, and . . . . I have been through the motions . . . . So, in other words—and I wasn't ever pampered in life . . . and they didn't know me from Adam. They didn't know me from anybody, and they took me in, the people took me in, and they said "we'll share what we have with you." And I'm grateful.

*White student recruitment.* Another factor related to Whites' attending HBCUs concerns their recruitment. As interviewees told us time and again, active recruitment of White students is one of the most overlooked factors in attracting Whites to HBCUs. Not least, the recruiting of White students—not as White students per se—breaks down stereotypes. Interviewees suggested a number of ways to enhance White student recruitment, including more active faculty and student recruitment, visitations to high schools with substantial numbers of White students, targeted mailings at prospective White students, and on-campus visitations by White high school students.

Interviewees at North Carolina A&T pointed to the university's success in recruiting White students through such strategies as visiting White high schools, annually contacting White students to seek their assistance, sending out university brochures picturing White students prominently along with Black students, and inviting prospective White students to campus. According to one administrator: "The key to [successful] recruiting is getting kids on campus." Another administrator elaborated on the same point in this way: "Once they [White students] set their foot on campus, a lot of the biases and stereotypes get destroyed early on." Another interviewee opined that "[White] students are our best recruiters."

A North Carolina A&T administrator said they had found that one of the most effective informal ways of attracting White students is when White A&T students and graduates tell prospective students about their experiences. She described these as "word-of-mouth lived experiences." Referring to the rapid increase in White students in nursing, she said that "this informal communication is very powerful and it has had a snowball effect for us." In addition, interviewees at A&T indicated that many A&T faculty members were successful in recruiting White as well as Black students, for example, through working with high school clubs, a summer institute for high school students, and universitywide recruitment.

At WSSU, the admissions office was vigorously and successfully engaged in recruiting White students. One administrator stated that WSSU previously

recruited primarily in Black churches, but "now we are everywhere, including [recruiting at] 350 public schools" and "neutral community-based centers" or reception halls or hotels that don't necessarily promote a specific cultural or racial background. Another administrator said, "[High school] counselors have a tendency to send you what they want. So we try to be visible [in the community]." Another interviewee mentioned that the admissions office has a "minority presence counselor" whose responsibility includes recruiting White students and serving "as a campus-based liaison, for lack of a better word, for minority [White] students. [She's] kind of an ombudsman, she runs interference between financial aids, tuitions, and registration necessary for minority [White] students. And that's been a plus, too, having that presence on campus."

Many KSU faculty members recruit students. In nursing, for example, faculty members speak to community groups, participate in health fairs, join mental health groups and, in so doing, take time to recruit students both White and Black. Moreover, White graduates of KSU are often effective recruiters. As one person said to us: "Now we get mothers and fathers and daughters and husbands and wives [of former students]. They are satisfied customers." Another administrator at KSU said simply, "If we can get them [White] students on campus, we can change their minds."

*Articulation and cooperative agreements with PWIs.* Another factor related to White student matriculation at HBCUs concerns relationships between HBCUs and PWIs—especially proximate PWIs. Articulation and cooperative agreements, at the institutional level and at the program level, can provide a unique opportunity for White students to take classes at an HBCU. In many instances, they can facilitate their transferring from a PWI to an HBCU. At North Carolina A&T, many discussed successfully recruiting Whites from 2-year colleges because of establishing transfer or articulation agreements with 43 North Carolina colleges. At WSSU, one administrator said that many White students in the bachelor's program in applied science graduated from technical programs in community colleges. Cooperative arrangements between WSSU's School of Nursing and seven community colleges also has promoted White attendance. As she told us, these agreements "are much more than articulation agreements. They transfer general education credits and honor nursing credits." As a 2-year college graduate who transferred to WSSU put it: "You transfer the whole thing from the 2-year to the 4-year college [WSSU]."

At Southern University in New Orleans, several interviewees mentioned that cooperative agreements with PWIs could be effective in attracting White students to the campus. They referred to cooperative agreements that SUNO has with the University of New Orleans and Delgado Community College.

Although not reflected in enrollment figures, many White students from these institutions cross-register at SUNO and are a highly visible presence on campus.

