NORTHERN DISTRICT OF MISSISSIPPI
FILED

**EXH. 08**
10372

NOV 03 1995

Norman L. Gillespie, Clerk
By M. Smith
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DITRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JAKE AYERS, JR., ET AL** **PLAINTIFFS**

VS.

**UNITED STATES OF AMERICA** **PLAINTIFF INTERVENOR**

VS.

**KIRK FORDICE, GOVERNOR,**
**STATE OF MISSISSIPPI, ET AL** **DEFENDANTS**

CIVIL ACTION NUMBER 4:75CV009-B-D

---

ORIGINAL

**VOLUME 44**
**HEARING ON REMAND**
**MONDAY JULY 11, 1994**
**AFTERNOON PROCEEDINGS**

---

CAME on for hearing on Monday, May 9, 1994, before the HONORABLE NEAL B. BIGGERS, JR., U.S. District Judge, at the federal building, third floor, Oxford, Mississippi.

APPEARANCES are herein noted.

MARILYN C. REA-HINMAN, CSR, RPR, U.S. COURT REPORTER

P O BOX 1437 OXFORD, MS 38655-1437 (601) 234-1971

# A P P E A R A N C E S

**ATTORNEYS FOR PRIVATE PLAINTIFFS:**
Hon. Alvin O. Chambliss, Jr.
Hon. Callestyne Crawford
North MS Rural Legal Services
Oxford, MS 38655

Hon. Robert Pressman
Center for Law and Education
Cambridge, Massachusetts

Hon. Armand Derfner
Charleston, South Carolina

**ATTORNEYS FOR GOVERNMENT/INTERVENING PLAINTIFFS:**
Hon. Nathaniel Douglas
Hon. John R. Moore
Hon. LeVern Younger
Hon. D. Judith Keith
Hon. Craig Crenshaw
U. S. Department of Justice
Washington, D.C.

**ATTORNEYS FOR DEFENDANTS IHL BOARD & STATE OF MS:**
Hon. William F. Goodman, Jr.
Hon. Paul Stephenson, III
Hon. William F. Ray
Watkins & Eager
Jackson, MS

Hon. Mike Moore
Hon. R. Lloyd Arnold
Hon. Allen Purdie
Office of the Attorney General
State of Mississippi
Jackson, MS

**REPORTED BY:** Marilyn C. Rea-Hinman, CSR, CP, RPR, U.S. Courter Reporter and Deborah A. Harris, RPR, CP, CM, CSR

program, I mean, and I think those are the only programs offered in that Frankfort area, so, in effect, they have program exclusivity.

Now, do they call it program exclusivity in some state-wide document; I don't know. I simply don't know, but the point is that they are using the principle of program exclusivity to some extent in these settings, that is to say putting unique, high demand programs, and that, as I earlier noted, is what draws students.

Q Please, sir, you expressed the opinion on direct examination that what you learned from your telephone polling of six Universities was that the most important thing was that those Universities possessed high demand, unique programs?

A That's correct.

Q And now with respect to Kentucky State, what high demand unique programs do they have?

A Yes. I draw a distinction between the unique and program exclusivity. Just because you have uniqueness does not mean that you're necessarily given program exclusivity say by the State Council on Higher Education in Kentucky, but, again, I don't -- my notes are at home, but to the best of my recollection, the programs that I mentioned are Kentucky State putting business administration -- public administration, and the new bachelor's program in computer science are the only ones of those type offered in the area, and they are drawing