**EXH. 09**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **THE COALITION FOR EQUITY AND EXCELLENCE IN MARYLAND HIGHER EDUCATION, INC., et al.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Civil No. CCB-06-2773** |
| **MARYLAND HIGHER EDUCATION COMMISSION, et al.,** | ) | |
| **Defendants.** | ) | |

**REPLY EXPERT REPORT OF CLIFTON CONRAD AND WALTER ALLEN (SECOND CORRECTED)**

**July 6, 2016**

# I. INTRODUCTION

## A. Qualifications of Dr. Clifton Conrad

1. I, Clifton Conrad, submit this Expert Report along with Dr. Walter Allen, in connection with the matter *The Coalition for Equity and Excellence in Maryland Higher Education v. Maryland Higher Education Commission*, United States District Court for the District of Maryland, Civil Action No. CCB-06-cv-2773.

2. I am a Professor of Higher Education and a Vilas Distinguished Professor at the University of Wisconsin-Madison. Since 1980 I have consulted on and testified regarding the existence of dual and unequal systems of higher education in litigation matters. My analyses have included examining the existence of program duplication and unique and high-demand programs at institutions of higher education. A copy of my curriculum vitae is attached as Exhibit 1.

3. I have already been designated as an expert in this case in the area of higher education, more specifically segregation in higher education systems, academic programming, and institutional missions. (1/10/12 AM Trial Tr. 11-12). I provided expert testimony and offered my expert opinions on all of those issues during the liability phase of this litigation. This Court relied upon and cited to both my expert reports and my trial testimony on unnecessary program duplication in Maryland in its liability order. (Doc. 382).

4. I have researched and published well over 100 articles and books related to higher education, with most of my scholarship focused on academic programs at both the undergraduate and graduate level – including at historically black institutions (HBIs). These include quantitative and qualitative studies and publications on desegregation in higher education.

5. I have served as a consultant on a number of matters related to the desegregation of higher education systems. I served as a consultant to the U.S. Department of Education Office for Civil Rights (OCR) in Texas, Virginia, Maryland, and Oklahoma. In addition, I was hired by the Maryland Higher Education Commission (MHEC) in 2004 to review whether proposed programs at traditionally white institutions (TWIs) would unnecessarily duplicate programs at the traditionally black institutions in Maryland. In that capacity, I provided remedial recommendations to address the ongoing segregative effects of unnecessary program duplication.

6. I have also served as an expert witness on academic programs, program duplication, and institutional missions in a number of higher education desegregation cases on behalf of the U.S. Department of Justice (DOJ), including *United States v. Fordice* (1992), *United States v. Louisiana* (1989), and *Knight v. Alabama* (1987).

## B. Qualifications of Dr. Walter Allen

7. I, Walter Allen, submit this Expert Report along with Dr. Clifton Conrad in connection with the matter *The Coalition for Equity and Excellence in Maryland*

*Higher Education v. Maryland Higher Education Commission*, United States District Court for the District of Maryland, Civil Action No. CCB-06-cv-2773.

8. I am the Allan Murray Carter Professor of Higher Education and Distinguished Professor of Sociology at the University of California, Los Angeles (UCLA). Since 1976, I have consulted and testified regarding the existence of dual and unequal systems of higher education in litigation matters. My analyses have included assessing the disparities of historically black institutions (HBIs) and traditionally white institutions (TWIs), and proposing remedies which would elevate the status of the HBIs in an attempt to alleviate the effects of historical disparities. A copy of my curriculum vitae is attached as Exhibit 2.

9. I have already been designated as an expert in this case in the areas of program uniqueness, unnecessary program duplication, sound educational justification, student choice and remedies in higher education desegregation cases. (1/18/12 AM Trial Tr. 37-38). I provided expert testimony on all of those issues during the liability phase of this litigation. This Court relied upon and cited to my trial testimony in its liability order. (Doc. 382).

10. I have extensive experience serving as an expert witness in higher education desegregation cases. I was an expert witness in *United States v. Fordice* (1992) and *Ayers v. Fordice* (1997), cases brought against the State of Mississippi for the continued operation of a racially dual system of higher education. I was also an expert witness in *United States v. Alabama* (1987) and *Knight v. Alabama* (1991), cases brought to desegregate Alabama's colleges and universities. I was an expert witness in *Geier v. Sundquist* (1996) which charged that the State of Tennessee maintained a racially segregated, dual system of higher education. I was an expert witness in *Grutter v. Bollinger* (2003) and *Gratz v. Bollinger* (2003), cases challenging race-based affirmative action programs in the University of Michigan's law school and undergraduate admissions. In my capacity as an expert witness, I offered my opinion about proposed remedies to address dual systems of higher education, including the segregative effects of unnecessary program duplication.

11. The court-ordered remedies in the Mississippi cases included restrictions on the creation of duplicative academic programs at proximate historically black and traditionally white universities, implementation of unique, high-demand academic programs at historically black universities, academic program mergers between historically black and traditionally white universities, additional funding to enhance historically black universities, creation of scholarships to desegregate black and white campuses, increased recruitment of other-race faculty and students by black and white institutions, and implementation of standard admissions criteria across all institutions in the Mississippi public higher education system.

12. In the Alabama cases, remedial actions included additional funding to equalize the historically black universities, the creation of scholarships for other-race students to attend historically black and traditionally white universities, increased recruitment of black students, faculty and staff by traditionally white universities, capital improvements to enhance historically black universities, programs to improve campus racial climates, and programs to combat racial stigma at the historically black institutions.

13. In Tennessee, remedial actions taken included institutional merger of the University of Tennessee, Nashville under Tennessee State University (TSU), additional funding to increase representation of black students, faculty and staff at the traditionally white institutions, and additional funding to increase representation of whites at TSU.

14. In the Michigan cases, the court upheld the race conscious admissions program operated by the law school and required the undergraduate affirmative action policy be revised so that race would be one of a variety of factors upon which admissions were based.

## C. Compliance with Rule 26

15. We provide this information about our professional background, experiences and expertise in compliance with Federal Rule of Civil Procedure 26.

## D. Assignment and Overview

16. We have been retained by Plaintiffs and are being compensated for our work on this matter. Dr. Conrad is being compensated at a rate of $115 per hour. Dr. Allen is being compensated at a rate of $250 per hour and $425 per hour for court testimony. Our compensation is not contingent or dependent on the outcome of this litigation.

17. We submit this joint Expert Report and Revised Remedial Plan based on our shared expertise and opinions on matters related to segregated systems of higher education, including the segregative effects of unnecessary program duplication. We have conducted an extensive analysis of the ongoing segregative effects of unnecessary program duplication in the Maryland system of higher education. We have collaborated in preparing this joint report, which identifies remedial strategies which offer the greatest potential for desegregating Maryland's historically black colleges and universities consistent with sound educational policy and practices. Our goal in filing a joint expert report is to prepare a unified set of opinions and recommendations for the Court's consideration built on our shared expertise.

18. Our opinions are based on a review of the information and materials available to us as of the date of this report, including the State's remedial submissions. Our opinions are further based on our review of the research and literature on unnecessary program duplication, and our independent analysis of updated data related to enrollment and student choice in Maryland. We are aware that there may be ongoing discovery, and we reserve the right to revise our opinions, if appropriate, as additional relevant information becomes available.

# II. LEGAL FRAMEWORK FOR REMEDIAL PROPOSAL

## A. Court's Orders on Liability

19. To the extent that this Court's prior orders inform our inquiry related to remedies, they will be briefly summarized here. A more comprehensive review of the Court's findings and orders on liability is contained in Plaintiffs' Memorandum in Support

of Plaintiffs' Remedial Proposal and Appendixes. (Doc. 406-1 and 406-2 and Appendixes 1 - 29).

20. On October 7, 2013, this Court found that "[g]iven the multitude of regionally proximate institutions in Maryland, convincing expert analysis of the state of program duplication throughout Maryland, and the recognition of several State officials of the historic problem of program duplication, the Coalition has proven that unnecessary program duplication continues in Maryland, to the detriment of its HBIs, and is traceable to the *de jure* era." (Doc. 382 at 44).

21. The court found, "As adopted by the Supreme Court in *Fordice,* Dr. Conrad's definition of "unnecessary duplication" is "those instances where two or more institutions offer the same nonessential or noncore program. Under this definition, all duplication at the bachelor's level of non-basic liberal arts and sciences course work and all duplication at the master's level and above are considered to be unnecessary." (citing to *Fordice,* 505 U.S. 717, 738 (1992); 1/10/12 AM Trial Tr. 54 (Conrad)). (Doc. 382 at 45).

22. Based on Dr. Conrad's analysis, the Court found that 60% of the noncore programs at Maryland's HBIs are unnecessarily duplicated statewide, compared with only 18% of the noncore programs at Maryland's TWIs. (Doc. 382 at 45).

23. At the time of trial, the Court held that "Maryland's TWIs have a total of 296 unique, non-core programs, for an average of 42 programs per institution. (Conrad Expert Rep. III, PTX 71 at 114). On the other hand, Maryland's HBIs only have 44 unique programs, in total, for an average of only 11 per institution." (Doc. 382 at 45-46).

24. "More importantly, Maryland's HBIs offer only 11 non-duplicated, high-demand, noncore programs, compared with 122 such programs at TWIs, for an average of 17 per TWI and only 3 per HBI." (Doc. 382 at 46).

25. Based on Dr. Conrad's findings, the Court held that Maryland continues to have a dual structure of higher education where "there is a substantial amount of unnecessary or non-essential duplication between the TWIs and [H]BIs, and there is not meaningful program uniqueness at both sets of institutions." (citing to 1/10/12 AM Trial Tr. 49, 73-75 (Conrad)) (Doc. 382 at 47).

26. The Court further found that "the duplication is the direct result of a continuing failure of the State to address the *de jure* era policy of duplicating programs to maintain a dual, segregated system." (Doc. 382 at 47-48). Instead, the State maintained policies and practices that exacerbated the problem. (Doc. 382 at 50).

27. The Court also determined that that this traceable policy has ongoing segregative effects. "Today, Maryland's HBIs remain racially identifiable institutions." (Doc. 382 at 20).

28. The Court concluded that the State had "failed to meet its burden of demonstrating that there are no segregative effects that are a result of the traceable unnecessary program duplication." (Doc. 382 at 52). Moreover, the Court held that the State failed to establish sound educational justification preventing the elimination of this policy. (Doc. 382 at 3).

## B. Court's Orders Related to Remedy

29. As a result, the Court concluded that "remedies will be required." (Doc. 382 at 3).

30. The Court determined that "[a]s embodied in the OCR Partnership Agreement, a remedy for unnecessary program duplication likely includes both avoidance of such duplication and "expansion of mission and program uniqueness and institutional identity at the HBIs." (citing to Final Report on OCR Partnership Agreement, PTX 8 at 73) (Doc. 382 at 59).

31. The Court specifically observed, "Dr. Allen was tasked by the Coalition with developing remedies, and his recommendation that "[e]ach HBI should develop programmatic niches of areas or areas of excellence in at least two high-demand clusters within the next three to four years" appears to be a promising starting point." (citing to 1/18/12 AM Trial Tr. 90 (Allen)) (Doc. 382 at 59).

32. The Court noted, "It is also likely that the transfer or merger of select high-demand programs from TWIs to TBIs will be necessary." (citing to 1/18/12 AM Trial Tr. 103 (Allen)) (Doc. 382 at 59).

33. This Court further determined that collaborative programs through the wise use of resources to enhance the quality of current and newly developed programs at the HBIs may be an effective and creative method of enhancing the programs at the HBIs. (citing to 1/18/12 AM Trial Tr. 102 (Allen)) (Doc. 382 at 60).

## C. Procedural Status

34. Plaintiffs submitted their original remedial proposal on May 5, 2015. (Doc. 406-1 and 406-2). That filing included our remedial proposal and supporting memo which outlined the legal requirements of a remedy in this case. It also analyzed the experiences in Maryland and other states which implemented remedial plans in an effort to identify a set of remedies most likely to be successful in desegregating the HBIs. Our original remedial plan was developed in light of the Court's liability order and the legal and factual analysis outlined in the memorandum. (Doc. 406-2 and Appendixes 1-29).

35. On November 20, 2015, Defendants filed their remedial proposal and response to Plaintiffs' remedial proposal, along with a number of expert reports objecting to certain aspects of the Plaintiff's remedial recommendations. (Doc. 447 and 448 and Exhibits).

36. After both parties submitted their remedial proposals, this Court issued an order on February 2, 2016 which identified certain aspects of Plaintiffs' remedial proposal as "promising" while rejecting others. (Doc. 460). The Court specifically declined to consider the institutional merger of the University of Baltimore into Morgan State University. (Doc 460 at 2). The Court also noted that it would not entertain a remedial strategy that led to the wholesale dismantling of the University of Maryland University College. (Doc. 460 at 2 n. 2). At the same time, the Court rejected the State's remedial proposal, finding it "neither adequate nor sufficiently specific." (Doc. 460 at 2).

37. The Court also noted that to the extent Dr. Lichtman's opinions focused on "relitigating" conclusions reached in the Court's 2013 liability order, they "will not be considered for that purpose." (Doc. 460 at 2 n.2). We agree the focus here is remedy. However, to the extent that Dr. Lichtman's challenges to liability may influence the Court's decision on remedy, we will directly address those assertions.

38. Following the Court's February 2016 order, Plaintiffs requested that we prepare a Reply Expert Report analyzing the various critiques posed by the State to our May 2015 Remedial Proposal. As part of this joint Expert Report, we submit a Revised Remedial Proposal, which adheres to this Court's orders and instructions related to remedy. In addition, because we updated our analysis of unnecessary program duplication using recent data provided by the State, we account for that in our opinions and our report. However, our fundamental conclusions, findings and recommendations with respect to remedy in this case remain the same and are outlined below and in the Revised Remedial Proposal attached to this report as Exhibit 3.

## III. OPINIONS AND RECOMMENDATIONS

39. In a unitary system of higher education, the HBIs have distinctive institutional identities anchored in a meaningful number of unique, high-demand programs – as well as programs that are unique *or* high-demand – which are offered within programmatic niches. While a variety of factors may influence student choice, unique, high-demand programs usually offer the best desegregative potential because they can markedly contribute to establishing an institutional identity – especially if these programs are clustered within programmatic niches.

40. In order to dismantle Maryland's dual system of higher education and mitigate the segregative effects of unnecessary program duplication, all four of the HBIs need an institutional identity divorced from the stigma associated with race. All remedial measures must be guided by this fundamental principle.

41. Our updated analysis confirms that a significant amount of unnecessary program duplication continues to exist in Maryland at both the statewide and regional levels, and this duplication continues to have an ongoing segregative effect. We further conclude that the racial identifiability of Maryland's HBIs is not primarily attributable to a change in statewide student demographics.

42. We determined that the TWIs in Maryland have approximately 396 non-core programs that are unique to the state and 171 of those are also high-demand.[1] The HBIs have 60non-core programs that are unique to the state but only 10 of those programs are also high-demand. On average, the TWIs have 56.6 statewide unique programs per institution and 24.4 statewide unique *and* high-demand programs per institution. On average, the HBIs have 15.0 statewide unique programs per institution but only 2.5 statewide unique *and* high-demand programs. This statewide analysis confirms the extent to which the TWIs continue to dominate programmatic or curricular niches, thereby undermining the ability of

[1] For purposes of our analysis of program uniqueness, we exclude both core programs and joint programs. Thus, a program is only considered unique if it is non-core, and not offered as a joint degree with another institution.

the HBIs to achieve a level of competitive advantage necessary to overcome the stigma associated with their racial identifiability.

43. A regional analysis of program uniqueness is also relevant to understanding the striking competitive advantage of the TWIs. In the Baltimore area, the TWIs have 404 proximately unique, non-core programs, including 171 programs which are also high-demand. The HBIs have a total of 48 proximately unique, non-core programs and 7 are also high-demand. On the Eastern Shore, Salisbury has 32 proximately unique non-core programs, including 18 which are also high-demand. UMES has 36 unique, non-core programs, but only 15 of those are also high-demand. To a large extent, the absence of a meaningful number of unique and unique, high-demand programs continues to impede the ability of the HBIs to establish an institutional identity based on their academic programs. This is particularly acute in the Baltimore area.

44. Since the trial on liability in January 2012, Maryland's HBIs have remained largely segregated. According to the 2016 MHEC Data Book, Bowie had 3.5% white enrollment, Coppin had 1.4% white enrollment, UMES had 14.5% white enrollment and Morgan had 3.3% white enrollment based on enrollment levels for fall 2014. In addition, the HBIs have been unable to attract significant numbers of Latino, Native American, Asian and Pacific Islander students, who comprised 4.3% of the enrollment at Bowie, 2.2% of enrollment at Coppin, 3.7% of enrollment at UMES and 4.7% of the enrollment at Morgan for that same year. Total white enrollment at all four HBIs was just under 6% for fall 2014. (2016 MHEC Data Book at 8-9).

45. Our analysis of institutions in Maryland as well as other states in which there have been court ordered or negotiated desegregation plans is persuasive that the most effective way to desegregate the HBIs is to create distinctive programmatic niches at the HBIs that include some unique, high-demand programs which, over time, are likely to draw significant numbers of other-race students to those schools.

46. Unique programs and high-demand programs – both individually but especially when coupled together – offer significant desegregative potential. An institutional identity requires a substantial number of high-demand, non-core programs that are unduplicated as well as those which are either unique or high-demand. Most important, meaningful program uniqueness provides the foundation for institutional identity by establishing the competitive advantage necessary to attract students of all races and is essential to desegregating former *de jure* systems of higher education.

47. The greatest desegregative potential is presented by non-core programs which are *both* unique and high-demand but there are very few programs available at the HBIs which satisfy both criteria. Yet our analysis confirms that programs which are either unique *or* high-demand may also offer desegregative potential and should also be used to maximize desegregative potential to the extent they reinforce a programmatic niche. Programs which are high or exceptionally high-demand will attract students of all races to HBIs who are invested in matriculating to an institution because of the perceived value of that specific program, regardless of whether it is a minority serving institution.

48. To be sure, other factors may influence student choice. These include the prestige of an institution (including its status as a flagship), other-race scholarships, low tuition and fees, inclusive campus culture and a positive image as a multiracial institution, active recruitment of other-race students, a safe learning environment, and positive relationships with the external community and other professional constituencies.

49. The most educationally sound and practicable strategy to address unnecessary program duplication takes *all* of these factors into account and maximizes the extent to which each can contribute to a distinctive institutional identity. Consequently, we recommend three overarching strategies to address both current and future unnecessary program duplication and to improve the competitive advantage of the HBIs to attract students of all races.

   a. First and foremost, the State must create distinctive institutional identities at the HBIs by establishing a meaningful number of programmatic niches at each of those institutions which rely upon a combination of unique, high-demand programs and exceptionally high-demand programs which will attract significant levels other-race students.

   b. Second, the State must enhance the quality of the current offerings at the HBIs in order to anchor the proposed programmatic niches and to address the competitive disadvantage perpetuated by the stigma associated with the HBIs as racially identifiable institutions.

   c. Finally, the State must revise its program approval process to prevent future duplication and to protect the institutional identity and programmatic niches at the HBIs. This requires the State to prevent the introduction of both duplicative *and* thematically similar programs at the TWIs which detract from the ability of the HBIs to develop and maintain a unique institutional identity.

50. Creating programmatic niches will likely require some combination of adding new programs at the HBIs, facilitating the targeted transfer of duplicative programs from the TWIs to the HBIs, and the enhancement of existing programs at the HBIs to the extent necessary to improve the institutional capacity within the identified niches. It may also include a number of joint or collaborative programs which reinforce those programmatic niches. All of these strategies are contemplated by this Court’s orders.

51. Specific recommendations will necessarily vary for each institution. The precise number, characteristics and combination of programs will depend upon the proposed niches, the current institutional capacity, the unfair competitive advantage enjoyed by peer institutions in terms of student enrollment, and a variety of other factors related to educational soundness and practicability. The goal, for each HBI, will be to identify a meaningful number of programmatic niches and programs within them which will establish an institutional identity likely to attract and maintain significant levels of white enrollment.

52. This will prove to be particularly challenging in the Baltimore region. Extensive duplication makes it extremely difficult to establish distinctive institutional identities for any of the institutions in that area, or to propose new programs which would be

unique to the HBIs. Faced with a choice between adding duplicated programs to the HBIs and transferring a large number of duplicated programs from the TWIs, we sought to identify a set of proposals consistent with sound educational policy and practicability. While a massive reassignment of programs would be more effective in addressing the high level of duplication in the Baltimore region, we sought to minimize disruption to students, institutions and the system by targeting a limited number of programs for transfer. Consequently, we were forced to rely heavily on proposing a number of high-demand and exceptionally high-demand programs to strengthen the institutional identities of the HBIs, even if those programs would not be unique to those schools.

53. In the end, eliminating unnecessary program duplication will increase higher educational opportunities for all students; increase the excellence, reputation and prestige of academic programs at Maryland's public universities and the State's system of higher education; establish institutional identities at the HBIs which will enable them to compete for students of all races; and achieve better, more efficient and effective use of the State's economic resources.

54. [redacted]

55. To the extent that Dr. Lichtman concludes that unique, high-demand programs offer minimal desegregative potential, we find that he misconstrues Plaintiffs' overarching remedial strategy. His analysis does not undermine the hypothesis that institutional identity anchored in programmatic niches and program offerings is the key to desegregation in the higher education context. Moreover, we find his methodology to be fundamentally flawed. By limiting his analysis of uniqueness to statewide duplication, he significantly underestimates the desegregative potential presented by program uniqueness within geographic regions or overlapping service areas. He further fails to account for the amplified desegregative effect of programs which are both unique *and* high-demand. More problematic, his analysis ignores the central role that institutional identity and programmatic niches play in maximizing the desegregative impact of unique and/or high-demand programs.

56. To the extent that the State asserts that program transfer is educationally unsound or impracticable, we conclude that establishing distinct institutional identities through programmatic niches clustered around a combination of unique, high-demand programs – as well as unique *or* high-demand programs – is consistent with best practices in higher education and offers the most potential for greater efficiencies and a more aligned system. Furthermore, Plaintiffs' proposals do not jeopardize institutional accreditation and in fact carefully consider and build upon existing capacity already demonstrated by the HBIs.

57. Given the extensive amount of duplication in Maryland, and the fact that the State has exacerbated segregative effects by maintaining high levels of unnecessary duplication, it is our opinion that its actions constitute a level of bad faith sufficient to justify a variety of measures and interventions, including program transfer.

58. Our recommendations also include limiting the unprecedented competitive advantage created by UMUC's extensive online portfolio of programs. Finally, our recommendations include some joint or collaborative programs to the extent they reinforce the proposed niches; however, because joint programs by their very definition dilute programmatic niches and institutional identity, we conclude that they offer more limited desegregative potential.

## IV. REMEDY MUST LEAD TO SIGNIFICANT AND SUSTAINED DESEGREGATION

59. The Court must implement a set of educationally sound measures expected to eliminate or minimize the segregative effects produced by the unnecessary program duplication that still exists in Maryland. To the extent practicable, a successful remedy must lead to significant and sustained increases in white enrollment at Maryland's HBIs.

60. As articulated in *Fordice,* successful desegregation of a higher education system requires a state to take "the necessary steps to ensure that [student] choice now is truly free." *Fordice,* 505 U.S. at 742-43. The strategies adopted must not only reduce segregation, but should eliminate or minimize practices responsible for that segregation to the extent possible. *Fordice,* 505 U.S. at 744-45 (O'Connor, J., concurring).

61. Until Maryland addresses the segregative effects of unnecessary duplication, it remains in violation of the Constitution. "Where plaintiffs show that a current policy is traceable to past segregation, and defendants fail to demonstrate either (1) that the policy, in combination with other policies, has no current segregative effects, or (2) that none of the full range of less segregative alternative remedies are practicable and educationally sound, *defendants must adopt the practicable and educationally sound alternatives that will bring about the greatest possible reduction in the segregative effects.* 'If the State has not discharged [this remedial] duty, it remains in violation of the Fourteenth Amendment.'" *Knight v. Alabama,* 14 F.3d 1534, 1540-42 (11th Cir. 1994) (citing *Fordice*) (emphasis added).

62. The State suggests that shifting student demographics account for the increased racial identifiability of its HBIs and implies that this limits its ability to alter the levels of white enrollment at those institutions. This Court, however, has already recognized that unnecessary duplication has "independent segregative effects" and influences the student demographics at Maryland's HBIs. (Doc. 382 at 52- 53). Accordingly, to the extent that Maryland's HBIs remain racially identifiable as a result, the State is not relieved of its constitutional obligation address the continued segregative effects of those policies. (Doc. 382 at 22).

63. This Court must therefore adopt a set of strategies designed to alter the racial makeup of the HBIs. In doing so, this Court should be guided by substantial evidence that suggests that when HBIs offer non-core programs which are unique and high-demand, white students are much more likely to attend those HBIs. In *Fordice,* the Supreme Court recognized the importance of HBIs offering unique programs that are high-demand in order to promote desegregation. *See Fordice,* 505 U.S. at 738.

64. An institution's reputation or prestige often influences student choice. Based on what it described as convincing analysis by Dr. Conrad and Dr. Allen, this Court agreed that the intensification of segregation at Maryland's HBIs is a result, in part, of the unnecessary program duplication because without a competitive advantage "non-black students have less of an incentive to enroll in what otherwise is perceived as a school for black students." (Doc. 382 at 52-53).

65. This Court may analyze changes in white enrollment at the institutional level to assess the effectiveness of a desegregation plan, and numerical objectives may serve as "[g]uideposts" to measure and incentivize progress. *Geier v. Alexander*, 593 F. Supp. 1263,1267 M.D. Tenn. 1984). The ultimate goal is "*not* any ideal ratio or mix of black and white students," but a system of higher education in which "race is irrelevant." *Geier,* 593 F. Supp. at 1267 (emphasis in original).

66. Maryland's own experience demonstrates that when the HBIs offer unique, high-demand programs, those programs tend to attract students of all races. White enrollment at Maryland's HBIs began to increase during the era of desegregation, but it has since dropped. Today, total white enrollment at the four HBIs is much less than it was in 1975.

| **White Student Enrollment** | **All TWIs and HBIs** | **BSU** | **CSU** | **UMES** | **MSU** |
|---|---|---|---|---|---|
| 1975 | 70,099 | 985 (31.8%) | 353 (12.2%) | 214 (19.4%) | 508 (9.1%) |
| 2014 | 76,485 | 201 (3.5%) | 45 (1.4%) | 619 (14.5%) | 256 (3.3%) |

67. As the Court noted, in the fall of 1975 the HBIs had 18.2% white enrollment. (Doc. 382 at 12).[2] This figure includes white students at Baltimore Community College. When adjusted to exclude the white students at the community college, the white enrollment at the four HBIs was 16.2%. (Second Annual Desegregation Status Report, PTX 455 at 11).

68. This signals that over three decades ago, Maryland's HBIs demonstrated some potential to compete for students of all races. While this level of 16.2% white enrollment does *not* represent the threshold measure of desegregation at the HBIs, this figure is informative in that it reveals an ability of the HBIs to attract white students even at a time during which Maryland continued to operate a dual system of higher education. At a minimum, it speaks to the possibility that a strategic proposal to eliminate unnecessary duplication may achieve significant desegregation at the HBIs.

[2] The Court's order actually refers to the date 1976, but the original data source PTX 455 at 11 ("Second Annual Desegregation Status Report" (Vol. III, Feb. 1976)) indicates that it is reporting enrollment data for the fall of 1975. (PTX 455).

69. Given the stark level of segregation at Maryland's HBIs today, it is clear that a comprehensive remedial plan will be required in order to achieve significant increases in white enrollment. Based on 2014 fall enrollment numbers, overall white enrollment at all four HBIs is 5.4% of the total student enrollment. Only one program currently offered at any of the HBI enrolls more than 40 white students.[3] Out of 235 programs offered at all four HBIs, only 8 programs enrolled at least 25 white students.[4]

70. This means that to approach the percentage of white enrollment the HBIs reported as a whole in fall of 1975, (16.2%), Bowie would need to add 861 white students if the number of students of other races remained the same, Coppin would need to add 552 white students, UMES would need to add 89 white students and Morgan would need to add 1,183 white students.

71. Accordingly, we propose a comprehensive strategy to achieve and sustain desegregation at Maryland's HBIs. We engaged in a nuanced analysis of a variety of factors which might influence student choice. [redacted]

72. The failure to cluster a meaningful number and combination of unique and high-demand programs across multiple degree levels at the HBIs may account for the failure of discrete or isolated new programs to achieve and maintain sufficient levels of white enrollment to integrate the HBIs. New programs alone, even if they are unique and/or high-demand, will not draw sufficient levels of white enrollment to alter the racial identifiability of an entire institution.

73. In order to achieve the level of desegregation necessary to eliminate the competitive disadvantage experienced by the HBIs as a result of the unnecessary duplication, the overarching goal of a successful remedy must be to establish distinctive identities at Maryland's four HBIs. Without a concerted effort to differentiate the institutional missions and programmatic identities of the HBIs within the overall system of higher education, reliance on the introduction new programs – even if unique and/or high-demand – is unlikely to achieve and sustain the level of desegregation necessary to overcome the racial stigma associated with a "black institution" maintained for "black students."

## V. METHODOLOGY

### D. Overview of Methodology

74. This report is offered to assist this Court in crafting a proposal to dismantle Maryland's dual system of higher education in which the defining feature of all four HBIs is their racial identity. To bring about significant and sustained increases in white enrollment at Maryland's HBIs, we have developed a set of

[3] The UMES doctorate in Physical Therapy enrolled 42 white students in fall 2014 according to data provided by the State.
[4] Of those eight programs enrolling at least 25 white students, seven are at UMES. See Exhibit 4, "2014 Program Inventory," and Exhibit 6, "HBI Programs With Ten White Students."

recommendations which we believe will establish distinctive institutional identities at the HBIs.

75. To that end, we determined what niches and programs offer the greatest desegregative potential. We started by preparing a complete inventory of what we believe to be all of the programs currently offered by Maryland's public higher education institutions.

76. Dr. Conrad prepared an updated academic program inventory based on the MHEC "Degree Trend Data Workbook 2014."[5] As our interest was to determine the number of students completing the bachelor's, master's and doctoral level programs at the 11 four-year public institutions (four HBIs and seven TWIs) that are of interest for this study, data was restricted to these levels and then sorted by CIP code to reveal the program name and number of students completing degrees by level. For purposes of our analysis we restricted our inventory to bachelor's, master's, doctorate (research/scholarship) and doctorate (professional practice) at the 11 institutions at issue.

77. We then reconciled this inventory with 2014 enrollment data provided by the State. For every four-year institution except for Morgan, the State's enrollment data identified the institution, program, degree level, CIP code and enrollment by race. For Morgan, the State provided similar information without corresponding CIP codes.[6] We then removed programs with completion rates of "0" for 2014 and for which had no enrollment data available. This was done to make the inventory as accurate as possible in terms of reflecting current program offerings in Maryland's public system of higher education.

78. We conducted an extensive review of that inventory to identify programmatic niches (clusters of related programs) upon which to build academic institutional identities at the HBIs.

79. Because core programs are widely available at every institution, we did not assess those programs for desegregative potential. Similarly, joint programs by their nature are associated with multiple institutions and do not contribute to institutional identity. We therefore limited our reliance on joint and collaborative programs to those circumstances in which they might reinforce a programmatic niche at an HBI.

80. We then analyzed specific programs at Maryland's HBIs which demonstrate some success in attracting students of all races. Based on that analysis, we developed a set of criteria to assist us in identifying niches and programs which offer considerable potential to desegregate the HBIs. We also compared those findings with an analysis of strategies implemented in other states which similarly sought

[5] The "Degree Trend Data Workbook 2014" is publicly available on MHEC's website, https://data.mhec.state.md.us/mac_Trend.asp. This source provides the number of degrees conferred upon students in each program at each institution from 2001 to 2014.
[6] Because the format of the enrollment data was difficult to manipulate, sort and filter using Excel, we converted the State's data into a new file and identified it by referencing institution, CIP code, degree level, and program title. Because we had no CIP codes for Morgan's programs we relied on other variables to identify the appropriate program for the data.

to improve student diversity at their HBIs, or which currently experience high levels of white enrollment.

81. While our research confirms that a number of factors influence student choice, it is our opinion that unique and high-demand programs (and to the extent possible programs that are *both* unique and high-demand), as well as exceptionally high-demand programs (even when unnecessarily duplicated at geographically proximate TWIs), offer the most desegregative potential. More importantly, we determined that clustering these programs within programmatic niches is essential to ensuring that the HBIs have institutional identities which go beyond race.

82. Based on these findings, we developed opinions about the most effective remedial plan to cultivate institutional identities at each of the HBIs. In making our recommendations, we sought to anchor programmatic niches with a combination of unique and high-demand programs and to build upon existing institutional expertise and capacity. This, in turn, led us to propose new programs at all four HBIs, the transfer of programs from TWIs to HBIs, and the establishment of several joint or collaborative programs between the TWIs and HBIs. This educationally sound and practicable strategy also anticipates the enhancement of existing programmatic capacity and quality at the HBIs that is essential to the cultivation of institutional identities at the HBIs.

## E. Questions Presented

83. The court's findings on liability inform questions related to remedy. At the liability stage, the Court considered whether the State's traceable policy of unnecessary program duplication continues to have *ongoing segregative effects*. Having determined that it does, the Court must now identify the remedies which offer the *greatest desegregative potential* consistent with sound education policy and practicability.

84. While the liability analysis informed our proposal, it is our opinion that a remedial strategy differs in significant respects. The remedial inquiry must be driven by the identification of programs and initiatives which offer the most desegregative potential and will contribute to the diversification of the HBIs. The answer for how to achieve that is driven by a different set of questions: what interventions or programs are most likely to desegregate the HBIs in Maryland, and why?

## F. Basis for Opinions

85. To answer these questions, we identify the major factors which influence white enrollment at the HBIs in Maryland. We did this by systematically analyzing which programs are enrolling or graduating meaningful numbers of white students. This question does not easily lend itself to statistical or quantitative analysis, particularly when overall white enrollment is so low at both the institutional and program level. However, as the result of our analysis we arrive at a set of data informed opinions about what might be influencing student choice in specific circumstances.

86. We accomplished this by analyzing updated enrollment and completion numbers for the TWIs and the HBIs. When available, both sets of data can be informative and useful for this analysis, especially when disaggregated by program and race.

Disaggregated enrollment data was provided to us by MHEC for all of the Maryland institutions for fall 2014. For other states, only data on completion or degrees awarded is easily available and which can be disaggregated by program by race.

87. In order to evaluate the desegregative potential of specific programs, we identified a minimum level of white enrollment or percentage of white enrollment which would allow us to compare programs across the system. Because of the extremely low number and percentage of white enrollment at both the program and institutional level at Maryland's HBIs, we used a variety of minimum enrollment criteria to analyze desegrgative potential. This was necessary to allow us to pull a sufficient number of programs in order to conduct our analysis.

88. As an initial matter, Dr. Conrad reviewed the program inventory he prepared as part of his third expert report. (Conrad III, PTX 71). The earlier inventory identified programs offered by the TWIs and HBIs based on the 2006-2007 Classification of Instructional Programs (CIP) in Higher Education that is used by the public universities in Maryland.

89. This updated academic program inventory seeks to identify all of the programs available at each Maryland institution by CIP code and degree level as of 2014. CIP is the national program classification standard used by colleges and universities in collecting, reporting, and interpreting data on educational programs. CIP codes provide a program classification scheme by identifying programs that are broadly similar and grouping them together in terms commonly understood in the field of higher education. Because this study examines a broad range of program offerings across disciplines and institutions, the use of a single and widely-accepted and utilized categorization scheme such as the CIP system is desirable.

90. One limitation of the CIP scheme, however, is that the responsibility for classifying institutional programs by CIP number and code is usually assigned to multiple individuals. As a result, there are times when programs are placed in the wrong CIP category; placed in more than one category; or in some instances, simply not reported. Accordingly, a certain level of inconsistency is inevitable. This necessitates further analysis and the cross-referencing of other data sources such as IPEDS, institution websites, and the MHEC website in order to resolve these discrepancies.

91. While CIP codes were helpful in developing our remedial proposal and were used extensively in preparing our recommendations, CIP codes are an evolving program classification system – much like the Dewey Decimal System used for classifying books in libraries. Consequently, accounting for degree programs using CIP codes is not without its limitations. For example, programs offered in Nursing at Maryland's public colleges and universities use all of the following CIP codes: 51.3801, 51.3802, and 51.3818. Therefore, it is important to look beyond the CIP codes when analyzing program uniqueness in order to determine whether a program is broadly similar to one offered by another institution even if they have different CIP codes.

92. Using his updated program inventory, Dr. Conrad then used this data to identify those programs which are considered core. He prepared a list of core programs

which is attached as Exhibit 9 to our report. Because core programs are duplicated across institutions and are therefore not unique, they offer limited desegregative potential. This informed our opinions about the extent to which program uniqueness influences student choice. We then consolidated enrollment and completion by race into the inventory.

93. Because high-demand programs can offer desegregative potential, Dr. Conrad also created a list of high-demand and exceptionally high-demand programs based on the most recent completion data available. This informed our opinion of the extent to which program demand can influence student choice. Using the definitions and criteria described below, we prepared a list of high-demand and exceptionally high-demand based on completion numbers across the University of Maryland system. This allowed us to assess the extent to which program demand might relate to student choice.

94. We eventually prepared a document, our 2014 Program Inventory, which integrates the updated program inventory with updated enrollment and completion information disaggregated by program and by race, as well as our analysis regarding program uniqueness and demand.

95. Dr. Conrad then used the program inventory to determine whether a program is unique statewide, unique to the region or duplicated. Following the methodology and applying the definitions and criteria described below, Dr. Conrad used his extensive expertise in academic programs to analyze the extent to which a program unnecessarily duplicates a program at an other-race institution.

96. In order to analyze duplication, program uniqueness and demand, Dr. Conrad integrated updated enrollment data disaggregated by program and race into the 2014 program inventory which had been provided by the State. That 2014 Program Inventory is attached to our report as Exhibit 4.

## G. Data and Materials Considered

97. In order to conduct our analysis, we relied upon on a number of data sources. Enrollment data by program for fall 2014 for the HBIs and TWIs was provided by MHEC.[7] We also reviewed the "Degree Trend Data Workbook 2014" available on the MHEC website in order to identify the degrees awarded for each program at each degree level at each institution.[8]

98. In some circumstances, we attempted to resolve discrepancies between the data sets by consulting institution websites in order to determine what programs are currently offered at an institution and at what degree level. Doing so allowed us to better analyze the scope of duplication across the system as well as between the 11 schools included in our research.

---

[7] MHEC-RMDY 00003, "2014 Enrollment by Program by Race for UMS Institutions," and MHEC RMDY 00006, "Enrollment by Program by Race for Morgan State University."
[8] https://data.mhec.state.md.us/mac_Trend.asp.

99. We referenced the "2016 MHEC Data Book" in order to determine enrollment demographics for the institutions of interest as of fall 2014.

100. We also relied on the Integrated Post-Secondary Education Data System (IPEDS) Completion Survey 2014-15. (Washington, D.C.: National Center for Education Statistics (NCES), U.S. Department of Education. IPEDS is a "system of interrelated surveys conducted annually, which gathers information from every college, university, and technical and vocational institution in the United States and other jurisdictions (such as Puerto Rico) that participates in the federal student financial aid programs. . . IPEDS provides basic data needed to describe – and analyze trends in – postsecondary education in the United States, in terms of the numbers of students enrolled, staff employed, dollars expended, and degrees earned." IPEDS data are used at the federal and state level for policy analysis and deployment and at the institutional level for benchmarking and peer analysis."

101. [redacted]

102. We reviewed white student enrollment at HBIs nationally in order to determine which were successful in attracting white enrollment and why.[9] This included, for example, professional schools such as law schools at HBIs in other states. In particular, we analyzed white enrollment in the other states which have court ordered or court approved desegregation plans, Mississippi, Alabama, Louisiana and Tennessee. (Doc. 406-1).

103. We reviewed and considered the State's remedial submission and supporting documents, including the critique of Plaintiffs' remedial proposals and expert reports and supporting declarations of Dr. Alan Lichtman, Dr. Freeman Hrabowski, Dr. Houston Davis and Kurt Schmoke.

104. A complete list of materials considered is attached to this report as Exhibit 18.

## H. Definitions

105. For purposes of our analysis, the TWIs refer to Maryland's four-year colleges and universities that serve mostly white student bodies; most of these universities were created during the era of *de jure* segregation with attendance limited at that time to white students. These include the University of Maryland College Park (UMCP), University of Maryland Baltimore County (UMBC), University of Maryland University College (UMUC), Towson University, Salisbury University, University of Baltimore (UB) and the University of Maryland Baltimore (UMB). St. Mary's College and Frostburg University were excluded from this analysis given their geographic location.

[9] https://ink.niche.com/list-hbcu-colleges-state/.

106. The four HBIs refer to Maryland's four-year colleges and universities that serve largely black student bodies; all of these universities were founded to serve black students in the era of *de jure* segregation. These include Morgan State University, Coppin University, Bowie State University and the University of Maryland Eastern Shore (UMES).

107. A dual curriculum structure of higher education is one in which there is a substantial amount of unnecessary program duplication between the HBIs and TWIs such that there is not meaningful program uniqueness at both institutions.

108. A unitary curriculum structure of higher education is one in which there is no longer a substantial amount of unnecessary program duplication between the HBIs and TWIs such that there is meaningful program uniqueness at these institutions.

109. For purposes of this analysis, a desegregated system of higher education is one in which the HBIs are no longer characterized simply by their racial identity but have distinct institutional identities based on their programmatic niches and program offerings. A desegregated system of higher education anticipates significant and sustained increases in white enrollment at the HBIs.

110. Program duplication exists if two programs are "broadly similar" and are offered by HBIs and TWIs with overlapping service areas. Unnecessary program duplication exists if a program is not essential for the provision of general and specialized education in the core liberal arts and sciences at the undergraduate level. This concept of broadly similar programs is consistent with the way in which program duplication is analyzed in the higher education context, and is referenced in the 2000 Partnership Agreement between Maryland and the U.S. Department of Education Office for Civil Rights. (2000 Partnership Agreement, PTX 4 at 36). We only considered a program unnecessarily duplicated if a TWI offered a broadly similar program to an HBI. We did not consider duplication between two TWIs or two HBIs for purposes of our analysis. Because of the additional segregative effect created, we did consider a program to unnecessarily duplicate a program at an existing HBI even if another TWI was already duplicating that HBI program.

111. Overlapping service areas are those in which institutions with similar missions aim to serve students from overlapping geographical areas. While there is often geographic proximity among institutions with overlapping service areas, even more significant is the similarity among institutions with respect to the targeting and recruiting of students from overlapping service areas.

112. Core programs are those which are essential to providing general and specialized education in the basic liberal arts and sciences at the undergraduate level. By definition, all graduate level programs are considered non-core on the grounds that essential programs are basic – that is, baccalaureate-level programs. In other words, duplication of core programs at four-year institutions is anticipated. For this reason, core programs are highly unlikely to offer desegregative potential in that students can enroll in those programs at both TWIs and HBIs. A list of those programs, "Core Programs," is attached to this report as Exhibit 9.

113. Unique programs are those which are unduplicated – that is, a program is unique if it is not broadly similar to any programs at other-race institutions with overlapping

service areas. A program is unique to an HBI if it is not broadly similar to that at a TWI with overlapping service areas. While CIP codes inform the analysis of program uniqueness, because broadly similar programs may have different CIP codes they are not determinative of whether a program is unique. Similarly, while geographic proximity is relevant to whether a program is unique to an institution, competition for similar students is more determinative of whether a program may be considered unique.

114. Meaningful program uniqueness exists at an institution when it has a substantial number of high-demand, non-core programs that are not duplicated. Meaningful program uniqueness provides the foundation for an institutional identity that goes beyond race. It is therefore essential to desegregating a former *de jure* segregated systems of higher education.

115. An institution has an institutional identity beyond race when it has at least two distinctive programmatic niches comprised of a meaningful number of unique, high-demand programs; high-demand programs; and unique programs. An institutional identity beyond race is essential if Maryland's HBIs are to move beyond their reputation as "black colleges" because other-race students are often reluctant to enroll at HBIs because they lack an identity that goes beyond race. Therefore, establishing institutional identities that are closely tethered to meaningful programmatic uniqueness (including the programs within the respective niches) is essential to desegregating the dual system of higher education in Maryland.

116. High-demand (non-core) programs are those that attract, and are expected to attract and graduate for the foreseeable future, significant numbers of students. High-demand programs are often at the epicenter of institutional identities. Research shows that such programs will often attract students to matriculate at an institution because of its programmatic offerings. A list of high-demand programs, "High-Demand Programs," is attached to this report as Exhibit 10.

i. High-demand programs are based largely on our analysis of MHEC's "Degree Trend Data Workbook 2014." Dr. Conrad placed most of his emphasis on the following average number of students graduating in broadly similar programs throughout the Maryland system as the primary factor in identifying high-demand programs:

(A) Bachelor's degree – 25 students
(B) Master's degree – 13 students
(C) Doctoral degree – 6 students
(D) First professional degree – 25 students

ii. There were several instances where the thresholds identified were not always realized because one or more institutions were offering the program but had not graduated students in 2014. Those programs are clearly identified in the table of High-Demand Programs.

117. Because there are circumstances in which exceptionally high-demand programs may draw significant levels of white enrollment even when duplicated, we also

prepared a table of exceptionally high-demand programs. That table, "Exceptionally High-Demand Programs," is attached to this report as Exhibit 11.

i. We identified exceptionally high-demand programs based largely on our review of MHEC's "Degree Trend Data Workbook 2014." We placed major emphasis on the following average number of students graduating in broadly similar programs throughout the Maryland system as the primary factor in identifying exceptionally high-demand programs:

(A) Bachelor's degree – 50 students
(B) Master's degree – 35 students
(C) Doctoral degree – 11 students
(D) First professional degree – 45 students

ii. There were several instances where the thresholds identified were not always realized because one or more institutions were offering the program but had not graduated students in 2014. Those programs are clearly identified in the table of Exceptionally High-Demand Programs.

118. For purposes of our analysis, desegregative potential refers to the relative degree to which a program is likely to attract significant and sustained white student enrollment at the HBIs.

119. A programmatic niche is a cluster of some combination of unique and typically high-demand programs along with a number of unique *or* high-demand programs within a specific curricular area that contributes to the academic programmatic identity of an institution.

## I. Statewide and Regional Comparison Groups

120. When analyzing program uniqueness, we analyzed unnecessary duplication at the statewide and regional levels. Each is useful in understanding the segregative effect of unnecessary program duplication.

121. Statewide duplication is important to examine inasmuch as it provides a window into the scope of the duplication in the system as a whole. It also reveals the extent to which an institution has a distinct identity related to their programs of study when compared to similar institutions within the system. In general, it will reveal the extent of programmatic imbalance in favor of the TWIs which, in turn, reveals the extent of the competitive disadvantage experienced by the HBIs in terms of enrolling other-race students.

122. Regional duplication is informative in that it reveals the extent to which an HBI competes with one or more TWIs within overlapping service areas for the same set of students. Again, while geographic proximity is relevant to this analysis, proximity alone is not determinative of an institution's primary competitors. In order to assess the desegregative potential of various programs, it is important to identify those institutions which create a competitive disadvantage for the HBIs.

123. For purposes of this analysis, two regional comparisons of program uniqueness were made. One compared the public TWIs and HBIs in the Baltimore/College

Park region, and the other compared the two public universities located on the Eastern Shore. These two sets of comparisons were selected because the universities in these respective areas are geographically proximate to one another and for the most part have overlapping service areas. A comparison of statewide and proximately unique, non-core programs, "Comparison of Statewide and Proximately Unique Programs at the HBIs and TWIs," is attached to this report as Exhibit 5.

124. When assessing the desegregative potential created by program uniqueness, we account for the fact that UMCP as the flagship institution plays a specific role within Maryland's system of higher education. As such, it enjoys a unique prestige and competitive advantage as the most selective institution in the state. Consequently, we determined that certain programs at the HBIs may still attract students of all races if the only other institution offering a duplicative or broadly similar program happens to be the flagship.[10] However, unnecessary duplication by a flagship will still produce segregative effects at HBIs with overlapping service areas.

125. With respect to UMUC, its role as the largest global provider of online programming creates unique challenges in terms of assessing and managing its competitive advantage over both HBIs and TWIs. As we discuss in greater detail later in this report, we attempt to account for that by circumscribing some of its ability to duplicate program offerings within the State of Maryland.

## J. Analysis of Unnecessary Program Duplication and Institutional Identity

126. Based on the evidence presented at trial, this Court has already determined that "[g]iven the multitude of regionally proximate institutions in Maryland, convincing expert analysis of the state of program duplication throughout Maryland, and the recognition of several State officials of the historic problem of program duplication, the Coalition has proven that unnecessary program duplication continues in Maryland, to the detriment of its HBIs, and is traceable to the *de jure* era." (Doc. 382 at 44).

127. In assessing whether there continues to be unnecessary program duplication and its effect on institutional identity we analyzed: (1) the extent to which unnecessary program duplication continues to exist between Maryland's HBIs and TWIs, and (2) whether the HBIs demonstrate meaningful programmatic uniqueness sufficient to give them an institutional identity beyond race.

128. We determined that unnecessary program duplication continues to be problematic for the HBIs in significant and enduring ways. First, as reflected in our updated 2014 Program Inventory, it is clear that the TWIs continue to have significantly more programs across all degree levels. The HBIs offer very few programs that students are unable to access at one or more of Maryland's TWIs. Consequently, the HBIs do not have distinct institutional identities.

[10] For example, this Court recognized that despite Morgan's overwhelmingly black enrollment, because it is one of only two public universities in Maryland (the other being UMCP) to offer Landscape Architecture and Architecture, in fall 2010 the white completion in those programs was high (83% and 33% respectively). (Doc. 382 at 56).

129. Moreover, the TWIs have been and continue to be better positioned to create new programs and establish dominance in other programmatic niches as a result of this programmatic disparity. This exacerbates the corresponding competitive disadvantage experienced by the HBIs and makes it nearly impossible for them to expand their programmatic offerings or enhance their institutional identity without duplicating programs already offered by the TWIs.

130. Based on our updated analysis, the number of both unique and high-demand programs at Maryland's HBIs continues to be insignificant when compared to the TWIs. A statewide comparison of unique, non-core programs (including high-demand programs) by degree level, there are a total of 396 unique programs at the TWIs and of those, 171 programs are both unique and high-demand. On the other hand, there are 60 unique, non-core programs at the HBIs and of those 10 are also high-demand. The TWIs have an average of 56.6 statewide unique programs and 24.4 statewide unique *and* high-demand programs per institution. Meanwhile, the HBIs have an average of 15 statewide unique programs and only 2.5 statewide unique *and* high-demand programs per institution.

131. Our updated regional analysis shows that in the Baltimore region, the TWIs have a total of 404 unique, non-core programs and 171 of those are also high-demand. The HBIs have a total of 48 unique, high-demand programs and 7 of those are also high-demand. On the Eastern Shore, the Salisbury has 32 unique, non-core programs of which 18 are high-demand. The HBI has 36 unique, non-core programs of which 15 are also high-demand.

132. More significantly, it is our opinion that these programmatic disparities produced by unnecessary duplication continue to have segregative effects and undermine the ability of the HBIs to cultivate a distinctive academic institutional identity.

133. In 1975, Morgan was designated as an urban university with doctoral granting authority. Forty years later, the university has neither the requisite programmatic/research profile nor the associated infrastructure to assume its proper role in promoting the social, economic cultural, environmental and intellectual life in the city of Baltimore and the Baltimore metropolitan area. The inventory of instructional programs is not sufficiently developed to fuel the kind of research that consistently informs public policy and otherwise facilitates improvements in education, transportation, public safety, health, housing and the overall ecology of urban communities, Instead, urban oriented curriculum is most often distributed among several contiguous institutions without the kind of synergy, quality and options that come with the "critical mass" in offerings, expertise or other resources. Building on the recommendations of the HBI Study Committee as adopted by the Bohanan Commission and the Maryland Higher Education Commission, Plaintiffs propose the expansion of programs and transfer of a select group of offerings to assist in the development of its institutional identity as an urban research institution.

134. Maryland's oldest Historically Black Institution and one of the ten oldest HBIs in the United States, Bowie's identity is rooted in its history as a teacher's college. It was established as a private school for elementary school teachers and became state-owned in 1908. Bowie was designated a four year teacher's college in 1938 and in 1951 expanded its program to train teachers at the junior high level. Ten

years later, it was granted permission to institute a teacher training program for secondary education. Bowie became a liberal arts college in 1963, but it wasn't until 1970 that it offered its first graduate degree, a master's in Education. Today, Bowie is a public university with a modest number of undergraduate and master's programs, and only two doctoral degrees. It has only a handful of programmatic concentrations including education, most of which are widely available at other institutions within the university system.[11] None represent niches that might distinguish it from other institutions in the Baltimore region. Not surprisingly given its highly circumscribed mission and narrow programmatic niches, Bowie has few unique and/or high demand programs. Bowie offers only 9 proximately unique programs and only 3 programs which are both unique *and* high-demand in the Baltimore area. Bowie has not yet cultivated an institutional identity anchored in meaningful academic offerings.

135. Coppin was also formed to train black elementary school teachers, although it operated as part of the black high school in Baltimore until 1909. In 1938, Coppin became a four year college, offering an undergraduate degree in education. In 1950, it became a state-owned institution, ultimately growing into a comprehensive college in 1970. It was finally designated an urban and residential university in 2004. Today, it remains primarily an undergraduate institution which seeks to address the challenges faced by the population in Baltimore's central city and immediate metropolitan area. Along with its community outreach programs, Coppin is cultivating niches in the liberal arts and professional fields such as education and nursing.[12] Coppin offers just ten graduate programs, and only one of its programs would be considered both unique and high-demand in the Baltimore region—a master's degree program in Rehabilitation Counseling. Only 1.4% of the students enrolled at Coppin in fall 2014 were white. It is our opinion that Coppin has not yet achieved an institutional identity beyond race.

136. The University of Maryland Eastern Shore is an 1890 Historically Black Land-Grant University. It has cultivated some academic niches and programs related to its mission as a land-grant university but only to a limited extent. In the field of agriculture, for example, it offers graduate level programs in food science and technology, but overall it offers a relatively modest number of programs in that niche.[13] Far more significant, UMES does not offer more than a few undergraduate programs[14] in the field of engineering—a field which, along with agriculture, is the keystone of the land-grant mission. Simply put, UMES does not yet reflect a land-grant institution in its program offerings across degree levels. Notwithstanding its relative lack of distinctiveness with respect to its land-grant program offerings, UMES does offer a number of unique programs in the region (some of which are high-demand programs) such as Pharmacy which has success enrolling students

[11] Bowie also has a number of program offerings in the general arts and sciences and business, primarily at the undergraduate level but also at the master's level.

[12] Coppin offers a Community Nursing Center and Fuld School of Nursing. According to its website, the offers a bachelor's in nursing and an accelerated nursing degree, as well as a bachelor's in registered nursing. It also offers a doctorate in nursing practice, a master's in science in nursing and a post-master's certification in nursing. See http://www.coppin.edu/schoolofnursing. Unfortunately, nursing is also available at a number of other institutions in the Baltimore area.

[13] UMES offers undergraduate degrees in general agriculture and agribusiness, and a master's in food and agricultural sciences in addition to the doctorate in food science and technology.

[14] UMES offers undergraduate degrees in engineering and engineering technology.

of all races.[15] Even so, for UMES to have an institutional identity beyond race, its land-grant mission must be more clearly reflected in its program offerings. In addition, while UMES offers a number of programs at the doctoral level,[16] in 2008 the HBI Panel concluded that its graduate programs showed a "substantial lack of comparability, and therefore the inability to be competitive" with Maryland's other graduate schools.[17]

137. The task now is to identify a set of educationally sound and practicable strategies which will establish a set of remedial options that will permit them to fulfill their mission and cultivate their respective institutional identities.

## K. Exhibits

138. Exhibit 1, CV for Dr. Clifton Conrad.

139. Exhibit 2, CV for Dr. Walter Allen.

140. Exhibit 3, "Plaintiffs' Revised Remedial Proposal and Recommendations" outlines our recommendations for specific programmatic niches and programs to be enhanced, added, and transferred at each of Maryland's four HBIs in order to establish a distinctive institutional identity at each of those schools.

141. [redacted]

142. Exhibit 4, "2014 Program Inventory," is a spreadsheet of all of the programs currently offered at the four Maryland HBIs disaggregated by program reflecting fall 2014 white enrollment and completion numbers and percentages. Exhibit 4 also incorporates our analysis of program uniqueness and demand, identifying those programs which are unique to the state, unique within their region. The spreadsheet also reflects whether a program has been identified as high-demand or exceptionally high-demand based on our definitions above.

143. Exhibit 5, "Unique Non-Core Programs (Including High-Demand Programs) by Degree Level in Three Comparison Groups," displays the number of programs that are unique and unduplicated statewide and across the two regional groups in Maryland.

144. Exhibit 6, "HBI Programs with Ten White Students," is a table which represents the HBI programs with at least ten white students enrolled using fall 2014 enrollment data provided by the State. Exhibit 6 also includes a table which identifies those

---

[15] The doctorate in pharmacy at UMES had 33 white students and 18.9% white enrollment in fall 2014.
[16] UMES offers seven programs at the doctoral level (two jointly), including physical therapy, pharmacy, organizational leadership, educational leadership, and food science and technology and marine-estuarine-environmental science and toxicology (jointly with UMB and UMBC).
[17] (PTX 3 at 18-19).

programs drawing a minimum of ten white students but are neither unique nor high-demand.

145. Exhibit 7, “Disproportionate Impact of Unique and/or High-Demand Programs,” is a table which represents the different categories of program by uniqueness and demand and the extent to which those programs are drawing higher levels of white enrollment at the HBIs. Underlying enrollment data is for fall 2014 and was provided by the State.

146. Exhibit 8, “HBI Programs with At Least White Students and 15% White Enrollment,” is a table which represents white enrollment in programs with at least 15 white students and 15% white enrollment using fall 2014 enrollment data provided by the State.

147. Exhibit 9, “Core Programs,” is a list of programs that are identified as part of the basic core curriculum at the undergraduate level.

148. Exhibit 10, “High-Demand Programs,” identifies those non-core programs that are high-demand across the Maryland system using the criteria described above.

149. Exhibit 11, “Exceptionally High-Demand Programs,” identifies those non-core programs that are exceptionally high-demand across the Maryland system using the criteria described above. As such, they offer positive desegregative potential.

150. [redacted]

151. [redacted]

152. [redacted]

153. [redacted]

154. [redacted]

155. Exhibit 18, “Materials Considered in Preparation of Expert Report,” identifies the resources and online resources we consulted and which formed the basis for our opinions about this matter.

## VI. THREE STRATEGIES TO ELIMINATE DUAL CURRICULUM STRUCTURE

### A. Introduction

156. Maryland is becoming an increasingly racially and ethnically diverse state in our nation, yet the signature feature of its HBIs continues to be their racial identity. In fact, the State acknowledged that Maryland's HBIs are neither diverse nor successful in attracting other-race students. (1/24/12 PM Trial Tr. 30 (Kirwan)). We propose three strategies to eliminate the remaining vestiges of segregation in Maryland's higher education system, each of which is aimed at cultivating and maintaining distinctive institutional identities at the HBIs.

157. It is our opinion that this approach offers great potential to desegregate the HBIs, a potential which has never been fully realized in Maryland or in other state systems. If fully implemented, we believe this proposal will increase equity and opportunity for all students, improve the quality and reputation of all institutions, and achieve greater efficiencies in the allocation of resources throughout the system.

### B. Recommendation: Cultivate Institutional Identity Through Programmatic Niches

158. In a unitary system, the HBIs have distinctive institutional identities. A successful remedial strategy must enhance the programmatic identity of the HBIs to ensure that each fulfills a distinctive role within a state's coordinated, cost-effective system of affordable, high-quality instruction.

159. Therefore, our primary recommendation to address unnecessary duplication is to cultivate the institutional identities of Maryland's HBIs by establishing programmatic niches at each institution. These niches must be developed and enhanced by establishing new high-demand programs, new unique programs, and programs that are at once high-demand and unique. Within each niche, a minimum of six new high-demand programs should be offered – including at least two at the graduate level.

160. Distinct programmatic niches comprised of unique and high-demand programs, especially programs which are *both* unique and high-demand, are fundamental to developing institutional identities that go beyond race. It is these programmatic niches – along with the programs housed within them – which can attract white students to HBIs.

161. This is because students are often attracted to an HBI because of a cluster or niche of programs which are aligned and offer overlapping courses and learning experiences across a broader field of study. Many undergraduate students decide to pursue a different major or course of study than they had originally intended when entering a college, and the ability to shift between related programs within a single niche can be highly attractive to prospective students.

162. It is important to emphasize that even though fewer students overall enroll in graduate than undergraduate level programs, students across degree levels are more likely to enroll at an institution with a programmatic niche *if* that institution has distinct niches with programs across all degree levels which are unavailable at geographically proximate institutions. This is because niches at the graduate and professional levels strengthen institutional identity and reputation. This, in turn, substantially increases the likelihood of white students choosing to enroll at the HBIs

at both the undergraduate and graduate levels.

163. Maryland must also address the existing inequality with respect to the number and degree level of program offerings between the TWIs and HBIs throughout the system. This is one reason why it is important to analyze the level of unnecessary duplication that continues to exist both at the statewide and regional level.

164. Because of the massive duplication which exists in Maryland and the limited number of unique programs available to be added at any institution, it became necessary as part of our remedy to propose new programs at the HBIs which might duplicate those already offered by geographically proximate TWIs. Unnecessary program duplication allowed the TWIs to move into and then dominate a number of curricular areas and fields of study. This made it extremely difficult to identify distinctive niches or academic programs which would be exclusive to the HBIs. As a result, to the extent it was necessary to propose new programs at the HBIs already offered at a TWI with an overlapping service area, we did so only to the extent that those programs would strengthen an existing or proposed niche, or which offered great desegregative potential given the high or exceptionally high- demand nature of that program.

165. For the same reasons, in order to mitigate the competitive advantage enjoyed by the TWIs, a limited number of programs at geographically proximate TWIs must also be transferred to the HBIs consistent with the proposed programmatic niches. This must occur in order to address the massive programmatic imbalance between the TWIs and the HBIs which has rendered it impossible for the HBIs to establish and maintain distinct programmatic niches. We therefore suggest a modest number of duplicative programs be transferred to the HBIs to establish a cluster of programs within a curricular niche. To the extent it was necessary to identify a discrete set of programs for proposed transfer to an HBI, we selected programs which offer high levels of desegregative potential and which the HBI has demonstrated capacity to absorb.

166. The targeted transfer of duplicative or broadly similar high-demand programs – especially exceptionally high-demand programs – from a TWI to a geographically proximate HBI can offer high desegregative potential. In fact, this Court recognized that, “It is also likely that the transfer or merger of select high-demand programs from TWIs to TBIs will be necessary.” (citing to 1/18/12 AM Trial Tr. 103 (Allen)) (Doc. 382 at 59).

167. Program transfer is consistent with the State’s constitutional obligation to dismantle the dual system and may be particularly compelling where the HBI is currently offering a few unique and high-demand programs within a programmatic niche, but the portfolio of discrete programs and degree levels are dispersed among multiple institutions. One example is engineering, where the discrete programs and degrees are dispersed between four institutions (UMCP, UMBC, Morgan and UEMS). Another might be teaching or education, which is offered at almost every institution at some degree level, but within which it is difficult to establish a specialty or niche at any individual institution.

168. It is our opinion that the identification of programmatic niches and programs to be established or transferred to Maryland’s HBIs should be guided by the following criteria or considerations designed to maximize their effectiveness in desegregating

these institutions. We took into account all of these considerations when formulating our proposal.

169. First, each program under consideration should contribute to strengthening a programmatic niche which enhances the distinctiveness of the institutional identity of the HBI, as well as the current and long-term opportunities in establishing new programs and transferring programs, while sustaining the viability of existing programs at the HBIs.

170. Second, to the extent possible, new and transferred programs should be both unique and high-demand (not duplicated at geographically proximate institutions). Programs that are both unique and high-demand can attract students of all races.

171. Third, even if new and transferred programs are not unique, these programs should be high-demand insofar as possible. Exceptionally high-demand programs, where demand greatly exceeds the number of available enrollments, tend to attract students of all races to an HBI.

172. Fourth, to the extent possible, programs should be unique in that they should not unnecessarily duplicate programs at geographically proximate TWIs. Unique programs can frequently attract students of all races, especially if they reinforce a programmatic niche.

173. Fifth, new or transferred programs should complement programs at the same degree level and establish a sustainable pathway across degree levels.

174. Sixth, programmatic niches and new or transferred programs should prevent mission creep and invite greater efficiencies and alignment throughout system.

175. Finally, the Court should consider local and regional labor market demand for certain programs and professional opportunities.

176. While program uniqueness and demand are strong indicators of desegregative potential, our research shows that a variety of other factors may influence student choice. All should be considered when determining the most effective strategy to influence student choice, consistent with sound educational policy and practicability.

177. Based on Dr. Conrad's research and review of data from a number of states, he has determined that high-demand programs are the single most important factor in terms of influencing student choice. Exceptionally high-demand programs at the graduate or professional level – like law, medicine or pharmacy – can be extremely important in terms of offering desegregative potential. Even when such programs are unnecessarily duplicated elsewhere in the state, they have proven to be extremely attractive to students of all races. Where there are a limited number of students admitted to a program (low supply), but the potential value of that degree is extremely high (high demand) this can overcome the reluctance a student might have toward enrolling in a minority serving institution.

178. Dr. Conrad's research shows that unique programs are also very important in terms of offering desegregative potential, and program uniqueness is particularly important when combined with high-demand.

179. Based on these findings, it is our opinion that individually and combined, program uniqueness and demand must provide the centerpiece of the proposed programmatic niches. However, to the extent that there are limited set of unique programs available, our remedy must contemplate a combination of program uniqueness and demand in an effort to achieve significant and sustained increases in white enrollment at Maryland's HBIs.

180. Other factors which may influence student choice include the following (individually and combined): prestige or positive reputation for quality; other-race scholarships or scholarships for all prospective students; low-cost tuition and fees; inclusive campus culture; positive image as a multiracial institution; active recruitment of other-race students; safe environment; positive relations with external community and professional constituencies.[18] A successful remedial plan should give some consideration to a combination of these factors and their individual and combined desegregative potential.

## C. Recommendation: Program Enhancement

181. As this Court has already previewed, enhancing the quality of current and newly developed programs at the HBIs "may be an effective additional and creative method of enhancing the HBIs' programs." (Doc. 382 at 60).

182. In order to anchor the proposed programmatic niches at the HBIs, it is our opinion that some enhancement of existing programs may be required. This may involve increasing current capacity or degree levels of specific programs within the proposed niche which may already be in high-demand and may already be attracting other-race students. Like the addition of new programs, enhancing existing programs may require targeted capital improvements and overall strengthening of the institution's infrastructure to improve program quality.

183. Consistent with the niches proposed, enhanced programmatic offerings must occur at both the undergraduate and graduate levels. In particular, the institutional identities of Morgan State and UMES must be strengthened by the introduction of new doctoral and advanced professional programs. Institutional identity at Coppin and Bowie may be strengthened by joint doctoral programs with one or more of the three doctoral-granting TWIs in Maryland.

---

[18] These findings are supported by Dr. Conrad's visits to approximately forty HBIs over the past thirty years. These findings are also consistent with his analysis of enrollment and completion data for Maryland's HBIs, as well as his three-year study of Minority Serving Institutions published in March 2015 and available at http://www.hup.harvard.edu/catalog.php?isbn=9780674736801.

184. Enhancement can be particularly effective where an institution has demonstrated the capacity, expertise and accreditation to offer and grow that program and the program is already drawing a substantial number of other-race students.

185. For example, according to Dr. Juliette Bell, President of UMES, the doctorate in Pharmacy is an oversubscribed program and turns away many applicants each year due to its limited capacity. (Doc. 406-1 at 44). This program is unique on the Eastern Shore, and is exceptionally high-demand. In the fall of 2014, 33 of the 175 students enrolled or 18.9% of the students in that program were white. The same might be said of the doctorate in Physical Therapy at UMES, which is unique to the Eastern Shore, and represents one of the most integrated programs on that campus. In fall of 2014, 42 of the 88 students or approximately 47.7% of enrollment in that program was white. Similarly, UMES offers a master's in Rehabilitation Counseling which is unique to the region and high-demand. That same year, 6 of the 35 students or 17.1% of the enrollment was white.

186. Joint or collaborative program might offer another opportunity to enhance the quality and availability of programs at an HBI. Where a TWI offers a very high-demand program not currently available at a nearby HBI, some consideration should be given to replacing those with joint programs. Establishing joint programs will also require new resources including faculty, staff, student support and facilities to ensure that program is successful.

187. While joint or collaborative programs can offer desegregative potential within the proposed programmatic niches, it is our opinion that in general they have limited independent desegregative potential. Indeed, by definition, a joint program offers little in terms of establishing a distinctive institutional identity at the HBI. It is often challenging to ensure that faculty and staff at the respective campuses are able to devote the resources necessary to ensure the success of that program over time. Moreover, developing cross-cultural learning experiences can be challenging.

188. It is our opinion that the experience in other states demonstrates the limitations of joint or cooperative programming in terms of attracting white students to an HBI. The court in Alabama encouraged cooperative programming between the HBI and TWIs in programs such as business, education and allied health. These cooperative arrangements did not eliminate duplicative programs and instead relied on cross-enrollment between programs at the two schools which did not lead to significant or sustained increases in white enrollment at the HBI.

## D. Recommendation: Revise Program Approval Process

189. The final strategy to dismantle Maryland's dual system of higher education requires the State to restructure the process by which institutions propose and secure approval for new programs. Maryland must develop a program approval process that ensures ongoing progress – from the present to the foreseeable future – toward Maryland becoming a unitary system. This requires Maryland to avoid the introduction of new programs in the TWIs that unnecessarily duplicate programs at geographically proximate HBIs.

190. The current statutory regime gives MHEC the authority to assess and eliminate existing *unreasonable* duplication – as opposed to *unnecessary* duplication –

within Maryland's higher education system.[19] This permissive rather than mandatory authority has failed to prevent unnecessary program duplication. Instead, as recognized by this Court, the regulatory process have essentially *exacerbated* the duplication which has contributed to the racial identifiability of Maryland's HBIs. (Doc. 382 at 50).

191. As this Court noted, in 2012 Maryland amended its regulations to specifically include an analysis of the "[e]ducational justification for the dual operation of programs which are broadly similar to unique or high-demand programs at the HBIs."[20] As a result, this has allowed the State to approve a proposed program which has an "educational" justification rather than requiring MHEC to consider whether there is a less segregative alternative available to meet the State's legitimate educational needs.

192. Based on our analysis, it is our opinion that unnecessary program duplication continues to be a serious problem and has frustrated efforts to achieve a unitary system. This has led to the limited number of unique programs at Maryland's HBIs. As this Court has already found, uniqueness is highly influential in terms of an institution's ability to compete for students, and extensive unnecessary program duplication continues to limit the competitiveness of the HBIs. (Doc. 382 at 59).

193. Equally concerning, the program approval process fails to account for the harm caused by the "dilution" of institutional identity created when TWIs are permitted to offer broadly or thematically similar (even if not identical) programs also available at a geographically proximate HBI.

194. Indeed, the competitive advantage the TWIs experience by moving into and quickly dominating a programmatic niche erodes the ability of an HBI to compete for students, but it also constrains an HBI's ability to establish the capacity within a programmatic niche which might elevate its institutional identity.

195. Much of the mission creep in Maryland has been produced by this ability of the TWIs to offer programming similar to – even if not identical to – the programs offered by a geographically proximate HBI.

196. For example, this Court seemed to recognize the threat posed to Morgan by Towson's ability to expand its "thematically similar program offerings." (Doc. 382 at 30). Similarly, although Morgan was specifically authorized to specialize in computer engineering, MHEC allowed UMBC to offer a degree in electrical engineering that allowed it to compete for students who might not differentiate between specific degrees within a related field or niche. Consequently, MHEC created the "mess in Baltimore" by tolerating this mission creep. (Doc. 382 at 30).

197. Mission creep is linked to the overall programmatic imbalance between the HBIs and the TWIs. This Court agreed that because the HBIs are disproportionately affected by excessive duplication, mission creep harms them more, and

[19] Md. Code Ann., Educ. Sec. 11-206(e)(4) provides that MHEC "*may* make a determination that an *unreasonable* duplication of programs exists on its own initiative or after receipt of a request for determination from any directly affected public institution of postsecondary education." (emphasis added).
[20] COMAR 13B02.02.09(C)(2)(g). (See Doc. 382 at 52, n. 12).

determined that evidence of this programmatic imbalance is better assessed in the context of unnecessary program duplication. (*See* Doc. 382 at 29).

198. Moving forward, the program approval process must limit the ability of TWIs to offer new programs which may not duplicate an existing program offered by an HBI but which still clearly infringes upon a programmatic niche at that school, thereby limiting the ability of the HBI to protect its institutional identity.

199. Joint or collaborative programs might also mask this type of problematic mission creep. In the past, MHEC permitted UMCP to offer new programs in partnership with other institutions which has ultimately allowed those institutions to develop the capacity to offer robust programs that compete with similar programs at the HBIs. One specific example is the fact that UMCP was authorized to offer engineering at UMBC, which led to UMBC developing its own independent engineering program that now competes with Morgan for students across degree levels.

200. History has shown that extensive written rules, guidelines and agreements have not prevented unnecessary duplication in Maryland. Progress has been slow, uneven and often reversed. Due to lax oversight and failure to adhere to those commitments, Maryland has tolerated the ongoing duplication that has perpetuated the persistent segregation at its HBIs. Given the inability or unwillingness to address this duplication, we recommend an accountability and enforcement mechanism to ensure progress toward a unitary curriculum structure.

201. One option would be to introduce a “desegregation impact analysis” similar to the process adopted in Tennessee. There, a 2001 consent decree obligates the Tennessee Board of Regents and the Tennessee Higher Education Commission to approve and terminate programs consistent with the state’s programming plan. In addition, it provides that new programs proposed by an institution must be assessed to determine if there is discernible negative effect on a competing HBI.[21]

202. Oversight should be provided by a court-appointed “Special Master” or “Expert Committee” charged with monitoring and approving USM actions involving the creation of new, transferred or modified academic programs at the TWIs which duplicate courses, programs, and programmatic niches identified or contemplated at the HBIs. This oversight body should receive quarterly reports from MHEC and certify compliance with this Court’s remedial order. The initial term for oversight would be 15 years with the Court’s option to renew or extend that period.

203. There is precedent for an Independent Monitor or Monitoring Committee to ensure full compliance with and implementation of the remedial proposal. Some independent oversight was part of the remedial proposals in Mississippi,[22] Alabama,[23] Louisiana,[24] and Tennessee.[25]

[21] See *Geier v. Sundquist,* 128 F. Supp. 2d 519 at 534-35 (M.D. Tenn. 2001).
[22] See *Ayers II,* 879 F. Supp. at 1494 (Monitoring Committee).
[23] See *Knight II,* 900 F. Sup. At 368-69 (Long Term Planning and Oversight Committee).
[24] See Louisiana Settlement Agreement at 24-25 (Monitoring Committee) (Doc. 406-1).
[25] See *Geier,* 128 F. Supp. 2d at 546 (Monitor).

## VII. DESEGREGATIVE POTENTIAL OF PLAINTIFFS' REMEDIAL PROPOSAL

### A. Introduction

204. At the outset, it must be emphasized that scientific analysis cannot prove or disprove the desegregative potential of establishing institutional identity at the HBIs. Based on our research and expertise, we anticipate that a meaningful level of desegregation will be produced by clustering unique, high-demand programs within distinct programmatic niches. To our knowledge, however, this is a promising strategy which has never been adopted or implemented in any state. As a result, data is unavailable for a quantitative analysis to measure its success in achieving sustained levels of desegregation at an HBI.

205. At a minimum, however, it is our opinion that the State's analysis does *not* disprove the desegregative potential of programmatic niches. In fact, the State's analysis ignores the importance of institutional identity and programmatic niches in terms of dismantling a dual system of higher education. Instead, it's response to Plaintiffs' proposal focuses very narrowly upon one aspect of Plaintiffs' strategy – unique, high-demand programs.

206. Assessing the desegregative potential of Plaintiffs' remedial recommendations involves a nuanced analysis of student choice. Consequently, we have identified a number of factors which may influence a student's decision about where to enroll. We have attempted to analyze the factors that may *currently* account for the desegregative potential of certain programs and niches, as well as project what might influence the decision to enroll in a particular program in the *future*. However, it is not possible to measure with any degree of certainty the precise extent to which any one factor is responsible for influencing student choice.

207. Even so, our analysis *does* demonstrate that Maryland's HBIs continue to be highly segregated and lack meaningful programmatic uniqueness. In other words, it is our opinion that the four HBIs continue to be racially identifiable and lack an academic institutional identity separate and apart from race. Our analysis also confirms that Maryland's HBIs (both collectively and individually) have extremely few niches or unique, high-demand programs.

208. We do have the benefit of the historical experience in Maryland which demonstrates that unnecessary program duplication has exacerbated segregation at the HBIs. There are several examples of unnecessary program duplication undermining and reversing the desegregative potential offered by unique, high-demand programs and contributing to significant and steady declines of white students enrolled within those duplicated programs. In many instances, unnecessary duplication of programs by a geographically proximate TWI resulted in or directly contributed to the loss of white enrollment at the HBI.

209. We also have the experiences of other states which have relied primarily on discrete new programs – some unique, some high-demand, none of them clustered around a programmatic niche – to desegregate their HBIs. The lessons learned from their experiences are consistent with our theory that the random addition of new programs – even if unique or high-demand – are unlikely to lead to meaningful increases in white enrollment where those programs are *not*

clustered within a distinct programmatic niche and do not contribute to the institutional identity of the HBI.

**B. Institutional Identity and Programmatic Niches are Essential to Desegregation**

210. As explained above, in a unitary system of higher education the HBIs have a distinctive institutional identity anchored in a meaningful number of unique, high-demand programs organized around programmatic niches. Unique, high-demand programs offer great desegregative potential. A comprehensive analysis of available data confirms that unique and high-demand programs can be highly effective in generating white student enrollment at Maryland's HBIs, and the greatest desegregative potential may be achieved by offering non-core programs at HBIs which are *both* unique and high-demand.

211. It is our opinion that clustering these programs around programmatic niches amplifies their desegregative potential. We predict that over time, this strategy will enhance the identity and prestige of HBIs and will overcome the reluctance of many students to enroll at a racially identifiable institution.

212. Ignoring this fundamental relationship between niches and institutional identity likely contributed to the past failure of new programs to desegregate the HBIs both in Maryland and in other states. However, the degree to which niches might amplify the desegregative effect of unique, high-demand programs cannot be tested without a meaningful sample of programs which have reported enrollment data before and after the adoption of such a strategy.

213. To the extent that Dr. Lichtman concluded that unique, high-demand programs offer minimal desegregative potential, we assert that he misunderstood Plaintiffs' remedial proposal. He ignored the recommendation to enhance institutional identity through the creation of programmatic niches. Furthermore, Dr. Lichtman misconstrued Dr. Conrad's analysis of program uniqueness and focused more narrowly on non-duplicated programs. By doing so, he severely underestimated the desegregative potential of program uniqueness. In addition, Dr. Lichtman's methodology is flawed in a number of aspects. Those flaws are reviewed in more detail later in this report.

214. For purposes of our analysis, we wanted to analyze the extent to which a program at an HBI is likely to attract student of all races. After analyzing white enrollment at Maryland's HBIs using fall 2014 enrollment data, we elected to assess meaningful white student enrollment in a program using a minimum of ten white students as a benchmark. This admittedly low number is a function of the overall low white enrollment at both the institution and program level in all four of Maryland's HBIs. However, we set this criteria in order to capture a sufficient number of programs to conduct our analysis of desegregative potential and student choice. Setting a higher minimum number of white students would not have allowed us to identify a reasonable sample size of programs to analyze.

215. When analyzing fall 2014 enrollment data at the HBIs in Maryland, we identified 34 programs with at least ten white students enrolled.[26] This represents only 14.5% of all programs offered at all four HBIs.[27] Of those programs, 31 are either unique or high-demand, 16 are unique to the region,[28] and 25 programs are high- demand. Of these programs, 10 are both unique *and* high-demand. This means that of this relatively small set of programs enrolling at least ten white students, approximately 91.2% are either unique *or* high-demand, 47.1% are unique, and 73.5% are high-demand. Moreover, approximately 29.4% are both unique *and* high-demand. This confirms that there are very few programs overall that are enrolling ten or more white students but more importantly, the data are consistent with Plaintiffs' general remedial theory that program uniqueness and demand (alone but also combined) can contribute to and are associated with racial diversity. See Exhibit 6, "HBI Programs Enrolling 10 or More White Students."

216. Within this same set of programs, we identified three programs which enroll at least ten white students even though they are *neither* unique *nor* high-demand. However, one of these programs appears to be a core program at the bachelor's level which may draw high overall undergraduate enrollment (including but not limited to white enrollment) but generally does not offer desegregative potential as by their definition they are available at all institutions. Moreover, one of those programs is a joint degree, which also offers limited desegregative potential.[29] As a result, of the three programs which enrolled at least ten white students and are neither unique nor high-demand, one is a joint program, one is only duplicated by the flagship UMCP, and the other is an undergraduate core program, thereby confirming that programs which are neither unique nor high-demand appear to offer less desegregative potential. See Exhibit 6, "HBI Programs Enrolling 10 or More White Students."

217. We also reviewed fall 2014 enrollment data for programs at all four HBIs in Maryland with at least 15 white students enrolled *and* at least 15% white enrollment. Again, we set these criteria in an attempt to analyze the extent to which a program at an HBI is likely to attract student of all races using a variety of metrics. These criteria reflect the overall low white enrollment at both the institution and program level in all four of Maryland's HBIs. However, we set these criteria in order to capture a sufficient number of programs to conduct our analysis of desegregative potential and student choice. Setting a higher benchmark would not have permitted us to identify a reasonable sample size of programs to analyze. See Exhibit 8.

218. There were only ten programs that met both of those criteria, which represents only 4.3% of the total number of program offerings at all four HBIs.[31] All ten

---

26 For this analysis, unique programs are either unique within the state or region. There are 34 programs which meet this criteria but because 4 programs are either core or a joint degree, they were not relevant to an analysis of desegregative potential.

27 There are a total of 235 programs offered at all four HBIs as of fall 2014.

28 Programs which are unique to the state are by definition also unique to the region. For purposes of this analysis, we are therefore referring to programs which are both unique statewide and unique to the region.

29 The master's in Teaching is a joint degree between UMES and Salisbury.

31 There are a total of 235 programs offered at all four HBIs as of fall 2014.

programs which met these criteria were offered either at UMES or Morgan, five at the graduate level. White enrollment in these ten programs ranged from 17.5% to 56.1%, which represents a significant level of white enrollment when compared to the vast majority of other programs offered by the HBIs. See Exhibit 8.

219. Of those ten programs enrolling at least 15 white students and with at least 15% white enrollment, eight programs or 80.0% are unique within that region.[32] Moreover, another two of those programs are only duplicated by the flagship UMCP.[33] Because UMCP is extremely selective and enjoys a unique prestige associated with its flagship status, there are geographically proximate programs which may still enroll higher numbers or percentages of white students even though that program is also offered at UMCP. In other words, essentially *all* of these programs (enrolling at least 15 white students and showing at least 15% white enrollment) are either proximately unique or only duplicated by the flagship. Half of them are high-demand. Five programs or 50.0% are *both* unique and high- demand. This is consistent with Plaintiffs' remedial theory which anticipates that unique, high-demand programs combined with unique *or* high-demand programs, have the potential to enroll significant numbers of white students. See Exhibit 8, "HBI Programs That Have 15 or More White Students Enrolled, and 15% or More White Enrollment."

220. Our analysis further revealed that unique, high-demand programs account for a markedly high percentage of white enrollment. There are 22 programs at all four of the HBIs which are *both* unique to the region *and* high-demand. These programs only account for 9.4% of the 235 total programs offered at the HBIs, yet they account for 27.1% of white enrollment. This means that they are 2.9 times as likely to attract white students.

221. For example, the doctorate in Physical Therapy at UMES is proximately unique as well as high-demand. In fall 2014, it attracted the largest number of white students (42 students or 47.7% white enrollment) of any program at any HBI. Similarly, the doctorate in Pharmacy at UMES is unique in the Eastern Shore region and exceptionally high-demand and enrolled a high number of white students (33 white students or 18.9% of white enrollment).

222. This is consistent with Plaintiffs' assertion that the *greatest* degree of desegregative potential is often created by programs which are *both* unique and high-demand. In other words, the likelihood that unique, high-demand programs will attract students of all races is exceptionally high and offers one of the most effective strategies to diversify student enrollment at an HBI.

223. Our analysis shows uniqueness is also highly relevant to a program's ability to attract white students. There are 86 programs at the four HBIs which are proximately unique. This means that 36.6% of all of the 235 HBI programs are unique within a designated geographical region (Baltimore or the Eastern Shore).

---

[32] By definition, programs which are unique statewide are also unique in their region. For purposes of this analysis, if a program is defined as proximately unique it is both unique to the state and region.
[33] Morgan's master's in Architecture and bachelor's in Nutritional Science are not unique in the Baltimore region but those programs are only duplicated by UMCP. The Architecture program enrolls 50.0% white students and the Nutritional Science program enrolls 17.5% white students.

We determined that 48.2% of the 1,024 white students attending the four HBIs are enrolled in one of these unique programs. This is significant because it means that just under half of the white students attending an HBI in Maryland are enrolled in one of these proximately unique programs. See Exhibit 7, "Disproportionate Impact of Programs."

224. For example, the bachelor's in Construction Management at UMES is a proximately unique program that does not also qualify as high-demand. In fall 2014, that program had 19 white students who represented 28.8% of its overall enrollment. The bachelor's in Elementary/Special Education at UMES is another unique program which is not considered high-demand. In fall 2014, that program enrolled 19 white students which represented 42.2% of its overall enrollment. This is consistent with Plaintiffs' remedial proposition that unique programs, even if not considered high-demand, offer some meaningful desegregative potential.

225. Therefore our analysis suggests that proximately unique programs offer important desegregative potential. Proximately unique programs are approximately 1.4 times more likely to enroll white students who elect to attend an HBI. In other words, white students are almost 1.5 times more likely to be enrolled in a program which is proximately unique, which is persuasive that uniqueness is highly relevant to the ability of a program to attract white students. See Exhibit 7, "Disproportionate Impact of Programs."

226. We also found high-demand programs can offer desegregative potential. There are 94 high-demand programs offered at the four HBIs. This means that 40.0% of programs at Maryland's HBIs are high-demand. Meanwhile, our analysis showed that 60.3% of the white students enrolled at one of Maryland's HBIs in fall 2014 were enrolled in a program that we designated as high-demand. This is significant in that nearly two thirds of the white students who opt to enroll at an HBI are enrolled in a high-demand program.

227. For example, the bachelor's in Early Childhood Education at Bowie is a high-demand but duplicated program. In fall 2014, that program enrolled 11 white students which represented 10.0% of that program's enrollment and is significantly higher than the overall 3.5% white enrollment at Bowie.

228. High-demand programs are 1.5 times more likely to enroll white students who are attending one of the HBIs. This is informative in that high-demand programs (even when not unique) may offer desegregative potential. This supports Plaintiffs' remedial proposition that demand can positively influence the racial demographic of a program, but offers more desegregative potential if a program is also unique. See Exhibit 7, "Disproportionate Impact of Programs."

229. Exceptionally high-demand programs can also contribute to program diversity, especially for specific campuses. Coppin has a total of 44 programs, and only 12 of those programs are exceptionally high-demand.[34] This represents 27.3% of its overall academic portfolio. Coppin only enrolled 45 white students in fall 2014,

[34] For purposes of this analysis, the joint program in Social Work with UMBC was excluded given our opinion that such programs offer limited desegregative potential. Indeed, that program enrolled less than 1.0% white students in fall of 2014.

which accounts for the extremely low overall percentage of white enrollment at that institution. However, there are 24 white students enrolled in those exceptionally high-demand programs. This means that 53.3% of the white students at Coppin are enrolled in one of those exceptionally high-demand programs such that white students are more than twice as likely to be enrolled in one of those exceptionally high-demand programs.

230. For example, none of Coppin's programs enroll more than 8.0% white students. However, the exceptionally high-demand (although duplicated) bachelor's in Management Information Systems had 5.9% white enrollment in fall 2014, which is significantly higher than the 1.4% overall white enrollment at that campus. Similarly, the duplicated but exceptionally high-demand bachelor's in Accounting at Coppin had 5.0% white enrollment that same year. Therefore, it is important to individualize the remedy to the specific needs and circumstances of each of the HBIs. For Coppin, which may experience unique challenges establishing niches or a unique academic institutional identity, exceptionally high-demand programs may be an effective method of producing meaningful levels of desegregation, to the extent this reinforces a designated niche. See Exhibit 7, "Disproportionate Impact of Programs."

231. In spite of the small number of programs which are *both* unique and high-demand, when those programs are combined with those that are *either* unique or high-demand and *exceptionally* high-demand, together they can contribute a disproportionately high number of white students enrolled at the four HBIs. This concept of amplified desegregative impact is central to Plaintiffs' remedial strategy which recognizes the tremendous desegregative potential offered by clustering such programs around an academic niche.

232. Because programs which are either unique *or* high-demand offer some desegregative potential, we recommend that Maryland identify those programs likely to attract students of all races (those which are high-demand) and then magnify the desegregative potential by identifying, where possible, those high-demand programs which are also unique. That being said, our analysis confirms that there are very few programs within Maryland's program inventory which can be said to meet both of those criteria.[35]

233. Our analysis shows the ability of programmatic niches to contribute to institutional identity and influence student choice. For example, the bachelor's in Architecture & Environmental Design, master's in Architecture and master's in Landscape Architecture at Morgan offer related programs across degree levels and can be viewed as a programmatic niche. In fall 2014, the bachelor's in Architecture & Environmental Design had 14.9% white enrollment, the master's in Architecture had 50.0% white enrollment, and the master's in Landscape Architecture had 52.2% white enrollment. All of those programs are unique but for duplication by the flagship UMCP. This is consistent with Plaintiffs' proposition that related programs across degree levels, clustered together, can establish a niche capable of attracting students of all races even where there may be some degree of duplication.

---

[35] There are 181 such programs currently reflected in the 2014 inventory and 171 of them are at the TWIs.

234. Similarly, while the overall white enrollment at Bowie is low, some of its programs most successful in attracting white students are associated with its historic identity as a teacher's college. Ten of the 13 top programs with the highest percentage white enrollments for fall 2014 are associated with education. These include the master's in Teaching (40.0% white enrollment), master's in Special Education (35.3% white enrollment), master's in School Psychology (28.6% white enrollment), the master's in Reading Education (19.1% white enrollment), and master's in School Counseling (17.5% white enrollment). Each of these is significantly higher than Bowie's 3.5% overall white enrollment for that same year.

235. Similarly, a number of programs associated with UMES's land-grant mission have high levels of white enrollment. These include the bachelor's in Human Ecology (13.1% white enrollment), bachelor's in Engineering (13.6% white enrollment), and master's in Engineering Technology (12.5% white enrollment). This also shows the significance of clustering related programs within a programmatic niche consistent with that institutional identity. Academic programs which have the potential to elevate the reputation and visibility of an institution in turn makes that institution much more attractive to students.

236. Even so, our program inventory reveals the extent to which the TWIs have acquired institutional identities by dominating programmatic niches at the expense of the HBIs. For example, a review of the programs associated with Agriculture confirm that UMCP dominates this niche and offers related programs across degree levels.[36] Within the same set of CIP codes, UMES only offers Agriculture at the undergraduate level, Agribusiness at the undergraduate level, and Food Science at the master's and doctoral level. UMES's identity as a land grant institution has never been fully realized in sharp contrast to the identity UMCP, the state's other land-grant institution.

237. Morgan's experience in the field of engineering is also informative. It shows the challenges facing an HBI in attracting a diverse student enrollment when programs within a niche are dispersed across multiple institutions. As this Court recognized, much of the mission creep which has pervaded Maryland's system of higher education is created by the fact that the TWIs have been permitted to develop programming which is similar – even if not always broadly similar to – to those offered by a geographically proximate HBI.

238. For example, Towson's expansion into "thematically similar program offerings" compromised Morgan's ability to attract white students. (See Doc. 382 at 30). In addition, there is no question that while offered at multiple institutions, UMBC dominates the field of engineering.[37] Even ignoring the engineering programs

---

[36] Agricultural programs offered by UMCP include Agriculture Science and Technology, Plant Sciences at all degree levels, Agriculture & Resource Economics at all degree levels, Animal Sciences at all degree levels, Nutrition & Food Science at the undergraduate and graduate levels, Crop Science at the undergraduate and graduate levels, Horticulture at the undergraduate and graduate level, Soil, Water and Conservation.

[37] UMBC offers a bachelor's in Engineering as well as Pre-Engineering, a doctorate in Aerospace Engineering, Chemical & Biochemical Engineering at both the master's and doctorate levels, a bachelor's in Chemical Engineering, Environmental Engineering at both the master's and doctorate levels, an undergraduate in Computer Engineering, a master's in Electrical Engineering with UMCP, Mechanical Engineering at all levels, a master's in Systems Engineering. Within the same set of CIP codes, Morgan

offered by UMCP and other schools in the Baltimore area, the level of competitive advantage experienced by UMBC in this field is indicative of what transpires when TWIs dominate a programmatic area. Because students may not distinguish between these broadly similar programs, this makes it difficult for Morgan to establish a distinct programmatic identity.

239. We therefore recommend that the State establish institutional identity at each of its HBIs anchored in a meaningful number of unique, high-demand programs – along with high-demand programs (which are not unique) and unique programs (which are not high-demand) organized around programmatic niches. This represents an educationally sound and practicable set of remedial strategies to ensure that each institution fulfills a distinct role within the state's coordinated, cost- effective system of affordable, high-quality instruction.

## F. Precedent for Establishing Institutional Identity Through Programmatic Niches

240. This Court has already recognized the importance of institutional prestige in overcoming the reluctance that white students may have to enrolling at an HBI. In discussing the ongoing segregative effect of unnecessary program duplication, the Court referenced the way in which duplication can affect enrollment at the HBIs because of student perception about those programs. (Doc. 382 at 53-54).

241. At trial, the State's own expert, Dr. Donald Hossler, conceded that it is a challenge for the HBIs to attract other-race students, in large part because comparability and competitiveness influences student choice. (2/6/12 PM Trial Tr. at 53, 56 (Hossler)). Dr. Hossler also testified that the number of non-duplicated programs is relevant to an institution's ability to attract more students. (2/6/12 PM Trial Tr. 63 (Hossler)).

242. The State has already recognized the relevance of institutional identity and clustering institutional functions. Going back several decades, in various reports and through various commissions, the State acknowledged that to desegregate the HBIs they needed to become comparable and competitive in order to compete for students of all races and provide those students with an equal education.

243. For example, the 1937 Soper Commission noted that "several institutions of both the white and Negro groups are undertaking to perform the same cluster of functions" to the detriment of HBIs. (Soper Commission Report, PTX 17 at 56). In addition, MCHE's Cox Task Force proposed ways to "enhance the role and image of predominantly black public colleges in Maryland." (Cox Task Force Report, PTX 22 at 1). The Cox Task Force determined that Maryland's HBIs needed to "develop the ability to compete despite disparities." As a result, it specifically recommended that the HBIs "*develop [their] own specialty areas or programs within the total state system* that will broaden the appeal of the institution to a more diverse student body." (emphasis added) (Cox Task Force, PTX 22 at 20-21).

---

offers a master's and doctorate in Engineering, a bachelor's in Civil Engineering, Electrical Engineering at both the undergraduate and graduate level, a bachelor's in Engineering Physics, a bachelor's in Industrial Engineering and a master's in Operations Research.

244. The U.S. Department of Education identifies program uniqueness and institutional identity as a remedy for unnecessary duplication. As reflected in the 2000 Partnership Agreement between Maryland and OCR, the State agreed that a remedy for unnecessary duplication likely includes both avoidance of such duplication in the future and the *expansion of mission and program uniqueness and institutional identity at the HBIs*. (emphasis added) (Partnership Agreement, PTX 8 at 73). As part of the Agreement, Maryland committed to take steps to ensure that “new unique, high demand and other programs are approved” for the purpose of promoting “institutional competitiveness.” More significantly, that Agreement recognized the relationship between institutional competitiveness and the ability of the HBIs to attract students of all races. (PTX 4 at 36-37).

245. This opinion was shared by the HBI presidents at that time. In a letter assessing the State’s progress toward implementing those commitments outlined in the 2000 Partnership Agreement, the four HBI presidents noted that the HBIs required unique institutional missions and programs and needed to offer attractive academic programs without undue duplication at nearby campuses. (2005 HBI Letter, PTX 13 at 3,8).

246. Maryland’s 2009 State Plan also recognized the need to invest “substantial additional resources” in the HBIs in order for them to be “comparable” and “competitive with the TWIs. (2009 Maryland State Plan, PTX 1 at 30-31). Maryland acknowledged that substantial additional resources would be necessary to ensure the HBIs are comparable in “recruiting, retaining, and graduating an academically, racially, culturally, and ethnically diverse student body.” (2009 Maryland State Plan, PTX 1 at 31).

247. As the Court observed, MHEC itself recognized that mission creep is a problem across the state system of higher education, undermining the competitiveness and uniqueness of each institution. (Doc. 382 at 29).

## C. Duplication in Maryland Exacerbated Segregation at the HBIs

248. There is no formula or test to determine the desegregative potential of unique, high-demand programs, or the extent to which that potential is amplified when those programs are clustered programmatic niches. However, we can offer a set of observations informed by data and substantial evidence which demonstrates that unnecessary program duplication has contributed to the ongoing segregation at Maryland’s HBIs.

249. It is our opinion that this lack of meaningful programmatic uniqueness has contributed to the lack of institutional identity at the HBIs, creating a situation where “absent academic missions that are explicit[ly] assigned to the HBIs . . . those are just schools that are labeled as, and perceived as, the black schools.” (citing to 1/18/12 AM Trial Tr. 66 (Allen)) (Doc. 382 at 52-53).

250. Contrary to the State’s arguments, student demographics do not adequately explain the current low levels of white student enrollment at the HBIs. Rather, there is substantial evidence that unnecessary program duplication contributes to the racial identifiability of Maryland’s HBIs. In Maryland, historical data shows that unnecessary program duplication undermines the ability of the HBIs to attract students of all races. Consequently, this Court has already found that unnecessary

program duplication has had "independent segregative effects" and that in order for racial desegregation to occur at the HBIs they must offer programs not offered at the TWIs. (Doc. 382 at 12).

251. At trial, Dr. Popovich testified that he analyzed patterns of white student enrollment at Maryland's HBIs over a forty-year period. In 1972, when Maryland's HBIs had a greater number of unique, high-demand academic programs (particularly at the graduate level) those institutions enjoyed greater white enrollment. He concluded that as the number of unique, high-demand programs at the HBIs declined, so did their numbers of white students. (1/5/12 AM Trial Tr. at 3-4, PTX 184 at 1).

252. Declines in white enrollment at the HBIs cannot be explained by a generalized decline in white student enrollment throughout the university system. While white enrollment did decline between 1990 and 2000, since that time the white population in the university system has "relatively steadily gone up, though at a slow pace." (1/25/12 AM Trial Tr. 27-28).

253. Yet, there has been an intensification of the racial identifiability of the HBIs over the past twenty years. As this Court observed, Maryland's HBIs are more racially identifiable today than they were in 1970, the year after *de jure* segregation formally ended in Maryland. (citing 1/10/12 AM Trial Tr. 38-39 (Conrad)) (Doc. 382 at 52-53). The Court agreed that this intensification is "a result of, in part, the unnecessary program duplication that pervades Maryland's system of higher education because, in the absence of a competitive academic advantage, non-black students have less of an incentive to enroll in what is otherwise perceived as a school for black students." (Doc. 382 at 52-53).

254. The segregative effect of duplication was confirmed by other evidence, including the decreasing white enrollment at the HBIs following duplication. For example, in 1972, white students attending the HBIs accounted for over 8% of the total white graduate or professional students attending public campuses statewide. In October 2009, only 2% of the white students pursuing advanced degrees are enrolled at an HBI. This represents a 56% decrease. (PTX 184 at 1).

255. In 1994 Towson was approved to offer a master's in Computer Science that Bowie was approved to offer in 1984. White enrollment in 1994 was 23 at Towson and 119 at Bowie. By 2008, Towson enrolled 101 white students while Bowie enrolled only 9.[38] This shows meaningful levels of white enrollment in programs prior to duplication, and subsequently very significant drops in white enrollment. Such evidence is consistent with the general proposition that unique programs can contribute to attracting students of all races.

256. Similarly, the master's in Teaching was offered by Morgan, Coppin, and Bowie. In 2002, UMBC was approved to offer that same degree. In 2003, white enrollment in that program at UMBC was 48 and increased to 90 by 2008. During that same time period, the white enrollment at Morgan decreased from 12 white students to 2, at Coppin white enrollment dropped from 35 white students to 19 white students,

[38] PTX 466, PTX 668, Defendants' Response to Interrogatory No. 3.

and at Bowie white enrollment dropped from 95 white students to 57 white students.

257. As Dr. Mickey Burnim, president of Bowie, testified at trial, "[T]here is increased competition for the degree programs that enroll a lot of our white students." He identified this as one "significant factor" which contributed to decreasing white enrollment on his campus. (1/5/12 PM Trial Tr. 61-62) (Burnim)).

258. The level of competitive disadvantage created when TWIs dominate a programmatic niche is embedded in a dual system and must be addressed by creating and maintaining distinctive institutional identities at the HBIs. As this Court has already recognized, "in the absence of a competitive academic advantage, non-black students have less incentive to enroll in what is otherwise perceived as a black school for black students." (Doc. 382 at 52-53) (citing Conrad Expert Rep. II, PTX 70 at 5).

259. More importantly, we believe that this programmatic imbalance between the HBIs and TWIs is part and parcel of the State's determination to "maintain the HBIs as inferior in every aspect of their operation," and the Court has now determined that Maryland's traceable policies and practices have exacerbated this problem. (See Doc. 382 at 49-50). This impedes the ability of the HBIs to attain the distinctiveness of program offerings and the accompanying prestige essential to their ability to compete for students of all races, and among other things necessitates the revision of the program approval process to account for the segregative effect of broadly similar programs.

260. Indeed, to the extent that Maryland exacerbated unnecessary duplication knowing both its obligation to avoid it and clear evidence of its consequences, it is our opinion that its actions are consistent with bad faith. As this Court found, the State ignored the Pullen Commission's recommendation to invest in Morgan as a branch of UMB, instead opting to establish UMBC as a new campus. (Doc. 382. At 9-10). It later acquired UB knowing that doing so would negatively impact Morgan and Coppin and later permitted it to compete directly with those HBIs after it evolved into a four-year institution. (Doc. 382 at 10). As a result, earlier progress toward integration of the HBIs halted almost as soon as they began. (Doc. 382 at 49).

261. Even after signing the 2000 Partnership Agreement with OCR, Maryland approved the development of a joint MBA between UB and Towson over Morgan's objection and the consensus of OCR, HBI leaders and even MHEC (initially), that this would constitute unnecessary program duplication. (Doc. 382 at 51). In fact, between 2001 and 2009, 18 new programs were approved at TWIs that unnecessarily duplicated those at HBIs. Consequently, the Court found white enrollment continued to decline and racial identifiability increased. (Doc. 382 at 49).

262. In light of this history, we recommend that this Court contemplate the targeted and strategic transfer of specific programs from TWIs to HBIs consistent with the programmatic niches we identify below. Failure to do so will prevent the concentration of closely related (often duplicated) programs necessary to establish meaningful program niches at the HBIs. The evidence shows that without this, any remedial proposal is unlikely to have significant or lasting desegregative effects.

## D. Limited Desegregation Achieved in Other States

263. Experience has also shown that adding discrete programs at the HBIs which are either unique but not high-demand *or* high-demand but not unique will have some, but sometimes minimal impact on student choice. Moreover, adding new programs at the HBIs without a careful and strategic linking of these programs to institutional identity offers limited potential to alter the long-term racial identifiability of those institutions. A thorough analysis of the desegregation plans and orders in Mississippi, Alabama, Louisiana and Tennessee was offered in Plaintiffs' legal memo and initial remedial proposal filed in May 2015. (See Doc. 406-1).

## VIII. REMEDIAL PROPOSAL IS EDUCATIONALLY SOUND AND PRACTICABLE

264. Given the scope of unnecessary program duplication and the attendant mission creep in Maryland, the most effective remedy would involve a complete overhaul and realignment of the entire system of higher education, including institutional merger and program elimination. In light of the Court's recent orders, Plaintiffs have moderated their proposal and offer a nuanced and educationally sound set of recommendations that we expect to offer the maximum level of desegregation with the most manageable level of disruption. Plaintiffs propose a balanced yet effective approach which accounts for the input of the various stakeholders invested in the State's higher education system.

265. Plaintiffs' remedial proposals are educationally sound and practicable and will mitigate the segregative effects of unnecessary program duplication. Plaintiffs offer a number of thoughtful strategies designed to enhance institutional identity. This distinct institutional identity will be created by establishing a meaningful number of programmatic niches at each HBI. To the extent those niches consist of a combination of programs which are both unique and high-demand, as well as unique or high-demand, it is likely that they will preserve and most likely lead to greater student choice.

266. Sound educational justification is not an open-ended invitation to justify otherwise segregative policies; rather, it is a requirement that the State seriously consider whether a traceable policy cannot possibly be eliminated in light of legitimate educational concerns. (Doc. 382 at 57). The Court cited Dr. Allen to conclude that the maintenance and exacerbation of proximate program duplication "does not comport with best practices in higher education." (Doc. 382 at 58).

267. This Court confirmed that mission expansion may be "one effective remedy for unnecessary program duplication." (Doc. 382 at 22). To the extent that institution mission relates to institutional identity, Plaintiffs' remedial theory is consistent with the Court's understanding of the relationship between mission creep, competitive disadvantage, and the inability to compete for student enrollment.

268. Plaintiffs' remedial recommendations comport with best practices in higher education administration in that they address both current and future duplication throughout Maryland's higher education system, invite greater alignment in programmatic offerings, reduce inefficiencies created by mission creep and unnecessary duplication at both the program and institutional level, and will preserve meaningful student choice.

269. To maximize desegregation, we recommend that Maryland establish at least two programmatic niches at each of high-demand programs at the HBIs over a five year period. New and transferred programs have been carefully identified to maximize desegregative potential, improve efficiencies, enhance institutional quality and improve student choice. If fully implemented, this proposal has the potential to dismantle the dual system of higher education and refine the institutional identities and missions of each institution to the benefit of all students. Identifying programmatic niches of unique, high-demand programs will promote institutional expertise and enhance the meaningful educational options available to students throughout the system.

270. Plaintiffs' remedial proposals are also consistent with strategies that Maryland and its state-funded commissions have previously recognized as "promising methods" to desegregate the HBIs. (Doc. 382 at 10). For example, the Cox Task Force, in evaluating how to address the competitive disadvantage of Maryland's HBIs, specifically recommended that each of the institutions "develop its own specialty areas or program within the total state system that will broaden the appeal of the institution to a more diverse student body." (Cox Task Force Report, PTX 22 at 20-21).

271. As mentioned above, these recommendations are also consistent with the Maryland State Plans for Higher Education. The first state plan acknowledged the segregated system and recommended the need to place unique programs at the HBIs to address it. The 2009 State Plan agreed that substantial additional resources would be required in order for the HBIs to become "comparable" and "competitive" with the TWIs. (2009 Maryland State Plan, PTX 1 at 30).

272. Our recommendations are also consistent with the remedial strategies relied upon by the U.S. Department of Education Office for Civil Rights to desegregate systems of higher education. In fact, many of our recommendations mirror the commitments made in 2000 between OCR and Maryland. In fact, that Agreement clearly recognized (but never fully realized) the promise of institutional identity. Among the commitments it made, Maryland agreed to avoid unnecessary duplication, expand mission and program uniqueness, and establish institutional identity at the HBIs. (PTX 4 at 36).

273. [redacted]

274. Although the State asserts that Plaintiffs' proposal will threaten institutional accreditation, our recommendations account for the anticipated accreditation requirements for new and transferred programs. Plaintiffs specifically identify new and transferred programs which are consistent with accreditation requirements.

39 [redacted]

We took into account the ABET process[40] for accreditation or re-accreditation for engineering programs when we identified the niches and programs for Maryland's HBIs. For each HBI, we identified ABET accredited programs upon which we build the identified niches or centers of academic excellence. Our goal in doing this was to emphasize the academic identities of these institutions, strengthen the quality of program offerings, and enhance the competency of graduates.

275. For example, Bowie State University currently has a number of Computing Accreditation Commission (CAC) accredited programs in the computer science field.[41] Each provides a core of related high-demand programs. These will anchor the Computer Science niche recommended in our proposal. With new and transferred programs, this cluster of academic excellence could create a distinct academic identity for Bowie based on existing capacity. Bowie also offers accredited degree programs related to the proposed niches in Nursing, Social Work and Counseling.[42]

276. Similarly, Morgan has Engineering Accreditation Commission (EAC) accredited programs in a number of courses.[43] Its ABET accredited courses in Engineering, Computer Science and Applied Science provide a solid foundation for the proposed new and transferred programs in engineering and applied science identified in our proposal. This core of ABET, EAC, and ASAC accredited programs will ensure the institution earns accreditation for the additional programs and this enhanced, greatly strengthened Engineering cluster will give Morgan a distinct academic identity. Morgan also offers accredited courses associated with our proposed centers of academic excellence.[44]

277. UMES also currently has Engineering Accreditation Commission/ABET accredited programs in Engineering (BS). We recommend new programs in Aerospace, Civil, Electrical, Mechanical and Industrial Engineering which, along with existing programs, establish a niche in Engineering and Aviation Science. Accreditation will be facilitated by the institution's currently accredited programs. The resulting

---

[40] The Accreditation Board for Engineering and Technology (ABET) step by step guide for accreditation provides the template for typical pathway to accreditation (or re-accreditation). The same steps, more or less, are followed for all academic program and institutional reviews for accreditation or re- accreditation.

[41] Bowie offers Computer Science (BS) and in Computer Technology (BS) as well as CAC approved programs and existing degree programs in Computer Science (MS, D.Sc.), Business Administration (MBA), Management Information Systems (MS), Applied and Computational Mathematics (MS), Organizational Communications (MA) and Public Administration (MPA).

[42] Bowie offers programs in Nurse Educator (BSN, MSN), Social Work (BSW) and Counseling-Applied. Applied Psychology (MS), Arts Therapy (MA), Counseling Psychology (MA), School Psychology (MA), Mental Health Counseling (MA), Human Resource Development (MA) and School Counseling (Med). BSU also offers MSN programs in Nursing (Nursing Educator and Family Nurse Practitioner) at the Southern Maryland Higher Education Center in California, MD. These programs are not currently offered at the main campus.

[43] Morgan offers Civil Engineering (BS), Electrical Engineering (BS) and Industrial Engineering (BS). Morgan also has an Applied Science Accreditation (ASAC) Commission accredited program in Transportation Systems (BS).

[44] Morgan currently has various accredited programs related to the proposed niches or centers for excellence: the Business and Accounting Programs are accredited by the Association to Advance Collegiate Schools of Business and Accounting (AACSB); the Public Health program is accredited by the Council on Education for Public Health (CEPH); Urban Planning is accredited by the Planning Accreditation Board (PAB); and Architecture is accredited by the National Architectural Accrediting Board (NAAB).

niche or cluster of programs will produce a stronger center of academic excellence in the area of Engineering and Aviation Science. UMES is also accredited by or holds membership in a number of agencies, organizations, and is recognized by a number of professional organizations.[45] All of these provide the foundation upon which to enhance its institutional identity in these areas.

278. Coppin has several accredited programs that are related to the proposed niche or centers of academic excellence. Nursing programs (BS, BSN, MSN and DNP) are accredited by the National League for Nursing Accrediting Committee (NLNAC) and the Commission on College Nursing Education (CCNE); the Social Work BS program is accredited by the National Council on Social Work Education (NCSWE); Rehabilitation Counseling and Services is accredited by the Council on Rehabilitation Education (CRE) and Information Systems is accredited by the Commission on Accreditation for Health Informatics and Information Management Education (CAHIIME).

279. The State opposes program transfer as disruptive and educationally unsound. In light of the pervasive programmatic imbalance between the HBIs and TWIs across programs and degree levels, we conclude the targeted transfer of a few specific programs is essential to address the entrenched competitive advantage enjoyed by the TWIs. Without a limited number of transfers consistent with our proposed niches, it is impossible to establish a sufficient number of quality curricular niches at the HBIs capable of elevating their institutional identity. We have carefully and narrowly identified those programs for proposed transfer that we believe to offer the greatest likelihood of establishing institutional identity and attracting students of all races.

280. Maryland has the ability to manage the disruption associated with program transfers. As this Court found, former MHEC Secretary James Lyons agreed that Maryland has the capacity and capability to implement program transfers and measures. (Doc. 382 at 59-60). In fact, change is not unusual in systems of higher education and successful institutions and systems adapt and manage that change.

281. Plaintiffs have also considered the litany of "hidden costs" the State claims will undermine the viability of program transfer. These include a loss of students, faculty, and funding. With careful planning and the input of administrators, students, and faculty, these concerns can be managed and mitigated. With State

[45] According to the UMES website, UMES is recognized by the University Aviation Association (UAA) and the Federal Aviation Administration (FAA). Membership is held by the University with the Maryland Higher Education Commission (MHEC), the National Council of Educational Opportunity Association (NCEOA), the National Association for Equal Opportunity in Higher Education (NAEOHE), the Association of Public and Land-Grant Universities (APLU), the American Council on Education (ACE), and the National American Association of Summer Sessions, the American Association for Teacher Education (AACTE), and the National Council for Science and the Environment (NCSE). UMES is also accredited by Accreditation Commission on Programs in Hospitality Administration (ACPHA), Accreditation Council for Pharmacy Education (ACPE), American Chemical Society Committee on Professional Training (ACSCPT), American Council for Construction Education (ACCE), Professional Golfers' Association of America (PGA), National Science Teachers Association (NSTA), National Council for Rehabilitation Education (CORE), National Council for Social Sciences (NCSS), National Council for Accreditation of Teacher Education (NCATE), Commission on Accreditation in Physical Therapy Education (CAPTE), Commission on Accreditation for Dietetics Education (CADE) of the American Dietetic Association.

support, transferred programs can bring a level of prestige and competitiveness to the HBIs that they are currently denied.

282. The assumption that students, faculty and money will not “follow” a program to an HBI reinforces the racial stigma the State is obligated to address. Viewed systemically, the costs associated with program transfer are vastly outweighed by the desegregative potential created by the institutional identity it has the potential to create. Indeed, the State’s arguments that the institutional identity of their TWIs is often tied to their programs actually supports the Plaintiffs’ argument that unique, high-demand and quality programs are essential to institutional identity.

283. There are a number of strategies this Court could follow in order to minimize the level of disruption to students and the system. Plaintiffs recommend that Maryland refer back to its policies and standard practices associated with discontinuing programs to identify a number of ways in which to manage the anticipated disruption associated with program transfer. Moreover, to the extent that we recommend a limited number of program transfers, we made a concerted effort to consider the practicability of such a proposal in light of the geographic proximity of many of the institutions for which we suggest program transfer.

284. Plaintiffs recommend that the State identify a strategy to phase out targeted programs at the TWI while phasing in the infrastructure and support essential to facilitating the successful transfer to the HBI. Currently enrolled students may be offered the opportunity to complete their degree at the original institution, while new students would enroll at the HBI. The State could offer choices and incentives to both faculty and staff affected by program transfer, including moving with the program to the HBI, retirement, or reassignment elsewhere in the system.

285. Adequately investing the resources (financial, capital, and faculty) in the transferred program would not only round out the programmatic niche at the HBI, it would position that institution to compete for outside resources such as grants and contracts and students necessary to ensure its long-term success and viability. A commitment to adequately resourcing the transferred program at the HBI would encourage both students and faculty to follow the program to the receiving institution.

286. Since the terms of grants, contracts and gifts vary across projects, sources and donors, it cannot be assumed that program transfer will automatically result in the loss of these funds. Many grants are associated with faculty and can follow that faculty to a new institution, provided that the receiving institution has the adequate infrastructure to support the scholarship and research tied to that grant. Other grants might be scheduled to end before the transfer date. In addition, donors can give consent to a program transfer.

287. The State’s narrow focus on joint programs as a remedial strategy is impracticable to the extent that the associated costs will not remedy the constitutional violation. Collaborative programs can be extremely successful when developed organically at the institutional level; however, they offer limited potential for desegregation in a remedial context. Joint and collaborative programming alone cannot successfully create the distinct institutional identity necessary to eliminate the stigma associated with a racially identifiable institution. Joint programming forces the HBIs to “borrow” prestige associated with the TWIs instead of requiring the State to independently

invest in enhancing the academic capacity and identity of the HBIs. We would also observe that based on the experiences in other states, court-ordered joint programs lack the institutional investment necessary to implement and sustain such programs.

288. In light of these considerations, we believe that a more nuanced strategy that relies upon the development of new unique, high-demand programs, the limited transfer of programs from the TWIs to HBIs consistent with programmatic niches, and the related enhancement of the underlying capacity at the HBIs are all essential tools to achieve the greatest level of sustained desegregation at the HBIs.

## IX. RESPONSE TO LICHTMAN'S ANALYSIS

### A. Introduction

289. The State submitted the expert report of Dr. Allan J. Lichtman (Doc. 448-5) to assert that Plaintiffs' remedial theory is fundamentally flawed and based on methodology that consists of numerous "consequential errors." Dr. Lichtman's analysis does not support the contention that institutional niches established through programmatic niches offer little to no desegregative potential.

290. Throughout his report, Dr. Lichtman commits a number of mistakes that consistently reveal a misunderstanding of the complexities and nuance of student choice in higher education. Dr. Lichtman frequently misconceives Plaintiffs' remedial proposal, misinterprets Plaintiffs' experts' essential definitions, and then misapplies them to current academic programs in Maryland and elsewhere.

291. Dr. Lichtman repeatedly mislabels as "consequential errors" discrepancies that are not actually errors, are only minor errors, or are his misunderstandings of Plaintiffs' remedial proposal.

292. Moreover, Dr. Lichtman commits many of the same kind of errors that he mislabels as "consequential" when he attributes them to Plaintiffs. Dr. Lichtman misuses percentages and averages to obscure the desegregative impact of current unique and/or high-demand programs offered at Maryland HBIs, calculating figures which he then misconstrues as supporting his conclusions.

293. Finally, having supposedly debunked Plaintiffs' remedial theory, Dr. Lichtman proposes no alternatives to remedy the state's constitutional violation.

294. Plaintiffs' remedial theory – that the creation of programmatic niches composed primarily of unique, high-demand programs at Maryland HBIs will foster institutional identities divorced from race and will eventually draw significant numbers of other-race students to those institutions – remains the most effective, practicable, educationally sound remedy for the Court's consideration.

### B. Lichtman Misconstrues Plaintiffs' Remedial Proposal

295. From the first substantive sentence of his report, Dr. Lichtman purports to condense Plaintiffs' entire remedial proposal into a single "presumption that the

State's public HBIs can be significantly diversified through the creation of unduplicated, preferably high-demand programs at the HBIs." (Doc. 448-5 at 4). Dr. Lichtman dedicates the next 60 pages – almost half of his entire report – to debunking this presumption.

296. In actuality, the remedial proposal prepared by Plaintiffs' experts Dr. Clifton Conrad and Dr. Walter Allen outlines three separate strategies for eliminating the vestiges of Maryland's dual system of higher education. (Doc. 406-2 at 1-3 asserting that current unique programs at Maryland's HBIs "should be textbook examples of the validity of Plaintiffs' remedial theory")). Plaintiffs propose "[e]stablishing distinctive *programmatic niches* at Maryland HBIs – especially programmatic niches which are comprised of unique . . . non-core, high-demand programs" as one means of establishing institutional identities at the HBIs that go beyond race. *Id.* at 1 (emphasis added).

297. Dr. Lichtman's flattening of Plaintiffs' remedial proposal omits two crucial elements of this prong of Plaintiffs' proposal. First, Dr. Lichtman mischaracterizes Plaintiffs' experts as asserting that any unique or high-demand program will attract white students. Plaintiffs have made no such claim. Instead, Plaintiffs have posited that a program's desegregative potential will depend on a variety o[redacted] variables, among the most important of which are whether the program is unique and/or high-demand. Notwithstanding the importance of uniqueness and level of demand, other variables such as those outlined above affect student choice.

298. Second, Dr. Lichtman completely ignores Plaintiffs' emphasis on programmatic niches. Plaintiffs do not propose populating Maryland HBIs with a smattering of random unique and/or high-demand programs. Rather, every new, transferred, or enhanced program—unique, high-demand, or otherwise—proposed by Plaintiffs is closely tethered to the establishment of a programmatic niche at an HBI.[46] The desegregative potential of unique and/or high-demand programs is amplified by clustering such programs in programmatic niches, because programmatic niches are likely to generate the reputational value that will establish non-racial institutional identities at Maryland HBIs and, over time, attract significant numbers of other-race students to the HBIs.

299. These misconceptions about Plaintiffs' remedial proposal lead Dr. Lichtman to overstate the relevance of statistics regarding current unique and/or high-demand programs at Maryland HBIs. While such statistics are useful in illustrating the desegregative potential of unique and/or high-demand programs, they cannot "provide a direct empirical test of Plaintiffs' remedial theory," (Doc. 448-5 at 5), which by definition differs in several important respects from the current state of Maryland higher education as well as that of any court-sanctioned settlement state.

300. As noted above, current unique and/or high-demand programs at Maryland HBIs are not clustered into programmatic niches and thus have more limited desegregative potential than those proposed by Plaintiffs. Moreover, as the Court found in its liability order, unnecessary duplication of the HBIs' programs has left them with few unique programs. (Doc. 382 at 45-46). The number of relevant programs dwindles further when high-demand is considered; indeed, only 22 of

[46] The only exceptions are exceptionally high-demand professional degrees such as Pharmacy or Law.

the current 235 programs at Maryland HBIs are both unique in the region and high-demand. To draw the kind of definitive generalizations about desegregative potential that Dr. Lichtman claims to prove from such a small sample size is absurd.

301. Finally, Dr. Lichtman fails to analyze the desegregative potential of programs that are *both* unique *and* high-demand, choosing instead to analyze the desegregative potential of uniqueness and high-demand separately. This choice leads Dr. Lichtman to underestimate the high desegregative potential of programs that satisfy both criteria. On page 21 of his report, for example, Dr. Lichtman asserts that the "the high-demand program with by far the largest total enrollment," the bachelors in Business Management at UMES, has a white student enrollment of "just" 3.6 percent. (Doc. 448-5 at 21). Dr. Lichtman fails to point out that this program is proximately duplicated at geographically proximate Salisbury and is also duplicated at Towson, UB and UMUC.

302. Moreover, to the extent that Plaintiffs' remedial proposal does feature unique and/or high-demand programs, it emphasizes that an ideal remedy will feature programs that satisfy both criteria. (See Doc. 406-2 at 4). While it is true that program uniqueness and high-demand do have independent desegregative effects, the programs with the highest desegregative impact are those that are both unique within their region and high-demand. Dr. Lichtman's failure to analyze the desegregative potential of such programs is a glaring oversight.

## C. Lichtman Misconstrues and Misapplies Definitions Essential to Analysis

303. In addition to misconceiving core elements of Plaintiffs' proposal, Dr. Lichtman also misinterprets and subsequently misapplies definitions essential to understanding both the current state of higher education in Maryland and the desegregative potential of Plaintiffs' proposed remedies. Indeed, the "inconsistencies" and "errors" Dr. Lichtman identifies speak more to his lack of expertise in the fields of program duplication and student choice than to any actual flaws in Plaintiffs' remedial proposal.

a. Uniqueness

304. Dr. Lichtman flattens Dr. Conrad's definition of uniqueness into his own term, "unduplicated," which accounts only for programs that are unique at the statewide level. (Doc. 448-5 at 1 & n.1). Dr. Lichtman claims that this flattening is necessary because Plaintiffs are inconsistent in the use of the word "unique," sometimes referring to programs that are proximately unique and sometimes referring to programs that are unique statewide. *Id*.

305. Dr. Lichtman fails to understand that these "inconsistencies" are actually deliberate methodological choices made by Plaintiffs' experts to capture the distinct and equally important segregative effects of duplication at the regional level versus the statewide level. (Doc. 382 at 45–46) (citing statistics regarding both proximate and statewide duplication). As noted above, a nuanced understanding of the full range of segregative effects and desegregative potential of academic programs at this stage of the litigation is essential to allowing the Court to craft the most effective practicable remedy.

306. Unique program offerings help explain why some HBI programs have been extremely successful at attracting white students despite being duplicated only at the statewide level. Because Dr. Lichtman's analysis disregards proximate uniqueness, for example, he lists UMES's Physical Therapy program as "duplicated" although it is unique in the Eastern Shore region. This omission skews Dr. Lichtman's analysis of the desegregative impact of this important program, which has 42 white students and 88 students total, because it shows up as "duplicated" rather than proximately unique in his analysis. Dr. Lichtman's decision to eliminate proximate uniqueness from his calculations regarding program duplication thus erases a crucial component of the contemporary portrait of higher education in Maryland precisely when it is most necessary.

307. The lack of nuance in Dr. Lichtman's understanding of program duplication is further evidenced by his failure to account for the effects of compounded duplication. In Section IV.4 of his report, Dr. Lichtman makes much of the fact that many of the HBI programs Dr. Conrad identifies as duplicated by a TWI between 2001 and 2009 had already been duplicated by another TWI before 2001. (Doc. 488-5 at 33–38 & tbl.8).

308. In doing so, Dr. Lichtman completely misses Dr. Conrad's fundamental point—namely, that the State *further* duplicated HBI programs when it was under the partnership agreement with the U.S. Department of Education's Office of Civil Rights that identified program duplication as a serious issue in Maryland. (See Doc. 406-1 at 12). The fact that the State had duplicated some of the HBI programs prior to 2001 does not undercut the State's lack of fidelity to its commitment under the partnership agreement as demonstrated by its *further* duplication of those programs.

309. Moreover, the State's prior duplication of those programs does not render the subsequent duplication harmless, as each duplication of an HBI's non-core program offers white students another non-HBI choice for that program and thereby compounds the segregative effects of program duplication.

b. CIP codes

310. Even when Dr. Lichtman purports to follow Dr. Conrad's methods, his overreliance on and overconfidence in CIP codes leads him to misidentify unique and non- unique programs. In footnote 7 on page 6 of his report, Dr. Lichtman claims that he "replicates Plaintiffs' procedure of . . . identifying a program as "unduplicated" only if it is the single program at its degree level in the appropriate CIP code." (Doc. 448-5 at 6 n.7).

311. As Dr. Conrad explained at trial and the Court noted in its liability order, however, Dr. Conrad did not rely on CIP codes alone to analyze program duplication in Maryland. (Doc. 382 at 45). Rather, he "confirmed the results of his CIP analysis with an independent evaluation of each school's program offerings." *Id.* The reason he did so is simple: While it provides a useful foundation for analyzing program duplication, the CIP code system is an imperfect and constantly evolving classification system that should not be applied or interpreted in the mechanical manner in which Dr. Lichtman uses it.

312. Broadly similar programs may be listed under different CIP codes, for instance, and some CIP designations—such as the one for general business administration programs—may incorporate dissimilar programs. Insofar as possible, preliminary conclusions drawn from CIP code analysis must be verified by closer examination of the programs at issue, however.[47]

313. Tellingly, the only instances in which Dr. Lichtman seems to recognize the flexibility in the CIP code system occur when he uses it to his advantage. At various times within the same report, Dr. Lichtman implies both that two programs in the same CIP code are not duplicative because they do not have the same name *and* that two programs are duplicative because they share a CIP code even though they have different names.[48]

314. Dr. Lichtman also calls out Plaintiffs' for failing to point out that CIP designations can hide special cases, (Doc. 448-5 at 20), but does not do so himself when presenting his own analysis.[49] As noted above, analysis of CIP codes is complicated and situations such as these can arise. Whether two programs are duplicative, however, can depend upon the close examination of these programs—not upon whether duplication better comports with Dr. Lichtman's position.

315. Dr. Lichtman's overconfidence in navigating and relying upon the CIP code system leads him to draw several conclusions that either are patently wrong or that cannot be verified with the certainty with which he asserts them. In several places, Dr. Lichtman bases his criticisms of Plaintiffs' remedial proposal upon his own assignment of CIP codes to programs in Maryland and other states. In Table 14, for instance, Dr. Lichtman assigns his own CIP codes to academic programs in other states and then searches Dr. Conrad's list of high-demand programs in *Maryland* to determine whether his own chosen CIP codes qualify those programs as high-demand in their respective states. (Doc. 448-5 at 52-55 tbl.14). On page 21 of his report, Dr. Lichtman assigns the wrong CIP code to the School Counseling master's at Bowie and then accuses Plaintiffs of fabricating this

---

[47] The limitations of relying solely on either CIP codes or program names is illustrated by the master's in Information Systems at UMBC. On page 118 of his report, Dr. Lichtman claims that UMCP duplicates this program. UMCP has a program in the same CIP code, but that master's is called "Information Management." That master's cannot be the same as UMBC's master's in Information Systems, however, because UMCP also has a master's in 'Information Systems' in a different CIP code. A more in-depth analysis of the requirements of each of these programs is needed to determine which, if any, are duplicative of the others. Dr. Lichtman did not perform that analysis for his report and indeed is not qualified to perform it.

[48] Compare Doc. 448-5, at 116 (claiming that Bowie's master's in Management Information Systems is not duplicated because there is no Masters at UMUC with the same name, but UMUC has a master's in Computer Systems Management in the same CIP code (52.1201)) with *id.* at 117 (claiming that UMB's master's in Forensic Medicine is duplicative of Towson's master's in Forensic Science because the two share a CIP code even though they have different program names).

[49] Compare Doc. 448-5, at 20 (claiming that pointing out that UMES's bachelor's in Business and Management is actually the "special case" of the PGA Golf Management program "despite the broad CIP designation") with *id.* at 116 (claiming that Bowie's master's in Computer Science is not duplicated because there is no master's at UMUC with the same name or CIP code. While it is true that UMUC does not have a master's in Computer Science or a program in this CIP code (which is the "General" CIP code for Computer and Information Sciences), UMUC has 15 distinct master's programs in this CIP grouping).

program.[50] *Id.* at 21. Finally, in Section VI.1 of his report, Dr. Lichtman assigns his own CIP codes to the proposed new and transferred programs in Plaintiffs' remedial proposal. At this preliminary stage, it is impossible to know with such precision what CIP codes would be assigned to these programs.

c. High-Demand

316. Dr. Lichtman even misapplies the one definition that he lifts from Plaintiffs' experts, that of high-demand programs. Before trial and again in this report, Dr. Conrad identified high-demand programs based primarily upon the averages of degrees awarded for the programs in Maryland. (Conrad's Third Expert Report at 86).

317. This analysis applies to Maryland only; it is not clear that a similar analysis of programs in other states would yield the same list of programs or even that the same numerical thresholds would apply based on their different student populations. Nevertheless, Dr. Lichtman attempts to use Dr. Conrad's list of high-demand programs in Maryland to determine whether programs from other states qualify as high-demand no fewer than three times, in Tables 9, 10, and 14. (Doc. 448-5 at 40 tbl.9, 42-43 tbl.10, 52-55 tbl.14).

**D. Misleading Allegations of Consequential Error**

a. Different data sets

318. Throughout his report, Dr. Lichtman uses the phrase "consequential error" to discredit Plaintiffs' analysis and proposals. Indeed, Dr. Lichtman claims that Plaintiffs commit more than 125 "consequential errors" in their report and suggests that they "almost invariably favor Plaintiffs' position." (Doc. 448-5 at 146). Closer examination of the discrepancies that Dr. Lichtman so direly labels as "consequential errors" reveals that they either are not actually errors at all or are based on Dr. Lichtman's own errors.

319. By far the most common type of "consequential errors" identified by Dr. Lichtman are nothing more than discrepancies based on his access, as the State's expert writing in 2015, to newer or different data than Plaintiffs. At times, Dr. Lichtman suggests that Plaintiffs selected data sources are erratically or disingenuously based on which sources favored Plaintiffs' positions. *See, e.g.*, Doc. No. 448-5, at 115 n.161, 146.

320. This is wholly unwarranted. In each instance, Plaintiffs' experts used the most complete, most recent data made available by the State either in discovery or on the internet. There will of course be fluctuations in the number of total students enrolled or white students enrolled in a given program from year to year. It is unfair and misleading to characterize these fluctuations as data manipulation or

[50] This program was listed as a master's in "Student Personnel" on the 2013 spreadsheet of enrollment data provided by the State, which led Dr. Lichtman to assume that it belongs in CIP code 13.1199. In actuality, the program's taxonomy code and its enrollment data correspond to the School Counseling program at Bowie, which belongs to CIP code 13.1101. While Dr. Lichtman's error may be understandable, it demonstrates his general lack of familiarity with the CIP code system and his general willingness to make caustic claims regarding Plaintiffs' remedial proposal based on his own misunderstandings.

"consequential errors." Examples of instances in which Dr. Lichtman mislabels this kind of discrepancy include but are not limited to the following.

- Beginning on page 19 of his report, Dr. Lichtman asserts that Plaintiffs' claims regarding the percentages of white students in certain unique and high-demand HBI programs cited in Plaintiffs' remedial proposal are "highly inaccurate." In reality, all but two of the discrepancies Dr. Lichtman identifies are attributable to his use of 2014 enrollment data instead of 2013 enrollment data.

- Beginning on page 50 of his report, Dr. Lichtman asserts that Plaintiffs' claims regarding the percentage of white students receiving degrees from certain unique and/or high-demand programs in other states contain "numerous systematic errors." In reality, the discrepancies Dr. Lichtman identifies are entirely attributable to his use of 2013 data instead of 2012 data. Dr. Lichtman further implies that Plaintiffs used 2012 completion data instead of 2013 completion data because the 2012 data "is far more likely to overstate rather than understate the white student component." In reality, there are some instances when the percentage of white degrees awarded increased between 2012 and 2013 and some when it decreased. The same can be said of the differences between the 2013 and 2014 data.[51] In no instance do these natural fluctuations change the fundamental conclusion that the programs identified by Plaintiffs are drawing significant numbers of white students.

- On page 123 of his report, Dr. Lichtman asserts that Plaintiffs understate the enrollments in Morgan's Engineering bachelor's programs. Again, the discrepancies Dr. Lichtman identifies are attributable to his use of 2014 enrollment data instead of 2013 data.

321. Dr. Lichtman's access to more recent data also explains the 20 additional unique, non-core programs he identifies at Maryland HBIs. Dr. Lichtman's assertion that "Dr. Conrad's analysis also underestimates substantially the number of" unique, non-core programs currently at Maryland HBIs, as though Dr. Conrad made some mistake in identifying unique, non-core programs, is simply false. Doc. No. 448-5, at 6. Moreover, Dr. Conrad's initial analysis was prepared for the liability trial and this updated analysis has been prepared to make remedial recommendations.

322. When Dr. Conrad analyzed the most recent available program inventory, he identified 17 statewide unique, non-core programs that are new at the HBIs since trial. *See* Exhibit 5, *infra.* Maryland TWIs added 101 unique, non-core programs over the same period. *Id.* In this context, it is important to note that while the average number of statewide unique, non-core programs at HBIs has increased to 15, the average number of statewide unique, non-core programs at TWIs has also increased to 57. Thus, while it is true that the number of statewide unique programs

[51] Because completion data inherently encompasses a smaller absolute number of students than enrollment data, small fluctuations in the absolute number of graduating white students can dramatically affect the relevant percentages. The percentage of white graduates in Alabama A&M's master's in speech-language pathology, for example, was 67% in 2012, 58.3% in 2013, and 76.9% in 2014. (National Center on Education Statistics, IPEDS Data Center, Completion Data (Fall 2014)). Similarly, the percentage of white graduates in Southern University's master's in Family Practice Nursing was 26% in 2012, 7.4% in 2013, and 27.3% in 2014. *Id.*

at Maryland's HBIs has increased since trial, the gap between the number of statewide unique programs at the TWIs and HBIs has actually widened since trial from 33 programs to 42 programs.

b. Inaccuracies regarding Plaintiffs' proposal

323. Beyond the more fundamental errors and misunderstandings discussed above, Dr. Lichtman's report is riddled with basic inaccuracies and errors. These include but are not limited to:

- In footnote 20 on page 19 of his report, Dr. Lichtman cites Dr. Conrad's Exhibit 6 as showing that the Morgan State Industrial Engineering bachelor's program had 11 students enrolled. In actuality, Exhibit 6 lists the number of degrees awarded per program, not enrollment. (Conrad Second Report at 106).

- In the same footnote, Dr. Lichtman asserts that Pharmacy is not listed as a high-demand doctoral program in Dr. Conrad's Second Expert Report. In reality, Pharmacy is listed as a high-demand *professional* program. (Conrad's Second Expert Report at 79).

- In footnote 23 on page 20 of his report, Dr. Lichtman claims that the Architecture programs at Morgan State University that Plaintiffs cite do not have approximately 42% white enrollment. In reality, the *Masters* architecture programs at Morgan have a white enrollment of 42.2 percent.

- Table 6 on page 28-29 and Table 7 on page 31 of Dr. Lichtman's report each contain multiple mathematical errors. In Table 7 in particular, these mathematical errors make a significant difference to Dr. Lichtman's findings.

- On page 35 of his report, Dr. Lichtman claims that the Interaction Design and Information Architecture master's programs at Bowie and UMES are core programs. In actuality, Dr. Conrad's Second Report specifies that all graduate programs are non-core. (Conrad's Second Report at 7).

- On page 115 of his report, Dr. Lichtman claims that there is no doctoral program in Management of Information Systems at the University of Baltimore to transfer to Morgan. In footnote 159 on the same page, however, Dr. Lichtman notes that that such a program has been approved at UB. (Doc. 448-5 at 115, 159).

- On page 117 of his report, Dr. Lichtman claims that Plaintiffs propose to transfer the bachelor's in Criminal Justice/Police Science from UB to Coppin. Rather, Plaintiffs propose the *creation* of such a bachelor's at Coppin. Coppin currently has a bachelor's in Criminal Justice but does not have a program in Criminal Justice/Police Science. UB has no such program, either. (Doc. 406-2 at 18).

## E. Lichtman Applies Flawed Methodology to Assess Desegregative Potential

324. The primary method Dr. Lichtman ostensibly uses to disprove the desegregative potential of unique and/or high-demand programs is to compare the percentage of white students in a given program or group of programs to the percentage of white

students at the institution as a whole. Dr. Lichtman follows this method with current "unduplicated" programs at Maryland HBIs, (Doc. 448-5 at 13; with current high-demand programs at Maryland HBIs, Doc. 448-5 at 32–33; and with "unduplicated" and/or high-demand programs at HBIs in other states, *id.*, at 39, 41). When the percentage of white students in a given program or group of programs is lower than the percentage of white students at an institution or group of institutions, Dr. Lichtman advances the highly problematic assertion that such programs "do not contribute to diversity" at the institution(s). (See, e.g., id. at 13).

325. This kind of comparison rests upon the assumption that the total percentage of white students at an institution can be calculated by averaging the percentage of white students in each of its programs. That assumption is false, however, because the various programs at an institution enroll different absolute numbers of students and thus must be weighted differently in calculating institutional averages.

326. Accordingly, the total percentage of white students enrolled at an institution is not calculated by averaging program percentages; rather, it is calculated by dividing the total number of white students at the institution—*divorced from programs*—by the total number of students at the institution. This is not to say that the percentage of white students in a given program is not relevant to assessing its desegregative potential, but comparisons of program white student percentage to institutional white student percentage cannot support the broad assertion that unique and/or high-demand programs "do not contribute to diversity at any of the HBIs." (See, e.g., Doc. 488-5 at 64).

327. The limitations of Dr. Lichtman's methodology is further evidence of his unsubstantiated belief that the desegregative potential of unique and/or high-demand programs can be subjected to a litmus test based on the current unique and/or high-demand programs at Maryland HBIs and those of other states. The fact remains that none of the states considered, including Maryland, have ever created programmatic niches composed primarily of unique and/or high-demand programs sufficient to establish institutional identities divorced from race at their HBIs.

328. Moreover, as the Court found in its liability order, the numbers of white students at Maryland HBIs remain woefully low. (See Doc. 382 at 21–22). Accordingly, it remains impossible to find "textbook examples" or to "scientifically test" the desegregative impact of the Plaintiffs' remedial proposal. (See Doc. 448-5 at 5).

329. Nevertheless, the enrollment and completion data turned over by the State demonstrates that to the extent white students *are* enrolled at and graduating from Maryland HBIs, a glaringly obvious disproportionate number are enrolled in and graduating from unique and/or high-demand programs. Roughly one third of the white students at Maryland HBIs were enrolled in the small percentage of unique (within their respective region), high-demand programs at those institutions in 2014. Of the ten programs in Maryland that enrolled at least 15 students and had at least 15% white enrollment in 2014, all were either unduplicated within their region or only duplicated by a program at the flagship College Park.

330. These statistics provide a more precise portrait of the current state of higher education in Maryland rather than relying on the percentage of white students in a given program or group of programs alone, as those percentages may obscure

pockets of success as well as large programs that attract a high absolute number of white students that are nevertheless a relatively small percentage of the total. Taken together, the numbers provided by Plaintiffs demonstrate the fundamental soundness of the proposition that programmatic niches of unique programs, high-demand programs, and especially unique *and* high-demand programs have high desegregative potential.

## F. Demography Does Not Account for Segregation at HBIs

331. Finally, in what is largely a replay of the State's arguments at trial, Dr. Lichtman attempts to use demographics—specifically the racial composition of the state's college-age population and the demographics of high school students in the areas close to the HBIs—to undercut the segregative effects of program duplication and thus the desegregative potential of Plaintiffs' proposed remedies. Unfortunately for Dr. Lichtman and the State, the State's own demographer, Dr. Ben Passmore, disproved much of this line of reasoning at trial.

332. Dr. Passmore testified that while the overall white population at Maryland's public universities has been stable from 1980 to 2009, the number of white students at Bowie and Coppin have declined precipitously during the same period. (2/8/12 PM Trial Tr. at 12-14 (Passmore)).

333. At trial. Dr. Passmore testified that Coppin draws students from an increasingly more diverse geographic area. (2/8/12 PM Trial Tr. at 32-33). Thus, Coppin's racial diversity has decreased as the geographic diversity of its student population has increased. Although Bowie's range has become more limited in recent years to primarily Prince George's County, Dr. Allen's testimony at trial established that the decline in white students at Bowie cannot be explained by the demographics of Prince George's County, as Bowie lost 269 white students between 2002 and 2009 but the white high school population in Prince George's County did not change during that time. (2/8/12 PM Trial Tr. at 25 (Allen)).

334. Dr. Lichtman acknowledges that UMES draws students from across the State. (Doc. 448-5 at 22 n.33). He should acknowledge the greater point the data shows: that HBIs draw black students, both that live close by and further away, and most white students do not enroll at HBIs regardless of whether they live close to or further away from those institutions.

335. Therefore, just as the State could not rely upon demographic changes to explain the segregative effects of program duplication at trial, Dr. Lichtman cannot rely upon demography to discredit the desegregative potential of Plaintiffs' remedial proposal.

## X. CONCLUSION

336. Institutional identity is essential to dismantling the dual system of education in Maryland. We offer specific recommendations for the Court's review in Exhibit 3, Plaintiffs' Revised Remedial Proposal. It is our opinion that this set of recommendations, if fully implemented, will eliminate the dual curriculum structure in Maryland's system of higher education by establishing distinctive institutional

identities at the four HBIs by cultivating academic niches of unique, high-demand and unique or high-demand programs. We also propose enhancing existing programs to support the proposed niches. Finally, we recommend a revision to the program approval process and ongoing oversight and enforcement of this Court's remedial order.

Signed on July 6, 2016

Dr. Clifton Conrad

Dr. Walter Allen

# REMEDIAL PROPOSAL

Clifton Conrad and Walter Allen

July 1, 2016

## Introduction

Maryland has become one of the most racially and ethnically diverse state in our nation, yet the institutional identity of all four of Maryland's public Historically Black Institutions (HBIs), Morgan State University, University of Maryland Eastern Shore, Coppin State University, and Bowie State University, continues to be anchored above all else in their racial identity. White students currently represent roughly 5% of student enrollment across Maryland's four HBIs and non-black students (White, Asian American, American Indian, and Hispanic or Latino) comprise less than 10% of student enrollment at the HBIs. Ironically, the four HBIs in Maryland combined now have little over half of the White students than they had in the 1970s. Race remains the defining feature of Maryland's HBIs.

To significantly increase the enrollment of White students in Maryland's HBIs and dismantle Maryland's dual structure of higher education, our remedial plan will establish institutional identities at all four of the state's HBIs based on their programmatic niches and the degree programs they offer within those niches. Specifically, we propose the establishment of at least two distinctive programmatic niches at each of the HBIs—clusters of non-core undergraduate and graduate programs in such programmatic niches as Engineering, Agriculture and Environmental Sciences, and Allied Health. Not only will these programmatic niches and the programs within them contribute to attracting White students, but the programs which are unique (not offered at geographically proximate TWIs) and high-demand will significantly contribute to enhancing the identities of the four HBIs--identities that go beyond race. To cultivate these niches and programs, we propose not only the establishment of new programs at the HBIs but also transferring programs from TWIs to HBIs. Our remedial plan also recommends several joint or collaborative programs between HBIs and TWIs.

We begin by advancing our proposal for Morgan State University and then turn to Coppin State University, the University of Maryland Eastern Shore, and Bowie State University. After identifying each niche, for each niche we begin with a justification for the niche followed by our recommendations for new programs and, in some instances, the transfer of programs from a TWI and joint/collaborative programs. If relevant to the niche, we then identify programs we have proposed which have also been proposed by the respective HBI. For each niche we conclude by proposing enhancements aimed at strengthening the quality, reputation, and distinctiveness of the niche and the respective programs we propose within then.

# MORGAN STATE UNIVERSITY

Proposed Niches

a. Business and Management

b. Urban Environment, Health, and Sustainability

c. Engineering

## a. Business and Management

This proposed niche builds on Morgan's current undergraduate and graduate programs in Business. In emphasizing this programmatic niche, it is important to emphasize that the 2000 Partnership Agreement underscored that the TWIs would avoid unnecessary duplication of degree programs in the TBIs unless they provided sound educational justification for such duplication. Nevertheless, even though Morgan had a well-established MBA program, Maryland first duplicated this program when it absorbed UB in 1975 and then duplicated it again when it introduced the UB/Towson joint MBA program in 2006. A golden opportunity to enlarge and enrich Morgan's MBA program was lost. Maryland announced the termination of the joint UB/Towson MBA program on November 28, 2015—around the same time it submitted its remedial proposal—but UB's MBA program remains.

We recommend that new programs be introduced at Morgan, including exceptionally high-demand programs in such fields as Finance and Supply Chain Management. Moreover, we recommend that various bachelor's and master's programs—including the UB MBA program—be transferred from Towson, the University of Baltimore, and UMUC to Morgan.[1] Several of these programs proposed for transfer are exceptionally high-demand programs that would make very significant contributions to creating a distinct programmatic identity for Morgan in the niche of Business and Management. In addition, we recommend that a joint program be established with the University of Baltimore in Law and Business—a program that would not only be a unique program but also would likely be a high-demand program—and would not be unnecessarily duplicated by any similar programs in Maryland's TWIs.

[1] Unless otherwise noted, recommendations for program transfers from TWIs to TBIs should be understood to recommend closure of the program at the TWI and the transfer of all resources attached to the program from the TWI to the TBI. Program closure at the TWI is necessary to eliminate the program duplication that negative impacts white enrollment at TBI. Transfer of all resources, faculty lines, student financial support, support staff, operating expenses, etc., is necessary so the TBI will have the expanded capacity to receive and serve additional students who follow the transferred program from the TWI to the TBI.

New Programs at Morgan

| Likely CIP | Level | Program Title | Attributes |
|---|---|---|---|
| 52.0801 | Masters | Finance | - Exceptionally High Demand |
| 52.0203 | Masters | Supply Chain Management | |
| 52.1401 | Masters | Marketing | - Unique (Prox.) (State) |
| 52.1401 | Doctorate | Marketing | - Unique (Prox.) (State) [redacted] |
| 22.0101<br>52.0101 | Doctorate/<br>Masters | Law and Business (Joint w/ UB) | - Exceptionally High Demand<br>- Unique (Prox.) (State) |

Programs to Transfer to Morgan

| CIP | Level | Program Title | Transfer from | Attributes |
|---|---|---|---|---|
| 52.0101 | Masters | Business Administration (Online MBA) | - UB | - Exceptionally High Demand [redacted] |
| 52.0301 | Bachelors | Accounting | - Towson<br>- UMUC | - Exceptionally High Demand |
| 52.0301 | Masters | Accounting and Business Advisory Services | - UB | - High Demand |
| 52.0304 | Masters | Accounting and Financial Management | - UMUC | - High Demand<br>- Unique (Prox.) (State) at HBI Post-Transfer |
| 52.0801 | Bachelors | Finance | - UMUC | - Exceptionally High Demand |

Recommendations for Enhancement of Business and Management

Resources will be needed for recruiting and retaining faculty in such programs as Accounting, Finance, and Marketing. In addition, there will be various funding required, including: financial support for students, operational costs, adequate administrative and staff support, enhancing the technology infrastructure, and marketing the proposed programs along with student recruitment.

## b. Urban Environment, Health, and Sustainability

Urban environment, health, and sustainability cuts across a wide range of fields of study. Undergraduate and graduate programs in this niche would variously address environmental and health policy, urban sustainability, public health, and management in health care and the environment. The twenty-first century urban world in which the majority of people now live is increasingly shaped by finite resources. In response, many colleges and universities are developing and enriching programs of study based on the scholarship and expertise of faculty

who are invested in sustainable practices in our urban areas in particular. The effects of this are already apparent in Maryland and beyond. Maryland's Department of Labor, for example, anticipates significant growth in the "green sector" and is investing both state and federal resources in job development in a number of sustainable initiatives.[2]

New programs in this niche—especially high-demand programs at the bachelor's and master's level, would build on well-established programs at Morgan in city and regional planning and architecture. Developing and aligning currently offered programs with the proposed new programs at both the undergraduate and graduate level—such as Environmental Studies and Policy and a joint program with the University of Baltimore in Law and Environmental Studies—would go a long way in providing a distinct programmatic niche at Morgan in urban environment, health, and sustainability.

<u>New Programs at Morgan</u>

| Likely CIP | Level | Program Title | Attributes |
|---|---|---|---|
| 01.1001 | Bachelors | Food Science and Technology | - High Demand |
| 01.1001 | Masters | Food Science and Technology | |
| 03.0104 | Bachelors | Environmental Studies and Policy | - High Demand (core) |
| 03.0104 | Masters | Environmental Studies and Policy | |
| 51.0702 | Masters | Health Care Administration | - Exceptionally High Demand |
| 51.2202 | Masters | Environmental Health/Management | - Exceptionally High Demand [redacted] |
| 51.2211 | Masters | Health Policy and Management | - High Demand [redacted] |
| 51.2211 | Doctorate | Health Policy and Management | [redacted] |
| 51.2299 | Bachelors | Public Health | - High Demand [redacted] |
| 22.0101 03.0104 | Doctorate/ Masters | Law and Environmental Studies (Joint w/ UB) | - Exceptionally High Demand - Unique (Prox.) (State) |

Programs to Transfer to Morgan

| CIP | Level | Program Title | Transfer from | Attributes |
|---|---|---|---|---|
| 52.0101 | Doctorate | Doctor of Management, Community College Policy and Administration[3] | - UMUC | - Exceptionally High Demand<br>- Unique (Prox.) (State) at HBI Post-Transfer<br>[redacted] |

Recommendations for Enhancement of Urban Environment, Health, and Sustainability

The programs proposed in this niche will require substantial investments in human resources—including hiring new faculty and staff—along with investments to improve existing programs in this niche and to provide new information and computer technology, clinical space and equipment, and facilities to house new faculty and staff as well as accommodate what is likely to be surging student enrollment (e.g., financial aid) in many of these proposed new programs.

**c. Engineering**

Morgan currently offers bachelor's degree programs in: 1) Civil Engineering and 2) Electrical and Computer Engineering. It also offers a generic master's degree in Engineering (M.Eng.) and a doctorate in Engineering (D.Eng.) Yet relatively few white students now enroll in these programs in contrast to several decades ago when Morgan offered the only engineering programs in Baltimore. The re-alignment of engineering programs in public higher education in Baltimore began in the mid-1980s when civil engineering and electrical and computer engineering were assigned exclusively to Morgan State University. Subsequently, numerous programs in engineering—across degree levels—were approved at UMBC over Morgan's objections that they unnecessarily duplicated Morgan's program offerings in engineering.

Elaboration on the development of engineering programs in Baltimore provides context for our recommendations in the field of Engineering. To begin, a State commission recommended in 1947 that an engineering program be established in Baltimore at the Morgan State University campus. Approval of engineering programs eventually came in the early 1980s as Maryland fended off efforts by the U.S. Department of Justice to cut-off all federal funding to the State because of its lack of progress toward dismantling its dual system of higher education. Morgan was given the authority to establish a programmatic cluster of programs to include electrical, civil and industrial engineering. At the time,

[2] See http://www.dllr.state.md.us/greenjobs/.

[3] The UMUC Doctor of Management in Community College Policy and Administration unnecessarily duplicates the doctoral program in Community College Leadership at Morgan. The program at Morgan State in community college leadership was unique in the Baltimore region when it was approved. Subsequently, a similar program—the UMUC Doctor of Management in Community College Policy and Administration—was approved. The Maryland Higher Education Commission initially denied UMUC approval to offer this program on the grounds that it would unnecessarily duplicate Morgan's program. On appeal, however, the commission reversed itself by artificially restricting enrollment in the on-line, internet-based program to out-of-state students. This illustrates the larger problem of unnecessary program duplication in Maryland with respect to UMUC offering programs statewide as a public on-line operation. In addition to siphoning off students from the traditional campuses—including the four TBIs—UMUC deprives these institutions of tuition funding. HBIs such as Morgan are disproportionately and negatively impacted—not least with respect to attracting white students.

each of the programs established was unique among public institutions in the Baltimore metropolitan area and complemented Morgan's doctoral-granting urban university mission. These engineering programs were foundational, providing considerable opportunity for expansion of program offerings. (Morgan State University administrators and faculty have often characterized engineering as a "signature program" by which the campus is identified and nationally recognized.)

Consistent with federal law and the 1985 desegregation agreement between the State and the U.S. Department of Education (Office of Civil Rights), initial requests from the University of Maryland Baltimore County (UMBC) to the Maryland Higher Education Commission to establish engineering programs were repeatedly denied as illegal duplication between an HBI and a geographically proximate TWI. The commission on higher education granted, as a compromise, the authority for UMBC to offer a degree in general engineering and for the University of Maryland College Park to offer on the UMBC campus programs in chemical and mechanical engineering. As a result, Morgan was unable to establish—across degree levels—new specialized programs in engineering that were unique well as high-demand programs.

As state policy shifted during the late 1990s and early 2000, MHEC began to reverse its earlier decision and allowed UMBC to duplicate Morgan's programs by offering civil, electrical, and computer engineering. This duplication has adversely impacted Engineering at Morgan--from its competitiveness for students regardless of race to its attractiveness for funding from government agencies, private foundations and other philanthropists. UMBC is now able to offer a much larger set of Engineering programs than Morgan State University, the institution originally designated to offer engineering programs in Baltimore.

The Court in this litigation took note of the State's development of specialized engineering programs—across degree levels—at UMBC over the last several decades along with the impact of this on the unnecessary duplication that continues to exist, such as in the field of engineering. Transferring the engineering programs identified below from UMBC to Morgan would establish a meaningful number of unique, high-demand programs in engineering at Morgan——that, from our perspective, is very much needed if the institutional identity of Morgan is to go beyond race. This, in turn, would no doubt attract very significant numbers of white students to Morgan State University.

<u>New Programs at Morgan</u>

| Likely CIP | Level | Program Title | Attributes |
|---|---|---|---|
| 11.0401 | Masters | Information Systems | - Exceptionally High Demand |
| 11.0401 | Doctorate | Information Systems | |
| 14.1001 | Doctorate | Electrical Engineering | - Exceptionally High Demand |
| 14.0801 | Masters | Civil Engineering | - High Demand |
| 14.0801 | Doctorate | Civil Engineering | - High Demand |
| 14.0901 | Masters | Computer Engineering | - Unique (Prox.) (State) at HBI Post-Transfer |
| 14.0901 | Doctorate | Computer Engineering | - Unique (Prox.) (State) at HBI Post-Transfer |

| | | | |
|---|---|---|---|
| 22.0101<br>14.0101 | Doctorate/<br>Masters | Law and Engineering (Joint w/ UB) | - Exceptionally High Demand<br>- Unique (Prox.) (State) |

Programs to Transfer to Morgan

| CIP | Level | Program Title | Transfer from | Attributes |
|---|---|---|---|---|
| 14.0801 | Masters | Environmental Engineering | - UMBC | - High Demand |
| 14.0801 | Doctorate | Environmental Engineering | - UMBC | - High Demand |
| 14.0901 | Bachelors | Computer Engineering | - UMBC | - High Demand |
| 14.0901 | Masters | Computer Engineering | - UMBC | - Unique (Prox.) (State) at HBI Post-Transfer |
| 14.0901 | Doctorate | Computer Engineering | - UMBC | - Unique (Prox.) (State) at HBI Post-Transfer |

[redacted]

Recommendations for Enhancement of Engineering

Notwithstanding its foundational programs in Engineering, the engineering programs at Morgan State University lack capacity in terms of the lack of specialization for the most part, number of programs, and demand for engineering. We fully recognized and appreciate that our proposed transfer of engineering programs from UMBC to Morgan will present formidable challenges. In the short run, these challenges include: enhancement of existing programs, renovating existing facilities and building new facilities, replenishing the physical plant, greatly expanding curricula and course offerings, facilitating the transfer of faculty to Morgan State, increased financial aid for students, and hiring new faculty and staff. Notwithstanding these costs in the short-run, over the long-term the extensive, costly and inefficient duplication state-supported engineering programs that now exists between UMBC and Morgan in the Baltimore region would be greatly reduced. Over time the educational, financial and public benefits would markedly outweigh the short-term costs of transferring these programs and establishing Morgan State University as the epicenter of engineering education in Baltimore —from the undergraduate through the PhD level. And, in turn, very large numbers of White students would choose to attend Morgan State University.

COPPIN STATE UNIVERSITY

Proposed Niches

a. Nursing and Allied Health
b. Criminal Justice and Applied Social and Political Sciences

## a. Nursing and Allied Health

Professionals in Allied health and nursing represent the majority of our nation's workforce in health care professions. Nurses provide health care and support for individuals, families and communities. Allied Health professionals provide a wide range of diagnostic and therapeutic capabilities to support the care of patients and individuals seeking health assistance. As the nation's health care system expands and the nation's population ages, Nursing and Allied Health professions will continue to be among the fastest growing sectors of health care. Programs in this niche harness the knowledge and methods of the social sciences, psychology and the biological and health sciences to educate students to support and improve the quality of life of our citizenry. Consolidating a number of related disciplines under this programmatic niche will provide graduates of the programs in this programmatic niche with the knowledge and skills needed to address some of the most formidable challenges facing our diverse population. This programmatic niche and the programs proposed would greatly enhance the current programs offering in this established area at Coppin State University.

New Programs at Coppin

| Likely CIP | Level | Program Title | Attributes |
|---|---|---|---|
| 26.0101 | Masters | Biology and Life Sciences | [redacted] |
| 30.1101 | Bachelors | Gerontology | [redacted] |
| 30.1101 | Masters | Gerontology | |
| 31.0505 | Bachelors | Exercise Science | - Exceptionally High Demand [redacted] |
| 44.0701 | Masters | Social Work | - Exceptionally High Demand [redacted] |
| 51.0701 | Bachelors | Healthcare Administration | - High Demand [redacted] |
| 51.0701 | Masters | Healthcare Administration | - Exceptionally High Demand |
| 51.0706 | Masters | Health Information Management | - Unique (Prox.) (State) |
| 51.1005 | Bachelors | Clinical Research | [redacted] |
| 51.2211 | Bachelors | Allied Health and Services | - Exceptionally High Demand |
| 51.2211 | Masters | Allied Health and Services | - High Demand |

Establish Collaborative Program in Nursing (MS) with Coppin, Morgan, UMB, and Towson

In light of the high-demand for Nursing in the Baltimore metropolitan area, we recommend a collaborative M.S. in Nursing which builds on the existing M.S. programs in Nursing at Coppin, Morgan, University of Maryland Baltimore, and Towson to create a collaborative program in Nursing. (See Coppin, 51.3811; Morgan 51.3801; UMB, 51.3808; and Towson 51.3801.

Recommendations for Enhancement of Allied Health

Enhancements and new programs in Allied Health will require financial investments in: student financial support, faculty hires, operational costs, laboratory space and equipment, computer technology, and health-related equipment. Additional expenses regarding nursing will include: personnel costs (faculty and staff), facilities, student financial aid, equipment, and operating costs.

**b. Criminal Justice and Applied Social and Political Sciences**

Degree programs in criminal justice and applied fields of study in the social sciences prepare professionals for a range of careers related to keeping society just and safe through extensive training in the enforcement of the law in concert with acquiring advanced skills ranging from cybersecurity to forensic techniques. Degree programs at the bachelor's and master's levels in this program niche are in high-demand in Maryland and will continue to grow for the foreseeable future. Developing and expanding interdisciplinary and specialized offerings around current criminal justice programs will attract diverse students while fostering "communities of practice" in the field. With the addition of programs proposed, the current Criminal Justice/Safety Studies and Corrections/Criminal/Justice programs at Coppin could be expanded to serve more students and would greatly advance the institutional identity of Coppin State.

New Programs at Coppin

| Likely CIP | Level | Program Title | Attributes |
|---|---|---|---|
| 11.0401 | Bachelors | Integrated Homeland Security Management | - Exceptionally High Demand |
| 11.0401 | Masters | Integrated Homeland Security Management | - High Demand |
| 11.1003 | Bachelors | Cybersecurity | - Exceptionally High Demand [redacted] |
| 11.1003 | Masters | Cybersecurity | - Exceptionally High Demand |
| 43.0106 | Bachelors | Forensic Studies | - High Demand |
| 43.0106 | Masters | Forensic Studies | - High Demand<br>- Unique (Prox.) (State) at HBI Post-Transfer |

Programs to Transfer to Coppin

| CIP | Level | Program Title | Transfer from | Attributes |
|---|---|---|---|---|
| 52.0201 | Masters | Integrated Homeland Security Management | - Towson | - Unique (Prox.) (State) at HBI Post-Transfer<br>- High Demand |
| 43.0104 | Bachelors | Criminal Justice | - UMUC | - Exceptionally High Demand<br>- Unique (Prox.) (State) at HBI Post-Transfer |
| 43.0106 | Bachelors | Forensic Studies | - UB | - High Demand |
| 43.0106 | Bachelors | Investigative Forensics | - UMUC | - High Demand |
| 43.0106 | Masters | Forensic Science | - Towson | - High Demand<br>- Unique (Prox.) (State) at HBI Post-Transfer |
| 43.0107 | Bachelors | Criminal Justice | - UB | - Exceptionally High Demand<br>- Unique (Prox.) (State) at HBI Post-Transfer |
| 43.0107 | Masters | Criminal Justice | - UB | |
| 43.0116 | Masters | Digital Forensics and Cyber Investigation | - UMUC | - Unique (Prox.) (State) at HBI Post-Transfer |

Recommendations for Enhancement of Criminal Justice and Applied Social and Political Sciences

New and enhanced programs in this area will require additional expenses: student scholarships, faculty and staff hires, operational expenses, equipment and facilities renovation.

UNIVERSITY OF MARYLAND EASTERN SHORE

Proposed Niches

a. Engineering and Aviation Sciences

b. Agriculture and Environmental Sciences

c. Pharmacy and Health Professions

Although UMES is a land-grant institution, it offers relatively few high-demand programs associated with the mission of land-grant institutions. As a land-grant university, the overarching mission of UMES should focus on programs in engineering, agriculture, and the sciences without excluding the liberal arts. Ironically, though, UMES currently offers relatively few undergraduate and graduate programs in engineering, agriculture, and the environmental sciences. At the undergraduate level, UMES offers but a single degree in engineering (Aerospace Engineering, Computer Engineering, Electrical Engineering, and Mechanical Engineering are offered as specializations). At the graduate level, UMES does not offer a single degree program in engineering at the master's or doctoral level.

UMES offers only four undergraduate degree programs in the sciences (Aviation Sciences, Biology, Chemistry, and Environmental Sciences); five programs at the master's level in the sciences (Chemistry, Marine-Estuarine-Environmental Sciences, Toxicology, Professional Science, and Quantitative Fisheries and Resource Economics); and two PhD programs in the sciences (Marine-Estuarine-Environmental Sciences and Toxicology). In terms of degree programs in agriculture, UMES offers only one undergraduate degree program (Agriculture), one program at the master's level (Food and Agricultural Sciences), and one program at the doctoral level (Food Science and Technology). UMES programs in Science and Agriculture have been proven successful in attracting White students, and enhancement of these programs would also strengthen the institutional identity and reputation of the university.

We propose strengthening the institutional identity of UMES by significantly expanding program offerings (especially unique, high-demand programs) in three programmatic niches that are closely tethered to the land-grant mission of UMES: Engineering and Aviation Science, Agriculture and Environmental Sciences, and Pharmacy and Health and Professions.) Establishing new degree programs in these three fields not offered at the geographically proximate TWI Salisbury—especially high-demand programs from the bachelor's to the doctoral level—is critical not only if UMES is to realize its land-grant mission, but also to ensure that UMES has programmatic uniqueness as reflected in its offering a meaningful number of high-demand programs that are not offered at geographically proximate Salisbury University.

**a. <u>Engineering and Aviation Sciences</u>**

UMES would greatly benefit from more high-demand engineering programs across all degree levels if it is to embrace its land-grant mission. Of particular note, general engineering programs at the master's and doctoral level can offer valuable opportunities for interdisciplinary studies, such as linking engineering to environmental studies and agriculture to permit students to explore emerging and interdisciplinary fields of study that address real-world problems.

New Programs at UMES

| Likely CIP | Level | Program Title | Attributes |
|---|---|---|---|
| 14.0201 | Bachelors | Aerospace Engineering | - Exceptionally High Demand<br>- Unique (Prox.)<br>[redacted] |
| 14.0801 | Bachelors | Civil Engineering | - Exceptionally High Demand<br>- Unique (Prox.)<br>[redacted] |
| 14.1001 | Bachelors | Electrical Engineering | - Exceptionally High Demand<br>- Unique (Prox.)<br>[redacted] |
| 14.1901 | Bachelors | Mechanical and Industrial Engineering | - Exceptionally High Demand<br>- Unique (Prox.)<br>[redacted] |

Recommendations for Enhancement of Engineering and Aviation Sciences

The proposed programs in Engineering and Aviation Sciences would be located in the new UMES Engineering building, which opened earlier this year. Among the additional costs which will be incurred: student financial aid, faculty and staff hires, equipment, operational expenses, equipment and laboratory start-up costs.

**b. Agriculture and Environmental Sciences**

Three of the major challenges facing our society are: (1) addressing the increasingly technology-driven production of food; (2) identifying and managing sustainable sources of food, especially ocean-based food; and (3) preventing pollution of the environment and food sources. Graduate programs in such fields as food science and technology would clearly contribute to enhancing the land-grant UMES identity in Agriculture.

Environmental Sciences include a range of rapidly expanding interdisciplinary fields, with many concentrated on another major challenge facing our society: finding alternative, sustainable sources of energy. As a land-grant institution, UMES has the opportunity to build upon traditional fields and incorporate emerging fields of study that address the myriad challenges in managing and preserving our natural environment and resources. A wide variety of programs could be introduced at the bachelor's, master's, and doctoral levels. At the graduate level, establishing a master's and a PhD program in environmental studies program is highly recommended. Such a program would be an interdisciplinary program. For example, a student might combine basic courses in environmental studies with courses in engineering and the social sciences. Students might pursue their studies in restoration ecology, agricultural economics, or energy resources. For example, UMES currently offers a PhD in Marine Estuarine-Environmental Science, with major emphasis on fisheries science, environmental molecular biology, and biotechnology. A PhD program in environmental studies would complement that program while having a separate identity anchored in an interdisciplinary focus that invites students to pursue advanced studies and research real-world problems.

Finally, introducing new programs in such fields as Veterinary Medicine and Veterinary Technology are closely tethered to the land-grant mission of UMES and would go a long way in giving meaningful expression to its land-grant mission.

New Programs at UMES

| Likely CIP | Level | Program Title | Attributes |
|---|---|---|---|
| 01.1001 | Bachelors | Food Science and Technology | - High Demand<br>- Unique (Prox.) |
| 03.0101 | Bachelors | Environmental Management | - Exceptionally High Demand<br>- Unique (Prox.) |
| 03.0103 | Masters | Environmental Sciences | - Unique (Prox.) |
| 03.0103 | Doctorate | Environmental Sciences | - Unique (Prox.) |
| 51.2401 | Doctorate | Veterinary Medicine | - Exceptionally High Demand<br>- Unique (Prox.)<br>[redacted] |
| 51.2499 | Bachelors | Veterinary Technology | - Unique (Prox.) (State)<br>[redacted] |
| 51.2499 | Masters | Veterinary Technology | - Unique (Prox.) (State) |
| 51.2501 | Masters | Veterinary Medical Sciences | - Unique (Prox.) |

Recommendations for Enhancement of Agriculture and Environmental Sciences

The expenses for these new and enhanced programs would include: faculty and staff hires, facilities (new and renovated labs), operational expenses, equipment, and student financial aid packages.

**c. Pharmacy and Health Professions**

One of the most formidable challenges facing our society is improving health care, well-being, and quality of life. Today's rapidly changing demographics is placing new demands on our health care system, including better serving our traditionally underserved populations—including women and geographically isolated low-income communities. UMES has the opportunity to be ahead of the curve in preparing the next generation of health practitioners to support our changing and underserved populations, especially in rural areas, by addressing the preeminent health care challenges they are facing.

The fields of Pharmacy and Allied Health are well-established at UMES, with both programs having strong regional *and* national reputations. The President of UMES has noted that the pharmacy and physical therapy programs annually turn away large numbers of qualified applicants because UMES lacks the capacity (faculty, facilities, financial aid, resources, etc.) to accommodate these students. This represents a significant loss when there are vital shortages--currently and projected into the future--of pharmacists and physical therapists in Maryland and

nationally. The proposed new programs listed below would build on the unique and high-demand programs in pharmacy and physical therapy now offered at UMES to form a more distinct niche.

New Programs at UMES

| Likely CIP | Level | Program Title | Attributes |
|---|---|---|---|
| 19.0505 | Masters | Nutrition | - Unique (Prox.) |
| 42.0101 | Masters | Rehabilitation Psychology | - High Demand<br>- Unique (Prox.) |
| 51.2201 | Bachelors | Community Health/Public Health | - Unique (Prox.) |
| 51.2201 | Masters | Community Health/Public Health | - High Demand<br>- Unique (Prox.) |
| 51.2306 | Bachelors | Occupation and Well-Being | - Exceptionally High Demand<br>- Unique (Prox.) |
| 51.2306 | Masters | Occupation and Well-Being | - Exceptionally High Demand<br>- Unique (Prox.) |
| 51.2306 | Doctorate | Occupation and Well-Being | - Unique (Prox.) |

[redacted]

Recommendations for Enhancement of Pharmacy and Health Professions

The UMES *Plan for Future Competitiveness* states: "The programs and resources set forth in this plan will prepare UMES [to] not only launch high- impact, high- demand programs that will attract a diverse student body, but will position the University and these programs for long- term sustainability." The proposed new and enhanced programs will require substantial funding for facilities, faculty, staff, operational expenses, equipment, and student financial support. Most of the new and enhanced programs could be housed in a new Pharmacy and Health Professions building proposed in the UMES *Plan for Future Competitiveness*. And some current facilities will need to be renovated and reassigned after current occupants move to the new building. [redacted] Occupational Therapy degree programs will require additional funding for new faculty and staff, equipment, operational support and student scholarships.

# BOWIE STATE UNIVERSITY

Proposed Niches

a. Computer Sciences

b. Professional Studies: Nursing, Social Work, and Education

## a. Computer Sciences

Computer sciences—including information sciences and technology—focus on applications of the information sciences, systems, and technology. Given the widespread use of information systems and their application in contemporary society, the range of specialization and level of study are limited only by our imagination. According to the U.S. Department of Labor as well as labor market journalists, the computer and information sciences are among the fastest career growth areas in the nation. According to the State Department of Labor in Maryland, five of the top eight growth careers are computer science or network-related careers. At the present time and for the foreseeable future, computer and information sciences and related disciplines are among the most high-demand program offerings in the University of Maryland system. Offering new degree programs in interdisciplinary fields of study that are closely related to (and require) computer science not currently offered at Bowie would strengthen its programmatic identity and advance meaningful differentiation between computer science programs within the USM.

New Programs at Bowie

| Likely CIP | Level | Program Title | Attributes |
|---|---|---|---|
| 10.0202 | Masters | Communication Media | - Unique (Prox.) (State) |
| 11.0401 | Bachelors | Information Systems/Technology | - Exceptionally High Demand |
| 11.0401 | Masters | Information Systems/Technology | - Exceptionally High Demand |
| 11.1003 | Bachelors | Cybersecurity and Information Assurance | - Exceptionally High Demand [redacted] |
| 11.1003 | Masters | Cybersecurity and Information Assurance | - Exceptio[redacted]ally High Demand |
| 11.9999 | Masters | Computer Technology | |
| 43.0117 | Masters | Forensic Studies in Accounting | |
| 51.0706 | Masters | Health Information Management | |

Programs to Transfer to Bowie

| CIP | Level | Program Title | Transfer from | Attributes |
|---|---|---|---|---|
| 50.0401 | Doctorate | Information and Interaction Design[4] | - UB | - Unique (Prox.) (State) at HBI Post-Transfer |

Recommendations for Enhancement of Computer Sciences

Expenses for enhancement of computer sciences will include: new and renovated facilities, personnel costs (faculty and staff), equipment, operational expenses and student financial aid.

**b. Professional Studies: Nursing, Social Work, and Education**

Following national trends, implementation of the Affordable Health Care Act, and a rapidly aging and diverse population, increased emphasis is being placed on Wellness and Preventive Health. Programs in Nursing, Social Work, and Education (School Psychology) will be in increasingly greater demand for the foreseeable future This niche will at once build on and enhance Bowie's enrollments in Nursing at the bachelor's and master's levels. Combining the degree fields of human resources development, criminal justice and business administration, which are also currently popular at Bowie, would make this programmatic niche even stronger.

New Programs at Bowie

| Likely CIP | Level | Program Title | Attributes |
|---|---|---|---|
| 42.0101 | Masters | Psychology | - High Demand |
| 42.2805 | Doctorate | School Psychology | - Unique (Prox.) (State) |
| 44.0701 | Masters | Social Work | - Exceptionally High Demand<br>[redacted] |
| 51.3818 | Doctorate | Nursing Practice | - Exceptionally High Demand<br>- Unique (Prox.)<br>[redacted] |

Recommendations for Enhancement of Professional Studies: Nursing, Social Work, and Education

Expenses for enhancement of this niche will include: new and renovated facilities, personnel costs (faculty and staff), equipment, operational expenses and student financial aid.

---

[4] The UB doctorate in Information and Interaction Design duplicates or overlaps with the following Bowie programs: Computer Science (PhD), Management Information Systems (MS), Database Management/ Artificial Intelligence (Post BS Certificate) and Bioinformatics (BS). The transfer would help enhance a programmatic niche consisting of unique and high-demand programs.

UNIVERSITY OF MARYLAND UNIVERSITY COLLEGE

The original mission of the University of Maryland, University College (UMUC) was limited: UMUC was to provide special and continuing studies programs for the public university system. With the emergence and implementation of powerful online technologies, UMUC now enrolls 34,000 students, more students than other institution in the state. UMUC offers over 100 certificate, BA, MA and doctoral programs online and on-site at 21 locations in Maryland (including Shady Grove, Hagerstown, Prince George's Community College, and Eastern Shore Higher Education Center). UMUC has competitive advantages over all of Maryland's more traditional public universities, such as convenience, lower per student costs, etc., and is therefore able to successfully duplicate and directly compete with their academic degree program offerings.

Given their vulnerability to program duplication by TWIs, however, Maryland's public HBI's have been most negatively affected by UMUC's "mission creep." For all practical purposes, modern technology, and distance learning platforms makes UMUC a "proximate" TWI for all HBIs in the state. In addition, UMUC has six campuses that are "physically proximate" to (within 30 miles of) Bowie State University.[5] The burden on HBIs from UMUC's academic and degree program expansion results in numerous lost opportunities to establish and build program niches at the HBIs which are anchored in unique and high-demand programs. The burden for HBIs is also evident where UMUC's academic programs unnecessarily duplicate high-demand academic programs offered by HBIs, with the effect of undermining the likelihood that white students will attend HBIs.

UMUC operates the most innovative, far-reaching and effective online and blended learning (i.e., combination online or distance and on-site instruction) delivery systems in the state of Maryland and perhaps in the United States. It is reasonable, therefore, to seek ways to expand the benefits of the UMUC "model" to Maryland HBIs. It is important to eliminate unnecessary degree program duplication between UMUC and HBIs in order to avoid wasted resources. This would also help HBIs attract and retain white student enrollments.

UMUC should transfer selected degree programs that unnecessarily duplicate Maryland's HBIs. In addition, where program offerings at UMUC which are high-demand unnecessarily duplicate programs at the HBIs, UMUC should coordinate and cooperate with Maryland's HBIs—Morgan State University in particular—to offer collaborative programs anchored in blended platforms. Under this blended learning model, the HBIs would offer the on-campus courses and UMUC would offer the on-line courses. These would be collaborative programs in which the HBIs would award the degree. This blended model has the potential to encourage white students to go to an HBI for the in-person component of these programs, presenting some desegregative potential. This realignment of UMUC would position the Maryland higher education system for leadership in the national and international movement towards the adoption of online and blended delivery systems.

Specifically we recommend the transfer all academic degree programs in Management, Business Management, and closely aligned fields from UMUC to MSU. This recommendation is driven by the demonstrated, extensive duplication of academic degree programs between UMUC and MSU in these areas. This recommendation is also based on the accumulated research and practice record which proves the desegregative effects of locating (or relocating) unique, high-

demand academic programs at HBIs.

Progress to this end will require both UMUC and MSU to conduct a detailed inventory of academic, course, and degree program offerings to identify areas of program overlap or duplication. Plans should then be developed, outlined, and implemented over 3-5 years to divide responsibilities between MSU and UMUC such that final degree granting authority eventually resides with MSU. UMUC should support and supplement the MSU degree programs in Management, Business Management, and closely aligned fields by providing the necessary technology platform for student online and blended learning experiences. We request that the Court require annual reports to evaluate compliance and progress toward implementation of this proposed realignment between MSU and UMUC in academic course, program, and degree offerings in the fields of Management, Business Administration, and allied areas.

As a general way to proceed in future, we propose the Court accept and apply a 4 step process as a template for identifying and correcting academic program duplication between UMUC and HBIs in the Maryland system of public higher education:

1. Inventory academic degree program duplication between UMUC and a specific TBI;

2. Develop, outline, and implement plans to transfer duplicated academic programs from UMUC to HBI. This should include plans to insure UMUC support of technology platform for academic program online and blended learning at HBI;

3. Transfer affected academic degree programs from UMUC to HBI;

4. Evaluate compliance and progress of academic degree program transfers.

Cooperation and coordination between UMUC and Maryland's HBIs would greatly facilitate the goal of creating a unitary, racially desegregated system of public higher education in Maryland. This would help to cultivate distinctive academic identities for Maryland's HBIs by creating niches of unique, high-demand programs at HBIs. An additional benefit would be enhancement of the quality of existing academic programs at HBIs. Yet another benefit would be to ensure Maryland's scarce financial, institutional, and other resources are used in the most effective, efficient, and economical manner possible.

## CONCLUSION

This remedial proposal arises from the lawsuit Plaintiffs filed against the State of Maryland pursuant to Title VI of the Civil Rights Act of 1964 and the Equal Protection Clause of the Fourteenth Amendment. In an opinion dated October 7, 2013, the Court found Maryland liable for violating the Constitution through its policy of unnecessary program duplication and "strongly" suggested that the parties "enter mediation to attempt to generate a suitable plan to address this problem."[6]

---

[5] These campuses are at College Park, Largo, Hanover, Andrews Air Force Base, Laurel, and Shady Grove.

[6] Coal. for Equity & Excellence in Maryland Higher Educ. v. Maryland Higher Educ. Comm'n, CIV. CCB-06-2773, 2013 WL 5550394 at *59 (D. Md. Oct. 7, 2013)(hereinafter 2013 Opinion).

According to the Court's Opinion, the distinguishing feature of Maryland's Historically Black Institutions (HBIs) remains their "racial identifiability" (about 5% of the students at Maryland's HBIs are white). The Court found that the State has in place a policy—a policy rooted in its earlier officially segregated system—that continues to maintain the racial identifiability of Maryland's HBIs: a dual structure of higher education. This dual structure consists of widespread unnecessary program duplication between Maryland's Traditionally White Institutions (TWIs) and HBIs such that there is not meaningful program uniqueness at the HBIs. That is, there is an absence of a meaningful number of unique (not duplicated at geographically proximate TWIs), high-demand programs at the HBIs that would attract non-black students to these institutions by providing them with an institutional identity beyond race.

Therefore, the fundamental challenge addressed in remedy is how to dismantle the dual structure of higher education in Maryland—a structure which ensures that the distinctive feature of Maryland's four HBIs is no longer their racially identifiability To be successful the remedy must enlarge and enrich the institutional identities of the HBIs by establishing new unique, high-demand programs along with unique programs (not offered at geographically proximate HBIs) and high-demand programs which are not unique--within distinct programmatic niches at all four of these institutions.

Recent enrollment statistics for Maryland's Historically Black Institutions reveal formidable challenges with respect to dismantling the State's racially dual system of higher education. In 2013 white student enrollment was extremely low at Morgan State University (3%), Bowie State University (3%) and Coppin State University (1%). Meanwhile, white student enrollment for 2013 was 15% at the University of Maryland—Eastern Shore. It is important to note that White student enrollment was highest in unique, high-demand programs at University of Maryland- Eastern Shore: Special Education MA (64%), Ecology (60%), Education, Industrial Arts, Vocational and Technical Education MA (59%) and Business and Management (57%). White student enrollment was also highest in high-demand programs at Morgan State University such as Architecture (47%); and at Bowie State University: Secondary Education MA (38%). While some unique, high-demand programs at Maryland's HBIs are attracting significant numbers of white students, there are very few of these programs (an average of three at the HBIs)—far too few of these programs to accomplish the goal of dismantling the dual structure of higher education.

The experiences of other states that grappled with the challenges of dismantling racially dual systems of public higher education are instructive for Maryland. Tennessee was successful because of a merger plan which enhanced the capacity of Tennessee State University to offer unique, high-demand programs. These programs helped to dismantle the racially dual system of higher education by creating a distinctive academic identity—an identity anchored in a wide range of high-demand, unique (not duplicated at proximate TWIs) programs for this Historically Black Institution that attracted white student enrollment. In 2012 white students at Tennessee State University represented 24% of enrollment and 32% of degree recipients; other non-black students represented 10% of total student enrollment and 8% of all degree recipients. Moreover, the remedial plans in Mississippi, Alabama, and Louisiana had very limited success because none focused principally on dismantling the racially dual system of higher education by enhancing the programmatic identities of the HBIs.

As the Court is aware, the controversial Towson/UB MBA program is illustrative of the importance of establishing and maintaining unique, high-demand programs at the TBIs. The Morgan State MBA program attracted a critical mass of white students before the Towson/UB MBA was

introduced. Since then, however, white student enrollment in Morgan's MBA program has declined precipitously. In 2014, 116 students were enrolled in Morgan's MBA program, none of whom were white. Meanwhile, that same year, UB's MBA program enrolled 352 students, 189 (53.6%) of whom were white. Towson's MBA program enrolled 121 students that same year, 87 (71.2%) of whom were white. These figures confirm that a significant number of white students are pursuing their MBA at Towson and UB. Not insignificantly, the major programs at HBI Morgan State University that are currently attracting substantial numbers of white students are high-demand programs such as the B. S. degree in Architecture and Environmental Design (15% white students).

While the task of realigning academic programs within the Maryland system of higher education may be characterized by some to be as unsettling as was post-Brown integration, the creation of a unitary system of higher education in Maryland represents a remarkable opportunity. A unitary system of public higher education would advance a new vision for higher education that is aligned with several of Maryland's own higher education commissions and panels, which consistently called for elevating the status of Maryland's HBIs. The Court's decision opens up the possibility for transforming Maryland's higher education system into a 21st century model for public higher education.

APPENDIX A:

## All Proposed New Programs at Maryland HBIs

| Likely CIP | Level | Program Title | Attributes | Institution | Niche |
|---|---|---|---|---|---|
| 01.1001 | Bachelors | Food Science and Technology | - High Demand | Morgan State University | Urban Env., Health, and Sus. |
| 01.1001 | Bachelors | Food Science and Technology | - High Demand<br>- Unique (Prox.) | University of Maryland Eastern Shore | Agriculture & Env. Science |
| 01.1001 | Masters | Food Science and Technology | | Morgan State University | Urban Env., Health, and Sus |
| 03.0101 | Bachelors | Environmental Management | - Exceptionally High Demand<br>- Unique (Prox.) | University of Maryland Eastern Shore | Agriculture & Env. Science |
| 03.0103 | Doctorate | Environmental Sciences | - Unique (Prox.) | University of Maryland Eastern Shore | Agriculture & Env. Science |
| 03.0103 | Masters | Environmental Sciences | - Unique (Prox.) | University of Maryland Eastern Shore | Agriculture & Env. Science |
| 03.0104 | Bachelors | Environmental Studies and Policy | - High Demand (core) | Morgan State University | Urban Env., Health, and Sus. |
| 03.0104 | Masters | Environmental Studies and Policy | | Morgan State University | Urban Env., Health, and Sus. |
| 10.0202 | Masters | Communication Media | - Unique (Prox.) (State) | Bowie State University | Computer Sciences |
| 11.0401 | Bachelors | Integrated Homeland Security Management | - Exceptionally High Demand | Coppin State University | Criminal Justice |
| 11.0401 | Bachelors | Information Systems/Technology | - Exceptionally High Demand | Bowie State University | Computer Sciences |
| 11.0401 | Doctorate | Information Systems | | Morgan State University | Engineering |
| 11.0401 | Masters | Information Systems | - Exceptionally High Demand | Morgan State University | Engineering |
| 11.0401 | Masters | Integrated Homeland Security Management | - High Demand | Coppin State University | Criminal Justice |
| 11.0401 | Masters | Information Systems/Technology | - Exceptionally High Demand | Bowie State University | Computer Sciences |
| 11.1003 | Bachelors | Cybersecurity | - Exceptionally High Demand<br>[redacted] | Coppin State University | Criminal Justice |
| 11.1003 | Bachelors | Cybersecurity and Information Assurance | - Exceptionally High Demand | Bowie State University | Computer Sciences |

| | | | | | |
|---|---|---|---|---|---|
| | | | [redacted] | | |
| 11.1003 | Masters | Cybersecurity | - Exceptionally High Demand | Coppin State University | Criminal Justice |
| 11.1003 | Masters | Cybersecurity and Information Assurance | - Exceptionally High Demand | Bowie State University | Computer Sciences |
| 11.9999 | Masters | Computer Technology | | Bowie State University | Computer Sciences |
| 14.0201 | Bachelors | Aerospace Engineering | - Exceptionally High Demand<br>- Unique (Prox.)<br>[redacted] | University of Maryland Eastern Shore | Engineering & Aviation Sciences |
| 14.0801 | Bachelors | Civil Engineering | - Exceptionally High Demand<br>- Unique (Prox.)<br>[redacted] | University of Maryland Eastern Shore | Engineering & Aviation Sciences |
| 14.0801 | Doctorate | Civil Engineering | - High Demand | Morgan State University | Engineering |
| 14.0801 | Masters | Civil Engineering | - High Demand | Morgan State University | Engineering |
| 14.0901 | Doctorate | Computer Engineering | - Unique (Prox.) (State) at HBI Post-Transfer | Morgan State University | Engineering |
| 14.0901 | Masters | Computer Engineering | - Unique (Prox.) (State) at HBI Post-Transfer | Morgan State University | Engineering |
| 14.1001 | Bachelors | Electrical Engineering | - Exceptionally High Demand<br>- Unique (Prox.)<br>[redacted] | University of Maryland Eastern Shore | Engineering & Aviation Sciences |
| 14.1001 | Doctorate | Electrical Engineering | - Exceptionally High Demand | Morgan State University | Engineering |
| 14.1901 | Bachelors | Mechanical and Industrial Engineering | - Exceptionally High Demand<br>- Unique (Prox.)<br>[redacted] | University of Maryland Eastern Shore | Engineering & Aviation Sciences |
| 19.0505 | Masters | Nutrition | - Unique (Prox.) | University of Maryland Eastern Shore | Pharm. & Health Prof. |
| 22.0101<br>52.0101 | Doctorate/ Masters | Law and Business (Joint w/ UB) | - Exceptionally High Demand<br>- Unique (Prox.) (State) | Morgan State University | Business and Management |
| 22.0101<br>03.0104 | Doctorate/ Masters | Law and Environmental Studies (Joint w/ UB) | - Exceptionally High Demand<br>- Unique (Prox.) (State) | Morgan State University | Urban Env., Health, and Sus |

| | | | | | |
|---|---|---|---|---|---|
| 22.0101<br>14.0101 | Doctorate/<br>Masters | Law and Engineering (Joint w/ UB) | - Exceptionally High Demand<br>- Unique (Prox.) (State) | Morgan State University | Engineering |
| 26.0101 | Masters | Biology and Life Sciences | [redacted] | Coppin State University | Nursing & Allied Health |
| 30.1101 | Bachelors | Gerontology | [redacted] | Coppin State University | Nursing & Allied Health |
| 30.1101 | Masters | Gerontology | | Coppin State University | Nursing & Allied Health |
| 31.0505 | Bachelors | Exercise Science | - Exceptionally High Demand<br>[redacted] | Coppin State University | Nursing & Allied Health |
| 42.0101 | Masters | Rehabilitation Psychology | - High Demand<br>- Unique (Prox.) | University of Maryland Eastern Shore | Pharm. & Health Prof. |
| 42.0101 | Masters | Psychology | - High Demand | Bowie State University | Prof. Studies |
| 42.2805 | Doctorate | School Psychology | - Unique (Prox.) (State) | Bowie State University | Prof. Studies |
| 43.0106 | Bachelors | Forensic Studies | - High Demand | Coppin State University | Criminal Justice |
| 43.0106 | Masters | Forensic Studies | - High Demand<br>- Unique (Prox.) (State) at HBI Post-Transfer | Coppin State University | Criminal Justice |
| 43.0117 | Masters | Forensic Studies in Accounting | | Bowie State University | Computer Sciences |
| 44.0701 | Masters | Social Work | - Exceptionally High Demand<br>[redacted] | Coppin State University | Nursing & Allied Health |
| 44.0701 | Masters | Social Work | -Exceptionally High Demand<br>[redacted] | Bowie State University | Prof. Studies |
| 51.0701 | Bachelors | Healthcare Administration | - High Demand<br>[redacted] | Coppin State University | Nursing & Allied Health |
| 51.0701 | Masters | Healthcare Administration | - Exceptionally High Demand | Coppin State University | Nursing & Allied Health |
| 51.0702 | Masters | Health Care Administration | - Exceptionally High Demand | Morgan State University | Urban Env., Health, and Sus. |
| 51.0706 | Masters | Health Information Management | - Unique (Prox.) (State) | Coppin State University | Nursing & Allied Health |
| 51.0706 | Masters | Health Information Management | - Unique (Prox.) (State) | Bowie State University | Computer Sciences |
| 51.1005 | Bachelors | Clinical Research | [redacted] | Coppin State University | Nursing & Allied Health |

| | | | | | |
|---|---|---|---|---|---|
| 51.2201 | Bachelors | Community Health/Public Health | - Unique (Prox.) | University of Maryland Eastern Shore | Pharm. & Health Prof. |
| 51.2201 | Masters | Community Health/Public Health | - High Demand<br>- Unique (Prox.) | University of Maryland Eastern Shore | Pharm. & Health Prof. |
| 51.2202 | Masters | Environmental Health/Management | - Exceptionally High Demand<br>[redacted] | Morgan State University | Urban Env., Health, and Sus. |
| 51.2211 | Bachelors | Allied Health and Services | - Exceptionally High Demand | Coppin State University | Nursing & Allied Health |
| 51.2211 | Doctorate | Health Policy and Management | [redacted] | Morgan State University | Urban Env., Health, and Sus. |
| 51.2211 | Masters | Health Policy and Management | - High Demand<br>[redacted] | Morgan State University | Urban Env., Health, and Sus. |
| 51.2211 | Masters | Allied Health and Services | - High Demand | Coppin State University | Nursing & Allied Health |
| 51.2299 | Bachelors | Public Health | - High Demand<br>[redacted] | Morgan State University | Urban Env., Health, and Sus. |
| 51.2306 | Bachelors | Occupation and Well-Being | - Exceptionally High Demand<br>- Unique (Prox.) | University of Maryland Eastern Shore | Pharm. & Health Prof. |
| 51.2306 | Doctorate | Occupation and Well-Being | - Unique (Prox.) | University of Maryland Eastern Shore | Pharm. & Health Prof. |
| 51.2306 | Masters | Occupation and Well-Being | - Exceptionally High Demand<br>- Unique (Prox.) | University of Maryland Eastern Shore | Pharm. & Health Prof. |
| 51.2401 | Doctorate | Veterinary Medicine | - Exceptionally High Demand<br>- Unique (Prox.)<br>[redacted] | University of Maryland Eastern Shore | Agriculture & Env. Science |
| 51.2499 | Bachelors | Veterinary Technology | - Unique (Prox.) (State)<br>[redacted] | University of Maryland Eastern Shore | Agriculture & Env. Science |
| 51.2499 | Masters | Veterinary Technology | - Unique (Prox.) (State) | University of Maryland Eastern Shore | Agriculture & Env. Science |
| 51.2501 | Masters | Veterinary Medical Sciences | - Unique (Prox.) | University of Maryland Eastern Shore | Agriculture & Env. Science |
| 51.3818 | Doctorate | Nursing Practice | - Exceptionally High Demand<br>- Unique (Prox.)<br>[redacted] | Bowie State University | Prof. Studies |
| 52.0203 | Masters | Supply Chain Management | | Morgan State University | Business and Management |
| 52.0801 | Masters | Finance | - Exceptionally High Demand | Morgan State University | Business and Management |

| | | | | | |
|---|---|---|---|---|---|
| 52.1401 | Doctorate | Marketing | - Unique (Prox.) (State) [redacted] | Morgan State University | Business and Management |
| 52.1401 | Masters | Marketing | - Unique (Prox.) (State) | Morgan State University | Business and Management |

APPENDIX B:

**All Proposed Programs to Transfer to Maryland HBIs**

| CIP | Level | Program Title | Transfer from | Attributes | Institution | Niche |
|---|---|---|---|---|---|---|
| 14.0801 | Masters | Environmental Engineering | - UMBC | - High Demand | Morgan State University | Engineering |
| 14.0801 | Doctorate | Environmental Engineering | - UMBC | - High Demand | Morgan State University | Engineering |
| 14.0901 | Bachelors | Computer Engineering | - UMBC | - High Demand | Morgan State University | Engineering |
| 14.0901 | Masters | Computer Engineering | - UMBC | - Unique (Prox.) (State) at HBI Post-Transfer | Morgan State University | Engineering |
| 14.0901 | Doctorate | Computer Engineering | - UMBC | - Unique (Prox.) (State) at HBI Post-Transfer | Morgan State University | Engineering |
| 43.0104 | Bachelors | Criminal Justice | - UMUC | - Exceptionally High Demand<br>- Unique (Prox.) (State) at HBI Post-Transfer | Coppin State University | Crim. Justice |
| 43.0106 | Bachelors | Forensic Studies | UB | - High Demand | Coppin State University | Crim. Justice |
| 43.0106 | Bachelors | Investigative Forensics | - UMUC | - High Demand | Coppin State University | Crim. Justice |
| 43.0106 | Masters | Forensic Science | - Towson | - High Demand<br>- Unique (Prox.) (State) at HBI Post-Transfer | Coppin State University | Crim. Justice |
| 43.0107 | Bachelors | Criminal Justice | - UB | - Exceptionally High Demand<br>- Unique (Prox.) (State) at HBI Post-Transfer | Coppin State University | Crim. Justice |
| 43.0107 | Masters | Criminal Justice | - UB | | Coppin State University | Crim. Justice |
| 43.0116 | Masters | Digital Forensics and Cyber Investigation | - UMUC | - Unique (Prox.) (State) at HBI Post-Transfer | Coppin State University | Crim. Justice |
| 50.0401 | Doctorate | Information and Interaction Design | - UB | - Unique (Prox.) (State) at HBI Post-Transfer | Bowie State University | Computer Science |

| | | | | | | |
|---|---|---|---|---|---|---|
| 52.0101 | Masters | Business Administration (Online MBA) | - UB | Exceptionally High Demand [redacted] | Morgan State University | Business & Management |
| 52.0101 | Doctorate | Doctor of Management, Community College Policy and Administration | - UMUC | - Exceptionally High Demand<br>- Unique (Prox.) (State) at HBI Post-Transfer<br>[redacted] | Morgan State University | Urban Env., Health, and Sus. |
| 52.0201 | Masters | Integrated Homeland Security Management | - Towson | - Unique (Prox.) (State) at HBI Post-Transfer<br>- High Demand | Coppin State University | Crim. Justice |
| 52.0301 | Bachelors | Accounting | Towson UMUC | - Exceptionally High Demand | Morgan State University | Business & Management |
| 52.0301 | Masters | Accounting and Business Advisory Services | UB | High Demand | Morgan State University | Business & Management |
| 52.0304 | Masters | Accounting and Financial Management | - UMUC | - High Demand<br>- Unique (Prox.) (State) at HBI Post-Transfer | Morgan State University | Business & Management |
| 52.0801 | Bachelors | Finance | - UMUC | - Exceptionally High Demand | Morgan State University | Business & Management |

Case 1:06-cv-02773-CCB Document 495-10 Filed 09/30/16 Page 88 of 141

**INVENTORY OF DEGREE PROGRAMS AT MARYLAND'S PUBLIC FOUR-YEAR INSTITUTIONS OF HIGHER EDUCATION BY DEGREE LEVEL**

***Sources: MHEC-RMDY 00003, "2014 Enrollment by Program by Race for UMS Institutions, " and MHEC RMDY 00006, "Enrollment by Program by Race for Morgan State University."; Trends in Degree and Certificates by Program: Maryland Higher Education Institutions (available for download at htpps://data.mhec.state.md.us/mac_Trend.asp***

*Note: Exceptionally High Demand Programs are identified by two astericks (**)*

| CIP Code | | Level | Program Title | Unique (Regional and/or State) | | High Demand | Institution |
|---|---|---|---|---|---|---|---|
| 010000 | | Bachelors | AGRICULTURE, GENERAL | Unique (Prox.) | | | UMES |
| 010000 | | Bachelors | AGRICULTURAL SCIENCE & TECHNOLOGY | Unique (Prox.) | | | UMCP |
| 010000 | | Bachelors | PLANT SCIENCES | Unique (Prox.) | | | UMCP |
| 010000 | | Masters | PLANT SCIENCE | Unique (Prox.) | (State) | | UMCP |
| 010000 | | Doctorate | PLANT SCIENCE | Unique (Prox.) | (State) | | UMCP |
| 010101 | | Bachelors | AGRIBUSINESS | Unique (Prox.) | (State) | | UMES |
| 010103 | | Bachelors | AGRICULTURAL & RESOURCE ECONOMICS | Unique (Prox.) | (State) | High Demand | UMCP |
| 010103 | | Masters | AGRICULTURAL & RESOURCE ECONOMICS | Unique (Prox.) | (State) | | UMCP |
| 010103 | | Doctorate | AGRICULTURAL & RESOURCE ECONOMICS | Unique (Prox.) | (State) | High Demand | UMCP |
| 010901 | | Bachelors | ANIMAL SCIENCES | Unique (Prox.) | (State) | High Demand ** | UMCP |
| 010901 | | Masters | ANIMAL SCIENCES | Unique (Prox.) | (State) | | UMCP |
| 010901 | | Doctorate | ANIMAL SCIENCES | Unique (Prox.) | (State) | | UMCP |
| 011001 | | Bachelors | NUTRITION & FOOD SCIENCE | Dupl. | | High Demand | UMCP |
| 011001 | | Masters | FOOD AND AGRICULTURAL SCIENCES | Unique (Prox.) | | | UMES |
| 011001 | | Masters | NUTRITION & FOOD SCIENCE | Unique (Prox.) | | | UMCP |
| 011001 | | Doctorate | FOOD SCIENCE AND TECHNOLOGY | Unique (Prox.) | | High Demand | UMES |
| 011001 | | Doctorate | NUTRITION & FOOD SCIENCE | Unique (Prox.) | | High Demand | UMCP |
| 030101 | | Bachelors | ENVIRONMENTAL MANAGEMENT | Unique (Prox.) | (State) | High Demand ** | UMUC |
| 030103 | (Core) | Bachelors | ENVRNMNTL SUSTAINABILITY & HUMAN E | Unique (Prox.) | (State) | High Demand | UB |
| 030103 | (Core) | Bachelors | ENVIRONMENTAL STUDIES | Unique (Prox.) | (State) | High Demand | UMBC |
| 030104 | (Core) | Bachelors | ENVIRONMENTAL STUDIES | Unique (Prox.) | (State) | High Demand | SU |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 030104 | (Core) | Bachelors | ENVIRONMENTAL SCIENCE & TECHNOLOG | Unique (Prox.) | (State) | High Demand | UMCP |
| 030104 | (Core) | Bachelors | ENVIRONMENTAL SCIENCE | Unique (Prox.) | (State) | High Demand | UMBC |
| 030104 | | Masters | ENVIRONMENTAL SCIENCE & TECHNOLOG | Unique (Prox.) | (State) | | UMCP |
| 030104 | | Doctorate | ENVIRONMENTAL SCIENCE & TECHNOLOG | Unique (Prox.) | (State) | | UMCP |
| 030206 | | Masters | REAL ESTATE DEVELOPMENT | Unique (Prox.) | (State) | High Demand | UMCP |
| 030301 | | Masters | QUANTITATIVE FISHERIES & RESOURCE E | Unique (Prox.) | (State) | | UMES |
| 030508 | | Bachelors | URBAN FORESTRY | Unique (Prox.) | (State) | | UMES |
| 040201 | | Bachelors | ARCHITECTURE & ENVIRONMENTAL DESIC | Dupl. | | High Demand | MSU |
| 040201 | | Bachelors | ARCHITECTURE | Dupl. | | High Demand | UMCP |
| 040201 | | Masters | ARCHITECTURE | Dupl. | | High Demand | MSU |
| 040201 | | Masters | ARCHITECTURE | Dupl. | | High Demand | UMCP |
| 040301 | | Masters | CITY & REGIONAL PLANNING | Unique (Prox.) | (State) | | MSU |
| 040301 | | Doctorate | URBAN AND REGIONAL PLANNING AND DE | Unique (Prox.) | (State) | | UMCP |
| 040601 | | Bachelors | LANDSCAPE ARCHITECTURE | Unique (Prox.) | (State) | | UMCP |
| 040601 | | Masters | LANDSCAPE ARCHITECTURE | Dupl. | | | MSU |
| 040601 | | Masters | LANDSCAPE ARCHITECTURE | Dupl. | | | UMCP |
| 050102 | (Core) | Bachelors | LAW AND AMERICAN CIVILIZATION | Unique (Prox.) | (State) | | TU |
| 050102 | (Core) | Bachelors | AMERICAN STUDIES | Unique (Prox.) | (State) | | UMCP |
| 050102 | (Core) | Bachelors | AMERICAN STUDIES | Unique (Prox.) | (State) | | UMBC |
| 050102 | | Masters | AMERICAN STUDIES | Unique (Prox.) | (State) | | UMCP |
| 050102 | | Doctorate | AMERICAN STUDIES | Unique (Prox.) | (State) | High Demand | UMCP |
| 050103 | | Bachelors | EAST ASIAN STUDIES | Unique (Prox.) | (State) | | UMUC |
| 050103 | | Bachelors | ASIAN STUDIES | Unique (Prox.) | (State) | | UMBC |
| 050110 | | Bachelors | CENTRAL EUROPEAN,RUSSIAN & EURASIA | Unique (Prox.) | (State) | | UMCP |
| 050201 | | Bachelors | AFRICAN AMERICAN STUDIES | Unique (Prox.) | | | UMES |
| 050201 | | Bachelors | AFRICAN AMERICAN STUDIES | Unique (Prox.) | | | UMCP |
| 050201 | | Bachelors | AFRICAN-AMERICAN STUDIES | Unique (Prox.) | | | UMBC |
| 050201 | | Masters | AFRO-AMERICAN STUDIES (W/ UMBC) | Dupl. | | | MSU |
| 050207 | (Core) | Bachelors | WOMEN'S & GENDER STUDIES | Unique (Prox.) | (State) | | TU |
| 050207 | (Core) | Bachelors | WOMEN'S STUDIES | Unique (Prox.) | (State) | | UMCP |
| 050207 | (Core) | Bachelors | GENDER & WOMEN'S STUDIES | Unique (Prox.) | (State) | | UMBC |
| 050207 | | Masters | WOMEN'S & GENDER STUDIES | Unique (Prox.) | (State) | | TU |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 050207 | | Masters | WOMEN'S STUDIES | Unique (Prox.) | (State) | | UMCP |
| 050207 | | Doctorate | WOMEN'S STUDIES | Unique (Prox.) | (State) | | UMCP |
| 090101 | (Core) | Bachelors | SPEECH COMMUNICATION | Dupl. | | High Demand ** | MSU |
| 090101 | (Core) | Bachelors | COMMUNICATION ARTS | Unique (Prox.) | | High Demand ** | SU |
| 090101 | (Core) | Bachelors | COMMUNICATION STUDIES | Dupl. | | High Demand ** | TU |
| 090101 | (Core) | Bachelors | COMMUNICATION STUDIES | Dupl. | | High Demand ** | UMUC |
| 090101 | (Core) | Bachelors | COMMUNICATION STUDIES | Dupl. | | High Demand ** | UMCP |
| 090101 | | Masters | COMMUNICATION | Unique (Prox.) | (State) | | UMCP |
| 090101 | | Doctorate | COMMUNICATION | Unique (Prox.) | (State) | High Demand | UMCP |
| 090102 | | Bachelors | MASS COMMUNICATION | Dupl. | | High Demand ** | TU |
| 090102 | | Bachelors | MEDIA & COMMUNICATION STUDIES | Dupl. | | High Demand ** | UMBC |
| 090401 | | Bachelors | MULTIMEDIA JOURNALISM | Dupl. | | High Demand ** | MSU |
| 090401 | | Bachelors | JOURNALISM | Dupl. | | High Demand ** | UMCP |
| 090401 | | Masters | JOURNALISM | Dupl. | | | MSU |
| 090401 | | Masters | JOURNALISM | Dupl. | | | UMCP |
| 090401 | | Doctorate | JOURNALISM STUDIES | Unique (Prox.) | (State) | High Demand | UMCP |
| 090402 | | Bachelors | MULTI-PLATFORM PRODUCTION | Unique (Prox.) | (State) | High Demand | MSU |
| 090701 | | Bachelors | TELECOMMUNICATIONS | Unique (Prox.) | (State) | | MSU |
| 090701 | | Bachelors | RADIO,TELEVISION & FILM | Unique (Prox.) | (State) | | UMCP |
| 090701 | | Masters | TELECOMMUNICATIONS | Unique (Prox.) | (State) | | MSU |
| 090702 | | Bachelors | DIGITAL COMMUNICATIONS | Unique (Prox.) | (State) | | UB |
| 090902 | | Masters | COMMUNICATIONS MANAGEMENT | Unique (Prox.) | (State) | | TU |
| 090999 | | Bachelors | STRATEGIC COMMUNICATION | Unique (Prox.) | (State) | | MSU |
| 090999 | | Bachelors | CORPORATE COMMUNICATIONS | Unique (Prox.) | (State) | | UB |
| 099999 | | Masters | ORGANIZATIONAL COMMUNICATIONS | Unique (Prox.) | (State) | | BSU |
| 100202 | | Bachelors | COMMUNICATION MEDIA | Dupl. | | High Demand ** | BSU |
| 100202 | | Bachelors | ELECT. MEDIA & FILM | Dupl. | | High Demand ** | TU |
| 100301 | | Bachelors | GRAPHIC COMMUNICATION | Unique (Prox.) | (State) | | UMUC |
| 100304 | | Bachelors | SCREENWRITING & ANIMATION | Dupl. | | | MSU |
| 100304 | | Bachelors | SIMULATION & DIGITAL ENTERTAINMENT | Dupl. | | | UB |
| 110101 | | Bachelors | COMPUTER SCIENCE | Dupl. | | High Demand ** | BSU |
| 110101 | | Bachelors | COMPUTER SCIENCE | Dupl. | | High Demand ** | MSU |

| | | | | | | |
|---|---|---|---|---|---|---|
| 110101 | Bachelors | COMPUTER SCIENCE | Dupl. | | High Demand ** | SU |
| 110101 | Bachelors | COMPUTER SCIENCE | Dupl. | | High Demand ** | TU |
| 110101 | Bachelors | COMPUTER SCIENCE/DATA PROCESSING | Dupl. | | High Demand ** | UMES |
| 110101 | Bachelors | COMPUTER SCIENCE | Dupl. | | High Demand ** | UMUC |
| 110101 | Bachelors | DIGITAL MEDIA & WEB TECHNOLOGY | Dupl. | | High Demand ** | UMUC |
| 110101 | Bachelors | SOFTWARE DEVELOPMENT AND SECURITY | Dupl. | | High Demand ** | UMUC |
| 110101 | Bachelors | COMPUTER SCIENCE | Dupl. | | High Demand ** | UMCP |
| 110101 | Masters | COMPUTER SCIENCE | Dupl. | | High Demand | BSU |
| 110101 | Masters | COMPUTER SCIENCE | Dupl. | | High Demand | TU |
| 110101 | Masters | APPLIED COMPUTER SCIENCE | Unique (Prox.) | | High Demand | UMES |
| 110101 | Masters | COMPUTER SCIENCE | Dupl. | | High Demand | UMCP |
| 110101 | Masters | INTERACTION DESIGN & INFO ARCHITECT | Dupl. | | High Demand | UB |
| 110101 | Doctorate | COMPUTER SCIENCE | Dupl. | | High Demand ** | BSU |
| 110101 | Doctorate | COMPUTER SCIENCE | Dupl. | | High Demand ** | UMCP |
| 110103 | Bachelors | INFORMATION TECHNOLOGY | Unique (Prox.) | (State) | High Demand ** | TU |
| 110201 | Masters | SOFTWARE ENGINEERING (MSWE) | Unique (Prox.) | (State) | | UMUC |
| 110401 | Bachelors | MANAGEMENT INFORMATION SYSTEMS | Dupl. | | High Demand ** | CSU |
| 110401 | Bachelors | INFORMATION SYSTEMS | Dupl. | | High Demand ** | MSU |
| 110401 | Bachelors | INFORMATION SYSTEMS | Unique (Prox.) | | High Demand ** | SU |
| 110401 | Bachelors | INFORMATION SYSTEMS | Dupl. | | High Demand ** | TU |
| 110401 | Bachelors | COMPUTER NETWORKS & SECURITY | Unique (Prox.) | (State) | High Demand ** | UMUC |
| 110401 | Bachelors | INFORMATION SYSTEMS MANAGEMENT | Dupl. | | High Demand ** | UMUC |
| 110401 | Bachelors | INFORMATION SYSTEMS | Dupl. | | High Demand ** | UMCP |
| 110401 | Bachelors | APPLIED INFORMATION TECHNOLOGY | Dupl. | | High Demand ** | UB |
| 110401 | Bachelors | INFORMATION SYSTEMS MANAGEMENT | Dupl. | | High Demand ** | UMBC |
| 110401 | Masters | APPLIED INFORMATION TECHNOLOGY | Unique (Prox.) | (State) | High Demand ** | TU |
| 110401 | Masters | INFORMATION TECHNOLOGY | Unique (Prox.) | (State) | High Demand ** | TU |
| 110401 | Masters | HEALTH INFORMATICS ADMINISTRATION | Unique (Prox.) | (State) | High Demand | UMUC |
| 110401 | Masters | INFORMATION TECHNOLOGY | Unique (Prox.) | (State) | High Demand ** | UMUC |
| 110401 | Masters | INFORMATION MANAGEMENT | Unique (Prox.) | (State) | High Demand ** | UMCP |
| 110401 | Masters | HUMAN CENTERED COMPUTING | Unique (Prox.) | (State) | High Demand | UMBC |
| 110401 | Doctorate | INFORMATION TECHNOLOGY | Unique (Prox.) | (State) | | TU |

| | | | | | | |
|---|---|---|---|---|---|---|
| 110401 | Doctorate | HUMAN CENTERED COMPUTING | Unique (Prox.) | (State) | | UMBC |
| 110401 | Doctorate | INFORMATION SYSTEMS | Unique (Prox.) | (State) | | UMBC |
| 110701 | Bachelors | COMPUTER SCIENCE | Dupl. | | High Demand ** | CSU |
| 110701 | Bachelors | COMPUTER SCIENCE | Dupl. | | High Demand ** | UMBC |
| 110701 | Masters | COMPUTER SCIENCE | Unique (Prox.) | (State) | High Demand | UMBC |
| 110701 | Doctorate | COMPUTER SCIENCE | Unique (Prox.) | (State) | High Demand ** | UMBC |
| 110901 | Masters | TELECOMMUNICATIONS MANAGEMENT | Unique (Prox.) | (State) | | UMUC |
| 111003 | Bachelors | CYBER SECURITY | Unique (Prox.) | (State) | High Demand ** | UMUC |
| 111003 | Masters | CYBER SECURITY | Unique (Prox.) | (State) | High Demand ** | UMUC |
| 111003 | Masters | CYBERSECURITY POLICY | Unique (Prox.) | (State) | High Demand ** | UMUC |
| 111099 | Bachelors | BUSINESS TECHNOLOGY ADMINISTRATION | Unique (Prox.) | (State) | High Demand ** | UMBC |
| 119999 | Bachelors | COMPUTER TECHNOLOGY | Dupl. | | | BSU |
| 130101 | Masters | EDUCATION | Unique (Prox.) | (State) | High Demand ** | SU |
| 130101 | Masters | TEACHING | Unique (Prox.) | (State) | | TU |
| 130101 | Masters | EDUCATION | Unique (Prox.) | (State) | High Demand ** | UMBC |
| 130101 | Masters | TEACHING (MAT) | Unique (Prox.) | (State) | | UMBC |
| 130301 | Masters | CURRICULUM & INSTRUCTION | Unique (Prox.) | (State) | High Demand ** | UMCP |
| 130301 | Masters | INSTRUCTIONAL SYSTEMS DEVELOPMENT | Unique (Prox.) | (State) | High Demand ** | UMBC |
| 130301 | Doctorate | CURRICULUM & INSTRUCTION | Unique (Prox.) | (State) | High Demand ** | UMCP |
| 130401 | Masters | ELEMENTARY & SECONDARY SCHOOL ADM | Dupl. | | | BSU |
| 130401 | Masters | CONTEMPORARY EDUCATIONAL LEADERS | Dupl. | | | CSU |
| 130401 | Masters | EDUCATIONAL ADMINISTRATION & SUPER | Dupl. | | | MSU |
| 130401 | Masters | EDUCATIONAL LEADERSHIP | Unique (Prox.) | | | SU |
| 130401 | Masters | EDUCATION POLICY & LEADERSHIP | Unique (Prox.) | | | UMCP |
| 130401 | Masters | HIGHER ED,STU AFFAIRS & INTERNA. ED | Dupl. | | | UMCP |
| 130401 | Doctorate | URBAN EDUCATIONAL LEADERSHIP | Dupl. | | High Demand | MSU |
| 130401 | Doctorate | EDUCATION LEADERSHIP | Unique (Prox.) | | High Demand | UMES |
| 130401 | Doctorate | EDUCATION POLICY & LEADERSHIP | Dupl. | | High Demand | UMCP |
| 130401 | Doctorate | HIGHER ED,STU AFFAIRS & INTERNA, ED | Unique (Prox.) | (State) | High Demand | UMCP |
| 130401 | Doctorate | TEACHING & LEARNING/POLICY & LEADER | Unique (Prox.) | (State) | High Demand | UMCP |
| 130403 | Masters | ADULT & CONTINUING EDUCATION | Unique (Prox.) | (State) | | CSU |
| 130404 | Doctorate | CONTEMPORARY CURRICULUM THEORY | Unique (Prox.) | (State) | | SU |

| | | | | | | |
|---|---|---|---|---|---|---|
| 130406 | Masters | HIGHER EDUCATION ADMINISTRATION | Unique (Prox.) | (State) | | MSU |
| 130406 | Doctorate | HIGHER EDUCATION | Unique (Prox.) | (State) | | MSU |
| 130407 | Doctorate | COMMUNITY COLLEGE LEADERSHIP | Dupl. | | High Demand ** | MSU |
| 130411 | Doctorate | ED.LEADERSHIP/EXECUTIVE FELLOWS | Unique (Prox.) | (State) | | BSU |
| 130499 | Masters | DISTANCE EDUCATION AND E-LEARNING | Unique (Prox.) | (State) | High Demand | UMUC |
| 130501 | Bachelors | INSTRUCTIONAL TECHNOLOGY | Unique (Prox.) | (State) | High Demand | TU |
| 130501 | Masters | INSTRUCTIONAL TECHNOLOGY | Unique (Prox.) | (State) | High Demand | TU |
| 130501 | Masters | INSTRUCTIONAL TECHNOLOGY | Unique (Prox.) | (State) | High Demand | UMUC |
| 130501 | Doctorate | INSTRUCTIONAL TECHNOLOGY | Unique (Prox.) | (State) | | TU |
| 130603 | Masters | MEASUREMENT, STATISTICS AND EVALUA | Unique (Prox.) | (State) | | UMCP |
| 130603 | Doctorate | MEASUREMENT, STATISTICS & EVALUATIC | Unique (Prox.) | (State) | | UMCP |
| 131001 | Bachelors | SPECIAL EDUCATION | Dupl. | | | CSU |
| 131001 | Bachelors | SPECIAL EDUCATION | Dupl. | | | TU |
| 131001 | Bachelors | ELEMENTARY/SPECIAL EDUCATION | Unique (Prox.) | | | UMES |
| 131001 | Bachelors | SPECIAL EDUCATION | Dupl. | | | UMCP |
| 131001 | Masters | SPECIAL EDUCATION | Dupl. | | High Demand | BSU |
| 131001 | Masters | SPECIAL EDUCATION | Dupl. | | High Demand | TU |
| 131001 | Masters | SPECIAL EDUCATION | Unique (Prox.) | | High Demand | UMES |
| 131001 | Masters | SPECIAL EDUCATION | Dupl. | | High Demand | UMCP |
| 131001 | Doctorate | SPECIAL EDUCATION | Unique (Prox.) | (State) | | UMCP |
| 131099 | Masters | SPECIAL EDUCATION | Dupl. | | High Demand | CSU |
| 131101 | Masters | SCHOOL COUNSELING | Dupl. | | High Demand | BSU |
| 131101 | Masters | COUNSELOR EDUCATION | Unique (Prox.) | | High Demand | UMES |
| 131101 | Masters | COUNSELING PSYCH,SCHOOL PSYCH & COI | Dupl. | | High Demand | UMCP |
| 131101 | Doctorate | COUNSELING PSYCH,SCHOOL PSYCH & COI | Unique (Prox.) | (State) | High Demand | UMCP |
| 131202 | Bachelors | ELEMENTARY EDUCATION | Dupl. | | High Demand | BSU |
| 131202 | Bachelors | ELEMENTARY EDUCATION | Dupl. | | High Demand | CSU |
| 131202 | Bachelors | ELEMENTARY EDUCATION | Dupl. | | High Demand | MSU |
| 131202 | Bachelors | ELEMENTARY EDUCATION (W/UMES) | Dupl. | | High Demand | SU |
| 131202 | Bachelors | ELEMENTARY EDUCATION | Dupl. | | High Demand | TU |
| 131202 | Bachelors | ELEMENTARY EDUCATION | Dupl. | | High Demand | UMCP |
| 131202 | Masters | ELEMENTARY EDUCATION | Dupl. | | High Demand | BSU |

| | | | | | | |
|---|---|---|---|---|---|---|
| 131202 | Masters | ELEMENTARY EDUCATION | Dupl. | | High Demand | TU |
| 131203 | Bachelors | MIDDLE SCHOOL EDUCATION | Unique (Prox.) | (State) | | TU |
| 131203 | Bachelors | MIDDLE SCHOOL EDUCATION | Unique (Prox.) | (State) | | UMCP |
| 131205 | Bachelors | SECONDARY ED | Unique (Prox.) | (State) | High Demand | UMCP |
| 131205 | Masters | SECONDARY EDUCATION | Dupl. | | | BSU |
| 131205 | Masters | TEACHING (MAT) | Unique (Prox.) | | | BSU |
| 131205 | Masters | TEACHING (MAT) | Unique (Prox.) | | | MSU |
| 131205 | Masters | TEACHING (MAT) (W/UMES) | Dupl. | | | SU |
| 131205 | Masters | SECONDARY EDUCATION | Dupl. | | | TU |
| 131205 | Masters | TEACHING (MAT)(W/SALISBURY) | Dupl. | | | UMES |
| 131205 | Masters | SECONDARY TEACHING | Dupl. | | | UMUC |
| 131209 | Bachelors | EARLY CHILDHOOD EDUCATION | Dupl. | | High Demand | BSU |
| 131209 | Bachelors | EARLY CHILDHOOD ED&EARLY CHLDHOOI | Dupl. | | High Demand | UMCP |
| 131210 | Bachelors | EARLY CHILDHOOD EDUCATION | Dupl. | | High Demand | CSU |
| 131210 | Bachelors | EARLY CHILDHOOD EDUCATION | Unique (Prox.) | | High Demand | SU |
| 131210 | Bachelors | EARLY CHILDHOOD EDUCATION | Dupl. | | High Demand | TU |
| 131210 | Bachelors | INTGRTD EARLY CHLDHD/SP ED INFNT/PR | Unique (Prox.) | (State) | High Demand | TU |
| 131210 | Masters | EARLY CHILDHOOD EDUCATION | Unique (Prox.) | (State) | High Demand ** | TU |
| 131302 | Bachelors | ART EDUCATION | Unique (Prox.) | | | TU |
| 131302 | Bachelors | ART EDUCATION | Unique (Prox.) | | | UMES |
| 131302 | Bachelors | ART EDUCATION (K - 12) | Unique (Prox.) | | | UMCP |
| 131302 | Masters | ART EDUCATION | Unique (Prox.) | (State) | | TU |
| 131303 | Bachelors | BUSINESS EDUCATION | Unique (Prox.) | (State) | | UMES |
| 131307 | Bachelors | HEALTH EDUCATION | Dupl. | | High Demand ** | MSU |
| 131307 | Bachelors | COMMUNITY HEALTH | Unique (Prox.) | | High Demand ** | SU |
| 131307 | Bachelors | COMMUNITY HEALTH | Dupl. | | High Demand ** | UMCP |
| 131307 | Doctorate | BEHAVIORAL AND COMMUNITY HEALTH | Unique (Prox.) | (State) | | UMCP |
| 131309 | Bachelors | TECHNOLOGY & ENGINEERING EDUCATIOI | Unique (Prox.) | (State) | | UMES |
| 131309 | Masters | CAREER & TECHNOLOGY EDUCATION | Unique (Prox.) | (State) | | UMES |
| 131311 | Masters | MATHEMATICS EDUCATION | Dupl. | | | MSU |
| 131311 | Masters | MATHEMATICS EDUCATION | Unique (Prox.) | | | SU |
| 131311 | Masters | MATHEMATICS EDUCATION | Dupl. | | | TU |

| | | | | | | |
|---|---|---|---|---|---|---|
| 131311 | Doctorate | MATHEMATICS EDUCATION | Unique (Prox.) | (State) | | MSU |
| 131312 | Bachelors | MUSIC EDUCATION | Unique (Prox.) | | | TU |
| 131312 | Bachelors | MUSIC EDUCATION | Unique (Prox.) | | | UMES |
| 131312 | Bachelors | MUSIC EDUCATION | Unique (Prox.) | | | UMCP |
| 131312 | Masters | MUSIC EDUCATION | Unique (Prox.) | (State) | | TU |
| 131314 | Bachelors | PHYSICAL EDUCATION | Dupl. | | | MSU |
| 131314 | Bachelors | PHYSICAL EDUCATION | Unique (Prox.) | | | SU |
| 131314 | Bachelors | PHYSICAL EDUCATION | Dupl. | | | TU |
| 131315 | Masters | READING EDUCATION | Dupl. | | High Demand | BSU |
| 131315 | Masters | READING | Dupl. | | High Demand | CSU |
| 131315 | Masters | READING SPECIALIST | Unique (Prox.) | | High Demand | SU |
| 131315 | Masters | READING EDUCATION | Dupl. | | High Demand | TU |
| 131316 | Masters | SCIENCE EDUCATION | Unique (Prox.) | (State) | | BSU |
| 131316 | Masters | SCIENCE EDUCATION | Unique (Prox.) | (State) | | MSU |
| 131316 | Doctorate | SCIENCE EDUCATION | Unique (Prox.) | (State) | | MSU |
| 131323 | Bachelors | CHEMISTRY EDUCATION | Unique (Prox.) | (State) | | UMBC |
| 131329 | Bachelors | PHYSICS EDUCATION | Unique (Prox.) | (State) | | UMBC |
| 131399 | Masters | CURRICULUM & INSTRUCTION | Unique (Prox.) | (State) | | CSU |
| 131401 | Bachelors | ENGLISH FOR SPEAKERS OF OTHER LANGU | Unique (Prox.) | (State) | | SU |
| 131401 | Masters | TCHING ENGLISH TO SPKRS OF OTHER LN | Unique (Prox.) | (State) | High Demand | UMBC |
| 139999 | Bachelors | INTEGRATED ELEMENTARY EDUC-SPECIAI | Unique (Prox.) | (State) | High Demand ** | TU |
| 139999 | Masters | TEACHING (MAT) | Unique (Prox.) | | | CSU |
| 140101 | Bachelors | ENGINEERING | Unique (Prox.) | | | UMES |
| 140101 | Bachelors | ENGINEERING | Unique (Prox.) | | | UMBC |
| 140101 | Masters | ENGINEERING | Dupl. | | High Demand ** | MSU |
| 140101 | Masters | ENGINEERING | Dupl. | | High Demand ** | UMCP |
| 140101 | Doctorate | ENGINEERING | Unique (Prox.) | (State) | High Demand ** | MSU |
| 140201 | Bachelors | AEROSPACE ENGINEERING | Unique (Prox.) | (State) | High Demand ** | UMCP |
| 140201 | Masters | AEROSPACE ENGINEERING | Unique (Prox.) | (State) | High Demand | UMCP |
| 140201 | Doctorate | AEROSPACE ENGINEERING | Unique (Prox.) | (State) | High Demand ** | UMCP |
| 140301 | Bachelors | BIOENGINEERING | Unique (Prox.) | (State) | High Demand ** | UMCP |
| 140501 | Masters | BIOENGINEERING | Unique (Prox.) | (State) | | UMCP |

| | | | | | | |
|---|---|---|---|---|---|---|
| 140501 | Doctorate | BIOENGINEERING | Unique (Prox.) | (State) | High Demand ** | UMCP |
| 140701 | Bachelors | CHEMICAL ENGINEERING | Unique (Prox.) | (State) | High Demand ** | UMCP |
| 140701 | Bachelors | CHEMICAL ENGINEERING | Unique (Prox.) | (State) | High Demand ** | UMBC |
| 140701 | Masters | CHEMICAL ENGINEERING | Unique (Prox.) | (State) | | UMCP |
| 140701 | Masters | CHEMICAL & BIOCHEMICAL ENGINEERING | Unique (Prox.) | (State) | | UMBC |
| 140701 | Doctorate | CHEMICAL ENGINEERING | Unique (Prox.) | (State) | High Demand | UMCP |
| 140701 | Doctorate | CHEMICAL& BIOCHEMICAL ENGINEERING | Unique (Prox.) | (State) | High Demand | UMBC |
| 140801 | Bachelors | CIVIL ENGINEERING | Dupl. | | High Demand ** | MSU |
| 140801 | Bachelors | CIVIL ENGINEERING | Dupl. | | High Demand ** | UMCP |
| 140801 | Masters | CIVIL ENGINEERING | Unique (Prox.) | (State) | High Demand | UMCP |
| 140801 | Masters | ENVIRONMENTAL ENGINEERING | Unique (Prox.) | (State) | High Demand | UMBC |
| 140801 | Doctorate | CIVIL ENGINEERING | Unique (Prox.) | (State) | High Demand | UMCP |
| 140801 | Doctorate | ENVIRONMENTAL ENGINEERING | Unique (Prox.) | (State) | High Demand | UMBC |
| 140901 | Bachelors | COMPUTER ENGINEERING | Unique (Prox.) | (State) | High Demand | UMCP |
| 140901 | Bachelors | COMPUTER ENGINEERING | Unique (Prox.) | (State) | High Demand | UMBC |
| 140901 | Masters | COMPUTER ENGINEERING | Unique (Prox.) | (State) | | UMBC |
| 140901 | Doctorate | COMPUTER ENGINEERING | Unique (Prox.) | (State) | | UMBC |
| 141001 | Bachelors | ELECTRICAL ENGINEERING | Dupl. | | High Demand ** | MSU |
| 141001 | Bachelors | ELECTRICAL ENGINEERING | Dupl. | | High Demand ** | UMCP |
| 141001 | Masters | ELECTRICAL ENGINEERING | Dupl. | | High Demand | MSU |
| 141001 | Masters | ELECTRICAL ENGINEERING | Dupl. | | High Demand | UMCP |
| 141001 | Masters | ELECTRICAL ENGINEERING (W/ UMCP) | Unique (Prox.) | (State) | High Demand | UMBC |
| 141001 | Doctorate | ELECTRICAL ENGINEERING | Unique (Prox.) | (State) | High Demand ** | UMCP |
| 141001 | Doctorate | ELECTRICAL ENGINEERING | Unique (Prox.) | (State) | High Demand ** | UMBC |
| 141004 | Masters | TELECOMMUNICATIONS | Unique (Prox.) | (State) | High Demand ** | UMCP |
| 141201 | Bachelors | ENGINEERING PHYSICS | Unique (Prox.) | (State) | | MSU |
| 141801 | Bachelors | MATERIALS SCIENCE AND ENGINEERING | Unique (Prox.) | (State) | | UMCP |
| 141801 | Masters | MATERIALS SCIENCE & ENGINEERING | Unique (Prox.) | (State) | | UMCP |
| 141801 | Doctorate | MATERIALS SCIENCE & ENGINEERING | Unique (Prox.) | (State) | High Demand | UMCP |
| 141901 | Bachelors | MECHANICAL ENGINEERING | Unique (Prox.) | (State) | High Demand ** | UMCP |
| 141901 | Bachelors | MECHANICAL ENGINEERING | Unique (Prox.) | (State) | High Demand ** | UMBC |
| 141901 | Masters | MECHANICAL ENGINEERING | Unique (Prox.) | (State) | High Demand | UMCP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 141901 | | Masters | MECHANICAL ENGINEERING | Unique (Prox.) | (State) | High Demand | UMBC |
| 141901 | | Doctorate | MECHANICAL ENGINEERING | Unique (Prox.) | (State) | High Demand ** | UMCP |
| 141901 | | Doctorate | MECHANICAL ENGINEERING | Unique (Prox.) | (State) | High Demand ** | UMBC |
| 142301 | | Masters | NUCLEAR ENGINEERING | Unique (Prox.) | (State) | | UMCP |
| 142301 | | Doctorate | NUCLEAR ENGINEERING | Unique (Prox.) | (State) | | UMCP |
| 142701 | | Masters | SYSTEMS ENGINEERING | Unique (Prox.) | (State) | | UMCP |
| 142701 | | Masters | SYSTEMS ENGINEERING | Unique (Prox.) | (State) | | UMBC |
| 143501 | | Bachelors | INDUSTRIAL ENGINEERING | Unique (Prox.) | (State) | | MSU |
| 149999 | | Bachelors | FIRE PROTECTION ENGINEERING | Unique (Prox.) | (State) | High Demand | UMCP |
| 149999 | | Masters | ENGINEERING & PUBLIC POLICY | Unique (Prox.) | (State) | | UMCP |
| 149999 | | Masters | FIRE PROTECTION ENGINEERING | Unique (Prox.) | (State) | | UMCP |
| 149999 | | Masters | RELIABILITY ENGINEERING | Unique (Prox.) | (State) | | UMCP |
| 149999 | | Doctorate | RELIABILITY ENGINEERING | Unique (Prox.) | (State) | | UMCP |
| 150201 | | Bachelors | CONSTRUCTION MANAGEMENT/TECHNOL( | Unique (Prox.) | (State) | | UMES |
| 159999 | | Bachelors | ENGINEERING TECHNOLOGY | Unique (Prox.) | (State) | | UMES |
| 160101 | (Core) | Bachelors | FOREIGN LANGUAGES | Unique (Prox.) | (State) | High Demand | TU |
| 160101 | (Core) | Bachelors | MODERN LANGUAGES & LINGUISTICS | Unique (Prox.) | (State) | High Demand | UMBC |
| 160102 | (Core) | Bachelors | LINGUISTICS | Unique (Prox.) | (State) | | UMCP |
| 160102 | | Doctorate | LINGUISTICS | Unique (Prox.) | (State) | High Demand | UMCP |
| 160104 | | Doctorate | COMPARATIVE LITERATURE | Unique (Prox.) | (State) | | UMCP |
| 160199 | | Masters | SECOND LANGUAGE ACQUISITION | Unique (Prox.) | (State) | | UMCP |
| 160199 | | Doctorate | SECOND LANGUAGE ACQUISITION | Unique (Prox.) | (State) | | UMCP |
| 160301 | | Bachelors | CHINESE | Unique (Prox.) | (State) | | UMCP |
| 160302 | | Bachelors | JAPANESE | Unique (Prox.) | (State) | | UMCP |
| 160402 | | Bachelors | RUSSIAN LANGUAGE & LITERATURE | Unique (Prox.) | (State) | | UMCP |
| 160501 | (Core) | Bachelors | GERMANIC STUDIES | Unique (Prox.) | (State) | | UMCP |
| 160501 | | Masters | GERMAN LANGUAGE & LITERATURE | Unique (Prox.) | (State) | | UMCP |
| 160501 | | Doctorate | GERMAN LANGUAGE & LITERATURE | Unique (Prox.) | (State) | | UMCP |
| 160801 | | Bachelors | PERSIAN STUDIES | Unique (Prox.) | (State) | | UMCP |
| 160900 | | Bachelors | ROMANCE LANGUAGES | Unique (Prox.) | (State) | | UMCP |
| 160901 | (Core) | Bachelors | FRENCH | Unique (Prox.) | (State) | | SU |
| 160901 | (Core) | Bachelors | FRENCH LANGUAGE & LITERATURE | Unique (Prox.) | (State) | | UMCP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 160901 | | Masters | FRENCH LANGUAGE & LITERATURE | Unique (Prox.) | (State) | | UMCP |
| 160901 | | Doctorate | MODERN FRENCH STUDIES | Unique (Prox.) | (State) | | UMCP |
| 160902 | | Bachelors | ITALIAN STUDIES | Unique (Prox.) | (State) | | UMCP |
| 160905 | (Core) | Bachelors | SPANISH | Unique (Prox.) | (State) | High Demand | SU |
| 160905 | (Core) | Bachelors | SPANISH LANGUAGE,LITERATURES & CULT | Unique (Prox.) | (State) | | TU |
| 160905 | (Core) | Bachelors | SPANISH LANGUAGE,LITERATURES & CULT | Unique (Prox.) | (State) | High Demand | UMCP |
| 160905 | | Masters | SPANISH LANGUAGE & LITERATURE | Unique (Prox.) | (State) | | UMCP |
| 160905 | | Doctorate | SPANISH LANGUAGE & LITERATURE | Unique (Prox.) | (State) | High Demand | UMCP |
| 161101 | | Bachelors | ARABIC STUDIES | Unique (Prox.) | (State) | | UMCP |
| 161200 | (Core) | Bachelors | CLASSICAL LANGUAGES AND LITERATURE | Unique (Prox.) | (State) | | UMCP |
| 161200 | | Masters | CLASSICS | Unique (Prox.) | (State) | | UMCP |
| 190101 | | Bachelors | FAMILY AND CONSUMER SCIENCE | Dupl. | | High Demand ** | MSU |
| 190101 | | Bachelors | HUMAN ECOLOGY | Unique (Prox.) | | High Demand | UMES |
| 190505 | | Bachelors | NUTRITIONAL SCIENCE | Dupl. | | High Demand | MSU |
| 190704 | | Bachelors | FAMILY SCIENCE | Dupl. | | High Demand ** | TU |
| 190706 | | Bachelors | CHILD & ADOLESCENT STUDIES | Unique (Prox.) | (State) | High Demand | BSU |
| 190706 | | Masters | CHILD LIFE, ADMIN & FAMILY COLLABOR | Unique (Prox.) | (State) | | TU |
| 190707 | | Bachelors | FAMILY SCIENCE | Dupl. | | High Demand ** | UMCP |
| 190707 | | Masters | FAMILY SCIENCE | Unique (Prox.) | (State) | | UMCP |
| 190707 | | Doctorate | FAMILY SCIENCE | Unique (Prox.) | (State) | High Demand | UMCP |
| 220000 | | Bachelors | LEGAL STUDIES | Unique (Prox.) | (State) | High Demand ** | UMUC |
| 220101 | | Doctorate | LAW | Unique (Prox.) | (State) | High Demand ** | UB |
| 220101 | | Doctorate | LAW | Unique (Prox.) | (State) | High Demand ** | UMB |
| 220201 | | Masters | Masters IN LAW | Unique (Prox.) | (State) | | UMB |
| 220203 | | Bachelors | JURISPRUDENCE | Unique (Prox.) | (State) | High Demand | UB |
| 220211 | | Masters | TAXATION (LAW) | Unique (Prox.) | (State) | | UB |
| 229999 | | Masters | LEGAL AND ETHICAL STUDIES | Unique (Prox.) | (State) | High Demand | UB |
| 229999 | | Masters | THE LAW OF THE UNITED STATES | Unique (Prox.) | (State) | High Demand | UB |
| 230101 | (Core) | Bachelors | ENGLISH | Dupl. | | High Demand ** | BSU |
| 230101 | (Core) | Bachelors | ENGLISH | Dupl. | | High Demand ** | MSU |
| 230101 | (Core) | Bachelors | ENGLISH | Dupl. | | High Demand ** | SU |
| 230101 | (Core) | Bachelors | ENGLISH | Dupl. | | High Demand ** | TU |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 230101 | (Core) | Bachelors | ENGLISH | Dupl. | | High Demand ** | UMES |
| 230101 | (Core) | Bachelors | ENGLISH | Dupl. | | High Demand ** | UMUC |
| 230101 | (Core) | Bachelors | ENGLISH LANGUAGE & LITERATURE | Dupl. | | High Demand ** | UMCP |
| 230101 | (Core) | Bachelors | ENGLISH | Dupl. | | High Demand ** | UB |
| 230101 | (Core) | Bachelors | ENGLISH | Dupl. | | High Demand ** | UMBC |
| 230101 | | Masters | ENGLISH | Dupl. | | | BSU |
| 230101 | | Masters | ENGLISH | Dupl. | | | MSU |
| 230101 | | Masters | ENGLISH | Unique (Prox.) | | | SU |
| 230101 | | Masters | ENGLISH LANGUAGE & LITERATURE | Dupl. | | | UMCP |
| 230101 | | Doctorate | ENGLISH | Dupl. | | High Demand ** | MSU |
| 230101 | | Doctorate | ENGLISH LANGUAGE & LITERATURE | Dupl. | | High Demand ** | UMCP |
| 231302 | | Masters | CREATIVE WRITING | Unique (Prox.) | (State) | High Demand | UMCP |
| 231302 | | Masters | CREATIVE WRITING AND PUBLISHING ART | Unique (Prox.) | (State) | High Demand | UB |
| 231303 | | Masters | PROFESSIONAL WRITING | Unique (Prox.) | (State) | High Demand | TU |
| 239999 | (Core) | Bachelors | ENGLISH | Dupl. | | High Demand ** | CSU |
| 239999 | | Masters | TEXTS, TECHNOLOGIES AND LITERATURE | Unique (Prox.) | (State) | | UMBC |
| 240101 | (Core) | Bachelors | INTERDISCIPLINARY STUDIES | Unique (Prox.) | | High Demand | CSU |
| 240101 | (Core) | Bachelors | INTERDISCIPLINARY STUDIES | Unique (Prox.) | | High Demand | SU |
| 240103 | | Masters | HUMANITIES | Unique (Prox.) | (State) | | TU |
| 240199 | | Bachelors | HUMANITIES | Unique (Prox.) | (State) | High Demand | UMUC |
| 240199 | | Masters | PROFESSIONAL STUDIES | Unique (Prox.) | (State) | | TU |
| 250101 | | Masters | LIBRARY & INFORMATION SERVICES | Unique (Prox.) | (State) | High Demand ** | UMCP |
| 250101 | | Doctorate | INFORMATION STUDIES | Unique (Prox.) | (State) | | UMCP |
| 259999 | | Masters | LIBRARY SCIENCE/HISTORY (MLS/MA) | Unique (Prox.) | (State) | | UMCP |
| 260101 | (Core) | Bachelors | BIOLOGY,GENERAL | Dupl. | | High Demand ** | BSU |
| 260101 | (Core) | Bachelors | BIOLOGY | Dupl. | | High Demand ** | CSU |
| 260101 | (Core) | Bachelors | BIOLOGY | Dupl. | | High Demand ** | MSU |
| 260101 | (Core) | Bachelors | BIOLOGY,GENERAL | Dupl. | | High Demand ** | SU |
| 260101 | (Core) | Bachelors | BIOLOGY | Dupl. | | High Demand ** | TU |
| 260101 | (Core) | Bachelors | BIOLOGY, GENERAL | Dupl. | | High Demand ** | UMES |
| 260101 | (Core) | Bachelors | BIOLOGICAL SCIENCES | Dupl. | | High Demand ** | UMCP |
| 260101 | (Core) | Bachelors | BIOLOGICAL SCIENCES | Dupl. | | High Demand ** | UMBC |

Case 1:06-cv-02773-CCB Document 495-10 Filed 09/30/16 Page 100 of 141

| | | | | | | |
|---|---|---|---|---|---|---|
| 260101 | Masters | APPLIED BIOLOGY | Unique (Prox.) | (State) | | SU |
| 260101 | Masters | BIOLOGY | Unique (Prox.) | (State) | | TU |
| 260101 | Masters | BIOLOGICAL SCIENCES | Unique (Prox.) | (State) | | UMCP |
| 260101 | Masters | CHEMICAL & LIFE SCIENCES | Unique (Prox.) | (State) | High Demand | UMCP |
| 260101 | Masters | BIOLOGICAL SCIENCES | Unique (Prox.) | (State) | | UMBC |
| 260101 | Doctorate | BIOLOGICAL SCIENCES | Unique (Prox.) | (State) | High Demand | UMCP |
| 260101 | Doctorate | BIOLOGICAL SCIENCES | Unique (Prox.) | (State) | High Demand | UMBC |
| 260202 | Bachelors | BIOCHEMISTRY | Unique (Prox.) | | | UMES |
| 260202 | Bachelors | BIOCHEMISTRY | Unique (Prox.) | | | UMCP |
| 260202 | Masters | BIOCHEMISTRY | Unique (Prox.) | (State) | | UMCP |
| 260202 | Doctorate | BIOCHEMISTRY | Unique (Prox.) | (State) | | UMCP |
| 260202 | Doctorate | BIOCHEMISTRY (W/UMAB) | Unique (Prox.) | (State) | | UMBC |
| 260203 | Doctorate | BIOPHYSICS | Unique (Prox.) | (State) | | UMCP |
| 260204 | Masters | MOLECULAR AND CELL BIOLOGY | Unique (Prox.) | (State) | | UMB |
| 260204 | Masters | APPLIED MOLECULAR BIOLOGY | Unique (Prox.) | (State) | | UMBC |
| 260204 | Doctorate | MOLECULAR & CELL BIOLOGY | Unique (Prox.) | (State) | | UMCP |
| 260210 | Bachelors | BIOCHEMISTRY & MOLECULAR BIOLOGY | Unique (Prox.) | | | UMBC |
| 260210 | Masters | BIOLOGICAL CHEMISTRY - MEDICAL PROG | Unique (Prox.) | (State) | | UMB |
| 260210 | Doctorate | BIOLOGICAL CHEMISTRY - MEDICAL PROG | Unique (Prox.) | (State) | | UMB |
| 260299 | Bachelors | MOLECULAR BIOL, BIOCHEM, BIOINFORM. | Unique (Prox.) | (State) | High Demand | TU |
| 260401 | Doctorate | MOLECULAR & CELL BIOLOGY | Unique (Prox.) | (State) | | UMBC |
| 260406 | Masters | CELL BIOLOGY & MOLECULAR GENETICS | Unique (Prox.) | (State) | | UMCP |
| 260406 | Doctorate | CELL BIOLOGY & MOLECULAR GENETICS | Unique (Prox.) | (State) | | UMCP |
| 260502 | Doctorate | MOLECULAR MICROBIOLOGY & IMMUNOL( | Unique (Prox.) | (State) | | UMB |
| 260702 | Masters | ENTOMOLOGY | Unique (Prox.) | (State) | | UMCP |
| 260702 | Doctorate | ENTOMOLOGY | Unique (Prox.) | (State) | | UMCP |
| 261004 | Masters | TOXICOLOGY (W/ UMAB,UMBC & UMCP) | Dupl. | | | UMES |
| 261004 | Masters | TOXICOLOGY (W/ UMAB,UMBC & UMCP) | Dupl. | | | UMB |
| 261004 | Doctorate | TOXICOLOGY (W/ UMAB,UMBC & UMCP) | Dupl. | | | UMES |
| 261004 | Doctorate | TOXICOLOGY (W/ UMBC,UMCP & UMES) | Dupl. | | | UMCP |
| 261004 | Doctorate | TOXICOLOGY (W/ UMBC,UMCP & UMES) | Dupl. | | | UMB |
| 261103 | Bachelors | BIOINFOMATICS AND COMPUTATIONAL BI( | Dupl. | | | UMBC |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 261103 | | Masters | BIOINFORMATICS | Dupl. | | | MSU |
| 261199 | | Bachelors | BIOINFORMATICS | Dupl. | | | BSU |
| 261201 | | Masters | BIOINFORMATICS | Dupl. | | High Demand ** | UMUC |
| 261301 | | Bachelors | ENVIRONMENTAL SCIENCE AND STUDIES | Unique (Prox.) | | High Demand ** | TU |
| 261301 | | Bachelors | ENVIRONMENTAL SCIENCE | Unique (Prox.) | | High Demand ** | UMES |
| 261301 | | Bachelors | ENVIRONMENTAL SCIENCE AND POLICY | Dupl. | | High Demand ** | UMCP |
| 261301 | | Masters | ENVIRONMENTAL SCIENCE | Unique (Prox.) | (State) | | TU |
| 261302 | | Masters | MARINE-ESTUARINE-ENV SC(W/UMAB,UMI | Dupl. | | | UMES |
| 261302 | | Masters | MARINE-ESTUARINE-ENV SC(W/UMAB,UMI | Dupl. | | | UMBC |
| 261302 | | Doctorate | MARINE-ESTUARINE-ENV SC(W/UMAB,UMI | Dupl. | | | UMES |
| 261302 | | Doctorate | MARINE-ESTUARINE-ENV SC(W/UMAB,UMI | Dupl. | | | UMBC |
| 261305 | | Doctorate | BIO-ENVIRONMENTAL SCIENCES | Unique (Prox.) | (State) | | MSU |
| 261307 | | Masters | SUSTAINABLE DEVELOP. & CONSERV. BIO | Unique (Prox.) | (State) | | UMCP |
| 261309 | | Masters | EPIDEMIOLOGY & PREVENTIVE MEDICINE | Unique (Prox.) | (State) | | UMB |
| 261309 | | Doctorate | EPIDEMIOLOGY | Unique (Prox.) | (State) | | UMCP |
| 261309 | | Doctorate | EPIDEMIOLOGY & HUMAN GENETICS | Unique (Prox.) | (State) | | UMB |
| 261399 | | Masters | BEHAV., ECOL., EVOL., & SYST. | Unique (Prox.) | (State) | | UMCP |
| 261399 | | Doctorate | BEHAV., ECOL., EVOL., & SYST. | Unique (Prox.) | (State) | | UMCP |
| 261401 | | Masters | MOLECULAR MEDICINE | Unique (Prox.) | (State) | | UMB |
| 261401 | | Doctorate | MOLECULAR MEDICINE | Unique (Prox.) | (State) | High Demand ** | UMB |
| 261501 | | Masters | NEUROSCI/COGNITIVE SCI (W/UMBC,UMAB | Unique (Prox.) | (State) | | UMCP |
| 261501 | | Masters | NEUROSCI/COGNITIVE SCI (W/UMBC,UMCP | Unique (Prox.) | (State) | | UMB |
| 261501 | | Doctorate | NEUROSCI/COGNITIVE SCI (W/UMBC,UMAB | Dupl. | | High Demand | UMCP |
| 261501 | | Doctorate | NEUROSCI/COGNITIVE SCI (W/UMBC,UMCP | Dupl. | | High Demand | UMB |
| 269999 | | Bachelors | BIOTECHNOLOGY (BS/BTPS) | Unique (Prox.) | (State) | | UMUC |
| 270101 | (Core) | Bachelors | MATHEMATICS | Dupl. | | High Demand | BSU |
| 270101 | (Core) | Bachelors | MATHEMATICS | Dupl. | | High Demand | CSU |
| 270101 | (Core) | Bachelors | MATHEMATICS | Dupl. | | High Demand | MSU |
| 270101 | (Core) | Bachelors | MATHEMATICS | Dupl. | | High Demand | SU |
| 270101 | (Core) | Bachelors | MATHEMATICS | Dupl. | | High Demand | TU |
| 270101 | (Core) | Bachelors | MATHEMATICS | Dupl. | | High Demand | UMES |
| 270101 | (Core) | Bachelors | MATHEMATICS | Dupl. | | High Demand | UMCP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 270101 | (Core) | Bachelors | MATHEMATICS | Dupl. | | High Demand | UMBC |
| 270101 | | Masters | MATHEMATICS | Dupl. | | | MSU |
| 270101 | | Masters | MATHEMATICS | Dupl. | | | UMCP |
| 270101 | | Doctorate | MATHEMATICS | Unique (Prox.) | (State) | | UMCP |
| 270301 | | Masters | APPLIED AND COMPUTATIONAL MATHEMA | Dupl. | | | BSU |
| 270301 | | Masters | APPLIED AND INDUSTRIAL MATHMATICS | Dupl. | | | TU |
| 270301 | | Masters | APPLD MATH & STATS & SCIENTIFIC COM | Dupl. | | | UMCP |
| 270301 | | Masters | APPLIED MATHEMATICS | Dupl. | | | UMBC |
| 270301 | | Doctorate | APPLD MATH & STATS & SCIENTIFIC COM | Unique (Prox.) | (State) | High Demand | UMCP |
| 270301 | | Doctorate | APPLIED MATHEMATICS | Unique (Prox.) | (State) | High Demand | UMBC |
| 270303 | | Doctorate | INDUSTRIAL AND COMPUTATIONAL MATH | Unique (Prox.) | (State) | | MSU |
| 270501 | | Bachelors | STATISTICS | Unique (Prox.) | (State) | | UMBC |
| 270501 | | Masters | MATHEMATICAL STATISTICS | Unique (Prox.) | (State) | | UMCP |
| 270501 | | Masters | SURVEY METHODOLOGY | Unique (Prox.) | (State) | | UMCP |
| 270501 | | Masters | STATISTICS | Unique (Prox.) | (State) | | UMBC |
| 270501 | | Doctorate | MATHEMATICAL STATISTICS | Unique (Prox.) | (State) | | UMCP |
| 270501 | | Doctorate | SURVEY METHODOLOGY | Unique (Prox.) | (State) | | UMCP |
| 270501 | | Doctorate | STATISTICS | Unique (Prox.) | (State) | | UMBC |
| 279999 | | Bachelors | CHEMISTRY | Dupl. | | | CSU |
| 300101 | | Masters | SCIENCE | Unique (Prox.) | (State) | | MSU |
| 300101 | | Masters | MARINE-ESTUARINE-ENV SC(W/UMAB,UMI | Dupl. | | | UMCP |
| 300101 | | Doctorate | MARINE-ESTUARINE-ENV SC(W/UMAB,UMI | Unique (Prox.) | (State) | | UMCP |
| 300501 | | Bachelors | CONFLICT ANALYSIS & DISPUTE RESOLUT | Unique (Prox.) | (State) | High Demand | SU |
| 300501 | | Masters | CONFLICT ANALYSIS & DISPUTE RESOLUT | Unique (Prox.) | (State) | High Demand | SU |
| 301101 | | Bachelors | GERONTOLOGY | Unique (Prox.) | (State) | | UMUC |
| 301101 | | Masters | APPLIED GERONTOLOGY | Unique (Prox.) | (State) | | TU |
| 301101 | | Doctorate | GERONTOLOGY (W/UMBC) | Dupl. | | | UMB |
| 301101 | | Doctorate | GERONTOLOGY (W/UMB) | Dupl. | | | UMBC |
| 301401 | | Masters | MUSEUM STUDIES & HISTORICAL PRESERV | Unique (Prox.) | (State) | | MSU |
| 302001 | (Core) | Bachelors | INTERNATIONAL STUDIES | Unique (Prox.) | (State) | | SU |
| 302001 | (Core) | Bachelors | GLOBAL STUDIES | Dupl. | | | UMBC |
| 302201 | (Core) | Bachelors | ANCIENT STUDIES | Unique (Prox.) | (State) | | UMBC |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 302301 | | Masters | INTERCULTURAL COMM. | Unique (Prox.) | (State) | | UMBC |
| 302801 | | Masters | NEGOTIATIONS AND CONFLICT MANAGEM | Unique (Prox.) | (State) | High Demand | UB |
| 303101 | | Masters | HUMAN-COMPUTER INTERACTION | Unique (Prox.) | (State) | High Demand | UMCP |
| 309999 | (Core) | Bachelors | GERONTOLOGY | Unique (Prox.) | (State) | | TU |
| 309999 | (Core) | Bachelors | INTERDISCIPLINARY STUDIES | Unique (Prox.) | | | TU |
| 309999 | (Core) | Bachelors | GENERAL STUDIES | Unique (Prox.) | | | UMES |
| 309999 | (Core) | Bachelors | GENERAL STUDIES | Unique (Prox.) | | | UMUC |
| 309999 | (Core) | Bachelors | INDIVIDUAL STUDIES | Unique (Prox.) | | | UMCP |
| 309999 | (Core) | Bachelors | INTERDISCIPLINARY STUDIES | Unique (Prox.) | | | UB |
| 309999 | (Core) | Bachelors | INTERDISCIPLINARY STUDIES | Unique (Prox.) | | | UMBC |
| 309999 | | Masters | HISTORIC PRESERVATION | Unique (Prox.) | (State) | | UMCP |
| 309999 | | Masters | PROFESSIONAL STUDIES | Unique (Prox.) | (State) | | UMCP |
| 309999 | | Masters | PROFESSIONAL STUDIES | Unique (Prox.) | (State) | | UMBC |
| 309999 | | Doctorate | ORGANIZATIONAL LEADERSHIP | Unique (Prox.) | (State) | High Demand ** | UMES |
| 309999 | | Doctorate | LANGUAGE, LITERACY AND CULTURE | Unique (Prox.) | (State) | High Demand | UMBC |
| 310504 | | Bachelors | SPORT MANAGEMENT | Dupl. | | High Demand | BSU |
| 310504 | | Bachelors | SPORT MANAGEMENT | Dupl. | | High Demand | CSU |
| 310504 | | Bachelors | SPORT MANAGEMENT | Dupl. | | High Demand | TU |
| 310505 | | Bachelors | EXERCISE SCIENCE | Dupl. | | High Demand ** | SU |
| 310505 | | Bachelors | EXERCISE SCIENCE | Unique (Prox.) | | High Demand ** | TU |
| 310505 | | Bachelors | EXERCISE SCIENCE | Dupl. | | High Demand ** | UMES |
| 310505 | | Bachelors | KINESIOLOGY | Dupl. | | High Demand ** | UMCP |
| 310505 | | Masters | KINESIOLOGY | Unique (Prox.) | (State) | | TU |
| 310505 | | Masters | KINESIOLOGY | Unique (Prox.) | (State) | | UMCP |
| 310505 | | Doctorate | KINESIOLOGY | Unique (Prox.) | (State) | | UMCP |
| 380101 | (Core) | Bachelors | PHILOSOPHY | Dupl. | | | MSU |
| 380101 | (Core) | Bachelors | PHILOSOPHY | Unique (Prox.) | | | SU |
| 380101 | (Core) | Bachelors | PHILOSOPHY | Dupl. | | | TU |
| 380101 | (Core) | Bachelors | PHILOSOPHY | Dupl. | | | UMCP |
| 380101 | (Core) | Bachelors | PHILOSOPHY | Dupl. | | | UMBC |
| 380101 | | Masters | PHILOSOPHY | Unique (Prox.) | (State) | | UMCP |
| 380101 | | Doctorate | PHILOSOPHY | Unique (Prox.) | (State) | | UMCP |

Case 1:06-cv-02773-CCB Document 495-10 Filed 09/30/16 Page 104 of 141

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 380201 | | Bachelors | RELIGIOUS STUDIES | Unique (Prox.) | (State) | | TU |
| 380206 | | Bachelors | JEWISH STUDIES | Unique (Prox.) | (State) | | UMCP |
| 380206 | | Masters | JEWISH STUDIES | Unique (Prox.) | (State) | | TU |
| 380206 | | Masters | LEADERSHIP IN JEWISH EDUC & COMMUNA | Unique (Prox.) | (State) | | TU |
| 380206 | | Masters | JEWISH STUDIES | Unique (Prox.) | (State) | | UMCP |
| 380207 | | Doctorate | JEWISH STUDIES | Unique (Prox.) | (State) | | TU |
| 400101 | (Core) | Bachelors | PHYSICAL SCIENCES | Unique (Prox.) | (State) | | UMCP |
| 400201 | | Bachelors | ASTRONOMY | Unique (Prox.) | (State) | | UMCP |
| 400201 | | Masters | ASTRONOMY | Unique (Prox.) | (State) | | UMCP |
| 400201 | | Doctorate | ASTRONOMY | Unique (Prox.) | (State) | | UMCP |
| 400401 | | Bachelors | ATMOSPHERIC AND OCEANIC SCIENCE | Unique (Prox.) | (State) | | UMCP |
| 400401 | | Masters | ATMOSPHERIC & OCEAN SCIENCE | Unique (Prox.) | (State) | | UMCP |
| 400401 | | Doctorate | ATMOSPHERIC & OCEAN SCIENCE | Unique (Prox.) | (State) | High Demand | UMCP |
| 400501 | (Core) | Bachelors | CHEMISTRY | Dupl. | | | MSU |
| 400501 | (Core) | Bachelors | CHEMISTRY | Dupl. | | | SU |
| 400501 | (Core) | Bachelors | CHEMISTRY | Dupl. | | | TU |
| 400501 | (Core) | Bachelors | CHEMISTRY | Dupl. | | | UMES |
| 400501 | (Core) | Bachelors | CHEMISTRY | Dupl. | | | UMCP |
| 400501 | (Core) | Bachelors | CHEMISTRY,GENERAL & BIOLOGICAL | Dupl. | | | UMBC |
| 400501 | | Masters | CHEMISTRY | Unique (Prox.) | | | UMES |
| 400501 | | Masters | CHEMISTRY | Unique (Prox.) | | | UMCP |
| 400501 | | Masters | CHEMISTRY | Unique (Prox.) | | | UMBC |
| 400501 | | Doctorate | CHEMISTRY | Unique (Prox.) | (State) | High Demand | UMCP |
| 400501 | | Doctorate | CHEMISTRY | Unique (Prox.) | (State) | High Demand | UMBC |
| 400508 | | Doctorate | CHEMICAL PHYSICS | Unique (Prox.) | (State) | | UMCP |
| 400599 | | Bachelors | MEDICINAL CHEMISTRY | Unique (Prox.) | (State) | | TU |
| 400601 | (Core) | Bachelors | GEOLOGY | Unique (Prox.) | (State) | | TU |
| 400601 | (Core) | Bachelors | GEOLOGY | Unique (Prox.) | (State) | | UMCP |
| 400601 | | Masters | GEOLOGY | Unique (Prox.) | (State) | | UMCP |
| 400601 | | Doctorate | GEOLOGY | Unique (Prox.) | (State) | | UMCP |
| 400699 | | Bachelors | EARTH SCIENCE | Unique (Prox.) | (State) | | SU |
| 400699 | | Bachelors | EARTH-SPACE SCIENCE | Unique (Prox.) | (State) | | TU |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 400801 | (Core) | Bachelors | PHYSICS | Dupl. | | | MSU |
| 400801 | (Core) | Bachelors | PHYSICS | Unique (Prox.) | | | SU |
| 400801 | (Core) | Bachelors | PHYSICS | Dupl. | | | TU |
| 400801 | (Core) | Bachelors | PHYSICS | Dupl. | | | UMCP |
| 400801 | (Core) | Bachelors | PHYSICS | Dupl. | | | UMBC |
| 400801 | | Masters | PHYSICS | Unique (Prox.) | (State) | | UMCP |
| 400801 | | Masters | PHYSICS | Unique (Prox.) | (State) | | UMBC |
| 400801 | | Doctorate | PHYSICS | Unique (Prox.) | (State) | High Demand ** | UMCP |
| 400801 | | Doctorate | PHYSICS | Unique (Prox.) | (State) | High Demand ** | UMBC |
| 400899 | | Masters | APPLIED PHYSICS | Unique (Prox.) | (State) | | TU |
| 400899 | | Masters | ATMOSPHERIC PHYSICS | Unique (Prox.) | (State) | | UMBC |
| 400899 | | Doctorate | ATMOSPHERIC PHYSICS | Unique (Prox.) | (State) | | UMBC |
| 419999 | | Bachelors | GENERAL SCIENCE | Unique (Prox.) | (State) | | CSU |
| 420101 | (Core) | Bachelors | PSYCHOLOGY | Dupl. | | High Demand ** | BSU |
| 420101 | (Core) | Bachelors | APPLIED PSYCHOLOGY | Dupl. | | High Demand ** | CSU |
| 420101 | (Core) | Bachelors | PSYCHOLOGY | Dupl. | | High Demand ** | MSU |
| 420101 | (Core) | Bachelors | PSYCHOLOGY | Dupl. | | High Demand ** | SU |
| 420101 | (Core) | Bachelors | PSYCHOLOGY | Dupl. | | High Demand ** | TU |
| 420101 | (Core) | Bachelors | REHABILITATION PSYCHOLOGY | Dupl. | | High Demand ** | UMES |
| 420101 | (Core) | Bachelors | PSYCHOLOGY | Dupl. | | High Demand ** | UMUC |
| 420101 | (Core) | Bachelors | PSYCHOLOGY | Dupl. | | High Demand ** | UMCP |
| 420101 | (Core) | Bachelors | PSYCHOLOGY | Dupl. | | High Demand ** | UB |
| 420101 | (Core) | Bachelors | PSYCHOLOGY,THEORETICAL & EXPERIMEI | Dupl. | | High Demand ** | UMBC |
| 420101 | | Masters | PSYCHOLOGY | Unique (Prox.) | (State) | High Demand | TU |
| 420101 | | Masters | PSYCHOLOGY | Unique (Prox.) | (State) | High Demand | UMCP |
| 420101 | | Doctorate | PSYCHOLOGY | Unique (Prox.) | (State) | High Demand | UMCP |
| 422703 | | Doctorate | APPLIED DEVELOPMENTAL PSYCHOLOGY | Unique (Prox.) | (State) | | UMBC |
| 422708 | | Masters | PSYCHOMETRICS | Unique (Prox.) | (State) | | MSU |
| 422708 | | Doctorate | PSYCHOMETRICS | Unique (Prox.) | (State) | | MSU |
| 422803 | | Masters | COUNSELING PSYCHOLOGY | Unique (Prox.) | (State) | High Demand | BSU |
| 422805 | | Masters | SCHOOL PSYCHOLOGY | Unique (Prox.) | (State) | | BSU |
| 422806 | | Masters | HUMAN DEVELOPMENT EDUCATION | Unique (Prox.) | (State) | | UMCP |

| | | | | | | |
|---|---|---|---|---|---|---|
| 422806 | Doctorate | HUMAN DEVELOPMENT EDUCATION | Unique (Prox.) | (State) | | UMCP |
| 422899 | Masters | HUMAN SERVICES PSYCHOLOGY | Unique (Prox.) | (State) | High Demand | UMBC |
| 422899 | Doctorate | HUMAN SERVICES PSYCHOLOGY | Unique (Prox.) | (State) | High Demand | UMBC |
| 429999 | Masters | APPLIED PSYCHOLOGY | Unique (Prox.) | (State) | High Demand ** | UB |
| 430104 | Bachelors | CRIMINAL JUSTICE | Dupl. | | High Demand ** | BSU |
| 430104 | Bachelors | CRIMINAL JUSTICE | Dupl. | | High Demand ** | CSU |
| 430104 | Bachelors | CRIMINAL JUSTICE | Dupl. | | High Demand ** | UMUC |
| 430106 | Bachelors | FORENSIC CHEMISTRY | Unique (Prox.) | (State) | High Demand | TU |
| 430106 | Bachelors | INVESTIGATIVE FORENSICS | Unique (Prox.) | (State) | High Demand | UMUC |
| 430106 | Bachelors | FORENSIC STUDIES | Unique (Prox.) | (State) | High Demand | UB |
| 430106 | Masters | FORENSIC SCIENCE | Unique (Prox.) | (State) | High Demand | TU |
| 430107 | Bachelors | CRIMINAL JUSTICE | Unique (Prox.) | | High Demand ** | UMES |
| 430107 | Bachelors | CRIMINAL JUSTICE | Dupl. | | High Demand ** | UB |
| 430107 | Masters | CRIMINAL JUSTICE | Unique (Prox.) | (State) | | UB |
| 430116 | Masters | DIGITAL FORENSICS & CYBER INVESTIGA | Unique (Prox.) | (State) | | UMUC |
| 430116 | Masters | FORENSIC SCIENCE - HIGH TECH CRIME | Unique (Prox.) | (State) | | UB |
| 430117 | Masters | FORENSIC SCIENCE - FORENSIC ACCOUNTI | Unique (Prox.) | (State) | | UB |
| 430199 | Masters | CRIMINAL JUSTICE | Unique (Prox.) | (State) | | CSU |
| 430202 | Bachelors | FIRE SERVICE ADMINISTRATION | Unique (Prox.) | (State) | | UMUC |
| 440000 | Bachelors | FAMILY & HUMAN SERVICES | Unique (Prox.) | (State) | High Demand ** | TU |
| 440000 | Bachelors | HUMAN SERVICES ADMINISTRATION | Unique (Prox.) | (State) | High Demand ** | UB |
| 440000 | Masters | HUMAN SERVICES ADMIN (JOINT W/COPPI | Dupl. | | High Demand | UB |
| 440201 | Bachelors | COMMUNITY STUDIES AND CIVIC ENGAGE | Unique (Prox.) | (State) | | UB |
| 440401 | Bachelors | PUBLIC SAFETY ADMINISTRATION | Unique (Prox.) | (State) | | UMUC |
| 440401 | Masters | PUBLIC ADMINISTRATION | Dupl. | | High Demand ** | BSU |
| 440401 | Masters | NONPROFIT MANAG & SOCIAL ENTREPREN | Unique (Prox.) | (State) | | UB |
| 440401 | Masters | PUBLIC ADMINISTRATION | Dupl. | | High Demand ** | UB |
| 440401 | Doctorate | PUBLIC ADMINISTRATION (DPA) | Unique (Prox.) | (State) | | UB |
| 440501 | Masters | PUBLIC MANAGEMENT | Unique (Prox.) | (State) | High Demand ** | UMCP |
| 440501 | Masters | PUBLIC POLICY | Unique (Prox.) | (State) | High Demand ** | UMCP |
| 440501 | Masters | PUBLIC POLICY | Unique (Prox.) | (State) | High Demand ** | UMBC |
| 440501 | Doctorate | POLICY STUDIES | Unique (Prox.) | (State) | High Demand | UMCP |

Case 1:06-cv-02773-CCB Document 495-10 Filed 09/30/16 Page 107 of 141

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 440501 | | Doctorate | PUBLIC POLICY | Unique (Prox.) | (State) | High Demand | UMBC |
| 440701 | | Bachelors | SOCIAL WORK | Dupl. | | High Demand ** | BSU |
| 440701 | | Bachelors | SOCIAL WORK (W/ UMBC) | Dupl. | | High Demand ** | CSU |
| 440701 | | Bachelors | SOCIAL WORK | Dupl. | | High Demand ** | MSU |
| 440701 | | Bachelors | SOCIAL WORK | Unique (Prox.) | | High Demand ** | SU |
| 440701 | | Bachelors | SOCIAL WORK | Dupl. | | High Demand ** | UMBC |
| 440701 | | Masters | SOCIAL WORK | Dupl. | | High Demand ** | MSU |
| 440701 | | Masters | SOCIAL WORK | Unique (Prox.) | | High Demand ** | SU |
| 440701 | | Masters | SOCIAL WORK | Dupl. | | High Demand ** | UMB |
| 440701 | | Doctorate | SOCIAL WORK | Dupl. | | High Demand | MSU |
| 440701 | | Doctorate | SOCIAL WORK | Dupl. | | High Demand | UMB |
| 449999 | | Bachelors | EMERGENCY MANAGEMENT | Unique (Prox.) | (State) | High Demand | UMUC |
| 450101 | (Core) | Bachelors | SOCIAL SCIENCES | Dupl. | | High Demand ** | CSU |
| 450101 | (Core) | Bachelors | SOCIOLOGY | Dupl. | | High Demand ** | TU |
| 450101 | (Core) | Bachelors | SOCIAL SCIENCE | Dupl. | | High Demand ** | UMUC |
| 450101 | | Masters | SOCIAL SCIENCES | Unique (Prox.) | (State) | | TU |
| 450201 | (Core) | Bachelors | ANTHROPOLOGY | Unique (Prox.) | (State) | High Demand | UMCP |
| 450201 | (Core) | Bachelors | CULTURAL ANTHROPOLOGY | Unique (Prox.) | (State) | High Demand | UMBC |
| 450201 | | Masters | ANTHROPOLOGY | Unique (Prox.) | (State) | | UMCP |
| 450201 | | Doctorate | ANTHROPOLOGY | Unique (Prox.) | (State) | | UMCP |
| 450401 | | Bachelors | CRIMINOLOGY AND CRIMINAL JUSTICE | Unique (Prox.) | (State) | High Demand ** | UMCP |
| 450401 | | Masters | CRIMINOLOGY & CRIMINAL JUSTICE | Unique (Prox.) | | High Demand | UMES |
| 450401 | | Masters | CRIMINOLOGY AND CRIMINAL JUSTICE | Unique (Prox.) | | High Demand | UMCP |
| 450401 | | Doctorate | CRIMINOLOGY AND CRIMINAL JUSTICE | Unique (Prox.) | (State) | High Demand | UMCP |
| 450601 | (Core) | Bachelors | ECONOMICS | Dupl. | | High Demand ** | MSU |
| 450601 | (Core) | Bachelors | ECONOMICS | Unique (Prox.) | | High Demand ** | SU |
| 450601 | (Core) | Bachelors | ECONOMICS | Dupl. | | High Demand ** | TU |
| 450601 | (Core) | Bachelors | ECONOMICS | Dupl. | | High Demand ** | UMCP |
| 450601 | (Core) | Bachelors | ECONOMICS | Dupl. | | High Demand ** | UMBC |
| 450601 | (Core) | Bachelors | FINANCIAL ECONOMICS | Unique (Prox.) | (State) | High Demand ** | UMBC |
| 450601 | | Masters | ECONOMICS | Dupl. | | | MSU |
| 450601 | | Masters | ECONOMICS | Dupl. | | | UMCP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 450601 | | Masters | ECONOMIC POLICY ANALYSIS | Dupl. | | | UMBC |
| 450601 | | Doctorate | ECONOMICS | Unique (Prox.) | (State) | High Demand ** | UMCP |
| 450701 | (Core) | Bachelors | GEOGRAPHY | Dupl. | | | CSU |
| 450701 | (Core) | Bachelors | GEOGRAPHY | Unique (Prox.) | | | SU |
| 450701 | (Core) | Bachelors | GEOGRAPHY & ENVIRONMENT PLANNING | Unique (Prox.) | (State) | | TU |
| 450701 | (Core) | Bachelors | GEOGRAPHY AND LAND SURVEYING | Unique (Prox.) | (State) | | TU |
| 450701 | (Core) | Bachelors | GEOGRAPHICAL SCIENCES | Dupl. | | | UMCP |
| 450701 | (Core) | Bachelors | GEOGRAPHY | Dupl. | | | UMBC |
| 450701 | | Masters | GEOGRAPHIC INFORMATION SYSTEMS MGI | Unique (Prox.) | (State) | | SU |
| 450701 | | Masters | GEOGRAPHY & ENVIRONMENTAL PLANNIN | Unique (Prox.) | (State) | | TU |
| 450701 | | Masters | GEOGRAPHICAL SCIENCES | Unique (Prox.) | (State) | | UMCP |
| 450701 | | Masters | GEOGRAPHY & ENVIRONMENTAL SYSTEMS | Unique (Prox.) | (State) | | UMBC |
| 450701 | | Doctorate | GEOGRAPHY | Unique (Prox.) | (State) | | UMCP |
| 450701 | | Doctorate | GEOGRAPHY & ENVIRONMENTAL SYSTEMS | Unique (Prox.) | (State) | | UMBC |
| 450901 | (Core) | Bachelors | INTERNATIONAL STUDIES | Unique (Prox.) | (State) | | TU |
| 450901 | (Core) | Bachelors | INTERNATIONAL STUDIES | Unique (Prox.) | (State) | | UB |
| 450901 | | Masters | INTERNATIONAL STUDIES | Dupl. | | | MSU |
| 450901 | | Masters | GLOBAL AFFAIRS & HUMAN SECURITY | Dupl. | | | UB |
| 451001 | (Core) | Bachelors | POLITICAL SCIENCE | Dupl. | | High Demand ** | CSU |
| 451001 | (Core) | Bachelors | POLITICAL SCIENCE | Dupl. | | High Demand ** | MSU |
| 451001 | (Core) | Bachelors | POLITICAL SCIENCE | Unique (Prox.) | | High Demand ** | SU |
| 451001 | (Core) | Bachelors | POLITICAL SCIENCE | Dupl. | | High Demand ** | TU |
| 451001 | (Core) | Bachelors | POLITICAL SCIENCE | Dupl. | | High Demand ** | UMUC |
| 451001 | (Core) | Bachelors | GOVERNMENT & POLITICS | Dupl. | | High Demand ** | UMCP |
| 451001 | (Core) | Bachelors | POLITICAL SCIENCE | Dupl. | | High Demand ** | UMBC |
| 451001 | | Masters | GOVERNMENT & POLITICS | Unique (Prox.) | (State) | High Demand | UMCP |
| 451001 | | Doctorate | GOVERNMENT & POLITICS | Unique (Prox.) | (State) | High Demand ** | UMCP |
| 451002 | (Core) | Bachelors | GOVERNMENT & PUBLIC POLICY | Dupl. | | High Demand ** | UB |
| 451101 | (Core) | Bachelors | SOCIOLOGY | Dupl. | | High Demand | BSU |
| 451101 | (Core) | Bachelors | SOCIOLOGY | Dupl. | | High Demand | CSU |
| 451101 | (Core) | Bachelors | SOCIOLOGY | Dupl. | | High Demand | MSU |
| 451101 | (Core) | Bachelors | SOCIOLOGY | Dupl. | | High Demand | SU |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 451101 | (Core) | Bachelors | SOCIOLOGY | Dupl. | | High Demand | UMES |
| 451101 | (Core) | Bachelors | SOCIOLOGY | Dupl. | | High Demand | UMCP |
| 451101 | (Core) | Bachelors | SOCIOLOGY | Dupl. | | High Demand | UMBC |
| 451101 | | Masters | SOCIOLOGY (W/U OF B) | Dupl. | | High Demand | MSU |
| 451101 | | Masters | SOCIOLOGY | Dupl. | | High Demand | UMCP |
| 451101 | | Masters | APPLIED SOCIOLOGY | Dupl. | | High Demand | UMBC |
| 451101 | | Doctorate | SOCIOLOGY | Unique (Prox.) | (State) | | UMCP |
| 451201 | | Bachelors | URBAN STUDIES | Dupl. | | | CSU |
| 451201 | | Bachelors | METROPOLITAN STUDIES | Dupl. | | | TU |
| 451201 | | Masters | COMMUNITY PLANNING | Unique (Prox.) | (State) | High Demand | UMCP |
| 459999 | | Bachelors | TECHNOLOGY | Unique (Prox.) | (State) | | BSU |
| 459999 | | Bachelors | CULTURAL STUDIES | Unique (Prox.) | (State) | | TU |
| 459999 | | Bachelors | SOCIOLOGY - ANTHROPOLOGY | Unique (Prox.) | (State) | High Demand ** | TU |
| 459999 | | Masters | HUMAN SERVICES ADMIN (JOINT W/UB) | Dupl. | | | CSU |
| 490101 | | Bachelors | AVIATION SCIENCE | Unique (Prox.) | (State) | | UMES |
| 500301 | | Bachelors | DANCE | Dupl. | | | CSU |
| 500301 | | Bachelors | DANCE PERFORMANCE & EDUCATION | Dupl. | | | TU |
| 500301 | | Bachelors | DANCE | Dupl. | | | UMCP |
| 500301 | | Bachelors | DANCE | Dupl. | | | UMBC |
| 500301 | | Masters | DANCE | Unique (Prox.) | (State) | | UMCP |
| 500401 | | Bachelors | VISUAL COMMUNICATION &DIGITAL MEDI | Dupl. | | | BSU |
| 500401 | | Bachelors | DESIGN | Dupl. | | | UMBC |
| 500401 | | Doctorate | INFORMATION & INTERACTION DESIGN | Unique (Prox.) | (State) | | UB |
| 500402 | | Bachelors | APPLIED DESIGN | Unique (Prox.) | (State) | | UMES |
| 500499 | | Masters | INTEGRATED DESIGN | Unique (Prox.) | (State) | High Demand | UB |
| 500499 | | Masters | PUBLICATIONS DESIGN(W/MD.INST. OF A | Unique (Prox.) | (State) | High Demand | UB |
| 500499 | | Masters | IMAGING AND DIGITAL ARTS | Unique (Prox.) | (State) | High Demand | UMBC |
| 500501 | | Bachelors | THEATER ARTS | Dupl. | | | BSU |
| 500501 | | Bachelors | THEATER ARTS | Dupl. | | | MSU |
| 500501 | | Bachelors | THEATRE | Unique (Prox.) | | | SU |
| 500501 | | Bachelors | THEATRE ARTS | Dupl. | | | TU |
| 500501 | | Bachelors | THEATRE | Dupl. | | | UMCP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 500501 | | Bachelors | THEATRE | Dupl. | | | UMBC |
| 500501 | | Masters | THEATRE ARTS | Unique (Prox.) | (State) | | TU |
| 500502 | | Masters | THEATRE (MFA) | Unique (Prox.) | (State) | | UMCP |
| 500505 | | Masters | THEATRE & PERFORMANCE STUDIES | Unique (Prox.) | (State) | | UMCP |
| 500505 | | Doctorate | THEATRE & PERFORMANCE STUDIES | Unique (Prox.) | (State) | | UMCP |
| 500506 | | Bachelors | ACTING | Unique (Prox.) | (State) | | TU |
| 500506 | | Bachelors | B.F.A. IN ACTING | Unique (Prox.) | (State) | | UMBC |
| 500601 | | Bachelors | FILM STUDIES | Unique (Prox.) | (State) | | UMCP |
| 500701 | (Core) | Bachelors | FINE ARTS | Dupl. | | High Demand | BSU |
| 500701 | (Core) | Bachelors | FINE ART | Dupl. | | High Demand | MSU |
| 500701 | (Core) | Bachelors | ART | Unique (Prox.) | | High Demand | SU |
| 500701 | (Core) | Bachelors | ART & DESIGN | Dupl. | | High Demand | TU |
| 500702 | | Bachelors | URBAN ARTS | Dupl. | | High Demand | CSU |
| 500702 | | Bachelors | ART (B.F.A) | Unique (Prox.) | | High Demand | SU |
| 500702 | | Bachelors | ART & DESIGN (BFA) | Dupl. | | High Demand | TU |
| 500702 | | Bachelors | STUDIO ART | Dupl. | | High Demand | UMCP |
| 500702 | | Bachelors | VISUAL ARTS(BFA) | Dupl. | | High Demand | UMBC |
| 500702 | | Masters | ART STUDIO | Unique (Prox.) | (State) | | TU |
| 500702 | | Masters | STUDIO ART | Unique (Prox.) | (State) | | UMCP |
| 500703 | | Bachelors | ART HISTORY | Unique (Prox.) | (State) | | TU |
| 500703 | | Bachelors | ART HISTORY | Unique (Prox.) | (State) | | UMCP |
| 500703 | | Masters | ART HISTORY | Unique (Prox.) | (State) | | UMCP |
| 500703 | | Doctorate | ART HISTORY | Unique (Prox.) | (State) | | UMCP |
| 500799 | | Bachelors | VISUAL ARTS | Unique (Prox.) | (State) | High Demand ** | UMBC |
| 500901 | (Core) | Bachelors | MUSIC - FINE ARTS PROGRAM | Dupl. | | | MSU |
| 500901 | (Core) | Bachelors | MUSIC | Dupl. | | | SU |
| 500901 | (Core) | Bachelors | MUSIC | Dupl. | | | TU |
| 500901 | (Core) | Bachelors | JAZZ AND POPULAR MUSIC | Dupl. | | | UMES |
| 500901 | (Core) | Bachelors | MUSIC (LIBERAL ARTS) | Dupl. | | | UMCP |
| 500901 | (Core) | Bachelors | MUSIC | Dupl. | | | UMBC |
| 500901 | | Masters | MUSIC | Dupl. | | High Demand | MSU |
| 500901 | | Masters | MUSIC | Dupl. | | High Demand | TU |

| | | | | | | |
|---|---|---|---|---|---|---|
| 500901 | Masters | MUSIC | Dupl. | | High Demand | UMCP |
| 500901 | Doctorate | MUSIC | Unique (Prox.) | (State) | High Demand ** | UMCP |
| 500903 | Bachelors | MUSIC (PROFESSIONAL PROGRAMS) | Unique (Prox.) | (State) | High Demand | UMCP |
| 500905 | Masters | ETHNOMUSICOLOGY | Unique (Prox.) | (State) | | UMCP |
| 500905 | Doctorate | ETHNOMUSICOLOGY | Unique (Prox.) | (State) | | UMCP |
| 509999 | Bachelors | INTEGRATED ARTS | Unique (Prox.) | (State) | | UB |
| 510201 | Bachelors | HEARING & SPEECH SCIENCES | Unique (Prox.) | (State) | High Demand ** | UMCP |
| 510201 | Doctorate | HEARING & SPEECH SCIENCES | Unique (Prox.) | (State) | | UMCP |
| 510202 | Doctorate | CLINICAL AUDIOLOGY | Unique (Prox.) | (State) | High Demand ** | UMCP |
| 510203 | Bachelors | DEAF STUDIES | Unique (Prox.) | (State) | High Demand ** | TU |
| 510203 | Bachelors | SPEECH LANGUAGE PATH. & AUD. | Unique (Prox.) | (State) | High Demand ** | TU |
| 510203 | Masters | SPEECH-LANGUAGE PATHOLOGY | Unique (Prox.) | (State) | High Demand | TU |
| 510203 | Masters | HEARING & SPEECH SCIENCES | Unique (Prox.) | (State) | High Demand | UMCP |
| 510203 | Doctorate | AUDIOLOGY | Unique (Prox.) | (State) | High Demand ** | TU |
| 510401 | Doctorate | DENTISTRY | Unique (Prox.) | (State) | High Demand ** | UMB |
| 510501 | Masters | BIOMEDICAL SCIENCES-DENTAL SCHOOL | Unique (Prox.) | (State) | High Demand | UMB |
| 510501 | Doctorate | BIOMEDICAL SCIENCES-DENTAL SCHOOL | Unique (Prox.) | (State) | | UMB |
| 510503 | Doctorate | ORAL PATHOLOGY-DENTAL PROGRAM | Unique (Prox.) | (State) | | UMB |
| 510602 | Bachelors | DENTAL HYGIENE | Unique (Prox.) | (State) | High Demand | UMB |
| 510701 | Bachelors | HEALTH CARE MANAGEMENT | Unique (Prox.) | (State) | High Demand | TU |
| 510701 | Bachelors | HEALTH SERVICES MANAGEMENT | Unique (Prox.) | (State) | High Demand | UMUC |
| 510702 | Masters | HEALTH CARE ADMINISTRATION | Unique (Prox.) | (State) | High Demand ** | UMUC |
| 510706 | Bachelors | HEALTH INFORMATION MANAGEMENT | Dupl. | | | CSU |
| 510811 | Masters | PATHOLOGY - MEDICAL PROGRAM | Unique (Prox.) | (State) | | UMB |
| 510904 | Bachelors | EMERGENCY HEALTH SERVICES (W/UMAB) | Dupl. | | | UMBC |
| 510904 | Masters | EMERGENCY HEALTH SERVI | Unique (Prox.) | (State) | High Demand | UMBC |
| 510908 | Bachelors | RESPIRATORY THERAPY | Unique (Prox.) | (State) | High Demand | SU |
| 510912 | Masters | PHYSICIAN ASSISTANT STUDIES | Unique (Prox.) | | High Demand | TU |
| 510912 | Masters | PHYSICIAN ASSISTANT | Unique (Prox.) | | High Demand | UMES |
| 510912 | Masters | HEALTH SCIENCE | Unique (Prox.) | (State) | High Demand | UMB |
| 510913 | Bachelors | ATHLETIC TRAINING | Unique (Prox.) | (State) | | SU |
| 510913 | Bachelors | ATHLETIC TRAINING | Unique (Prox.) | (State) | | TU |

| | | | | | | |
|---|---|---|---|---|---|---|
| 511005 | Bachelors | MEDICAL TECHNOLOGY | Dupl. | | | MSU |
| 511005 | Bachelors | MEDICAL LABORATORY SCIENCE | Unique (Prox.) | | | SU |
| 511005 | Bachelors | MEDICAL AND RESEARCH TECHNOLOGY | Dupl. | | | UMB |
| 511005 | Masters | MEDICAL AND RESEARCH TECHNOLOGY | Unique (Prox.) | (State) | | UMB |
| 511104 | Bachelors | COMBINED PROGRAM - VETERINARY SCIEI | Unique (Prox.) | (State) | | UMCP |
| 511201 | Doctorate | MEDICINE | Unique (Prox.) | (State) | High Demand ** | UMB |
| 511501 | Bachelors | ALCOHOL & SUBSTANCE ABUSE COUNSELI | Unique (Prox.) | (State) | | CSU |
| 511505 | Masters | COUPLE & FAMILY THERAPY | Unique (Prox.) | (State) | | UMCP |
| 511508 | Masters | MENTAL HEALTH COUNSELING | Unique (Prox.) | (State) | High Demand | BSU |
| 511509 | Masters | GENETIC COUNSELING | Unique (Prox.) | (State) | | UMB |
| 512001 | Doctorate | PHARMACY | Unique (Prox.) | | High Demand ** | UMES |
| 512001 | Doctorate | PHARMACY | Unique (Prox.) | | High Demand ** | UMB |
| 512002 | Masters | PHARMACEUTICAL HEALTH SERVICES RES | Unique (Prox.) | (State) | | UMB |
| 512002 | Doctorate | PHARMACEUTICAL HEALTH SERVICES RES | Unique (Prox.) | (State) | | UMB |
| 512003 | Masters | PHARMACOMETRICS | Unique (Prox.) | (State) | | UMB |
| 512010 | Masters | PHARMACEUTICAL SCIENCES | Unique (Prox.) | (State) | | UMB |
| 512010 | Doctorate | PHARMACEUTICAL SCIENCES | Unique (Prox.) | (State) | | UMB |
| 512201 | Masters | PUBLIC HEALTH | Dupl. | | High Demand | MSU |
| 512201 | Masters | PUBLIC HEALTH | Dupl. | | High Demand | UMCP |
| 512201 | Masters | PUBLIC HEALTH | Dupl. | | High Demand | UMB |
| 512201 | Doctorate | PUBLIC HEALTH | Unique (Prox.) | (State) | | MSU |
| 512202 | Masters | ENVIRONMENTAL MANAGEMENT | Unique (Prox.) | (State) | High Demand ** | UMUC |
| 512209 | Doctorate | MATERNAL & CHILD HEALTH | Unique (Prox.) | (State) | | UMCP |
| 512211 | Bachelors | HEALTH SYSTEMS MANAGEMENT | Unique (Prox.) | (State) | High Demand ** | UB |
| 512211 | Masters | HEALTH ADMINISTRATION | Unique (Prox.) | (State) | High Demand | UMCP |
| 512211 | Masters | HEALTH SYSTEMS MANAGEMENT | Unique (Prox.) | (State) | High Demand | UB |
| 512211 | Doctorate | HEALTH SERVICES | Unique (Prox.) | (State) | | UMCP |
| 512299 | Bachelors | PUBLIC HEALTH SCIENCE | Unique (Prox.) | (State) | High Demand | UMCP |
| 512306 | Bachelors | OCCUPATION & WELL-BEING | Unique (Prox.) | (State) | High Demand ** | TU |
| 512306 | Masters | OCCUPATIONAL THERAPY | Unique (Prox.) | (State) | High Demand ** | TU |
| 512306 | Doctorate | OCCUPATIONAL SCIENCE | Unique (Prox.) | (State) | | TU |
| 512308 | Doctorate | PHYSICAL THERAPY | Unique (Prox.) | | High Demand ** | UMES |

| | | | | | | |
|---|---|---|---|---|---|---|
| 512308 | Doctorate | PHYSICAL THERAPY | Unique (Prox.) | | High Demand ** | UMB |
| 512312 | Doctorate | PHYSICAL REHABILITATION SCIENCE | Unique (Prox.) | (State) | | UMB |
| 512399 | Bachelors | REHABILITATION SERVICES | Unique (Prox.) | (State) | | CSU |
| 512399 | Bachelors | REHABILITATION SERVICES | Unique (Prox.) | (State) | | UMES |
| 512399 | Masters | REHABILITATION COUNSELING | Unique (Prox.) | (State) | High Demand | CSU |
| 512399 | Masters | REHABILITATION COUNSELING | Unique (Prox.) | (State) | High Demand | UMES |
| 512401 | Doctorate | DOCTOR OF VETERINARY MEDICINE(DVM) | Unique (Prox.) | (State) | High Demand ** | UMCP |
| 512501 | Masters | VETERINARY MEDICAL SCIENCES | Unique (Prox.) | (State) | | UMCP |
| 512501 | Doctorate | VETERINARY MEDICAL SCIENCES | Unique (Prox.) | (State) | | UMCP |
| 513801 | Bachelors | NURSING | Dupl. | | High Demand ** | BSU |
| 513801 | Bachelors | NURSING | Dupl. | | High Demand ** | CSU |
| 513801 | Bachelors | NURSING | Dupl. | | High Demand ** | MSU |
| 513801 | Bachelors | NURSING | Unique (Prox.) | | High Demand ** | SU |
| 513801 | Bachelors | NURSING | Dupl. | | High Demand ** | TU |
| 513801 | Bachelors | NURSING | Dupl. | | High Demand ** | UMUC |
| 513801 | Bachelors | NURSING | Dupl. | | High Demand ** | UMB |
| 513801 | Masters | NURSING | Dupl. | | High Demand ** | BSU |
| 513801 | Masters | NURSING | Dupl. | | High Demand ** | MSU |
| 513801 | Masters | NURSING | Unique (Prox.) | | High Demand ** | SU |
| 513801 | Masters | NURSING | Dupl. | | High Demand ** | TU |
| 513808 | Masters | NURSING | Dupl. | | High Demand ** | UMB |
| 513808 | Doctorate | NURSING | Unique (Prox.) | (State) | High Demand ** | UMB |
| 513811 | Masters | NURSING | Dupl. | | High Demand ** | CSU |
| 513818 | Masters | NURSING PRACTICE | Dupl. | | High Demand ** | UMB |
| 513818 | Doctorate | NURSING PRACTICE | Unique (Prox.) | (State) | High Demand ** | SU |
| 519999 | Bachelors | ALLIED HEALTH (BTPS) | Unique (Prox.) | (State) | | TU |
| 519999 | Bachelors | HEALTH SCIENCE | Unique (Prox.) | (State) | High Demand | TU |
| 519999 | Bachelors | HEALTH SCIENCE & POLICY | Unique (Prox.) | (State) | High Demand ** | UMBC |
| 519999 | Masters | APPLIED HEALTH PHYSIOLOGY | Unique (Prox.) | (State) | High Demand | SU |
| 519999 | Masters | HEALTH SCIENCE | Unique (Prox.) | (State) | High Demand | TU |
| 520101 | Bachelors | MANAGEMENT | Dupl. | | High Demand ** | UMCP |
| 520101 | Bachelors | BUSINESS ADMINISTRATION | Dupl. | | High Demand ** | UB |

| | | | | | | |
|---|---|---|---|---|---|---|
| 520101 | Masters | BUSINESS ADMINISTRATION | Dupl. | | High Demand ** | BSU |
| 520101 | Masters | BUSINESS & MANAGEMENT | Dupl. | | High Demand ** | UMCP |
| 520101 | Masters | BUSINESS | Dupl. | | High Demand ** | UB |
| 520101 | Doctorate | MANAGEMENT (DM) | Dupl. | | High Demand ** | UMUC |
| 520101 | Doctorate | BUSINESS & MANAGEMENT | Dupl. | | High Demand | UMCP |
| 520201 | Bachelors | BUSINESS ADMINISTRATION | Dupl. | | High Demand ** | BSU |
| 520201 | Bachelors | ENTERTAINMENT MANAGEMENT | Unique (Prox.) | (State) | | CSU |
| 520201 | Bachelors | MANAGEMENT | Dupl. | | High Demand ** | CSU |
| 520201 | Bachelors | BUSINESS ADMINISTRATION | Dupl. | | High Demand ** | MSU |
| 520201 | Bachelors | MANAGEMENT | Dupl. | | High Demand ** | MSU |
| 520201 | Bachelors | BUSINESS ADMINISTRATION | Dupl. | | High Demand ** | SU |
| 520201 | Bachelors | MANAGEMENT | Unique (Prox.) | | High Demand ** | SU |
| 520201 | Bachelors | BUSINESS ADMINISTRATION | Dupl. | | High Demand ** | TU |
| 520201 | Bachelors | BUSINESS ADMINISTRATION | Dupl. | | High Demand ** | UMES |
| 520201 | Bachelors | BUSINESS ADMINISTRATION | Dupl. | | High Demand ** | UMUC |
| 520201 | Bachelors | HOMELAND SECURITY | Unique (Prox.) | (State) | High Demand ** | UMUC |
| 520201 | Bachelors | MANAGEMENT STUDIES | Dupl. | | High Demand ** | UMUC |
| 520201 | Masters | BUSINESS ADMINISTRATION | Dupl. | | High Demand ** | MSU |
| 520201 | Masters | BUSINESS ADMINISTRATION | Unique (Prox.) | | High Demand ** | SU |
| 520201 | Masters | BUSINESS ADMINISTRATION (JOINT W/UB | Dupl. | | High Demand ** | TU |
| 520201 | Masters | INTEGRATED HOMELAND SECURITY MANA | Unique (Prox.) | (State) | High Demand | TU |
| 520201 | Masters | BUSINESS ADMINISTRATION (MBA) | Dupl. | | High Demand ** | UMUC |
| 520201 | Masters | FINANCIAL MNGMNT & INFORMATION SYS | Unique (Prox.) | (State) | High Demand ** | UMUC |
| 520201 | Masters | MANAGEMENT (MSM) | Unique (Prox.) | (State) | High Demand ** | UMUC |
| 520201 | Masters | BUSINESS ADMINISTRATION | Dupl. | | High Demand ** | UMCP |
| 520201 | Masters | MBA/JD (W/UMAB) | Unique (Prox.) | (State) | | UMCP |
| 520201 | Masters | BUSINESS ADMINISTRATION (JOINT W/TU | Dupl. | | High Demand ** | UB |
| 520201 | Doctorate | BUSINESS ADMINISTRATION | Dupl. | | High Demand | MSU |
| 520203 | Bachelors | SUPPLY CHAIN MANAGEMENT | Unique (Prox.) | (State) | High Demand ** | UMCP |
| 520203 | Masters | SUPPLY CHAIN MANAGEMENT | Unique (Prox.) | (State) | | TU |
| 520205 | Masters | PROJECT MANAGEMENT | Dupl. | | High Demand ** | MSU |
| 520205 | Masters | TECHNOLOGY MANAGEMENT | Dupl. | | High Demand ** | UMUC |

| | | | | | | |
|---|---|---|---|---|---|---|
| 520206 | Bachelors | NONPROFIT LEADERSHIP | Unique (Prox.) | (State) | | CSU |
| 520208 | Masters | ELECTRONIC COMMERCE | Unique (Prox.) | (State) | | UMCP |
| 520209 | Bachelors | TRANSPORTATION SYSTEMS | Unique (Prox.) | (State) | | MSU |
| 520209 | Masters | URBAN TRANSPORTATION | Unique (Prox.) | (State) | | MSU |
| 520299 | Bachelors | MANAGEMENT SCIENCE | Unique (Prox.) | (State) | | CSU |
| 520299 | Bachelors | E-BUSINESS | Unique (Prox.) | (State) | | TU |
| 520299 | Bachelors | LABORATORY MANAGEMENT (BS/BTPS) | Unique (Prox.) | (State) | | UMUC |
| 520299 | Bachelors | MANAGEMENT OF AGING SERVICES | Unique (Prox.) | (State) | | UMBC |
| 520299 | Masters | ENGINEERING MANAGEMENT (W/UB) | Unique (Prox.) | (State) | High Demand | UMBC |
| 520299 | Masters | MANAGEMENT OF AGING SERVICES | Unique (Prox.) | (State) | | UMBC |
| 520301 | Bachelors | ACCOUNTING | Dupl. | | High Demand ** | CSU |
| 520301 | Bachelors | ACCOUNTING | Dupl. | | High Demand ** | MSU |
| 520301 | Bachelors | ACCOUNTING | Dupl. | | High Demand ** | SU |
| 520301 | Bachelors | ACCOUNTING | Dupl. | | High Demand ** | TU |
| 520301 | Bachelors | ACCOUNTING | Dupl. | | High Demand ** | UMES |
| 520301 | Bachelors | ACCOUNTING | Dupl. | | High Demand ** | UMUC |
| 520301 | Bachelors | ACCOUNTING | Dupl. | | High Demand ** | UMCP |
| 520301 | Masters | PROFESSIONAL ACCOUNTANCY | Dupl. | | High Demand | MSU |
| 520301 | Masters | ACCOUNTING & BUSINESS ADVISORY SERV | Dupl. | | High Demand | UB |
| 520304 | Masters | ACCOUNTING AND FINANCIAL MANAGEMI | Unique (Prox.) | (State) | High Demand | UMUC |
| 520399 | Masters | ACCT & BUSINESS ADVISORY SERVICES(W | Unique (Prox.) | (State) | High Demand | TU |
| 520399 | Masters | ACCOUNTING & INFORMATION SYSTEMS | Unique (Prox.) | (State) | High Demand | UMUC |
| 520601 | Bachelors | BUSINESS ECONOMICS | Unique (Prox.) | (State) | | SU |
| 520701 | Bachelors | ENTREPRENEURSHIP | Unique (Prox.) | (State) | | MSU |
| 520801 | Bachelors | FINANCE | Dupl. | | High Demand ** | MSU |
| 520801 | Bachelors | FINANCE | Dupl. | | High Demand ** | SU |
| 520801 | Bachelors | FINANCE | Dupl. | | High Demand ** | UMES |
| 520801 | Bachelors | FINANCE | Dupl. | | High Demand ** | UMUC |
| 520801 | Bachelors | FINANCE | Dupl. | | High Demand ** | UMCP |
| 520801 | Masters | FINANCE | Unique (Prox.) | (State) | High Demand ** | UMCP |
| 520901 | Bachelors | PRO GOLFERS'ASSOC (PGA) GOLF MANAGE | Unique (Prox.) | (State) | | UMES |
| 520904 | Bachelors | HOSPITALITY MGMT. | Unique (Prox.) | (State) | High Demand | MSU |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 520904 | | Bachelors | HOSPITALITY & TOURISM MANAGEMENT | Unique (Prox.) | (State) | High Demand | UMES |
| 520904 | | Masters | HOSPITALITY MGMT. | Unique (Prox.) | (State) | | MSU |
| 521001 | | Bachelors | HUMAN RESOURCE MANAGEMENT | Unique (Prox.) | (State) | High Demand ** | UMUC |
| 521005 | | Masters | HUMAN RESOURCE DEVELOPMENT | Dupl. | | High Demand ** | BSU |
| 521005 | | Masters | HUMAN RESOURCES DEVELOPMENT | Dupl. | | High Demand ** | TU |
| 521101 | | Bachelors | INTERNATIONAL BUSINESS | Unique (Prox.) | (State) | High Demand | SU |
| 521101 | | Bachelors | GLOBAL BUSINESS AND PUBLIC POLICY | Unique (Prox.) | (State) | High Demand | UMUC |
| 521101 | | Bachelors | INTERNATIONAL BUSINESS | Unique (Prox.) | (State) | High Demand | UMCP |
| 521101 | | Masters | INTERNATIONAL MANAGEMENT | Unique (Prox.) | (State) | High Demand ** | UMUC |
| 521201 | | Bachelors | INFO SYSTEMS & TECHNOLOGY MANAGEM | Unique (Prox.) | (State) | | UB |
| 521201 | | Masters | MANAGEMENT INFORMATION SYSTEMS | Dupl. | | High Demand | BSU |
| 521201 | | Masters | COMPUTER SYSTEMS MANAGEMENT | Dupl. | | High Demand | UMCP |
| 521301 | | Bachelors | OPERATIONS MANAGEMENT | Unique (Prox.) | (State) | High Demand | UMCP |
| 521302 | | Masters | DATA ANALYTICS | Unique (Prox.) | (State) | | UMUC |
| 521304 | | Bachelors | ACTUARIAL SCIENCE | Unique (Prox.) | (State) | | MSU |
| 521401 | | Bachelors | MARKETING | Dupl. | | High Demand | CSU |
| 521401 | | Bachelors | MARKETING | Dupl. | | High Demand | MSU |
| 521401 | | Bachelors | MARKETING | Dupl. | | High Demand | SU |
| 521401 | | Bachelors | MARKETING | Dupl. | | High Demand | UMES |
| 521401 | | Bachelors | MARKETING | Dupl. | | High Demand | UMUC |
| 521401 | | Bachelors | MARKETING | Dupl. | | High Demand | UMCP |
| 521501 | | Bachelors | REAL ESTATE & ECONOMIC DEVELOPMEN | Unique (Prox.) | (State) | | UB |
| 521601 | | Masters | TAXATION (BUSINESS) | Unique (Prox.) | (State) | | UB |
| 522001 | | Bachelors | CONSTRUCTION MANAGEMENT | Unique (Prox.) | (State) | | MSU |
| 529999 | | Masters | INNIVATION MANAGEMENT & TECHNOLOC | Unique (Prox.) | (State) | | UB |
| 540101 | (Core) | Bachelors | HISTORY AND GOVERNMENT | Dupl. | | High Demand | BSU |
| 540101 | (Core) | Bachelors | HISTORY | Dupl. | | High Demand | CSU |
| 540101 | (Core) | Bachelors | HISTORY | Dupl. | | High Demand | MSU |
| 540101 | (Core) | Bachelors | HISTORY | Dupl. | | High Demand | SU |
| 540101 | (Core) | Bachelors | HISTORY | Dupl. | | High Demand | TU |
| 540101 | (Core) | Bachelors | HISTORY | Dupl. | | High Demand | UMES |
| 540101 | (Core) | Bachelors | HISTORY | Dupl. | | High Demand | UMUC |

| | | | | | | |
|---|---|---|---|---|---|---|
| 540101 | (Core) | Bachelors | HISTORY | Dupl. | High Demand | UMCP |
| 540101 | (Core) | Bachelors | HISTORY | Dupl. | High Demand | UB |
| 540101 | (Core) | Bachelors | HISTORY | Dupl. | High Demand | UMBC |
| 540101 | | Masters | HISTORY | Dupl. | | MSU |
| 540101 | | Masters | HISTORY | Unique (Prox.) | | SU |
| 540101 | | Masters | HISTORY | Dupl. | | UMCP |
| 540101 | | Masters | HISTORICAL STUDIES | Dupl. | | UMBC |
| 540101 | | Doctorate | HISTORY | Dupl. | | MSU |
| 540101 | | Doctorate | HISTORY | Dupl. | | UMCP |
| 540199 | | Bachelors | GLOBAL STUDIES | Dupl. | | CSU |

EXHIBIT 5 – UNIQUE, NON-CORE PROGRAMS INCLUDING HIGH DEMAND PROGRAMS BY DEGREE LEVEL IN THREE COMPARISON GROUPS JULY 6, 2016

# UNIQUE, NON-CORE PROGRAMS (INCLUDING HIGH-DEMAND PROGRAMS) BY DEGREE LEVEL IN THREE COMPARISON GROUPS

| STATEWIDE COMPARISON | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **Traditionally White Institutions (UMCP, UMBC, TU, UMB, UB, UMUC, SU)** | | | | **Traditionally Black Institutions (MSU, UMES, BSU, CSU)** | | | |
| | B | M | D | Total | B | M | D | Total |
| No. of Unique Non-Core Programs | 105 | 176 | 115 | 396 | 29 | 21 | 10 | 60 |
| *Avg. per institution* | 15 | 25.1 | 16.4 | 56.6 | 7.3 | 5.3 | 2.5 | 15 |
| No. of Unique, High-Demand, | | | | | | | | |
| Non-Core Programs | 54 | 66 | 51 | 171 | 4 | 4 | 2 | 10 |
| *Avg. per institution* | 7.7 | 9.4 | 7.3 | 24.4 | 1 | 1 | 0.5 | 2.5 |

| BALTIMORE-COLLEGE PARK COMPARISON | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **Traditionally White Institutions (UMCP, UMBC, TU, UMB, UB, UMUC)** | | | | **Traditionally Black Institutions (MSU, BSU, CSU)** | | | |
| | B | M | D | Total | B | M | D | Total |
| No. of Unique Non-Core Programs | 111 | 177 | 116 | 404 | 18 | 21 | 9 | 48 |
| *Avg. per institution* | 18.5 | 29.5 | 19.3 | 67.3 | 6 | 7 | 3 | 16 |
| No. of Unique, High-Demand, | | | | | | | | |
| Non-Core Programs | 53 | 65 | 53 | 171 | 3 | 3 | 1 | 7 |
| *Avg. per institution* | 8.8 | 10.8 | 8.8 | 28.5 | 1 | 1 | 0.3 | 2.3 |

| EASTERN SHORE COMPARISON | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **Traditionally White Institutions (SU)** | | | | **Traditionally Black Institutions (UMES)** | | | |
| | B | M | D | Total | B | M | D | Total |
| No. of Unique Non-Core Programs | 17 | 13 | 2 | 32 | 21 | 10 | 5 | 36 |
| No. of Unique, High-Demand, | | | | | | | | |
| Non-Core Programs | 10 | 7 | 1 | 18 | 4 | 6 | 5 | 15 |

Degree Level:

B: Bachelors

M: Masters

D: Doctoral

EXHIBIT 6 - HBI PROGRAMS WITH AT LEAST 10 WHITE STUDENT ENROLLMENT
JULY 6, 2016

**HBI programs enrolling 10 or more white students: 34 programs**

***Sources: MHEC-RMDY 00003, "2014 Enrollment by Program by Race for UMS Institutions," and MHEC RMDY 00006, "Enrollment by Program by Race for Morgan State University."; Trends in Degree and Certificates by Program: Maryland Higher Education Institutions (available for download at https://data.mhec.state.md.us/mac_Trend.asp***

*Note: Exceptionally High Demand Programs are identified by two asterisks (**), Degree Levels are signified as Bachelors [B], Masters [M], Doctorate [D]*

| Institution | CIP Code | Level | Program Title | Unique (Proximate and/or Statewide) | Demand Level | White Enrollment (#) | White Enrollment (%) | Unique or High Demand |
|---|---|---|---|---|---|---|---|---|
| UMES | 512308 | [D] | PHYSICAL THERAPY | Unique (P) | High Demand ** | 42 | 47.73% | Both |
| MSU | 040201 | [B] | ARCHITECTURE & ENVIRONMENTAL DESIGN | Dupl. | High Demand | 37 | 14.92% | Yes |
| UMES | 260101 | [B] (Core) | BIOLOGY, GENERAL | Dupl. | High Demand** | 34 | 8.63% | Yes |
| UMES | 512001 | [D] | PHARMACY | Unique (P) | High Demand ** | 33 | 18.86% | Both |
| UMES | 261301 | [B] | ENVIRONMENTAL SCIENCE | Unique (P) | High Demand ** | 32 | 56.14% | Both |
| UMES | 190101 | [B] | HUMAN ECOLOGY | Unique (P) | High Demand | 27 | 13.11% | Both |
| UMES | 520901 | [B] | PRO GOLFERS'ASSOC (PGA) GOLF MANAGE | Unique (P) (S) | | 27 | 52.94% | Yes |
| UMES | 309999 | [D] | ORGANIZATIONAL LEADERSHIP | Unique (P) (S) | High Demand ** | 25 | 33.33% | Both |
| MSU | 130407 | [D] | COMMUNITY COLLEGE LEADERSHIP | | High Demand ** | 23 | 13.77% | Yes |
| UMES | 520904 | [B] | HOSPITALITY & TOURISM MANAGEMENT | Unique (P) (S) | High Demand | 22 | 12.57% | Both |
| UMES | 310505 | [B] | EXERCISE SCIENCE | Dupl. | High Demand ** | 21 | 8.08% | Yes |
| UMES | 140101 | [B] | ENGINEERING | Unique (P) | | 20 | 13.61% | Yes |
| UMES | 131001 | [B] | ELEMENTARY/SPECIAL EDUCATION | Unique (P) | | 19 | 42.22% | Yes |
| UMES | 150201 | [B] | CONSTRUCTION MANAGEMENT/TECHNOLOGY | Unique (P) (S) | | 19 | 28.79% | Yes |
| UMES | 430107 | [B] | CRIMINAL JUSTICE | Unique (P) | High Demand ** | 19 | 4.38% | Both |
| MSU | 040201 | [M] | ARCHITECTURE | Dupl. | High Demand | 18 | 50.00% | Yes |
| UMES | 130401 | [D] | EDUCATION LEADERSHIP | Unique (P) | High Demand | 17 | 40.48% | Both |
| MSU | 190505 | [B] | NUTRITIONAL SCIENCE | Dupl. | High Demand | 17 | 17.53% | Yes |
| BSU | 513801 | [M] | NURSING | Dupl. | High Demand ** | 14 | 11.38% | Yes |
| UMES | 131101 | [M] | COUNSELOR EDUCATION | Unique (P) | High Demand | 13 | 36.11% | Both |
| UMES | 131205 | [M] | TEACHING (MAT)(W/SALISBURY) | Dupl. | | 13 | 56.52% | |
| UMES | 510912 | [M] | PHYSICIAN ASSISTANT | Unique (P) | High Demand | 13 | 17.57% | Both |
| MSU | 040601 | [M] | LANDSCAPE ARCHITECTURE | Dupl. | | 12 | 52.17% | |
| UMES | 400501 | [B] (Core) | CHEMISTRY | Dupl. | | 12 | 23.53% | |
| BSU | 520201 | [B] | BUSINESS ADMINISTRATION | Dupl. | High Demand** | 12 | 1.73% | Yes |
| BSU | 131101 | [M] | SCHOOL COUNSELING | Dupl. | High Demand | 11 | 17.46% | Yes |
| BSU | 131209 | [B] | EARLY CHILDHOOD EDUCATION | Dupl. | High Demand | 11 | 10.00% | Yes |
| UMES | 131309 | [M] | CAREER & TECHNOLOGY EDUCATION | Unique (P) (S) | | 11 | 50.00% | Yes |
| MSU | 141001 | [B] | ELECTRICAL ENGINEERING | Dupl. | High Demand ** | 11 | 2.18% | Yes |
| BSU | 420101 | [B] (Core) | PSYCHOLOGY | Dupl. | High Demand** | 11 | 3.43% | Yes |
| UMES | 512399 | [B] | REHABILITATION SERVICES | Unique (P) (S) | | 11 | 7.28% | Yes |
| BSU | 513801 | [B] | NURSING | Dupl. | High Demand ** | 11 | 1.79% | Yes |
| MSU | 140801 | [B] | CIVIL ENGINEERING | Dupl. | High Demand ** | 10 | 4.52% | Yes |
| BSU | 430104 | [B] | CRIMINAL JUSTICE | Dupl. | High Demand ** | 10 | 2.74% | Yes |
| | | | | | Total Programs that are either unique OR high demand (or both) | | | 31 |

**A closer look at the programs that are neither unique nor high demand:** One is a core program. One is a joint program. One is only duplicated by UMCP.

| Institution | CIP Code [Level] | Program Title | White Enrollment (#) | White Enrollment (%) | Notes: |
|---|---|---|---|---|---|
| UMES | 131205 [M] | TEACHING (MAT)(W/SALISBURY) | 13 | 56.52% | Joint Program |
| MSU | 040601 [M] | LANDSCAPE ARCHITECTURE | 12 | 52.17% | Only duplicated by UMCP |
| UMES | 400501 [B] | CHEMISTRY | 12 | 23.53% | Core Program |

UPDATED EXHIBIT 7 – DISPROPORTIONATE IMPACT OF UNIQUE AND/OR HIGH-DEMAND PROGRAMS
JULY 6, 2016

| DISPROPORTIONATE IMPACT OF CATEGORIES OF PROGRAMS | | | |
|---|---|---|---|
| **Category of Program** | **Percentage of Programs at HBIs** | **Percentage of White Students Enrolled at HBIs** | **Disproportionality** |
| Proximately Unique | 35.7% | 48.2% | +1.4 |
| High Demand | 40.0% | 60.3% | +1.5 |
| Exceptionally High Demand | 20.9% | 34.1% | +1.6 |
| Proximately Unique, High Demand | 9.4% | 27.1% | +2.9 |

UPDATED EXHIBIT 8 - HBI PROGRAMS WITH AT LEAST 15 WHITE STUDENTS + 15% WHITE ENROLLMENT
JULY 6, 2016

**HBI Programs that have 15 or more white students enrolled, and 15% or more white enrollment: 10 programs**

***Sources: MHEC-RMDY 00003, "2014 Enrollment by Program by Race for UMS Institutions," and MHEC RMDY 00006, "Enrollment by Program by Race for Morgan State University."; Trends in Degree and Certificates by Program: Maryland Higher Education Institutions (available for download at https://data.mhec.state.md.us/mac_Trend.asp***

*Note: Exceptionally High Demand Programs are identified by two asterisks (**); Degree Levels are signified as Bachelors [B], Masters [M], Doctorate [D]*

| Institution | CIP Code | Level | Program Title | Unique (Proximate and/or State) | | Demand Level | White Enrollment (#) | White Enrollment (%) | Unique or High Demand |
|---|---|---|---|---|---|---|---|---|---|
| UMES | 512308 | [D] | PHYSICAL THERAPY | Unique (P) | | High Demand ** | 42 | 47.73% | Both |
| UMES | 512001 | [D] | PHARMACY | Unique (P) | | High Demand ** | 33 | 18.86% | Both |
| UMES | 261301 | [B] | ENVIRONMENTAL SCIENCE | Unique (P) | | High Demand ** | 32 | 56.14% | Both |
| UMES | 520901 | [B] | PRO GOLFERS'ASSOC (PGA) GOLF MANAGE | Unique (P) | (S) | | 27 | 52.94% | Yes |
| UMES | 309999 | [D] | ORGANIZATIONAL LEADERSHIP | Unique (P) | (S) | High Demand ** | 25 | 33.33% | Both |
| UMES | 131001 | [B] | ELEMENTARY/SPECIAL EDUCATION | Unique (P) | | | 19 | 42.22% | Yes |
| UMES | 150201 | [B] | CONSTRUCTION MANAGEMENT/TECHNOLOGY | Unique (P) | (S) | | 19 | 28.79% | Yes |
| MSU | 040201 | [M] | ARCHITECTURE | Dupl. | | High Demand | 18 | 50.00% | Yes |
| UMES | 130401 | [D] | EDUCATION LEADERSHIP | Unique (P) | | High Demand | 17 | 40.48% | Both |
| MSU | 190505 | [B] | NUTRITIONAL SCIENCE | Dupl. | | High Demand | 17 | 17.53% | Yes |
| | | | | | | Total Programs that are either unique OR high demand (or both) | | | 10 |

TABLE

CORE PROGRAMS

| CIP Number | Name of Discipline (Program) |
|---|---|
| 03.0103 | Environmental Studies |
| 03.0104 | Environmental Science |
| 05.0102 | American Studies |
| 05.0207 | Women's & Gender Studies |
| 09.0101 | Communication |
| 16.0101 | Foreign Languages |
| 16.0102 | Modern Languages & Linguistics |
| 16.0104 | Comparative Literature |
| 16.0501 | German |
| 16.0901 | French |
| 16.0905 | Spanish |
| 16.1200 | Classical Languages and Literature |
| 23.0101 | English |
| 23.9999 | English |
| 24.0101 | Interdisciplinary Studies |
| 24.0103 | Humanities |
| 26.0101 | Biology |
| 27.0101 | Mathematics |
| 30.2001 | International Studies |
| 30.2201 | Ancient Studies |
| 30.2301 | Intercultural Communication |
| 30.9999 | General/Interdisciplinary Studies |
| 38.0101 | Philosophy |
| 40.0101 | Physical Sciences |
| 40.0501 | Chemistry |
| 40.0601 | Geology |
| 40.0801 | Physics |
| 42.0101 | Psychology |
| 45.0101 | Social Sciences/Sociology |
| 45.0201 | Anthropology |
| 45.0601 | Economics |
| 45.0701 | Geography |
| 45.0901 | International Studies |
| 45.1001 | Political Science |
| 45.1002 | Government and Public Policy |
| 45.1101 | Sociology |
| 50.0701 | Fine Arts |
| 50.0901 | Music (Liberal Arts) |
| 54.0101 | History |

All programs listed here are identified as “core programs” at the undergraduate level.

# HIGH-DEMAND PROGRAMS

Source: In broad strokes, I define high-demand programs as *non-core* programs that attract, and are expected to attract and graduate for the foreseeable future, significant numbers of students.

I identified the programs below based largely on MHEC's Degrees, Trends, Dataworkbook (2014). In using these data I placed major emphasis on the following average number of students graduating in the programs offered as the primary factor in identifying high-demand programs: bachelor's degree—25 students; master's degree—13 students; doctoral degree—6 students; and first professional degree—25 students. In using these data I identified high-demand programs as those programs which, since I used the IPEDS Completion Survey in my earlier study, have graduated meaningful numbers of students (reported in the MHEC data) since that time and, in some instances, deleted programs which are not graduating significant numbers of students since the earlier study was conducted. In several instances I also used projected high-demand programs in higher education in this country. [In several instances where the thresholds identified were not realized because one or more institutions were offering the program but had graduated no students in 2014 I choose to identify programs as high-demand. To illustrate, see the bachelor's program in Architecture [04.0201] identified below. In such instances I put an asterisk (*) next to the program.]

For the July 6, 2016 report I updated the analysis of high-demand programs using the updated 2014 Program Inventory and 2014 completion data disaggregated by program. Programs with strikethrough do not meet the criteria for high-demand programs based on the updated demand analysis. Programs listed in italics were added to this list because they now meet the above criteria based on the updated demand analysis.

## BACHELOR'S LEVEL

| CIP | Name of Discipline (Program) |
|---|---|
| 01.0103 | Agriculture and Resource Economics |
| 01.0901 | Animal Sciences |
| 01.1001 | Food Science & Technology/Nutrition and Food Science |
| 03.0101 | Environmental Management |
| 04.0201 | Architecture |
| 09.0102 | Mass Communications/Media Studies |
| 09.0401 | Journalism |
| 09.0402 | Multi-Platform Production |
| 10.0202 | Communication Media |
| 11.0101/11.0701 | Computer Science |
| 11.0103 | Information Technology |
| 11.0401 | Information Systems |
| 11.1003 | Cybersecurity |
| 11.1099 | Business Technology Administration |
| 13.0501 | Instructional Technology |
| 13.1202 | Elementary Education and Teaching |
| 13.1205 | Secondary Education |

| | |
|---|---|
| 13.1209/13.1210 | Early Childhood Education and Teaching |
| 13.1307 | Health Education/Community Health |
| 13.9999 | Teaching |
| 14.0201 | Aerospace Engineering |
| 14.0301 | Biological Resources Engineering |
| 14.0701 | Chemical Engineering |
| 14.0801 | Civil Engineering |
| 14.0901 | Computer Engineering |
| 14.1001 | Electrical Engineering |
| 14.1901 | Mechanical Engineering |
| 14.9999 | Engineering (Fire Protection) |
| 19.0101 | Human Ecology |
| 19.0505 | Nutritional Science |
| 19.0704/07 | Family Science |
| 19.0706 | Child and Adolescent Studies |
| 22.0000 | Legal Studies |
| 22.0203 | Jurisprudence |
| 24.0199 | Humanities |
| 26.0299 | Molecular Biology, Biochemistry, and Bioinformatics |
| 26.1301 | Environmental Science |
| 30.0501 | Conflict Analysis and Dispute Resolution |
| 31.0504 | Sport Management |
| 31.0505 | Exercise Science/Kinesiology |
| 43.0104 | Criminal Justice |
| 43.0106 | Forensic Chemistry |
| 44.0000 | Human Services |
| 44.0701 | Social Work |
| 44.9999 | Emergency Management |
| 45.0401 | Criminology & Criminal Justice |
| 45.9999 | Anthropology/Cultural Studies |
| 50.0702/99 | Arts |
| 50.0903 | Music (Professional Programs) |
| 51.0201 | Hearing & Speech Sciences |
| 51.0203 | Speech Language Pathology |
| 51.0602 | Pre-Dental Hygiene |
| 51.0701 | Health Care Management |
| 51.0908 | Respiratory Therapy |
| 51.2211 | Health Systems Management |
| 51.2299 | Public Health Science |
| 51.2306 | Occupation & Well-Being |
| 51.3801 | Nursing |
| 51.9999 | Health Science & Policy |
| 52.0101/201 | Management/Business Administration/Homeland Security |
| 52.0203 | Supply Chain Management |
| 52.0301 | Accounting |

| | |
|---|---|
| 52.0801 | Finance |
| 52.0904 | Hospitality Management |
| 52.1001/1101 | International Business |
| 52.1301 | Operations Management |
| 52.1401 | Marketing |

## MASTER'S LEVEL

| CIP | Name of Discipline (Program) |
|---|---|
| 03.0206 | Real Estate Development |
| 04.0201 | Architecture |
| 11.0101/701 | Computer Science |
| 11.0401 | Information Technology |
| 11.1003 | Cybersecurity |
| 13.0101 | Education |
| 13.0301 | Curriculum & Instruction |
| 13.0499 | Distance Education & E-Learning |
| 13.0501 | Instructional Technology |
| 13.1001/99 | Special Education |
| 13.1101 | School Counseling |
| 13.1202 | Elementary Education |
| 13.1210 | Early Childhood Education |
| 13.1315 | Reading |
| 13.1401 | ESL |
| 14.0101 | Engineering |
| 14.0201 | Aerospace Engineering |
| 14.0801 | Civil Engineering |
| 14.1001 | Electrical Engineering |
| 14.1004 | Telecommunications |
| 14.1901 | Mechanical Engineering |
| 22.9999 | Legal and Ethical Studies |
| 23.1302 | Creative Writing |
| 23.1303 | Professional Writing |
| 25.0101 | Library & Information Services |
| 26.0101 | Chemical & Life Sciences |
| 26.1201 | Bioinformatics |
| 30.0501 | Conflict Analysis and Dispute Resolution |
| 30.2801 | Negotiations/Conflict Management |
| 30.3101 | Human-Computer Interaction |
| 42.0101 | Psychology |
| 42.2803 | Counseling Psychology |
| 42.2899 | Human Services Psychology |
| 42.9999 | Applied Psychology (Chemical Dependency) |
| 43.0106 | Forensic Science |
| 44.0000 | Human Services Administration |

| | |
|---|---|
| 44.0401 | Public Administration |
| 44.0501 | Public Policy |
| 44.0701 | Social Work |
| 45.0401 | Criminology and Criminal Justice |
| 45.1001 | Political Science |
| 45.1101 | Sociology |
| 45.1201 | Community Planning |
| 50.0499 | Visual Design |
| 50.0901 | Music (Liberal Arts) |
| 51.0203 | Speech Language Pathology |
| 51.0501 | Dental Health |
| 51.0701/02 | Health Care Administration |
| 51.0904 | Emergency Health Services |
| 51.0912 | Physician Assistant/Health Science |
| 51.1508 | Mental Health Science |
| 51.2201 | Public Health |
| 51.2202 | Environmental Management |
| 51.2211 | Health Administration |
| 51.2306 | Occupation & Well-Being |
| 51.2399 | Rehabilitation Counseling |
| 51.3801/08/11 | Nursing |
| 51.3818 | Nursing Practice |
| 51.9999 | Health Science |
| 52.0101/201 | Management/Business Administration |
| 52.0205 | Technology Management |
| 52.0299 | Engineering Management |
| 52.0301 | Accounting |
| 52.0304 | Accounting & Financial Management |
| 52.0399 | Accounting & Business Advisory Services |
| 52.0801 | Finance |
| 52.1005 | Human Resource Development |
| 52.1101 | International Management |
| 52.1201 | Computer Systems Management |

## DOCTORAL LEVEL

| CIP | Name of Discipline (Program) |
|---|---|
| 01.0103 | Agriculture and Resource Economics |
| 01.1001 | Nutrition/Food Science |
| 05.0102 | American Studies |
| 09.0101 | Communication |
| 09.0401 | Journalism |
| 11.0101/701 | Computer Science |
| 13.0301 | Curriculum & Instruction |

| | |
|---|---|
| 13.0401 | Educational Leadership |
| 13.0407 | Community College Leadership |
| 13.1101 | Counseling Psychology |
| 14.0101 | Engineering |
| 14.0201 | Aerospace Engineering |
| 14.0501 | Bioengineering |
| 14.0701 | Chemical Engineering |
| 14.0801 | Civil Engineering |
| 14.1001 | Electrical Engineering |
| 14.1801 | Materials Science & Engineering |
| 14.1901 | Mechanical Engineering |
| 16.0102 | Linguistics |
| 16.0905 | Spanish Language & Literature |
| 19.0707 | Family Science |
| 23.0101 | English |
| 26.0101 | Biology |
| 26.1401 | Molecular Medicine |
| 26.1501 | Neuroscience/Cognitive Science |
| 27.0301 | Applied Mathematics |
| 30.9999 | Organizational Leadership |
| 30.9999 | Language, Literacy, & Culture |
| 40.0401 | Atmospheric & Ocean Science |
| 40.0501 | Chemistry |
| 40.0801 | Physics |
| 42.0101 | Psychology |
| 42.2899 | Human Services Psychology |
| 44.0501 | Public Policy |
| 44.0701 | Social Work |
| 45.0401 | Criminology & Criminal Justice |
| 45.0601 | Economics |
| 45.1001 | Political Science |
| 50.0901 | Music (Liberal Arts) |
| 51.0202 | Clinical Audiology |
| 51.0203 | Audiology |
| 51.3808 | Nursing |
| 51.3818 | Nursing Practice |
| 52.0101 | Business Administration |

## PROFESSIONAL LEVEL

| CIP | Name of Discipline (Program) |
|---|---|
| 22.0101 | Law |
| 51.0401 | Dentistry |
| 51.1201 | Medicine |

| | |
|---|---|
| 51.2001 | Pharmaceutical Sciences |
| 51.2308 | Physical Therapy |
| 51.2401 | Doctor of Veterinary Medicine |
| 52.0101 | Management |

# EXTREMELY OR EXCEPTIONALLY HIGH-DEMAND PROGRAMS

Source: In broad strokes, I define extremely high-demand programs as *non-core* programs that attract, and are expected to attract and graduate for the foreseeable future, very large numbers of students.

I identified the programs below based largely on MHEC's Degrees, Trends, Dataworkbook (2014). In using these data I placed major emphasis on the following average number of students graduating in the programs offered as the primary factor in identifying high-demand programs: bachelor's degree—50 students; master's degree—35 students; doctoral degree—11 students; and first professional degree—45 students. In using these data I identified extremely or exceptionally high-demand programs as those programs which, since I used the IPEDS Completion Survey in my earlier study, have graduated meaningful numbers of students (reported in the MHEC data) since that time and, in some instances, deleted programs which are not graduating significant numbers of students since the earlier study was conducted. In several instances I also used projected high-demand programs in higher education in this country. [In several instances where the thresholds identified were not realized because one or more institutions were offering the program but had graduated no students in 2014 I choose to identify programs as high-demand. In these instances I placed an asterisk (*) next to the program.]

For the July 6, 2016 report I updated the analysis of extremely or exceptionally high-demand programs using the updated 2014 Program Inventory and 2014 completion data disaggregated by program. Programs with strikethrough do not meet the criteria for extremely or exceptionally high-demand programs based on the updated demand analysis. Programs listed in italics were added to this list because they now meet the above criteria based on the updated demand analysis.

## BACHELOR'S LEVEL

| CIP | Name of Discipline (Program) |
|---|---|
| 01.0901 | Animal Sciences |
| 03.0101 | Environment Management |
| 09.0102 | Mass Communications/Media Studies |
| 09.0401 | Journalism |
| 10.0202 | Communication Media |
| 11.0101/701 | Computer Science |
| 11.0103 | Information Technology |
| 11.0401 | Information Systems |
| 11.1003 | Cybersecurity |
| 11.1099 | Business Technology Administration |
| 13.1307 | Community Health |
| 13.9999 | Integrated Elementary Education |
| 14.0201 | Aerospace Engineering |
| 14.0301 | Bioengineering |
| 14.0701 | Chemical Engineering |

| | |
|---|---|
| 14.0801 | Civil Engineering |
| 14.1001 | Electrical Engineering |
| 14.1901 | Mechanical Engineering |
| 19.0101 | Family & Consumer Science |
| 19.0704/07 | Family Science |
| 22.0000 | Legal Studies |
| 26.1301 | Environmental Science |
| 31.0505 | Exercise Science |
| 43.0104/07 | Criminal Justice |
| 44.0000 | Family & Human Services |
| 44.0701 | Social Work |
| 45.0401 | Criminology & Criminal Justice |
| 45.9999 | Anthropology |
| 50.0799 | Visual Arts |
| 51.0201 | Hearing & Speech Sciences |
| 51.0203 | Speech Language Pathology |
| 51.2211 | Health Systems Management |
| 51.2306 | Occupation & Well-Being |
| 51.3801 | Nursing |
| 51.9999 | Health Science & Policy |
| 52.0101 | Management/Business Administration/Homeland Security |
| 52.0203 | Supply Chain Management |
| 52.0301 | Accounting |
| 52.0801 | Finance |
| 52.1001 | Human Resource Management |

## MASTER'S LEVEL

| CIP | Name of Discipline (Program) |
|---|---|
| 11.0401 | Information Technology |
| 11.1003 | Cybersecurity |
| 13.0101 | Education |
| 13.0301 | Curriculum & Instruction |
| 13.1210 | Early Childhood Education |
| 14.0101 | Engineering |
| 14.1004 | Telecommunications |
| 25.0101 | Library & Information Systems |
| 26.1201 | Bioinformatics |
| 42.9999 | Applied Psychology |
| 44.0401 | Public Administration |
| 44.0501 | Public Policy |
| 44.0701 | Social Work |
| 51.0701/02 | Health Care Administration |
| 51.2202 | Environmental Management |
| 51.2306 | Occupation & Well-Being |

| | |
|---|---|
| 51.3801/08/11 | Nursing |
| 51.3818 | Nursing Practice |
| 51.0101/0201 | Management/Business Administration |
| 52.0205 | Technology Management |
| 52.0801 | Finance |
| 52.1005 | Human Resource Management |
| 52.1101 | International Management |

## DOCTORAL LEVEL

| CIP | Name of Discipline (Program) |
|---|---|
| 11.0101/701 | Computer Science |
| 13.0301 | Curriculum & Instruction |
| 13.0407 | Community College Leadership |
| 14.0101 | Engineering |
| 14.0201 | Aerospace Engineering |
| 14.0501 | Bioengineering |
| 14.1001 | Electrical Engineering |
| 14.1901 | Mechanical Engineering |
| 23.0101 | English |
| 26.1401 | Molecular Medicine |
| 30.9999 | Organizational Leadership |
| 40.0801 | Physics |
| 45.0601 | Economics |
| 45.1001 | Political Science |
| 50.0901 | Music |
| 51.0202 | Clinical Audiology |
| 51.0203 | Audiology |
| 51.3808 | Nursing |
| 51.3818 | Nursing Practice |
| 52.0101 | Management (DM) (Community College Leadership) |

## PROFESSIONAL LEVEL

| CIP | Name of Discipline (Program) |
|---|---|
| 22.0101 | Law |
| 51.0401 | Dentistry |
| 51.1201 | Medicine |
| 51.2001 | Pharmacy |
| *51.2308* | *Physical Therapy* |
| 51.2401 | Doctor of Veterinary Medicine |

Resources Used by Conrad and Allen for the Remedial Proposal

**Accredited Nursing Programs – Coppin State University (BS/BSN, RN to BSN)**

Accreditation Commission for Education in Nursing

www.acenursing.org

Career Index – Nursing Schools in Baltimore, Maryland

http://www.educationnews.org/career-index/nursing-schools-in-baltimore-md/

American Association of Colleges of Nursing – Commission on Collegiate Nursing Education

http://www.aacn.nche.edu/ccne-accreditation/accredited-programs

**Accredited Social Work Programs – Coppin State University (BSW)**

National Association of Social Work – Maryland Schools of Social Work

http://www.nasw-md.org/?page=8

**Accredited Health Administration Programs**

Health Administration Degrees – Maryland Health Administration Degree Programs

http://www.healthadministrationdegrees.com/states/maryland/

**Accredited Health Information Technology Programs – Coppin State University**

Health Information Technology Careers – Health Information Technology Degrees in Maryland

http://www.healthinformationtechnologycareers.com/health-information-technology-degrees-in-maryland/

Committee on Accreditation for the Exercise Sciences – Academic Leadership for Allied Health Professionals in Fitness and Exercise

http://www.coaes.org/accreditedprograms.html

Coppin State University – Academics

http://www.coppin.edu/

Behavioral and Social Sciences – Coppin State University

http://www.coppin.edu/cbss

**Accredited Nursing Programs in Maryland – Bowie State University**

Nursing Schools Guide – Maryland Nursing Schools and Programs

http://www.free-4u.com/nursing/Maryland-Nursing-Schools.cfm

MatchCollege.com – Nursing Schools in Maryland

http://www.matchcollege.com/state/maryland/nursing

Accreditation Commission for Education in Nursing

http://www.acenursing.org/mission-purpose-goals/

Nurse Journal – Social Community for Nurses Worldwide "Best Maryland Nursing Schools, Accelerated Online Options and Colleges"

http://nursejournal.org/schools/maryland-nursing-schools/

**Degree Programs – Bowie State University**

Bowie State University – Programs of Study Undergraduate, Graduate, Certificate

http://www.bowiestate.edu/academics-research/programs-of-study/

**Maryland Higher Education Commission**

Maryland Manual On-Line

http://msa.maryland.gov/msa/mdmanual/25ind/highered/html/43high.html

State Higher Education Executive Officers Association – Maryland Higher Education Commission

http://sheeo.org/sheeo_surveys/user/22

Serving Together – Maryland Higher Education Commission

http://servingtogetherproject.org/services/maryland-higher-education-commission/

HuffPost Black Voices – Blog "Departure of Maryland Higher Ed Secretary Blows State's Cover" April 21, 2014 updated June 19, 2014

http://www.huffingtonpost.com/jarrett-l-carter/departure-of-maryland-higher-ed-secretary_b_5178769.html

2014 Maryland Higher Education Commission Data Book

https://www.mhec.state.md.us/publications/research/index.asp

2015 MACC Data Book

http://www.mdacc.org/PDFs/Publications/Databook/FY2015/2015_Databook.pdf

ERIC Institute of Education Sciences – Maryland Higher Education Commission Data Book 2010, Creating a State of Achievement

http://eric.ed.gov/?id=ED521641

ERIC Institute of Education Sciences – Maryland Higher Education Commission Data Book 2007, Creating a State of Achievement

http://eric.ed.gov/?id=ED498659

Performance and Policy in Maryland Higher Education

http://repository.upenn.edu/gse_pubs/323/?utm_source=repository.upenn.edu%2Fgse_pubs%2F323&utm_medium=PDF&utm_campaign=PDFCoverPages

Prince George's County Profile

http://www.princegeorgescountymd.gov/sites/OMB/Resources/Budget-2015/Documents/countyprofile.pdf

Middle States Commission on Higher Education – MSCHE Announces Proposed Changes to Accreditation Processes and Cycle

http://www.msche.org/

2016 MHEC Data Book

http://scholarshipsnow.net/tag/maryland-higher-education-commission-data-book

MHEC Academic Program Inventory

http://scholarshipsnow.net/tag/maryland-higher-education-commission-data-book

MHEC Trend Data and Program Inventory

https://data.mhec.state.md.us/mac_Trend.asp

NCES IPEDS Data

National Center for Education Statistics

https://nces.ed.gov/ipeds/datacenter/login.aspx

List of HBCU Colleges

https://ink.niche.com/list-hbcu-colleges-state/

**PUBLICATIONS**

Anderson, James D. The Education of Blacks in the South, 1860-1935. 1988, 1-2

Astin, A. Minorities in American Higher Education: Recent Trends, Current Prospects, and Recommendations. San Francisco: Jossey-Bass, 1985.

Astin, A.W. and L.C. Solmon. ―Are Reputational Ratings Needed to Measure Quality? Change 13 (1981): 14-19

Brown, M. Christopher, Ronyelle Bertrand Ricard, and Saran Donahoo. ―The Changing Role of Historically Black Colleges and Universities: Vistas on Dual Missions, Desegregation, and Diversity.‖ In Black Colleges: New Perspectives on Policy and Practice, edited by M. Christopher Brown II and Kassie Freeman, 3-4. 2004

Beyer, J.M. and R. Snipper. ―Objective Versus Subjective Indicators of Quality.‖ Sociology of Education 47 (1974): 541-57

Chait, Richard P. ―The Desegregation of Higher Education: A Legal History.‖ Ph. D. dissertation, University of Wisconsin, 1972

Conrad, C. F. and A.M. Pratt. ―Designing for Quality.‖ Journal of Higher Education 56(6) (1985): 602-22

Conrad, C. F. and R.T. Blackburn. ―Correlates of Departmental Quality in Regional Colleges and Universities.‖ American Educational Research Journal 22 (1985a): 279-95

Conrad, C. F. and R.T. Blackburn. ―Current Views of Departmental Quality: An Empirical Examination.‖ Review of Higher Education 9 (1986): 249-65

Conrad, C. F. and R.T. Blackburn. ―Research on Program Quality: A Review and Critique of the Literature.‖ In Higher Education: Handbook of Theory and Research, vol. 1, edited by John C. Smart, 283-308. New York: Agathon Press, 1985b

Conrad, C.F., E.M. Brier, and J.M. Braxton.―Factors Contributing to the Matriculation of White Students in Public HBCUs.‖Journal for Just and Caring Education 3 (1997): 37-62

Conrad, C.F., J.G. Haworth, and S.M. Millar. A Silent Success: Master's Education in the United States. Baltimore: John Hopkins University Press, 1993

Douglas, P., et al. ―Factors in the Choice of Higher Educational Institutions by Academically Gifted Seniors.‖ Journal of College Student Personnel 24 (1983): 540-45

Governor's Commission to Study the Problem of Expansion of the University of Maryland, A Plan for Expanding the University of Maryland (1960)

Hossler, D., J.M. Braxton, and G. Coopersmith. ―Understanding Student College Choice.‖ In Higher Education: Handbook of Theory and Research, vol. 5, edited by John C. Smart, 231-38. New York: Agathon Press, 1989

Interim Report of the State of Maryland Advisory Council for Higher Education to His Excellency, The Governor and The General Assembly of the State of Maryland. Baltimore: 1965

Kuh, G.D. ―Indices of Quality in the Undergraduate Experience.‖ In AAHE-ERIC/Higher Education Research Report No. 4. Washington, DC: American Association for Higher Education, 1981

Maryland Council for Higher Education. Annual Report and Recommendations of the Maryland Council for Higher Education. Annapolis: 1970

Maryland Council for Higher Education. Eighth Annual Report and Recommendations of the Maryland Council for Higher Education. Annapolis: 1972

Maryland Council for Higher Education. Eleventh Annual Report and Recommendations of the Maryland Council for Higher Education. Annapolis: 1975

Maryland Council for Higher Education. Ninth Annual Report and Recommendations of the Maryland Council for Higher Education. Annapolis: 1973

Maryland Council for Higher Education. Second Annual Desegregation Status Report for Public Postsecondary Education Institutions for the State of Maryland. Annapolis: 1976

Maryland Council for Higher Education. Seventh Annual Report and Recommendations from the Maryland Council for Higher Education. Annapolis: 1971

Maryland Council for Higher Education. Tenth Annual Report and Recommendations of the Maryland Council for Higher Education. Annapolis: 1974

Maryland Council for Higher Education. Twelfth Annual Report and Recommendations of the Maryland Council for Higher Education. Annapolis: 1976

Maryland Department of Budget and Management. FY 2009 Proposed Operating Budget Detail, Volume III – State Department of Education

Maryland Department of Budget and Management. FY 2011 Proposed Operating Budget Detail, Volume III – State Department of Education

Maryland Department of Budget and Management. FY 2011 Proposed Operating Budget Detail, Volume III – University System of Maryland

Maryland Department of Budget and Management. Higher Education Institutions Revenue Summary - FY1954-1968 (2010)

Maryland Department of Budget and Management. Higher Education Institutions Revenue Summary - FY2010 (2010)

Maryland Higher Education Commission. ―Academic Programs Data.‖ http://data.mhec.state.md.us/Trends/q3Active%20and%20Discontinued%20Academic%20Programs.zip

Maryland Higher Education Commission. ―Degree Trend Data Collected from Maryland Institutions of Higher Education 1996-2009.‖ http://data.mhec.state.md.us/TrendData.asp

Maryland Higher Education Commission. 2009 Opening Fall Enrollment 7-9. Annapolis: 2009
Maryland Higher Education Commission. 2010 Data Book. Annapolis: 2010

Maryland Higher Education Commission. 2009 Data Book. Annapolis: 2009

Maryland Higher Education Commission. Enrollment by Place of Residence in Maryland Institutions of Higher Education, Fall 1987. Annapolis: 1988

Maryland Higher Education Commission. Enrollment by Place of Residence in Maryland Institutions of Higher Education, Fall 1988. Annapolis: 1989

Maryland Higher Education Commission. Enrollment by Place of Residence in Maryland Institutions of Higher Education, Fall 1989. Annapolis: 1990

Maryland Higher Education Commission. Retention and Graduation Rates at Maryland Four-Year Institutions. Annapolis: 2009, http://www.mhec.state.md.us/Publications/research/AnnualReports/2009RetGradRate4-Yrs.pdf

Maryland Higher Education Commission. Trends in Degrees and Certificates by Program: Maryland Higher Education Institutions. Annapolis: 2008, http://www.mhec.state.md.us/publications/research/AnnualReports/trendsdegprog08.pdf

Maryland Higher Education Commission. Trends in Degrees and Certificates by Program: Maryland Higher Education Institutions. Annapolis: 2008

Maryland Higher Education Commission. Trends in Enrollment by Program: Maryland Higher Education Institutions. Annapolis: 2009, http://mhec.maryland.gov/publications/research/annualreports/trendsenrolprog09.pdf

Maryland Higher Education Commission. Trends in Enrollment by Race and Gender. Annapolis: 2001

Maryland Higher Education Commission. Trends in Enrollment by Race and Gender. Annapolis: 2009

Maryland Plan for Completing Desegregation of the Public Postsecondary Institutions in the State (1974)

Maryland State Board for Higher Education. Maryland Statewide Plan for Postsecondary Education (1978)

Maryland State Board for Higher Education. Postsecondary Educational Data Reports: Opening Fall Enrollment 1980 Preliminary Data. Annapolis: 1980

Maryland State Board for Higher Education. Postsecondary Educational Data Reports: Opening Fall Enrollment 1984 Preliminary Data. Annapolis: 1984

Maryland State Board for Higher Education. Third Annual Equal Postsecondary Educational Opportunity Report for the Period July 1, 1982 - September 1983. Annapolis: 1984

Maryland State Board of Education. A Program for Progress in Higher Education in Maryland (1960)

Maryland State Board of Higher Education. Enrollment by Place of Residence in Maryland Institutions of Higher Education, Fall 1983. Annapolis: 1984

Maryland State Board of Higher Education. Enrollment by Place of Residence in Maryland Institutions of Higher Education, Fall 1984. Annapolis: 1985

Maryland State Board of Higher Education. Enrollment by Place of Residence in Maryland Institutions of Higher Education, Fall 1986. Annapolis: 1987

Maryland Statewide Plan for Postsecondary Education, Adopted by the State Board for Higher Education, July 6, 1978

National Center for Education Statistics. ―Integrated Post-Secondary Education Data System Completion Survey: 2006-2007.‖ U.S. Department of Education, https://surveys.nces.ed.gov/IPEds (follow ―Purpose and Uses of Survey Data‖ hyperlink)

National Center for Education Statistics. ―Library Statistics Program.‖ U.S. Department of Education. http://nces.ed.gov/surveys/libraries/compare/Index.asp

National Center for Education Statistics. Classification of Instructional Programs: 2000 Edition. Washington, D.C.: U.S. Department of Education, Office of Educational Research and Improvement, 2002. http://nces.ed.gov/pubs2002/2002165_1.pdf

National Science Board. Graduate Education: Parameters for Public Policy. Washington, DC: National Science Foundation, 1969

Office of the Chief Operating Officer/Vice Chancellor of Administration and Finance. The Sixteenth Annual Report on the Instructional Workload of the USM Faculty. University System of Maryland, 2009

Palmer, Robert T. and Kimberly A. Griffin. ―Desegregation Policy and Disparities in Faculty Salary and Workload: Maryland‘s Historically Black and Predominately White Institutions.‖ The Negro Educational Review 60 (1-4) (2009)

Postsecondary Education Institutions in the State of Maryland, Vol. III Student Enrollment by Program, 1976

Report and Recommendations of the Commission to Study the Question of Negro Higher Education to the Governor, the Legislative Counsel, and the General Assembly of Maryland, June 30, 1950

St. Mary‘s College Website. http://www.smcm.edu/about/ourhistory.html

State Board for Higher Education. Maryland Statewide Plan for Postsecondary Education. Annapolis: 1979

State Board for Higher Education. Maryland Statewide Plan for Postsecondary Education.

Annapolis: 1984

Webster, D.S. and C.F. Conrad. ―Using Faculty Research Performance for Academic Quality Rankings‖ In Measuring Faculty Research Performance, New Directions for Institutional Research, No. 50, edited by J.W. Creswell, 43-57. San Francisco: Jossey-Bass, 1986

State Board of Higher Education. Equal Educational Opportunity Third Annual Desegregation Status Report, Vol. III Student Enrollment by Program. Annapolis: 1977

State of Maryland Advisory Council. Fourth Annual Report of the State of Maryland Advisory Council for Higher Education Statewide Planning: Development of the Master Plan. Baltimore: 1968

State of Maryland Advisory Council. Second Annual Report of the State of Maryland Advisory Council for Higher Education Statewide Planning: Development of the Master Plan. Baltimore: 1966

State of Maryland Advisory Council. Third Annual Report of the State of Maryland Advisory Council for Higher Education State-Wide Planning: Development of the Master Plan. Baltimore: 1967

Stewart, N. R., et al. —Counselor Impact on College Choice.‖ Paper presented at the Annual Meeting of the American Educational Research Association, Washington, D.C., 1987

The Carnegie Foundation for the Advancement of Teaching. —About the Carnegie Classifications.‖ http://classifications.carnegiefoundation.org/ (accessed April 19, 2010)

The Carnegie Foundation for the Advancement of Teaching. —Classification Description.‖ http://classifications.carnegiefoundation.org/descriptions/basic.php (accessed April 8, 2010)

The Carnegie Foundation for the Advancement of Teaching. —Institution Lookup.‖ http://classifications.carnegiefoundation.org/lookup_listings/institution.php (accessed April 9, 2010)

U.S. News and World Report. —Best Colleges 2010: Up-and-coming National Universities.‖ http://colleges.usnews.rankingsandreviews.com/best-colleges/national-uc-rank (accessed April 16, 2010)

U.S. News and World Report. —Best Colleges: Undergraduate Teaching at National Universities.‖ http://colleges.usnews.rankingsandreviews.com/best-colleges/national-ut-rank (accessed April 16, 2010)

U.S. News and World Report. America's Best Colleges 2010 Edition

University of Baltimore Website. http://www.ubalt.edu/template.cfm?page=20

University of Maryland University College Website. http://www.umuc.edu/events/press/news259.shtml

University of Maryland, Baltimore. At-A-Glance 6 (2008). Baltimore: University of Maryland, 2008. http://www.umaryland.edu/about/UMBFactBook08.pdf

**Produced Documents**

American Council on Education. Higher Education in Maryland: A Report of a Survey by the American Council on Education with Recommendations of the Maryland Commission on Higher Education. Washington, DC: 1947, at CET_00001911 - CET_00002328

C. Burnett and K. O'Keefe Letter to W. Fox re Partnership Agreement between the State of Maryland and the Office of Civil Rights (June 19, 2006), at MDED_00106032 - MDED_00106107

Final Report of the Governor's Commission on Education: Governor's Study Commission on Structure and Governance of Education for Maryland. Baltimore: 1975, at CET-00004472 - CET_00004557

Maryland Higher Education Commission. Maryland's Report and The Partnership Agreement Between the State of Maryland and U.S. Department of Education, Office for Civil Rights.Annapolis: 2000, at MDED_00041504 - MDED_00041552

Maryland Higher Education Commission. Mission Statement Review. Annapolis: 1999, at MDED_00015007 - MDED_00015187

Maryland Higher Education Commission. Mission Statement Review. Annapolis: 2000, at MDED_00016460 - MDED_00016673

Maryland Higher Education Commission. Office for Civil Rights Partnership Agreement, Commission to Develop the Maryland Model for Funding Higher Education. Annapolis: 2007, at MDED_00114962 - MDED-00114978

Maryland Higher Education Commission. Plan to Assure Equal Postsecondary Educational Opportunity 1985-1989, Final Report. Annapolis: 1991, at MDED_00113576 - MDED_00113681

Maryland Higher Education Commission. Report of Committee I: Final Review of the Partnership Agreement Between Maryland and the U.S. Dept. of Educ. Office for Civil Rights. Annapolis: 2006, at MDED_00018883 - MDED_00019026

Maryland Higher Education Commission. Report of Committee II: Final Review of the Partnership Agreement between Maryland and the U.S. Dept. of Educ. Office for Civil Rights. Annapolis: 2006, at MDED_00019027 - MDED_00019072

Maryland Higher Education Council. The Needs of Higher Education in Maryland: The Report of the Commission to Study the Needs of Higher Education in Maryland, 1955, at CET_00002640 - CET_00002778

Maryland Independent College and University Association Presentation by Tina M. Bjarekull: Commission to Develop the Maryland Model for Funding Higher Education (Oct. 29, 2007), at MDED-00115374 - MDED_00115395

Maryland State Board for Higher Education. A Plan to Assure Equal Postsecondary Educational Opportunity 1980-1985. Annapolis: 1980, at MDED_00021415 - MDED_00021479

Maryland State Board for Higher Education. A Plan to Assure Equal Postsecondary Educational Opportunity 1985-1989. Annapolis: 1985, at MDED_00026129 - MDED_00026198

The Panel on the Comparability and Competitiveness of Historically Back Institutions in Maryland, Final Report to the Maryland Commission to Develop the Maryland Model for Funding Higher Education. Annapolis: 2008, at MDED_00115817 - MDED_00115852

Public Higher Education in Maryland 1961-1975: The Report of the Commission for the Expansion of Public Higher Education in Maryland. Baltimore: 1962, at CET_00004087 - CET_00004157

Report and Recommendations of the Task Force to Evaluate the Final Report of the Governor's Study Commission on Structure and Governance of Education. Annapolis: 1975, at MDED_00112425 - MDED_00112447

Report of the Commission on Higher Education of Negroes to the Governor and Legislature of Maryland, January 15, 1937, at CET_00004158 - CET_00004309

Report of the Task Force to Study the Governance, Coordination, and Funding of the University System of Maryland, 1998 Interim. Annapolis: 1999, at MDED-00016165 - MDED_00016378

Report to the Maryland Council for Higher Education by the Task Force to Propose Ways of Enhancing the Role and Image of Predominantly Black Public Colleges in Maryland. Annapolis: 1974, at MDED_00017387 - MDED_00017467

**Depositions**

Transcript of Deposition of James E. Lyons (Mar. 5, 2010)

Transcript of Deposition of Joseph Popovich (Apr. 6, 2010)

Transcript of Deposition of Mickey Burnim (Apr. 7, 2010) Transcript of Deposition of Earl Richardson (Mar. 2, 2010) Transcript of Deposition of Sue Blanshan (Mar. 18, 2010)