EXH. 10

# Statistical Methods for the Social Sciences

Fourth Edition



Alan Agresti | Barbara Finlay

# STATISTICAL METHODS FOR THE SOCIAL SCIENCES

Fourth Edition

**Alan Agresti**
*University of Florida*

**Barbara Finlay**
*Texas A & M University*

PEARSON
Prentice Hall

*Upper Saddle River, New Jersey 07458*

**Library of Congress Cataloging-in-Publication Data**

Agresti, Alan.
Statistical methods for the social sciences / Alan Agresti, Barbara Finlay.—4th ed.
p. cm.
Includes bibliographical references and index.
ISBN-13: 978-0-13-027295-9 (alk. paper)
1. Statistics. 2. Social sciences—Statistical methods. I. Finlay, Barbara. II. Title.
QA276.12.A34 2009
519.5—dc22
2007038723

Editor-in-Chief: *Deirdre Lynch*
Vice President and Editorial Director, Mathematics: *Christine Hoag*
Sponsoring Editor: *Dawn Murrin*
Editorial Assistant/Print Supplements Editor: *Joanne Wendelken*
Senior Managing Editor: *Linda Behrens*
Associate Managing Editor: *Bayani Mendoza de Leon*
Project Manager, Production: *Traci Douglas*
Senior Operations Supervisor: *Diane Peirano*
Executive Marketing Manager: *Kate Valentine*
Marketing Manager: *Wayne Parkins*
Assistant Manager, Marketing Support: *Diana Penha*
Marketing Assistant: *Kathleen DeChavez*
Art Director: *Jayne Conte*
Cover Designer: *Kiwi Design*
Cover Painting: *"Harvest" by Albina Felski*
Composition/Art Studio: *Laserwords*

PEARSON Prentice Hall

© 2009, 1997 by Prentice Hall, Inc.
Pearson Prentice Hall
Pearson Education, Inc.
Upper Saddle River, New Jersey 07458

Previous edition copyright © 1986 and 1979 by Dellen Publishing Company, a division of Macmillan, Inc.

All rights reserved. No part of this book may be reproduced in any form or by any means, without permission in writing from the publisher.

Pearson Prentice Hall™ is a trademark of Pearson Education, Inc.

Printed in the United States of America

10 9 8 7 6 5 4 3 2 1

ISBN-13: 978-0-13-027295-9
ISBN-10: 0-13-027295-7

Pearson Education Ltd., *London*
Pearson Education Australia Pty. Ltd., *Sydney*
Pearson Education Singapore, Pte. Ltd.
Pearson Education North Asia Ltd., *Hong Kong*
Pearson Education Canada, Inc., *Toronto*
Pearson Educación de Mexico, S.A. de C.V.
Pearson Education—Japan, *Tokyo*
Pearson Education Malaysia, Pte. Ltd.

# Contents

**Preface** ix

**Acknowledgments** xiii

**1 Introduction** 1
1.1 Introduction to Statistical Methodology . . . . . 1
1.2 Descriptive Statistics and Inferential Statistics . . . . . 4
1.3 The Role of Computers in Statistics . . . . . 6
1.4 Chapter Summary . . . . . 7

**2 Sampling and Measurement** 11
2.1 Variables and Their Measurement . . . . . 11
2.2 Randomization . . . . . 15
2.3 Sampling Variability and Potential Bias . . . . . 18
2.4 Other Probability Sampling Methods* . . . . . 21
2.5 Chapter Summary . . . . . 24

**3 Descriptive Statistics** 31
3.1 Describing Data with Tables and Graphs . . . . . 31
3.2 Describing the Center of the Data . . . . . 38
3.3 Describing Variability of the Data . . . . . 46
3.4 Measures of Position . . . . . 51
3.5 Bivariate Descriptive Statistics . . . . . 55
3.6 Sample Statistics and Population Parameters . . . . . 58
3.7 Chapter Summary . . . . . 59

**4 Probability Distributions** 73
4.1 Introduction to Probability . . . . . 73
4.2 Probability Distributions for Discrete and Continuous Variables . . . 75
4.3 The Normal Probability Distribution . . . . . 78
4.4 Sampling Distributions Describe How Statistics Vary . . . . . 85
4.5 Sampling Distributions of Sample Means . . . . . 89
4.6 Review: Population, Sample Data, and Sampling Distributions . . . . 95
4.7 Chapter Summary . . . . . 99

**5 Statistical Inference: Estimation** 107
5.1 Point and Interval Estimation . . . . . 107
5.2 Confidence Interval for a Proportion . . . . . 110
5.3 Confidence Interval for a Mean . . . . . 116
5.4 Choice of Sample Size . . . . . 124
5.5 Confidence Intervals for Median and Other Parameters* . . . . . 129
5.6 Chapter Summary . . . . . 132

**6 Statistical Inference: Significance Tests** 143
6.1 The Five Parts of a Significance Test . . . . . 144
6.2 Significance Test for a Mean . . . . . 147
6.3 Significance Test for a Proportion . . . . . 156

*Sections or subsections marked with an asterisk have less importance for a first introduction to statistics and are optional.

