**EXH. 11**


rethinking social inquiry
Diverse Tools, Shared Standards
Edited by henry e. brady
and david collier

# Brief Contents


List of Figures and Tables xv
Preface xvii

**I. Introduction** 1

1. Refocusing the Discussion of Methodology 3
   *Henry E. Brady, David Collier, and Jason Seawright*
2. The Quest for Standards: King, Keohane, and Verba's *Designing Social Inquiry* 21
   *David Collier, Jason Seawright, and Gerardo L. Munck*

**II. Critiques of the Quantitative Template** 51

3. Doing Good and Doing Better: How Far Does the Quantitative Template Get Us? 53
   *Henry E. Brady*
4. Some Unfulfilled Promises of Quantitative Imperialism 69
   *Larry M. Bartels*
5. How Inference in the Social (but Not the Physical) Sciences Neglects Theoretical Anomaly 75
   *Ronald Rogowski*
6. Claiming Too Much: Warnings about Selection Bias 85
   *David Collier, James Mahoney, and Jason Seawright*

**III. Qualitative Tools** 103

7. Tools for Qualitative Research 105
   *Gerardo L. Munck*

8. Turning the Tables: How Case-Oriented Research Challenges Variable-Oriented Research 123
   *Charles C. Ragin*

9. Case Studies and the Limits of the Quantitative Worldview 139
   *Timothy J. McKeown*

**IV. Linking the Quantitative and Qualitative Traditions** 169

10. Bridging the Quantitative-Qualitative Divide 171
    *Sidney Tarrow*

11. The Importance of Research Design 181
    *Gary King, Robert O. Keohane, and Sidney Verba*

**V. Diverse Tools, Shared Standards** 193

12. Critiques, Responses, and Trade-Offs: Drawing Together the Debate 195
    *David Collier, Henry E. Brady, and Jason Seawright*

13. Sources of Leverage in Causal Inference: Toward an Alternative View of Methodology 229
    *David Collier, Henry E. Brady, and Jason Seawright*

Appendix
Data-Set Observations versus Causal-Process Observations: The 2000 U.S. Presidential Election 267
*Henry E. Brady*

Glossary 273
*Jason Seawright and David Collier*

Bibliography 315

Subject Index 339

Name Index 347

Contributors 355

Acknowledgment of Permission to Reprint Copyrighted Material 361

# Refocusing the Discussion of Methodology

*Henry E. Brady, David Collier, and Jason Seawright*

## Mainstream Quantitative Methods, Qualitative Methods, and Statistical Theory

The quest for shared standards of methodology and research design is an abiding concern in the social sciences. A recurring tension in this quest is the relationship between quantitative and qualitative methods. This book aims to rethink the contribution of these alternative approaches and to consider how scholars can most effectively draw on their respective strengths.

One view of the relation between quantitative and qualitative methodology is provided by what we call "mainstream quantitative methods," an approach based on the use of regression analysis and related techniques for causal inference. Scholars who champion this approach often invoke norms identified with these tools to argue for the superiority of quantitative research, sometimes suggesting that qualitative research could be greatly improved by following such norms more closely. These scholars in effect propose a quantitative template for qualitative research. In doing so, they have made some valuable suggestions that qualitative researchers would do well to consider.

Qualitative methodologists,[1] for their part, have raised legitimate concerns about the limitations of the quantitative template. Some qualitative analysts are dubious that the quantitative approach provides the only appropriate model for qualitative analysis. Others consider the quantitative template entirely inappropriate. Still others argue that the qualitative approach has strengths often lacking in quantitative studies and that quantitative analysts have much to learn from the qualitative tradition.

Yet another perspective on quantitative and qualitative methods is provided by ideas drawn from what we call "statistical theory." In contrast to mainstream quantitative methods, these ideas reflect a long history of skepticism about applying the assumptions behind regression analysis and related tools to real-world data in the social sciences.[2] This methodological approach sometimes advocates alternative techniques that allow researchers to draw more limited inferences based on fewer untested assumptions. According to this perspective, it is by no means evident that conventional quantitative tools are more powerful than qualitative tools.

Indeed, it is possible to draw on statistical theory to provide what may be thought of as a "statistical rationale" for many standard practices of qualitative research. This does *not* involve an admonition that qualitative analysts, in designing research, are expected to prove theorems in order to demonstrate that they have adopted the right methods. Rather, this rationale provides other kinds of insight into the analytic contribution of qualitative methods. A basic theme of this volume is that many qualitative research practices can be justified both on their own terms, and on the basis of this statistical rationale.

---

[1]We understand qualitative methods as encompassing partially overlapping approaches such as the case-study method, small-N analysis, the comparative method, concept analysis, the comparative-historical method, the ethnographic tradition of field research, interpretivism, and constructivism. For many purposes, the quantitative-qualitative distinction may be disaggregated. In chapter 13 and the glossary, we propose four component dimensions: level of measurement, number of cases, whether explicit statistical tests are employed, and what we call thick versus thin analysis. Yet the simple quantitative-qualitative dichotomy offers a heuristic distinction that productively structures much of the current discussion.

