EXH. 12


rethinking social inquiry
Diverse Tools, Shared Standards
Edited by henry e. brady
and david collier

# Brief Contents

List of Figures and Tables xv
Preface xvii

**I. Introduction** 1

1. Refocusing the Discussion of Methodology 3
   *Henry E. Brady, David Collier, and Jason Seawright*
2. The Quest for Standards: King, Keohane, and Verba's *Designing Social Inquiry* 21
   *David Collier, Jason Seawright, and Gerardo L. Munck*

**II. Critiques of the Quantitative Template** 51

3. Doing Good and Doing Better: How Far Does the Quantitative Template Get Us? 53
   *Henry E. Brady*
4. Some Unfulfilled Promises of Quantitative Imperialism 69
   *Larry M. Bartels*
5. How Inference in the Social (but Not the Physical) Sciences Neglects Theoretical Anomaly 75
   *Ronald Rogowski*
6. Claiming Too Much: Warnings about Selection Bias 85
   *David Collier, James Mahoney, and Jason Seawright*

**III. Qualitative Tools** 103

7. Tools for Qualitative Research 105
*Gerardo L. Munck*

8. Turning the Tables: How Case-Oriented Research Challenges Variable-Oriented Research 123
*Charles C. Ragin*

9. Case Studies and the Limits of the Quantitative Worldview 139
*Timothy J. McKeown*

**IV. Linking the Quantitative and Qualitative Traditions** 169

10. Bridging the Quantitative-Qualitative Divide 171
*Sidney Tarrow*

11. The Importance of Research Design 181
*Gary King, Robert O. Keohane, and Sidney Verba*

**V. Diverse Tools, Shared Standards** 193

12. Critiques, Responses, and Trade-Offs: Drawing Together the Debate 195
*David Collier, Henry E. Brady, and Jason Seawright*

13. Sources of Leverage in Causal Inference: Toward an Alternative View of Methodology 229
*David Collier, Henry E. Brady, and Jason Seawright*

Appendix
Data-Set Observations versus Causal-Process Observations: The 2000 U.S. Presidential Election 267
*Henry E. Brady*

Glossary 273
*Jason Seawright and David Collier*

Bibliography 315

Subject Index 339

Name Index 347

Contributors 355

Acknowledgment of Permission to Reprint Copyrighted Material 361

# The Quest for Standards:
## King, Keohane, and Verba's *Designing Social Inquiry*

*David Collier, Jason Seawright, and Gerardo L. Munck*

Scholars turn to methodology for guidance in conducting research that is systematic, rigorous, and cumulative. *Designing Social Inquiry: Scientific Inference in Qualitative Research*, by Gary King, Robert O. Keohane, and Sidney Verba (hereafter *DSI*), has commanded wide attention because it forcefully and articulately provides such guidance. With clarity of exposition and many examples, the book presents an extended set of practical recommendations for the design and execution of research. In conjunction with *DSI's* goal of providing a new framework for qualitative research, the book offers an important synthesis of what we will call mainstream quantitative methods. *DSI* therefore constitutes a general statement about methodology, and this fact helps account for the wide attention it has deservedly received.

The present chapter provides an overview of *DSI*. We first introduce three fundamental ideas in *DSI*'s view of methodology: (1) the criteria for scientific research; (2) the concept of inference—a term used in the title of the book and central to *DSI*'s exposition; and (3) the assumptions that justify causal inference.

The second part of this chapter adopts a different approach to summarizing *DSI*'s framework by presenting it in terms of a set of guidelines for conducting research. *DSI* does not explicitly synthesize its recommendations as an over-

arching set of rules,[1] yet we believe these guidelines provide a summary that plays a constructive role in focusing the discussion.

Finally, the conclusion to the chapter anticipates the debate in the remainder of the present volume, noting both points of convergence and areas of substantial divergence vis-à-vis the perspective presented by *DSI* (see table 2.2 toward the end of this chapter).

In this summary of *DSI*'s arguments, we occasionally provide examples of our own. At certain points, as with the discussion of conditional independence, we offer a somewhat more elaborate presentation than *DSI*, given that these are topics to which we return later in the present volume. Nevertheless, the intent of the chapter, except for the conclusion, is to present *DSI*'s framework.

## Scientific Research, Inference, and Assumptions

Three central components of *DSI* are its treatment of scientific research, inference, and assumptions. In relation to prior discussions of these topics, *DSI*'s goal is not primarily to present new ideas. However, as a set of recommendations designed specifically for qualitative researchers, *DSI*'s treatment of these topics is innovative and deserves careful attention.

### Scientific Research

*DSI* argues that social science ought to be good *science*. To that end, the book presents a careful definition of what makes research scientific. Some readers may find *DSI*'s insistence on the idea of science jarring and this framing of goals too narrow. Yet these goals are in fact of broad relevance. How, then, does *DSI* define scientific research? First of all, such research always seeks to make *inferences*, "attempting to infer beyond the immediate data to something broader that is not directly observed" (8). The idea of inference is of such importance in *DSI*'s methodological approach that it is explored in detail in the next section of this chapter.

Next, scientific research makes its procedures *public*. Researchers should report how they select cases, gather data, and perform analysis. This is necessary if the scholarly community is to judge the quality of the research and the plausibility of its conclusions. If analysts do not report how they conduct their research, then "[w]e cannot evaluate the principles of selection that were used to record observa-

---

[1]Munck's (1998) review essay on *DSI* was the first effort to summarize the book in terms of a complete set of rules. Subsequently, Epstein and King (2002) adopted this approach in their long essay, "The Rules for Inference." The recommendations in their essay are quite similar to those in *DSI*, except that they give more attention to the tasks of defining the universe of cases and building a tradition of publicly available data sets.

tions, the ways in which observations were processed, and the logic by which conclusions were drawn" (8).

Moreover, researchers must view their conclusions as inherently *uncertain*. "A researcher who fails to face the issue of uncertainty directly is either asserting that he or she knows everything perfectly or that he or she has no idea how certain or uncertain the results are" (*DSI* 9). Neither measurement nor theory in the social sciences is ever perfect and complete. According to *DSI*, scientific research requires scholars to acknowledge this fact and to estimate the degree of uncertainty in their inferences.

The final characteristic of scientific research is that findings are judged in light of the *method* employed, because, as *DSI* (9) argues, the content of science is the method. In other words, scientific findings should not be accepted or rejected according to the authority of the researcher, or in light of whether they correspond to the particular results preferred by a given investigator. Rather, the credibility of the methods employed should be a central criterion in evaluating research findings.

These criteria present a simple, reasonably straightforward basis for distinguishing scientific research from other kinds of intellectual pursuits.

## Inference

The idea of inference is a major component of *DSI*'s methodological framework. Indeed, *DSI* views "inference"—in the sense of drawing larger conclusions on the basis of specific observations—as a foundation of social science. The book (34) treats inference in broad terms, stating that "[i]nference, whether descriptive or causal, quantitative or qualitative, is the ultimate goal of all good social science." *DSI* develops this idea in extended discussions of descriptive inference (chap. 2) and causal inference (chaps. 3–6).[2]

### *Descriptive Inference*

In *DSI*'s view, descriptive inference entails three tasks. First, it encompasses the idea of generalizing from a sample to a universe of cases, as routinely occurs in public opinion research. The researcher establishes the universe and the sample,

---

[2]The relation between description and explanation is complex, as is clear in the discussion below of the contrast between the systematic and random components of phenomena. Even so, description versus explanation remains a fundamental heuristic distinction, both in *DSI* and in the present volume. At the simplest level, description addresses the question of "what?" and explanation addresses the question of "why?" Also, as noted in chapter 1 above (5–6 this volume), although the ideas of descriptive and causal "inference" may seem nonstandard to some readers, they can be viewed as convenient labels for the ubiquitous research task of moving from specific observations to more general ideas.

analyzes the cases included in the sample, and makes inferences about the universe on the basis of the sample (e.g., *DSI* 70–71).

Second, descriptive inference encompasses inferences from observations to concepts. Analysts are rarely interested in reporting raw facts. Rather, they seek to describe political institutions, social structures, ideologies, and other complex phenomena. As conceptualized by social scientists, these phenomena are never directly observable: no one has ever *seen* an entire "social structure." Scholars observe certain facts, often at only one point in time, that are relevant to the complex idea of a social structure, that presumably persists over time. They must therefore make inferences from these particular facts to the broader idea of a social structure. Hence, "[d]escriptive inference is the process of understanding an unobserved phenomenon on the basis of a set of observations" (*DSI* 55).

