**EXH. 14**


rethinking social inquiry
Diverse Tools, Shared Standards
Edited by henry e. brady
and david collier
*
x

# Rethinking Social Inquiry

## *Diverse Tools, Shared Standards*

EDITED BY HENRY E. BRADY AND DAVID COLLIER

ROWMAN & LITTLEFIELD PUBLISHERS, INC.
*Lanham • Boulder • New York • Toronto • Oxford*

ROWMAN & LITTLEFIELD PUBLISHERS, INC.

Published in the United States of America
by Rowman & Littlefield Publishers, Inc.
A wholly owned subsidiary of The Rowman & Littlefield Publishing Group, Inc.
4501 Forbes Boulevard, Suite 200, Lanham, MD 20706
www.rowmanlittlefield.com

P.O. Box 317, Oxford OX2 9RU, UK

Copyright © 2004 by Rowman & Littlefield Publishers, Inc.

*All rights reserved.* No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior permission of the publisher.

British Library Cataloguing in Publication Information Available

**Library of Congress Cataloging-in-Publication Data**

Rethinking social inquiry : diverse tools, shared standards / edited by Henry E. Brady and David Collier.
p. cm.
Includes bibliographical references and index.
ISBN 0-7425-1125-1 (cloth : alk. paper) — ISBN 0-7425-1126-X (pbk. : alk. paper)
1. Social sciences—Research. 2. Social sciences—Methodology. I. Brady, Henry E. II. Collier, David, 1942–
H62.R4646 2004
300'.72—dc22
2004008240

Printed in the United States of America

# Brief Contents

List of Figures and Tables xv
Preface xvii

**I. Introduction** 1

1. Refocusing the Discussion of Methodology 3
*Henry E. Brady, David Collier, and Jason Seawright*
2. The Quest for Standards: King, Keohane, and Verba's *Designing Social Inquiry* 21
*David Collier, Jason Seawright, and Gerardo L. Munck*

**II. Critiques of the Quantitative Template** 51

3. Doing Good and Doing Better: How Far Does the Quantitative Template Get Us? 53
*Henry E. Brady*
4. Some Unfulfilled Promises of Quantitative Imperialism 69
*Larry M. Bartels*
5. How Inference in the Social (but Not the Physical) Sciences Neglects Theoretical Anomaly 75
*Ronald Rogowski*
6. Claiming Too Much: Warnings about Selection Bias 85
*David Collier, James Mahoney, and Jason Seawright*

**III. Qualitative Tools** 103

7. Tools for Qualitative Research 105
*Gerardo L. Munck*

8. Turning the Tables: How Case-Oriented Research Challenges Variable-Oriented Research 123
*Charles C. Ragin*

9. Case Studies and the Limits of the Quantitative Worldview 139
*Timothy J. McKeown*

**IV. Linking the Quantitative and Qualitative Traditions** 169

10. Bridging the Quantitative-Qualitative Divide 171
*Sidney Tarrow*

11. The Importance of Research Design 181
*Gary King, Robert O. Keohane, and Sidney Verba*

**V. Diverse Tools, Shared Standards** 193

12. Critiques, Responses, and Trade-Offs: Drawing Together the Debate 195
*David Collier, Henry E. Brady, and Jason Seawright*

13. Sources of Leverage in Causal Inference: Toward an Alternative View of Methodology 229
*David Collier, Henry E. Brady, and Jason Seawright*

Appendix
Data-Set Observations versus Causal-Process Observations: The 2000 U.S. Presidential Election 267
*Henry E. Brady*

Glossary 273
*Jason Seawright and David Collier*

Bibliography 315

Subject Index 339

Name Index 347

Contributors 355

Acknowledgment of Permission to Reprint Copyrighted Material 361

# Claiming Too Much:
## Warnings about Selection Bias

*David Collier, James Mahoney, and Jason Seawright*

How well do the tools and insights of mainstream quantitative methods[1] serve as a template for qualitative analysis? The present chapter addresses this question by evaluating forceful warnings about selection bias that have been offered, from a quantitative perspective, to qualitative researchers. Specifically, we discuss warnings about bias in studies that deliberately focus on cases with extreme values on the dependent variable. Assessing these warnings provides an opportunity to examine the leverage gained, as well as the pitfalls encountered, in applying insights about quantitative methods to qualitative investigation.

Within the quantitative tradition, selection bias is recognized as a challenging problem of inference. James Heckman's (1976, 1979) widely known research on this topic, and his Nobel Prize in economics for this work, underscore the impor-

Mark I. Lichbach provided insightful suggestions about the version of this material earlier published in the *American Political Science Review*.

[1]Mainstream quantitative methods are understood here as strongly oriented toward regression analysis, econometric refinements on regression, and the search for alternatives to regression models in contexts where specific regression assumptions are not met.

tance of selection bias.[2] In light of the effort that has gone into exploring this problem, it is perhaps not surprising that selection bias is a complex issue, the nature of which is not intuitively obvious for many scholars.[3]

This chapter first briefly reviews these warnings about selection bias, as well as counterarguments to these warnings that have been presented by various researchers. We then turn to an extended discussion of the role of selection bias in qualitative research. We provide an overview of how selection bias works in regression analysis, and then draw on these insights to discuss its role in qualitative investigation. We find that selection bias does pose a problem in qualitative *cross-case* analysis, but that *within-case* analysis need not be subject to this form of bias. We then consider the implications for different types of comparisons, including no-variance designs. Overall, we are convinced that the warnings about selection bias have inappropriately called into question the legitimacy of case-study research.

