EXH. 15

4 EDITION

Juliet Corbin | Anselm Strauss

# Basics of Qualitative Research

## Techniques and Procedures for Developing Grounded Theory

S

# Basics of Qualitative Research

## *Techniques and Procedures for Developing Grounded Theory*

**Fourth Edition**

Juliet Corbin

*International Institute for Qualitative Methodology*

Anselm Strauss

SAGE

Los Angeles | London | New Delhi
Singapore | Washington DC | Boston

SAGE

Los Angeles | London | New Delhi
Singapore | Washington DC | Boston

FOR INFORMATION:

SAGE Publications, Inc.
2455 Teller Road
Thousand Oaks, California 91320
E-mail: order@sagepub.com

SAGE Publications Ltd.
1 Oliver's Yard
55 City Road
London EC1Y 1SP
United Kingdom

SAGE Publications India Pvt. Ltd.
B 1/I 1 Mohan Cooperative Industrial Area
Mathura Road, New Delhi 110 044
India

SAGE Publications Asia-Pacific Pte. Ltd.
3 Church Street
#10-04 Samsung Hub
Singapore 049483

Copyright © 2015 by SAGE Publications, Inc.

All rights reserved. No part of this book may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the publisher.

Printed in the United States of America

*Cataloging-in-publication data is available for this title from the Library of Congress.*

ISBN 978-1-4129-9746-1

This book is printed on acid-free paper.

Certified Chain of Custody
Promoting Sustainable Forestry
SUSTAINABLE FORESTRY INITIATIVE
www.sfiprogram.org
SFI-01268
SFI label applies to text stock

Acquisitions Editor: Vicki Knight
Editorial Assistant: Yvonne McDuffee
Production Editor: Laura Barrett
Copy Editor: Megan Markanich
Typesetter: C&M Digitals Ltd.
Proofreader: Tricia Currie-Knight
Indexer: Jean Casalegno
Cover Designer: Scott Van Atta
Marketing Manager: Nicole Elliott

14 15 16 17 18 10 9 8 7 6 5 4 3 2 1

# Brief Contents


Preface xv

Acknowledgments xviii

Part 1. Introduction to the Grounded Theory of Anselm Strauss 1

Chapter 1. Inspiration and Background 3

Chapter 2. Theoretical Foundations 17

Chapter 3. Practical Considerations for Getting Started 31

Chapter 4. Prelude to Analysis 57

Chapter 5. Strategies for Qualitative Data Analysis 85

Chapter 6. Memos and Diagrams 106

Chapter 7. Theoretical Sampling 134

Chapter 8. Context 153

Chapter 9. Process 172

Chapter 10. Techniques for Achieving Theoretical Integration 187

Chapter 11. The Use of Computer Programs in Qualitative Data Analysis 203

Part 2. Research Demonstration Project 215

Chapter 12. Open Coding: Identifying Concepts 220

Chapter 13. Developing Concepts in Terms of Their Properties and Dimensions 239

Chapter 14. Analyzing Data for Context 268

Chapter 15. Bringing Process Into the Analysis 283

Part 3. Finishing the Research Project 311

Chapter 17. Writing Theses, Monographs, and Dissertations, and Giving Talks About Your Research 312

Chapter 18. Criteria for Evaluation 341

Chapter 19. Student Questions and Answers 369

Appendix A 385

Appendix B 388

Appendix C 402

Appendix D 408

References 413

Index 420

About the Authors 431

undergoing cancer treatment as "going through hell" or "fighting a battle." The use of even a few words can create images in our minds and hint at meaning of the experience.

## Looking for the Negative Case

The negative case is a case that does not fit the pattern. It is the exception to the main theme or core concept of the research. Though a researcher might not find a negative case, searching for that case is useful because researchers can use it to offer alternative explanations. Looking for the negative case provides for a fuller exploration of a concept. A negative case adds richness to findings and points out that life is not exact, that there are always exceptions to almost any explanation.

## Using Other Analytical Tools

### *So What?*

Another analytic tool is asking so what? A researcher could ask these questions of the couple described earlier: Why is making this discovery significant? So what if there is a lump? What does it mean to this couple now and to their future? Answers to these questions can better help the researcher to understand why the couple felt that they needed to take immediate action.

### *Structure of the Narrative*

Still, another technique involves looking at the structure of the narrative—that is, looking at how it is organized in terms of time or at what point in the life story the narrative starts, how it proceeds, and how it ends. Are there gaps in the story? Is context brought into the narrative? Looking at how participants structure the story gives the analyst some sense of how the participants locate events in their lives and the salience of these events.

### *What If?*

Then, too, analysts can play the "what if? game" with data. What if the couple ignored the lump? How would the experience now and in the future be different? Or what if the lump was discovered on a mammogram or routine physical exam rather than by the couple? Or if the lump was discovered while on vacation or living abroad rather than at home, how might they have reacted? Letting the mind drift and thinking about other scenarios helps the analysts to look at the data with fresh eyes. For example, in the previously given quotation about breast cancer, the respondent implies that the most natural thing in the world for a woman to do when she finds a breast lump is to run to the doctor. But is it? There are women who dismiss a lump as unimportant or are too fearful to follow through. Analysts might ask the following question: What are the background, education, and experiences of this couple that they became suspicious and went to a doctor? Asking questions such as these enable researchers to get at contextual factors explaining why this couple became suspicious when others might not have.

*"The subject of the book is timely, important, and relevant. The content is laid out in a logical and organized manner and written in a style that is easy to understand."*

—**Mahesh S. Raisinghani**, Texas Woman's University

*"A major strength of the text is that it...shows how the techniques presented in the first half of the book are actually applied in a real research setting. This goes beyond just inserting a brief example of one procedure or another (as other textbooks often do with in-lays)...It is one thing to say, 'relax and let your mind and intuition do the work.' It is another thing to show how this can actually happen—which I think is really important for students and relatively novice researchers..."*

—**Danya Keene**, Yale School of Public Health

*"...[T]he text provides the basics of grounded theory and contextualizes that within the qualitative methods regime. The Vietnam case presented...is a good illustrative model for students."*

—**Ismael Muvingi**, Nova Southeastern University

*"Simple, direct, accessible language; very nice advance organizers in chapters; good foundational background."*

—**Jeanne E. Bitterman**, Teachers College, Columbia University

## An accessible introduction to planning and conducting qualitative research

Offering immensely practical advice, *Basics of Qualitative Research, Fourth Edition* presents methods that enable you to analyze, interpret, and make sense of your data, and ultimately build theory from it. The authors walk you, step by step, through the research process—from the formation of the research question to coding, analysis, and reporting.

### NEW AND KEY FEATURES

- New organization into three parts: Part I: Introduction to the Grounded Theory of Anselm Strauss, Part II: Research Demonstration Project, and Part III: Finishing the Research Project
- Presentation takes the form of an informal dialogue, similar to students and teachers working together in a classroom setting
- Each chapter begins with the questions most often asked by students about that aspect of analysis and discusses the logic behind the process

Cover image: istockphoto.com

SAGE www.sagepublications.com
Los Angeles • London • New Delhi • Singapore • Washington DC

Sustainable Forestry Initiative
Certified Chain of Custody
SFI label applies to text stock

ISBN 978-1-4129-9746-1
9 781412 997461 90000