**EXH. 18**

ANALYTICAL PERSPECTIVES ON POLITICS

# Paradigms and Sand Castles

## Theory Building and Research Design in Comparative Politics

Barbara Geddes

## Analytical Perspectives on Politics

ADVISORY EDITORS:

John Aldrich, Duke University
Bruce Bueno de Mesquita, Hoover Institution and New York University
Robert Jackman, University of California, Davis
David Rohde, Michigan State University

Political Science is developing rapidly and changing markedly. Keeping in touch with new ideas across the discipline is a challenge for political scientists and for their students.

To help meet this challenge, the series Analytical Perspectives on Politics presents creative and sophisticated syntheses of major areas of research in the field of political science. In each book, a high-caliber author provides a clear and discriminating description of the current state of the art and a strong-minded prescription and structure for future work in the field.

These distinctive books provide a compact review for political scientists, a helpful introduction for graduate students, and central reading for advanced undergraduate courses.

Robert W. Jackman, *Power without Force: The Political Capacity of Nation-States*

Linda L. Fowler, *Candidates, Congress, and the American Democracy*

Scott Gates and Brian D. Humes, *Games, Information, and Politics: Applying Game Theoretic Models to Political Science*

Lawrence Baum, *The Puzzle of Judicial Behavior*

Barbara Geddes, *Paradigms and Sand Castles: Theory Building and Research Design in Comparative Politics*

Rose McDermott, *Political Psychology in International Relations*

Ole R. Holsti, *Public Opinion and American Foreign Policy, Revised Edition*

# Paradigms and Sand Castles

## Theory Building and Research Design in Comparative Politics

BARBARA GEDDES

The University of Michigan Press
*Ann Arbor*

Copyright © by the University of Michigan 2003
All rights reserved
Published in the United States of America by
The University of Michigan Press
Manufactured in the United States of America
♾ Printed on acid-free paper

2010 2009 7 6 5

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, or otherwise, without the written permission of the publisher.

*A CIP catalog record for this book is available from the British Library.*

Library of Congress Cataloging-in-Publication Data

Geddes, Barbara.
Paradigms and sand castles : theory building and research design in comparative politics / Barbara Geddes.
p. cm. — (Analytical perspectives on politics)
Includes bibliographical references and index.
ISBN 0-472-09835-7 (cloth : alk. paper) — ISBN 0-472-06835-0 (pbk. : alk. paper)
1. Comparative government. 2. Political science—Research. I. Title. II. Series.

JA86 .G35 2003
320.3—dc21
2003002160

ISBN 978-0-472-09835-4 (cloth : alk. paper)
ISBN 978-0-472-06835-7 (pbk. : alk. paper)

ISBN13 978-0-472-02397-4 (electronic)

# Contents


| | | |
|---|---|---|
| | Acknowledgments | ix |
| 1. | Research Design and the Accumulation of Knowledge | 1 |
| 2. | Big Questions, Little Answers: How the Questions You Choose Affect the Answers You Get | 27 |
| 3. | How the Cases You Choose Affect the Answers You Get: Selection Bias and Related Issues | 89 |
| 4. | How the Evidence You Use Affects the Answers You Get: Rigorous Use of the Evidence Contained in Case Studies | 131 |
| 5. | How the Approach You Choose Affects the Answers You Get: Rational Choice and Its Uses in Comparative Politics | 175 |
| 6. | Conclusion | 213 |
| | Appendix A | 225 |
| | Appendix B | 233 |
| | Appendix C | 247 |
| | Bibliography | 289 |
| | Index | 307 |

contribution to knowledge building, the revision should not be accepted until it has been tested and confirmed on a representative sample of cases.

### The Nature of the Problem

The adverse effects of selecting cases for study on the dependent variable stem from the logic of inference. When one sets out to explain why countries A and B have, say, developed more rapidly than countries C through I, one is implicitly looking for some antecedent factors *X* through *Z* that countries A and B possess in greater degree than do countries C through I. The crux of the difficulty that arises when cases are selected on the dependent variable is that if one studies only countries A and B, one can collect only part of the information needed, namely, the extent of factors *X* through *Z* in countries A and B . Unless one also studies countries C through I (or a sample of them) to make sure they have less of *X* through *Z,* one cannot know whether the factors identified really vary with the outcome under investigation.

