EXH. 19

TRATEGIES FOR SOCIAL INQUIRY

# Social Science Methodology

## A Unified Framework

JOHN GERRING

Second Edition

RIDGE

## Strategies for Social Inquiry

### Social Science Methodology: A Unified Framework (second edition)

**Editors**
Colin Elman, *Maxwell School of Syracuse University*
John Gerring, *Boston University*
James Mahoney, *Northwestern University*

**Editorial Board**
Bear Braumoeller, David Collier, Francesco Guala, Peter Hedström, Theodore Hopf, Uskali Maki, Rose McDermott, Charles Ragin, Theda Skocpol, Peter Spiegler, David Waldner, Lisa Wedeen, Christopher Winship

This new book series presents texts on a wide range of issues bearing upon the practice of social inquiry. Strategies are construed broadly to embrace the full spectrum of approaches to analysis, as well as relevant issues in philosophy of social science.

**Forthcoming Titles**

Michael Coppedge, *Approaching Democracy: Theory and Methods in Comparative Politics*
Thad Dunning, *Natural Experiments in the Social Sciences*
Diana Kapiszewski, Lauren M. MacLean and Benjamin L. Read, *Field Research in Political Science*
Jason Seawright, *Multi-Method Social Science: Combining Qualitative and Quantitative Tools*
Carsten Q. Schneider and Claudius Wagemann, *Set-Theoretic Methods for the Social Sciences: A Guide to Qualitative Comparative Analysis*

# Social Science Methodology

## A Unified Framework

Second edition

John Gerring

CAMBRIDGE
UNIVERSITY PRESS

CAMBRIDGE UNIVERSITY PRESS
Cambridge, New York, Melbourne, Madrid, Cape Town,
Singapore, São Paulo, Delhi, Mexico City

Cambridge University Press
The Edinburgh Building, Cambridge CB2 8RU, UK

Published in the United States of America by Cambridge University Press, New York

www.cambridge.org
Information on this title: www.cambridge.org/9780521132770

© John Gerring 2012

This publication is in copyright. Subject to statutory exception
and to the provisions of relevant collective licensing agreements,
no reproduction of any part may take place without the written
permission of Cambridge University Press.

First published 2012
Reprinted 2012

Printed and bound by CPI Group (UK) Ltd, Croydon CR0 4YY

*A catalogue record for this publication is available from the British Library*

ISBN 978-0-521-11504-9 Hardback
ISBN 978-0-521-13277-0 Paperback

Additional resources for this publication at www.cambridge.org/gerring

Cambridge University Press has no responsibility for the persistence or
accuracy of URLs for external or third-party Internet websites referred to
in this publication, and does not guarantee that any content on such
websites is, or will remain, accurate or appropriate.

# Contents

| | | |
|---|---|---|
| | *Detailed table of contents* | *page* ix |
| | *List of figures* | xvi |
| | *List of tables* | xvii |
| | *Preface* | xix |
| 1 | A unified framework | 1 |
| **Part I** | **General** | 25 |
| 2 | Beginnings | 27 |
| 3 | Arguments | 58 |
| 4 | Analyses | 74 |
| **Part II** | **Description** | 105 |
| 5 | Concepts | 107 |
| 6 | Descriptive arguments | 141 |
| 7 | Measurements | 155 |
| **Part III** | **Causation** | 195 |
| 8 | Causal arguments | 197 |
| 9 | Causal analyses | 218 |
| 10 | Causal strategies: *X* and *Y* | 256 |
| 11 | Causal strategies: beyond *X* and *Y* | 291 |
| 12 | Varying approaches to causal inference | 327 |

**Part IV Conclusions** 359

13 Unity and plurality 361
14 Setting standards 379
*Postscript*: Justifications 394

*Appendix:* A few words on style 402
*Glossary* 407
*References* 444
*Index* 492

experimental work, where it is often not possible to expand a treatment to include the full population of interest.

The problem that arises from a limited test is that it may not be possible to generalize a causal effect from the sample to the intended population. Will a vouchers program with 1,000 recipients work as well if there are 100,000 recipients? Will a tax credit scheme provide the same incentives when its value is increased from US$1,000 to US$10,000?

