**EXH. 20**

Gary King / Robert O. Keohane / Sidney Ver

# Designing Social Inquiry



## Scientific Inference in Qualitative Resear

# Designing Social Inquiry

## SCIENTIFIC INFERENCE IN QUALITATIVE RESEARCH

*Gary King*
*Robert O. Keohane*
*Sidney Verba*

PRINCETON UNIVERSITY PRESS
PRINCETON, NEW JERSEY

Copyright © 1994 by Princeton University Press
Published by Princeton University Press, 41 William Street,
Princeton, New Jersey 08540
In The United Kingdom: Princeton University Press,
Chichester, West Sussex

All Rights Reserved

*Library of Congress Cataloging-in-Publication Data*

King, Gary.
Designing social inquiry : scientific inference in qualitiative
research / Gary King, Robert O. Keohane, Sidney Verba.
p. cm.
Includes bibliographical references and index
ISBN 0-691-03470-2 (cloth : alk. paper)
ISBN 0-691-03471-0 (pbk. : alk. paper)
1. Social sciences—Methodology. 2. Social sciences—
Research. 3. Inference
I. Keohane, Robert Owen.
II. Verba, Sidney. III. Title.
H61.K5437 1994 93-39283
300'.72—dc20 CIP

This book has been composed in Adobe Palatino

Princeton University Press books are printed on
acid-free paper and meet the guidelines
for permanence and durability of the Committee
on Production Guidelines for Book Longevity
of the Council on Library Resources

Printed in the United States of America

20 19 18 17 16

ISBN-13: 978-0-691-03471-3 (pbk.)

ISBN-10: 0-691-03471-0 (pbk.)

# Contents

*Preface* ix

**1 The *Science* in Social Science** 3

1.1 Introduction 3

*1.1.1 Two Styles of Research, One Logic of Inference* 3
*1.1.2 Defining Scientific Research in Social Sciences* 7
*1.1.3 Science and Complexity* 9

1.2 Major Components of Research Design 12

*1.2.1 Improving Research Questions* 14
*1.2.2 Improving Theory* 19
*1.2.3 Improving Data Quality* 23
*1.2.4 Improving the Use of Existing Data* 27

1.3 Themes of This Volume 28

*1.3.1 Using Observable Implications to Connect Theory and Data* 28
*1.3.2 Maximizing Leverage* 29
*1.3.3 Reporting Uncertainty* 31
*1.3.4 Thinking like a Social Scientist: Skepticism and Rival Hypotheses* 32

**2 Descriptive Inference** 34

2.1 General Knowledge and Particular Facts 35

*2.1.1 "Interpretation" and Inference* 36
*2.1.2 "Uniqueness," Complexity, and Simplification* 42
*2.1.3 Comparative Case Studies* 43

2.2 Inference: the Scientific Purpose of Data Collection 46

2.3 Formal Models of Qualitative Research 49

2.4 A Formal Model of Data Collection 51

2.5 Summarizing Historical Detail 53

2.6 Descriptive Inference 55

2.7 Criteria for Judging Descriptive Inferences 63

*2.7.1 Unbiased Inferences* 63
*2.7.2 Efficiency* 66

**3 Causality and Causal Inference** 75

3.1 Defining Causality 76

*3.1.1 The Definition and a Quantitative Example* 76

*3.1.2 A Qualitative Example* 82

3.2 Clarifying Alternative Definitions of Causality 85

*3.2.1 "Causal Mechanisms"* 85

*3.2.2 "Multiple Causality"* 87

*3.2.3 "Symmetric" and "Asymmetric" Causality* 89

3.3 Assumptions Required for Estimating Causal Effects 91

*3.3.1 Unit Homogeneity* 91

*3.3.2 Conditional Independence* 94

3.4 Criteria for Judging Causal Inferences 97

3.5 Rules for Constructing Causal Theories 99

*3.5.1 Rule 1: Construct Falsifiable Theories* 100

*3.5.2 Rule 2: Build Theories That Are Internally Consistent* 105

*3.5.3 Rule 3: Select Dependent Variables Carefully* 107

*3.5.4 Rule 4: Maximize Concreteness* 109

*3.5.5 Rule 5: State Theories in as Encompassing Ways as Feasible* 113

**4 Determining What to Observe** 115

4.1 Indeterminate Research Designs 118

*4.1.1 More Inferences than Observations* 119

*4.1.2 Multicollinearity* 122

4.2 The Limits of Random Selection 124

4.3 Selection Bias 128

*4.3.1 Selection on the Dependent Variable* 129

*4.3.2 Selection on an Explanatory Variable* 137

*4.3.3 Other Types of Selection Bias* 138

4.4 Intentional Selection of Observations 139

*4.4.1 Selecting Observations on the Explanatory Variable* 140

*4.4.2 Selecting a Range of Values of the Dependent Variable* 141

*4.4.3 Selecting Observations on Both Explanatory and Dependent Variables* 142

*4.4.4 Selecting Observations So the Key Causal Variable Is Constant* 146

*4.4.5 Selecting Observations So the Dependent Variable Is Constant* 147

4.5 Concluding Remarks 149

**5 Understanding What to Avoid** 150
5.1 Measurement Error 151
*5.1.1 Systematic Measurement Error* 155
*5.1.2 Nonsystematic Measurement Error* 157
5.2 Excluding Relevant Variables: Bias 168
*5.2.1 Gauging the Bias from Omitted Variables* 168
*5.2.2 Examples of Omitted Variable Bias* 176
5.3 Including Irrelevant Variables: Inefficiency 182
5.4 Endogeneity 185
*5.4.1 Correcting Biased Inferences* 187
*5.4.2 Parsing the Dependent Variable* 188
*5.4.3 Transforming Endogeneity into an Omitted Variable Problem* 189
*5.4.4 Selecting Observations to Avoid Endogeneity* 191
*5.4.5 Parsing the Explanatory Variable* 193
5.5 Assigning Values of the Explanatory Variable 196
5.6 Controlling the Research Situation 199
5.7 Concluding Remarks 206

