**EXH. 23**



# Essentials

A practical overview of proven methods for research design

Expert advice includes case examples, callout boxes, and "Test Yourself" questions

Conveniently formatted for rapid reference

SENTIALS OF BEHAVIORAL SCIENCE

n S. Kaufman & Nadeen L. Kaufman, *Founding Editors*

# Essentials

## of Research Design and Methodology

Geoffrey Marczyk
David DeMatteo
David Festinger

John Wiley & Sons, Inc.

Copyright © 2005 by John Wiley & Sons, Inc. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey.
Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning, or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 646-8600, or on the web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering professional services. If legal, accounting, medical, psychological or any other expert assistance is required, the services of a competent professional person should be sought.

Designations used by companies to distinguish their products are often claimed as trademarks. In all instances where John Wiley & Sons, Inc. is aware of a claim, the product names appear in initial capital or all capital letters. Readers, however, should contact the appropriate companies for more complete information regarding trademarks and registration.

For general information on our other products and services please contact our Customer Care Department within the United States at (800) 762-2974, outside the United States at (317) 572-3993 or fax (317) 572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books. For more information about Wiley products, visit our web site at www.wiley.com.

Library of Congress Cataloging-in-Publication Data:

Marczyk, Geoffrey R., 1964–
Essentials of research design and methodology/Geoffrey Marczyk, David DeMatteo, David Festinger.
p. cm.—(Essentials of behavioral science series)
Includes bibliographical references and index.
ISBN 978-0-471-47053-3 (pbk.)
1. Psychology—Research—Methodology. I. DeMatteo, David, 1972– II. Festinger, David III. Title. IV. Series.
BF76.5.M317 2005
150'.72—dc22 2004058384

10 9 8

# CONTENTS


| | | |
|---|---|---|
| | Series Preface | ix |
| | Acknowledgments | xi |
| ıne | Introduction and Overview | 1 |
| wo | Planning and Designing a Research Study | 26 |
| ee | General Approaches for Controlling Artifact and Bias | 65 |
| ur | Data Collection, Assessment Methods, and Measurement Strategies | 95 |
| ve | General Types of Research Designs and Approaches | 123 |
| Six | Validity | 158 |
| en | Data Preparation, Analyses, and Interpretation | 198 |
| ght | Ethical Considerations in Research | 233 |
| ne | Disseminating Research Results and Distilling Principles of Research Design and Methodology | 261 |
| | References | 277 |
| | Index | 283 |

Another example of experimenter bias is related to training and sophistication. Like people in general, researchers possess varying levels of knowledge and sophistication, which can have a significant impact on any study. Consider our previous therapy example. Let's assume that three different researchers are conducting the therapeutic interventions. One researcher has 20 years of experience, the other has 10, and the final one is just out of graduate school and has little practical experience. Any results that we might obtain from this study might be a reflection more of therapist experience than of the nature and effectiveness of the three different types of therapy. Although subtle, experimenter biases can have a significant impact on the validity of the research findings because they can blur the relationship between the independent and dependent variables.

### *Controlling Experimenter Bias*

As just mentioned, experimenter bias can have substantial negative impacts on the overall validity of a study. Fortunately, there are a number of strategies (listed in Rapid Reference 3.4) that can be employed to minimize the impact of these biases.

The first strategy is to maintain careful control over the research procedures. The goal of this approach is to hold study procedures constant, in an attempt to minimize unforeseen variance in the research design. In other words, all procedures should be carefully standardized. This might include the use of manualized study procedures, standardized instruments, and uniform scripts for interacting with research participants. Some studies go so far as to try to anticipate participant questions and behaviors and script out appropriate responses for researchers to follow.

Typically, this type of control is limited to the recruitment and assessment of participants and to the giving of standardized instructions throughout the study. Inclusion criteria and standards are usually developed to ensure that only appropriate participants are included in the study. Achieving this type of control is more difficult than it might sound. Remember that research participants bring a wide range of individual differences to any research study. Despite this, there are other steps related to

Case 1:06-cv-02773-CCB Document 495-24 Filed 09/30/16 Page 6 of 31

## Rapid Reference 3.4

### Strategies for Minimizing Experimenter Effects

- Carefully control or standardize all experimental procedures.
- Provide training and education on the impact and control of experimenter effects to all of the researchers involved in the study.
- Minimize dual or multiple roles within the study.
- When multiple researcher roles are necessary, provide appropriate checks and balances and quality control procedures, whenever possible.
- Automate procedures, whenever possible.
- Conduct data collection audits and ensure accuracy of data entry.
- Consider using a statistical consultant to ensure impartiality of results and choice of appropriate statistical analyses.
- Limit the knowledge that the researcher or researchers have regarding the nature of the hypotheses being tested, the experimental manipulation, and which participants are either receiving or not receiving the experimental manipulation.

constancy that researchers can employ to minimize the impact of experimenter bias.

