**EXH. 24**

# Designing Qualitative Research

SIXTH EDITION



CATHERINE MARSHALL • GRETCHEN B. ROSSMAN

# Designing Qualitative Research

## Sixth Edition

**Catherine Marshall**
*University of North Carolina at Chapel Hill*

**Gretchen B. Rossman**
*University of Massachusetts Amherst*

SAGE

SAGE

Los Angeles | London | New Delhi
Singapore | Washington DC | Boston

FOR INFORMATION:

SAGE Publications, Inc.
2455 Teller Road
Thousand Oaks, California 91320
E-mail: order@sagepub.com

SAGE Publications Ltd.
1 Oliver's Yard
55 City Road
London EC1Y 1SP
United Kingdom

SAGE Publications India Pvt. Ltd.
B 1/I 1 Mohan Cooperative Industrial Area
Mathura Road, New Delhi 110 044
India

SAGE Publications Asia-Pacific Pte. Ltd.
3 Church Street
#10-04 Samsung Hub
Singapore 049483

Acquisitions Editor: Helen Salmon
Editorial Assistant: Anna Villarue
Digital Content Editor: Katie Bierach
Production Editor: Tracy Buyan
Copy Editor: Megan Granger
Typesetter: C&M Digitals (P) Ltd.
Proofreader: Alison Syring
Indexer: Robie Grant
Cover Designer: Gail Buschman
Marketing Manager: [illegible]

Copyright © 2016 by SAGE Publications, Inc.

All rights reserved. No part of this book may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the publisher.

Printed in the United States of America

*Library of Congress Cataloging-in-Publication Data*

Marshall, Catherine, 1946-

Designing qualitative research / Catherine Marshall, University of North Carolina at Chapel Hill, Gretchen B. Rossman, University of Massachusetts Amherst. — Sixth edition.

pages cm
Includes bibliographical references and index.

ISBN 978-1-4522-7100-2 (pbk. : alk. paper)

1. Social sciences—Research—Methodology. 2. Qualitative research. I. Rossman, Gretchen B. II. Title.

H62.M277 2016
001.4'2—dc23 2014040901

This book is printed on acid-free paper.

Sustainable Forestry Initiative
Certified Chain of Custody
Promoting Sustainable Forestry
www.sfiprogram.org
SFI-01268
SFI label applies to text stock

[illegible]

# Brief Contents


| | |
|---|---|
| List of Tables | xiii |
| List of Figures | xiv |
| List of Vignettes | xv |
| Preface to the Sixth Edition | xvii |
| About the Authors | xxi |
| 1. Introduction | 1 |
| 2. Qualitative Research Genres | 15 |
| 3. Trustworthiness and Ethics | 43 |
| 4. The What of the Study: Building the Conceptual Framework | 65 |
| 5. The How of the Study: Building the Research Design | 99 |
| 6. Basic Data Collection Methods | 141 |
| 7. Specialized and Focused Data Collection Methods | 179 |
| 8. Managing, Analyzing, and Interpreting Data | 207 |
| 9. Stressors: Time, Resources, and Politics | 237 |
| 10. Arguing the Merits of Your Proposal and Envisioning the Final Report | 259 |
| References | 287 |
| Author Index | 301 |
| Subject Index | 309 |

of the sample). The second decision span occurs when another researcher wants to apply the findings about a population of interest to a second population believed or presumed to be similar enough to the first to warrant that application. This entails making judgments about and an argument for the relevance of the initial study to the second setting.

However, a qualitative study's transferability or generalizability to other settings may be problematic, at least in the probabilistic sense of the term. Generalizing qualitative findings to other populations, settings, and treatment arrangements—that is, its external validity—is seen by traditional canons as a weakness in the approach. To counter the challenges, the researcher can refer to the original theoretical framework to show how data collection and analysis will be guided by concepts and models. By doing so, you should state the theoretical parameters of the research. Then, those who make policy or design research studies within those same (or sufficiently similar) parameters can determine whether the cases described can be generalized for new research policy and transferred to other settings. In addition, the reader or user of specific research can see how research ties itself into a body of theory. Be ready to explain this.

For example, a case study of a new staff development program in a high school can be tied to theories of the implementation of innovations in organizations, leadership, personnel management, and adult career socialization. The research can then be used in planning program policy and further research in a variety of settings—not just the high school, school organizations, and staff development. It can be included with research about organizations and can contribute to the literature on organizational theory.

Be prepared to discuss strategic choices that can enhance a study's generalizability, such as triangulating multiple sources of data. **Triangulation** is the act of bringing more than one source of data to bear on a single point. Derived from navigation science, the concept has been fruitfully applied to social science inquiry (see Richards, 2005; Rossman & Wilson, 1994). Data from different sources can be used to corroborate, elaborate, or illuminate the research in question (Rossman & Wilson, 1994). Designing a study in which multiple cases, multiple informants, or more than one data-gathering method are used can greatly strengthen the study's usefulness for other settings.

Be prepared to discuss **dependability**—showing how the researcher plans to account for changing conditions in the phenomenon chosen for study and changes in the design caused by an increasingly refined understanding of the setting. This represents a set of assumptions very different from those shaping the concept of reliability. Positivist notions of reliability assume an unchanging universe where inquiry could, quite logically, be replicated. This assumption of an unchanging social world is in direct contrast to the qualitative/interpretative assumption that the social world is always being constructed and the concept of replication is itself problematic.

Be prepared to discuss **confirmability**—the ways qualitative researchers can parallel the traditional concept of objectivity. Discuss ways to ask whether the findings of the study could be confirmed by another person or another study, and demonstrate the impossibility and foolishness of doing so. But still, be ready to discuss ways to show that the logical inferences and interpretations of the researcher can make sense to someone else. Does that reader or **critical friend** see how the inferences were made? Do they make sense? Be prepared to argue that the logic and interpretive nature of qualitative inquiry can be made (somewhat) transparent to others, thereby increasing the strength of the assertions.

*"This is by far the most readable text on methodology I've used in my work with education graduate students. Its careful, detailed, and rich explanation of the research process makes it a crucial tool for anyone working with students who are ready to begin the process of qualitative research. But it is the thick, authentic descriptions of researchers actively engaging in the puzzles and dilemmas of doing complex, ethical, and socially powerful research that make it an invaluable guide for the student at all stages in their research process. It is a text that a student will return to over and over again and that will become that dog-eared companion that accompanies them from the beginning to the end of their research journey."*

—Catherine McGregor
University of Victoria

# Designing Qualitative Research SIXTH EDITION

Addressing the complexity, flexibility, and controversies of qualitative research's many genres, **Designing Qualitative Research, Sixth Edition** gives students, research managers, policy analysts, and applied researchers clear, easy-to-understand guidance on designing qualitative research. While maintaining a focus on the proposal stage, this best-selling book takes readers from choosing a research genre through building a conceptual framework, data collection and interpretation, and arguing the merits of the proposal. Extended discussions cover strategies that researchers can use to address the challenges posed by postmodernists, feminists, and critical race theorists, as well as others who interrogate hidden in qualitative inquiry. The book also includes thoughtful discussions on trustworthiness and ethics, in addition to dealing with time, resource, and political stressors inherent to the research process. Throughout the book, the authors emphasize the importance of being systematic but also inspire readers with potential "Aha!" moments and opportunities to do research in close connection with people and communities.

A website for the book at **sagepub.com/marshall6e** includes valuable resources for both instructors and students.

ISBN 978-1-4522-7100-2
9 781452 271002

SAGE www.sagepublications.com