**EXH. 27**

THIRD EDITION

# Interviewing as Qualitative Research

## A Guide for Researchers in Education and the Social Sciences

IRVING SEIDMAN

# Interviewing as Qualitative Research

## A Guide for Researchers in Education and the Social Sciences

*Third Edition*

Irving Seidman

TEACHERS COLLEGE PRESS
Teachers College, Columbia University
New York and London

Published by Teachers College Press, 1234 Amsterdam Avenue, New York, NY 10027

Copyright © 2006 Teachers College, Columbia University

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, or any information storage and retrieval system, without permission from the publisher.

*Library of Congress Cataloging-in-Publication Data*

Seidman, Irving, 1937–
Interviewing as qualitative research : a guide for researchers in education and the social sciences / Irving Seidman.–3rd ed.
p. cm.
Includes bibliographical references and index.
ISBN-13: 978-0-8077-4666-0 (alk. paper)
ISBN-10: 0-8077-4666-5 (alk. paper)
1. Interviewing. 2. Social sciences–Research–Methodology. 3. Education–Research–Methodology. I. Title.

H61.28.S45 2005
300'.72'3–dc22 2005053816

ISBN-13 978-0-8077-4666-0 (paper) ISBN-10 0-8077-4666-5 (paper)

Printed on acid-free paper
Manufactured in the United States of America

13 12 11 10 09 8 7 6 5 4

# Contents


**Preface** ix

**Acknowledgments** xiii

**Introduction: How I Came to Interviewing** 1

**1. Why Interview?** 7
- The Purpose of Interviewing 9
- Interviewing: "The" Method or "A" Method? 10
- Why Not Interview? 12
- Conclusion 14
- Note 14

**2. A Structure for In-depth, Phenomenological Interviewing** 15
- The Three-Interview Series 16
- Respect the Structure 19
- Length of Interviews 20
- Spacing of Interviews 21
- Alternatives to the Structure and Process 21
- Whose Meaning Is It? Validity and Reliability 22
- Experience the Process Yourself 27

**3. Proposing Research: From Mind to Paper to Action** 28
- Research Proposals as Rites of Passage 28
- Commitment 29
- From Thought to Language 30
- What Is to Be Done? 31
- Questions to Structure the Proposal 31
- Rationale 36
- Working with the Material 37
- Piloting Your Work 38
- Conclusion 39

**4. Establishing Access to, Making Contact with, and Selecting Participants** **40**
The Perils of Easy Access 40
Access Through Formal Gatekeepers 43
Informal Gatekeepers 45
Access and Hierarchy 45
Making Contact 46
Make a Contact Visit in Person 46
Building the Participant Pool 48
Some Logistical Considerations 49
Selecting Participants 50
Snares to Avoid in the Selection Process 54
How Many Participants Are Enough? 54

**5. The Path to Institutional Review Boards and Informed Consent** **57**
The Belmont Report 57
The Establishment of Local Institutional Review Boards 58
The Informed Consent Form 60
Eight Major Parts of Informed Consent 61
1. What, How Long, How, to What End, and for Whom? 63
2. Risks, Discomforts, and Vulnerability 64
3. Rights of the Participant 64
4. Possible Benefits 69
5. Confidentiality of Records 70
6. Dissemination 72
7. Special Conditions for Children 74
8. Contact Information and Copies of the Form 74
The Complexities of Affirming the IRB Review Process and Informed Consent 75

**6. Technique Isn't Everything, But It Is a Lot** **78**
Listen More, Talk Less 78
Follow Up on What the Participant Says 81
Listen More, Talk Less, and Ask Real Questions 84
Follow Up, but Don't Interrupt 85
Two Favorite Approaches 86
Ask Participants to Reconstruct, Not to Remember 88
Keep Participants Focused and Ask for Concrete Details 88

Do Not Take the Ebbs and Flows of Interviewing Too Personally 89
Limit Your Own Interaction 89
Explore Laughter 90
Follow Your Hunches 91
Use an Interview Guide Cautiously 91
Tolerate Silence 92
Conclusion 93

**7. Interviewing as a Relationship 95**
Interviewing as an "I–Thou" Relationship 95
Rapport 96
Social Group Identities and the Interviewing Relationship 99
Distinguish Among Private, Personal, and Public Experiences 106
Avoid a Therapeutic Relationship 107
Reciprocity 109
Equity 109

