**EXH. 28**

# Experimental and Quasi-Experimental Designs for Generalized Causal Inference

Shadish | Cook | Campbell

# Experimental and Quasi-Experime
# Designs

for Generalized Causal

Shadish | Cook |

# EXPERIMENTAL AND QUASI-EXPERIMENTAL DESIGNS FOR GENERALIZED CAUSAL INFERENCE

**William R. Shadish**
THE UNIVERSITY OF MEMPHIS

**Thomas D. Cook**
NORTHWESTERN UNIVERSITY

**Donald T. Campbell**

WADSWORTH
CENGAGE Learning™

Australia • Brazil • Japan • Korea • Mexico • Singapore • Spain • United Kingdom • United States

WADSWORTH
CENGAGE Learning

**Experimental and Quasi-Experimental Designs for Generalized Causal Inference**
**William R. Shadish, Thomas D. Cook, and Donald T. Campbell**

Editor-in-Chief: Kathi Prancan
Senior Sponsoring Editor: Kerry Baruth
Associate Editor: Sara Wise
Associate Project Editor: Jane Lee
Editorial Assistant: Martha Rogers
Production Design Coordinator: Lisa Jelly
Senior Manufacturing Coordinator: Marie Barnes
Executive Marketing Manager: Ros Kane
Marketing Associate: Caroline Guy

© 2002 Wadsworth, Cengage Learning

ALL RIGHTS RESERVED. No part of this work covered by the copyright herein may be reproduced, transmitted, stored, or used in any form or by any means graphic, electronic, or mechanical, including but not limited to photocopying, recording, scanning, digitizing, taping, Web distribution, information networks, or information storage and retrieval systems, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without the prior written permission of the publisher.

For product information and technology assistance, contact us at
**Cengage Learning Customer & Sales Support, 1-800-354-9706**

For permission to use material from this text or product,
submit all requests online at **www.cengage.com/permissions**
Further permissions questions can be emailed to
**permissionrequest@cengage.com**

Library of Congress Control Number: 2001131551

ISBN-13: 978-0-395-61556-0

ISBN-10: 0-395-61556-9

**Wadsworth Cengage Learning**
20 Davis Drive
Belmont, CA 94002-3098
USA

Cengage Learning is a leading provider of customized learning solutions with office locations around the globe, including Singapore, the United Kingdom, Australia, Mexico, Brazil, and Japan. Locate your local office at **www.cengage.com/global**

Cengage Learning products are represented in Canada by Nelson Education, Ltd.

To learn more about Wadsworth, visit **www.cengage.com/wadsworth**

Purchase any of our products at your local bookstore or at our preferred online store **www.cengagebrain.com**

Printed in the United States of America
6 7 8 9 10 20 19 18 17 16

# Contents


**Preface** xv

## 1. EXPERIMENTS AND GENERALIZED CAUSAL INFERENCE 1

**Experiments and Causation** 3

Defining Cause, Effect, and Causal Relationships 3
Causation, Correlation, and Confounds 7
Manipulable and Nonmanipulable Causes 7
Causal Description and Causal Explanation 9

**Modern Descriptions of Experiments** 12

Randomized Experiment 13
Quasi-Experiment 13
Natural Experiment 17
Nonexperimental Designs 18

**Experiments and the Generalization of Causal Connections** 18

Most Experiments Are Highly Local But Have General Aspirations 18
Construct Validity: Causal Generalization as Representation 20
External Validity: Causal Generalization as Extrapolation 21
Approaches to Making Causal Generalizations 22

**Experiments and Metascience** 26

The Kuhnian Critique 27
Modern Social Psychological Critiques 28
Science and Trust 28
Implications for Experiments 29

