**EXH. 29**

The SAGE Handbook for

# Research in Education



Second Edition

*Pursuing Ideas as the Keystone of Exemplary Inquiry*

Edited by
Clifton F. Conrad
Ronald C. Serlin

# The SAGE Handbook for Research in Education

## Second Edition

*Pursuing Ideas as the Keystone of Exemplary Inquiry*

Edited by
Clifton F. Conrad
Ronald C. Serlin
*University of Wisconsin - Madison*

SAGE
Los Angeles | London | New Delhi
Singapore | Washington DC

SAGE

Los Angeles | London | New Delhi
Singapore | Washington DC

FOR INFORMATION:

SAGE Publications, Inc.
2455 Teller Road
Thousand Oaks, California 91320
E-mail: order@sagepub.com

SAGE Publications Ltd.
1 Oliver's Yard
55 City Road
London EC1Y 1SP
United Kingdom

SAGE Publications India Pvt. Ltd.
B 1/I 1 Mohan Cooperative Industrial Area
Mathura Road, New Delhi 110 044
India

SAGE Publications Asia-Pacific Pte. Ltd.
33 Pekin Street #02-01
Far East Square
Singapore 048763

Acquisitions Editor: Diane McDaniel
Editorial Assistant: Theresa Accomazzo
Production Editor: Brittany Bauhaus
Copy Editor: Teresa Herlinger
Typesetter: C&M Digitals (P) Ltd.
Proofreader: Jennifer Gritt
Indexer: William Ragsdale
Cover Designer: Candice Harman
Marketing Manager: Katharine Winter
Permissions Editor: Adele Hutchinson

Copyright © 2011 by SAGE Publications, Inc.

All rights reserved. No part of this book may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the publisher.

Printed in the United States of America

*Library of Congress Cataloging-in-Publication Data*

The SAGE handbook for research in education : pursuing ideas as the keystone of exemplary inquiry / Clifton F. Conrad, Ronald C. Serlin, editors. — 2nd ed.

p. cm.
Includes bibliographical references and index.

ISBN 978-1-4129-8000-5 (cloth)

1. Education—Research—Handbooks, manuals, etc.
I. Conrad, Clifton. II. Serlin, Ronald C.

LB1028.S14 2011 370.72—dc22 2010053365

This book is printed on acid-free paper.

11 12 13 14 15 10 9 8 7 6 5 4 3 2 1

# CONTENTS

Preface ix

Acknowledgments xi

Introduction 1

## Part One. Exploring Ideas: Embracing Inquiry and the Craft of Framing Meaningful Problems

### Section I. Exploring the Multiple Purposes of Inquiry and Key Stakeholders

Introductory Essay 9
*D. C. Phillips*

1. Muddying the Waters Even More: The Many Faces of Empirical Educational Inquiry 13
*D. C. Phillips*

2. Speaking Truth to Policy and Practice 29
*Robert E. Floden*

3. Minding the Gap Between Research and Policy Making 43
*David N. Plank*

### Section II. Formulating Meaningful Problems

Introductory Essay 59
*Daniel K. Lapsley*

4. Developing and Framing Meaningful Problems 63
*Daniel K. Lapsley*

5. Inquiry Through a Keyhole: Retroduction 77
*Ronald C. Serlin*

6. Reviewing Literature and Formulating Problems 83
*Carolyn Kelley*

7. The Challenge of Framing a Problem: What Is Your Burning Question? 93
*Susan Harter*

8. Developing and Nurturing Interesting and Researchable Ideas 111
*Kathryn R. Wentzel*

9. Situating Ourselves and Our Inquiry: A First-Person Account 127
*James Youniss*

## Part Two. Pursuing and Sharing Ideas: The Design and Conduct of Inquiry and the Communication of Results

### Section III. Opportunities and Challenges in Designing and Conducting Inquiry


Introductory Essay 141
*Ronald C. Serlin*

10. Research Design in Qualitative/Quantitative/Mixed Methods 147
*Michael R. Harwell*

11. Intellect, Light, and Shadow in Research Design 165
*John P. Bean*

12. Comparative Education: An Approach to Educational Inquiry 183
*David Phillips*

13. Conceptualizing and Conducting Meaningful Research Studies in Education 199
*Ronald H. Heck*

14. Constructing Data 219
*Kadriye Ercikan and Wolff-Michael Roth*

15. Constructing Analyses: The Development of Thoughtfulness in Working With Quantitative Methods 245
*Michael Seltzer and Mike Rose*

