ZUCKERMAN SPAEDER LLP

100 E. PRATT STREET SUITE 2440
BALTIMORE, MD 21202-1031
410.332.0444 410.659.0436 fax www.zuckerman.com

CYRIL V. SMITH
410-949-1145
csmith@zuckerman.com

September 30, 2016

**VIA CM/ECF & HAND-DELIVERY**

The Honorable Catherine C. Blake, Chief Judge
United States District Court for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re: *The Coalition for Equity and Excellence in Maryland Higher Education, et al., v. Maryland Higher Education Commission, et al., Civil No. 06-02773-CCB*

Dear Judge Blake:

I enclose a courtesy copy of the following, which were filed today via CM/ECF:

1. Defendants' Federal Rule of Evidence 702 Motion to Exclude Opinion Testimony Concerning the Effects of "Programmatic Niches, " "High-Demand" Programs and "Unique" Programs on HBI Enrollment by Other-Race Students;

2. Exhibit Index; and

3. Exhibits 1-31.

Thank you for your consideration in connection with this matter.

Respectfully submitted,

Cyril V. Smith

cc: Clerk of Court
All Counsel of Record (CM/ECF only)