**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **THE COALITION FOR EQUITY AND EXCELLENCE IN MARYLAND HIGHER EDUCATION, INC., ET AL.**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**MARYLAND HIGHER EDUCATION COMMISSION, ET AL.**<br><br>**Defendants.** | ) | **Civil No. 06-2773-CCB**<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO DESIGNATE REBUTTAL EXPERT WITNESS** |

Plaintiffs, the Coalition for Equity and Excellence in Maryland Higher Education, *et al.* (the "Coalition") request leave to designate Dr. Theodore S. Arrington as a rebuttal expert witness regarding analysis conducted by Defendants' expert Dr. Allan Lichtman. The grounds and authorities supporting this motion are set forth in the accompanying memorandum. A proposed Order is submitted with this motion.

Dated: November 15, 2016

Respectfully Submitted,

/s/ Michael D. Jones
Michael D. Jones, Esq. (Bar No. 08634)
Karen N. Walker (Bar No.14181)
Michael Lee Fitzgerald (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Email: mjones@kirkland.com

Jon Greenbaum (*pro hac vice*)
Brenda Shum (*pro hac vice*)
Genevieve Bonadies (*pro hac vice*)
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue, N.W., Suite 400
Washington, DC 20005
Telephone: (202) 662-8600
Email: jgreenbaum@lawyerscommittee.org

John C. Brittain (*pro hac vice*)
Attorney At Law
2513 Gadsby Place
Alexandria, VA 22311
Telephone: (832) 687-3007
Email: jbrittatty@comcast.net

ATTORNEYS FOR PLAINTIFFS