FILED: December 14, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-2425
(1:06-cv-02773-CCB)

_____

THE COALITION FOR EQUITY AND EXCELLENCE IN MARYLAND HIGHER EDUCATION, INC., a/k/a Coalition for Equity and Excellence in Maryland Higher Education; RASHAAN SIMON, a/k/a Rahsaan Simon; DAVID J. BURTON; MURIEL THOMPSON; ANTHONY ROBINSON; DR. CHRIS HEIDELBERG; DAMEIN MONTGOMERY; KELLY THOMPSON; J.S.

    Plaintiffs - Appellees

 and

SALLY C. MCMILLAN; TINA M. VINES; DAVID BUTLER; DAPO OLADAPO; NICHOLAS WASHINGTON; DANIELLE WILLIAMS; ZENIA WILSON; JESSICA WINSLOW; CRYSTAL MYERS; JOMARI SMITH; WAYNE BECKLES

    Plaintiffs

v.

MARYLAND HIGHER EDUCATION COMMISSION; ANWER HASAN, Chairman of the Maryland Higher Education Commission; JENNIE C. HUNTER-CEVERA, Acting Secretary of Higher Education; STATE OF MARYLAND

    Defendants - Appellants

 and

ROBERT L. EHRLICH, JR., Governor; STATE OF MARYLAND; CALVIN W. BURNETT, Secretary of Higher Education

    Defendants

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:06-cv-02773-CCB |
| Date notice of appeal filed in originating court: | 12/12/2017 |
| Appellant (s) | Maryland Higher Education Commission, Anwer Hasan, Jennie C. Hunter-Cevera, State of Maryland |
| Appellate Case Number | 17-2425 |
| Case Manager | Kirsten Hancock 804-916-2704 |