# EXHIBIT A

RICHARD G. RHODA
1229 McGrace Lane
Nashville, Tennessee 37220
615.504.0841
rrhoda@comcast.net

**Executive Director Emeritus**

2014            Tennessee Higher Education Commission

**Professional Experience**

1997 to 2014       **Executive Director**
                   Tennessee Higher Education Commission, Nashville, Tennessee

2008 to 2014       **Executive Director**
                   Tennessee Student Assistance Corporation, Nashville, Tennessee

1997               **Senior Vice Chancellor for Academic Affairs and Strategic Planning**
                   Tennessee Board of Regents, Nashville, Tennessee

1995 to 97         **Assistant Director**, Peabody Center for Education Policy; **Co-Director**, Center for the Support of Professional Practice in Education [1997];  **Research Associate Professor of Education**
                   Vanderbilt University, Nashville, Tennessee.

1990 to 94         **Vice Chancellor for Administration**, Tennessee Board of Regents, Nashville, Tennessee
                   **Interim President**, Austin Peay State University, Clarksville, Tennessee, July 1994-October 1994
                   **Acting Chancellor**, Tennessee Board of Regents, Nashville, Tennessee, June 1993-December 1993
                   **Interim President**, Nashville State Technical Institute, Nashville, Tennessee, October 1991-May 1992

1985 to 90         Tennessee State University, Nashville, Tennessee
                   **Associate Vice President for Administration**
                   May 1990-August 1990

                    **Interim Director of Development**
                    September 1989-April 1990
                    **Interim Director**, Institute of Government,
                    April 1988-April 1989
                    **Executive Administrator**, Avon Williams Campus,
                    July 1987-August 1989
                    **Executive Assistant to the President**,
                    July 1985-June 1987

1973 to 85        Tennessee Board of Regents, Nashville, Tennessee
                    **Executive Assistant to the Chancellor**, 1980-85
                    **Assistant to the Chancellor** 1975-80
                    **Research staff,** 1973-75

**Previous Board Membership** (ex-officio)

University of Tennessee Board of Trustees, Tennessee Board of Regents, State Board of Education, Tennessee Student Assistance Corporation (Vice Chair), Board of Trustees of the Baccalaureate Education System Trust, Tennessee Foreign Language Institute (Chair)

**Course Taught at East Tennessee State University**

History of American Higher Education (graduate)
Community Colleges in the United States (graduate)

**Courses Taught at Vanderbilt University**

Nature and Function of Higher Education (graduate)
College and University Finance (graduate)
College and University Management (graduate)
Public Policy and Higher Education (graduate)
Challenges in Organizational Leadership (undergraduate)
Ph.D. and Ed.D. Dissertation Committees (Chair, Reader)

**Current Civic Activities**

Leadership Nashville Alumni Association - Class of 1982
Nashville Rotary Club, Service Trust Committee, member
The Elephant Sanctuary of Tennessee, Board of Directors, chair
Watkins College of Arts, Board of Trustees, member

**Education**

1985 **Ph.D.**  Vanderbilt University, Nashville, Tennessee
   Major: Higher Education Administration

1974 **M.A.**  George Peabody College for Teachers, Nashville, Tennessee
   Major: Education

1972 **B.A.**  Vanderbilt University, Nashville, Tennessee
   Major: History

**Post Retirement**

2015 to present   East Tennessee State University
   Adjunct Faculty
   Director, Center for Community College Leadership
   Interim Dean, College of Education (2016-17)

January 2018