# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE COALITION FOR EQUITY AND EXCELLENCE IN MARYLAND HIGHER EDUCATION, INC., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 06-2773-CCB |
| MARYLAND HIGHER EDUCATION COMMISSION, et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE AS COUNSEL

Ajmel Quereshi hereby enters his appearance in this matter as counsel for the Plaintiffs, The Coalition for Equity and Excellence in Maryland Higher Education, Inc., et al.  I certify that I am admitted to practice in this court.

Respectfully submitted,

s/ Ajmel Quereshi
Ajmel Quereshi
D. Maryland Bar No. 28882
*Attorney for Plaintiffs*
SCHOOL OF LAW
HOWARD UNIVERSITY
2900 Van Ness St., NW
Washington, DC 20008
Tel: (202) 682-1300
Email: aquereshi@naacpldf.org

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of March 2018, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court of the United States District Court for the District of Maryland pursuant to Local Rule 102(1)(c) by using the CM/ECF system which will send notification of such filing to all counsel in the case.

Respectfully submitted,

s/ Ajmel Quereshi
Ajmel Quereshi
D. Maryland Bar No. 28882
*Attorney for Plaintiffs*
SCHOOL OF LAW
HOWARD UNIVERSITY
2900 Van Ness St., NW
Washington, DC 20008
Tel: (202) 682-1300
Email: aquereshi@naacpldf.org