FILED: May 28, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-2418 (L)
(1:06-cv-02773-CCB)

_____

THE COALITION FOR EQUITY AND EXCELLENCE IN MARYLAND HIGHER EDUCATION, INC., a/k/a Coalition for Equity and Excellence in Maryland Higher Education; RASHAAN SIMON, a/k/a Rahsaan Simon; DAVID J. BURTON; MURIEL THOMPSON; ANTHONY ROBINSON; DR. CHRIS HEIDELBERG; DAMEIN MONTGOMERY; KELLY THOMPSON; J. S.

   Plaintiffs - Appellees

 and

SALLY C. MCMILLAN; TINA M. VINES; DAVID BUTLER; DAPO OLADAPO; NICHOLAS WASHINGTON; DANIELLE WILLIAMS; ZENIA WILSON; JESSICA WINSLOW; CRYSTAL MYERS; JOMARI SMITH; WAYNE BECKLES

   Plaintiffs

v.

MARYLAND HIGHER EDUCATION COMMISSION; ANWER HASAN, Chairman of the Maryland Higher Education Commission; JENNIE C. HUNTER-CEVERA, Acting Secretary of Higher Education; STATE OF MARYLAND

   Defendants - Appellants

 and

ROBERT L. EHRLICH, JR., Governor; STATE OF MARYLAND; CALVIN W. BURNETT, Secretary of Higher Education

Defendants

------------------------------------------

NATIONAL ASSOCIATION FOR EQUAL OPPORTUNITY IN HIGHER EDUCATION

Amicus Supporting Appellee

_____

O R D E R

_____

The court grants the motion of Christine M.H. Wellons to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk