FILED: June 2, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-2418 (L)
(1:06-cv-02773-CCB)

_____

THE COALITION FOR EQUITY AND EXCELLENCE IN MARYLAND
HIGHER EDUCATION, INC., a/k/a Coalition for Equity and Excellence in
Maryland Higher Education; RASHAAN SIMON, a/k/a Rahsaan Simon; DAVID
J. BURTON; MURIEL THOMPSON; ANTHONY ROBINSON; DR. CHRIS
HEIDELBERG; DAMEIN MONTGOMERY; KELLY THOMPSON; J. S.

   Plaintiffs - Appellees

 and

SALLY C. MCMILLAN; TINA M. VINES; DAVID BUTLER; DAPO
OLADAPO; NICHOLAS WASHINGTON; DANIELLE WILLIAMS; ZENIA
WILSON; JESSICA WINSLOW; CRYSTAL MYERS; JOMARI SMITH;
WAYNE BECKLES

   Plaintiffs

v.

MARYLAND HIGHER EDUCATION COMMISSION; ANWER HASAN,
Chairman of the Maryland Higher Education Commission; JENNIE C. HUNTER-
CEVERA, Acting Secretary of Higher Education; STATE OF MARYLAND

   Defendants - Appellants

 and

ROBERT L. EHRLICH, JR., Governor; STATE OF MARYLAND; CALVIN W.
BURNETT, Secretary of Higher Education

Defendants

------------------------------------------

NATIONAL ASSOCIATION FOR EQUAL OPPORTUNITY IN HIGHER
EDUCATION

      Amicus Supporting Appellee

_____

No. 17-2425
(1:06-cv-02773-CCB)

_____

THE COALITION FOR EQUITY AND EXCELLENCE IN MARYLAND
HIGHER EDUCATION, INC., a/k/a Coalition for Equity and Excellence in
Maryland Higher Education; RASHAAN SIMON, a/k/a Rahsaan Simon; DAVID
J. BURTON; MURIEL THOMPSON; ANTHONY ROBINSON; DR. CHRIS
HEIDELBERG; DAMEIN MONTGOMERY; KELLY THOMPSON; J.S.

      Plaintiffs - Appellees

 and

SALLY C. MCMILLAN; TINA M. VINES; DAVID BUTLER; DAPO
OLADAPO; NICHOLAS WASHINGTON; DANIELLE WILLIAMS; ZENIA
WILSON; JESSICA WINSLOW; CRYSTAL MYERS; JOMARI SMITH;
WAYNE BECKLES

      Plaintiffs

v.

MARYLAND HIGHER EDUCATION COMMISSION; ANWER HASAN,
Chairman of the Maryland Higher Education Commission; JENNIE C. HUNTER-
CEVERA, Acting Secretary of Higher Education; STATE OF MARYLAND

      Defendants - Appellants

 and

ROBERT L. EHRLICH, JR., Governor; STATE OF MARYLAND; CALVIN W. BURNETT, Secretary of Higher Education

   Defendants

----------------------------------------

NATIONAL ASSOCIATION FOR EQUAL OPPORTUNITY IN HIGHER EDUCATION

   Amicus Supporting Appellee

_____

No. 17-2451
(1:06-cv-02773-CCB)

_____

THE COALITION FOR EQUITY AND EXCELLENCE IN MARYLAND HIGHER EDUCATION, INC., a/k/a Coalition for Equity and Excellence in Maryland Higher Education; RASHAAN SIMON, a/k/a Rahsaan Simon; DAVID J. BURTON; MURIEL THOMPSON; ANTHONY ROBINSON; DR. CHRIS HEIDELBERG; DAMEIN MONTGOMERY; KELLY THOMPSON; J.S.

   Plaintiffs - Appellants

 and

SALLY C. MCMILLAN; TINA M. VINES; DAVID BUTLER; NICHOLAS WASHINGTON; DANIELLE WILLIAMS; ZENIA WILSON; JESSICA WINSLOW; CRYSTAL MYERS; JOMARI SMITH; WAYNE BECKLES; DAPO OLADAPO

   Plaintiffs

v.

MARYLAND HIGHER EDUCATION COMMISSION; ANWER HASAN, Chairman of the Maryland Higher Education Commission; JENNIE C. HUNTER-CEVERA, Acting Secretary of Higher Education; STATE OF MARYLAND

     Defendants - Appellees

and

ROBERT L. EHRLICH, JR., Governor; STATE OF MARYLAND; CALVIN W.
BURNETT, Secretary of Higher Education

     Defendants

------------------------------

NATIONAL ASSOCIATION FOR EQUAL OPPORTUNITY IN HIGHER
EDUCATION

     Amicus Supporting Appellee

---------------------

O R D E R

---------------------

Upon review of submissions relative to the motions to voluntarily dismiss these cases pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, the court grants the motions.

Entered at the direction of Judge Wilkinson with the concurrence of Judge Agee and Judge Thacker.

     For the Court

     /s/ Patricia S. Connor, Clerk