*Positive external relations with community and professional constituencies.* The study revealed the importance of positive external relations. Positive relations with the local community at an institutional level and positive relations with local professional constituencies can provide an incentive for Whites to attend HBCUs. In the case of the former, positive institution-community relations enhance the image of an institution and build goodwill. In the case of the latter, connections with professional communities not only build effective relationships but invite working professionals directly to attend an HBCU.

Interviewees in all case study institutions emphasized the importance of positive external relations. To illustrate, WSSU was "very visible" in the community. As one interviewee explained: "Sometimes Black institutions isolate themselves or somehow become isolated from the community . . . . We [WSSU] connect to the local community, the health care community—with hospitals, community colleges, and the like." This administrator, like many others interviewed, indicated that such connections, both institutionally and professionally, go a long way toward attracting White students to HBCUs. Similarly, students at SUNO told us that faculty members and students in some of SUNO's degree programs "connected with the community in ways that helped them to attract White students."

*Safe environment.* In recent years, student safety on campuses has been of growing concern. Thus it is not surprising that a safe environment, both on campus and in the surrounding area, emerged as an important consideration to Whites considering matriculation in an HBCU.

A SUNO student spoke to the importance of safety to many students:

> For some reason, this community has chosen SUNO's campus as a major car theft campus. For instance, in one 12-month period alone my mother's car was taken three times from this campus site—in a parking lot that requires a card to get into it. Like I say, I don't know that anything can be done about it because UNO's parking lot is just as public as this is. You know, and it may have to do with . . . public image. You know, that the newspapers and the newscasters are not being fair and square.

Across all five campuses, safety was an important consideration for many students. As a SSC administrator put it, Whites will come as long as "the programs are good and the campus is safe."

*Attractive campus appearance.* Although they viewed safety as more important, the majority of interviewees also indicated that an attractive campus appearance influenced Whites' choosing to attend a HBCU. Interviewees said simply that attractive buildings and grounds provided an add-on incentive for many White students and enhanced, albeit indirectly, an institution's reputation for quality.

Most interviewees devoted little time to discussing the role of an attractive campus in attracting White students, but many indicated that attractive buildings, grounds, and facilities influenced White student choice. For example, an administrator at WSSU said that they are engaged in capital improvement of their facilities: "We just completed a new residence hall, state of the art . . . that's attractive to the traditional age minority [White] student."

## CONCLUSIONS

Based on the findings of the study and our review of the relevant literature, we draw two major conclusions. First, the factors that attract Whites to HBCUs are, for the most part, significantly different from factors that attract students to PWIs as identified in studies of mostly White student selection of PWIs. Indeed, there is minimal correspondence between the top five determinants of choice identified in the study and the literature on college student choice.

To elaborate, four of the five major factors identified in the study are not among the seven major determinants we identified in our review of the literature: availability of programs in high-demand fields, availability of academic programs unique to the public HBCUs geographical location, availability of graduate (master's) programs in high-demand fields, and the offering of programs through alternative program delivery systems.[11] Only academic reputation (academic quality) overlaps between the findings of the study and the literature. However, whereas the college choice literature delineates academic reputation as the single most important factor determining student choice of a predominantly White institution, it ranked fourth in our study of the factors influencing White students to attend public HBCUs.

Second, the top four influential factors in our study influencing White students to attend an HBCU can be usefully regarded as enrollment management levers. In brief, enrollment management is the exertion of control over the size and characteristics of an institution's student body (Hossler & Bean, 1990). One of its primary activities is the attraction of students. Although admissions and recruitment are key aspects, enrollment management also entails the monitoring of student interests and academic program demands. Program offerings in high-demand fields, unique programs, alternative delivery systems, and graduate program offerings in high-demand fields designed

to attract White students to public HBCUs are enrollment management levers. Each of these factors is a "fluid characteristic," which can be altered by colleges and universities to attract students (D. W. Chapman, 1981).

## POLICIES AND PRACTICES FOR ENCOURAGING WHITE STUDENTS TO ATTEND AN HBCU

Based on the findings and conclusions of the study, including policies and practices identified by interviewees, we advance some statewide and institutional policies and practices to encourage Whites to matriculate in HBCUs.