6.4 Decisions and Types of Errors in Tests . . . . 159
6.5 Limitations of Significance Tests . . . . 163
6.6 Calculating *P* (Type II Error)* . . . . 166
6.7 Small-Sample Test for a Proportion—the Binomial Distribution* . . . 169
6.8 Chapter Summary . . . . 173

**7 Comparison of Two Groups** **183**
7.1 Preliminaries for Comparing Groups . . . . 183
7.2 Categorical Data: Comparing Two Proportions . . . . 187
7.3 Quantitative Data: Comparing Two Means . . . . 191
7.4 Comparing Means with Dependent Samples . . . . 193
7.5 Other Methods for Comparing Means* . . . . 197
7.6 Other Methods for Comparing Proportions* . . . . 201
7.7 Nonparametric Statistics for Comparing Groups* . . . . 205
7.8 Chapter Summary . . . . 208

**8 Analyzing Association between Categorical Variables** **221**
8.1 Contingency Tables . . . . 221
8.2 Chi-Squared Test of Independence . . . . 224
8.3 Residuals: Detecting the Pattern of Association . . . . 229
8.4 Measuring Association in Contingency Tables . . . . 233
8.5 Association between Ordinal Variables* . . . . 239
8.6 Inference for Ordinal Associations* . . . . 243
8.7 Chapter Summary . . . . 246

**9 Linear Regression and Correlation** **255**
9.1 Linear Relationships . . . . 256
9.2 Least Squares Prediction Equation . . . . 259
9.3 The Linear Regression Model . . . . 265
9.4 Measuring Linear Association: The Correlation . . . . 269
9.5 Inferences for the Slope and Correlation . . . . 276
9.6 Model Assumptions and Violations . . . . 283
9.7 Chapter Summary . . . . 288

**10 Introduction to Multivariate Relationships** **301**
10.1 Association and Causality . . . . 301
10.2 Controlling for Other Variables . . . . 304
10.3 Types of Multivariate Relationships . . . . 307
10.4 Inferential Issues in Statistical Control . . . . 313
10.5 Chapter Summary . . . . 314

**11 Multiple Regression and Correlation** **321**
11.1 The Multiple Regression Model . . . . 321
11.2 Example with Multiple Regression Computer Output . . . . 326
11.3 Multiple Correlation and $R^2$ . . . . 331
11.4 Inference for Multiple Regression Coefficients . . . . 335
11.5 Interaction between Predictors in Their Effects . . . . 340
11.6 Comparing Regression Models . . . . 345
11.7 Partial Correlation* . . . . 347
11.8 Standardized Regression Coefficients* . . . . 351
11.9 Chapter Summary . . . . 354

**12 Comparing Groups: Analysis of Variance (ANOVA) Methods 369**
12.1 Comparing Several Means: The Analysis of Variance *F* Test . . . . . . 369
12.2 Multiple Comparisons of Means . . . . . . . . . . . . . . . . . . . . . . 376
12.3 Performing ANOVA by Regression Modeling . . . . . . . . . . . . . 378
12.4 Two-Way Analysis of Variance . . . . . . . . . . . . . . . . . . . . 382
12.5 Two-Way ANOVA and Regression . . . . . . . . . . . . . . . . . . 386
12.6 Repeated Measures Analysis of Variance* . . . . . . . . . . . . . . . 391
12.7 Two-Way ANOVA with Repeated Measures on a Factor* . . . . . . . 395
12.8 Effects of Violations of ANOVA Assumptions . . . . . . . . . . . . . 400
12.9 Chapter Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . 402

**13 Combining Regression and ANOVA: Quantitative and Categorical Predictors 413**
13.1 Comparing Means and Comparing Regression Lines . . . . . . . . . . 414
13.2 Regression with Quantitative and Categorical Predictors . . . . . . . 416
13.3 Permitting Interaction between Quantitative and Categorical Predictors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 419
13.4 Inference for Regression with Quantitative and Categorical Predictors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 422
13.5 Adjusted Means* . . . . . . . . . . . . . . . . . . . . . . . . . . . . 426
13.6 Chapter Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . 433