[2]The tradition to which we refer grows out of debates among statisticians on causal inference in experiments and observational studies. It may be dated to Karl Pearson's 1896 critique of G. Udny Yule's causal assessment, based on a regression analysis of observational data, of the relation between welfare policy and poverty in Britain (Stigler 1986: 351–53, 358). For a recent statement about this debate, see Freedman (1999). In addition to work within the discipline of statistics, we consider this tradition to encompass studies in the fields of econometrics, psychometrics, and measurement theory that, like Pearson's critique, explore the foundations of inference. We would also include methodological contributions by some scholars in political science and sociology whose work stands outside of the basic regression framework.

Overall, a meaningful discussion of methodology must be grounded in the premise that strengths *and* weaknesses are to be found in both the qualitative and quantitative approaches. Regarding the weaknesses, as Brady (55–56 this volume) puts it, qualitative researchers are perhaps "handicapped by a lack of quantification and small numbers of observations," whereas quantitative researchers may sometimes suffer from "procrustean quantification and a jumble of dissimilar cases." The most productive way to reconcile these two approaches is not through the unilateral imposition of norms, but rather through mutual learning.

## The Debate on *Designing Social Inquiry*

In the present volume, we explore the relationship between quantitative and qualitative methodology through an extended discussion of a book that exemplifies the approach of mainstream quantitative methods: *Designing Social Inquiry: Scientific Inference in Qualitative Research* (hereafter *DSI*), by Gary King, Robert O. Keohane, and Sidney Verba.

### *DSI*'s Contribution

*DSI* has emerged as one of the most influential statements ever published on the relationship between quantitative and qualitative methods. The book is based on the tacit assumption that quantitative, large-N researchers have superior tools for solving many problems of methodology and research design, compared to their qualitative counterparts. Accordingly, *DSI* seeks to make such tools accessible to qualitative analysts, so as to help them design better research. While the premise is, in effect, the superiority of quantitative methods, the goal is to build bridges. The authors take seriously the idea that we should seek a common language for framing issues that arise in all forms of inquiry, and their effort to articulate the shared concerns of quantitative and qualitative research is a valuable contribution.

*DSI*'s wide influence also stems from the systematization of quantitative methods that it offers. Although framed as an extended set of recommendations for qualitative researchers, the book is based on ideas drawn from the mainstream quantitative framework. In the course of summarizing these ideas, *DSI* offers numerous specific recommendations about different steps in the research process: for example, defining the research problem, specifying the theory, selecting cases and observations, testing descriptive and causal arguments, and subsequently retesting and refining the theory. In sum, *DSI*'s reach is broad and its practical advice abundant.

At the most general level, by focusing scholarly attention on problems of research design, *DSI* aims to improve the practice of social science, understood as a collective effort to describe and explain political and social phenomena. *DSI* char-

acterizes this collective effort as being concerned with descriptive and causal inference, a term which may seem alien to some qualitative researchers. However, as Charles Ragin emphasizes (124 this volume), "there is no necessary wedge separating the goal of 'inference'—the key concern of quantitative approaches—from the goal of making sense of cases—a common concern of qualitative approaches." The term "inference" can thus be seen as one specific label for a shared objective that spans diverse traditions of research.

*DSI* has had as great an impact, in terms of encouraging analysts to think about research design, as any book in the history of political science. The book is widely read in other fields as well, and it has exercised a salutary influence on many different branches of qualitative research. Even qualitative analysts who strongly disagree with *DSI* have adopted terms and distinctions introduced in the book. In addition, the concern of qualitative analysts with defending their own approach vis-à-vis *DSI* has pushed these scholars toward a more complete systematization of qualitative methods. In this and other ways, *DSI* has been strikingly successful in achieving its basic goal of encouraging researchers to think more carefully about methodological issues.

Finally, the authors of *DSI* deserve praise for their willingness to participate in an ongoing dialogue that is helping to advance this methodological discussion. In their response (reprinted as chapter 11 below) to a 1995 symposium on their book in the *American Political Science Review*, they observe that, "although our book may be the latest word on research design in political science [as of its publication in 1994], it is surely not the last" (182 this volume).

## Where Do We Go from Here?

The present volume extends this methodological debate. We take as a point of departure a number of basic concerns about *DSI*'s framework.

In our view, *DSI* gives insufficient recognition to well-known limitations of mainstream quantitative methods. The book does present a useful discussion of assumptions that underlie regression analysis. Yet *DSI* does not devote adequate attention to a key statistical idea: regression analysis specifically relies on the difficult-to-test assumption that the model being estimated is correct. For this reason, estimating a regression model with empirical data does not fully test the model. Relatedly, *DSI* places strong emphasis on evaluating uncertainty. Yet the book fails to acknowledge that significance tests are designed to evaluate *specific* kinds of uncertainty, and that the common practice of employing them as a *general-purpose* tool for estimating uncertainty extends these tests beyond the uses for which they were intended.