A third aspect of descriptive inference, which is strongly emphasized by *DSI*, is the more complex issue of separating the "systematic" and the "random" components of any phenomenon. *DSI* (43) argues that descriptive inference inherently involves simplification, and one productive form of simplification can be to focus description on the systematic component of the phenomenon that the researcher seeks to explain.

Although in practice the separation of the systematic and random components may be difficult to achieve, it is important to see why this can be a useful idea. The rationale for this distinction depends on making a link between descriptive inference and causal inference. The systematic component of a phenomenon is understood as that which is explained by an accepted causal model; the random component is that which is not (60, 63).[3]

*DSI* points to alternative views of this random component. In one view, the world is inherently probabilistic. Thus, "[r]andom variation exists in nature and [in] the social and political worlds and can never be eliminated" (59). Another view rejects the idea that the world is inherently probabilistic, contending instead that what appears to be random "is only that portion of the world for which we have no explanation" (59). In other words, causation is deterministic, and what appears to be random is simply the facet of reality that is explained by variables not yet included in the relevant model, or is due to measurement error.

*DSI* illustrates this distinction with the example of fluctuations in the vote for a given party within a particular electoral district (55). The vote for this party may vary over time in part due to factors that are truly random. Alternatively, it might vary due to specific events that are outside the conventional explanatory concerns of political scientists—for example, variations in the weather, or some accidental occurrence such as the use of ballots that voters find confusing. In either case, an

[3]*DSI* (60) presents this idea by taking as a point of departure the supposition that the researcher lacks any prior knowledge of causal patterns: "[W]e begin any analysis with all observations being the result of 'nonsystematic' forces. Our job is then to provide evidence that particular events or processes are the result of systematic forces."

analyst may wish to generate a description of the party's vote share from which these fluctuations are removed. A common way of accomplishing this is to take an average of the party's vote share across several elections, on the assumption that the random fluctuations will cancel one another out (58).

Of course, variation that falls outside the focus of one explanatory framework or theory may be a central concern for another theory. Correspondingly, a description based on a careful separation of systematic and random components that is well suited to one theory may be less appropriate to another theory. Notwithstanding this limitation, the possibility of such separation raises the important idea that analytically productive description may isolate that part of a phenomenon that we really seek to explain. More broadly, it serves as a useful reminder to researchers that the facts do not "speak for themselves." Rather, they are interpreted from some theoretical perspective.

*DSI* considers description a fundamental part of the social scientific enterprise, and the book warns that in research contexts where causal inference is unusually difficult, analysts should sometimes be satisfied with careful descriptive inference (44–45; also 34, 75 n. 1). Nonetheless, *DSI* pays greater attention to causal inference, arguing that the best description is organized as a collection of evidence that evaluates a causal claim (46–49). It is therefore hardly surprising that the larger part of *DSI*'s focus is on research designed to test causal hypotheses.

*Causal Inference*

*DSI*'s treatment of causation follows in the tradition of Neyman (1990 [1923]), Hodges and Lehmann (1964), Rubin (1974, 1978), and Holland (1986), who developed a counterfactual understanding of causation.[4] According to this account, the idea that "*X* causes *Y*" in any given unit of analysis raises the hypothetical question of how the outcome on *Y* would have differed if *X* had not occurred in that unit. Given that it is impossible to observe both the occurrence and nonoccurrence of *X* for any given unit at one point in time, causal inference involves comparing something that did occur with something that did not occur. This is the source of what Holland and *DSI* (79, 82) call the "fundamental problem of causal inference," that is, the problem that causal inference implicitly depends on a comparison with something that did not occur.

Using this counterfactual view of causation, *DSI* (76–82) hypothetically posits the existence of two parallel universes, exactly alike in every way except for one. Taking the example of a dichotomous independent variable, we might find that in one of these two universes, the unit being studied has a positive score on the hypothesized cause and thus receives the "treatment." In the other universe, the hypothesized cause does not occur in the unit being studied: it is a "control." The

[4]This approach is reviewed in more detail on 31–36 below, in the discussion of conditional independence.

causal effect of the explanatory variable is the difference in the outcome between the two parallel universes.

This definition helps researchers in reasoning about causation as an abstract concept. It serves to clarify why scholars do indeed face a fundamental problem of causal inference: out of the two observations of a given case needed to directly assess a causal effect, researchers can, in the real world, only make one. Either a case gets the treatment, or it does not. In observational studies, analysts cannot even choose which of these two universes to observe, because they cannot manipulate the independent variable. Some kind of inference is necessary to overcome this fundamental problem; hence, causal inference is the only way to appraise causation. When this understanding of causation is applied in observational studies, analysts seek to approximate these hypothetical comparisons through real-world comparisons among observed cases. A central component of *DSI*'s advice focuses on how to carry out these real-world comparisons.

*Making Inferences: Quantitative Tools and Analytic Goals*

*DSI*'s recommendations can usefully be summarized in terms of the tools the book proposes, and in light of the goals it seeks to pursue with these tools. *DSI* draws heavily on regression analysis, econometrics, and other standard techniques of quantitative methodology (table 2.1). These include basic methods for describing quantitative data, such as means and variances, and, very crucially, the use of regression analysis for causal assessment. Regression analysis in the social sciences relies on quantitative tools of parameter estimation (i.e., estimating the coefficients associated with each independent variable), and generally also on significance tests (which address uncertainty due to sampling error or other forms of randomness in the model). In discussing causal inference from a regression perspective, *DSI* implicitly draws on these statistical techniques. Increasing the number of observations is frequently recommended as a basic tool for enhancing inferential leverage in empirical tests (i.e., achieving higher levels of statistical significance). Finally, *DSI* employs tools of probability theory, such as expected value and variance of the estimator. *DSI*'s tools are designed for use with quantitative data, and the book's fundamental advice to qualitative analysts is to use procedures in their own research that make a parallel contribution to valid inference. Although the chapters below debate whether it is in fact possible to implement this recommendation, there is not the slightest question that this advice has extended the analytic horizon of qualitative researchers.

With regard to *DSI*'s broader analytic agenda, within the framework of what we will call the book's "overarching goals" of achieving valid descriptive and

**Table 2.1. Quantitative Tools Employed in *Designing Social Inquiry***

| Tools | Comments |
|---|---|
| Means and Variances | Means and variances are the basis for other tools discussed below. |
| Regression Analysis | Regression analysis is *DSI*'s basic tool for causal inference from empirical data (e.g., 95–97, 121–22, 130–32, 168–72). Parameter estimation and significance tests, as used in regression analysis, provide a major part of the statistical basis for *DSI*'s discussion of causal inference. |
| Increasing the N | *DSI* repeatedly advocates increasing the number of observations as the best way to enhance the inferential leverage of empirical tests (e.g., 19, 23–24, 29–31, 46–49, 52, 67, 99, 117–18, 120–21, 123, chap. 6.). |
| Probability Theory | Many of *DSI*'s "Formal Analysis" text boxes (e.g., 97–99, 166–68, 184–85) evaluate the variance and bias of different estimators by applying tools of probability theory. |

causal inference, a central focus is on "intermediate goals," which provide a justification for the use of these quantitative tools in pursuit of the overarching goals. Two major intermediate goals are avoiding bias and minimizing the variance of estimators in order to achieve higher levels of statistical significance.[5] Analysis should seek to avoid bias, potential sources of which include systematic measurement error (155–57), selection procedures that are correlated with the dependent variable—including procedures that may cause selection bias (128–37), missing explanatory variables (168–76), and endogeneity, that is, the problem that the outcome variable or the error term influences the explanatory variables (185–96). Researchers should also minimize the variance of their estimators by excluding irrelevant explanatory variables (182–85) and by reducing nonsystematic measurement error (157–68). In addition to reducing variance, which maximizes the precision of the inferences that can be drawn from a given data set, *DSI* recommends increasing leverage by creating data sets that have greater inferential power. Additional intermediate goals are summarized in the guidelines below. *DSI*

[5] *DSI* uses the term "efficiency" to refer to the goal of minimizing estimator variance. However, the technical definition of efficiency in statistics is somewhat different, so we have used this more general phrase in the text. *DSI* does not explicitly defend its preference for lower-variance estimators in terms of statistical significance, but this is the most obvious interpretation.

thus builds on the tools of mainstream quantitative methods to propose a series of procedures for achieving valid inference in qualitative research.