## Do the Warnings Claim Too Much?

Qualitative analysts in political science have received stern warnings that the validity of their findings may be undermined by selection bias. King, Keohane, and Verba's *Designing Social Inquiry* (hereafter *DSI*) identifies this form of bias as posing important "dangers" for qualitative research (116). In extreme instances, its effect is "devastating" (130). Further, "the cases of extreme selection bias—where there is by design no variation on the dependent variable—are easy to deal with: avoid them! We will not learn about causal effects from them" (*DSI* 130). The book's recommendations echo advice offered by Achen and Snidal, who view such bias in comparative case studies as posing the risk of "inferential felonies" that, again, have "devastating implications" (1989: 160, 161). Similarly, Geddes explores the consequences of "violating [the] taboo" against selecting on the dependent variable, which is understood to be a central issue in selection bias, and she sees such bias as a problem with which various subfields are "bedeviled" (1991: 131; see also Geddes 2003).

Among the circumstances under which selection bias may arise in qualitative research, these critics focus on the role of deliberate case selection by the investigator. In particular, the critics are concerned about decisions by some researchers to restrict attention to extreme outcomes, for example, revolutions, the onset of

---

[2]The focus in this chapter is selection bias in causal inference, as this problem has been discussed in the econometrics literature. Achen's (1986) carefully crafted book played a key role in introducing these ideas into political science. Selection bias deriving from survey nonresponse is also a long-standing issue in research on public opinion and political behavior.

[3]In addition to Heckman (1976, 1979, and 1990b), work in this tradition includes Maddala (1983), Achen (1986), and Manski (1995), as well as standard reference book and textbook treatments such as Heckman (1990a) and Greene (2000: chap. 20).

war, and the breakdown of democratic regimes. This focus on extreme cases is a well-established tradition in case-study research; the justification for this focus is that it provides a better opportunity to gain detailed knowledge of the phenomenon under investigation. This same justification applies to a closely related case-selection strategy: concentrating on a narrow range of variation, involving cases that all come close to experiencing the outcome of interest. For example, scholars may focus on serious crises of deterrence as well as episodes of all-out war, but excluding more peaceful relationships.

However, this case-selection strategy that makes sense from the perspective of many qualitative researchers poses a major problem from the standpoint of scholars concerned with selection bias. According to these critics, if researchers thus "truncate" on the dependent variable by focusing only on extreme values, it leaves them vulnerable to error that is systematic and potentially devastating. The impressive tradition of work on regression analysis and related techniques lends considerable weight to this strong claim. This advice may also seem compelling because a straightforward solution suggests itself: simply focusing on a full range of cases. Hence, qualitative researchers may be tempted to conclude that these warnings about selection bias constitute valuable methodological advice.

Notwithstanding the legitimacy of the methodological tradition that stands behind these warnings about selection bias, several scholars argue that these critiques have serious limitations. We briefly note such counterarguments before turning to the main focus of this chapter—that is, the implications of selection bias for qualitative research. At a broad level, Brady (55–56, 59–62 this volume) and Bartels (71–73 this volume) express concern that *DSI* at times exaggerates the capacity of quantitative researchers to address methodological problems within their own tradition of research, that *DSI* makes important mistakes in applying quantitative ideas, and that the book needs to be considerably more cautious in applying, to qualitative analysis, advice from a quantitative perspective. For example, Brady (67 n. 17 this volume) and Collier (1995a: 463) note that at a key point, *DSI* (126) confounds selection bias with conventional sampling error. The arguments of Stolzenberg and Relles suggest that these insights from Brady and Bartels very much apply to warnings about selection bias. Writing about quantitative sociology, Stolzenberg and Relles (1990) argue that selection bias is not as serious a problem as some have claimed; that some statistical corrections for selection bias create more problems than they solve; and that, among the many problems of quantitative analysis, selection bias does not merit special attention.

A related argument, presented by Rogowski (77–83 this volume), suggests that constraining research design according to the norms suggested by critics concerned with selection bias may distract from a major, alternative priority: that is, zeroing in on theoretically crucial cases, which can provide decisive tests of theories. Though Rogowski's arguments are debated (King, Keohane, and Verba, 188–91 this volume; see also 198 this volume), it is clear that warnings about selection bias raise complex issues about contending analytic goals.

Finally, concern has been expressed about procedures for detecting and overcoming selection bias. Writing on this form of bias is sometimes based on the assumption that a given set of cases is analyzed with the goal of providing insight into a well-defined larger population. Yet the nature of this larger population may be ambiguous or in dispute, and addressing the question of selection bias before establishing an appropriate population puts the cart before the horse. Hence, if scholars claim that inferences from a given data set suffer from selection bias on the basis of comparison with findings derived from a broader set of cases, the relevance and plausibility of this claim is dependent on the appropriateness of the broader comparison. Moving to this broader set of cases can under some conditions help evaluate and address selection bias—but sometimes at the cost of introducing causal heterogeneity, which is also a major problem for causal inference (Collier and Mahoney 1996: 66–69). Apart from the question of causal homogeneity, a long-standing tradition of research underscores the contextual specificity of measurement (Verba 1971; Adcock and Collier 2001). If the measures employed are not appropriate across the broader comparison, different findings in the sample and population might be due to problems of descriptive inference, again yielding at best an ambiguous evaluation of selection bias.