The problem becomes more obvious when shown in graphs rather than expressed in words. Suppose a universe of developing countries A through I, where A and B are among the fastest growing. On the basis of an intensive study of A and B, one concludes that factor *X* is the cause of their success. In concluding this, one implicitly assumes that if countries C through I were examined, they would turn out to have less of factor *X* than do A and B, and that one would observe the relationship shown in figure 3.1.

Yet if one examines only countries A and B, it is possible that the full range of cases would look more like one of the scatterplots in figure 3.2. That is, it is possible that there is no relationship




Fig. 3.1. Assumed relationship between factor *X* and growth

of variation on the country-level outcome. In short, the cases on which an argument is tested should reflect the level of analysis at which the argument is posed.

In everyday language, a case is a single entity, most often a country, but possibly a city, region, agency, administration, social movement, party, revolution, election, policy decision, or virtually anything else that involves interacting human beings. The more technical definition of a case is a unit within which each variable measured takes on only one value or is classified in only one category (Eckstein 1975). Many everyday language case studies include multiple technical cases, otherwise known as observations. Much of the disagreement in the literature over the usefulness of case studies has arisen from a confusion between, on the one hand, the everyday usage of the word *case* to mean (usually) a country; and, on the other hand, the more technical usage of *case* to mean an observation—the sense intended by those who give methodological advice, such as King, Keohane, and Verba (1994).

The appropriate universe of observations on which to test a hypothesis depends on the domain implied by the hypothesis. In other words, the domain depends on the substantive content of the theory or hypothesis itself, not necessarily on the author's statements about where the argument should apply. If an analyst proposes a theory about the effects of industrialization on late developing democratic countries, then tests of the theory can and should be carried out on a sample of countries drawn from the universe of *all* late developing democratic countries. Theories can contain substantive elements that limit their domain to particular regions of the world or time periods, and, if so, those limitations should be kept in mind during testing. Theories are not, however, automatically limited to the domain within which they were first proposed. Authors sometimes fail to realize that their arguments might apply to countries with which they are unfamiliar.

Well-intentioned scholars can disagree about what constitutes the appropriate domain of a theory, but their disagreements should derive from different interpretations of the implications of the theory. Tests of hypotheses in controversial domains can be useful in establishing clearer limits to the domain, extending it, and suggesting new hypotheses about why the domain has the limits it does. It is also legitimate to test arguments in domains outside those implied by theories to see whether the theories

*Paradigms and Sand Castles* demonstrates the relationship between thoughtful research design and the collection of persuasive evidence in support of theory. It teaches the craft of research through interesting and carefully selected examples from the field of comparative development studies.

A professor at UCLA, Barbara Geddes is a widely cited authority on the subject of case selection in comparative politics. Her insightful discussions of how theoretical knowledge is accumulated make the book a perfect guide for students and scholars engaged in comparative research.

"To read this book is to witness a teacher and problem solver at work. Geddes takes inspiration from the literature in comparative politics and develops strategies for evaluating its claims. In doing so, she accompanies students as they transit from being readers and consumers of texts to producers of knowledge. Geddes launches this journey from an engagement with the macrolevel themes that dominate our field and that bring to it the young and the committed; and she equips scholars to render these themes not only subjects of debate but also subjects of inquiry. There is a rich mind and skilled mentor behind this work."

—**Robert H. Bates**
Harvard University

"The quest for cumulative knowledge in comparative politics is Sisyphean in nature. Yet Barbara Geddes is able to push her boulder pretty far up that mountain. As she shows with examples from her own meticulous research designs, comparativists can succeed only by theorizing processes and putting the implications of their theories to test. Those who ignore the sage counsel presented in *Paradigms and Sand Castles* should prepare themselves for an avalanche of methodological criticism."

—**David D. Laitin**
Stanford University

BARBARA GEDDES is Professor of Political Science at the University of California, Los Angeles, and a former fellow of the Hoover Institution.

Ann Arbor
The University of Michigan Press
www.press.umich.edu

ISBN-13: 978-0-472-06835-7
ISBN-10: 0-472-06835-0
90000>
9780472068357