The danger of extrapolating causal effects from a limited test are evident. What is perhaps not evident is the frequency with which scaling up affects the nature of the causal relationship.[27] Consider that when a voucher program is scaled up from a limited test to a whole school district it is likely to bring with it compound effects that are not easy to anticipate. Teachers from that district may enter, or leave, the system, thus changing the composition of its educational staff. Large movements of students into, or out of, the system may also occur. Competition effects, introduced by vouchers, presumably will be compounded. These are the sort of issues that one would like to identify – and, if possible, overcome – when constructing or identifying a treatment. *Scaleable* treatments are preferable to treatments whose impact cannot be generalized at a different (usually higher) scale.

## Outcome

### Variation

With respect to the outcome of a hypothesis, the dependent variable, there are few requirements except that *Y* be free to vary. Of course, one might say that this is precisely the point of testing a hypothesis, and therefore scarcely bears mentioning.

The trouble is that even with carefully constructed experimental designs one must always be wary of hidden moderators that suppress the effect of *X* on *Y*, or constrict *Y*'s movement entirely. If these factors lie outside the theoretical parameters of a theory they are impeding the process of testing. One must also be wary of problems of instrumentation and measurement. For these reasons, one will probably feel more comfortable with a research design that reveals some variation – perhaps small, and perhaps due to stochastic factors – in the outcome. Consider an experimental test of vouchers, at the conclusion

[27] Duflo (2004).

sampling procedures are *very* rarely employed. As such, experimental samples are generally not representative samples, at least not in the strict sense of the term. This is not coincidental. Because experimental work involves an intentional manipulation – subjects are "treated" – it is necessary to obtain consent. As such, many prospective participants are likely to demur, leaving the researcher with a less than random sample (even if random sampling procedures are employed to identify potential participants). Moreover, because *ceteris paribus* conditions must be maintained in order to observe the effect of the treatment, it is often necessary to draw subjects who are similar to one another in relevant respects. This chosen sample of homogeneous subjects is unlikely to be representative of the larger population of interest. Finally, many experiments involve a treatment that is parochial in the sense of being rooted in a particular time and place. If one is altering an institutional feature of the landscape, such as an electoral system rule, it goes without saying that the subjects under study will all have to be living within the confines of one polity. This, too, limits the generalizability of experiments, even those conducted in naturalistic settings.

An exception may be made for experiments embedded in survey instruments. Here, a specially designed "split-sample" survey is constructed so as to be identical for all respondents except in one respect – constituting the treatment.[26] This difference across surveys might involve the re-wording of a question, the re-ordering of questions, or a different framing device. In this setting, random sampling from a larger population is easy (or, at any rate, as easy as it is for traditional survey research). However, the split-sample survey is a rather limited tool since the intervention is unsuited to many theoretical questions of interest.

In summary, the feature that defines experimental research designs also tends to limit the generalizability of experiments. This means that the typical experiment is perhaps best approached as a "case study" of some larger subject. They are case studies with high internal validity (noting the caveats above and below), but questionable external validity.

This does not doom the experimental method to triviality. Because of their generally high internal validity, experimental case studies have the potential to cumulate – *if* the protocols employed in these studies are standardized, and hence replicable across diverse settings (Chapter 4). Multiple experiments on the same subject in different settings may help, ultimately, to bring a larger picture into focus if the key features of those individual experiments are commensurable with one another. In this fashion, we have learned from repeated field experiments what effects a variety of different treatments have

[26] Glaser (2003); Sniderman and Grob (1996).

on voter turnout (at least, in the United States).[27] The same replication may, over time, contribute to the cumulation of knowledge on other subjects of interest to social science. Of course, this will not happen quickly, or cheaply, and will require significant adjustment of scholarly incentives (which do not generally reward replication). It will also involve a cost in foregone knowledge about other subjects (since time and money is limited), calling forth a common tradeoff between discovery and appraisal (Chapter 2).

### Conclusions

Perhaps the most surprising feature of recent experimental work by economists, political scientists, and sociologists is the diversity of topics that have been explored through randomized treatments.[28] A *prima facie* case can be made that experiments are – contrary to common expectations – a highly flexible form of analysis, adaptable to a wide range of topics.