**6 Increasing the Number of Observations** 208
6.1 Single-Observation Designs for Causal Inference 209
*6.1.1 "Crucial" Case Studies* 209
*6.1.2 Reasoning by Analogy* 212
6.2 How Many Observations Are Enough? 213
6.3 Making Many Observations from Few 217
*6.3.1 Same Measures, New Units* 219
*6.3.2 Same Units, New Measures* 223
*6.3.3 New Measures, New Units* 224
6.4 Concluding Remarks 229

*References* 231

*Index* 239

### 4.3.1 *Selection on the Dependent Variable*

Random selection with a large-*n* allows us to ignore the relationship between the selection criteria and other variables in our analysis. Once we move away from random selection, we should consider how the criteria used relate to each variable. That brings us to a basic and obvious rule: *selection should allow for the possibility of at least some variation on the dependent variable.* This point seems so obvious that we would think it hardly needs to be mentioned. How can we explain variations on a dependent variable if it does not vary? Unfortunately, the literature is full of work that makes just this mistake of failing to let the dependent variable vary; for example, research that tries to explain the outbreak of war with studies only of wars, the onset of revolutions with studies only of revolutions, or patterns of voter turnout with interviews only of nonvoters.[6]

We said in chapter 1 that good social scientists frequently thrive on anomalies that need to be explained. One consequence of this orientation is that investigators, particularly qualitative researchers, may select observations having a common, puzzling outcome, such as the social revolutions that occurred in France in the eighteenth century and those that occurred in France and China in the twentieth (Skocpol 1979). Such a choice of observations represents selection on the dependent variable, and therefore risks the selection bias discussed in this section. When observations are selected on the basis of a particular value of the dependent variable, nothing whatsoever can be learned about the causes of the dependent variable without taking into account other instances when the dependent variable takes on other values. For example, Theda Skocpol (1979) partially solves this problem in her research by explicitly including some limited information about "moments of revolutionary crisis" (Skocpol 1984:380) in seventeenth-century England, nineteenth-century Prussia/Germany, and nineteenth-century Japan. She views these observations as "control cases," although they are discussed in much less detail than her principal cases. The bias induced by selecting on the dependent variable does not imply that we should never take into account values of the dependent variable when designing research. What it does mean, as we

---

observations if possible. If selection is required, we should attempt to get those observations which are pivotal in deciding the question of interest, not those which merely support our position.

[6] In this section, we do not consider the possibility that a specific research project that is designed not to let the dependent variable change at all is part of a larger research program and therefore can provide useful information about causal hypotheses. We explain this point in section 4.4.

Social Sciences/Reference

# Designing Social Inquiry

## Scientific Inference in Qualitative Research

Gary King / Robert O. Keohane / Sidney Verba

At a moment when acute disagreement among scholars over the appropriateness of qualitative and quantitative research methods threatens to undermine the validity and coherence of the social sciences, Gary King, Robert Keohane, and Sidney Verba have written a timely and farsighted book that develops a unified approach to valid descriptive and causal inference. They illuminate the logic of good quantitative and good qualitative research designs and demonstrate that the two do not fundamentally differ. *Designing Social Inquiry* focuses on improving qualitative research, where numerical measurement is either impossible or undesirable. What are the right questions to ask? How should you define and make inferences about causal effects? How can you avoid bias? How many cases do you need, and how should they be selected? What are the consequences of unavoidable problems in qualitative research, such as measurement error, incomplete information, or omitted variables? What are proper ways to estimate and report the uncertainty of your conclusions? How would you know if you were wrong?

"Finally! For too long, those of us in comparative politics and international relations have been isolated from the rest of political science. Because of the issues we investigate and the data we are constrained to employ, we have often been unable to apply the statistical methods of our colleagues. We have instead innovated a series of ad hoc and idiosyncratic methods, with little systematic insight into the costs or benefits of each or of the trade-offs among them. King, Keohane, and Verba define the general problem of empirical inference; show that qualitative research faces difficulties that are precisely similar to those bedeviling quantitative and statistical investigations; and offer useful guidelines for surmounting these problems. In doing so, they provide a unifying perspective for our discipline. I will insist that my graduate students master their work."

—Robert H. Bates, *Center for Advanced Study in the Behavioral Sciences*

"Essential reading for any serious analyst of international relations."

—Bruce Russett, *Yale University*

"I have used *Designing Social Inquiry* in draft form in my introductory graduate seminar, 'The Conduct of Inquiry', for the last three years. It is a marvelous piece of work to which my students responded very positively. The authors offer a great deal of practical advice about how to get the most 'mileage' out of data in particular situations."

—David W. Rohde, *University of Florida*

PRINCETON PAPERBACKS

ISBN 0-691-03471-0

90000

*Cover illustration*: Vasily Kandinsky, *White Center* (1921). Solomon R. Guggenheim Museum, New York, Hilla Rebay Collection. Photo: David Heald ©The Solomon R Guggenheim Foundation, New York.