One of the more common approaches to achieving constancy is to provide training and education on the impact and control of experimenter effects to all of the researchers involved in the study. Although it has been said that ignorance is bliss, this is usually not the case in research design. Ignorance of the potential impact of researcher behavior and attitudes on the results of a study is a common source of bias that can be easily addressed through education and training. Awareness of the potential impact of behavior is usually the first step in making sure that the behavior does not go unregulated or unchecked in a research context. Training and education are essential when there are varying levels of expertise among researchers or when the researchers have enlisted the help of support staff who possess little experience in conducting research. At a minimum, train-

ing in this area should include a discussion of the most common types of experimenter effects and how they are best minimized or eliminated.

As noted previously, there are numerous types of experimenter effects that can bias the results of a study. Some can be minimized through awareness and training, and others through standardized procedures. We also mentioned that experimenter effects might be more prevalent when one individual is acting in multiple roles within the study. This is particularly true in smaller studies for which funding and resources are limited, such as graduate school dissertation research.

The problem that this might produce in light of experimenter effects is an apparent one: temptation. The solution is relatively simple—use multiple researchers and provide appropriate checks and balances and quality control procedures whenever possible. It might also be helpful to divide responsibilities in a way that minimizes possible confounds and temptations to act in a way that might be inconsistent with drawing valid conclusions from the results of the study. Let's consider some examples.

Checks and balances, or quality control procedures, are essential for eliminating potential experimenter biases. As discussed previously, standardized procedures are the first step in ensuring the strength of a research design. Participant inclusion criteria, scripts, standardized interventions, and control of the experimental environment are all examples of standardizing various aspects of a research design. There are other steps related to standardization that can be taken to further bolster validity and minimize potential experimenter effects. Unfortunately, many of these approaches are labor intensive and require multiple researchers. When the inclusion of multiple researchers is not possible, informal consultation with knowledgeable colleagues should be utilized whenever possible.

Most studies begin with developing the research question, construction of the research design, and generation of hypotheses. Having multiple researchers involved in planning a research study brings a diversity of views and opinions that should minimize the likelihood of a poorly conceptualized research design. With an effective and appropriate design in place, multiple researchers can also be used to ensure that other aspects of the

Case 1:06-cv-02773-CCB Document 495-24 Filed 09/30/16 Page 8 of 31

study are executed in a way that helps minimize or eliminate experimenter bias. For example, multiple researchers could develop participant inclusion and exclusion criteria. Similarly, participant inclusion might be dependent on agreement by two or more researchers as to whether the participant meets the required criteria.

Multiple researchers can also act as a quality control mechanism for the actual delivery of the intervention, or independent variable. Again, more than one researcher might be involved in designing the intervention related to the independent variable, and then in confirming that the intervention was actually delivered to the participants in the required fashion.

Data collection and analysis is another area where multiple researchers can be an asset to minimizing or eliminating experimenter bias. Audits can be conducted to determine whether mistakes were made in the data collection or data entry processes. Similarly, multiple researchers can help ensure that the correct statistical analyses are conducted and that the results are reported in an accurate manner (O'Leary, Kent, & Kanowitz, 1975). A statistical expert should be consulted whenever there is uncertainty about which statistical approaches might best be used to answer the research question. Finally, this approach can be useful in the communication of the results of the study because multiple authors bring a more diverse view to the conceptualization, interpretation, and application of the findings.

There are other methodological approaches that allow us to further minimize the impact of experimenter bias. Recall from previous paragraphs that knowledge about the research hypotheses and the nature of the experimental manipulation has the potential to inappropriately influence or bias the outcome of a study. It makes intuitive sense that limiting this knowledge (if permitted by the specific research design) might have a positive impact on the validity of the conclusions drawn from the study because it might help to further minimize the potential impact of experimenter effects.

There are three main approaches or procedures for limiting the knowledge that researchers have regarding the nature of the hypotheses being tested, of the experimental manipulation, and of which participants are either receiving or not receiving the experimental manipulation (Chris-

tensen, 2004; Graziano & Raulin, 2004). Each of these procedures seeks to reduce or minimize the researcher's knowledge about the participants and about which experimental conditions they are assigned to (Graziano & Raulin).

The first approach is referred to as the *double-blind technique,* which is the most powerful method for controlling experimenter expectancy and related bias. This procedure requires that neither the participants nor the researchers know which experimental or control condition the participants are assigned to (Leary, 2004). This often requires that the study be supervised by a person who tracks assignment of participants without informing the main researchers of their status (Rosenthal, Persinger, Vikan-Kline, & Mulry, 1963). Without this knowledge, it will be very difficult for the other researchers to either intentionally or inadvertently introduce experimenter bias into the study.

For a variety of reasons, it is often not practical or appropriate to use a double-blind procedure. This leads us to a discussion of the second most effective approach for controlling experimenter bias: the *blind technique.* The blind technique requires that the researcher be kept "blind" or naïve regarding which treatment or control conditions the participants are in (Christensen, 1988). As with the double-blind technique, someone other than the researcher assigns the participants to the required control or experimental conditions without revealing the information to the researcher.

If either the double-blind or blind technique is inappropriate or impractical, the researcher can resort to a third approach to minimizing experimenter bias. The final method for accomplishing this is known as the *partial-blind technique,* which is similar to the blind technique except that the researcher is kept naïve regarding participant selection for only a portion of the study. Most commonly, the researcher is kept naïve throughout participant selection and assignment to either control or experimental conditions (Christensen, 1988).