**8. Analyzing, Interpreting, and Sharing Interview Material 112**
Managing the Data 112
Keeping Interviewing and Analysis Separate: What to Do Between Interviews 113
Tape-Recording Interviews 114
Transcribing Interview Tapes 115
Studying, Reducing, and Analyzing the Text 117
Sharing Interview Data: Profiles and Themes 119
Making and Analyzing Thematic Connections 125
Interpreting the Material 128
Note 130

**Appendix: Two Profiles 133**
Nanda: A Cambodian Survivor of the Pol Pot Era 133
Betty: A Long-Time Day Care Provider 140

**References 145**

**Index 157**

**About the Author 162**

> interview. . . . Having gone over the tape prior to the session, it was fresh in my mind and I was able to reassess the type of information I was getting and write questions to guide me in the next session. (L. Mestre, personal communication, May 7, 1996)

## TAPE-RECORDING INTERVIEWS

I have no doubt that in-depth interviews should be tape-recorded; however, the literature reflects varying opinions on this point (Bogdan & Taylor, 1975; Briggs, 1986; Hyman et al., 1954; Lincoln & Guba, 1985; Patton, 1989; Weiss, 1994). I believe that to work most reliably with the words of participants, the researcher has to transform those spoken words into a written text to study. The primary method of creating text from interviews is to tape-record the interviews and to transcribe them. Each word a participant speaks reflects his or her consciousness (Vygotsky, 1987). The participants' thoughts become embodied in their words. To substitute the researcher's paraphrasing or summaries of what the participants say for their actual words is to substitute the researcher's consciousness for that of the participant. Although inevitably the researcher's consciousness will play a major role in the interpretation of interview data, that consciousness must interact with the words of the participant recorded as fully and as accurately as possible.

Tape-recording offers other benefits as well. By preserving the words of the participants, researchers have their original data. If something is not clear in a transcript, the researchers can return to the source and check for accuracy. Later, if they are accused of mishandling their interview material, they can go back to their original sources to demonstrate their accountability to the data. In addition, interviewers can use tapes to study their interviewing techniques and improve upon them. Tape-recording also benefits the participants. The assurance that there is a record of what they have said to which they have access can give them more confidence that their words will be treated responsibly.

It may seem that the tape recorder could inhibit participants, but my experience is that they soon forget the device. Some interviewers, afraid that a tape recorder will affect the responses of their participants, use the smallest, least intrusive one they can find. Sometimes they sacrifice audio quality in doing so. I use a tape recorder with a separate microphone because I have found that some recorders with built-in microphones can muffle the sound and make transcribing an agony. I also do a test of how

**"This is a thoughtful and well-written introduction to the topic. I assign it in multiple undergraduate and graduate classes I teach. The chapter on interview technique is particularly helpful, giving students useful advice on topics like how to avoid asking leading questions. Highly recommended."** —**Amy Bruckman**, College of Computing, Georgia Institute of Technology

The third edition of this bestselling resource provides clear, step-by-step guidance for new and experienced interviewers to help them develop, shape, and reflect on interviewing as a qualitative research process. While proposing a phenomenological approach to in-depth interviewing, the author also includes principles and methods that can be adapted to a range of interviewing approaches. Using concrete examples of interviewing techniques to illustrate the issues under discussion, this classic text helps readers to understand the complexities of interviewing and its connections to broader issues of qualitative research.

Equally popular for individual and classroom use, the new Third Edition of *Interviewing as Qualitative Research* features:

- An introduction to the Institutional Review Board (IRB) process in its historical context, including an expanded discussion of informed consent and its complexities.
- Special attention to the rights of participants in interview research as those rights interact with ethical issues.
- Updated references and suggestions for additional reading for a deeper consideration of methodological, ethical, and philosophical issues, including relevant Internet resources.

**Irving Seidman** is a professor of qualitative research and secondary teacher education at the School of Education, University of Massachusetts, Amherst.

PRAISE FOR PREVIOUS EDITIONS!

*"A comprehensive perspective of the nature of qualitative inquiry and the art of interviewing."* —**Theory and Research in Social Education**

*"A good starting point for training new researchers."* —**The Journal of Higher Education**

ALSO OF INTEREST—

*On the Case: Approaches to Language and Literacy Research*
Anne Haas Dyson & Celia Genishi
2005/Paper and cloth

*On Qualitative Inquiry: Approaches to Language and Literacy Research*
George Kamberelis & Greg Dimitriadis
2005/Paper and cloth

TEACHERS COLLEGE PRESS
Teachers College
Columbia University
New York, NY 10027

ISBN 0-8077-4666-5
EAN
90000