**A World Without Experiments or Causes?** 31

Case 1:06-cv-02773-CCB Document 495-29 Filed 09/30/16 Page 6 of 18

**2. STATISTICAL CONCLUSION VALIDITY AND INTERNAL VALIDITY** 33

**Validity** 34
A Validity Typology 37
Threats to Validity 39

**Statistical Conclusion Validity** 42
Reporting Results of Statistical Tests of Covariation 42
Threats to Statistical Conclusion Validity 45
The Problem of Accepting the Null Hypothesis 52

**Internal Validity** 53
Threats to Internal Validity 54
Estimating Internal Validity in Randomized Experiments and Quasi-Experiments 61

**The Relationship Between Internal Validity and Statistical Conclusion Validity** 63

**3. CONSTRUCT VALIDITY AND EXTERNAL VALIDITY** 64

**Construct Validity** 64
Why Construct Inferences Are a Problem 66
Assessment of Sampling Particulars 69
Threats to Construct Validity 72
Construct Validity, Preexperimental Tailoring, and Postexperimental Specification 81

**External Validity** 83
Threats to External Validity 86
Constancy of Effect Size Versus Constancy of Causal Direction 90
Random Sampling and External Validity 91
Purposive Sampling and External Validity 92

**More on Relationships, Tradeoffs, and Priorities** 93
The Relationship Between Construct Validity and External Validity 93
The Relationship Between Internal Validity and Construct Validity 95
Tradeoffs and Priorities 96

**Summary** 102

4. QUASI-EXPERIMENTAL DESIGNS THAT EITHER LACK A CONTROL GROUP OR LACK PRETEST OBSERVATIONS ON THE OUTCOME 103

The Logic of Quasi-Experimentation in Brief 104

Designs Without Control Groups 106
The One-Group Posttest-Only Design 106
The One-Group Pretest–Posttest Design 108
The Removed-Treatment Design 111
The Repeated-Treatment Design 113

Designs That Use a Control Group But No Pretest 115
Posttest-Only Design With Nonequivalent Groups 115
Improving Designs Without Control Groups by Constructing Contrasts Other Than With Independent Control Groups 125
The Case-Control Design 128

Conclusion 134

5. QUASI-EXPERIMENTAL DESIGNS THAT USE BOTH CONTROL GROUPS AND PRETESTS 135

Designs That Use Both Control Groups and Pretests 136
The Untreated Control Group Design With Dependent Pretest and Posttest Samples 136
Matching Through Cohort Controls 148

Designs That Combine Many Design Elements 153
Untreated Matched Controls With Multiple Pretests and Posttests, Nonequivalent Dependent Variables, and Removed and Repeated Treatments 153
Combining Switching Replications With a Nonequivalent Control Group Design 154
An Untreated Control Group With a Double Pretest and Both Independent and Dependent Samples 154

The Elements of Design 156
Assignment 156
Measurement 158
Comparison Groups 159
Treatment 160
Design Elements and Ideal Quasi-Experimentation 160

Case 1:06-cv-02773-CCB Document 495-29 Filed 09/30/16 Page 8 of 18



Conclusion 161

Appendix 5.1: Important Developments in Analyzing Data From Designs With Nonequivalent Groups 161

Propensity Scores and Hidden Bias 162
Selection Bias Modeling 166
Latent Variable Structural Equation Modeling 169

6. QUASI-EXPERIMENTS: INTERRUPTED TIME-SERIES DESIGNS 171

What Is a Time Series? 172

Describing Types of Effects 172
Brief Comments on Analysis 174

Simple Interrupted Time Series 175

A Change in Intercept 175
A Change in Slope 176
Weak and Delayed Effects 178
The Usual Threats to Validity 179

Adding Other Design Features to the Basic Interrupted Time Series 181

Adding a Nonequivalent No-Treatment Control Group Time Series 182
Adding Nonequivalent Dependent Variables 184
Removing the Treatment at a Known Time 188
Adding Multiple Replications 190
Adding Switching Replications 192

Some Frequent Problems with Interrupted Time-Series Designs 195

Gradual Rather Than Abrupt Interventions 196
Delayed Causation 197
Short Time Series 198
Limitations of Much Archival Data 203