16. Approaching Rigor in Applied Qualitative Research 263
*J. Douglas Toma*

17. Constructing Conclusions 281
*King D Beach, III, Betsy Jane Becker, and Mary M. Kennedy*

18. Windows of Possibility: Perspectives on the Construction of Educational Researchers 299
*Anna Neumann and Aaron M. Pallas*

19. Education as Design for Learning: A Model for Integrating Education Inquiry Across Research Traditions 323
*Richard Halverson and Erica Rosenfeld Halverson*


### Section IV. Writing, Voicing, and Disseminating Research


Introductory Essay 341
*Elizabeth Graue*

20. Cultivating Idea-Centric Writing in Our Teaching of Writing 343
*Laura A. Dunek and Clifton F. Conrad*

21. Writing in Education Research 353
*Elizabeth Graue*

22. Experimenting With Voice and Reflexivity to Produce Multi-Voiced Texts 367
*Elizabeth G. Creamer*

23. Getting the Word Out: Challenges and Opportunities in Explaining Educational Research to the World 381
*Gerald W. Bracey*

## Part Three. Engaging Ideas: Reflections of Scholars

### Section V. Reflections on Critical Incidents in Exemplary Inquiry


Introductory Essay 397
*Elfrieda H. Hiebert*

24. Using Historical Methods to Explore Educational Questions 401
*Marybeth Gasman*

25. Texts for Beginning Readers: The Search for Optimal Scaffolds 413
*Elfrieda H. Hiebert*

26. Conducting Research on Leadership and Change in Education 429
*Karen Seashore Louis*

27. College Access and Educational Research: Persistent Problems and New Perspectives 449
*Ryan Evely Gildersleeve and Patricia M. McDonough*

28. The Arc of Research 473
*William G. Tierney*

Index 487

About the Editors 503

About the Section Editors 505

About the Contributors 507

13

# Conceptualizing and Conducting Meaningful Research Studies in Education

Ronald H. Heck

*University of Hawaii at Manoa*

The object of research is to understand phenomena in terms of their patterns and idiosyncratic tendencies and to formulate explanations of our experiences. Researchers construct explanations about phenomena from the complex interplay among their studies' conceptual underpinnings (e.g., frameworks, theories, and models; previous research findings), the assumptions and methods underlying scientific inquiry (e.g., what constitutes evidence? What procedures and techniques are used to collect and analyze data?), and the blend of contextual conditions (e.g., historical settings, cultural beliefs and values) in which their investigations are carried out. Obviously, these are in flux, as opposed to static, and because research is a human endeavor, examining investigators' choices about the processes underlying a study's conceptualization and conduct is essential for understanding and evaluating the continuity of their explanations of experience.

Methodology concerns the way in which we construct scientific knowledge. It is the description, explanation, and justification of research methods (Kaplan, 1964). The aim of methodology is to detail the study's inquiry approach—its research questions; how it is conceptualized and designed; how the data are collected, analyzed, and interpreted—as well as the theoretical and technical justifications for the scientific procedures used (Everhart, 1988). Methodology, therefore, is concerned not only with the products of scientific inquiry, but also the underlying assumptions and processes associated with the construction of knowledge from a particular scientific standpoint.