At the state level, we propose three principles to guide state-level higher education public policy. The first is that states should ensure that there are meaningful numbers of high-demand programs in the HBCUs, especially high-demand programs at the master's level.[12] To this end, states may need to enhance the missions of their HBCUs—especially at the graduate level—as a prerequisite for establishing new high-demand programs.

The second principle is that to the extent that there is extensive program duplication between proximate PWIs and HBCUs and a corresponding absence of a significant amount of program uniqueness in the HBCUs, states should strongly consider taking one of the following actions to ensure that there are a substantial number of unique (nonduplicated)—and high-demand—programs offered in HBCUs: (a) close the PWIs that are proximate to HBCUs; (b) merge the PWIs with the proximate HBCUs; or (c) reduce program duplication through program elimination in the PWIs, program transfer from the PWIs to the HBCUs, or establishing of new high-demand programs in the HBCUs that are not offered in proximate PWIs. To this end, states may find it useful to sharpen the missions of all public institutions by assigning program exclusivity to various institutions, thereby providing a programmatic foundation for enhancing the uniqueness of program offerings in the HBCUs.

The third principle is that there must be adequate state funding for programs, for personnel, and for facilities and equipment that are cornerstones for ensuring high-quality programs that attract Whites—as well as for White students (such as scholarships and tuition subsidies) and for institutional initiatives designed to attract White students to HBCUs. In short, state financial support is critical to support the policies and practices implemented by states and postsecondary institutions to advance desegregation through encouraging Whites to matriculate in HBCUs.

At the institutional level, we advance three major strategies for encouraging Whites to attend HBCUs: program distinctiveness and enhancement, student financial support and recruitment, and institutional enhancement. As to the

first, we urge HBCUs to establish new unique (nonduplicated in proximate PWIs) programs—especially in high-demand fields; to establish new high-demand programs, especially at the master's level and in professional fields; and to modify existing program offerings, as appropriate, to include alternative delivery systems that serve nontraditional White students (especially nonresidential, part-time, older, working adults). Alternative delivery systems could include evening and weekend, off-campus, and distance learning courses and programs.

In regard to student financial support and recruitment, we urge HBCUs to strengthen scholarships awarded to White students and strengthen their recruitment efforts aimed at White students. As for the latter, we suggest that HBCUs consider more outreach efforts, the use of students as recruiters, and articulation agreements with PWIs.

Finally, we propose institutional enhancement as an overall strategy. To begin with, we urge HBCUs to take enhancement initiatives, as appropriate, to strengthen their institutional quality and reputation, such as securing professional accreditation for all eligible programs, improving campus facilities, strengthening the faculty, and ensuring a safe environment. Moreover, we encourage institutions to enhance their images and reputations as multiracial institutions. As we have learned, supportive and inclusive campus cultures can be developed in various ways: effective institutional leadership; good public relations; multiracial advertising; educational, cultural, and social programs and activities that reflect the multicultural heritages of students; orientation programs for new students that address issues of racial, ethnic, and cultural sensitivity; campus programs for faculty, administrators, staff, and students that address racial, ethnic, and cultural sensitivity; positive external relations with local communities and professional constituencies; and recruitment of White administrators, faculty members, and staff professionals. In closing, we believe that the policies and practices advanced here—all anchored in our research—can help guide both statewide and institutional efforts to advance desegregation in those situations in which remnants of segregation continue to exist in HBCUs. The challenges faced in eliminating the remnants of segregation are formidable, but effective policies and practices can go a long way toward erasing the legacy of segregation.

## NOTES

1. See Conrad (1994). Clif Conrad would like to express his appreciation to the U.S. Department of Justice for permission to publish his research and Don Hossler and Ed St. John for their helpful comments on this work.

2. For elaboration of this "positioned subject" approach, see Conrad, Haworth, and Millar (1993).

3. About one third of the administrators were department chairs or program heads who had major teaching responsibilities. Except for one non-Caucasian, other-race student, all of the students interviewed were White.