**14 Model Building with Multiple Regression 441**
14.1 Model Selection Procedures . . . . . . . . . . . . . . . . . . . . . . 441
14.2 Regression Diagnostics . . . . . . . . . . . . . . . . . . . . . . . . . 448
14.3 Effects of Multicollinearity . . . . . . . . . . . . . . . . . . . . . . . 456
14.4 Generalized Linear Models . . . . . . . . . . . . . . . . . . . . . . . 458
14.5 Nonlinear Relationships: Polynomial Regression . . . . . . . . . . . 462
14.6 Exponential Regression and Log Transforms* . . . . . . . . . . . . . 469
14.7 Chapter Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . 473

**15 Logistic Regression: Modeling Categorical Responses 483**
15.1 Logistic Regression . . . . . . . . . . . . . . . . . . . . . . . . . . . 483
15.2 Multiple Logistic Regression . . . . . . . . . . . . . . . . . . . . . . 488
15.3 Inference for Logistic Regression Models . . . . . . . . . . . . . . . 493
15.4 Logistic Regression Models for Ordinal Variables* . . . . . . . . . . 496
15.5 Logistic Models for Nominal Responses* . . . . . . . . . . . . . . . 501
15.6 Loglinear Models for Categorical Variables* . . . . . . . . . . . . . 503
15.7 Model Goodness-of-Fit Tests for Contingency Tables* . . . . . . . . 507
15.8 Chapter Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . 511

**16 An Introduction to Advanced Methodology 519**
16.1 Longitudinal Data Analysis* . . . . . . . . . . . . . . . . . . . . . . 519
16.2 Multilevel (Hierarchical) Models* . . . . . . . . . . . . . . . . . . . 523
16.3 Event History Models* . . . . . . . . . . . . . . . . . . . . . . . . . 524
16.4 Path Analysis* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 527
16.5 Factor Analysis* . . . . . . . . . . . . . . . . . . . . . . . . . . . . 532
16.6 Structural Equation Models* . . . . . . . . . . . . . . . . . . . . . . 537
16.7 Markov Chains* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 541

**Appendix A: SPSS and SAS for Statistical Analyses** 545

**Appendix B: Answers to Selected Odd-Numbered Exercises** 567

**Tables** 591

**Bibliography** 599

**Index** 601

available for punishment associated with a reduction in violent crime?" "Does student performance in schools depend on the amount of money spent per student, the size of the classes, or the teachers' salaries?"

## 1.2 DESCRIPTIVE STATISTICS AND INFERENTIAL STATISTICS

Section 1.1 explained that statistics consists of methods for *designing* studies and *analyzing* data collected in the studies. Methods for analyzing data include descriptive methods for summarizing the data and inferential methods for making predictions. A statistical analysis is classified as ***descriptive*** or ***inferential***, according to whether its main purpose is to describe the data or to make predictions. To explain this distinction further, we next define the *population* and the *sample*.

### Populations and Samples

The entities that a study observes are called the ***subjects*** for the study. Usually the subjects are people, such as in the GSS, but they might instead be families, schools, cities, or companies, for instance.

**Population and Sample**

The ***population*** is the total set of subjects of interest in a study. A ***sample*** is the subset of the population on which the study collects data.

In the 2004 GSS, the sample was the 2813 adult Americans who participated in the survey. The population was all adult Americans at that time—more than 200 million people.

The ultimate goal of any study is to learn about populations. But it is almost always necessary, and more practical, to observe only samples from those populations. For example, the GSS and polling organizations such as the Gallup poll usually select samples of about 1000–3000 Americans to collect information about opinions and beliefs of the population of *all* Americans.

**Descriptive Statistics**

***Descriptive statistics*** summarize the information in a collection of data.

Descriptive statistics consist of graphs, tables, and numbers such as averages and percentages. The main purpose of descriptive statistics is to reduce the data to simpler and more understandable forms without distorting or losing much information.

Although data are usually available only for a sample, descriptive statistics are also useful when data are available for the entire population, such as in a census. By contrast, inferential statistics apply when data are available only for a sample but we want to make a prediction about the entire population.

**Inferential Statistics**

***Inferential statistics*** provide predictions about a population, based on data from a sample of that population.

### EXAMPLE 1.2 Belief in Heaven

In two of its surveys, the GSS asked, "Do you believe in heaven?" The population of interest was the collection of all adults in the United States. In the most recent survey

LC COPYRIGHT
0 025 400 161 2

Upper Saddle River, NJ 07458
www.prenhall.com

ISBN-13: 978-0-13-027295-9
ISBN-10: 0-13-027295-7
90000
EAN
9 780130 272959