Against this backdrop, *DSI* goes too far in advocating the perspective of mainstream quantitative methods as a foundation for research design and qualitative inquiry. We are convinced that this perspective provides an excessively nar-

row understanding of the research process. More specifically, along with being too confident about the strengths of quantitative tools, the book gives insufficient recognition to the contributions of qualitative tools. *DSI* overemphasizes the strategy of increasing the number of observations, and it overlooks the different kinds of observations and the different ways that data are used in quantitative and qualitative research. The book is inattentive to the risk that increasing the N may push scholars toward an untenable level of generality and a loss of contextual knowledge. It overstates its warning against post hoc hypothesis formation and standard practices of disciplined inductive research. Relatedly, it neglects the fact that econometric writing on "specification searches" has sought to systematize inductive procedures. Finally, *DSI* occasionally refers to trade-offs, yet the book does not acknowledge that they must be a basic concern in designing research.

We want to be clear about what these criticisms do and do not amount to. They do not amount to a rejection of the basic enterprise of striving for a shared vocabulary and framework for both quantitative and qualitative research. Indeed, we are strongly committed to the quest for a common framework. While we have great respect for scholars who explore epistemological issues, we worry that such concerns may sometimes unnecessarily lead researchers and students to take sides and to engage in polemics. Thus, we share *DSI*'s (4–5) view that quantitative and qualitative methods are founded on essentially similar epistemologies.

Correspondingly, the present volume is certainly not meant to widen the gap between the qualitative and quantitative approaches by identifying profound and obdurate differences. Indeed, we would argue that the differences are less deep-seated than is sometimes believed. To the extent that differences do exist, however, we take the normative position that a basic goal in work on methodology is to overcome these differences. We should seek a shared framework allowing researchers using diverse analytic techniques to develop evidence that is convincing to analysts of differing methodological persuasions. This larger body of mutually accepted evidence can, in turn, contribute to finding better answers to the substantive questions that drive social research.

## Tools and Standards

As we suggest in the subtitle of this book, while analysts have diverse tools for designing, executing, and evaluating research, it is meaningful to seek shared standards for employing such tools. These shared standards can facilitate recognition of common criteria for good research among scholars who use different tools. Methodological pluralism and analytic rigor can be combined.

By tools we mean the specific research procedures and practices employed by quantitative and qualitative researchers. Some tools are highly systematized and have elaborate technical underpinnings. Examples of such tools are regression analysis, structural equation modeling, factor analysis, tests of statistical signifi-

cance, and probability theory. Increasing the number of observations is a research tool repeatedly advocated by *DSI*. Other tools include qualitative research practices such as within-case analysis, process tracing, procedures for avoiding conceptual stretching, qualitative validity assessment, and strategies for the comparison of matching and contrasting cases. Methods of data collection are also tools: for example, public opinion research, focus groups, participant observation, event scoring, archival research, content analysis, the construction of "unobtrusive measures," and the systematic compilation of secondary sources. At various points in the text, we have introduced summary tables that provide an overview of the different tools being discussed, and many tools are also discussed in the glossary.

The chapters in the present volume devote considerable attention to various methodological tools that *DSI* undervalues or overlooks. The following paragraphs enumerate five broad methodological literatures with which many of these tools are identified. Some correspond to standard practices of qualitative researchers; others are derived from statistical theory.

1. *Logical and Statistical Foundations of Causal Inference.* A large body of research on the logical and statistical foundations of causal inference expresses considerable skepticism about causal inference based on observational data. This literature points to the need for more robust approaches than those advocated in mainstream quantitative methodology.
2. *Concepts.* Research on concepts, concept formation, and the evolution of concepts in the course of research makes it clear that sustained attention to conceptual issues is an indispensable component of research design. The insights of this literature suggest that the limited advice that *DSI* does give on working with concepts in fact points in the wrong direction.
3. *Measurement.* A major literature located in the fields of mathematical measurement theory and psychometrics provides researchers with systematic guidance for measurement. This literature emphasizes, for example, the contextual specificity of measurement claims, reinforcing the conviction of many political scientists that knowledge of context and care in bounding the generality of research findings must be a central concern in research design. Such guidance is lacking in *DSI*.
4. *Causal Inference in Case Studies.* A long tradition of writing has explored tools and strategies of causal inference in case studies: for example, process tracing and other forms of within-case analysis; the deliberate selection of "most-likely," "least-likely," and "deviant" cases; and, in the comparative case-study tradition, the methods of agreement and difference. *DSI* seeks to subsume these tools within its own framework, based on the norms of large-N quantitative analysis. The case-study literature in effect turns *DSI*'s argument on its head, suggesting that (a) the practice of causal inference in qualitative research is viable on its own terms, and (b) inference in quantitative research can sometimes be improved through the use of tools strongly identified with the qualitative tradition.