*DSI* does not simply present these tools and goals in a mechanical fashion, but at various points considers how some of them intersect with concerns that derive from the qualitative tradition. For example, although researchers can avoid some types of selection bias through random sampling, the book recognizes that in small-N research, random sampling may create as many problems as it solves (124–28). Within the framework of nonrandom sampling, *DSI* is careful to avoid a piece of clichéd advice that is often evoked in discussions of selection bias—that is, "do *not* select on the dependent variable." Instead, *DSI* argues that scholars who, for good reason, avoid random sampling and *do* select on the dependent variable should choose cases to reflect the full range of variation on that variable (141).[6]

## Assumptions

*DSI* discusses the assumptions routinely employed to justify causal inference. Some scholars may think of these as "quantitative" or "statistical" assumptions. However, *DSI* (93) argues that these assumptions should not be understood narrowly as relevant only for quantitative analysis. Rather, assumptions are important for any study, whether quantitative or qualitative, that seeks to make the kind of inferences discussed in the previous section.

*DSI* urges researchers to "make the substantive implications of [their assumptions] extremely clear and visible to readers" (91). This advice is valuable because inferences depend on the assumptions that produce them, and a somewhat different set of assumptions can generate radically divergent inferences. This is one of the reasons why—as noted in chapter 1 above—it is hard to do really good quantitative research, just as it is hard to do really good qualitative research. *DSI* consequently advises researchers to justify their assumptions with theory and empirical evidence to the greatest extent possible (91). Yet *DSI* recognizes that it is often difficult to establish such justifications (93, 95).

Causal homogeneity, independence of observations,[7] and conditional independence are three major assumptions that *DSI* views as essential for causal inference.[8] These assumptions focus researchers' attention on three interrelated tasks:

---

[6]This corresponds to the second meaning of "selecting on the dependent variable" discussed in the glossary.

[7]This assumption is not treated in the same pages as the other two (*DSI* 91–97), yet it is likewise important (222–23).

[8]We would add that somewhat modified versions of these assumptions do also permit causal inference. For example, independence of observations can be weakened, as in time-series analysis, where autocorrelation often arises. However, even the modified

analyzing an appropriate set of cases; considering how cases and observations can influence each other in a way that may affect causal inference; and selecting variables appropriately and modeling the relations among them.

*Causal Homogeneity*

The assumption of causal homogeneity[9] states that "all units with the same value of the explanatory variables have the same expected value of the dependent variable" (*DSI* 91). In other words, the outcomes for all the cases in the analysis must be produced by one causal model; after controlling for the values of the included independent variables, every case must have the same expected value on the dependent variable.[10]

Discussions of causal homogeneity are motivated by the concern that a given form of a causal model may only be appropriate to a particular domain of cases. If the model is extended to further cases, the researcher may have to make it more complex to accommodate distinctive causal features of those cases. Hence, this assumption is concerned with the relation between our causal ideas and the cases on which we focus.

In the statistical literature on causation (e.g., Rubin 1974; Holland 1986), a stronger version of the causal homogeneity assumption is presented, which Rubin and Holland call "unit homogeneity." According to this version of the assumption, different units are presumed to be *fully identical* to each other in all relevant respects except for the values of the main independent variable. This strong version is sufficient to allow causal inference without the assumption of conditional independence discussed below, but it is extremely unlikely that this strong homogeneity assumption will ever hold in the social sciences.

However, the weaker version of causal homogeneity that we discuss in this section, which allows units to differ from each other but requires that the causal parameters in the analyst's model be constant across all units, is more plausible and plays an important role in causal inference.

Though *DSI* occasionally makes reference to the stronger version of this assumption,[11] much of its discussion invokes the weaker version.[12] *DSI* refers to both

---

assumptions must, in fact, have the same basic properties as the assumptions discussed here.

[9] *DSI* refers to this assumption as "unit homogeneity," as we explain below.

[10] Two points should be made here. First, the "expected value" refers not to the value that one should anticipate for every case being analyzed, but rather to the average value across many hypothetical replications of each case. Second, *DSI* notes that one way to meet the causal homogeneity assumption is through the related assumption of "constant causal effects" (92–93).

[11] *DSI* (91) defines unit homogeneity as being met if "the expected values of the dependent variables from each unit are the same when our explanatory variable takes on a particular value" (italics omitted). In this quote, the reference to multiple dependent vari-

versions of this assumption as "unit homogeneity." However, in labeling the weaker version of the assumption, which is much more central to *DSI*'s overall framework, we find the term "causal homogeneity" more useful, both because it distinguishes this concept from the more rigorous standard of unit homogeneity and because it calls more explicit attention to the need for all cases to share the same causal model.

Specifically, if the causal homogeneity assumption is not met, and a researcher analyzes the data as if it were, the inference will be a misleading average that lumps together differences among subgroups of cases. This average may not adequately represent the pattern of causation in any given case. For example, it has been argued that among advanced industrial countries, in some national contexts the more highly paid workers are more class conscious, whereas in other national contexts they are less class conscious (Przeworski and Teune 1970: 26). If researchers simply average these two findings, they may find no relationship, resulting in a misleading conclusion. The appropriate solution would be to analyze the two groups of countries separately. Researchers would thus address causal heterogeneity by recognizing that causal processes are different between the two groups of countries, and by assuming that they are similar within each group. In regression analysis, this can sometimes be accomplished by introducing an interaction term that includes a dummy variable. In qualitative comparison, separate comparisons can be employed for the two groups. The fact that causal heterogeneity can thus be overcome by using a more complex model underscores a key point: causal homogeneity is not simply a property of the data, but of the data in relation to a particular causal model.

*Independence of Observations*

Another assumption concerns the independence of observations, that is, the idea that for each observation, the value of a particular variable is not influenced

---

ables for each unit invokes the Rubin-Holland framework for causality, and this clearly should be read as a reference to the strong version of unit homogeneity.

[12]*DSI* (91) alternatively defines unit homogeneity as "the assumption that all units with the same value of the explanatory variables have the same expected value of the dependent variable." This statement, which refers only to the observed value of the dependent variable for each unit, does not invoke more complex statistical ideas of causation. Therefore, it would seem that it should be read as referring to the weaker version of unit homogeneity, involving constancy of causal parameters. This weaker version is also more compatible with *DSI*'s (93) claim that "[t]he notion of unit homogeneity . . . lies at the base of all scientific research." In the Rubin-Holland framework, much scientific research specifically does not employ the unit homogeneity assumption, turning instead to alternatives such as randomization, conditional independence, and "ignorable treatment assignment." Hence, *DSI*'s statement should be read as referring to the weaker assumption, and we therefore use the label "causal homogeneity" in discussing their arguments.

by its value in other observations and therefore provides new information about the phenomenon in question (222–23).[13] If independence of observations is not met, this does not necessarily bias the causal inference. However, it does reduce the amount of new evidence gained from each additional observation, thereby increasing the variance associated with an inference.

For some readers, a familiar alternative label for this assumption, which is appropriate for discussing cross-sectional analysis, is "independence of cases." However, this same assumption plays a major role in time-series analysis, in which the researcher analyzes multiple observations over time for each "case." Hence, the broader idea of independence of multiple observations for the same case becomes a central issue, and it is therefore useful to employ this more general label.

An example of this problem in time-series analysis is found in the literature on advanced industrial countries that explores the impact of corporatism and partisan control of government on economic growth. Scholars who had been working with an N of twelve to fifteen countries sought to achieve a major increase in the N by combining cross-sectional and time-series analysis, focusing on the period 1967–1984 (Alvarez, Garrett, and Lange 1991). However, subsequent research argued that prior results had been based on an incorrect assumption about the independence of observations. Consequently, the estimates of standard errors were too low, yielding excessive confidence in the conclusions. Revised estimates, based on a recognition of interdependence among observations—both among countries and within countries over time—supported some of the findings of the 1991 study, but cast doubt on others (Beck et al. 1993; Beck and Katz 1995; Kittel 1999).