These warnings and skeptical responses suggest that selection bias is indeed a complex topic and that each aspect of this methodological problem must be analyzed with great care. In that spirit, we now seek to explore the implications of selection bias for qualitative research. To do so, we first review key points in the argument about why selection bias occurs in regression analysis.

## Selecting Extreme Values on the Dependent Variable: Why Is It an Issue?

In regression analysis, selecting cases that have extreme values on the dependent variable—that is, truncation—does indeed lead to biased estimates of causal effects. This problem is one aspect of the general issue of selection bias, which is systematic error in causal inference that derives from the selection processes through which the data are generated, and/or through which the researcher's access to the data may be filtered.[4] The assertion that the error is systematic means that the expected value of the error in estimating causal effects is not zero. The bias, which can be dramatic, is not just a coincidence, nor does it result from peculiarities in a particular data set. It might not always occur, but it is expected to occur. We now illustrate the problem of deliberate truncation on the dependent vari-

[4] For a further discussion of these alternative selection and filtering processes, see 209–13 this volume.

able.[5] For the purpose of this example, the discussion focuses on the bivariate case, with only one independent variable.[6]

## An Example

Let us assume that a group of scholars is engaged in extending the ideas in Putnam's (1993) *Making Democracy Work*, seeking to pursue Putnam's argument that civicness[7] is a key cause of good performance by regional governments at the subnational level. These scholars base their analysis on a comparison of hundreds of regional governments located in different European countries. With the goal of gaining deeper insight into high-performance governments, they decide to focus only on high-performance cases, thereby truncating their sample. At the same time, these scholars believe that measurement validity and causal homogeneity hold for their entire sample. Hence, the full set of cases is treated here as a benchmark for evaluating inferences from the truncated sample.

Figure 6.1, which is based on simulated data,[8] shows how truncation can change a bivariate relationship. The figure displays the full range of cases, with the government performance score ranging from zero to two hundred. Within this set of cases, the (unstandardized) slope[9] of .73 would commonly be interpreted as reflecting a strong relationship between civicness and government performance. This slope corresponds to the solid regression line in the figure.

---

[5]*DSI* (130–32) centers its discussion of selection bias on a parallel example.

[6]With more than one independent variable, the effects of selection bias are essentially identical to the effects in the bivariate case. All slopes associated with the independent variables will, on average, be flattened (Greene 2000: 902). In *DSI*'s (130) terms, regression results that are subject to selection bias thus form a "lower bound" for the true effects. The uniform effect of selection bias on all independent variables in multivariate analysis contrasts, for example, with the impact of measurement error. If one independent variable is measured with error in a multivariate regression, the consequences for other independent variables are complex and may involve an increase or a decrease in the corresponding slopes, or even a reversal of their signs. See Bartels (72–73 this volume).

[7]Putnam (1993: chaps. 3–4, esp. 85, 98–99). His term is actually "civic-ness" (99).

[8]Monte Carlo data are used here to produce a figure that would make the patterns under discussion as clear as possible. The same basic result occurs with real-world data, for example, in standard regressions of democracy on level of economic development. The data in figure 6.1 were generated randomly, with a slope of .73 and a normally distributed error term with a variance of 27.

[9]In this chapter, when we refer to the "slope" we mean the unstandardized slope. Achen (1977: 807; 1982: 68–71) played a key role in pushing political scientists to focus on the unstandardized slope, as opposed to the correlation or the standardized slope, as a basis for causal inference. The unstandardized slope is not affected by truncation on the independent variable.

A striking contrast emerges here. If we narrow the focus to the high-performance governments located in the upper part of the figure with scores between 120 and 200—that is, if we truncate on the dependent variable—the slope is flattened dramatically, from .73 to .28 (see the dashed regression line in the figure). This drop in the slope is not due to idiosyncratic features of the data set. With an exclusive focus on cases with high scores on government performance, a drop in the slope is expected to occur. Consequently, if the flatter slope for the upper part of the figure is used to estimate the slope for the full distribution of cases, that inference will suffer from selection bias. This reduced slope also provides a misleading estimate for the importance of civicness even among the high-performance cases. Given the dramatic change in the slope that results from truncation in regression analysis, it is easy to understand why this topic has commanded considerable methodological attention.

Selecting cases toward the lower end of the dependent variable also creates bias. By contrast, with truncation on an explanatory variable, as long as one is dealing with a linear relationship, the slope on average does not change. In light of these considerations, methodologists have focused their critiques on designs that restrict the range of the dependent variable.

## Understanding Why Selection Bias Results from Truncation

Why does truncation in figure 6.1 bias causal inference? Among cases included in this truncated sample, in relation to particular values of the explanatory variable *X*, the dependent variable *Y* is not free to assume any value. Rather, toward the left side of the figure,[10] where the values of *X* are smaller, the truncated sample favors cases above the original regression line. As *X* becomes larger and passes approximately 130, cases below the original regression line start to be included, and the proportion of cases well above the regression line declines. On the right side, the truncated sample comes to resemble the original sample.

A closer examination of figure 6.1 will further clarify this pattern. Consider the cases with a civicness score of between zero and fifty. Among this large number of cases, only two are included in the truncated sample. Both cases are far above the original regression line, more so than any other case in the entire data set. As civicness increases, the average distance above the original regression line decreases among cases in the truncated sample. Among the cases with civicness

---

[10]In the following pages, we refer periodically to the left and right sides of the figure. This discussion presumes that the slope of the original regression line is positive, and that the analyst has truncated to include only cases with high values on the dependent variable. If the original regression line instead has a negative slope, or if cases with low values on the dependent variable have been chosen, the observations about the left and right sides would be reversed. But the basic argument would remain unchanged.