How far the randomization protocol might be extended remains a matter of speculation. With respect to many questions of public policy, where the treatment is, by definition, manipulated (all policy interventions being attempts to manipulate some feature of social reality), there would appear to be substantial opportunity for randomized trials. But this depends, in turn, upon a change of attitude among politicians, policy experts, and the mass public – who must, after all, approve of such experimentation. If we are to become an experimenting society, as Donald Campbell recommended many years ago, it will require a public commitment to a method that has, until now, been viewed with suspicion from many quarters.[29]

## Nonrandomized designs

Wherever a treatment cannot be randomized across units (by reason of practical or ethical constraints) or when doing so would involve a significant

[27] For a compilation of experimental studies on turnout see the "Get Out The Vote" (GOTV) web site maintained by Yale University's Institute for Social and Policy Studies, available at: http://research.yale.edu/GOTV.

[28] For additional examples of interesting experimental work, see Bjorkman and Svensson (2009); Finan and Ferraz (2005); Humphreys, Masters, and Sandbu (2006); Simon and Sulkin (2002); Wantchekon (2003). For literature reviews in economics see Carpenter, Harrison, and List (2005); Duflo, Glennerster, and Kremer (2008); Falk and Heckman (2009); Kagel and Roth (1997). For literature reviews in political science see Green and Gerber (2001, 2003); Kinder and Palfrey (1993); McDermott (2002). For work in various areas of public policy see Banerjee (2007); Bloom (2005); Moffitt (2004); Nathan and Hollister (2008), and the web site maintained by the Poverty Action Lab, available at: www.povertyactionlab.com.

[29] Campbell (1988: ch. 11).

John Gerring's exceptional textbook has been thoroughly revised in this second edition. It offers a one-volume introduction to social science methodology relevant to the disciplines of anthropology, economics, history, political science, psychology and sociology. This new edition has been extensively developed with the introduction of new material and a thorough treatment of essential elements such as conceptualization, measurement, causality and research design. It is written for students, long-time practitioners and methodologists and covers both qualitative and quantitative methods. It synthesizes the vast and diverse field of methodology in a way that is clear, concise and comprehensive. While offering a handy overview of the subject, the book is also an argument about how we should conceptualize methodological problems. Thinking about methodology through this lens provides a new framework for understanding work in the social sciences.

"The second edition presents a remarkable updating and expansion of Gerring's arguments and presentation – and both methodologists and teachers of methodology owe Gerring an enormous debt for producing an even more compelling version of what was already an outstanding book."
DAVID COLLIER, Chancellor's Professor of Political Science, University of California, Berkeley

John Gerring is Professor of Political Science at Boston University.

"Social Science Methodology is a 'must read' f students and scholars as Gerring gets to the core of what social scientists do. Readers fo a practical end, which is knowing what approach to use when and how to adapt bo on the question posed."
JANET M. BOX-STEFFENSMEIER, Vernal Riffe Professor of Political Science, Courtesy Professor of Sociology, and Director of the Program in Statistics and Methodology, Ohio State University

"Gerring's book is simultaneously provocat and wise. He offers a compelling case for u unifies social science methodology that ca debated for years to come. On the other ha students of social science will benefit enormously by closely reading this large volume. They will find particularly valuab his thorough, but nontechnical presentatio of causal analysis."
CHRISTOPHER WINSHIP, Diker-Tishman Professor of Sociology, Harvard University

"Gerring is one of the few political scientis who is equally adept at both qualitative an quantitative research, and can make the advantages of each approach clear to stud This book sheds more light on how to stu causation in the social sciences than any o text – I recommend it to everyone from act researchers to beginning students."
JACK A. GOLDSTONE, Hazel Professor of Pu Policy, George Mason University

resources@cambridge
www.cambridge.org/gerring

- Figures and Tables
- PowerPoint Slides
- Questions and Exercises
- Sample Syllabi
- Web Links

CAMBRIDGE
UNIVERSITY PRESS
www.cambridge.org

ISBN 978-0-521-13277-0