These three approaches—double-blind, blind, and partial-blind—are summarized in Rapid Reference 3.5. We will return to the topic of experimenter bias in Chapter 5.

Case 1:06-cv-02773-CCB Document 495-24 Filed 09/30/16 Page 10 of 31

*Rapid Reference 3.5*

## Approaches for Limiting Researchers' Knowledge of Participant Assignment

- **Double-blind technique:** The most powerful method for controlling researcher expectancy and related bias, this procedure requires that neither the participants nor the researchers know which experimental or control condition research participants are assigned to.
- **Blind technique:** This procedure requires that only the researcher be kept "blind" or naïve regarding which treatment or control conditions the participants are in.
- **Partial-blind technique:** This procedure is similar to the blind technique, except that the researcher is kept naïve regarding participant selection for only a portion of the study.

### Participant Effects

As just discussed, experimenter effects are a potential source of bias in any research study. If the researchers can be a significant source of artifact and bias, then it makes both intuitive and practical sense that the participants involved in a research project can also be a significant source of artifact and bias. Accordingly, we will now discuss a second common form of artifact and bias that can introduce significant confounds into a research design if not properly controlled. This source of artifact and bias is most commonly referred to as "participant effects."

**DON'T FORGET**

**Participant Effects**

*Participant effects* are a source of artifact and bias stemming from a variety of factors related to the unique motives, attitudes, and behaviors that participants bring to any research study.

As the name implies, the participants involved in a research study can be a significant source of artifact and bias. Just like researchers, they bring their own unique sets of biases and perceptions into the research setting. Put simply, *partic-*

*ipant effects* refers to a variety of factors related to the unique motives, attitudes, and behaviors that participants bring to any research study (Kruglanski, 1975; Orne, 1962). For example, is the participant anxious about the process, eager to please the researcher, or motivated by the fact that he or she is being compensated for participation? Do the participants think they have figured out the purpose of the study, and are they acting accordingly? In other words, are the participants, either consciously or unconsciously, altering their behavior to the demands of the research setting? (See Rapid Reference 3.6).

*Rapid Reference 3.6*

**Participant Effects by Any Other Name . . .**

Participant effects are also referred to as "demand characteristics." *Demand characteristics* are the tendencies of research participants to act differently than they normally might simply because they are taking part in a study. At their most severe, demand characteristics are changes in behavior that are based on assumptions about the underlying purpose of the study, which can introduce a significant confound into the study's findings.

In this regard, participant effects are very similar to experimenter effects because they are simply the expression of individual differences, predispositions, and biases imposed upon the context of a research design. Often, participants are unaware of their own attitudes, predispositions, and biases in their day-to-day lives, let alone in the carefully controlled context of a research study.

The impact of participant effects has been thoroughly researched and well documented. At the broadest level of conceptualization, research suggests that the level of participant motivation and behavior changes simply as a result of the person's being involved in a research study. This phenomenon is most commonly referred to as the *Hawthorne effect.* The term "Hawthorne effect" was coined as a result of a series of studies that lent support to the proposition that participants often change their behavior merely as a response to being observed and to be helpful to the researcher. There are numerous, more specific ways that participant effects

Case 1:06-cv-02773-CCB Document 495-24 Filed 09/30/16 Page 12 of 31

could manifest themselves in the context of a research design. Many of these manifestations are directly related to the different roles that a participant might assume within the context of the research study.

Consider for a moment that most participants in research studies are volunteers (Rosen, 1970; Rosnow, Rosenthal, McConochie, & Arms, 1969). As such, these individuals might be different from other people who decide not to participate or do not have the opportunity to participate in the study. This is further confounded by the fact that a significant amount of research is conducted on college undergraduates enrolled in introductory-level psychology courses. Often, participation in research is tied to course credit or some other form of external motivation or reward. Accordingly, volunteer participants might be different from the general population as a whole, and the conclusions drawn from the study might be limited to this specific population. Therefore, even volunteer status may result in a participant effect because volunteers are a unique subset of the population with distinct characteristics that can have a significant impact on the results of the study.

Some commentators have taken the concept of participant effects to an even more refined level by identifying the different "roles" that a participant might consciously or unconsciously adopt in the context of a research study (Rosnow, 1970; Sigall, Aronson, & Van Hoose, 1970; Spinner, Adair, & Barnes, 1977). Although there is some disagreement about the existence and exact classification of participant roles, the most commonly discussed roles include the "good," the "negativistic," the "faithful," and the "apprehensive" participant roles (Kazdin, 2003c; Weber & Cook, 1972).

The "good" participant might attempt to provide information and responses that might be helpful to the study, while the "negativistic" participant might try to provide information that might confound or undermine it. The "faithful" participant might try to act without bias, while the "apprehensive" participant might try to distort his or her responses in a way that portrays him or her in an overly positive or favorable light (Kazdin, 2003c). Regardless of the role or origin, participant effects, either alone or in combination, can have a direct impact on the attitudes of research par-

ticipants, which in turn can have an impact on the overall validity of the study. Specifically, participant effects can undermine both the internal and external validity of a study. Internal and external validity are discussed in detail in Chapter 6.