A Comment on Concomitant Time Series 205

Conclusion 206

7. REGRESSION DISCONTINUITY DESIGNS 207

The Basics of Regression Discontinuity 208

The Basic Structure 208

Examples of Regression Discontinuity Designs 212
Structural Requirements of the Design 216
Variations on the Basic Design 219

**Theory of the Regression Discontinuity Design** 220

Regression Discontinuities as Treatment Effects in the Randomized Experiment 221
Regression Discontinuity as a Complete Model of the Selection Process 224

**Adherence to the Cutoff** 227

Overrides of the Cutoff 227
Crossovers and Attrition 228
Fuzzy Regression Discontinuity 229

**Threats to Validity** 229

Regression Discontinuity and the Interrupted Time Series 229
Statistical Conclusion Validity and Misspecification of Functional Form 230
Internal Validity 237

**Combining Regression Discontinuity and Randomized Experiments** 238

**Combining Regression Discontinuity and Quasi-Experiments** 241

**Regression Discontinuity—Experiment or Quasi-Experiment?** 242

**Appendix 7.1: The Logic of Statistical Proofs about Regression Discontinuity** 243

**8. RANDOMIZED EXPERIMENTS: RATIONALE, DESIGNS, AND CONDITIONS CONDUCIVE TO DOING THEM** 246

**The Theory of Random Assignment** 247

What Is Random Assignment? 248
Why Randomization Works 248
Random Assignment and Units of Randomization 253
The Limited Reach of Random Assignment 256

**Some Designs Used with Random Assignment** 257

The Basic Design 257
The Pretest-Posttest Control Group Design 261
Alternative-Treatments Design with Pretest 261

Case 1:06-cv-02773-CCB Document 495-29 Filed 09/30/16 Page 10 of 18

Multiple Treatments and Controls with Pretest 262
Factorial Designs 263
Longitudinal Designs 266
Crossover Designs 268

**Conditions Most Conducive to Random Assignment** 269

When Demand Outstrips Supply 269
When an Innovation Cannot Be Delivered to All Units at Once 270
When Experimental Units Can Be Temporally Isolated: The Equivalent-Time-Samples Design 270
When Experimental Units Are Spatially Separated or Interunit Communication Is Low 271
When Change Is Mandated and Solutions Are Acknowledged to Be Unknown 272
When a Tie Can Be Broken or Ambiguity About Need Can Be Resolved 273
When Some Persons Express No Preference Among Alternatives 273
When You Can Create Your Own Organization 274
When You Have Control over Experimental Units 274
When Lotteries Are Expected 275

**When Random Assignment Is Not Feasible or Desirable** 276

**Discussion** 277

**9. PRACTICAL PROBLEMS 1: ETHICS, PARTICIPANT RECRUITMENT, AND RANDOM ASSIGNMENT** 279

**Ethical and Legal Issues with Experiments** 280

The Ethics of Experimentation 281
Withholding a Potentially Effective Treatment 283
The Ethics of Random Assignment 286
Discontinuing Experiments for Ethical Reasons 289
Legal Problems in Experiments 290

**Recruiting Participants to Be in the Experiment** 292

**Improving the Random Assignment Process** 294

Methods of Randomization 294
What to Do If Pretest Means Differ 303
Matching and Stratifying 304
Matching and Analysis of Covariance 306
The Human Side of Random Assignment 307

**Conclusion** 311

**Appendix 9.1: Random Assignment by Computer** 311
SPSS and SAS 311
World Wide Web 313
Excel 313

**10. PRACTICAL PROBLEMS 2: TREATMENT IMPLEMENTATION AND ATTRITION** 314

**Problems Related to Treatment Implementation** 315
Inducing and Measuring Implementation 315
Analyses Taking Implementation into Account 320