The purpose of this chapter is to engage researchers in what I view as salient issues to consider in conceptualizing and conducting research in education. My intent is to discuss the process through which researchers identify and frame problems for empirical study. It is the appropriate application of a methodological approach to a particular research problem, rather than the approach itself, that enables judgments to be made about a study's scientific merit (Feuer, Towne, & Shavelson, 2002). Often

# 16

# Approaching Rigor in Applied Qualitative Research

J. Douglas Toma

*University of Georgia*

In quantitative research, standards related to validity, reliability, generalizability, and objectivity are well established. Recent federal policy has embraced these standards, establishing guidelines for funding research about education based on the application by researchers of "scientific" principles that guide inquiry in the basic sciences. The U.S. Department of Education now essentially mandates experimental approaches and quantitative methods. These are based on the assumptions that researchers can develop and apply perfect instruments in wholly objective ways, can generalize from samples to broader populations, and should focus on replication of earlier work. Many researchers working in qualitative traditions have responded in two ways. As an initial matter, they have reminded themselves (and, I hope, others) that their work rejects ideals such as perfection and objectivity—as well as fully discovering some truth and reality. To do so begs a second question: Is there a place for qualitative approaches within the "scientific" frame that is the basis of federal policy and continues to be so valued across academe?

I suggest here that researchers doing work within the qualitative tradition can, indeed, frame their efforts as sufficiently "scientific," even under the restrictive terms that the federal government has mandated (and that some others have accepted without really thinking about them). The same logic applies to doctoral students convincing dissertation committee members unfamiliar with qualitative approaches that these are worthy as dissertation work, that is, rigorous. It also relates to the application of inappropriate standards to qualitative work by those editing and reviewing for scholarly journals. I do not suggest that qualitative researchers labor to shoehorn their work into the accepted quantitative standards—an all too common approach, regrettably. Perhaps in so doing, they can more readily win acceptance from those who cannot see beyond the scientific approach. But framing qualitative work this way essentially destroys its strength, as I argue in what follows. It makes no sense to use qualitative methods to attempt to craft and deliver perfect instruments, copy earlier approaches exactly, apply all of the findings and conclusions from one case to another, and approach research with a completely objective relationship between researcher and participant.

inferences from the data. For instance, an instrument might change during an experiment, members of the control group and the experiment group might talk with one another, or participants might mature during an experiment and change their views. Poor construct validity—using inadequate definitions or measures of variables—might cause problems here (Creswell, 2003). Yin (1993) suggests that because most instruments are less accurate than desired, using multiple measures of the same construct is desirable. In qualitative research, using multiple data sources—the concept of triangulation—is routine practice given the inherent imprecision of data-gathering tools such as interviews.[4]

Findings are *reliable* when various researchers using the same approach would find the same result. In both qualitative and quantitative research, establishing protocols and recording the steps followed enhance reliability (Yin, 1993). Findings are *externally valid*—or generalizable—when they extend to certain individuals and settings beyond those immediately studied. Threats here arise when researchers draw incorrect inferences from the sample to people, settings, or situations not sufficiently related to the sample such as a different racial, ethnic, or socioeconomic group (Creswell, 2003).[5] Findings are *objective* when the influence of the researcher in collecting, analyzing, and reporting data is negated—or, in qualitative terms, is understood, reported, and (when appropriate in much applied qualitative work) managed.

In qualitative work, these standards are broadly termed *trustworthiness*, as noted previously. Lincoln and Guba (1985) suggest that qualitative researchers establish the trustworthiness of their findings by demonstrating that they are (a) credible, (b) transferable, (c) dependable, and (d) confirmable. These notions are parallel to internal validity, external validity, reliability, and objectivity, respectively, in quantitative work but are applicable only when reworked to fit qualitative inquiry (Marshall & Rossman, 2011).[6] As Miles and Huberman (1994) write, "We need methods that are credible, dependable, and replicable in *qualitative* terms" (p. 2, emphasis original).

Once again, even though there are parallels between the two, the criteria for rigor in qualitative research differ from those for rigor in experimental and positivist research (Creswell, 2003; Marshall & Rossman, 2011). Simply following a set of methods does not guarantee validity in qualitative terms as it might in early conceptions of positivism, although later post-positivist views appreciate validity as more of a goal than a product (Maxwell, 1996). Maxwell observes, "Instead, it depends on the relationship of your conclusions to the real world, and there are no methods that can assure you that you have adequately grasped those aspects of the world that you are studying" (p. 86). Stake (1995) accepts "consequential validity" as the standard in qualitative case study research (and other applied qualitative work)—the consequences of applying the conclusions, interpretations, and recommendations of the work. Thus, the case study researcher has a responsibility to minimize misrepresentation and misunderstanding, including through triangulating data sources and then presenting a "substantial body of uncontestable description" (p. 110). Such description represents what others would have noticed and recorded if they had been on-site. It affords the reader the depth needed to come to an alternative interpretation (Stake, 1995).