4. The interview protocol included seven additional questions that were used as needed to probe interviewees. For example: What actions taken at your institution have been successful in attracting White students? Are there any specific characteristics of your institution or institutional setting—or any other HBCU with which you are familiar—that have helped attract White students?

5. In 1979, as part of a desegregation plan mandated by the Department of Health, Education, and Welfare aimed in part at encouraging Whites to attend SSC, faculty members and students in business at nearby Armstrong State College were transferred to SSC as part of a historic program swap, or transfer. In addition to the only bachelor's and master's programs in business in the Savannah vicinity, SSC was given a new bachelor's program in marine biology as part of the desegregation plan—a program not offered at any other institution in the state. In 1990, SSC's three graduate-level programs—including the master's program in business—were transferred to predominantly White Georgia Southern University.

6. Some interviewees emphasized that Whites are attracted to HBCUs where there is a conspicuous presence of same-race administrators and faculty members who are variously viewed as role models, mentors, or conduits from students to top administrators. Although there was considerable weight given to this factor by individuals completing the rating instrument, we did not include it because it did not achieve the threshold level established in the decision rule. Nonetheless, based on what we learned through the rating instrument and some interviewees, we are persuaded that efforts aimed at attracting White students to HBCUs should include measures to attract White administrators and faculty members.

7. Across the five cases in the sample, there are unique programs in the HBCUs that are attracting substantial numbers of White students for one or more of the following reasons: There is not a nearby HBCU within relatively convenient driving distance (for example, at WSSU); certain programs offered in the HBCUs are not offered in proximate PWIs (for example, at North Carolina A&T and SSC), and certain programs offered in the HBCUs are also offered in nearby PWIs, but the PWIs have placed enrollment caps in these programs such that White students find it most convenient to matriculate to the HBCU (for example, North Carolina A&T) to meet their program needs.

8. Awards are given first to minority (White) students who are full-time and classified as first-time freshmen or transfer students. According to the *North Carolina A&T University Minority Student Affairs 1993-1994 Annual Report*, 292 minority students—32% of all minority students—received financial assistance through the Minority Presence Grant.

9. After indicating that student aid was important, an administrator at WSSU introduced this caveat: "Other-race [White] aid is not important unless you have the [high-demand] program." This same caveat was communicated by an administrator at SUNO as well: "Other-race [White] scholarships can be important . . . [but] students would come first for the high-demand and high-quality programs."

10. Several administrators across the five case institutions indicated that the extracurriculum was not important to White students. As one put it: "White students don't care much about the extracurriculum." To the contrary, we learned that many White students—residential as well commuter, undergraduate as well as graduate—did care about the extracurriculum, and they saw a vibrant extracurriculum as important to attract and retain White students.

11. We conducted a focused examination of the college choice literature, which draws on a comprehensive review of this literature conducted by Hossler, Braxton, and Coopersmith (1989) that we augmented by reviewing recent research. Although predisposition, search, and choice are the three stages of the college choice process (Hossler, Braxton, & Coopersmith, 1989), we

focused primarily on the choice stage. The choice stage involves not only the selection of a set of colleges and universities to which a student will make application but also includes his or her final matriculation choice. Moreover, studies focusing on institutional characteristics that influence choice were of particular focus because institutional characteristics are the five most important factors in White students' choice of a public HBCU.

Institutional characteristics divide into two categories: fixed and fluid. Academic reputation, size, and location are "fixed" characteristics and as such are difficult for colleges and universities to change to attract students (D. W. Chapman, 1981); fluid characteristics include financial aid, marketing strategies, off-campus programs, social atmosphere, and academic program alterations developed to attract students (Chapman, 1981; Hossler, 1984).

From their review of the literature (Bowers & Pugh, 1973; R. C. Chapman & Jackson, 1987; Dahl, 1982; Douglas et al., 1983; Keller & McKewon, 1984; Konnert & Giese, 1987; Lay & Maguire, 1980; Litten, 1982; Litten et al., 1983; Stewart et al., 1987), Hossler, Braxton, and Coopersmith (1989) identify the seven most influential institutional characteristics in student college choice. Fixed institutional characteristics appear to be most influential: Of the seven most influential institutional characteristics, four of them are fixed aspects of colleges and universities. These characteristics are special academic programs (ranked first), general academic reputation/general quality (ranked fourth), location (ranked fifth), and size (ranked sixth). Two fluid characteristics—tuition costs and financial aid availability—are ranked second and third in their perceived influence on college student choice. Social atmosphere, another fluid characteristic, is ranked seventh in importance (Hossler, Braxton, & Coopersmith, 1989).