5. *Bayesian Inference.* Ideas from Bayesian inference—which have come to be more extensively utilized by political science researchers in the years since the publication of *DSI*—are valuable for addressing many research tasks discussed in the present volume, including making inferences from a small N, evaluating hypothesized necessary and/or sufficient causes, and incorporating contextual knowledge in quantitative analyses. Bayesian ideas are also useful for estimating uncertainty in these situations, and they provide an important alternative to the methods recommended by *DSI*, which extend ideas closely linked to statistical tests well beyond their intended application. Even when scholars do not employ formal Bayesian statistical analysis, Bayesian ideas about prior and posterior distributions provide valuable research heuristics.

Through focusing on tools drawn from these diverse areas of methodology, as well as on more conventional quantitative tools, we seek to lay a stronger foundation for an integrated approach to the design and execution of research.

All research tools, both qualitative and quantitative, must be subject to critical evaluation. Correspondingly, scholars should seek shared standards for assessing and applying these tools. Relevant standards must include attention to basic trade-offs that arise in conducting research. Once we acknowledge that not all analytic goals can be achieved simultaneously—Przeworski and Teune's trade-offs among accuracy, generality, parsimony, and causality are a famous example (1970: 20–23)—then it is easier to move toward a recognition that alternative methodological tools are relevant and appropriate, depending on the goals and context of the research.

Neither qualitative nor quantitative analysts have a ready-made formula for producing good research. We are convinced that the wide influence exercised by *DSI* derives in part from the book's implicit claim that, if scholars follow the recommendations in the book, it is relatively straightforward to do good quantitative research; as well as the explicit argument that qualitative researchers, to the degree possible, should apply the quantitative template.[3]

In fact, it is difficult to make causal inferences from observational data, especially when research focuses on complex political processes. Behind the apparent precision of quantitative findings lie many potential problems concerning equiva-

[3] *DSI* does briefly note the limitations of quantitative research. The book states that "[i]n both quantitative and qualitative research, we engage in the imperfect application of theoretical standards of inference to inherently imperfect research designs and empirical data" (7; see also 8–9). However, in the eyes of many critics, *DSI* does not follow through on these words of caution, instead going too far in extending the norms of quantitative analysis to qualitative research. Further, *DSI*'s statements on the pages just cited are closely linked to its arguments about estimating error, and *DSI* is far more confident than we are about the viability of error estimates in quantitative research, not to mention in qualitative research. See, for example, Bartels's discussion of assessing measurement error (72–73 this volume), as well as the discussion in chapter 13 (234–35 this volume) focused on the misuse of significance tests.

lence of cases, conceptualization and measurement, assumptions about the data, and choices about model specification such as which variables to include. The interpretability of quantitative findings is strongly constrained by the skill with which these problems are addressed. Thus, both qualitative and quantitative research are hard to do well. It is by recognizing the challenges faced in both research traditions that these two approaches can learn from one another.

Scholars who make particular choices about trade-offs that arise in the design of research should recognize the contributions of those who opt for different choices. For example, let us suppose that a scholar has decided, after careful consideration, to focus on a small N to carry out a fine-grained, contextually sensitive analysis that will facilitate operationalizing a difficult concept. A large-N researcher should, in principle, be willing to recognize this choice as legitimate.

At the same time, the small-N researcher should recognize that the advantages of focusing on few cases must be weighed against the costs. These costs include, for example, foregoing large-N tools for measurement validation and losing the generality that might be achieved if a wider range of cases is considered. In short, researchers should recognize the potential strengths and weaknesses of alternative approaches, and they should be prepared to justify the choices they have made.

## Toward an Alternative View of Methodology

Building on these themes, the present volume develops alternative arguments about the appropriate balance between the quantitative and qualitative traditions, and about research design and methodology more broadly.[4] Here are some key steps in these arguments.

1. *In the social sciences, qualitative research is hard to do well. Quantitative research is also hard to do well. Each tradition can and should learn from the other.* One version of conventional wisdom holds that achieving analytic rigor is more difficult in qualitative than in quantitative research. Yet in quantitative research, making valid inferences about complex political processes on the basis of observational data is likewise extremely difficult. There are no quick and easy recipes for either qualitative or quantitative analysis. In the face of these shared challenges, the two traditions have developed distinctive and complementary tools.
    a. *A central reason why both qualitative and quantitative research are hard to do well is that any study based on observational (i.e., nonexperimental) data faces the fundamental inferential challenge of eliminating rival explanations.* Scholars must recognize the great divide between experiments and observational studies. Experiments eliminate rival explana-

[4]While issues of descriptive inference are a recurring theme in the following chapters (see, e.g., 23–25, 202–9 this volume), the focus here is primarily on causal inference.

tions by randomly assigning the values of the explanatory variable to the units being analyzed. By contrast, in all observational studies, eliminating rival explanations is a daunting challenge. The key point, and a central concern of this book, is that quantitative and qualitative observational studies generally address this shared challenge in different ways.