Of course, the nonindependence of observations can also be viewed *not* as a methodological problem, but as a substantive topic—that is, as causation that occurs through processes of diffusion. However, within the framework of most work in regression analysis, it is indeed a methodological problem.

*Conditional Independence*

*DSI*'s final major prerequisite for causal inference with observational data is the assumption of conditional independence, or, to give it a more complete name, conditional independence of assignment and outcome. We present this assumption by first returning to the counterfactual definition of causation noted above, from which the idea of conditional independence emerges, and then by offering two examples to make clear the importance of this assumption. Our presentation here will be more detailed than for the other two assumptions, given that this third assumption is particularly important to the discussion later in the present volume (240–44).

---

[13]Unlike the other two assumptions discussed in this chapter, the assumption of independence of observations is also important for descriptive inference.

According to the counterfactual understanding of causation, causal inference consists of comparing (a) the value of the outcome variable ($Y_t$ with "$t$" for treatment) for a particular case when that case is exposed to a treatment, with (b) the value of the outcome variable ($Y_c$ with "$c$" for control)[14] for the same case when that case is not exposed to the treatment. $Y_t$ and $Y_c$ are thus two different variables that reflect the outcomes a case will experience on the dependent variable, according to whether the independent variable, conceptualized as an experimental treatment, is present or absent.[15]

The causal effect of the treatment for a given case is the difference between the two variables for the case: $Y_t - Y_c$. However, to restate the fundamental problem of causal inference discussed above, it is impossible to simultaneously observe $Y_t$ and $Y_c$ for any particular case. The value of one variable may be observed, but the value of the other is necessarily hypothetical. Consequently, it is impossible to compute $Y_t - Y_c$. Hence, in practice, causal inference seeks to replicate this hypothetical comparison by making real-world comparisons across (hopefully) similar units, some of which are exposed to the treatment and some of which are not.

When a real-world comparison is employed, the quality of the resulting causal inference depends on how cases are "assigned" to the treatment group and to the control group. Two issues are important here. First, a question of terminology: In observational studies, researchers do not actually assign cases to treatment and control groups. However, what we refer to as assignment does take place; it is carried out by social and political processes over which the researcher usually has no control.

The second issue, which is vital to the quality of causal inference, concerns the relationship between the assignment process and the outcome variables, $Y_t$ and $Y_c$. The key question here is whether the cases are assigned in such a way that those in the treatment category have the same average values on both $Y_t$ and $Y_c$ as the cases in the control category. In other words, is the average of $Y_t$ across the cases exposed to the treatment equal to the average of $Y_t$ across the cases in the control group? Is this also true for $Y_c$?

If the answers to these questions are "yes," then the standard of independence has been met,[16] and the researcher will be able to make a good inference about the

---

[14]We follow here the Rubin-Holland notation of "$t$" and "$c$," which is also employed in chapter 13 below. In chapter 3 below, where Brady presents his direct commentary on *DSI*, he follows the book's notation, which is based on *DSI*'s running example: "$i$" for "incumbent" and "$n$" for "nonincumbent."

[15]In this discussion, the independent variable may be dichotomous; alternatively, the treatment and control may reflect two different values on a continuous variable.

[16]To be more precise, what is discussed here as independence is *mean* independence. Likewise, conditional independence as discussed here is actually *mean* conditional independence. For a discussion of these distinctions, see Stone (1993). Finally, the text above neglects two important, although somewhat narrow, technical issues: (a) whether there is

causal effect of the treatment by comparing the observed $Y_t$ among the cases given the treatment with the observed $Y_c$ among the cases assigned to the control. The underlying logic here is that, if independence of assignment holds, any difference between the treatment group and the control group must be due to the treatment—because all other relevant factors are balanced between the two groups. If, on the other hand, cases are assigned in such a way that those in the treatment group tend to have a different $Y_t$ or $Y_c$ than the cases in the control group, then causal inference will be biased. For example, if cases with a high value of $Y_t$ are more likely to enter the treatment group than cases with a lower value of $Y_t$, the researcher will probably overestimate the causal effect of the treatment.

Independence of assignment is a strong condition, and it is rarely plausible in an observational study. Observational studies often employ an assumption of *conditional* independence, which serves to justify causal inference even though the treatment and control groups initially do not have the same hypothetical average values on $Y_t$ and $Y_c$. Suppose a variable (which we shall call $Z$) identifies subgroups of cases, within which independence of assignment does hold, and among which it does not hold. Then controlling for $Z$ by comparing $Y_t$ and $Y_c$ within subgroups allows researchers to make unbiased inferences from the observational data. By stratifying in this manner, the standard of conditional independence is met.[17] In fact, because $Y_t$ and $Y_c$ cannot both be directly observed, the researcher never knows with certainty that their average values are equal. But in principle, the introduction of the appropriate control can make them equal, and hence yield conditional independence. In practice, achieving appropriate statistical control may involve more than one control variable ($Z_i$ to $Z_n$), and multivariate techniques are needed to introduce these multiple controls. For convenience, we will use the label $Z$ to refer to one or more controls.

Given the importance of introducing control variables, the two words in this label, "conditional independence," thus bring together two essential ideas. (a) It is best for inference that assignment to the treatment and control groups be independent of the two outcome variables $Y_t$ and $Y_c$. Correspondingly, the full name of the assumption is "conditional independence of assignment and outcome." (b) When independence does not hold, researchers can, in principle if not in practice,

---

a broader population from which the cases under investigation are a sample; and (b) whether the *expected* means of $Y_t$ and $Y_c$, rather than the observed means, are in fact equal. The equality of the expected means is actually the key condition for mean independence and, if control variables have been introduced, for mean conditional independence.

[17]Regression analysis depends on related assumptions about causation, such as the specification assumption discussed in chapter 13. For most purposes, these assumptions may be seen as similar, in that they both focus attention on the potential problem of missing variable bias. However, it is important to remember that alternative analytic tools (e.g., regression versus stratification) depend on assumptions that sometimes differ in important ways.

make inferences *as if* assignment were independent of $Y_t$ and $Y_c$ by statistically controlling for, or "conditioning" on, $Z$.

Conditional independence can be established if the appropriate statistical controls are introduced, removing the effect of an assignment process that does not meet the standard of independence. The assumption of conditional independence is thus addressed by employing with observational data the procedure of *statistical* control, as a substitute for the *experimental* control that is achieved through random assignment.

The effort by scholars to satisfy conditional independence by introducing the appropriate control can be illustrated with a well-known example of spurious correlation. In the United States, political participation is lower for African Americans and Latinos than for whites. In other words, if we hypothetically think of "nonwhite" as the treatment condition, and "white" as the control condition, individuals "assigned" to be African American and Latino have an average rate of participation, or average $Y_t$, that is lower than the average rate of participation, or average $Y_c$, among people "assigned" to be white. The lower participation rate of the first two groups provides an appropriate basis for descriptive inference (i.e., describing their levels of participation), but it is problematic as a basis for causal inference. It does not necessarily follow that being African American or Latino causes citizens to participate less. Rather, membership in these two groups is correlated with other factors, such as education and income, that could explain lower participation rates. These other factors serve the role of identifying salient subgroups among the cases; hence these other factors may be equivalent to the variable $Z$ in the discussion above. When these other factors are controlled for, thus making it more plausible that conditional independence is satisfied, "neither being African American nor being Latino has a direct impact" on participation (Verba, Schlozman, and Brady 1995: 442).

In other words, after conditioning on—that is, controlling for—$Z$, these authors conclude that the average value of $Y_t$ is in fact about the same as the average value of $Y_c$. It is not being African American or Latino that reduces the political activity of individuals within these groups. That apparent causal relation is spurious, and other factors such as low education or low income account for the lower rate of participation. Once the effect of these other factors is removed statistically, the underlying causal relationship emerges.

A second example illustrates the point that the conditional independence assumption is hard to meet when analysts cannot identify, or cannot measure, the variable or set of variables that must be controlled for. Consider the question of whether the *size* of revolutionary movements (independent variable) affects their *success* in overthrowing an existing regime (dependent variable). As Goldstone (1991: 137) emphasizes, because the personal cost of participating in an unsuccessful revolutionary movement can be high, many individuals will only join revolutionary movements that are seen as having at least some probability of defeating the regime. This evaluation obviously depends on the perceived strength of both

the revolutionary movement and the regime. Specifically, the probability that a revolutionary movement will grow in size (which corresponds to the treatment) depends in part on the particular characteristics of the national regime that individuals evaluate in judging the relative strength of that regime. Yet the strength of the regime *also* plays a key, direct role in influencing the likelihood that the regime will fall, which is the outcome being explained.