**Figure 6.1. Illustration of Selection Bias Resulting from Truncation**




Original regression line for the full set of cases. Slope=.73

New regression line for truncated sample. Slope=.28

Truncation line, Y=120

(A) and (B) are data points discussed in the section on cross-case analysis.

Based on simulated data prepared by the authors.

scores of between fifty and one hundred, a dozen cases are included in the truncated sample. While all these cases are above the original regression line, and most are fairly far above it, several are considerably closer. Among cases with a level of civicness between 100 and 150, a few dozen make it into the truncated sample. Although some of these are well above the original regression line, many are reasonably close to that line, and three are actually below it. Finally, for the cases with scores on civicness between 150 and 200, all but 16 are included in the truncated sample. These cases are both above and below the original regression line, and some are relatively far below that line.

Truncation thus creates a negative relationship between the independent variable ($X$) and the error term. By error term, we mean here the distance above the original regression line for the cases included in the truncated sample (with cases below the line counting as negative errors). A "negative relationship between $X$ and the error term" means that to the extent values on $X$ are low, we tend to find large positive errors. A crucial limitation of standard regression analysis is that it has no way to distinguish between this negative relationship, which is due to truncation, and the true relationship between the independent and dependent variables. Rather, regression analysis conflates the two, resulting in a reduced slope.

To summarize, selection bias results from the interplay among three elements. Truncating on (1) the dependent variable produces selection bias by creating a negative relationship between (2) the independent variable and (3) the error term, thereby flattening the slope for the truncated sample.[11]

## Selection Bias in Qualitative Research

What is the relevance of these ideas about selection bias for qualitative research? On the one hand, this form of bias may be a generic problem that extends well beyond regression analysis. On the other hand, qualitative research might be carried out in a sufficiently different way that selection bias becomes another kind of issue, or is perhaps not an issue at all.

To address this question, we consider two contrasting forms of qualitative research: cross-case analysis and within-case analysis. In cross-case analysis, the research focuses on instances of the outcome being studied that are located in two or more different cases. A diverse set of examples could include paired comparisons, as in Dreze and Sen's (1989) effort to explain contrasts between China and India in the achievement of human welfare; the comparison of a dozen cases, as in Haggard and Kaufman's (1995) comparative-historical analysis focused on the political and economic consequences of transitions to democracy under different economic conditions; and a medium-N study, as in Wickham-Crowley's (1992:

---

[11]In those rare instances where there is no scatter around the regression line—that is, where there is no error term—the cases in the truncated sample should have the same slope as the overall sample, and selection bias simply does not arise.

302–26) study of revolutionary movements in twenty-six Latin American countries, in which revolutionary movements are the outcome to be explained. Although these studies do look at "internal" evidence (from within the cases), they have a strong focus on cross-case evidence, involving one observation for each case on the main dependent variable, as well as on various independent variables. This form of data may be called data-set observations.[12]

By contrast, within-case analysis is concerned with diverse forms of internal evidence about causation that are brought to bear on explaining a single, overall outcome within that case. This approach is identified with a methodological tradition in the social sciences that dates back at least to the 1940s. Lazarsfeld, in an early statement on tools for qualitative analysis, uses the label "discerning," and he specifically emphasizes that, within the framework of a larger comparative study, discerning seeks to "isolate the causes of a single event" (1940: preface). Subsequent labels have included Barton and Lazarsfeld's (1969 [1955]: 184–87) "process analysis," Smelser's (1968: 72–73; 1976: 217–18) "intra-unit" or "within-unit comparison," Campbell's (1975: 181–82) "pattern matching," George's (1979b: 113–14) "process tracing," Dessler's (1991: 342–46) "causal theory," Sewell's (1996: 261) "causal narrative," Bates, Greif, Levi, Rosenthal, and Weingast's (1998) "analytic narratives," and Hall's (2003: 391–95) "systematic process analysis."

In contemporary qualitative research, such internal evidence is routinely used to evaluate hypotheses about the overall outcome in the case or cases under study. This could, for instance, involve using multiple sources of internal evidence to test explanations concerning the decline of a labor union, the successful reform initiatives of a government agency, or the fragmentation of a political party. Examples discussed in the literature on selection bias include in-depth studies of large-scale events such as wars, revolutions, and national economic competitiveness (Collier and Mahoney 1996). As just noted, Dreze and Sen, Haggard and Kaufman, and Wickham-Crowley combine cross-case analysis with internal evidence in assessing explanations of the national-level outcomes they are studying. When they use within-case analysis, these scholars maintain their focus on the original dependent variable: the outcome to be explained is, for example, a lower level of national welfare, strong authoritarian influence in a democratic transition, or revolution. Diverse forms of evidence may be introduced through within-case analysis, but the focus is still on explaining a single outcome. The evidence employed here may be characterized as "causal-process observations."[13]

---

[12] See 12 and 252–64 in the present volume (chaps. 1 and 13).

[13] See again 12 and 252–64 in the present volume (chaps. 1 and 13). An illustration of causal-process observations, which demonstrates their contribution to resolving an important controversy about the 2000 presidential election in the United States, is presented in the appendix.