### *Controlling Participant Effects*

As with experimenter effects, researchers should consider and attempt to control for the impact of participant effects. And, as with the sources of bias, the potential impact of these effects should be considered early on during the design phase of the study. Conveniently, one of the methods for controlling participant effects is exactly the same as one for controlling experimenter effects, namely, the use of the double-blind technique. Remember that this procedure requires that neither the participants nor the researchers know which experimental or control conditions the participants are assigned to. Without this knowledge, it would be difficult for participants to alter their behavior in ways that would be related to the experimental conditions to which they were assigned. This approach, however, would still not prevent a participant from adopting one of the preconceived participant roles we discussed previously.

*Deception* is another relatively common method for controlling participant effects. The use of deception should not be taken lightly because there are potential ethical issues that should be considered before proceeding. At a minimum, deception cannot jeopardize the well-being of the study participants, and at the conclusion of the study, researchers are usually required to explain to the participants why deception was used. When researchers use deception, it usually takes the form of providing participants with misinformation about the true hypotheses of interest or the focus of the study (see Christensen, 2004). Without knowledge of the true hypotheses, it is much more difficult for participants to alter their behaviors in ways that either support or refute the research hypotheses.

Double-blind and deception techniques are common ways of controlling for participant effects, and these approaches operate by altering the knowledge available to the participants. One drawback to these approaches is that the researchers will never know for certain whether their attempts at

## CAUTION

### Use Deception Cautiously and Only Under Appropriate Circumstances!

The use of deception in research design is controversial and should not be undertaken without serious consideration of the possible implications and consequences. Certain ethical codes and federal rules and regulations are very clear that the potential gains of using deception in research must be balanced against potential negative consequences and effects on the participants. Generally, the use of deception must be justified in the context of the research study's possible scientific, educational, or applied value. In addition, the researchers must consider other approaches and demonstrate that the research question necessarily involves the use of deception. Researchers must never use deception when providing information about the possible risks and benefits of participating in the study or in obtaining the informed consent of the research participants.

control were successful or what the participants were actually thinking as they progressed through the various aspects of the research study. Fortunately, there is one more approach for controlling for participant effects that allows the researchers to gather information about participant attitudes and behavior as they progress through the research study.

This third approach is straightforward and focuses on a process of *inquiry*. The researchers can simply ask the participants about any number of issues related to participant effects and the overall purpose and hypotheses of the study. Typically, the researchers will ask questions related to the hypotheses and the natures of the roles adopted by the participants. The timing of the questioning can vary. For example, participants might be asked about specific or essential aspects of the study in a retrospective fashion, after they have completed the study. On the other hand, the researchers might decide to question participants concurrently, throughout the course of the study. The choice of approach is up to the researchers. Regardless of timing, the intent of this approach is to allow the researchers to gather information directly from the participants regarding role, motivation, and behavior (Christensen, 2004). This information can then be

controlled for in the statistical analysis or used to remove a certain participant's data from the analysis.

## ACHIEVING CONTROL THROUGH RANDOMIZATION: RANDOM SELECTION AND RANDOM ASSIGNMENT

Our discussion so far has focused on approaches for controlling two common sources of potential artifact and bias, namely, experimenter and participant effects. Although important, these two types of artifact and bias represent only a very limited number of potential sources of artifact and bias that should be controlled for in a research study. Other types of artifact and bias can come from a variety of sources and are unique to the research design in question. We discuss these other types of artifacts and biases in detail in Chapter 6.

Controlling and minimizing these sources of artifact and bias is directly related to the quality of any study and it bolsters the confidence we can have in the accuracy and relevance of the results. In an ideal world, researchers would be able to eliminate all extraneous influences from the contexts of their studies. That is the ultimate goal, but one that no research study will likely ever obtain. As you can imagine, eliminating all sources of artifact and bias is virtually impossible. Fortunately, there are other methods that can be used to help researchers control for the influence of extraneous variables that do not require the a priori identification and elimination of all potential sources of artifact and bias. The most powerful and effective method for minimizing the impact of extraneous variables and ensuring the internal and external validity of a research study is randomization.

*Randomization* is a control method that helps to ensure that extraneous sources of artifact and bias will not confound the validity of the results of the study. In other words, randomization helps ensure the internal validity of the study by helping to eliminate alternative rival hypotheses that might explain the results of the study. (We will discuss internal validity in detail in Chapter 6.) Unlike other forms of experimental control, randomization does not attempt to eliminate sources of artifact and bias from the study.

Case 1:06-cv-02773-CCB Document 495-24 Filed 09/30/16 Page 16 of 31

**DON'T FORGET**

**Randomization**

*Randomization* is a control method that helps to eliminate alternative rival hypotheses that might otherwise explain the results of the study. Randomization does not attempt to eliminate sources of artifact and bias from the study. Instead, it attempts to control for the effects of extraneous variables by ensuring that they are equivalent across all of the experimental and control groups in the study.