**Post-Assignment Attrition** 323
Defining the Attrition Problem 323
Preventing Attrition 324
Analyses of Attrition 334

**Discussion** 340

**11. GENERALIZED CAUSAL INFERENCE: A GROUNDED THEORY** 341

**The Received View of Generalized Causal Inference: Formal Sampling** 342
Formal Sampling of Causes and Effects 344
Formal Sampling of Persons and Settings 346
Summary 348

**A Grounded Theory of Generalized Causal Inference** 348
Exemplars of How Scientists Make Generalizations 349
Five Principles of Generalized Causal Inferences 353
The Use of Purposive Sampling Strategies 354
Applying the Five Principles to Construct and External Validity 356
Should Experimenters Apply These Principles to All Studies? 371
Prospective and Retrospective Uses of These Principles 372

**Discussion** 373

**12. GENERALIZED CAUSAL INFERENCE: METHODS FOR SINGLE STUDIES** 374

**Purposive Sampling and Generalized Causal Inference** 374
Purposive Sampling of Typical Instances 375
Purposive Sampling of Heterogeneous Instances 376

Case 1:06-cv-02773-CCB Document 495-29 Filed 09/30/16 Page 12 of 18

Purposive Sampling and the First Four Principles 378
Statistical Methods for Generalizing from Purposive Samples 386

Methods for Studying Causal Explanation 389

Qualitative Methods 389
Statistical Models of Causal Explanation 392
Experiments That Manipulate Explanations 414

Conclusion 415

13. GENERALIZED CAUSAL INFERENCE: METHODS FOR MULTIPLE STUDIES 417

Generalizing from Single Versus Multiple Studies 418

Multistudy Programs of Research 418

Phased Models of Increasingly Generalizable Studies 419
Directed Programs of Experiments 420

Narrative Reviews of Existing Research 421

Narrative Reviews of Experiments 422
Narrative Reviews Combining Experimental and Nonexperimental Research 423
Problems with Narrative Reviews 423

Quantitative Reviews of Existing Research 425

The Basics of Meta-Analysis 426
Meta-Analysis and the Five Principles of Generalized Causal Inference 435
Discussion of Meta-Analysis 445

Appendix 13.1: Threats to the Validity of Meta-Analyses 446

Threats to Inferences About the Existence of a Relationship Between Treatment and Outcome 447
Threats to Inferences About the Causal Relationship Between Treatment and Outcome 450
Threats to Inferences About the Constructs Represented in Meta-Analyses 453
Threats to Inferences About External Validity in Meta-Analyses 454

14. A CRITICAL ASSESSMENT OF OUR ASSUMPTIONS 456

Causation and Experimentation 453

Causal Arrows and Pretzels 453
Epistemological Criticisms of Experiments 459
Neglected Ancillary Questions 461

**Validity** 462
Objections to Internal Validity 462
Objections Concerning the Discrimination Between Construct Validity and External Validity 466
Objections About the Completeness of the Typology 473
Objections Concerning the Nature of Validity 475

**Quasi-Experimentation** 484
Criteria for Ruling Out Threats: The Centrality of Fuzzy Plausibility 484
Pattern Matching as a Problematic Criterion 485
The Excuse Not to Do a Randomized Experiment 486

**Randomized Experiments** 488
Experiments Cannot Be Successfully Implemented 488
Experimentation Needs Strong Theory and Standardized Treatment Implementation 489
Experiments Entail Tradeoffs Not Worth Making 490
Experiments Assume an Invalid Model of Research Utilization 493
The Conditions of Experimentation Differ from the Conditions of Policy Implementation 495
Imposing Treatments Is Fundamentally Flawed Compared with Encouraging the Growth of Local Solutions to Problems 497

**Causal Generalization: An Overly Complicated Theory?** 498

**Nonexperimental Alternatives** 499
Intensive Qualitative Case Studies 500
Theory-Based Evaluations 501
Weaker Quasi-Experiments 502
Statistical Controls 503