Even with these adjustments to make standards applicable to qualitative research and appropriate for it, they still parallel validity (both internal and external) and reliability in quantitative research. Indeed, assuring the reader of adherence to such standards is critical for qualitative research to be deemed convincing—answering the question of "Why should we believe it?" in persuasive ways (Maxwell, 1996). This answer is essential in applied qualitative research, given that it so often is directed toward making recommendations. One explanation of the logic of using alternative terms to describe what is essentially a positivist framework is that doing so encourages the acceptance of qualitative research in a quantitative world (Creswell, 1998). I see the utility in this argument and am not against using alternative terms, although I do not find the use of alternative terms by themselves to be satisfying. There are still arguments that quantitative language is not congruent with qualitative work. However, reframing concepts such as internal validity as credibility, external validity as transferability, reliability as dependability, and objectivity as confirmability can serve the applied qualitative researcher well. And linking trustworthiness, as appropriate, with emerging thinking that extends concepts

This fully updated **Second Edition** of **The SAGE Handbook for Research in Education** stimulates and encourages students, faculty, and educational practitioners to place the pursuit of ideas at the epicenter of their research—from framing meaningful problems to identifying and addressing key challenges to the reporting and dissemination of their findings. Editors Clifton F. Conrad and Ronald C. Serlin draw on the perspectives of 34 scholars representing diverse fields within education, as well as qualitative, quantitative, and mixed-methods approaches to inquiry. The chapters are punctuated throughout by the voices of authors who wrestle with the formidable challenges of framing, conducting, and reporting meaningful inquiry.



**NEW TO THIS EDITION**

- The **Handbook has been re-conceptualized into three parts**: I. Exploring Ideas: Embracing Inquiry and the Craft of Framing Meaningful Problems; II. Pursuing and Sharing Ideas: The Design and Conduct of Inquiry and the Communication of Results; and III. Engaging Ideas: Reflections of Scholars.
- **Section II has been completely revised** with entirely new chapters to reflect a focus on formulating meaningful problems.
- **Eleven new chapters have been added** on the following topics: developing and framing meaningful problems, reviewing literature and formulating problems, research design in qualitative/quantitative/mixed methods, integrating education inquiry across research traditions, writing, voicing, and disseminating research, using historical methods, appropriate scaffolds for new researchers, conducting research on leadership and change in education, and the arc of research.
- **Chapters by the following scholars have been added**: Laura A. Dumek, Marybeth Gasman, Michael R. Harwell, Erica Rosenfeld Halverson, Richard Halverson, Elfrieda H. Hiebert, Carolyn Kelly, Karen Seashore Louis, Ronald C. Serlin, and William G. Tierney.

"*The Handbook takes an interesting, refreshing, and even provocative approach to educational research. Faculty who want to teach their students not just how to do research, but also how to think about research, will be delighted with this work.*"

—Gregory R. Hancock, *University of Maryland*

**CONTRIBUTORS**

King D. Beach, III
John P. Bean
Betsy Jane Becker
Gerald W. Bracey
Clifton F. Conrad
Elizabeth G. Creamer
Laura A. Dumek
Kadriye Ercikan
Robert E. Floden
Marybeth Gasman
Ryan Evely Gildersleeve
Elizabeth Graue
Erica Rosenfeld Halverson
Richard Halverson
Susan Harter
Michael R. Harwell
Ronald H. Heck
Elfrieda H. Hiebert
Carolyn Kelley
Mary M. Kennedy
Daniel K. Lapsley
Karen Seashore Louis
Patricia M. McDonough
Anna Neumann
Aaron M. Pallas
D.C. Phillips
David Phillips
David R. Plank
Mike Rose
Wolff-Michael Roth
Michael Seltzer
Ronald C. Serlin
William G. Tierney
J. Douglas Toma
Kathryn R. Wentzel
James Youniss

ISBN 978-1-4129-8000-5
90000

SAGE www.sagepublications.com