Some specifications of the meaning of academic reputation/general quality, location, tuition costs, and financial aid are found in the literature. The specific facets of academic reputation/quality offered pertain to student characteristics, academic processes, and outcomes of college attendance. The quality of students in general (Maguire & Lay, 1981) and presence of students who were high academic achievers in high school in particular (Litten & Hall, 1989) are student characteristics important to institutional reputation. Teaching reputation (Maguire & Lay, 1981), intellectual stimulation, intellectual climate, opportunities for independent thought (Douglas et al., 1983), a large variety of courses and programs, and many small classes (Litten & Hall, 1989) are characteristics of the academic process significant to reputation. The outcomes of college attendance meaningful to institutional reputation are reputation of alumni (Maguire & Lay, 1981) and the proportion of graduates who apply to and are accepted by top graduate or professional schools (Litten & Hall, 1989).

Location is characterized by the geographic location of a college or university (Bowers & Pugh, 1973). It is also defined as distance or closeness to home (Bowers & Pugh, 1973; Maguire & Lay, 1981; Trusheim, Crouse, & Middaugh, 1990).

Tuition costs and financial aid are intertwined given that net cost, which is the cost of attending a college minus financial aid, is a strong correlate of college choice (Hossler, Braxton, & Coopersmith, 1989). However, the effects of financial aid on college choice are of modest significance. Aid increases the probability of attending a specific college or university by 8.5% (Jackson, 1978, p. 568). Specific forms of aid have differing influences. Work-study aid has the largest effect because every $100 increase in work-study aid increases the chance of enrollment by .46 percentage point (St. John, 1990). In comparison, every $100 increase in grant aid increases the probability of enrollment by .43 percentage point, and every $100 increase in loan awards increases the likelihood of attendance by .38 percentage point (St. John, 1990).

The college choice preferences of high-ability students also are affected by increments in financial aid. For a student to select his or her second choice college or university, it takes $4,000 more in aid than the first choice institution offers (R. C. Chapman & Jackson, 1987). Even more aid is required for a student to choose his or her third choice college or university because the

third choice institution needs to offer $6,000 more in aid than the first choice college (R. C. Chapman & Jackson, 1987). A total of $1,000 more in aid is necessary for an undecided student to choose one college over another (R. C. Chapman & Jackson, 1987).

12. We cannot emphasize enough the importance of master's programs in high-demand professional fields. Since the mid-1970s, master's education has become increasingly important within most colleges and universities. Nationally, each year nearly one person receives a master's degree for every three persons who receive a bachelor's degree, and nine people receive a master's degree for every doctoral degree awarded. No less relevant are the characteristics of master's students: Nearly 9 out of 10 enroll in a professional degree program and, significantly, a large proportion is White, part-time, working adults who do not reside on campus. Because of their age, part-time status, and nonresidential status, master's students are the most likely to choose institutions on the basis of the availability of desired academic programs. Moreover, master's programs in most professional fields are relatively low-capitalization programs that can be moved or assigned at relatively low cost. The judicious assignment of master's programs to HBCUs is fundamental to attracting White students to HBCUs.

## REFERENCES


Bowers, T., & Pugh R. (1973). Factors underlying college choice by students and parents. *Journal of College Student Personnel, 38*, 220-224.

Brown v. Board of Education of Topeka [Brown I], 347 U.S. 483 (1954).

Chapman, D. W. (1981). A model of student college choice. *Journal of Higher Education, 52*, 490-505.

Chapman, R. C., & Jackson, R. (1987). *College choice of academically able students: The influence of no-need financial aid and other factors*(Research Monograph No. 10). New York: College Board.