2. *Mainstream quantitative methodologists sometimes advocate the quantitative approach as a general template for conducting research. By contrast, some statistical theorists question the general applicability of the conventional quantitative approach.* Strong advocacy of the quantitative template is found in many disciplinary subfields. Yet it is essential that political scientists—and scholars in other fields as well—take a broader view and reflect more deeply on the contributions and limitations of both qualitative and quantitative methods. A valuable component of this broader view draws on ideas from statistical theory.
   a. *One recurring issue regarding the tradition of advocacy based on the quantitative template concerns how much scholars can in fact learn from findings based on regression analysis, as well as their capacity to estimate the degree of uncertainty associated with these findings.* For regression results to be meaningful, analysts must assume, as noted earlier in this chapter, that they have the correct statistical model to begin with. Empirical data analysis may provide some insight into the plausibility of this assumption, yet such analysis does not fully test the assumption. Another key idea identified with the quantitative template concerns the capacity to estimate uncertainty. Unfortunately, in some areas of research, standard practice in the use of significance tests extends their application to evaluating forms of uncertainty that they were not designed to assess.
   b. *Another issue regarding the quantitative template is the recurring recommendation that researchers can gain inferential leverage in addressing rival explanations by increasing the number of observations—in the conventional sense of increasing the N. Yet this advice is not always helpful, in part because it may push scholars to compare cases that are not analytically equivalent.* Although adding new observations is frequently useful, adding observations from a different spatial or temporal context or at a different level of analysis can extend the research beyond the setting for which the investigator can make valid inferences. While some scholars might be concerned that this focus on context leads researchers toward a posture of excessive particularism, concern with context is in fact a prerequisite for achieving descriptive and causal inference that is valid and rigorous.

3. *In making choices about increasing leverage in causal inference, and to address the concerns just noted, scholars should recognize the contributions of different kinds of observations.* It is productive to distinguish between two quite distinct uses of the term "observation," one drawn from the quantitative

tradition, the other from the qualitative tradition. Examples of these two types are presented in the appendix (see also 252–64 this volume).

a. *Data-set observations.* These observations are collected as an array of scores on specific variables for a designated sample of cases, involving what is sometimes called a rectangular data set. Missing data are an obstacle to causal inference based on data-set observations; it is therefore valuable that the data set be complete. Data-set observations play a central role not only in quantitative research, but also in qualitative research that is based on cross-case analysis.

b. *Causal-process observations.* These observations about context, process, or mechanism provide an alternative source of insight into the relationships among the explanatory variables, and between these variables and the dependent variable. Causal-process observations are sometimes less complete than data-set observations, in the sense that they routinely do not constitute a full set of scores across a given set of variables and cases. The strength of causal-process observations lies not in breadth of coverage, but depth of insight. Even one causal-process observation may be valuable in making inferences. Such observations are routinely used in qualitative research based on within-case analysis, and they can also be an important tool in quantitative analysis.

c. *These two types of observations have contrasting implications for maintaining an appropriate scope of comparison.* A focus on increasing the number of data-set observations, either at the same level of analysis or in subunits at a lower level of analysis, can yield major analytic gains, but it can also push scholars toward shifts in the domain of analysis that may be counterproductive. By contrast, the search for additional causal-process observations may occur within the original domain.

4. *Methodological discussions could benefit from stronger advocacy from the side of the qualitative template, and all researchers should consider carefully some long-standing methodological priorities that derive from the qualitative perspective.* The qualitative template can make important contributions to broader methodological agendas. For example:

a. *Knowledge of cases and context contributes to achieving valid inference.* To expand on the earlier argument (2b and 3c), analytic leverage can derive from a close knowledge of cases and context, which can directly contribute to more valid descriptive and causal inference. This knowledge sensitizes researchers to the impact of cultural, economic, and historical settings, and to the fact that subunits of a given case may be very different from the overall case. In other words, knowledge of context provides insight into potentially significant factors that are not among the variables being formally considered. In this sense, it helps us to know what is hidden behind the assumption "other things being equal," which is in turn crucial for the causal homogeneity assumption that is a requisite for valid causal inference. As discussed in this volume, such contextual

knowledge is also crucial for measurement validity. Leverage derived from detailed knowledge of cases and context is closely connected to the idea of causal-process observations just discussed. Such knowledge is invaluable in both quantitative and qualitative research.

b. *Inductive analysis can play a major role in achieving valid inference and generating new ideas. Induction is important in both qualitative and quantitative research.* Mainstream quantitative researchers are sometimes too quick in dismissing the contribution to scholarly knowledge of inductive analysis and of the retesting of hypotheses against the same set of cases, on occasion evoking the traditional mandate to avoid "post hoc" hypothesis reformulation and theory testing. Yet even in technically advanced forms of statistical estimation, quantitative researchers routinely test alternative specifications against a given set of data (i.e., specification searches) and on this basis seek to make complex judgments about which specification is best. This iterated refinement of models and hypotheses constitutes a point of similarity to the inductive practices that are perhaps more widely recognized in qualitative research. Inductive procedures play a role in both traditions, and developing norms that guide and systematize these procedures for causal inference should be a basic concern of methodology.

c. *These arguments add up to a view of methodology in which qualitative research has a major role.* The norms and practices of qualitative research deserve, in their own terms, serious attention in broader discussions of methodology. Further, ideas drawn from qualitative methodology can improve quantitative practices by addressing weaknesses in the quantitative approach.