Thus, due to these regime characteristics, those countries most susceptible to revolution may be most likely to face large revolutionary movements, and are in effect assigned to the treatment group. In this discussion, characteristics of the national regime are an instance of the variable $Z$ above. Contrasts in these characteristics group together regimes that differ in the degree to which they are perceived as weak. Perceptions of weakness are, in turn, correlated: (a) with the likelihood of regime collapse, given a strong insurgent movement, or $Y_t$; and (b) with potential insurgents' decisions to rebel, which, when aggregated, constitutes the treatment. Unless these regime characteristics are included in the analysis and controlled for, researchers will overestimate the importance of popular participation in revolutionary opposition movements for causing regime collapse—given that greater popular participation is more likely when the chance of regime collapse is high.[18]

To meet the assumption of conditional independence, the researcher would need to collect data on these characteristics that adequately capture their role in influencing both the size of revolutionary movements and the likelihood of regime collapse. Yet collecting these variables and adequately controlling for them is doubtless more difficult than it is for the education variable in the prior example. The researcher would have to collect enough information about regime characteristics to arrive at the same evaluations and judgments that potential revolutionaries

[18]This problem can arise regardless of whether the researcher takes a more structural or a more actor-centered view of revolution. One interpretation of this causal pattern could be that the perception of these revolutionary actors is an intervening variable that links these regime characteristics to the revolutionary outcome, involving an actor-centered and potentially "agental" explanatory perspective. Another interpretation views regime characteristics as direct, structural causes of revolution. For example, according to Chehabi and Linz (1998), under sultanistic regimes a poorly institutionalized, personalistic military is a critical structural factor in regime breakdown. Although the perception of the military on the part of revolutionary and regime actors may have some importance, this weakness of the military is seen, in its own right, as a critical causal factor. The point here is not to adjudicate between a structural and actor-centered perspective, but rather to show that, from either perspective, failure to satisfy conditional independence may interfere with causal inference. Whether the structural weakness in the military causes revolution directly, or primarily through the perceptions of state and popular actors, varying degrees of regime strength can still confound our attempts to estimate the impact of popular participation on revolution.

make about the strength of the regime. Hence, the idea of conditional independence is crucial here, but it is difficult to meet this assumption.

Overall, the idea of conditional independence uses the counterfactual definition of causation to provide a logical framework for reasoning about the critical task of controlling for rival explanations in causal inference.

To summarize the discussion of these three assumptions, *DSI*'s goal is to underscore the idea that they are important to all researchers, and not just quantitative analysts. In all observational studies, causal inference never relies exclusively on the actual data, but also on assumptions about the political and social processes we are studying. It is evident that not only *DSI*'s discussion of these assumptions, but also the book's treatment of inference and the definition of scientific research, involve a perspective that is far more familiar to quantitative than to qualitative researchers. However, *DSI* is strongly committed to the idea that these issues are of equal relevance to both traditions. Even a scholar who disagrees with *DSI* must recognize that the book makes a fundamental contribution by pushing a broader range of researchers to grapple with these questions.

## Guidelines: Summarizing *DSI*'s Framework

This section adopts a different approach to synthesizing *DSI* by presenting many of the book's more specific methodological recommendations as a set of guidelines. These guidelines are largely concerned with what we refer to in chapter 1 as intermediate goals, focusing on procedures for linking specific quantitative tools to the overarching goals of valid descriptive and causal inference. The guidelines help to make clear how *DSI*'s broad ideas, summarized in the present chapter, inform the book's treatment of specific decisions about research design.

We organize the guidelines in terms of a research cycle (figure 2.1): defining the problem, specifying the theory, selecting cases and observations, carrying out descriptive and causal inference, and retesting and reformulating the theory. The final step completes this cycle by bringing the researcher back to the step of theory specification, and potentially also to redefining the research problem (see dashed arrow in the figure). Although research routinely moves through a series of ordered steps such as this, what is learned at each step certainly may lead to revisiting prior steps or jumping forward to subsequent steps. Hence, one could in fact place many more arrows in the diagram.

These guidelines are, of course, our summary of *DSI*'s arguments. *DSI* makes periodic reference to "rules" for research (e.g., 6–7, 9), and the book presents five specific rules for constructing causal theories (99–114). However, the book does not synthesize its recommendations in terms of an overall set of rules or guidelines.[19] Each of the guidelines presented below is introduced as a brief,

[19]See note 1 above.

**Figure 2.1. Steps in the Research Cycle: A Framework for Summarizing *Designing Social Inquiry***




*Note:* Solid arrows show the main links among steps in the cycle. Choices made at any one step can, of course, potentially affect any other step. This is reflected, for example, by the placement of a dashed line from F to A, in addition to the solid line from F to B.

self-explanatory phrase. For some of the guidelines, we spell out the idea in greater detail, often drawing on quotations from *DSI*. In all cases, specific page references are provided.

*DSI* states that "[a]ny meaningful rules admit of exceptions. . . . We seek not dogma, but disciplined thought" (7). Correspondingly, we do not want to give the impression that *DSI*'s framework consists of rigid rules. Rather, we seek to bring together systematically the large number of specific recommendations offered by the book, as a means of demonstrating both the scope of these recommendations, and *DSI*'s relative emphasis on different methodological issues.

## A. Defining the Research Problem

1. *Address a problem that is important in the real world* (15).

2. *Contribute to a scholarly literature.* Contribute to "an identifiable scholarly literature by increasing the collective ability to construct verified scientific explanations of some aspect of the world" (15, 16–17).[20]

3. *Modify or abandon a topic that cannot be refined into a research project that permits valid inference* (18).

## B. Specifying the Theory

4. *Construct falsifiable theories.* "[C]hoose theories that could be wrong" (19; also 100).
   a. *Strengthen falsifiability by choosing a theory that maximizes observable implications* (19).
   b. *Strengthen falsifiability by being concrete.* "Theories that are stated precisely and make specific predictions can be shown more easily to be wrong and are therefore better" (20, 109–12).

5. *Build theories that are logically consistent.* "[I]f two or more parts of a theory generate hypotheses that contradict one another, then no evidence from the empirical world can uphold the theory" (105).

6. *Increase leverage by explaining more with less.* Explain "as much as possible with as little as possible" (29).
   a. *Increase leverage through parsimony.* "[M]aximize leverage by limiting the number of explanatory variables" (123).
   b. *Increase leverage by explaining more observable outcomes.* "State theories in as encompassing [a way] as feasible" (113), and "list all possible observable implications of [the main] hypothesis that might be observed in [the] data or in other data" (30).

## C. Selecting Cases and Observations

7. *Distinguish between cases and observations.* "Cases" are understood as the broader units, that is, the broader research settings or sites within which analysis is conducted; "observations" are pieces of data, drawn from those research sites, that form the direct basis for descriptive and causal inference (52–53, 117–18, 217–18).

8. *Focus on the range of variation relevant to the theory.* Select cases among which the dependent variable in fact exhibits "the variation [researchers] wish to explain" (108). It is thus important not merely to have variation on the de-

---

[20]The italics in many quotations have been omitted.

pendent variable, but that this variation capture the contrasts addressed by the theory.

9. *Construct a determinate, rather than an indeterminate, research design by including a sufficient number of observations.*[21] Avoid an indeterminate research design from which "virtually nothing can be learned about the causal hypotheses" because the researcher has "more inferences to make than implications observed" (118, 119; also 116, 120, 178–79, 213–17, 228). In the face of an insufficient number of observations, scholars can:
   a. *Address indeterminacy by increasing the number of observations—either through changing the dependent variable, or through focusing on subunits* (24, 47, 120, 217–28).
   b. *Address indeterminacy by gaining leverage from strong theory.* If the number of observations is insufficient, "limited progress in understanding causal issues is nevertheless possible, *if* the theoretical issues with which [researchers] are concerned are posed with sufficient clarity and linked to appropriate observable implications" (179).
   c. *Address indeterminacy by situating observations within a larger research program.* Even "a single observation can be useful for evaluating causal explanations if it is part of a research program. If there are other single observations, perhaps gathered by other researchers, against which it can be compared, it is no longer a single observation" (211, 129 n. 6).