This mode of within-case analysis should not be confused with an alternative approach, in which the researcher looks at multiple instances of the dependent variable and the independent variables in different subunits (spatial or temporal) of the original case. Time-series regression analysis is an example of this type of within-case analysis, which in effect becomes cross-case analysis. By contrast, in the present chapter, when we refer to "within-case analysis," we mean analysis based on causal-process observations.

## Cross-Case Analysis and Selection Bias

Qualitative, cross-case analysis shares important similarities with basic ideas of regression. Obviously, qualitative studies do not generally employ numerical coefficients and quantitative tests. Yet qualitative researchers carrying out cross-case analysis can, in some respects, be seen as doing "intuitive regression," and correspondingly, the issue of selection bias arises. Let us explain.

Consider, in relation to figure 6.1, the situation in which qualitative researchers engaged in cross-case analysis are carrying out paired comparisons. For example, if they focus on Governments A and B in the figure, they may note that the substantial difference in government performance between the two cases corresponds to a notable difference in civicness. Reasoning in terms of such differences or magnitudes is an important part of the practice of qualitative research—as in George and McKeown's (1985: 29–34) "congruence" procedure for case-study analysis, which places a single case in comparative perspective and depends on judgments about the magnitude of differences among cases. Such reasoning is employed in many small-N comparisons.[14]

If researchers examine cross-case differences, focusing on Governments A and B, they may reasonably conclude that civicness is an important causal factor. Indeed, if they have the actual scores for the two cases, they might even place these cases in a diagram like figure 6.1 and draw a line through them to summarize the relationship. Such a line would be parallel to the original regression line, suggesting that the strong relationship in the overall data set is reflected in the comparison of this particular pair of cases.

Using this idea of paired comparisons, we now illustrate the impact of truncation in qualitative, cross-case analysis. Consider the comparisons among all pairs of cases in the upper part of the figure, that is, located above the dotted truncation line. Although the relative position of the two cases within any particular pair varies greatly, on average a given increment in civicness is associated with a rela-

---

[14]For example, see again Dreze and Sen (1989), Haggard and Kaufman (1995), and Wickham-Crowley (1992). For a discussion of how reasoning at higher levels of measurement involving magnitudes (e.g., interval or ratio scales) may play a role in qualitative research, see 245, 249 this volume.

tively small increment in government performance. Hence, these paired comparisons generally suggest a misleadingly weak relationship between civicness and government performance. If these increments on the independent and dependent variable are summarized in terms of lines drawn through pairs of points, the slope of these lines, on average, corresponds to the flatter slope of the regression line for the truncated sample. This pattern points to a strong analogy between regression analysis and qualitative cross-case comparison, suggesting that such qualitative work may therefore be subject to selection bias.

The contrast between the finding derived from comparing A and B, as opposed to the full set of paired comparisons in the upper part of the figure, reflects a basic point about bias: it is error that may not always occur, but that is expected to occur. Correspondingly, for the paired comparisons among all the cases with scores on civicness of 120 and above, we find the basic pattern we would expect to find with selection bias: they will generally underestimate the relationship, even though the line drawn through some pairs may estimate it correctly. Thus, paired comparisons within the truncated sample are, on average, subject to selection bias. Further, by extension, this analogy to regression analysis is relevant not only to paired comparisons, but also to cross-case qualitative analysis that employs an N of more than two.

In sum, qualitative research can be subject to selection bias if it is based on cross-case analysis, considers multiple outcomes on the dependent variable for these cases, and focuses on a sample that is truncated vis-à-vis a larger comparison that is considered substantively meaningful.

## Within-Case Analysis and Selection Bias

Is within-case analysis likewise subject to selection bias? Two insights about selection bias in regression analysis, presented above, will help answer this question. The first insight concerns the finding that the regression slope for the truncated sample underestimates the main relationship between civicness and government performance. We ask whether this problem of underestimating the main relationship likewise arises for within-case analysis. Our answer is that selection bias is not a problem—because within-case analysis does not involve intuitive regression. Instead, it employs different tools of inference. The second insight is that truncated samples overrepresent a particular type of case—that is, cases located well above the original regression line in figure 6.1. Note, for example, that in the left half of figure 6.1, the fourteen cases in the truncated sample are all above the original regression line, and most are well above it. A scholar focused on these cases would be likely to emphasize the causal role of idiosyncratic factors. This concern leads to the following question: Does within-case analysis produce faulty inferences when it focuses specifically on these overrepresented cases? More broadly, does knowledge about the position of a given case toward the left

or right side of the figure help the analyst address this potential problem?[15] We focus on the analogy with regression analysis to demonstrate that within-case analysis involving causal-process observations in fact raises different issues.

*Evaluating the Causal Relationship*

Does within-case analysis based on a truncated sample underestimate the importance of civicness as an explanatory factor? We observed above that this occurs with regression analysis because it cannot distinguish the negative relationship between the independent variable and the error term from the true relationship between the independent and dependent variables. Standard regression analysis lacks tools for exploring causal effects other than examining relationships among variables across cases within the sample. Does this same problem arise for within-case analysis?

In fact, within-case analysis can sort out these relationships because it makes use of tools for causal inference—that is, causal-process observations—that do not depend on examining relationships among variables across cases. Consider the right side of the figure, where we find cases with high levels of civicness. The original regression line tells us that for these cases, civicness does have a major impact on government performance. Yet using regression analysis with the truncated sample, we will not arrive at this finding. However, if qualitative researchers can find evidence of the causal processes through which civicness operates, then in principle they can infer that civicness has a substantial causal effect.