Instead, randomization attempts to control for the effects of extraneous variables by ensuring that they are equivalent across all of the experimental and control groups in the study. Randomization can be used when selecting the participants for the study and for assigning those participants to various conditions within the study. These two approaches are referred to as "random selection" and "random assignment," respectively. As you may recall, the topic of randomization was briefly discussed in Chapter 2 in the context of choosing study participants and assigning those participants to groups within the study. In this section, we will discuss randomization as a strategy for controlling artifact and bias.

We will now discuss how participant selection and assignment constitute the most effective way of controlling for and minimizing the impact of sources of artifact and bias. As mentioned previously, it is impossible to identify, let alone eliminate, all of the potential confounds that can be at work within a research study. Despite this, researchers can still attempt to minimize the effects of these confounds by using random selection and random assignment in participant selection and assignment procedures.

*Random selection* is a control technique that increases external validity, and it refers to the process of selecting participants at random from a defined population of interest (Christensen, 2004; Cochran, 1977). We will discuss external validity in detail in Chapter 6. The *population of interest* is usually defined by the purpose of the research and the research question itself. For example, if the purpose of a research project is to study depression in the elderly, then the population of interest will most likely be elderly people with depression.

The research question might further define the population of interest; in this example, the research question might be the following: Does a new therapy technique alleviate symptoms of depression in people over the age of 65? In the broadest sense, the population of interest is therefore people with depression who are at least 65 years old. Ideally, we would be able to draw our sample of participants from the entire population of elderly individuals suffering from depression, and each of these individuals would have an equal chance of being selected to participate in the study. The fact that each participant has an equal chance of being selected to participate is the hallmark of random selection.

Random selection helps control for extraneous influences because it minimizes the impact of selection biases and increases the external validity of the study. In other words, using random selection would help ensure that the sample was representative of the population as a whole. In this case, a sample composed of randomly selected elderly individuals with depression should be representative of the population of all elderly individuals with depression. Theoretically, the results we obtain from a randomly selected sample should be generalizable to all elderly individuals with depression. Figure 3.1 provides a graphic representation of this example.

As you might suspect, random selection in its most general form is almost impossible to accomplish. Consider the resources and logistical network that would be necessary to randomly select from an entire population of interest. Would you want the task of randomly selecting and recruiting elderly, depressed individuals from across the world? From the United States? From the state or city in which you live? Although possible, random selection is a daunting prospect even when we narrow the population of interest.

For this reason, researchers tend to randomly select from samples of convenience. A *sample of convenience* is simply a potential source of participants that is easily accessible to the researcher. A common example of a sample of convenience is undergraduate psychology majors, who are usually subtly or not so subtly coerced to participate in a wide variety of re-

Case 1:06-cv-02773-CCB Document 495-24 Filed 09/30/16 Page 18 of 31




**Figure 3.1 A graphic example of random selection.**

In any research study, the population of interest is usually defined by the purpose of the research and the research question itself. In our current example, the purpose of the research study is to examine depression in the elderly, and the research question is whether a new therapy technique alleviates symptoms of depression in people over the age of 65.

search activities. We could conduct our study of depression and the elderly using a readily accessible sample of convenience, rather than attempting to sample the entire population of depressed elderly individuals.

For example, we might approach two or three local geriatric facilities and try to randomly select participants from each. In many instances, the study might simply focus on randomly selecting participants from one facility. The advantage of this approach is that we might actually be able to conduct the research and gain valuable, albeit limited, information on treating depression in the elderly. The primary disadvantage is that this approach has a negative impact on external validity. The sample will be smaller and

**DON'T FORGET**

**Sample of Convenience**

A *sample of convenience* is simply a potential source of research participants that is easily accessible to the researcher.

likely less representative of the population of depressed, elderly individuals, which can have a negative impact on statistical conclusion validity.

As will be discussed in Chapter 6, the aspect of quantitative evaluation that affects the accuracy of the conclusions drawn from the results of a study is called *statistical conclusion validity*. At its simplest level, statistical conclusion validity addresses the question of whether the statistical conclusions drawn from the results of a study are reasonable. Although an exhaustive discussion is inappropriate at this point, the results of certain statistical analyses can be influenced by sample size. Accordingly, the use of an exceptionally small, or large, sample can produce misleading results that do not necessarily accurately represent the actual relationship between the independent and dependent variables.

The second type of randomization control technique is *random assignment*, which is concerned with how participants are assigned to experimental and control conditions within the research study. The basic tenet of random assignment is that all participants have an equal likelihood of being assigned to any of the experimental or control groups (Sudman, 1976). The basic purpose of random assignment is to obtain equivalence among groups across all potential confounding variables that might impact the study. Remember that we can never eliminate all forms of artifact and bias, and random assignment does not attempt to do this. Instead, it seeks to distribute or equalize these potential confounds across experi-

## DON'T FORGET

### Random Assignment

*Random assignment* is a control technique in which all participants have an equal likelihood of being assigned to any of the experimental or control groups. Random assignment increases internal validity because it distributes or equalizes potential confounds across experimental and control groups. Studies that use random assignment are referred to as *true experiments*, while studies that do not use random assignment are referred to as *quasi experiments*. See Chapter 5 for a more detailed discussion of true experimental and quasi-experimental research designs.