**Conclusion** 504

**Glossary** 505

**References** 514

**Name Index** 593

**Subject Index** 609

### *Psychotherapy Effects*

Smith and Glass (1977) statistically summarized the results of about 300 psychotherapy outcome experiments. Results suggested that psychotherapy clients had better outcomes than did clients in control groups, and few studies produced negative effects. For the most part, differences in kinds of patients, therapist characteristics, treatment variations, settings, and times proved *irrelevant*. That is, the effects of therapy were quite generalizable over all these variations. However, other scientists subsequently criticized this meta-analysis for failing to make the right *discriminations* and so failing to find relevant *moderators of effects*. One such discrimination is between research therapy and clinic therapy. Most parties agree that the former is effective and is what is studied in most meta-analyses, but in research therapy there are procedural differences, such as using graduate students as therapists and treatment standardization manuals, that are unrepresentative of clinical practice. Clinic therapy uses experienced therapists and does not constrain what the therapist can do in therapy, and its effectiveness has been questioned in at least some meta-analysis of child psychotherapy (Weisz et al., 1992).

## Five Principles of Generalized Causal Inferences

A review of the italicized ideas in these exemplars suggests that some occur and recur many times (e.g., similarity) and others point to a single underlying process (e.g., discriminate, distinguish, boundaries). We believe that they illustrate five simple principles that scientists use in making generalizations:

1. *Principle 1: Surface Similarity*. Scientists generalize by judging the apparent similarities between the things that they studied and the targets of generalization—for example, locomotor retardation in animals looks like psychomotor retardation in depressed humans, studies of the effects of secondhand smoke in the workplace seems more similar to the public settings at issue in policy debates than do studies of smoking in private residences, and animals with wings seem more similar to our prototypical understanding of birds than do animals without wings.
2. *Principle 2: Ruling Out Irrelevancies*. Scientists generalize by identifying those attributes of persons, settings, treatments, and outcome measures that are irrelevant because they do not change a generalization—for example, that size is irrelevant to membership in the category of bird, that length of follow-up is irrelevant to the effect of psychotherapy, or that the location of a cognitive science research lab is irrelevant to the finding that people tend to use groups of seven to remember things.
3. *Principle 3: Making Discriminations*. Scientists generalize by making discriminations that limit generalization—for example, that child psychotherapy works in the lab but might not work in the clinic, that a claim to have a new measure of a trait involves discriminating that trait from other ones, or that any animal

with both feathers and wings falls within the boundaries of the category of birds, but all other animals fall outside that category.

4. *Principle 4: Interpolation and Extrapolation.* Scientists generalize by interpolating to unsampled values within the range of the sampled persons, settings, treatments, and outcomes and, much more difficult, by extrapolating beyond the sampled range—for example, that the effects of cytotoxic chemotherapies for cancer increase as the dose increases until the point at which they would cause the patient to die or that effects of toxic chemicals on small mammals will generalize to much larger and more biologically complex humans.
5. *Principle 5: Causal Explanation.* Scientists generalize by developing and testing explanatory theories about the target of generalization—for example, that the construct called "effects of stimulants" includes both scratching in primates and rearing in rats because the biological mechanisms underlying both these behaviors are the same.

None of the five principles is, by itself, necessary or sufficient for generalized causal inference. However, our knowledge of generalized causal inference is not complete unless we can provide the knowledge required by all five principles. Further, although the principles are not independent, they are worth presenting separately because each calls our attention to a different practical strategy for clarifying generalized causal inference. We will elaborate the ideas behind these principles in more detail in this chapter and the methods that can be used to implement them in the next two chapters.

## The Use of Purposive Sampling Strategies

Another lesson is apparent in the preceding exemplars. None of them used formal sampling techniques to make generalized causal inferences; rather, they mostly use **purposive sampling** strategies. In the case of secondhand smoke, for example, the epidemiological studies did not randomly sample the sites at which smoking was occurring but rather *used a heterogeneous array* of sites at which secondhand smoke occurred, such as homes or workplaces. Animal researchers who modeled psychiatric disorders did not randomly select outcomes but rather selected decreased locomotor activity as *typical* of the kinds of outcomes of interest in humans with major depressive episodes. Meta-analysts examine the effects of psychotherapy over *heterogeneous* characteristics of persons, settings, treatment variations, and outcomes.