Conrad, C. F. (1994, November 8). *Factors contributing to the matriculation of White students in public PBIs: A foundation for identifying policies and practices to advance desegregation in predominantly black institutions*. Washington, DC: U.S. Department of Justice.

Conrad, C. F., Haworth, J. G., & Millar, S. B. (1993). *A silent success: Master's education in the United States*. Baltimore, MD: Johns Hopkins University Press.

Conrad, C. F., & Shrode, P. E. (1990). The long road: Desegregating higher education. *Thought and Action, 6*, 35-46.

Dahl, R. W. (1982). *College attendance and institutional choice: Results from the Kentucky longitudinal study*. Paper presented at the Annual Forum of the Association of Institutional Research, Denver. (ED 220 227; Clearinghouse no. CG020080).

Douglas, P., Powers, S., & Choroszy, M. (1983). Factors in the choice of higher educational institutions by academically gifted seniors. *Journal of College Student Personnel, 24*, 540-545.

Hearn, J. (1984). The relative roles of academic ascribed and socioeconomic characteristics in college destinations. *Sociology of Education, 57*, 22-30.

Hossler, D. (1984). *Enrollment management: An integrated approach*. New York: College Board.

Hossler, D., & Bean, J. P. (1990). Principles and objectives. In D. Hossler & J. P. Bean (Eds.), *The strategic management of college enrollments* (pp. 3-20). San Francisco: Jossey-Bass.

Hossler, D., Braxton, J. M., & Coopersmith, G. (1989). Understanding student college choice. In J. C. Smart (Ed.), *Higher education: Handbook of theory and research* (Vol. 5, pp. 231-288). New York: Agathon.

Jackson, G. A. (1978). Financial aid and student enrollment. *Journal of Higher Education, 49*, 548-574.

Keller, M. J., & McKewon, M. P. (1984, March). *Factors contributing to postsecondary enrollment decisions of Maryland National Merit Scholarship semifinalists.* Paper presented at the Annual Meeting of the Association for the Study of Higher Education, Chicago.

Konnert, W., & Giese, R. (1987). College choice factors of male athletes at private NCAA Division III institutions. *College and University, 63*, 23-48.

Lay, R., & Maguire, J. (1980). Identifying the competition in higher education. *College and University, 56*, 53-65.

Litten, L. H. (1982). Different strokes in the applicant pool: some refinements in a model of student college choice. *Journal of Higher Education, 53*, 383-402.

Litten, L. H., et al. (1983). *Applying market research in college admissions.* New York: College Board.

Litten, L. H., & Hall, A. E. (1989). In the eyes of our beholders: Some evidence on how high-school seniors and their parents view quality in college. *Journal of Higher Education, 60*, 302-324.

Maguire, J., & Lay, R. (1981). Modeling the college choice process. *College and University, 56*, 123-139.

Manski, C. F., & Wise, D. A. (1983). *College choice in America.* Cambridge, MA: Harvard University Press.

National Center for Education Statistics. (1994, February 23). 1992 enrollment by race at 3,300 institutions of higher education. *Chronicle of Higher Education*, pp. A31-A40.

Southern Education Foundation. (1995). *Redeeming the American promise* (Panel on Educational Opportunity and Postsecondary Desegregation). Atlanta, GA: Author.

St. John, E. P. (1990). Price response in enrollment decisions: An analysis of the high school and beyond sophomore cohort. *Research in Higher Education, 31*, 161-176.

Stewart, N. R., Johnson, R. G., & Eberly, C. (1987, April). *Counselor impact on college choice.* Paper presented at the Annual Meeting of the American Educational Research Association, Washington, DC. (ED 284147).

Trusheim, D., Crouse, J., & Middaugh, M. (1990). College applicants' attitudes and enrollment decisions. *Research in Higher Education, 31*, 295-305.

Tuttle, R. (1981). *A path analytical model of the college going decision.* Boone, NC: Appalachian State University. (ED 224 434; Clearinghouse no. HE015766).

United States v. Fordice, 112 S.Ct. 2727 (1992).

Wildavsky, A. (1979). *Speaking truth to power: The art and craft of policy analysis.* Boston: Little, Brown.