5. *The contribution of qualitative methods can be justified both from within the qualitative tradition itself, and from the perspective of statistical theory.* Greater attention to qualitative methods can be justified, first of all, by the lessons that qualitative analysts learn from their own research. Many qualitative practices can also be justified on the basis of arguments drawn from statistical theory. Among the goals of this volume are to develop what may be thought of as a statistical rationale for qualitative research and to explore specific ways in which statistical theory can improve both qualitative and quantitative analysis. This perspective is very different from that of much writing in the tradition of mainstream quantitative methods, which seeks to subordinate qualitative research to the quantitative template.

6. *If both qualitative and quantitative methods are to play important roles as sources of norms and practices for good research, scholars must face the challenge of adjudicating between potentially conflicting methodological norms.* Such adjudication requires recognition of a basic fact and a basic priority.

a. *Research design involves fundamental trade-offs.* Methodological advice needs to be framed in light of basic trade-offs among: (a) alternative goals of research, (b) the types of observations researchers utilize, and (c) the diverse tools they employ for descriptive and causal inference. A methodological framework that does not centrally consider trade-offs is incomplete.

b. *Scholars should develop shared standards.* A basic goal of methodology should be to establish shared standards for managing these trade-offs. Shared standards can become the basis for combining the strengths of qualitative and quantitative tools.

These arguments form the basis for the ideas presented throughout this volume. The remainder of this introduction provides an overview of the chapters that follow.

## Overview of the Chapters

This book seeks to advance this methodological debate by building on the discussion stimulated by King, Keohane, and Verba's *Designing Social Inquiry*. We bring together a number of previously published statements in this discussion—some presented basically in their original form, others extensively revised[5]—along with two introductory chapters, two concluding chapters that draw together different strands in this debate, and an appendix. The glossary defines basic terms, with a core definition presented in the first paragraph of each entry; for certain terms, subsequent paragraphs elaborate on the definition. The book is divided into five parts: an introduction (chaps. 1–2), Critiques of the Quantitative Template (chaps. 3–6), Qualitative Tools (chaps. 7–9), Linking the Quantitative and Qualitative Traditions (chaps. 10–11), and Diverse Tools, Shared Standards (chaps. 12–13).

### Introduction

Following the present introductory chapter, David Collier, Jason Seawright, and Gerardo L. Munck (chap. 2) provide a detailed summary of the methodological recommendations offered by *DSI*, thereby framing the discussion developed later in the book. Chapter 2 focuses on the definition of scientific research, the treatment of descriptive and causal inference, and the assumptions that underlie causal inference. The chapter then synthesizes *DSI*'s recommendations by formulating a series of guidelines for the design and execution of research. Although *DSI* does not present most of its methodological advice in terms of explicit rules,

---

[5]The relationship of each chapter to previously published material is explained in the acknowledgment of permission to reprint copyrighted material at the end of this volume.

much of its argument can productively be summarized in this manner. Chapter 2 concludes by offering an initial assessment of *DSI*'s framework.

## Critiques of the Quantitative Template

How useful is the quantitative template as a guide for qualitative research? This question is addressed in chapters 3–6. It merits emphasis that these chapters praise *DSI* for presenting mainstream ideas of quantitative inference in a minimally technical manner; for offering many useful didactic arguments about how qualitative analysts can improve their research by applying simple lessons from statistics and econometrics; and for making genuine contributions to the field of methodology. At the same time, however, these chapters reconsider and challenge some of *DSI*'s basic arguments.

"Doing Good and Doing Better: How Far Does the Quantitative Template Get Us?" by Henry E. Brady (chap. 3) argues that *DSI* does not adequately consider the foundations of causal inference in quantitative research, and that the book does not properly attend to conceptualization and measurement. Regarding causal inference, Brady suggests that *DSI* pays insufficient attention to the challenges faced in research based on observational, as opposed to experimental, data. Specifically, the book fails to discuss how theory and preexisting knowledge can justify the key assumption that underlies causal assessment with observational data, that is, the assumption that conclusions are not distorted by missing variables. Concerning the second theme, Brady finds that *DSI* ignores major issues of concept formation and basic ideas from the literature on measurement. This latter body of work shows that quantitative measurement is ultimately based on qualitative comparisons, suggesting a very different relation between quantitative and qualitative work than is advocated by *DSI*.