10. *Seek causal homogeneity.* Causal homogeneity[22] is "the assumption that all units with the same value of the explanatory variables have the same expected value of the dependent variable" (91, 116).

11. *Avoid selection bias.* Selection bias poses important "dangers" (116), in that it can invalidate both causal inference (129–32) and descriptive inference (135). One important source of such bias is the failure of the sample to reflect the full range of variation on the dependent variable. The random selection of cases is a standard means for avoiding important forms of selection bias, yet in small-N research this may not be appropriate (126).

12. *Select cases nonrandomly in small-N analysis.* Random selection in small-N research can too easily fail to capture the full range of variation on the variables of interest. "Usually, selection must be done in an *intentional* fashion, consistent with . . . research objectives and strategy" (139). This recommendation is relevant both for descriptive (135) and causal (129–32) inference.

---

[21]A determinate research design also requires the absence of perfect multicollinearity. This likewise involves the issue of having enough observations, in that a sufficiently large N can help overcome multicollinearity. See no. 30 below.

[22]Regarding definitions of causal homogeneity versus unit homogeneity, see the glossary.

With reference to causal inference, *DSI* suggests the following standards for nonrandom selection:

a. *Avoid selecting a set of observations in which either the independent or dependent variable is constant.* "[T]he causal effect of an explanatory variable that does not vary cannot be assessed . . . " (146). Researchers "can also learn nothing about a causal effect from a study which selects observations so that the dependent variable does not vary" (147; also 108–9, 129, 148–49). "The cases of extreme selection bias—where there is by design no variation on the dependent variable—are easy to deal with: avoid them!" (130).
   i. *In selecting observations on either the independent or dependent variable, ensure that these observations encompass sufficient variation on this variable.* For example, when selecting on the dependent variable, "select observations with particularly high and particularly low values . . . " (129, 141, 147–49).
   ii. *To address the problem of a no-variance design, seek variance by situating observations within a larger research program* (146–47).

b. *Selecting simultaneously on both the independent and dependent variables can pose a grave problem.* "The most egregious error is to select observations in which the explanatory and dependent variables vary together in ways that are known to be consistent with the hypothesis that the research purports to test" (142).

13. *If observations are not independent from one another, recognize that this reduces the certainty of the findings; researchers may also address the causes of this interdependence.* When observations are not fully independent of each other, "each new [observation] does not bring as much new information to bear on the problem as it would if the observations were independent of one another. . . . [W]hen dealing with partially dependent observations . . . be careful not to overstate the certainty of the conclusions. . . . [C]arefully analyze the reasons for the dependence among the observations" (222).

## D. Descriptive Inference

14. *Description requires inference.* Description in social science research must be understood not as the process of collecting unmediated facts, but rather as involving inferences from observations to the broader ideas and comparisons around which the research is organized (chap. 2).

15. *Recognize the similarity between quantitative or formal work and "interpretation," as compared to the full complexity of reality.* "[T]he difference between the amount of complexity in the world and that in the thickest of descriptions is still vastly larger than the difference between this thickest of descriptions and the most abstract quantitative or formal analysis" (43).

16. *Extract analytically relevant features from the uniqueness of cases* (42). "All phenomena, all events, are in some sense unique. . . . The real question . . . [is] whether the key features of social reality that we want to understand can be abstracted from a mass of facts" (42).

17. *Know the context.* "Where possible, analysts should simplify their descriptions only after they attain an understanding of the richness of history and culture. . . . [R]ich, unstructured knowledge of the historical and cultural context of the phenomena with which they want to deal in a simplified and scientific way is usually a requisite for avoiding simplifications that are simply wrong" (43).

18. *Good description is better than bad explanation.* In research contexts in which good causal inference is difficult, it may be preferable to stick to carefully executed descriptive inference (44; also 34, 45, 75 n. 1, 178–79).

19. *Study observable concepts.* "[C]hoose observable, rather than unobservable, concepts wherever possible" (109). "Attempting to find empirical evidence of abstract, unmeasurable, and unobservable concepts will necessarily prove more difficult and less successful than for many imperfectly conceived specific and concrete concepts" (110).

20. *In general, avoid typologies and classifications, except as preliminary heuristic devices.* "[C]onstructs such as typologies, frameworks, and all manner of classifications, are useful as temporary devices [for] collecting data. . . . However, in general, we encourage researchers *not* to organize their data in this way" (48).

21. *Use valid indicators.* "Validity refers to measuring what we think we are measuring" (25). Among the issues that arise in striving for validity is the need to "use the measure that is most appropriate to [the researcher's] theoretical purposes" (153).

22. *Use reliable data-collection procedures that, if applied again, would produce the same data* (25).

23. *Estimate measurement error.* "Since all observation and measurement . . . is imprecise," researchers should "estimate the amount of [measurement] error . . ." (151); "qualitative researchers should offer uncertainty estimates in the form of carefully worded judgments about their observations" (152).

24. *Separate the systematic and random components of phenomena.* "[O]ne of the fundamental goals of [descriptive] inference is to distinguish the systematic component from the nonsystematic component of the phenomena" being studied (56). Thus, analytically productive description may seek to isolate the systematic component, as it is this component that researchers really seek to explain.

## E. Causal Inference

25. *Causal assessment requires inference.* Causation is not observed directly. Rather, causation is inferred on the basis of data and assumptions (chap. 3).

26. *Demonstrate, to the extent possible, that the assumptions underlying causal inference are met in a given context of research.* Assumptions such as causal homogeneity, conditional independence, and the independence of observations "can and should be justified" to the greatest extent possible on the basis of insights derived from prior research and knowledge of the research setting (91).

27. *Use theory to select appropriate explanatory variables and avoid "data mining."* "Without a theoretical model, [researchers] cannot decide which potential explanatory variables should be included in [the] analysis." "[W]ork toward a theoretically motivated model rather than 'data mining'. . . ." In other words, researchers should not simply run "regressions or qualitative analyses with whatever explanatory variables [they] can think of" (174).

28. *Avoid missing variable bias by including all relevant explanatory variables.* "[S]ystematically look for omitted control variables and consider whether they should be included in the analysis" (172). If a given variable is correlated with both the dependent variable and an explanatory variable, then failure to include it will bias the causal inference (170). The following three steps can help avoid missing variable bias:
    a. *First, list potentially relevant explanatory variables* (174).
    b. *Second, control for relevant explanatory variables* (174).
    c. *Third, in estimating the main causal effect, do not control for intervening variables.* "[I]n general, [researchers] should not control for an explanatory variable that is in part a consequence of [the] key explanatory variable" (174).

29. *Minimize the variance of estimators by excluding irrelevant variables.* Do not "collect information on every possible causal influence . . . " (182, italics omitted) because "[t]he inclusion of irrelevant variables can be very costly" (183). While the best solution to the problem of "many variables, small N" is to collect more observations, "if this is not possible, researchers are well-advised to identify irrelevant variables" (184) and exclude them from the analysis.

30. *Avoid an indeterminate research design due to multicollinearity.*[23] Avoid a research design in which two or more of the explanatory variables are so highly correlated that it is impossible to separate their causal effects (119). The proposed solution to this problem is to:

---

[23]A determinate research design also requires a sufficient number of observations. See guideline 9 above.

a. *Address multicollinearity by collecting additional observations.* "[S]earch for observable implications at some other level of analysis" (123), which can give more leverage in differentiating the causal effects of highly correlated explanatory variables.

31. *Avoid endogeneity.* "A very common mistake is to choose a dependent variable which in fact causes changes in [the] explanatory variables. . . . [T]he easiest way to avoid [this mistake] is to choose explanatory variables that are clearly exogenous and dependent variables that are endogenous" (107–8; also 94, 185). Five solutions to endogeneity are:

a. *Address endogeneity by careful selection of observations.* "[W]e can first translate a general concern about endogeneity into [a concern about] specific potential sources of omitted variable bias and then search for a subset of observations in which these sources of bias could not apply" (193).

b. *Address endogeneity by transforming it into an omitted variable problem.* "By transforming [a research] problem in this way, scholars [can] get a better handle on the problem since they [can] explicitly measure this omitted variable and control for it . . . " (190).

c. *Address endogeneity by disaggregating the dependent variable.* "[R]econceptualize the dependent variable as itself containing a dependent and an explanatory component. . . . The goal of this method of avoiding endogeneity bias is to identify and measure only the dependent component of [the] dependent variable" (188–89).

d. *Address endogeneity by disaggregating the explanatory variable.* "[D]ivide a potentially endogenous explanatory variable into two components: one that is clearly exogenous and one that is at least partly endogenous. . . ." Then use "only the exogenous portion of the explanatory variable in a causal analysis" (193).

e. *Address endogeneity by correcting the biased inference.* "[E]ven if [researchers] cannot avoid endogeneity bias, [they] can sometimes improve . . . inferences after the fact by estimating the degree of bias. At a minimum, this enables [them] to determine the direction of bias, perhaps providing an upper or lower bound on the correct estimate" (188).