How is this accomplished? Within-case analysis proceeds by evaluating evidence about the causal processes and mechanisms that link the independent variable to the dependent variable, looking for the specific ways that civicness alters the goals and decision-making constraints of political, social, and economic actors. For instance, it might be argued that civicness reduces the likelihood of violence (Putnam 1993: 112–13), which in turn creates greater incentives for productive public and private investment. If this argument is correct, then government decision makers in contexts of high civicness should view the level of violence as a decisive factor in decisions to invest in schools, roads, and other productive public services. In turn, a qualitative analyst using within-case analysis should be able to use interviews with decision makers and minutes of meetings to demonstrate the role of civicness in contributing to government performance. This would be true even if other variables, or some form of randomness, also have an important effect. Hence, these findings should not be subject to selection bias.

We may also ask what happens with cases that have lower levels of civicness but high levels of government performance, and are therefore located well above

---

[15]Whereas there are certainly cases well above the original regression line on the right side of the figure, on the left side all cases in the truncated sample are not only above the original regression line, but are far above it. Again, these conclusions about the left and right sides presume upper truncation and a positive slope.

the original regression line. These cases are the principal culprits in creating a negative relationship between the error term and the independent variable.

In fact, researchers should be able to conclude correctly that civicness is relatively unimportant in accounting for the outcome in these cases. The reason is that decision makers could report that the lack of civicness affected their goals and constraints, but that something else compensated for this. In the example discussed above, government leaders might state in interviews that concerns about violence had been a major argument against public investment—but that this argument was overcome by some other factor.

In sum, within-case analysis can consider evidence that, in effect, distinguishes between the causal effect of the independent variable and the error term. It does so by looking for evidence of the causal processes through which the independent variable has an impact. Hence, for cases with low levels of the independent variable that are located well above the original regression line, this kind of analysis can correctly conclude that the independent variable has little to do with the outcome.

Further, if researchers compare the results of the two hypothetical within-case analyses just discussed, they could conclude that civicness plays a major role in one case and little role in the other. These researchers could therefore make an appropriate inference about the overall relevance of civicness across the larger range of this independent variable. Because the inferences can distinguish between the effect of the independent variable and the error within each case, comparisons of effects across cases are not confounded with those errors. Thus, the basic problem of selection bias in regression analysis is avoided.

The point here is straightforward. When there is scatter around a regression line, truncation will tend to discriminate in favor of observations with particularly large errors, especially when the value of the independent variable is low. Regression does not distinguish between this pattern of discrimination and the actual causal relationship, so selection bias results. By contrast, in qualitative, within-case analysis, if the researcher does a careful job of sifting evidence, these features simply need not be operative. Hence, selection bias need not arise in this form of qualitative investigation.

*Atypical Cases and Overgeneralization*

The second concern in assessing whether within-case analysis is subject to selection bias is with problems that may arise in analyzing cases that are substantially above the original regression line. Let us explore how this might work in the Putnam example.

Consider the left side of figure 6.1. These cases may well have unusually high levels of government performance for idiosyncratic reasons.[16] Hence, scholars

[16]These high values of government performance might also be due to substantively important variables other than civicness. However, if omitted variables are statistically

carrying out a nuanced causal assessment based on within-case analysis might well uncover the role of idiosyncratic factors in one or a few such cases. The capacity to generate this finding reflects a distinctive strength of within-case analysis. However, these qualitative analysts might also make the mistake of concluding that these idiosyncratic factors play a major role in producing high performance in local governments more broadly, thereby overgeneralizing a finding based on a quite atypical sample. This kind of overgeneralization from case studies drawn from a truncated sample is a mistake in inference that Collier and Mahoney have called "complexification based on extreme cases" (1996: 71–72). Of course, generalization from one or a few cases is often problematic, due to conventional sampling error. But the risk may be intensified here because of the higher proportion of atypical cases in the truncated sample, a problem that is clearly related to selection bias.

By contrast, toward the right side of the figure, especially where civicness scores are above 150, nearly all cases from the original sample are included. In other words, cases that achieved high scores on government performance because of idiosyncratic factors are no longer overrepresented. While small-N inferences from the right side of the figure are still subject to sampling error, they are less prone to the mistake of erroneous overgeneralization and complexification of idiosyncratic findings. Hence, researchers can avoid the extra risk of overgeneralizing highly atypical findings associated with truncation if they choose cases with higher values of the independent variable.[17]

This section suggests two conclusions. First, within-case analysis focused on a truncated sample need not be subject to the bias that arises in regression analysis of underestimating the causal relationship. In other words, to reiterate, within-case, causal-process analysis is not intuitive regression. Second, truncation does overrepresent certain kinds of cases, and qualitative researchers must be particularly careful to avoid overestimating the general causal importance of context-specific factors on the basis of these cases.

---

related to civicness, the analysis suffers from omitted variable bias, in addition to potentially having problems of selection bias—which would make the example far more ambiguous. Because claims of statistical independence among macrolevel variables are generally unpersuasive, the example will emphasize idiosyncratic alternative explanations.

[17]Cases with high values on the independent variable can, of course, also have large errors vis-à-vis the original regression line, which may signal a substantial role for idiosyncratic patterns of causation. However, among cases with high levels of civicness in the truncated sample, large errors are essentially no more common than they are in the overall population. Therefore, while errors related to sampling may still occur, the extra risk of complexification discussed in the text is avoided. To address these issues, qualitative researchers must obviously be able to determine where a particular case falls on the civicness scale relative to the full distribution of cases.