Case 1:06-cv-02773-CCB Document 495-24 Filed 09/30/16 Page 20 of 31

mental and control groups. Let's consider our study of depression and the elderly to illustrate the concept of random assignment.

We manage to randomly select 30 participants from local geriatric facilities. Remember that we are interested in the effects of our new therapy on depression. Accordingly, we form two groups: The first group receives the treatment, while the other receives a psychologically inert form of intervention that does not involve therapy. We have 30 participants who must now be randomly assigned to the two conditions. According to the tenets of random assignment, we must ensure each participant has an equal probability of winding up in either of the two groups. This is usually accomplished by using a computer-generated random selection process or by simply referring to a table of random numbers. (Contrast this with a nonrandom approach to assignment.)

For example, taking the first 15 participants and assigning them to the treatment condition and the last 15 to the control condition would not be random assignment because the participants did not have an equal opportunity to be placed in either of the two groups. If we proceeded this way, then we could be introducing a selection bias into the study. The first 15 participants might be significantly different on a variety of factors than the second 15. Are the first 15 more motivated to participate because they are actively seeking symptom reduction? Motivation level itself might be a confounding variable. The second group of 15 might not be as motivated to participate for a variety of reasons.

Therefore, the results we obtained might be affected by these differences and not be a reflection of our intervention (the independent variable), even if we found a positive effect. If we randomly assigned the participants to each of the two groups, we would expect that the two groups should be equivalent in terms of participant characteristics and any other confounding variables, such as motivation. This equivalence is a researcher's best defense against the impact of extraneous influences on the validity of a study. Accordingly, random assignment should be utilized whenever possible in the context of research design and methodology. Figure 3.2 gives a graphic representation of random assignment in our example.

Obviously, random selection and random assignment—collectively re-




**Figure 3.2 A graphic example of random assignment.**

Using our new sample of convenience, we can build on the example provided in Figure 3.1 to illustrate the process of random assignment. We manage to randomly select 30 participants from local geriatric facilities. We must now randomly assign them to either the therapy group or the control group.

Case 1:06-cv-02773-CCB Document 495-24 Filed 09/30/16 Page 22 of 31

**DON'T FORGET**

Techniques for holding variables constant, such as matching and blocking, are not intended to be substitutes for true randomization.

ferred to as "randomization"—are essential techniques for minimizing the impact of extraneous variables and ensuring the validity of the conclusions drawn from the results of a research study. Although optimal, randomization is not the only approach for minimizing, or controlling for, the impact of extraneous variables. In our previous discussion, we highlighted the theoretical and logistical difficulties inherent in trying to achieve true random selection and random assignment. These realities often make it difficult, if not impossible, to achieve true randomization. In some circumstances, randomization might not be the best approach to use because the researchers might be more interested in or concerned with the impact of specific extraneous variables and confounds. When this is the situation, some measure of experimental control can be achieved by holding the influence of the variable or variables in question constant in the research design.

### Holding Variables Constant

The primary and most common method for holding the influence of a specific variable or variables constant in a study is referred to as *matching*. This assignment procedure involves matching research participants on variables that may be related to the dependent variable and then randomly assigning each member of the matched pair to either the experimental condition or control condition (Beins, 2004; Graziano & Raulin, 2004). The application of matching is best illustrated through example. Let's revisit the example we con-

**DON'T FORGET**

**Matching**

This assignment procedure involves matching research participants on variables that may be related to the dependent variable and then randomly assigning each member of the matched pair to either the experimental condition or the control condition.

sidered earlier regarding a new treatment for depression in an elderly population.

In our previous discussion, we randomly assigned participants to either an experimental or a control condition. We will use the same basic premise in this example, in which we are still interested in knowing whether our treatment will produce greater reduction of symptoms of depression than will receiving an inert intervention that does not involve therapy. As we previously discussed, we sampled from the population in the same way, and still ended up using a sample of convenience; we then randomly assigned the participants to the experimental or control group.

Now let's add another layer of complexity to the scenario. We still want to know whether our new treatment is effective, but we might also be interested in the potential impact of other specific, potentially confounding variables. Consider, for example, that therapeutic outcome can sometimes be influenced by intelligence. Difficulties with memory and other modes of cognitive functioning might also significantly impact the outcome of therapy when working with elderly clients.

Given this, the researchers decide to control for the effects of memory in the study. Accordingly, the methodology is altered to include a general measure of memory functioning that demonstrates adequate reliability and validity. In practice, this assessment would have to be given before matching or assignment could occur.

The first step in the matching procedure would be to create matched pairs of participants based on their memory screening score. In this case, we have a two-group design—therapy versus an inert treatment (control group). The researchers would take the two highest scores on the memory test and those participants would constitute a matched pair. Next, this matched pair would be split and each participant randomly assigned such that one member ends up in the experimental group and one member ends up in the control group. In other words, each participant in this first matched pair still has an equal likelihood of being assigned to either the treatment or the control condition. The process is repeated, so the next two highest scores on the memory screen would be matched and then randomly assigned to the two conditions. The process would con-

Case 1:06-cv-02773-CCB Document 495-24 Filed 09/30/16 Page 24 of 31

tinue until each of the participants was assigned to either one of the two conditions.