This observation about the prevalence of purposive sampling strategies in how scientists talk about generalization was reported previously by Kruskal and Mosteller (1979a, 1979b, 1979c). They analyzed how the phrase *representative sampling* is used in both scientific and non-scientific literatures and found it used nine different ways: (1) in general acclaim of data, (2) for absence of selective forces, (3) as a miniature of the population, (4) as a typical or ideal case, (5) as

Finally, Glasgow et al. (1999) proposed a mixed approach that combines available statistical and experimental information with judgmental ratings to make (partially data-based) assumptions about matters such as efficacy, likely coverage, and degree of anticipated implementation, all of which are then combined to estimate likely effects in the more generalized populations.

At the most general level, Hedges (1997b) described a broad statistical model that incorporates some of the conceptual theory that we outline here. Essentially, the model defines a global (generalizable) causal effect as the average of a set of unbiased estimates from individual experiments conducted over admissible methods, contexts, operations, and participants. The difference between an individual experiment and this global causal effect may be due to estimation error (typically, sampling error and measurement error), local causal inference error (sources of internal invalidity in the individual experiments), and error of generalized causal inference (limited generalizability across contexts). Though Hedges' model does not lead immediately to practical statistical methods that can improve generalized causal inference, it does indicate that statisticians are working on this problem and that additional practical methods may be forthcoming in future years.

## METHODS FOR STUDYING CAUSAL EXPLANATION

The fifth principle of generalized causal inference is causal explanation. In many respects, methods for studying causal explanation are more diverse and better developed than they are for any of the other four principles. Here we present three general approaches: (1) qualitative methods that primarily help to discover and explore possible explanations, (2) statistical methods such as structural equation modeling that combine experimental information with measures of mediating processes, and (3) programs of experiments that manipulate explanatory variables in experiments. The order of presentation is intentional, moving from methods that are more discovery oriented through those that measure but do not manipulate and ending with those that provide a stronger basis for asserting the causal role of mediational variables.

### Qualitative Methods

Qualitative methods provide an important avenue for discovering and exploring causal explanations. They are now widely accepted and acknowledged—if not always used—as a unique part of the social science repertoire. Old classics in qualitative methods are still widely read (Dallmayr & McCarthy, 1977; Glaser & Strauss, 1967), and new volumes keep expanding the relevant literature about participant observation, interviewing, and content analysis of written records, as well as methods from investigative journalism and litigation, history, and even

connoisseurship (Berg, 1989; Della-Piana, 1981; Denzin & Lincoln, 2000; Gephart, 1981; E. Smith, 1992; S. Taylor & Bogdan, 1984). Although these methods have a wide array of uses that are beyond the scope of this book, here we focus on how various methods can be used in experiments to improve our understanding of *how* interventions work (Griffin & Ragin, 1994; Leviton et al., 1999).

The first example (Estroff, 1981) is an **ethnography** that used **participant observation** of psychiatric clients who were part of a well-known model program in Madison, Wisconsin, that was being studied with a randomized experiment (Stein & Test, 1980; Test & Stein, 1980). Estroff lived among these clients, observing and participating with them in most aspects of their daily life (e.g., taking the same medications that they took in order to understand their effects). The ethnography presented a much richer picture than the quantitative results did. For instance, quantitative results suggested that medications did help clients remain in the community rather than having to return to the hospital. The ethnography showed the costs of this success—the drugs had side effects that included sexual dysfunction and physically unappealing mannerisms—and so many clients stopped taking their medications even though they knew that their psychiatric symptoms would return and they would likely be rehospitalized. This ethnography was done independently of the experiment, exploring issues that might not have occurred to those who designed the experiment.