"Some Unfulfilled Promises of Quantitative Imperialism" by Larry M. Bartels (chap. 4) suggests that *DSI*'s recommendations for qualitative researchers exaggerate the degree to which quantitative methodology offers a coherent, unified approach to problems of scientific inference. *DSI* classifies research activities that do not fit within its framework as prescientific, leading the authors to a false separation between (a) producing unstructured knowledge and "understanding," and (b) making scientific inferences. Bartels is convinced that unstructured knowledge and understanding are a necessary part of inference. Likewise, in Bartels's view, *DSI* claims to have solutions to several methodological problems that neither its authors nor anyone else can currently solve. These include the challenge of estimating the uncertainty of conclusions in qualitative (and even quantitative) research; distinguishing between the contribution made by qualitative evidence and quantitative evidence in analyses that employ both; assessing the impact of measurement error in multivariate analysis; and multiplying observations without violating the causal homogeneity assumption. According to Bartels, the fact that lead-

ing practitioners in political science cannot adequately address these problems suggests that they may be the most important issues currently pending for further research on methodology.

"How Inference in the Social (but Not the Physical) Sciences Neglects Theoretical Anomaly" by Ronald Rogowski (chap. 5) argues that *DSI* underestimates the importance of theory in the practice of research. *DSI*'s rules about case selection and the number of cases needed to support or challenge a theory reflect this inattention. In fact, following *DSI*'s rules would lead scholars to reject as bad science some of the most influential works in the recent history of comparative politics. Single-case studies are particularly useful in challenging already-existing theories, if these theories are precisely formulated; yet *DSI* claims that a single case cannot discredit a scientific theory. Rogowski suggests that if the analyst employs theory that is both powerful and precise, carefully constructed studies that examine anomalous cases can be invaluable, notwithstanding *DSI*'s warnings about selection bias.

"Claiming Too Much: Warnings about Selection Bias," by David Collier, James Mahoney, and Jason Seawright (chap. 6), examines contending perspectives on this form of bias. Recent methodological statements, including *DSI*, argue that qualitative, case-study research focused on extreme cases on the dependent variable is vulnerable to devastating error due to selection bias. The chapter first notes the skepticism that various scholars have already expressed about these warnings. It then presents an illustrative discussion of selection bias as a problem in regression analysis, using this discussion as a point of departure for considering bias in qualitative research. The authors distinguish between qualitative research based on cross-case analysis, as opposed to within-case analysis. They argue that whereas cross-case analysis is subject to selection bias, within-case analysis is in a much stronger position to avoid selection bias, because it relies on causal-process observations that provide very different tools for inference from those of regression analysis. The authors conclude that the strong warnings about selection bias therefore do indeed claim too much. Correspondingly, these warnings inappropriately devalue qualitative research based on within-case comparison.

## Qualitative Tools

The basic analytic tools of quantitative researchers are reasonably well understood. By contrast, qualitative tools are less well codified and recognized. What are these tools? The third part of the book presents a survey of qualitative techniques and discusses how they can be integrated into the broader practice of social inquiry.

"Tools for Qualitative Research" by Gerardo L. Munck (chap. 7) provides a new inventory of research methods used by qualitative investigators. Munck argues that *DSI*, in recommending procedures for qualitative analysis, undervalues

tools long employed in the qualitative tradition. He focuses on procedures for defining the universe of cases, selecting cases for study, measurement and data collection, and causal assessment. In undertaking the first three tasks, qualitative researchers place much greater emphasis than *DSI* on close knowledge of cases, concern with context, and issues of validity. With regard to causal assessment, Munck argues that qualitative researchers often hypothesize a distinctive model of causation that calls for different tools of inference. Further, qualitative researchers depart from *DSI*'s framework in that they routinely adopt a more interactive view of the relation between hypotheses and data.

"Turning the Tables: How Case-Oriented Research Challenges Variable-Oriented Research" by Charles C. Ragin (chap. 8) observes that *DSI*, along with scholars such as Goldthorpe and Lieberson, have evaluated case-oriented, comparative research from the perspective of large-N, variable-oriented research and have found it lacking. Ragin "turns the tables" and evaluates large-N, quantitative research by the standards of case-oriented work. He focuses on a series of specific research tasks that he believes are more effectively addressed in case-oriented research than in large-N, variable-oriented inquiry: (1) constituting cases through the iterated refinement of concepts and observations, thus allowing scholars to establish the domain of cases relevant to a particular investigation; (2) framing causal assessment through a focus on positive cases, in which the outcome to be explained does in fact occur; (3) delineating negative cases that provide appropriate comparisons and contrasts with these positive cases; (4) analyzing multiple paths to the same outcome, that is, multiple conjunctural causation; and (5) accounting for nonconforming cases. Case-oriented scholars use flexible analytic frames that can be modified in light of the insight into cases they gain in the course of their research. Ragin points out that this aspect of the case-oriented approach makes it especially well suited for concept formation and theory development.

"Case Studies and the Limits of the Quantitative Worldview" by Timothy J. McKeown (chap. 9) argues that the logic of research underlying conventional quantitative approaches like that of *DSI* has unflattering implications for case studies and for other qualitative research strategies. Because *DSI*'s perspective cannot make sense of several aspects of case-study research, such as the attention sometimes given to findings derived from a single case, the book casts doubt on the value of case studies. McKeown presents examples of successful research that are not easily accommodated within *DSI*'s perspective, and he provides an alternative methodological framework for thinking about such case-study work. A central component of McKeown's framework draws on an important branch of statistical theory—that is, Bayesian inference.