32. *Estimate and, if possible, correct for selection bias.* "[I]f selection bias is unavoidable, [researchers] should analyze the problem and ascertain the direction and, if possible, the magnitude of the bias, then use this information to adjust [their] original estimates in the right direction" (133). If they "know there is bias but cannot determine its direction or magnitude . . . [researchers should] at least increase the level of uncertainty [they] use in describing [their] results" (199; also 128–37, 168–82).

### F. Further Testing and Reformulating the Theory

33. *Report research procedures, thereby allowing other analysts to evaluate and replicate the findings.* "Only by reporting the study in sufficient detail so that it can be replicated is it possible to evaluate the procedures followed and methods used" (26; also 8, 23, 51).

34. *Test the theory with data other than that used to generate the theory* (46). The original data can be used to test a new implication of a theory, "as long as the implication does not 'come out of' the data but is a hypothesis independently suggested by the theory or a different data set" (30).

35. *The theory should generally not be reformulated after analyzing the data.* "Ad hoc adjustments in a theory that does not fit existing data must be used rarely . . . " (21).
    a. *If the theory is reformulated by making it more restrictive, retest it with new data.* If a theory is modified after analyzing the data, researchers "can make the theory less restrictive (so that it covers a broader range of phenomena and is exposed to more opportunities for falsification), but [they] should not make it more restrictive without collecting new data to test the new version of the theory" (22, italics omitted).

## Anticipating the Discussion of *DSI*'s Framework

Subsequent chapters in the present volume provide alternative perspectives on quantitative and qualitative methods, making central reference to the framework offered by *DSI*. This final section of chapter 2 anticipates the assessment presented in the following chapters.[24] As can be seen in table 2.2, we organize the discussion with reference to specific guidelines. Some aspects of *DSI*'s framework evoke agreement, whereas for others there is disagreement.

### I. Areas of Convergence

a. *Broad Convergence.* The chapters in this volume strongly endorse the overall goal of developing shared standards for descriptive and causal inference. This convergence once again calls attention to the contribution made by *DSI* in focusing scholarly attention on such standards.

b. *Specific Points of Convergence.* Many of *DSI*'s suggestions are not challenged or reevaluated. The recommendation to move beyond the uniqueness of

---

[24]Whereas the last section in chapter 1 above summarizes the arguments chapter by chapter, the organization here is thematic.

**Table 2.2. Anticipating the Debate on *Designing Social Inquiry***

| Evaluation of *DSI*'s Contribution and Selected Examples Drawn from Guidelines Presented in Chapter 2 | Examples of Relevant Chapters in the Present Volume |
|---|---|
| **I. Areas of Convergence** | |
| a. Broad Convergence. Consensus on importance of standards for good descriptive and causal inference. | All Chapters |
| b. Specific Points of Convergence. Consensus that *DSI* offers much valuable advice with direct practical application in social science research (2, 3, 4, 5, 7, 12, 12b, 14, 16, 25, 31b/c/d, 33). | All Chapters |
| **II. Areas of Divergence** | |
| a. Extensive Treatment of Causal Inference, but Insufficient Attention to Its Logical Foundations. Greater attention needed to adequately address the obstacles faced in causal inference based on observational data (10, 26, 28, 29, 31, 31a/b/c/d/e, 32). | Brady, Bartels, Ragin, McKeown, Chapter 13 |
| b. Important Issues Are Noted, but Seriously Neglected. Valuable advice is discussed briefly, but this advice must play a far more central role in research design (8, 9b/c, 12a–ii, 17, 21, 22). | Brady, Rogowski, Collier, Mahoney, and Seawright, Ragin, McKeown |
| c. Regarding Key Advice, Practical Application May Not Be Feasible. Some advice may be hard to apply, not only in qualitative, but even in quantitative, research (13, 18, 23, 26, 28c, 31). | Brady, Bartels, Munck, McKeown, Chapter 13 |
| d. Idea of Trade-Offs Is Mentioned, but Not Recognized as a Central Issue. Trade-offs among methodological goals must be a central concern in designing research (4a, 6b, 9, 9a, 11, 12a, 19, 27, 30a, 31, 34, 35, 35a). | Brady, Bartels, Rogowski, Collier, Mahoney, and Seawright, Munck, Ragin, Tarrow, Chapter 12, Chapter 13 |
| e. Independent Contribution of Qualitative Tools Is Undervalued. Qualitative analysts have developed valuable tools that must to a greater degree be taken seriously on their own terms (1, 10, 13, 15, 17, 21, 22, 24, 30, 31). | Rogowski, Collier, Mahoney, and Seawright, Munck, Ragin, McKeown, Tarrow, Chapter 13, Appendix |

cases by extracting analytically relevant features (guideline no. 16 above) articulates a fundamental priority in social science research. *DSI*'s suggestion to distinguish between cases and observations (no. 7) and the discussion of descriptive and causal inference (nos. 14, 25) have given some qualitative researchers a useful new vocabulary. As noted earlier in this chapter, part of the advice about selection bias is quite nuanced, in that *DSI* recognizes the importance of nonrandom sampling in the context of small-N research. Rather than offering the excessively limiting recommendation that scholars should not select on the dependent variable, the book suggests how sampling on the dependent variable is best carried out (no. 12). Replicability (no. 33) is certainly a widely held goal in the social sciences,[25] and other areas of agreement likewise emerge, as indicated in the table.

## II. Areas of Divergence

In a number of other areas, the authors in the present volume raise questions about *DSI*'s recommendations.

a. *Extensive Treatment of Causal Inference, but Insufficient Attention to Its Logical Foundations. DSI* is on the right track in pushing analysts to consider the assumptions that constitute the logical foundations of inference. However, the book's presentation of methodological norms falls short in helping scholars include the right variables, exclude the wrong ones, and more generally design their research and specify their models appropriately.

*DSI*'s suggestion that researchers systematically search for and include relevant omitted variables (no. 28) usefully raises the issue of confounding variables, but does not say enough about which kinds of omitted variables ought to be included and which should be excluded. The recommendation that researchers exclude irrelevant explanatory variables (no. 29) leaves the same kinds of questions unanswered: How, exactly, should analysts distinguish between relevant and irrelevant explanatory variables before making a causal inference? Likewise, the advice that analysts should avoid endogeneity (no. 31) does too little to help researchers understand the substantive and theoretical reasons that endogeneity might or might not be a problem in a particular context. The specific techniques for addressing problems of endogeneity (nos. 31a–e) are valuable in pushing analysts to seek solutions to these problems, but much more needs to be said about the rather stringent assumptions behind these techniques.

Overall, *DSI* appears to embrace the proposition that these key problems of causal inference have been largely solved in mainstream quantitative research, and that, by extension, qualitative researchers should come as close as they can to adopting these solutions. By contrast, as argued by Brady and Bartels and in chap-

---

[25]Gary King has played a central role in subsequent debate on this issue. See *PS: Political Science and Politics* (1995) and *APSA-CP* (1996).

ter 13 in the present volume, we are convinced that causal inference—not only in qualitative but also in quantitative research—is often problematic. Related issues of the logical foundations of inference are addressed by Ragin and McKeown.