## Stern Warnings about No-Variance Designs

Let us now return to the warnings about no-variance designs discussed in the introduction. The arguments concerning cross-case and within-case analysis just presented are helpful in evaluating these strong warnings about designs that lack variance on the dependent variable. We will discuss the limitations of regression analysis in analyzing such designs and the fact that many scholars instead employ within-case analysis in making causal inferences based on this same constellation of cases.[18]

*DSI* (130) argues quite emphatically, as noted at the beginning of this chapter, that no-variance designs are subject to extreme selection bias and provide no leverage for causal inference. The book states that avoiding such designs is "a basic and obvious rule. . . . This point seems so obvious that we would think it hardly needs to be mentioned." Thus, "nothing whatsoever can be learned about the causes of the dependent variable without taking into account other instances when the dependent variable takes on other values" (129); this design "makes it impossible to evaluate any individual causal effect" (134).

It should be noted that *DSI* briefly recognizes alternative views of no-variance designs, in part in a footnote on one of the pages just cited. Thus, *DSI* does point out that a broader comparison can be created by placing a no-variance design within the framework of a larger literature (129 n. 6; 147–49), and that a no-variance "cluster" approach, which is essentially Mill's (1974b [1843]) method of agreement, can be valuable for pointing to potential explanations. These explanations should then be tested on the basis of more appropriate methods (148–49). Yet these observations assign these designs a subordinate status of generating, rather than testing, hypotheses. The main point is to condemn such designs.

Our position is that *DSI*'s strongly worded advice about no-variance designs is correct for regression analysis, but it is unhelpful for qualitative research based on within-case analysis. Regression analyses of no-variance designs are certainly subject to extreme selection bias. In regression analysis, no-variance designs guarantee a perfect correlation between the independent variable and the error term within the truncated sample. For this reason, regression analysis estimates all causal effects as zero and is completely uninformative.

Yet a striking paradox emerges here: qualitative analysts frequently make nonzero causal claims on the basis of no-variance designs. This occurs because, in the hands of qualitative researchers, these essentially become a different kind of design. Whereas from the perspective of regression analysis these may be no-variance designs, from the perspective of qualitative researchers the cases selected

---

[18]Scholars testing necessary and/or sufficient causes also use no-variance designs. See the discussion by Munck (114) and Ragin (128–30), and also chapter 12 (213–20) in the present volume.

may well provide excellent opportunities for within-case analysis. *DSI*'s condemnation of this pattern of case selection fails to consider this alternative approach.

This insight places in perspective *DSI*'s claim that no-variance designs "make it impossible to evaluate any individual causal effect." While *DSI*'s argument applies to regression analysis, it may not be true for other techniques, and it certainly is not true for within-case, causal-process analysis. The argument should therefore be seen as an overextension of a narrowly regression-based framework.

## Further Observations about Cross-Case and Within-Case Comparison

Given that the analogy to regression analysis is in many ways not helpful, what can we conclude about the inferential leverage actually provided by small-N studies using either cross-case analysis, or within-case, causal-process analysis? With a small N, cross-case design that (a) encompasses a substantial range of variance on the dependent variable, and (b) is based, let us say, on three, five, or eight cases, it is simply unrealistic to imagine that comparisons across these cases provides a strong basis for causal inference. The N is too small. Rather, it is productive to think of these cross-case comparisons as helping to frame the analytic problem and to suggest causal ideas that are also explored and evaluated through within-case analysis. This observation certainly applies to the studies of Dreze and Sen, and also Haggard and Kaufman, discussed above, as well as works of comparative-historical analysis such as Luebbert (1991) and R. Collier and D. Collier (1991).

A basic point emerges here regarding no-variance designs. If one takes a realistic view of the genuine sources of leverage in causal inference, qualitative no-variance designs employing cross-case comparison and a small N are, in a fundamental respect, *similar* to small-N designs with variance on the dependent variable. Both rely on examining causal ideas in great depth through the internal analysis of individual cases. Studies that at one level of analysis (for example, macrocomparative research) are small-N designs with variance on the dependent variable can definitely supplement this within-case leverage through cross-case comparison, and additional leverage is always welcome. Yet it is simply incorrect to assert that comparison across a small number of cases with variance on the dependent variable provides much greater leverage in causal inference than a no-variance design. In both approaches, when causal effects are evaluated, it is centrally through within-case analysis.

Further, in studies of this type, cross-case comparisons encompassing the full range of variance on the dependent variable yield a greater capacity to refine conceptualization and measurement, which is in turn a foundation for good causal inference. Gaining a sense of major contrasts among cases may sensitize the researcher to issues in the application of concepts and decisions about measurement

that might be overlooked in examining only extreme cases. For example, these broader comparisons may stimulate the creation of typologies, which in turn help to frame within-case analysis. To take a specific instance, efforts to conceptualize and measure democracy are routinely framed in relation to scholarly understandings of authoritarianism. Thus, the contribution of small-N, full-variance designs may be as much to descriptive inference as to causal inference.