Note that matching can be used with more than two groups. With three groups, the three highest scores would be randomly assigned, with four groups the four highest scores, and so on. Similarly, participants can be matched on more than one variable. In this case, for example, we might also be interested in gender as a potentially confounding variable. The researchers could take the two highest male memory scores and randomly assign each participant such that one is in the experimental and the other in the control group, and then repeat the procedure for females based on memory score. Ultimately, the goal is the same: to make the experimental and control conditions equivalent on the variables of interest. In our example, the researchers could safely assume that the two groups had equivalent representation in terms of gender and memory functioning.

Although matching is one of the more common approaches for holding the influence of extraneous variables constant, there are other approaches that can be used. The first of these approaches is referred to as "blocking." Unlike matching, which is concerned with holding extraneous variables constant, *blocking* is an approach that allows the researchers to determine what specific impact the variable in question is having on the dependent variable (Christensen, 1988). In essence, blocking takes a potentially confounding variable and examines it as another independent variable.

An example should help clarify how blocking is actually implemented in the context of a research study. Let's return once again to our treatment effective-

**DON'T FORGET**

**Blocking**

This assignment technique allows the researchers to determine what specific impact the variable in question is having on the dependent variable by taking a potentially confounding variable and examining it as another independent variable.

ness study for depression in the elderly. In the original design, we were interested in whether the new treatment was effective for reducing symptoms of depression in the elderly. There were two groups—one group received the new treatment and the other group received an inert or control intervention.

In this example, the independent variable is the new treatment and the dependent variable is the symptom level of depression. Blocking allows for a potentially confounding variable to become an independent variable. We will use memory as our potentially confounding or blocking variable. In other words, we not only want to know whether the treatment is effective, we also want to know whether memory functioning has an impact on therapeutic effectiveness. Therefore, the researchers might first divide the participants into two categories based on memory score. For instance, scores below a certain cutoff number would constitute the "impaired memory" group and scores above the cutoff number would constitute the "adequate memory" group. The participants would then be randomly assigned to either the experimental group or the control group. Note that now there are two independent variables, therapy and memory, and four groups instead of two groups in our study. In the original design, there were only two groups, experimental and control. Now the researchers have four groups: therapy/impaired memory, therapy/adequate memory, no therapy/impaired memory, and no therapy/adequate memory. As you can see, the researchers can now compare the performance of these groups to determine whether memory had an effect on therapeutic effectiveness. Without the use of blocking, these additional comparisons would not have been possible.

Another selection approach for controlling extraneous variables requires the researchers to hold the extraneous variable in question constant by selecting a sample that is very uniform or homogeneous on the variable of interest. For example, the researchers might first select only those elderly individuals with intact memory functioning for the therapy study, most likely based on a pretest cutoff score. All participants who did not meet the cutoff score would be excluded from the study. The participants

Case 1:06-cv-02773-CCB Document 495-24 Filed 09/30/16 Page 26 of 31

would then be randomly assigned to the different experimental conditions. The rationale behind this approach is relatively straightforward. Specifically, if all of the participants are roughly equivalent on the variable under consideration (e.g., memory), then the potential impact of the variable is consistent across all of the groups and cannot operate as a confound. Although this is an effective way of eliminating potential confounds, it has a negative effect on the generalizability of the results of a study. In this example, any results would pertain only to elderly individuals with adequate memory functioning and not to a broader representation of elderly people suffering from depression.

### Statistical Approaches

The final method for attaining control of extraneous variables that we will discuss involves statistical analyses rather than the selection and assignment of participants. Rapid Reference 3.7 lists the methods we'll describe in some detail here.

One statistical approach for determining equivalence between groups is to use simple analyses of means and standard deviations for the variables of interest for each group in the study. A *mean* is simply an average score, and a *standard deviation* is a measure of variability indicating the average amount that scores vary from the mean. (These concepts will be discussed in more detail in Chapter 7.) We could use means and standard deviations to obtain a snapshot of group scores on a variable of interest, such as memory.

Let's assume we randomly assign our elderly participants to our two original groups and that we are still interested in memory functioning as a potential confounding variable. Theoretically,

*Rapid Reference 3.7*

**Statistical Approaches for Holding Extraneous Variables Constant**

- Descriptive statistics
- *T*-test
- ANOVA
- ANCOVA
- Partial correlation

random assignment should make the two groups equivalent in terms of memory functioning. If we were cynical (or perhaps obsessive-compulsive), we could check the means and standard deviations for memory scores for both groups to see if they were consistent. For some researchers, eyeballing the results would be sufficient—in other words, if the means and standard deviations were close for both groups, we would assume that there was no confound. For others, a statistical test (*t*-test for two groups, or analysis of variance [ANOVA] for three or more groups) to compare the means would be run to determine whether there was a statistically significant difference between the groups on the variable of interest (Howell, 1992). If significant differences were found, then the groups would not be equivalent on the variable of interest, suggesting a possible confound. This approach can be particularly useful when random assignment is not possible or practical.