A second example used open-ended *interviews* (Bos et al., 1999). The New Hope program aimed to increase the income, financial security, and employment of low-income workers in Milwaukee. Eligible people were randomly assigned either to the New Hope program or to a control group and assessed on a host of outcomes after 2 years, at which time they were also given an open-ended interview that was then used for several purposes (Morales, 2000). First, they created narrative descriptions that could be used to illustrate the most important study results and to clarify the context and dynamics of the families in the study. Second, they used the interviews to learn more about puzzling results from the study. For instance, quantitative results suggested that the program improved the behavior of boys more than of girls. The qualitative interviews suggested that this was because parents thought boys were more vulnerable to gang influences, so those parents used more program resources to help their boys than their girls. Third, the interviews discovered some moderator effects, for instance, that the program had little effect both on families experiencing large barriers to success and on those with no barriers who could succeed even without the program. It was families in the middle with only a few barriers who benefited the most.

A third example (J. Maxwell, Bashook, & Sandlow, 1986) combined a quasi-experiment with *unstructured observation and interviews* to assess the value of medical care evaluation committees (MCEs) in educating physicians about medical practice. This study used quasi-experimental thinking to clarify causal inferences in an ethnographic context. For instance, the authors noted that "the concept of 'controlled comparison' has a long and respected history in anthropology (Eggan, 1954), and our use of specific comparison incorporated into the research

Although we agree that qualitative evidence can reduce some uncertainty about cause—sometimes substantially—the conditions under which this occurs are usually rare (Campbell, 1975). In particular, qualitative methods usually produce unclear knowledge about the counterfactual of greatest importance, how those who received treatment would have changed without treatment. Adding design features to case studies, such as comparison groups and pretreatment observations, clearly improves causal inference. But it does so by melding case-study data collection methods with experimental design. Although we consider this as a valuable addition to ways of thinking about case studies, many advocates of the method would no longer recognize it as still being a case study. To our way of thinking, case studies are very relevant when causation is at most a minor issue; but in most other cases when substantial uncertainty reduction about causation is required, we value qualitative methods within experiments rather than as alternatives to them, in ways similar to those we outlined in Chapter 12.

## Theory-Based Evaluations

This approach has been formulated relatively recently and is described in various books or special journal issues (Chen & Rossi, 1992; Connell, Kubisch, Schorr, & Weiss, 1995; Rogers, Hacsi, Petrosino, & Huebner, 2000). Its origins are in path analysis and causal modeling traditions that are much older. Although advocates have some differences with each other, basically they all contend that it is useful: (1) to explicate the theory of a treatment by detailing the expected relationships among inputs, mediating processes, and short- and long-term outcomes; (2) to measure all the constructs specified in the theory; and (3) to analyze the data to assess the extent to which the postulated relationships actually occurred. For shorter time periods, the available data may address only the first part of a postulated causal chain; but over longer periods the complete model could be involved. Thus, the priority is on highly specific substantive theory, high-quality measurement, and valid analysis of multivariate explanatory processes as they unfold in time (Chen & Rossi, 1987, 1992).

Such theoretical exploration is important. It can clarify general issues with treatments of a particular type, suggest specific research questions, describe how the intervention functions, spell out mediating processes, locate opportunities to remedy implementation failures, and provide lively anecdotes for reporting results (Weiss, 1998). All these serve to increase the knowledge yield, even when such theoretical analysis is done within an experimental framework. There is nothing about the approach that makes it an alternative to experiments. It can clearly be a very important adjunct to such studies, and in this role we heartily endorse the approach (Cook, 2000).

However, some authors (e.g., Chen & Rossi, 1987, 1992; Connell et al., 1995) have advocated theory-based evaluation as an attractive alternative to experiments when it comes to testing causal hypotheses. It is attractive for several reasons. First, it requires only a treatment group, not a comparison group whose