## Linking the Quantitative and Qualitative Traditions

Given that the qualitative and quantitative traditions have distinctive strengths, how can they best be combined? The fourth section offers two perspectives on this challenge. "Bridging the Quantitative-Qualitative Divide" by Sidney Tarrow (chap. 10) offers valuable suggestions for linking quantitative and qualitative research. Qualitative analysis is better suited than quantitative research for process tracing, for exploring the tipping points that play a critical role in shaping long-term processes of change, and for providing more nuanced insight into findings derived from quantitative investigation. Quantitative analysis, in turn, can frame and generalize the findings of qualitative studies. In Tarrow's view, the most valuable interaction between the two research traditions occurs when scholars "triangulate" among alternative methods and data sources in addressing a given research problem.

"The Importance of Research Design" by Gary King, Robert O. Keohane, and Sidney Verba (chap. 11) is reprinted from the 1995 symposium on *Designing Social Inquiry*, published in the *American Political Science Review*. Chapter 11 should be understood as the authors' interim response to the ongoing debate about linking the quantitative and qualitative traditions. Because it was written in 1995, it does not take into account all the arguments in the present volume, though it does make reference to arguments presented here by Rogowski, Tarrow, and Collier, Mahoney, and Seawright—and to arguments advanced in some other chapters.

King, Keohane, and Verba underscore central themes in *DSI* and clarify certain key ideas. The authors argue that the fundamental challenge for both quantitative and qualitative analysis is good research design. King, Keohane, and Verba agree with Rogowski on the importance of theory, although they emphasize that telling people how to theorize is not their goal. Perhaps most significantly, they argue that "much of the best social science research can combine quantitative and qualitative data, precisely because there is no contradiction between the fundamental processes of inference involved in each" (183 this volume). All researchers, whether quantitative or qualitative, need to understand and utilize the same logic of inference.

King, Keohane, and Verba go on to explore and illustrate two related themes: the idea of science as a collective enterprise, which they discuss in relation to well-known books of Arend Lijphart and William Sheridan Allen; and problems of addressing selection bias, which they illustrate by reference to books by Peter Katzenstein and Robert Bates. Finally, the chapter proposes that Tarrow's arguments about "triangular conclusions" provide a valuable unifying idea that brings together the diverse perspectives on methodology under discussion.

## Diverse Tools, Shared Standards

The final part of the book synthesizes and extends the debate on quantitative and qualitative methods. We argue that, precisely because researchers have a diverse set of methodological tools at their disposal, it is essential to seek shared standards for the application of these tools.

"Critiques, Responses, and Trade-Offs: Drawing Together the Debate," by David Collier, Henry E. Brady, and Jason Seawright (chap. 12), integrates and evaluates this methodological discussion. In a further effort to bridge the quantitative-qualitative divide, chapter 12 reviews four critiques of *DSI* offered in chapters 3–9 of the present volume and formulates responses that draw on ideas derived from statistical theory. Two of the critiques concern the challenge of doing research that is important and the issue of probabilistic versus deterministic models of causation. For these topics, the statistical response calls for a synthesis that combines elements of *DSI*'s position and the critique. For other parts of the debate—on conceptualization and measurement, and on selection bias—statistical arguments emerge that more strongly reinforce the critique of *DSI*. The final part of this chapter explores the idea that trade-offs are inherent in research design and develops the argument that the search for shared standards necessarily poses the challenge of managing these trade-offs.

The final chapter offers some broader conclusions about tools for causal inference. "Sources of Leverage in Causal Inference: Toward an Alternative View of Methodology," by David Collier, Henry E. Brady, and Jason Seawright (chap. 13), focuses on the fundamental challenge of eliminating rival explanations and making good causal inferences. This chapter formulates several methodological distinctions that help bring into sharper focus the relationship between the quantitative and qualitative traditions and, more specifically, the contrasts in how they deal with causal inference. A further goal of this discussion is to explore the implications of the distinction between data-set observations and causal-process observations. The chapter argues that this distinction offers a more realistic picture of the contributions to causal inference of both quantitative and qualitative tools—and of how these differing contributions can be integrated. The appendix at the end of this volume, "Data-Set Observations versus Causal-Process Observations: The 2000 U.S. Presidential Election," by Henry E. Brady, illustrates the leverage that can be derived from causal-process observations.

Taken together, the arguments developed in this volume lead us to reflect on the expanding influence in social science of increasingly technical approaches to method and theory. We advocate an eclectic position in response to this trend. While it is essential to recognize the powerful contribution of statistically and mathematically complex forms of method and theory, simpler tools are sometimes more economical and elegant, and potentially more rigorous. Scholars should carefully evaluate the strengths and weaknesses of these diverse tools in light of existing knowledge about the topic under study, and with reference to broader

shared standards for descriptive and causal inference and for refining theory. This eclectic approach is the most promising avenue for productive decisions about research design.