*DSI* simply does not confront these difficulties squarely. The book does not give adequate recognition to problems of causal inference created by omitted variables and endogeneity. These issues are not easily resolved, even with advanced quantitative techniques. Consequently, causal inference, even with a large N, is often problematic. Hence, the applicability of *DSI*'s methodological framework for causal inference in qualitative research remains doubtful.

b. *Important Issues Are Noted, but Seriously Neglected. DSI* mentions some key issues once or perhaps twice, yet some authors in the present volume consider them to be fundamental problems in the design of research that require far more attention. For example, *DSI* does cite Lieberson's (1985: chap. 5) incisive discussion of the need to focus empirical analysis on the range of variation relevant to the theory (no. 8); *DSI* also refers to using strong theory to address the problem of indeterminacy (no. 9b). Likewise, *DSI* notes that situating observations within a larger research program can help address the small-N problem (indeterminacy) and the problem of no-variance designs (nos. 9c, 12a–ii). Further, the book does mention the importance of knowing the context of research and of seeking validity and reliability in measurement (nos. 17, 21, 22). However, although these topics are noted briefly, they require much greater attention, given that *DSI* aims to provide a balanced set of recommendations for research design. These themes are explored below in the chapters by Brady, Rogowski, Collier, Mahoney, and Seawright, Ragin, and McKeown.

c. *Regarding Key Advice, Practical Application May Not Be Feasible.* Many of *DSI*'s guidelines offer potentially useful methodological recommendations, yet authors in the present volume are concerned that it sometimes may not be feasible to apply this advice. For example, *DSI* usefully suggests that researchers pay close attention to the implications of measurement error for causal inference (no. 23). However, as Bartels argues, current statistical knowledge suggests that it can be difficult to know what those consequences are, even in quantitative research. Likewise, it is probably good advice to suggest that, in contexts where good causal inference is difficult, it is preferable to stick to good descriptive inference (no. 18). Yet this advice runs against the prevailing intellectual orientation within political science (and in *DSI*), where causal inference is strongly privileged over descriptive inference. As Brady and McKeown argue in the following chapters, more reflection is needed on the proper relation between descriptive and causal inference.

Returning to the topic of endogeneity (no. 31), we find it useful to raise this issue, but it is also valuable to be candid about the fact that it can be exceedingly hard to address this problem, in either qualitative or quantitative research. Finally, the priority of demonstrating that the assumptions underlying causal inference are met in a given context of research (no. 26) is obviously important—as discussed in

the present volume by Munck and in chapter 13—but little attention is devoted to exploring how this is to be done. In many contexts, it is simply not possible to demonstrate that these assumptions are met.

d. *Idea of Trade-Offs Is Mentioned, but Not Recognized as a Central Issue.* *DSI* pays insufficient attention to trade-offs, failing to recognize that they are an overarching issue in research design. Trade-offs are a central theme in the chapters below. As discussed in this volume by Brady and Bartels, and in chapters 12 and 13, the mandate to increase the number of observations—for the purpose of strengthening falsifiability, increasing leverage, and addressing indeterminacy and multicollinearity (nos. 4a, 6b, 9a, 30a)—may make it harder to achieve other important goals, such as maintaining independence of observations, measurement validity, and causal homogeneity.

Next, as emphasized by Brady and in chapter 12 of this volume, while working with concrete and observable concepts (no. 19) certainly makes measurement easier, many theories depend on abstract concepts that are well worth measuring, even if it is not easy to do so. An obvious example is the concept of causation. *DSI* (76, 79) in fact recognizes it as an abstract, theoretical concept, and much of the book is devoted to discussing how best to measure it. Many other indispensable concepts are likewise hard to measure.

Additionally, the idea of a determinate versus indeterminate research design (no. 9) raises the important issue of having a sufficient number of observations to adjudicate among rival explanations; yet, as chapter 13 in the present volume argues, this distinction creates the misleading impression that research designs based on observational, as opposed to experimental, data can really be determinate—which is not the case. Indeed, causation can generally only be inferred in observational studies if the researcher imposes several restrictive assumptions, which may be difficult to test or even to defend.

Finally, as argued by Rogowski, and by Collier, Mahoney, and Seawright, the warning against designs that lack variance on the dependent variable (no. 12a) must be weighed against the analytic gains that can derive from closely analyzing positive cases of a given phenomenon, especially if little is known about it.

Other recommendations made by *DSI* also involve trade-offs. These recommendations involve issues of inductive analysis, endogeneity, and complexity. From one point of view, the injunctions against the post hoc reformulation and testing of hypotheses (nos. 34, 35, 35a) make good sense, in that it weakens the power of statistical tests. However, as Ragin, Munck, and Tarrow argue, for qualitative researchers the refinement of theory and hypotheses through the iterated analysis of a given set of data is an essential research tool, and researchers lose other aspects of analytic leverage by not employing it.[26] Indeed, quantitative stud-

[26] *DSI* does discuss the interaction between theory and data, but within the framework of arguing that any further test of the theory should be undertaken with *new* data (*DSI* 21, 46).

ies regularly follow a similar path. When quantitative researchers analyze observational data, they almost never conduct one test of the initially hypothesized statistical model and then stop. Rather, they routinely carry out elaborate specification searches, involving iterated attempts to find an appropriate fit between models and data. For this reason, a major literature within econometrics has discussed procedures and tools that help quantitative researchers conduct their specification searches in a disciplined manner. This literature recognizes that the quantitative analysis of observational data routinely involves an iterated, partly inductive, mode of research.

A closely related point concerns data mining. Indiscriminate data mining is a bad idea, and the statement that selecting relevant explanatory variables requires theory is uncontroversial (no. 27). However, as just noted, all research has an inductive component, and we should not foreclose the possibility of accidental discoveries. The challenge is to be open to such discoveries that are not anticipated by our theory; yet at the same time to avoid the atheoretical, indiscriminate pursuit of new hypotheses, which may lead to findings that are not analytically meaningful.

Finally, returning to the issue of endogeneity (no. 31), selecting cases so as to avoid this problem makes sense in that it facilitates causal inference. Yet this priority absolutely should not preclude, for example, looking at processes of change over time, where endogeneity is commonly present. Given the larger intellectual movement in recent decades toward the historicization of the social sciences, scholars who study causal processes over a long time horizon must routinely treat endogeneity as a problem to be confronted, rather than avoided.

e. *Independent Contribution of Qualitative Tools Is Undervalued. DSI* pays insufficient attention to the independent contributions of qualitative tools, sometimes too quickly subordinating them to a quantitative template. *DSI* makes an interesting argument that quantitative/formal work and interpretation are *similar* in an important respect: both simplify drastically, compared to the full complexity of reality (no. 15). While this is true, for the researcher trying to learn about the distinctive strengths of alternative methodological approaches, the dissimilarity of interpretation and quantitative/formal analysis is a far more central concern, a theme that arises in chapter 13 below. *DSI*'s framing inappropriately deemphasizes the contributions of interpretive work, and of other qualitative approaches, to goals that a regression-oriented framework addresses much less successfully—including concept formation and fine-grained description.

Qualitative researchers also have distinctive perspectives on causal heterogeneity (no. 10). It is a central component within Ragin's framework, and Tarrow shows how qualitative methods provide valuable tools for explaining transitions and nonlinearity that have been discovered through quantitative analysis. With reference to separating the systematic and the random components of phenomena (no. 24), Munck suggests that qualitative researchers may approach this issue by employing insights about causal mechanisms and the larger research context. Iso-

lating the systematic components can, in turn, provide a substitute for statistical control by eliminating the variance on the dependent variable caused by factors outside the focus of the analysis.

Finally, and most importantly, *DSI*'s arguments about strengthening causal inference through increasing the number of observations can be refined by recognizing the importance of different kinds of observations: that is, data-set observations and causal-process observations, a distinction introduced in chapter 1 above and explored at length in chapter 13 and in the appendix. Utilizing this distinction makes it easier to recognize the valuable leverage in causal inference that derives from within-case analysis—which has been a long-standing focus in discussions of qualitative methods and is an important concern in the chapters below by Rogowski, Collier, Mahoney, and Seawright, Munck, and McKeown, as well as in Tarrow's discussion of triangulation. *DSI* notes these procedures, but the book prematurely seeks to subordinate them to the standard tools of quantitative inference (*DSI* 85–87, 226–28).

To conclude, *DSI* articulates a clear summary of the mainstream quantitative framework in social science. At the same time, the book seeks to impose this framework on other kinds of research. In the process, *DSI* loses sight both of major weaknesses in the quantitative template and of many strengths that have made other tools worth developing in the first place. *DSI*'s arguments have stimulated scholars to rethink both the quantitative and qualitative traditions. Based on this rethinking, the chapters below seek to present a more balanced view of methodology and research design.