In sum, adopting a broader view of the goals of research and of available sources of analytic leverage, one could argue that full-variance comparisons may serve to refine conceptualization and measurement, as well as to suggest explanations and provide exploratory tests. But crucial leverage in testing explanations comes from within-case analysis, and this leverage is valuable irrespective of whether these cases are embedded in a full-variance design or a no-variance design. These observations essentially turn *DSI*'s argument about no-variance designs on its head.

This is not to say that scholars should avoid full-variance designs. In fact, researchers face a real trade-off between alternative designs. On the one hand, if little is known about a given outcome, then the close analysis of a few cases of that outcome may be more productive than a broader study in which the researcher never becomes sufficiently familiar with the phenomenon to gain the descriptive information necessary for good choices about conceptualization and measurement, as well as for within-case analysis that provides important leverage in causal inference. On the other hand, by not utilizing the comparative perspective provided by the examination of negative cases, the researcher gives up important leverage in descriptive inference, as well as supplementary leverage in causal inference.

## Conclusion

Warnings about the devastating errors presumed to result from selection bias have raised a potentially important idea: if qualitative scholars pay attention to this problem, they can dramatically improve their research. However, this idea derives from the mistaken conviction that quantitative and qualitative research employ the same sources of inferential leverage. In fact, they often employ different sources of leverage, and consequently selection bias is not always a problem in qualitative research. Correspondingly, much of the damage to the credibility of qualitative research that has resulted from forceful warnings about selection bias in case studies is in fact undeserved.

Scholars should be careful in applying the idea of selection bias to qualitative research. In contrast to the authors who have offered strong warnings about selection bias in qualitative analysis, we have focused on the specific causes and consequences of the correlation that arises, in selection bias based on truncation, between the independent variable and the error term. This focus provides clearer insight into how this form of bias may or may not distort the findings of qualitative

investigation. We have explored the contrasting relevance of selection bias for cross-case analysis and for within-case, causal-process analysis. We have also considered the implications of these two research strategies for the question of no-variance designs

This discussion also offers new insights into potential pitfalls of qualitative research focused on extreme cases. In research that involves truncation, for example, within-case analysis can sometimes lead researchers to over generalize idiosyncratic findings derived from cases that have a high score on the dependent variable but a low score on the main independent variable. Qualitative researchers who have been sensitized to issues of selection bias can do a better job of evaluating the impact of the main causal variable being studied by devoting more attention to cases with high scores on both the independent and dependent variables. Thus, we hope that our discussion can provide qualitative researchers with a framework that will help guide the choices they make in working with cases that have extreme values on the dependent variable.

Productive methodological insights can indeed emerge from a dialogue between qualitative and quantitative methods. However, achieving such insights requires that we pay attention both to the fine details behind methodological problems such as selection bias, as well as to the actual sources of leverage utilized in qualitative inference.

Case 1:06-cv-02773-CCB Document 495-15 Filed 09/30/16 Page 24 of 24

"*Rethinking Social Inquiry* is a breakthrough book. It powerfully makes the case for social inquiry as a rigorous quest for valid causal inference that must exploit to the full the insights and strengths of both statistical and case-based methods. Brady and Collier and their fellow contributors show the pitfalls of mechanically applying dogmas from quantitative or qualitative extremes. Shared standards are possible, and researchers using diverse research designs can work together to build illuminating empirically grounded theories. All political scientists—indeed all social scientists—should read and reflect on this compelling set of arguments."

*—Theda Skocpol, Harvard University*

"King, Keohane, and Verba's *Designing Social Inquiry* aimed at incorporating qualitative research methods into the conceptual framework of quantitative methodology. But was the attempt successful? What is the relationship between qualitative and quantitative methods? In this volume, Brady, Collier, and several other prominent social scientists address these questions in powerful essays. Everyone interested in research methods, and certainly everyone teaching the subject, will want to read this book."

*—Christopher H. Achen, Princeton University*

"I love this book and its [illegible] ... In an era deeply riven by artificial methodological divisions unnecessarily fracturing social research, this book is especially timely. Written by some of the most skilled and innovative methodologists in political science, the individual essays are consistently excellent. But it is the larger message about the need for methodological breadth and variety that will make the book such a valuable teaching tool."

*—Doug McAdam, director,*
*Center for Advanced Study in the Behavioral Sciences*

"The authors display a sophisticated understanding of the diverse strengths and pitfalls of quantitative and qualitative methods of inference within the context of a common commitment to the view that political science is a scientific enterprise. The essays in this collection ought to be on the reading list of the introductory methods course that all graduate programs offer."

*—Michael Wallerstein, Yale University*

**contributors**

*Larry M. Bartels, Henry E. Brady, David Collier, Robert O. Keohane, Gary King, James Mahoney, Timothy J. McKeown, Gerardo L. Munck, Charles C. Ragin, Ronald Rogowski, Jason Seawright, Sidney Tarrow, Sidney Verba*

**about the editors**

***Henry E. Brady*** is Robson Professor of Political Science and Public Policy at the University of California, Berkeley, and director of the Berkeley Survey Research Center.

***David Collier*** is professor of political science and former chair of political science and of Latin American studies at the University of California, Berkeley.

*Published in cooperation with the Berkeley Public Policy Press.*

For orders and information please contact the publisher
***Rowman & Littlefield Publishers, Inc.***
A wholly owned subsidiary of
The Rowman & Littlefield Publishing Group, Inc.
4501 Forbes Boulevard, Suite 200
Lanham, Maryland 20706
1-800-462-6420
www.rowmanlittlefield.com

ISBN 978-0742511262
90000 >
9 780742 511262