There are two other statistical approaches that can be used to minimize the impact of or to control for the influence of extraneous variables. The first is referred to as "analysis of covariance," or ANCOVA, and it is used during the data analysis phase (Huitema, 1980). This statistical technique adjusts scores so that participant scores are equalized on the measured variable of interest. In other words, this statistical technique controls for individual differences and adjusts for those differences among nonequivalent groups (see Pedhazur & Schmelkin, 1991; Winer, 1971).

A partial correlation is another statistical technique that can be used to control for extraneous variables. In essence, a *partial correlation* is a correlation between two variables after one or more variables have been mathematically controlled for and partialed out (Pedhazur & Schmelkin, 1991). For example, a partial correlation would allow us to look at the relationship between memory and symptom level while mathematically eliminating the impact of another possibly confounding variable such as intelligence or level of motivation. This assumes, of course, that appropriate data on each variable have been collected and can be included in the analyses. These statistical approaches can be used regardless of whether random selection and assignment were employed in the study.

## SUMMARY

This chapter discussed general strategies and controls that can be used to reduce the impact of artifact and bias in any given research design. These basic strategies are particularly useful because they help reduce the impact of unwanted bias even when the researcher is not aware that bias is present. The implementation of these basic strategies ultimately reduces threats to validity and bolsters the confidence that we can place in a study's findings.

### TEST YOURSELF

1. **Theoretically, a sample is most representative of the total population when random ________ is used.**
2. **Deception can be used in any aspect of the study as long as the benefits of the study outweigh the potential risks.** True or False?
3. **The most effective way to equalize the impact of potentially confounding variables and ensure the internal validity of the study is through ________ ________.**
4. **Research participants can assume various roles that can influence the results of a study.** True or False?
5. **Research studies that are quasi-experimental are preferred over true experiments because they utilize random assignment.** True or False?

Answers: 1. selection; 2. False (There are ethical prohibitions against using deception under certain circumstances.); 3. random assignment; 4. True; 5. False (True experiments utilize random assignment.)

measurements are made. There are four basic variations of this design: the simple interrupted time-series design, the reversal time-series design, the multiple time-series design, and the longitudinal design.

### *Simple Interrupted Time-Series Design*

The *simple interrupted time-series design* is a within-subjects design in which periodic measurements are made on a single group in an effort to establish a baseline, as depicted here:

O—O—O—O—X—O—O—O—O

At some point in time, the independent variable is introduced, and it is followed by additional periodic measurements to determine whether a change in the dependent variable occurs.

According to Cook and Campbell (1979), there are two principal ways in which the independent variable can influence the series of observations after it has been introduced: (1) a change in the level and (2) a change in the slope. A sharp discontinuity in the values of the dependent variable at the point of interruption (introduction of the independent variable) would indicate a change in level.

To better understand this, consider a study in which an employer was using a particular rating system to evaluate the employees' monthly productivity, before and after offering them stock options. One potential outcome might be a dramatic change in employee productivity. As depicted in Figure 5.2, employee productivity ratings that hovered between 2 and 3




**Figure 5.2 An example of a change in level.**

## Rapid Reference 6.6

### Importance of Interaction Effects in Relation to External Validity

External validity can best be understood as an interaction between participant attributes and experimental settings and their related characteristics. Generalization of results from any study is hampered when the independent variable interacts with participant attributes or characteristics of the experimental setting to produce the observed results. Therefore, the types of threats to external validity discussed in this chapter are far from exhaustive. Depending on the experimental design and the research question, each study can create unique threats to external validity that should be controlled for. If experimental control is not possible, the limitations of the study's findings should be discussed in sufficient detail to clarify the relevance and generalizability of the findings.

(Campbell & Stanley, 1966; Cook & Campbell, 1979; Christensen, 1988; Graziano & Raulin, 2004; Kazdin, 2003c)?

There are two primary methods for improving the construct validity of a study. First, strong construct validity is based on clearly stated and accurate operational definitions of a study's variables. Second, the underlying theory of the study should have a strong conceptual basis and be based on well-validated constructs (Graziano & Raulin, 2004). Cook and Campbell (1979) suggest several ways to improve construct validity; these are listed in Rapid Reference 6.7.

Let's consider a straightforward example to illustrate the importance of construct validity in a study. A team of researchers is interested in studying the factors that contribute to mortality rates in a number of different countries. The scope of the study prohibits the use of actual participants, so the researchers decide to conduct a correlational study in which they analyze the statistical relationships between different countries and available demographic data. The researchers hypothesize that education level and family income will be significantly related to mortality rate. The specific hypothesis is that mortality rate will drop as education level and family income rise. In other words, the researchers are hypothesizing that

Psychology

# Master the essential skills for designing and conducting a successful research project

[illegible]

Essentials of Statistics for the Social and Behavioral Sciences

Essentials of Psychological Testing

Essentials of Child Psychopathology

ISBN 978-0-471-47053-3
90000
9 780471 470533

WILEY